AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Francisco L. Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for the exlclusive benefit of the beneficiaries of Monica Herrera, deceased, who have sustained damages <br> *Plaintiff(s)* <br> v. <br> Gregory Buckingham and Deborah Buckingham in their individual capacites as Trustees the Buckingham Family Trust, and in their individual capacities, and Wyoming Mechanical Inc., a Wyomin <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-CV-128-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREGORY BUCKINGHAM, 8935 Ditch Creek Road, Teton County, Wyoming

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/5/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ☐ I returned the summons unexecuted because _____ ; or

 ☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
              _____
                  *Server's signature*

              _____
                  *Printed name and title*

              _____
                  *Server's address*

Additional information regarding attempted service, etc:

David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

FRANCISCO L. HERRERA, and JOANNA )
HERRERA, CO-WRONGFUL DEATH )
REPRESENTATIVES, for the exclusive )
benefit of the beneficiaries of MONICA )
HERRERA, deceased, who have sustained )
damages from her wrongfully caused death. )
)
      Plaintiffs, )
)
vs. )
)   Case No. 15-cv-128-F
GREGORY BUCKINGHAM and DEBORAH )
BUCKINGHAM, but in their individual capacities as )
Trustees of the BUCKINGHAM FAMILY TRUST; )
and, GREGORY BUCKINGHAM and DEBORAH )
BUCKINGHAM as individual defendants; and, )
WYOMING MECHANICAL, INC. a Wyoming )
Corporation; )
)
      Defendants. )

## ACCEPTANCE OF SERVICE

Defendant Gregory Buckingham, by and through his attorney, hereby accepts service of the summons and complaint filed herein, and hereby waives any deficiencies

in service of process of the summons and complaint under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Wyoming.

The defendant will answer or otherwise respond to the Complaint within 20 days after service of this summons, exclusive of the day of service.

Dated on this 10th day of August, 2015.

Katherine L. Mead
Attorney for Defendant Gregory Buckingham
1200 N. Sping Gulch Road
P. O Box 1809
Jackson, Wyoming 83001-1809
(307) 733-0166
(307) 200-0233 (f)