AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Francisco L. Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for the exlclusive benefit of the beneficiaries of Monica Herrera, deceased, who have sustained damages <br> *Plaintiff(s)* <br> v. <br> Gregory Buckingham, and Deborah Buckingham in their individual capacites as Trustees the Buckingham Family Trust, and in their individual capacities, and Wyoming Mechanical Inc., a Wyomin <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-CV-128-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter F. Moyer, 50 King Street, Suite 203, Jackson, Wyoming 83001, Registered Agent for Wyoming Mechanical, Inc., a Wyoming Corporation,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/5/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Francisco L. Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for the exlclusive benefit of the beneficiaries of Monica Herrera, deceased, who have sustained damages<br>*Plaintiff(s)*<br>v.<br>Gregory Buckingham and Deborah Buckingham in their individual capacites as Trustees the Buckingham Family Trust, and in their individual capacities, and Wyoming Mechanical Inc., a Wyomin<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREGORY BUCKINGHAM, 8935 Ditch Creek Road, Teton County, Wyoming

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Peter F. Moyer, Registered Agent__
was received by me on *(date)* __August 11, 2015.__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Mary Divan, Seretary to Mr. Moyer__, who is designated by law to accept service of process on behalf of *(name of organization)* __Peter F. Moyer, Registered Agent for Wyoming Mechanical, Inc.__ on *(date)* __August 11, 2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __August 11, 2015__

__Mary M. Lewis__
Server's signature

__Mary M. Lewis__
Printed name and title

__6540 Upper Cascades Dr., Jackson, Wy__
Server's address

Additional information regarding attempted service, etc: