Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
firm@mtslegal.net

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPERSENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, diseased, who have sustained damages for her wrongfully caused death.<br><br>        Plaintiffs,<br><br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>        Defendants. | Case No. 15-cv-128-F |

**NOTICE OF COMPLEXITY**

**COMES NOW** Wyoming Mechanical Company, Inc., by and through its attorney, Julie Nye Tiedeken, McKellar, Tiedeken & Scoggin LLC,, and pursuant to U.S.D.C.L.R. 16.1, hereby notifies the Court and the opposing party that the above named civil case is:

    ✔    Non-Complex

    _____    Complex

**DATED** this 27th day of August, 2015.

    By:  */s/ Julie Nye Tiedeken*
        Julie Nye Tiedeken
        Wyoming Bar #5-1949
        McKellar, Tiedeken & Scoggin, LLC
        P.O. Box 748
        Cheyenne, WY 82003-0748
        (307) 637-5575
        (307) 637-5515-fax
        firm@mtslegal.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2015 a true and correct copy of the foregoing document was served as follows:

| | |
|---|---|
| David Lewis | (_X_) U.S. MAIL |
| Attorney for Plaintiffs | (___) HAND DELIVERY |
| P.O. Box 8519 | (___) FACIMILE |
| Jackson, WY 83002 | (___) OTHER |

    */s/ Julie Nye Tiedeken*
    McKellar, Tiedeken & Scoggin, LLC