Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY 82001
(307) 637-5575
(307) 637-5515
firm@mtslegal.net

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPERSENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>      Plaintiffs,<br><br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>      Defendants. | Case No. 15-cv-128-F |

## ENTRY OF APPEARANCE

**COMES NOW** Julie Nye Tiedeken, McKellar, Tiedeken & Scoggin LLC, hereby enters her appearance as counsel for Defendant, Wyoming Mechanical Company Inc., in the above entitled matter.

**DATED** this 28th day of August, 2015.

By: /s/ Julie Nye Tiedeken
Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, WY 82003-0748
(307) 637-5575
(307) 637-5515-fax
firm@mtslegal.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2015 a true and correct copy of the foregoing document was served as follows:

| | |
|---|---|
| David Lewis | ( X ) U.S. MAIL |
| Attorney for Plaintiffs | (___) HAND DELIVERY |
| P.O. Box 8519 | (___) FACIMILE |
| Jackson, WY 83002 | (___) OTHER |

/s/ Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC