

**FILED**

*3:44 pm, 9/3/15*

**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

Francisco L. Herrera, et al.,
        Plaintiff,

vs.

Gregory Buckingham, et al.,
        Defendants.

**NOTICE**

Case Number: 15-CV-128-NDF

TYPE OF CASE:

**Civil**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY  82001<br>Chambers, Room #2242 | Nancy D. Freudenthal,<br>Chief United States District Judge |
| | DATE AND TIME<br>October 29, 2015 at 8:30 a.m. |

TYPE OF PROCEEDING

**INITIAL PRETRIAL CONFERENCE**

Counsel may appear by telephone; counsel to initiate the call through a conference call operator, connecting the Court and parties at (307) 433-2190.

Counsel shall make available their calendars to assist in the scheduling of the final pretrial conference, the trial, and any other dispositive matter that may require an oral setting.  These matters will be scheduled during this initial pretrial conference.

**Please file the Joint Case Management Plan in compliance with the Court's General Administrative Order 2013-02 which can be found on the US District Court's website under General Orders.**

        STEPHAN HARRIS
        Clerk of Court

September 3, 2015        Kellie Erickson
Date        Deputy Clerk

TO:
Counsel of Record