Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPERSENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**WYOMING MECHANICAL'S MOTION TO DISMISS CROSS CLAIM OF THE BUCKINGHAMS**

**COMES NOW** Wyoming Mechanical Systems Company, Inc. ("Wyoming Mechanical"), by and through its attorney, Julie Nye Tiedeken, McKellar, Tiedeken & Scoggin, LLC and moves the Court pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure to Dismiss the Cross Claim filed against it by Gregory Buckingham and Deborah Buckingham, in their individual capacities as Trustees of the Buckingham Family Trust and Gregory Buckingham and Deborah Buckingham, individually (collectively referred to as "Buckinghams") for failure to state a claim upon which relief can be granted.  Wyoming Mechanical submits its' Memorandum of Law in support of this Motion.

**DATED** this 9th day of September, 2015.

            WYOMING MECHANICAL COMPANY, INC.

          By:   */s/ Julie Nye Tiedeken*
             Julie Nye Tiedeken
             Wyoming Bar #5-1949
             McKellar, Tiedeken & Scoggin, LLC
             P.O. Box 748
             Cheyenne, WY  82003-0748
             (307) 637-5575
             (307) 637-5515-fax
             jtiedeken@mtslegal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

                                                           */s/ Julie Nye Tiedeken*
                                                           McKellar, Tiedeken & Scoggin, LLC