

**FILED**

**Stephan Harris**
**Clerk of Court**

*8:42 am, 9/29/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, decreased, who have sustained damages for her wrongfully caused death<br><br>    Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC. a Wyoming Corporation<br><br>    Defendants. | Case No: 15-CV-0128-F |

## ORDER TO SHOW CAUSE

This matter is before the Court on its own notice. Defendant Wyoming Mechanical filed a *Motion to Dismiss the Crossclaim of the Buckinghams* on September 9, 2015. Pursuant to Local Rule 7.1(b)(2)(A) the Buckingham Defendants had fourteen (14) days from the filing of the motion to dismiss to file their response, plus an additional three (3) days afforded for mailing. Meaning, the Buckingham Defendants' response was

due at the latest September 28, 2015. The Buckingham Defendants have failed to file their response.

IT IS HEREBY ORDERED that the Buckingham Defendants show cause why they have failed to file a response. If the Buckingham Defendants do not comply with this order by September 30, 2015, the Court will assume the Buckingham Defendants have conceded to any factual issues stated in the *Motion to Dismiss the Crossclaim of the Buckinghams.*

Dated this  29  day of September, 2015.

*[signature: Nancy D. Freudenthal]*

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE