IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*10:25 am, 10/1/15*

**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>                    Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation;<br><br>                    Defendants. | Case No: 15-CV-0128 |

## ORDER EXTENDING TIME TO FILE A RESPONSE

This matter is before the Court on Defendant Buckinghams' Response to the Order to Show Cause. Defendant Buckinghams have provided the Court cause for failing to file their response in a timely manner. The Court will allow the Defendant Buckinghams an extension to fully brief their response.

IT IS ORDERED Defendant Buckinghams have until October 2, 2015 to file their response. IT IS FURTHER ORDERED that Defendant Wyoming Mechanical, Inc., will have seven days from the filing of the response to file their reply.

Dated this __1__ day of October, 2015.

*Nancy D. Freudenthal*
_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE