Katherine L. Mead, Esq.
Mead & Mead
WY State Bar # 5-2432
1200 N. Spring Gulch Rd.
P.O. Box 1809
Jackson, WY  83001
(307) 733-0166
(307) 200-0233 fax
kate@meadlaw.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death. ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | CA 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; ) ) ) ) ) ) ) ) | |
| Defendants. | |

### DEFENDANT BUCKINGHAMS' RESPONSE TO WYOMING MECHANICAL'S MOTION TO DISMISS BUCKINGHAMS' CROSS CLAIM

The Defendant Buckinghams, by and through their attorney, Katherine L. Mead of Mead & Mead, file their Memorandum of Law in support of their Response to Wyoming Mechanical's Motion to Dismiss Cross Claim of the Buckinghams.

DATED this 1ST day of October, 2015.

/s Katherine L. Mead
Katherine L. Mead
Attorney for the Defendant

## CERTIFICATE OF SERVICE

      This is to certify that on the 1st day of October, 2015, I served a true and accurate copy of the above and foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses by electronic transmission as follows:

David G. Lewis, Esq.
davelewis@bresnan.net

Julie Tiedeken, Esq.
jtiedeken@mtslegal.net

                                                 s/ Katherine L. Mead
                                                 Katherine L. Mead
                                                 kate@meadlaw.net