Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**WYOMING MECHANICAL'S ANSWER TO BUCKINGHAMS' CROSSCLAIM**

**COMES NOW** Wyoming Mechanical Company, Inc. (Wyoming Mechanical), by and through its attorney, Julie Nye Tiedeken, and for its' Answer to the Crossclaim of Gregory

Buckingham and Deborah Buckingham, in their individual capacities as Trustees of the Buckingham Family Trust, and as individual Defendants ("Buckinghams"), state, deny and allege as follows:

1. Answering paragraph 1 of the Crossclaim, Wyoming Mechanical re-alleges its' Answer to the Plaintiffs' Complaint and incorporates it herein by reference.

2. Wyoming Mechanical admits paragraphs 2 and 3 of the Crossclaim.

3. Answering paragraph 4 of the Crossclaim, Wyoming Mechanical is without information sufficient to form a belief as to the truth of whether on January 27 or 28, for the first time, Buckinghams noticed that the piping associated with the boiler unit had come apart and whether the Buckinghams and their caretaker put the piping back together. Wyoming Mechanical denies that they called Wyoming Mechanical on January 27 or 28 to come to their home and make whatever repairs were necessary.

4. Answering paragraph 5 of the Crossclaim, Wyoming Mechanical is without information sufficient to form a belief as to the truth of the matters asserted and therefore denies the same.

5. Answering paragraph 6 of the Crossclaim, Wyoming Mechanical admits that Greg Buckingham contacted it but is without information sufficient to understand what Buckinghams are referring to as "the problem" in paragraph 6 and therefore denies the remainder of paragraph 6.

6.      Answering paragraph 7 of the Crossclaim, Wyoming Mechanical is without information sufficient to understand what Buckinghams are referring to as "the service" and therefore denies the same.

7.      Answering paragraph 8 of the Crossclaim, Wyoming Mechanical is without information sufficient to form a belief as to the truth of the matters asserted and therefore denies the same.

8.      Wyoming Mechanical denies paragraphs 9, 10, 11, and 12 of the Crossclaim.

## AFFIRMATIVE DEFENSES

1.      Wyoming Mechanical affirmatively alleges that the Complaint fails to state a claim upon which relief can be granted.

2.      Wyoming Mechanical affirmatively alleges that the damages complained of were caused, in whole or in part,  by the Buckinghams and that their  fault should be determined by the jury pursuant to W.S. § 1-1-109(c )(i)(A).

3.      Wyoming Mechanical affirmatively alleges that the damages complained of were caused, in whole or in part, by an employee of the Buckinghams and they are liable for his fault. The fault of Buckinhams' employee should be determined by the jury pursuant to W.S. § 1-1-109(c)(i) (A).

4.      Wyoming Mechanical affirmatively alleges that the damages complained of were caused, in whole or in part,  by the acts of  persons or entities not named as parties herein,

including but not limited to, Triangle Tube, Inc. and the fault of such persons or entities should be determined by the jury pursuant to W.S. § 1-1-109 (c) (i) (A).

5.	Wyoming Mechanical reserves the right to name additional affirmative defenses as they become known through discovery.

WHEREFORE Wyoming Mechanical prays that the Crossclaim against it be dismissed and for such other and further relief as the Court deems proper in the premises.

**DATED** this 23rd day of October, 2015.

                                          WYOMING MECHANICAL COMPANY, INC.

                                          By:   */s/ Julie Nye Tiedeken*
                                                Julie Nye Tiedeken
                                                Wyoming Bar #5-1949
                                                McKellar, Tiedeken & Scoggin, LLC
                                                P.O. Box 748
                                                Cheyenne, WY  82003-0748
                                                (307) 637-5575
                                                (307) 637-5515-fax
                                                jtiedeken@mtslegal.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 23rd day of October, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

                */s/ Julie Nye Tiedeken*
                McKellar, Tiedeken & Scoggin, LLC