Sean W. Scoggin
Wyo. # 6-3263
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY 82001
(307) 637-5575
(307) 637-5515
sscoggin@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPERSENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>   Plaintiffs,<br><br> v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>   Defendants. | Case No. 15-cv-128-F |

## ENTRY OF APPEARANCE OF SEAN W. SCOGGIN

  Sean W. Scoggin of McKellar, Tiedeken & Scoggin, LLC, hereby enters his appearance

for Defendant Wyoming Mechanical Systems Company, Inc. in the above captioned matter.

**DATED** this 28th day of October, 2015.

                                        WYOMING MECHANICAL COMPANY, INC.

                                        By:  */s/ Sean W. Scoggin*
                                        Sean W. Scoggin
                                        William M. McKellar
                                        McKellar, Tiedeken & Scoggin, LLC
                                        P.O. Box 748
                                        Cheyenne, WY 82003-0748
                                        307-637-5575
                                        307-637-5515-fax
                                        sscoggin@mtslegal.net

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of October, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

                                        */s/ Sean W. Scoggin*
                                        McKellar, Tiedeken & Scoggin, LLC