Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>        Plaintiffs,<br><br>        v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>        Defendants. | Case No. 15-cv-128-F |

**WYOMING MECHANICAL'S UNCONTESTED MOTION TO AMEND ANSWER TO THE COMPLAINT**

COMES NOW Wyoming Mechanical Company, Inc. (Wyoming Mechanical), by and through its attorney, Julie Nye Tiedeken, McKellar, Tiedeken & Scoggin, LLC, and moves the Court for leave to file an Amended Answer in support of its' Motion, it shows the Court as follows:

1.	Additional information has become known through discovery since Wyoming Mechanical filed its' Answer herein which pertains to the liability of other parties not named as Defendant's herein for the claims of Plaintiffs.

2.	Wyoming Mechanical wishes to amend its' Answer to more specifically set forth the liability of other parties not named herein.

3.	Counsel for Wyoming Mechanical has discussed the Motion to Amend with other counsel who have indicated that they will not contest the Motion.

WHEREFORE Wyoming Mechanical prays that the Court enter its Order allowing it to amend its' Answer to the Complaint.

**DATED** this 24th day of November, 2015.

                                          WYOMING MECHANICAL COMPANY, INC.

                                        By:  /s/ Julie Nye Tiedeken
                                              Julie Nye Tiedeken
                                              Wyoming Bar #5-1949
                                              McKellar, Tiedeken & Scoggin, LLC
                                              P.O. Box 748
                                              Cheyenne, WY  82003-0748
                                              (307) 637-5575
                                              (307) 637-5515-fax
                                              jtiedeken@mtslegal.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 24th day of November, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

                */s/ Julie Nye Tiedeken*
                McKellar, Tiedeken & Scoggin, LLC