

**FILED**
*8:08 am, 11/25/15*
**U.S. Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>   Plaintiffs,<br><br>   v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>   Defendants. | Case No. 15-cv-128-F |

### ORDER GRANTING WYOMING MECHANICAL'S MOTION TO AMEND ANSWER TO THE COMPLAINT

Wyoming Mechanical Company, Inc.'s Motion for Leave to File an Amended Answer to the Complaint having come before the Court and the Court having considered the same and being fully advised in the premises;

IT IS HERBY ORDERED that Wyoming Mechanical Company, Inc. is granted leave to file an Amended Answer to the Complaint.

**DATED** this  25th  day of November, 2015.

                                                    _____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE