David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>   Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation;<br><br>   Defendants. | Case No. 15-cv-128-F |

## PLAINTIFFS' UNCONTESTED MOTION TO AMEND COMPLAINT

COME NOW Plaintiffs Francisco Herrera and Joanna Herrera, by and through their attorney, David G. Lewis, and respectfully move the Court for leave to file and an Amended Complaint. In support thereof Plaintiffs show the Court as follows:

1. Plaintiffs have determined from the substantial discovery undertaken by the parties herein that it is in their best interest and in the interest of justice to add two additional parties-defendant to this litigation in order to resolve all claims arising out of the facts herein.

2. The parties are Triangle Tube /Phase III, Inc., Blackwood, N.J., the manufacturer and distributor of the defective boiler; and, M&G Group DuraVent, Vacaville, CA, the manufacturer and distributor of the defective venting system.

3. Plaintiffs desire to amend their complaint in order to plead their claims against each of these defendants promptly upon the entry of Court's Order sought herein.

4. Plaintiffs intend to expand their existing claims against the Defendant Wyoming Mechanical to include Wyoming Mechanical as liable along with the new defendants for strict product liability claims. That matter will be addressed in another Motion that will be filed simultaneously with the present Motion. The Defendant Wyoming Mechanical's attorney has related to the Plaintiffs' attorney that she will oppose that Motion.

5. The discovery deadline in this matter is February 29, 2016. The final pretrial is set on June 1, 2016. The trial date is June 27, 2016.

6. Plaintiffs' counsel has discussed their Motion to Amend Complaint with both Defendants herein, and both have expressed that neither of their respective Defendants will contest this Motion to add as Defendants, Triangle Tube and DuraVent.

WHEREFORE, Plaintiffs pray the Court enter its Order permitting the Plaintiffs to Amend their Complaint to add strict liability claims as described above.

Respectfully submitted on this 16th day December, 2015.

/s/
David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

**CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of December, 2015, I served a true and accurate copy of the above and foregoing by electronic transmission as follows:

Julie Tiedeken, Esq.
Attorney for Defendant Wyoming Mechanical
P. O. Box 748
Jackson, Wyoming 82003
jtiedeken@mtslegal.net

Katherine L. Mead, Esq.
Attorney for Defendants Buckingham
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

/s/
David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net