# United States District Court
## For The District of Wyoming



FILED
9:06 am, 12/17/15
U.S. Magistrate Judge

FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation,

Defendants.

Civil No. 15-CV-128-NDF

**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT [DOC. 29]**

This matter is before the Court on Plaintiff's Uncontested Motion to Amend Complaint [Doc. 29]. The Court having carefully considered the Motion, and being fully advised in the premises, FINDS:

Plaintiffs' Uncontested Motion to Amend Complaint to add Triangle Tube/Phase III, Inc. and M&G Group Duravent as parties is GRANTED. Plaintiffs have three business days to file their Amended Complaint. Though Plaintiffs advised in their Motion to Amend that a

simultaneous motion to add a strict liability claim would be filed, the Court has yet to view that motion. Thus, at this time the Court's Order on Plaintiff's Uncontested Motion is limited to the addition of the two aforementioned parties.

Dated this 17th Day of December, 2015.

_____
Kelly H. Rankin
U.S. Magistrate Judge