### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation;<br><br>Defendants. | Case No. 15-cv-128-F |

### ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

The Plaintiffs' Motion To Amend Complaint Contested by One Defendant, Wyoming Mechanical, Inc., having come on before the Court, and the Court having considered the same and being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file an Amended Complaint consistent with their prayer in Plaintiffs' Motion.

Dated on this _____ day of December, 2015.

_____
Nancy D. Freudenthal
Chief United States District Judge