Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>   Plaintiffs,<br><br> v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>   Defendants. | Case No. 15-cv-128-F |

**MOTION TO DISMISS THE ALLEGATIONS OF PLAINTIFFS' AMENDED COMPLAINT WHICH PERTAIN TO WYOMING MECHANICAL**
_____

   COMES NOW Wyoming Mechanical Company, Inc. (Wyoming Mechanical), by and

through its' attorney,  Julie Nye Tiedeken, McKellar, Tiedeken & Scoggin LLC and moves the

Court to dismiss the allegations of the Plaintiffs' Amended Complaint which pertain to Wyoming Mechanical. In support of its' Motion it shows the Court as follows.

1. Plaintiffs filed an Uncontested Motion to Amend their Complaint to add Triangle Tube/Phase III, Inc. and M & G DuraVent as additional party defendants which was granted by the Court on December 17, 2015.

2. The Order allowing the Plaintiffs to amend their Complaint specifically stated that "at this time the Court's Order on Plaintiff's Uncontested Motion is limited to the addition of the two aforementioned parties".

3. Plaintiffs filed a second motion on December 17, 2015 to amend their Complaint to add a claim of strict liability against Wyoming Mechanical which motion is contested by Wyoming Mechanical. The Plaintiff's second motion to add an additional claim against Wyoming Mechanical has not been ruled on by the Court.

4. Plaintiffs filed an Amended Complaint on December 21, 2015. Contrary to the Court's Order, the Amended Complaint contained a claim for strict liability against Wyoming Mechanical. Additionally, the Amended Complaint contained additional and different allegations relative to the Plaintiffs' negligence claim against Wyoming Mechanical which were not referred to in Plaintiffs' Motion to Amend their Complaint.

5. Counsel for Wyoming Mechanical conferred with counsel for Plaintiffs prior to filing this Motion. It is the understanding of Wyoming Mechanical's counsel that Plaintiffs' counsel mistakenly filed a wrong version of an Amended Complaint. Wyoming Mechanical requested that the Amended Complaint which was filed in error be withdrawn and that the

correct Amended Complaint which complied with the Court's Order be filed. Plaintiffs have failed to take such action.

6. The Amended Complaint which contains new allegations against Wyoming Mechanical was improperly filed without leave of Court and should be dismissed.

WHEREFORE Wyoming Mechanical requests that the Plaintiffs Amended Complaint with new allegations against Wyoming Mechanical be dismissed and for such other and further relief as the Court deems proper in the premises.

**DATED** this 4th day of January, 2016.

By: */s/ Julie Nye Tiedeken*
Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, WY  82003-0748
(307) 637-5575
(307) 637-5515-fax
jtiedeken@mtslegal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2016 a true and correct copy of the foregoing document was served as follows:

| | |
|---|---|
| David Lewis | (___)U.S. MAIL |
| Attorney for Plaintiffs | (___) HAND DELIVERY |
| P.O. Box 8519 | (___) FACIMILE |
| Jackson, WY 83002 | ( X ) OTHER -CM-ECF |
| | |
| Katherine Mead | (___) U.S. MAIL |
| P.O. Box 1809 | (___) HAND DELIVERY |
| Jackson, WY 83001 | (___) FACSIMILE |
| | ( X ) OTHER -CM-ECF |

*/s/ Julie Nye Tiedeken*
McKellar, Tiedeken & Scoggin, LLC