IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>      Plaintiffs,<br><br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation<br><br>      Defendants. | Case No. 15-cv-128-F |

**ORDER DISMISSING THE ALLEGATIONS OF PLAINTIFFS' AMENDED COMPLAINT WHICH PERTAIN TO WYOMING MECHANICAL**

The Motion of Wyoming Mechanical Company, Inc. (Wyoming Mechanical) to dismiss the allegations of the Plaintiffs' Amended Complaint which pertain to Wyoming Mechanical having come before the Court, and the Court having considered the same and being fully advised in the premises;

IT IS HEREBY ORDERED that the new allegations of Plaintiffs Amended Complaint which pertain to Wyoming Mechanical are hereby dismissed.

**DATED** this \_\_\_\_\_ day of _____, 2015.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE