Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |  |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

REPLY TO PLAINTIFFS' RESPONSE TO WYOMING MECHANICAL'S MOTION TO DISMISS THE ALLEGATONS OF PLAINTIFFS' AMENDED COMPLAINT WHICH PERTAIN TO WYOMING MECHANICAL

COMES NOW Wyoming Mechanical Company, Inc., by and through its attorney, Julie

Nye Tiedeken,  McKellar, Tiedeken & Scoggin, LLC, and for its' Reply to Plaintiffs' Response

to its' Motion to Dismiss the Allegations of Plaintiffs' Amended Complaint which pertain to Wyoming Mechanical shows the Court as follows:

1.	Plaintiffs' Response contains inaccurate information. They allege at paragraphs 11 and 12 that they made a proposal with regard to the handling of the wrong version of the Amended Complaint (which they admittedly filed by mistake) and that Defendant made no response to their proposal.  Counsel for Defendant, in fact, responded to Plaintiffs' proposal within an hour.  A true and accurate copy of said response is attached hereto and incorporated by this reference.

2.	Counsel for Wyoming Mechanical requested that the Plaintiffs file the correct Amended Complaint with just the claims against Triangle Tube and DuraVent in compliance with the Court's order.  Counsel for Wyoming Mechanical pointed out that if Plaintiffs' mistake was not corrected, the response to the wrongly filed Amended Complaint would likely be due prior to the time that the Court ruled on the Motion to add new claims against Wyoming Mechanical.  That is in fact what occurred and Wyoming Mechanical was forced to file a Motion to Dismiss due to the fact that Plaintiffs refused to correct their mistake.

WHEREFORE Wyoming Mechanical requests that the Court grant its Motion to dismiss the claims against it in the Amended Complaint filed by Plaintiffs.

**DATED** this 8th day of January, 2016.

> By: */s/ Julie Nye Tiedeken*
> Julie Nye Tiedeken
> Wyoming Bar #5-1949
> McKellar, Tiedeken & Scoggin, LLC
> P.O. Box 748
> Cheyenne, WY  82003-0748
> (307) 637-5575
> (307) 637-5515-fax
> jtiedeken@mtslegal.net

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of January, 2016 a true and correct copy of the foregoing document was served as follows:

| | |
|---|---|
| David Lewis | (___) U.S. MAIL |
| Attorney for Plaintiffs | (___) HAND DELIVERY |
| P.O. Box 8519 | (___) FACIMILE |
| Jackson, WY 83002 | ( X ) OTHER -CM-ECF |
| | |
| Katherine Mead | (___) U.S. MAIL |
| P.O. Box 1809 | (___) HAND DELIVERY |
| Jackson, WY 83001 | (___) FACSIMILE |
| | ( X ) OTHER -CM-ECF |

      */s/ Julie Nye Tiedeken*
      McKellar, Tiedeken & Scoggin, LLC