# Julie Tiedeken

**From:** Julie Tiedeken
**Sent:** Tuesday, December 22, 2015 4:12 PM
**To:** 'David Lewis'
**Cc:** 'Kate Mead'
**Subject:** RE: Amended Complaint

Dave,

You have ignored the fact that the Amended Complaint you filed contains new and different allegations against Wyoming Mechanical on the negligence claim which is not the subject of either motion or the court's order and which will require me to go through the Amended Complaint paragraph by paragraph to prepare an Answer within 14 days as is required by the rules.

I would request that you file an Amended Complaint with just the new claims against Triangle Tube and DuraVent pursuant to the Court's order. It sounds like you have one prepared and it can be e- filed immediately so there will be no delay in service on Triangle Tube and DuraVent.

My deadline under the rules for filing a response to your motion is Dec 30 and I will have it filed by that date.

Julie

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, WY 82003
307-637-5575
307-637-5515 (fax)
jtiedeken@mtslegal.net

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is intended only for the person or entity to which it is addressed and may contain information that is subject to the attorney-client privilege, confidential or otherwise protected from disclosure by law. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please advise the sender by telephone at 307-637-5575 and by e-mail at jtiedeken@mtslegal.net and delete this e-mail from your server or computer. Thank you. NOTE: You should scan this email and any file attached for viruses. McKellar, Tiedeken & Scoggin, LLC does not accept liability for any loss or damage, whether caused by our negligence or not, that results from a computer virus or a defect in transmission of this email or its attachments.

**From:** David Lewis [mailto:davelewis@bresnan.net]
**Sent:** Tuesday, December 22, 2015 3:48 PM
**To:** Julie Tiedeken
**Cc:** Kate Mead
**Subject:** Amended Complaint

Julie, my intent was to file a copy of the Amended Complaint without making a claim against Wyoming Mechanical. I prepared one with and without Wyoming Mechanical, but I forwarded the wrong one. I had three days to file the Amended Complaint, which I overnighted on Saturday. I sent the wrong amended complaint in a hurry because I was afraid that fedex might not be able to get my pleading timely to Cheyenne given the storms there. It arrived in Cheyenne on Monday and was filed. I realized promptly then that an error had been made regarding the amended complaint I had sent.

1

I would propose that the we leave the Amended Complaint in the file as is, and I will agree not to serve the other parties (that is, Triangle Tube or DuraVent) with the Amended Complaint until we have a ruling from the Court on your envisioned motion to strike your client as a defendant, or whatever you intend. I would ask the Clerk to issue summons for TT and DuraVent, but I would not attempt to serve TT or DuraVent or your client until the Court enters its Order allowing or disallowing my inclusion of Wyoming Mechanical as a strict liability party. If he rules that Plaintiffs cannot file an Amended Complaint against your client on a claim for strict products liability, I will file a Second Amended Complaint with the sole change of my products liability claims against Triangle Tube and DuraVent. This procedure will save my filing a Second Amended Complaint excluding your client for claims of strict product liability, and then, if the Court allows my Amendment on my pending motion, having to file a Third Amended Complaint.

I do not want to let time go by without serving summons on TT and DuraVent, so I would request you file your response to My Contested Motion to Amend within one week (December 29). If I choose to respond to your Motion, then I will do so within three days. Then the Court can decide whether I can include your client as a strict liability defendant in an amended complaint.

I can see no prejudice to your client in this proposal, and it avoids cluttering up the file with amended complaints addressing only the issue of whether your client will be a proper party under strict liability claims in the Amended Complaint.

Thanks, Dave

# Julie Tiedeken

**From:** Julie Tiedeken
**Sent:** Monday, December 21, 2015 10:54 AM
**To:** 'David Lewis'
**Cc:** 'Kate Mead'
**Subject:** Amended Complaint
**Importance:** High

Dave,

I have just had a chance to review the Amended Complaint which was filed with the court. At this point, a Court order has been entered allowing Plaintiff's to amend their complaint to add strict liability claims against Triangle Tube and Duravent. The motion to add strict liability claims against Wyoming Mechanical has not been decided by the Court and my deadline to respond to your motion has not yet passed.

I note that not only does your amended complaint contain strict liability claims against Wyoming Mechanical, it contains new and different allegations in the negligence cause of action against Wyoming Mechanical which were not mentioned in your motion to amend or part of our stipulation or the Court's order.

I would request that you withdraw your amended complaint. I am making this request to try in good faith to avoid filing a motion with the court with regard to the same.

Julie

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, WY 82003
307-637-5575
307-637-5515 (fax)
jtiedeken@mtslegal.net

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is intended only for the person or entity to which it is addressed and may contain information that is subject to the attorney-client privilege, confidential or otherwise protected from disclosure by law. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please advise the sender by telephone at 307-637-5575 and by e-mail at jtiedeken@mtslegal.net and delete this e-mail from your server or computer. Thank you. NOTE: You should scan this email and any file attached for viruses. McKellar, Tiedeken & Scoggin, LLC does not accept liability for any loss or damage, whether caused by our negligence or not, that results from a computer virus or a defect in transmission of this email or its attachments.