**FILED**



*4:34 pm, 1/12/16*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Francisco L. Herrera, et al.,

Plaintiff,

vs.

Gregory Buckingham, et al.,

Defendant.

Case Number: 15-CV-128-NDF

Interpreter Needed: No

Setting or Resetting: Resetting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: | Before: | |
|---|---|---|
| Joseph C. O'Mahoney Federal Center 2120 Capitol Avenue Cheyenne, WY 82001-3657 Judge Freudenthal's Chambers | Nancy D. Freudenthal, Chief United States District Judge | |
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | January 28, 2016 at 10:00 a.m. | January 27, 2016 at 10:00 a.m. |

Type of Proceeding:

STATUS CONFERENCE

All parties should appear by telephone, with parties initiating the call, through a conference call operator, and connecting to the Court via one line at 307-433-2190.

Stephan Harris

Clerk of Court

Dated this 12th day of January, 2016.

Deputy Clerk

TO:

Counsel of Record

Court Reporter

WY35

Rev. 12/02/2015