IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC. a Wyoming Corporation,<br><br>Defendants. | Case No: 15-CV-0128 |

**ORDER GRANTING MOTION TO DISMISS THE ALLEGATIONS OF PLAINTIFFS' AMENDED COMPLAINT PERTAINING TO WYOMING MECHANICAL**

THIS MATTER is before the Court on Defendant Wyoming Mechanical, Inc.'s Motion to Dismiss the Allegations of Plaintiffs' Amended Complaint Pertaining to Wyoming Mechanical. Plaintiffs filed an Uncontested Motion to Amend their Complaint to add Triangle Tube/Phase III, Inc. and M&G Dura Vent as additional party defendants. (Doc. 29). This motion was granted by the Court; however, the order was limited to the addition of the two parties. (Doc. 30). Plaintiffs filed a second motion to amend their

Complaint to add a claim of strict liability against Wyoming Mechanical. (Doc. 31). This second motion to add an additional complaint has not yet been ruled on by the Court. Despite this, Plaintiffs filed an Amended Complaint, which contrary to the order allowing Plaintiffs to amend their complaint to include additional Defendants, included a claim for strict liability against Wyoming Mechanical, and contained additional and different allegations related to Plaintiffs' negligence claim against Wyoming Mechanical which were not referred to in Plaintiff's Motion to Amend their Complaint or allowed by Court's order.

    IT IS ORDERED that Defendant's Motion is GRANTED.

    IT IS FURTHER ORDERED the new allegations in Plaintiffs' Amended Complaint pertaining to Wyoming Mechanical are hereby DISMISSED WITHOUT PREJUDICE.

    Dated this 12 day of January, 2016.

*[signature]*

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE