AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| Francisco Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of Monica Herrera, deceased. ⟩⟩⟩⟩ | |
| *Plaintiff(s)* ⟩ | |
| v. ⟩ | Civil Action No.  15-cv-128-F |
| Gregory Buckingham and Deborah Buckingham, individuals and Trustees of Buckingham Family Trust; Wyoming Mechanical, Inc., Triangle Tube Inc., M&G Group DuraVent, Inc. ⟩⟩⟩⟩ | |
| *Defendant(s)* ⟩ | |

## SUMMONS IN A CIVIL ACTION



To: *(Defendant's name and address)*  Triangle Tube/Phase III Co,, Inc.
c/o Registered Agent for Service of Process
1 Triangle Lane
Blackwood, NJ 08012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/15/16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Francisco Herrera, and Joanna Herrera, Co-Wrongful
Death Representatives, for the exclusive benefit of
the beneficiaries of Monica Herrera, deceased.

)
)
)
)

*Plaintiff(s)*

)

v.

)

Civil Action No.  15-cv-128-F

Gregory Buckingham and Deborah Buckingham,
individuals and Trustees of Buckingham Family
Trust; Wyoming Mechanical, Inc., Triangle Tube Inc.,
M&G Group DuraVent, Inc.

)
)
)
)
)

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M&G DuraVent, Inc.
c/o Registered Agent for Service of Process
877 Cotting Court
Vacaville, CA 95688



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___1/15/16___

_____
*Signature of Clerk or Deputy Clerk*