Christopher R. Reeves - WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorney for Defendant M&G GROUP DURAVENT, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>Defendants, | Civil Action No. 15-CV-128-F |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, Christopher R. Reeves, on behalf of The Waltz Law Firm, and hereby his appearance as counsel of the Defendant M&G Group Duravent, Inc., in the above entitled action.

Respectfully submitted this 22nd day of January, 2016.

    s/Christopher R. Reeves
Christopher R. Reeves, Esq., #7-5386
Wyoming Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO 80264
Telephone: 303-830-8800
Facsimile: 303-830-8850
creeves@waltzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2016, I electronically filed a true and correct copy of the above M&G Group Duravent, Inc.'s Notice of Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David G. Lewis, WY Bar #4-1150
Attorney at Law
P.O. Box 8519
Jackson, WY 83002
Tel.: (307) 739-8900
Fax: (307) 739-8902
davelewis@bresnan.net
Counsel for Plaintiffs

Katherine L. Mead, WY Bar #5-2432
Mead & Mead
1200 N. Spring Gulch Rd
P.O. Box 1809
Jackson, WY 83001
Tel.: (307) 733-0166
Fax: (307) 733-7590
kate@meadlaw.net
Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham; Cross Claimants

Julie Nye Tiedeken, - WY Bar #5-1949
Sean W. Scoggin  - WY Bar # 6-3263
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY 82001
Tel.: (307) 7637-5575
Fax: (307) 7637-5515
jtiedeken@mtslegal.net
sscoggin@mtslegal.net
Counsel for Wyoming Mechanical, Inc.; Cross Defendant

/s/ *Christopher R. Reeves*
The Waltz Law Firm