Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone (307) 235-6681/Fax (307) 234-5099
Email cam@schwartzbon.com
       jstuder@schwartzbon.com
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/ PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation, <br><br> Defendants. | Case No. 15-CV-128-F |

## ENTRY OF APPEARANCE

Cameron S. Walker, of Schwartz, Bon, Walker & Studer, LLC, 141 South Center Street, Suite 500, Casper, WY 82601, enters his appearance on behalf of Defendant Triangle Tube/Phase III Co., Inc. in the above-captioned matter.

DATED this 22nd day of January, 2016.

/s/ Cameron S. Walker
Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone (307) 235-6681
Fax (307) 234-5099
Email cam@schwartzbon.com
Email jstuder@schwartzbon.com
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of January, 2016, the undersigned served the within and foregoing **ENTRY OF APPEARANCE** upon the following registered filing user(s) pursuant to the CM/ECF System:

David G. Lewis
Attorney at Law
PO Box 8519
Jackson, WY 83001

Katherine L. Mead
Mead & Mead
PO Box 1809
Jackson, WY 83001

Julie Nye Tiedeken
Sean W. Scoggin
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY  82001

                                      /s/ CAMERON S. WALKER
                                      Cameron S. Walker
                                      Judith Studer
                                      SCHWARTZ, BON, WALKER & STUDER, LLC