Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone (307) 235-6681/Fax (307) 234-5099
Email cam@schwartzbon.com
      jstuder@schwartzbon.com
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>   Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/ PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>   Defendants. | Case No. 15-CV-128-F |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. McGILL

Defendant Triangle Tube/Phase III Co., Inc., by and through its undersigned counsel, in accordance with U.S.D.C.L.R. 83.12.2 (b), hereby moves for the admission of Joseph P. McGill, *pro hac vice* in this matter. In support of this motion, the Court is informed as follows:

1. The undersigned counsel for Defendant is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

2. Joseph P. McGill is a member in good standing of the Bar of the State of Michigan, and a member of the Bar of the State of Ohio.

3. The undersigned vouches for the good moral character of Joseph P. McGill. Joseph P. McGill has complied with the requirements of U.S.D.C.L.R. 83.12.2. See Affidavit of Joseph P. McGill attached as Exhibit A to this motion, and incorporated herein.

4. Local counsel for the Defendant agrees to be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act on behalf of the client in all matters. Local counsel agrees to be fully prepared to represent Defendant at any time in any capacity.

5.	The undersigned respectfully requests that the Court enter an order allowing the *pro hac vice* admission of Joseph P. McGill in this matter.

**WHEREFORE**, Defendant respectfully requests the Court grant the relief requested herein, and for such further relief as the Court deems appropriate.

DATED this 22nd day of January, 2016.

>	/s/ Cameron S. Walker
>	Cameron S. Walker, Attorney No. 5-1451
>	Judith A. Studer, Attorney No. 5-2174
>	SCHWARTZ, BON, WALKER & STUDER, LLC
>	141 South Center Street, Suite 500
>	Casper, WY  82601
>	Telephone (307) 235-6681
>	Fax (307) 234-5099
>	Email cam@schwartzbon.com
>	Email jstuder@schwartzbon.com
>	Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of January, 2016, the undersigned served the within and foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. McGILL** upon the following registered filing user(s) pursuant to the CM/ECF System:

David G. Lewis
Attorney at Law
PO Box 8519
Jackson, WY  83001

Katherine L. Mead
Mead & Mead
PO Box 1809
Jackson, WY  83001

Julie Nye Tiedeken
Sean W. Scoggin
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY  82001

        /s/ Cameron S. Walker
        Cameron S. Walker
        Judith Studer
        SCHWARTZ, BON, WALKER & STUDER, LLC