# EXHIBIT A

## AFFIDAVIT OF JOSEPH P. McGILL

BEFORE ME, the undersigned authority, on this day personally appeared Joseph P. McGill who, after being duly sworn by me, stated as follows:

1.     My name is Joseph P. McGill. I am over eighteen years of age and am fully competent in all respects to make this sworn statement. I have personal knowledge of the facts contained herein, and they are true and correct.

2.     I am an attorney with the law firm of Foley, Baron, Metzger & Juip, PLLC, 38777 Six Mile Road, Suite 300, Livonia, MI 48152; telephone (734) 742-1825; fax (734) 521-2379. My email address is: jmcgill@fbmjlaw.com. I graduated from the The University of Detroit Mercy School of Law in 1990 and was admitted to practice in Michigan on November 8, 1990. I was admitted to practice in Ohio on June 4, 2003. I am a member in good standing of the bars of the State of Michigan and State of Ohio.

3.     I am admitted to practice in the following courts:  United States Supreme Court, admitted on June 27, 1994; U.S. District Court for the Eastern District of Missouri, admitted on March 2, 2015; U.S. District Court for the Eastern District of Michigan, admitted on December 11, 1990; U.S. District Court for the Western District of Michigan, admitted on April 27, 2004; U.S. District Court for the Northern District of Ohio, admitted on November 13, 2012; and U.S. Circuit Court of Appeals Sixth Circuit, admitted April 26, 1993; United States Tax Court, admitted on June 6, 2006; and U.S. Court of Appeals for Veterans Claims, admitted on February 9, 1998.

4.     There are no pending or past disciplinary proceedings or public sanctions against me. I have never been denied admission to any bar or denied admission *pro hac vice* before any court.

5.     I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

6.     I acknowledge that I submit to and will be subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

7.     I acknowledge that Wyoming local counsel in this matter is required to be fully prepared to represent Triangle Tube/Phase III Co., Inc. at any time and in any capacity.

DATED this 22nd day of January 2016.

_____
Joseph P. McGill

STATE OF MICHIGAN      )
                       ) SS.
COUNTY OF WAYNE        )

The foregoing Affidavit was subscribed and sworn to before me by Joseph P. McGill on this 22nd day of January 2016.

Witness my hand and official seal.

_____
Cheryl E. Ballew, Notary Public
Wayne County, Michigan
My Commission Expires:  6/14/18

CHERYL E. BALLEW
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jun. 14, 2018
Acting in the County of Wayne

2