# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>   Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/ PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 15-CV-128-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADMITTING JOSEPH P. McGILL *PRO HAC VICE*

**THIS MATTER** having come before the Court upon the Motion for Admission *Pro Hac Vice* of Joseph P. McGill, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Joseph P. McGill shall be and hereby is admitted to practice before this Court *pro hac vice* for the purposes of serving as co-counsel for Defendant Triangle Tube/Phase III Co., Inc.

DATED this _____ day of _____, 2016.

_____
U.S. DISTRICT COURT