Christopher R. Reeves-WY Bar No. 7-5386  
The Waltz Law Firm  
1660 Lincoln Street, Ste. 2510  
Denver, Colorado 80264  
Ph.: (303) 830-8800  
*Attorney for Defendant M&G GROUP DURAVENT, INC.*

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA,CO-WRONGFUL DEATH REPRESENTATIVES,for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death ) ) ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants, ) ) | Civil Action No. 15-CV-128-F |

**MOTION FOR ADMISSION OF RICHARD A. WALTZ, *PRO HAC VICE***

COMES NOW Christopher R. Reeves, counsel for Defendant, M&G Group Duravent, Inc. (hereinafter "M&G"), and pursuant to Rule 83.12.2(b), respectfully moves the Court for its order specially admitting Richard A. Waltz as additional counsel for M&G in association with Christopher R. Reeves of The Waltz Law Firm, for the limited purpose of the present litigation. In support of this motion, the undersigned states:

1. Richard A. Waltz is an attorney with The Waltz Law Firm, 1660 Lincoln St. #2510, Denver, Colorado 80264, (303) 830-8800. Mr. Waltz is a member in good standing of the bar of the State of Colorado since October 27, 1981, and is admitted to practice in all Colorado State Courts, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit. Mr. Waltz has had no disciplinary actions by any bar or courts where he is licensed, nor has he been denied admission to any bar.

2. The Affidavit of Richard A. Waltz is submitted herewith as Exhibit A.

3. It is further stated the undersigned counsel believes Richard A. Waltz to be of good moral character.

4. Christopher R. Reeves is a member in good standing of the Bar of the State of Wyoming, and the Bar of this Court. Mr. Reeves is fully prepared to represent the client at any time and in any capacity in this matter and will continue to participate actively in the conduct of this case as counsel for Nelson, and is an attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom the papers may be served

WHEREFORE, the undersigned hereby requests that this Court enter its Order for Admission of attorney Richard A. Waltz of Denver, Colorado *pro hac vice* as an additional attorney for Defendant M&G Group Duravent, Inc.

Respectfully submitted this 25th day of January, 2016.

                                        s/Christopher R. Reeves
                                        Christopher R. Reeves, Esq., #7-5386
                                        Wyoming Bar No. 7-5386
                                        The Waltz Law Firm
                                        1660 Lincoln Street, Suite 2510
                                        Denver, CO 80264
                                        Telephone: 303-830-8800
                                        Facsimile: 303-830-8850
                                        creeves@waltzlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2016, I electronically filed a true and correct copy of the above Motion for Admission of Richard A. Waltz, *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| David G. Lewis, WY Bar #4-1150<br>Attorney at Law<br>P.O. Box 8519<br>Jackson, WY 83002<br>Tel.: (307) 739-8900<br>Fax: (307) 739-8902<br>davelewis@bresnan.net<br>Counsel for Plaintiffs | Katherine L. Mead, WY Bar #5-2432<br>Mead & Mead<br>1200 N. Spring Gulch Rd<br>P.O. Box 1809<br>Jackson, WY 83001<br>Tel.: (307) 733-0166<br>Fax: (307) 733-7590<br>kate@meadlaw.net<br>Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham; Cross Claimants |
| Julie Nye Tiedeken, - WY Bar #5-1949<br>Sean W. Scoggin - WY Bar # 6-3263<br>McKellar, Tiedeken & Scoggin<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>Tel.: (307) 7637-5575<br>Fax: (307) 7637-5515<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net<br>Counsel for Wyoming Mechanical, Inc.; Cross Defendant | Cameron S. Walker, - WY Bar # 5-1451<br>Judith A. Studer, - WY Bar # 5-2174<br>Schwartz, Bon, Walker & Studer, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Tel: (307) 235-6681<br>Fax: (307) 234-5099<br>cam@schwartzbon.com<br>jstuder@schwartzbon.com<br>Counsel for Triangle Tube/Phase III, CO., Inc., Defendant |

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
Tel: (734) 742-1825
Fax: (734) 521-2379
jmcgill@fbmjlaw.com
Co-Counsel for Triangle Tube/Phase III, CO., Inc. Defendant

/s/ *Christopher R. Reeves*
The Waltz Law Firm

4