Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorney for Defendant M&G GROUP DURAVENT, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>Defendants, | Civil Action No. 15-CV-128-F |

**AFFIDAVIT OF RICHARD A. WALTZ**

1

**EXHIBIT A (M Pro Hac Vice R. Waltz)**

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| COUNTY OF DENVER | ) |

I, Richard A. Waltz, do state and affirm of my own personal knowledge the following:

1. My name is Richard A. Waltz. I am an attorney with The Waltz Law Firm, 1660 Lincoln St., #2510, Denver, Colorado 80264, (303) 830-8800.

2. I have been admitted to practice law in all Colorado State Courts and the United States District Court for the District of Colorado since October 27, 1981. I have been admitted to practice in the United States Supreme Court since March 2, 1978. Prior to being admitted in the State of Colorado I was licensed in the state of Ohio from 1974 to 1981.

3. I have no pending disciplinary proceedings against me, and have never had a public sanction.

4. I have obtained a copy of the local rules of the United States District Court for the District of Wyoming, and will comply with and be bound by those rules.

5. I acknowledge that Christopher R. Reeves, (#7-5386) of The Waltz Firm, 1660 Lincoln Street, Suite 2510, Denver, Colorado 80264, (303) 830-8800 is required to be fully prepared to represent Defendant *M&G Group Duravent,* Inc. at any time, in any capacity.

6. I submit to and understand that I am subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

DATED this 25th day of January, 2016.

_/s/ Richard A. Waltz_
Richard A. Waltz

2

**EXHIBIT A (M Pro Hac Vice R. Waltz)**

Subscribed and sworn to before me this 25th day of January, 2016, by Richard A. Waltz.

Witness my hand and official seal.

SUSSAN M AMERI
Notary Public
State of Colorado
Notary ID 20084043226
My Commission Expires Dec 22, 2016

_____
Notary Public

My commission expires: 12/22/16

3

**EXHIBIT A (M Pro Hac Vice R. Waltz)**