

FILED

3:32 pm, 1/25/16

**Stephan Harris**
**Clerk of Court**

Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorney for Defendant M&G GROUP DURAVENT, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA,CO-WRONGFUL DEATH REPRESENTATIVES,for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>        Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>        Defendants, | Civil Action No. 15-CV-128-F |

**ORDER GRANTING MOTION FOR ADMISSION OF**
**RICHARD A. WALTZ *PRO HAC VICE***

1

THIS MATTER HAVING COME before this Court upon **Motion for Admission of Richard A. Waltz *Pro Hac Vice*,** and the Court having being fully advised in the premises, does hereby order that the aforementioned Motion is granted, and Richard A. Waltz is admitted *Pro Hac Vice* for the purposes of serving as co-counsel for Defendant *M&G Group Duravent, Inc.*

Dated this 25th day of January, 2016

BY THE COURT:

_____
U.S. Magistrate Judge

2