Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - cam@schwartzbon.com/jstuder@schwartzbon.com

Joseph P. McGill, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
Cambridge Center
38777 Six Mile Road, Suite 300
Livonia, MI  48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - JMcGill@fbmlaw.com.
    Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation, <br><br> Defendants. | Case No. 15-CV-128-F |

## NOTIFICATION OF NONCOMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. §16.1, Triangle Tube/Phase III Co., Inc., by and through its undersigned counsel, notifies the Court and the opposing parties that the above-named civil case is non-complex.

DATED this 25th day of January, 2016.

/s/ Cameron S. Walker
Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - cam@schwartzbon.com
        jstuder@schwartzbon.com

Joseph P. McGill, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
Cambridge Center
38777 Six Mile Road, Suite 300
Livonia, MI  48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - JMcGill@fbmlaw.com.
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

### **CERTIFICATE OF SERVICE**

This is to certify that on the 25th day of January, 2016, the undersigned served the within and foregoing **NOTIFICATION OF NONCOMPLEXITY OF CIVIL CASE** upon the following registered filing user(s) pursuant to the CM/ECF System:

David G. Lewis
Attorney at Law
PO Box 8519
Jackson, WY  83001

Katherine L. Mead
Mead & Mead
PO Box 1809
Jackson, WY  83001

Julie Nye Tiedeken
Sean W. Scoggin
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY  82001

Christopher Reeves
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO  80264

/s/ Cameron S. Walker
Cameron S. Walker
Judith Studer
SCHWARTZ, BON, WALKER & STUDER, LLC