Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation <br><br> Defendants, | Civil Action No. 15-CV-128-F |

**M&G GROUP DURAVENT, INC.'S NOTICE OF NON-COMPLEXITY**

1

Pursuant to U.S.D.L.R. §16.4, the Defendant, M&G Group Duravent, Inc. ("M&G"), by and through its attorneys of record, Richard A. Waltz and Christopher R. Reeves, of The Waltz Law Firm, hereby notifies the Court and the opposing parties that the above-named civil case is Non-Complex.

Respectfully submitted this 26th day of January, 2016.

                s/Christopher R. Reeves
                Richard A. Waltz, Esq., *pro hac vice*
                Christopher R. Reeves, Esq., #7-5386
                Wyoming Bar No. 7-5386
                The Waltz Law Firm
                1660 Lincoln Street, Suite 2510
                Denver, CO 80264
                Telephone: 303-830-8800
                Facsimile: 303-830-8850
                dwaltz@waltzlaw.com
                creeves@waltzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2016, I electronically filed a true and correct copy of the above M&G Group Duravent, Inc.'s Notice of Non-Complexity with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David G. Lewis, WY Bar #4-1150
Attorney at Law
P.O. Box 8519
Jackson, WY 83002
Tel.: (307) 739-8900
Fax: (307) 739-8902
davelewis@bresnan.net
Counsel for Plaintiffs

Katherine L. Mead, WY Bar #5-2432
Mead & Mead
1200 N. Spring Gulch Rd
P.O. Box 1809
Jackson, WY 83001
Tel.: (307) 733-0166
Fax: (307) 733-7590
kate@meadlaw.net
Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham; Cross Claimants

Julie Nye Tiedeken, - WY Bar #5-1949
Sean W. Scoggin  - WY Bar # 6-3263
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY 82001
Tel.: (307) 7637-5575
Fax: (307) 7637-5515
jtiedeken@mtslegal.net
sscoggin@mtslegal.net
Counsel for Wyoming Mechanical, Inc.; Cross Defendant

Cameron S. Walker, - WY Bar # 5-1451
Judith A. Studer, - WY Bar # 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Tel: (307) 235-6681
Fax: (307) 234-5099
cam@schwartzbon.com
jstuder@schwartzbon.com
Counsel for Triangle Tube/Phase III, CO., Inc., Defendant

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
Tel: (734) 742-1825
Fax: (734) 521-2379
jmcgill@fbmjlaw.com
Co-Counsel for Triangle Tube/Phase III, CO., Inc. Defendant

/s/ *Christopher R. Reeves*
The Waltz Law Firm

3