# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FRANCISCO HERRERA et al

                      Plaintiffs,

vs.                                             Case Number: 15-CV-128-F

GREGORY BUCKINGHAM et al

                      Defendants.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☐ This Minute Sheet also contains a Minute Order  ☑ Status Conference Only
☑ This was a Telephonic Hearing
☐ Motions Hearing

Date: 01/27/2016   Time: 10:06 a.m. - 10:27 a.m.   (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Courtney Amerine |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   David Lewis

Attorney(s) for Defendant(s)   Katherine Mead, Julie Tiedeken, Joseph McGill, Cameron Walker, Christopher Reeves, Richard Waltz

Other:

Due to the filing of Second Amended Complaint that adds 2 new parties, counsel requests a 6 month extension of all deadlines. Judge directs counsel to meet and confer and file a Revised Joint Case Management Plan on or before 2/12/16. All other deadlines/hearing dates will be vacated at this point, including the trial date. A Scheduling Conference shall be set in this matter for 2/19/16 at 1:30 p.m.