# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:23 am, 1/27/16
**Stephan Harris**
**Clerk of Court**

FRANCISCO HERRERA et al

Plaintiffs,

vs.

Case Number: 15-CV-128-F

GREGORY BUCKINGHAM et al

Interpreter Needed: No

Defendants.

Setting or Resetting: Setting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center 2120 Capitol Avenue Cheyenne, WY 82001-3657 Judge Freudenthal's Chambers | Nancy D. Freudenthal, Chief United States District Judge |
| | Date and Time: |
| | February 19, 2016 at 1:30 p.m. |

Type of Proceeding:

### SCHEDULING CONFERENCE

All parties should appear by telephone, with Plaintiff's counsel initiating the call, through a conference call operator, and connecting to the Court at (307) 433-2190. Parties are advised to have their calendars on hand to assist with scheduling.

Stephan Harris

Clerk of Court

Dated this 27th day of January, 2016.

Deputy Clerk

TO:

Counsel of Record

Court Reporter

WY35

Rev. 12/02/2015