Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>Defendants, | Civil Action No. 15-CV-128-F |

M&G DURAVENT, INC.'S CORPORATE DISCLOSURE STATEMENT

1

COMES NOW, Defendant, M&G DuraVent, Inc. ("M&G"), incorrectly named M&G Group Duravent, Inc., by and through its attorneys of record, Richard A. Waltz and Christopher R. Reeves, of The Waltz Law Firm, and hereby respectfully submits its **Corporate Disclosure Statement**, and states as follows:

1. Defendant M&G DuraVent, Inc.'s legal name is M&G DuraVent, Inc., not M&G Group Duravent, Inc. The parties will file a stipulation to correct this misnomer.

2. M&G DuraVent, Inc., which as a nongovernmental party pursuant to Fed.R.Civ.P. 7.1 submits that M&G Group B.V. is the ultimate parent of Defendant M&G Duravent, Inc. and no other public entity owns Defendant M&G DuraVent, Inc.

Respectfully submitted this 2nd day of February, 2016.

      s/Christopher R. Reeves
      Richard A. Waltz, Esq., *pro hac vice*
      Christopher R. Reeves, Esq., #7-5386
      Wyoming Bar No. 7-5386
      The Waltz Law Firm
      1660 Lincoln Street, Suite 2510
      Denver, CO 80264
      Telephone: 303-830-8800
      Facsimile: 303-830-8850
      dwaltz@waltzlaw.com
      creeves@waltzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2016, I electronically filed a true and correct copy of the above M&G DuraVent, Inc.'s Corporate Disclosure with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| David G. Lewis, WY Bar #4-1150<br>Attorney at Law<br>P.O. Box 8519<br>Jackson, WY 83002<br>Tel.: (307) 739-8900<br>Fax: (307) 739-8902<br>davelewis@bresnan.net<br>Counsel for Plaintiffs | Katherine L. Mead, WY Bar #5-2432<br>Mead & Mead<br>1200 N. Spring Gulch Rd<br>P.O. Box 1809<br>Jackson, WY 83001<br>Tel.: (307) 733-0166<br>Fax: (307) 733-7590<br>kate@meadlaw.net<br>Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham; Cross Claimants |
| Julie Nye Tiedeken, - WY Bar #5-1949<br>Sean W. Scoggin  - WY Bar # 6-3263<br>McKellar, Tiedeken & Scoggin<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>Tel.: (307) 7637-5575<br>Fax: (307) 7637-5515<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net<br>Counsel for Wyoming Mechanical, Inc.; Cross Defendant | Cameron S. Walker, - WY Bar # 5-1451<br>Judith A. Studer, - WY Bar # 5-2174<br>Schwartz, Bon, Walker & Studer, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Tel: (307) 235-6681<br>Fax: (307) 234-5099<br>cam@schwartzbon.com<br>jstuder@schwartzbon.com<br>Counsel for Triangle Tube/Phase III, CO., Inc., Defendant |
| Joseph P. McGill (Pro Hac Vice)<br>Foley, Baron, Metzger & Juip, PLLC<br>38777 Six Mile Road, Suite 300<br>Livonia, Ml 48152<br>Tel: (734) 742-1825<br>Fax: (734) 521-2379<br>jmcgill@fbmjlaw.com<br>Co-Counsel for Triangle Tube/Phase III, CO., Inc. Defendant | |

/s/ *Christopher R. Reeves*
The Waltz Law Firm

3