# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Wyoming

Case Number: 2:15-CV-00128-NDF

Plaintiff:
**HERRERA, et al**

vs.

Defendant:
**BUINGHAM et al**

For:
David Lewis
DAVID G. LEWIS
P.O. Box 8519
Jackson, WY 83002

Received by PROFESSIONAL PROCESS SERVERS on the 19th day of January, 2016 at 1:34 pm to be served on **TRANGEL TUBE/PHASE III CO, INC C/O REGISTERED AGENT FOR SERVICE OF PROCESS, 1 TRIANGEL LANE, BLACKWOOD, NJ 08012.**

I, KEVIN ROBBINS, do hereby affirm that on the **20th day of January, 2016 at 3:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE and SECOND AMENDED COMPLAINT and DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **TERRY BOERNER** as **CUSTOMER SERVICE** for **TRANGEL TUBE/PHASE III CO, INC**, at the address of: **1 TRIANGEL LANE, BLACKWOOD, NJ 08012**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**KEVIN ROBBINS**
Process Server

**PROFESSIONAL PROCESS SERVERS
100 SPRINGDALE ROAD
SUITE A3 541
CHERRY HILL, NJ 08003
(877) 566-0006**
Our Job Serial Number: KRR-2016000003

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-128-F

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Registered Agent for Service, Triangle Tube, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TERRY BOERNER , who is
designated by law to accept service of process on behalf of *(name of organization)* TRIANGLE TUBE INC
on *(date)* 1-20-2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/21/2016

Server's signature
Kevin Robbins

*Printed name and title*

Professional Process Servers
100 Springdale Rd, Ste A-3 #541
Cherry Hill, NJ 08003
1-877-566-0006

*Server's address*

Additional information regarding attempted service, etc: