| Attorney or Party without Attorney: <br> DAVID G. LEWIS ESQ., Bar #4-1150 <br> DAVID G. LEWIS, ATTORNEY AT LAW <br> P.O. BOX 8519 <br> JACKSON, WY  83002 <br> Telephone No: 307-739-8900   FAX No: 307-739-8902 <br> Attorney for: Plaintiffs | For Court Use Only |
|---|---|

| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Wyoming

Plaintiffs: FRANCISCO HERRERA, et al.
Defendant: GREGORY BUCKINGHAM, et al.

| AFFIDAVIT OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 15-cv-128-F |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

3. a. Party served:            M&G DURAVENT, INC.
   b. Person served:           CATHY O'CONNELL, ACCOUNT PAYABLE, PERSON IN CHARGE

4. Address where the party was served:   c/o REGISTERED AGENT FOR SERVICE
                                         877 COTTING COURT
                                         VACAVILLE, CA  95688

5. I served the party:
   b. by substituted service. On: Tue., Jan. 19, 2016 at: 2:28PM By Leaving Copies in the Presence of the Subject
      CATHY O'CONNELL, ACCOUNT PAYABLE, PERSON IN CHARGE, Asian,
      Female, 57 Years Old, Black Hair, Brown Eyes, 5 Feet 7 Inches, 140 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                              Fee for Service:    $101.64
   a. GINA SILVA



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of WYOMING and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS                                        (GINA SILVA)
                                               469065   .lewisdav.47831