Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY 82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>           Plaintiffs,<br><br>      v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation<br><br>           Defendants. | Case No. 15-cv-128-F |

**ACCEPTANCE OF SERVICE**

I, Joseph McGill, attorney at law, represent that I have received a copy of *Wyoming Mechanical's Cross Claim against Triangle Tube/Phase III Co. Inc.* in the above-entitled action in my capacity as attorney for Triangle Tube/Phase III Co. Inc. ("Triangle Tube). I am authorized by Triangle Tube to accept service of the Cross Claim in lieu of formal service of the same. I acknowledge that an Answer to the Cross Claim must be filed on or before February 19, 2016.

**DATED** this 1st day of February, 2016.

By: _____
Joseph P. McGill
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the __4__ day of February, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

Christopher R. Reeves
Richard A. Waltz
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO 80264
creeves@waltzlaw.com

Cameron S. Walker
Judith A. Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
cam@schwartzbon.com
jstuder@schwartzbon.com

/s/ *Julie Nye Tiedeken*
McKellar, Tiedeken & Scoggin, LLC