IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants;   and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>    Defendants, | )<br>)<br>)<br>)   Civil Action No. 15-CV-128-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Consent Motion For Leave to Correct Misnomer filed by Plaintiffs and Defendants having been read and considered, and good cause having been shown; IT IS HEREBY ORDERED that the style of the above case shall be amended to reflect the correct spelling of the

following parties' names: M&G Group DuraVent, Inc. shall be changed to M&G DuraVent, Inc. All previously filed pleadings shall be read with this change and all future pleadings shall reflect this change in the style of this case.

  IT IS SO ORDERED, this _____ day of _____, 2016.

              _____
              Judge,
              U.S. Dist. Court, District of Wyoming

STIPULATED TO BY:

s/Christopher R. Reeves
Richard A. Waltz, Esq., *pro hac vice*
Christopher R. Reeves, Esq., #7-5386
Wyoming Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO 80264
Telephone: 303-830-8800
Facsimile: 303-830-8850
dwaltz@waltzlaw.com
creeves@waltzlaw.com

| | |
|---|---|
| s/David G. Lewis | s/Katherine L. Mead |
| David G. Lewis, WY Bar #4-1150 | Katherine L. Mead, WY Bar #5-2432 |
| Attorney at Law | Mead & Mead |
| P.O. Box 8519 | 1200 N. Spring Gulch Rd |
| Jackson, WY 83002 | P.O. Box 1809 |
| Tel.: (307) 739-8900 | Jackson, WY 83001 |
| Fax: (307) 739-8902 | Tel.: (307) 733-0166 |
| davelewis@bresnan.net | Fax: (307) 733-7590 |
| Counsel for Plaintiffs | kate@meadlaw.net |
| | Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust |

|  | Trustee G Buckingham & Trustee D Buckingham; Cross Claimants |
|---|---|
| s/Julie Nye Tiedeken<br>Julie Nye Tiedeken, - WY Bar #5-1949<br>Sean W. Scoggin  - WY Bar # 6-3263<br>McKellar, Tiedeken & Scoggin<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>Tel.: (307) 7637-5575<br>Fax: (307) 7637-5515<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net<br>Counsel for Wyoming Mechanical, Inc.; Cross Defendant | s/Cameron S. Walker<br>Cameron S. Walker, - WY Bar # 5-1451<br>Judith A. Studer, - WY Bar # 5-2174<br>Schwartz, Bon, Walker & Studer, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Tel: (307) 235-6681<br>Fax: (307) 234-5099<br>cam@schwartzbon.com<br>jstuder@schwartzbon.com<br>Counsel for Triangle Tube/Phase III, CO., Inc., Defendant |

s/Joseph P. McGill
Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
Tel: (734) 742-1825
Fax: (734) 521-2379
jmcgill@fbmjlaw.com
Co-Counsel for Triangle Tube/Phase III, CO., Inc. Defendant