IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and ) <br> JOANNA HERRERA, CO- ) <br> WRONGFUL DEATH ) <br> REPRESENTATIVES, for exclusive ) <br> benefit of the beneficiaries of ) <br> MONICA HERRERA, deceased, who ) <br> have sustained Damages from her ) <br> wrongfully caused death ) <br> ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> GREGORY BUCKINGHAM and ) <br> DEBORAH BUCKINGHAM, but in ) <br> their individual capacities as Trustees ) <br> of the BUCKINGHAM FAMILY ) <br> TRUST; and, GREGORY ) <br> BUCKINGHAM and DEBORAH ) <br> BUCKINGHAM as individual ) <br> defendants;   and, WYOMING ) <br> MECHANICAL, INC., a Wyoming ) <br> Corporation; ) <br> TRIANGLETUBE/PHASE III CO. ) <br> INC., a New Jersey Corporation; and, ) <br> M&G GROUP DURAVENT, INC., a ) <br> New York Corporation ) <br> ) <br>     Defendants, ) | Civil Action No. 15-CV-128-F <br><br> **FILED** <br><br> *10:23 am, 2/18/16* <br> **U.S. Magistrate Judge** |

---

## ORDER
---

The Consent Motion For Leave to Correct Misnomer filed by Plaintiffs and Defendants having been read and considered, and good cause having been shown; IT IS HEREBY ORDERED that the style of the above case shall be amended to reflect the correct spelling of the

1

following parties' names: M&G Group DuraVent, Inc. shall be changed to M&G DuraVent, Inc. All previously filed pleadings shall be read with this change and all future pleadings shall reflect this change in the style of this case.

IT IS SO ORDERED, this 18th day of February, 2016.

_____
The Honorable Kelly H. Rankin
U.S. Magistrate