# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FRANCISCO HERRERA et al

                           Plaintiffs,

vs.                                            Case Number: 15-CV-128-F

GREGORY BUCKINGHAM et al

                           Defendants.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☐ This Minute Sheet also contains a Minute Order    ☐ Status Conference Only
☑ This was a Telephonic Hearing                        ☐ Scheduling Conference
☐ Motions Hearing

Date: 02/19/2016     Time: 1:45 p.m. - 2:20 p.m.     (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Courtney Amerine |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    David Lewis

Attorney(s) for Defendant(s)    Julie Tiedeken, Katherine Mead, Joseph McGill, Judith Studer, Christopher Reeves

Other:

Revised schedule will be set forth in a written order to follow.