Joseph P. McGill (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com

Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  cam@schwartzbon.com
          jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | Case No.:  2:15-cv-00128-NDF |

**DEFENDANT TRIANGLE TUBE'S ANSWER TO
WYOMING MECHANICAL'S CROSS CLAIMS, TOGETHER WITH
<u>AFFIRMATIVE DEFENSES AND RELIANCE ON JURY DEMAND</u>**

Defendant TRIANGLE TUBE ("Triangle Tube"), incorrectly named as Triangle Tube/Phase III Co. Inc., by and through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, hereby submits its Answer to Wyoming Mechanical's Cross Claims, together with Affirmative Defenses and Reliance on Jury Demand, as follows:

1. Triangle Tube re-alleges and incorporates by reference its Answers to Plaintiffs' Second Amended Complaint.

2. Triangle Tube neither admits nor denies the allegations in paragraph 2 that Triangle Tube was the "manufacturer" of the boiler installed at the Buckingham residence. Further responding, Triangle Tube denies the remaining allegations in said paragraph.

3. Triangle Tube denies that the boiler at issue was sold to its distributor Intermountain Sales. Further responding, Triangle Tube denies that Intermountain Sales subsequently distributed the boiler at issue to Ferguson Enterprises. Further responding, Triangle Tube neither admits nor denies the remaining allegations in paragraph 3 for lack of sufficient information to form a belief as to the truth or accuracy of said allegations.

4. Triangle Tube denies the allegations contained in paragraph 4 of Wyoming Mechanical's Cross Claims to the extent modifications were made to the boiler on install or thereafter.

5. Triangle Tube denies the allegations contained in paragraph 5 of Wyoming Mechanical's Cross Claims.

6. Triangle Tube is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in paragraph 6 of Wyoming Mechanical's Cross Claims and, therefore, denies same.

7. Triangle Tube is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in paragraph 7 of Wyoming Mechanical's Cross Claims and, therefore, denies same.

8. Triangle Tube is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in paragraph 8 of Wyoming Mechanical's Cross Claims and, therefore, denies same.

9. Triangle Tube is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in paragraph 9 of Wyoming Mechanical's Cross Claims and, therefore, denies same.

To the extent not specifically admitted, each and every allegation in Wyoming Mechanical's Cross Claims is deemed denied.

WHEREFORE, Defendant Triangle Tube denies the allegations and damages otherwise pled in Wyoming Mechanical's unnumbered "WHEREFORE" paragraph contained in its Cross Claims.

## **AFFIRMATIVE DEFENSES**

1. Triangle Tube affirmatively alleges that Wyoming Mechanical's Cross Claims fail to state a claim upon which relief can be granted. Wyoming Mechanical's claims are barred by Wyoming's comparative fault statute and there is otherwise no relationship between Wyoming Mechanical and Triangle Tube, Wyoming Mechanical has incurred no debt on behalf of Triangle Tube, and has not otherwise settled claims against Triangle Tube sufficient to support an indemnity claims.

2. The injuries and damages complained of were caused, in whole or in part, by the acts or omissions of parties and/or non-party tortfeasors and/or persons other than Triangle Tube over whom Triangle Tube had no control, such that their percentage of fault should be determined by the jury pursuant to W.S. § 1-1-109(c)(i)(A).

3. The damages and injuries allegedly sustained by Plaintiffs, if any, were not legally caused by Triangle Tube's products, but instead may have been legally caused by intervening and superseding causes or circumstances.

4. Plaintiffs' alleged causes of action are barred because, based upon the scientific skill and knowledge at the time Triangle Tube's products were distributed, they were reasonably safe and the benefits of the products outweighed any associated risks.

5. That to the extent that Triangle Tube's product was involved in this case, at the time it was sold or delivered, it was designed, manufactured, produced, marketed and labeled in accordance with knowledge reasonably available to Triangle Tube, within industry standards and customs, within state and federal statutory requirements, and within prevailing non-government standards and regulations pertinent to the product.

6. That the products alleged to have caused damages may not have been used in the manner and for the purposes intended. Such improper use and/or abuse of the products for an unforeseeable purpose and in an unforeseeable manner may have proximately caused or contributed to the alleged injuries, if any, and therefore there is no recovery available against Triangle Tube.

7. Triangle Tube adopts and incorporates by reference all affirmative defenses raised by any other Defendant in this case.

8. Triangle Tube specifically reserves the right to amend its Answer by adding additional defenses or affirmative defenses as additional facts are obtained.

WHEREFORE Defendant TRIANGLE TUBE, respectfully requests that this Honorable Court enter an Order that GRANTS the following relief:

1. Dismisses Wyoming Mechanical's Cross Claims against Triangle Tube with prejudice;

2. Awards Triangle Tube its reasonable costs and attorneys' fees incurred to defend this Cross Claim; and

3. Awards Triangle Tube all other just and proper legal and equitable relief.

                        Respectfully submitted,

                        FOLEY, BARON, METZGER & JUIP, PLLC

Dated: February 19, 2016        By: /s/Joseph P. McGill
                                        Joseph P. McGill (admitted pro hac vice)
                                38777 Six Mile Road, Suite 300
                                Livonia, MI 48152
                                Tel.: (734) 742-1825;  Fax: (734) 521-2379

                                Judith A. W. Studer (5-2174)
                                Schwartz, Bon, Walker & Studer, LLC
                                141 S. Center Street, Suite 500
                                Casper, WY 82601
                                Tel.: (307) 235-6681; Fax: (307) 234-5099

                                *Attorneys for Defendant Triangle Tube*

## DEFENDANT TRIANGLE TUBE'S
## RELIANCE ON JURY DEMAND

Defendant TRIANGLE TUBE, through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, hereby relies upon the Jury Demand filed by Plaintiffs and by M&G DuraVent.

                                                    Respectfully submitted,

                                                    FOLEY, BARON, METZGER & JUIP, PLLC

Dated:  February 19, 2016          By:   /s/Joseph P. McGill
                                                    Joseph P. McGill (admitted pro hac vice)
                                                  38777 Six Mile Road, Suite 300
                                                  Livonia, MI 48152
                                                  Tel.: (734) 742-1825;  Fax: (734) 521-2379

                                                  Judith A. W. Studer (5-2174)
                                                  Schwartz, Bon, Walker & Studer, LLC
                                                  141 S. Center Street, Suite 500
                                                  Casper, WY 82601
                                                  Tel.: (307) 235-6681; Fax: (307) 234-5099

                                                  *Attorneys for Defendant Triangle Tube*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2016, I served Defendant Triangle Tube's Answer to Wyoming Mechanical's Cross Claims, together with Affirmative Defenses and Reliance on Jury Demand upon:

David Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Julie Tiedeken, Esq.
Sean W. Scoggin Esq.
Attorney for Defendant Wyo Mechanical
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Christopher R. Reeves, Esq
Dick Waltz, Esq.
Attorney for DuraVent, Inc.
Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzlaw.com
DWaltz@WaltzLaw.com

Katherine L. Mead, Esq.
Attorney for Defendants Buckingham
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

via the Court's ECF filing system.

/s/Cheryl E. Ballew
Cheryl E. Ballew