Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>   Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants;   and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>   Defendants, | Civil Action No. 15-CV-128-F |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

1

COME NOW the Parties in the above-styled matter and pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 26(c)(7), submit their Consent Motion for Entry of Protective Order in the above-referenced matter.

Attached hereto is a proposed Consent Protective Order submitted by the Plaintiff and Defendants. The information sought by the Parties in discovery contains various protected and personal information. The Parties have a legitimate interest in maintaining the confidentiality of this information.

The records and testimony sought may contain information that is relevant to this matter. However, the need for the Parties' access to the information contained in these files must be balanced with the Parties' interest in the confidentiality. As such, the attached proposed Stipulated Protective Order should allow access to the records and testimony while allowing limited use of said information and thereby protecting the interests of both the Plaintiff and the Defendants.

As such, the Parties pray the Court enter the attached Stipulated Protective Order.

Respectfully submitted this 17th day of March, 2016.

        s/Christopher R. Reeves _
Richard A. Waltz, Esq., *pro hac vice*
Christopher R. Reeves, Esq., #7-5386
Wyoming Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO 80264
Telephone: 303-830-8800
Facsimile: 303-830-8850
dwaltz@waltzlaw.com
creeves@waltzlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2016, I electronically filed a true and correct copy of the above Consent Motion For Entry of Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David G. Lewis, WY Bar. #4-1150
P.O. Box 8519
Jackson, WY 83002
Tel.: (307) 739-8900
Fax: (307) 739-8902
davelewis@bresnan.net
Counsel for Plaintiffs

Katherine L. Mead, WY Bar #5-2432
Mead & Mead
1200 N. Spring Gulch Rd
P.O. Box 1809
Jackson, WY 83001
Tel.: (307) 733-0166
Fax: (307) 733-7590
kate@meadlaw.net
Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham; Cross Claimants

Julie Nye Tiedeken, - WY Bar #5-1949
Sean W. Scoggin  - WY Bar # 6-3263
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY 82001
Tel.: (307) 7637-5575
Fax: (307) 7637-5515
jtiedeken@mtslegal.net
sscoggin@mtslegal.net
Counsel for Wyoming Mechanical, Inc.; Cross Defendant

Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Tel: (307) 235-6681
Fax: (307) 234-5099
cam@schwartzbon.com
jstuder@schwartzbon.com
Counsel for Triangle Tube/Phase III, CO., Defendant

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
Tel: (734) 742-1825
Fax: (734) 521-2379
jmcgill@fbmjlaw.com
Co-Counsel for Triangle Tube/Phase III, CO., Inc. Defendant

/s/ *Christopher R. Reeves*
The Waltz Law Firm

3