Joseph P. McGill (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  cam@schwartzbon.com
         jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>  Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>  Defendants. | Case No.: 2:15-cv-00128-NDF |

### **TRIANGLE TUBE'S CORPORATE DISCLOSURE STATEMENT**

NOW COMES Defendant TRIANGLE TUBE, by and through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, and for its Corporate Disclosure Statement states as follows

1. Triangle Tube's parent corporation is ACV International S.A.

2. ACV International S.A. is a private corporation. ACV International S.A. owns 100% of Triangle Tube's stock.

Respectfully submitted,

FOLEY, BARON, METZGER & JUIP, PLLC

Dated:  March 18, 2016        By:     /s/Joseph P. McGill
                                  Joseph P. McGill (admitted pro hac vice)
                              38777 Six Mile Road, Suite 300
                              Livonia, MI 48152
                              Tel.: (734) 742-1825;  Fax: (734) 521-2379

                              Judith A. W. Studer (5-2174)
                              Schwartz, Bon, Walker & Studer, LLC
                              141 S. Center Street, Suite 500
                              Casper, WY 82601
                              Tel.: (307) 235-6681; Fax: (307) 234-5099

                              *Attorneys for Defendant Triangle Tube*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016, I served Defendant Triangle Tube's Corporate Disclosure Statement upon:

| | |
|---|---|
| David Lewis<br>P. O. Box 8519<br>Jackson, Wyoming 83002<br>davelewis@bresnan.net | Christopher R. Reeves<br>Dick Waltz, Esq.<br>Waltz Law Firm<br>1660 Lincoln Street, Ste. 2510<br>Denver, Colorado 80264<br>creeves@waltzlaw.com<br>DWaltz@WaltzLaw.com |
| Julie Tiedeken<br>Sean W. Scoggin<br>P. O. Box 748<br>Cheyenne, Wyoming 82003<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net | Katherine L. Mead, Esq.<br>P.O. Box 1809<br>Jackson, Wyoming 83001<br>kate@meadlaw.net |

via the Court's ECF system.

                                                           /s/Cheryl E. Ballew
                                                             Cheryl E. Ballew