Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com

Joseph P. McGill (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com
*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | Case No.:  2:15-cv-00128-NDF |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER A. CUPPLES**

Defendant Triangle Tube/Phase III Co., Inc., by and through its undersigned counsel, in accordance with U.S.D.C.L.R. 83.12.2 (b), hereby moves for the admission of Jennifer A. Cupples, *pro hac vice* in this matter. In support of this motion, the Court is informed as follows:

1. The undersigned local counsel for Defendant is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

2. Jennifer A. Cupples is a member in good standing of the Bar of the State of Michigan.

3. The undersigned vouches for the good moral character of Jennifer A. Cupples. Jennifer A. Cupples has complied with the requirements of U.S.D.C.L.R. 83.12.2. See Affidavit of Jennifer A. Cupples attached as Exhibit A to this motion, and incorporated herein.

4. Local counsel for the Defendant agrees to be present in Court during all proceedings in connection with the case, unless excused, and will have full authority to act on behalf of the client in all matters. Local counsel agrees to be fully prepared to represent Defendant at any time in any capacity.

5. The undersigned respectfully requests that the Court enter an order allowing the *pro hac vice* admission of Jennifer A. Cupples in this matter.

**WHEREFORE**, Defendant respectfully requests the Court grant the relief requested herein, and for such further relief as the Court deems appropriate.

DATED this 1st day of April, 2016.

/s/Judith Studer
Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone (307) 235-6681/Fax (307) 234-5099
Email:  jstuder@schwartzbon.com
Attorneys for Defendant Triangle Tube/Phase III Co., Inc.

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of April, 2016, the undersigned served the within and foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER A. CUPPLES** upon the following registered filing user(s) pursuant to the CM/ECF System:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzlaw.com
DWaltz@WaltzLaw.com

Julie Tiedeken
Sean W. Scoggin
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

/s/ Judith Studer
Judith A. Studer
SCHWARTZ, BON, WALKER & STUDER, LLC

3