# EXHIBIT A

## AFFIDAVIT OF JENNIFER A. CUPPLES

BEFORE ME, the undersigned authority, on this day personally appeared Jennifer A. Cupples who, after being duly sworn by me, stated as follows:

1. My name is Jennifer A. Cupples. I am over eighteen years of age and am fully competent in all respects to make this sworn statement. I have personal knowledge of the facts contained herein, and they are true and correct.

2. I am an attorney with the law firm of Foley, Baron, Metzger & Juip, PLLC, 38777 Six Mile Road, Suite 300, Livonia, MI 48152; telephone (734) 742-1800; fax (734) 521-2379. My email address is: jcupples@fbmjlaw.com. I graduated from the The University of Detroit Mercy School of Law in 2009 and was admitted to practice in Michigan on November 19, 2009. I am a member in good standing of the bar of the State of Michigan.

3. I am admitted to practice in the U.S. District Court for the Eastern District of Michigan, admitted on December 1, 2009.

4. There are no pending or past disciplinary proceedings or public sanctions against me. I have never been denied admission to any bar or denied admission *pro hac vice* before any court.

5. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

6. I acknowledge that I submit to and will be subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

7. I acknowledge that Wyoming local counsel in this matter is required to be fully prepared to represent Defendant Triangle Tube/Phase III Co., Inc. at any time and in any capacity.

DATED this 30th day of March 2016.

*Jennifer A. Cupples*
Jennifer A. Cupples

STATE OF MICHIGAN )
) SS.
COUNTY OF WAYNE )

The foregoing Affidavit was subscribed and sworn to before me by Jennifer A. Cupples on this 30th day of March 2016.

Witness my hand and official seal.

*Cheryl E. Ballew*
Cheryl E. Ballew, Notary Public
Wayne County, Michigan
My Commission Expires: 6/14/18

2