**FILED**

*12:03 pm, 4/1/16*

**Stephan Harris**
**Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit Of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHINCAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>Defendants. | Civil Action No. 15-CV-128-F |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF JENNIFER A. CUPPLES AS COUNSEL FOR DEFENDANT/CROSS DEFENDANT TRIANGLE TUBE

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant/Cross Defendant Triangle Tube, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Jennifer A. Cupples as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Jennifer A. Cupples is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 1st day of April, 2016

_____
KELLY H. RANKIN
CHIEF UNITED STATES MAGISTRATE JUDGE