David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; Triangle Tube/Phase III CO. Inc. a New Jersey Corporation; and M&G DURAVENT, INC. a New York Corporation, | ) ) ) ) ) ) ) ) ) ) | **PLAINTIFFS' EXPERT WITNESSES (SECOND)** |
| Defendants. | ) ) | |

Comes now Plaintiffs, by and through their attorney, David G. Lewis, and designate their Expert Witnesses as follows:

## RETAINED EXPERT WITNESSES

Plaintiff has retained the following individuals as expert witnesses to testify in this litigation.  Plaintiff will provide these experts, without subpoena, for deposition at Defendants' expense.  As discovery is on-going, Plaintiffs reserve the right to supplement this designation as new information is made known to the Plaintiffs or their experts.  Plaintiff reserves the right to supplement this designation in response to any expert designation by Defendants, and any corresponding deposition of any expert designated by the Defendants.  All depositions and discovery responses are therefore incorporated by this reference herein.

1.    BERNARD CUZZILLO, Ph.D., P.E.
      President, Mechanical Engineer, and Fire Scientist
      Berkeley Research Company
      600 Addison St.
      Berkeley, CA 94710-1920
      (510) 868-4350

Bernard Cuzzillo, Ph.D., P.E., is an expert mechanical engineer and fire scientist. Dr. Cuzzillo obtained his B.S. from U.C. Berkeley in Mechanical Engineering in 1980; his M.S. in Mechanical Engineering from U.C. Berkeley in 1982; and he completed a Doctorate in Mechanical Engineering from U.C. Berkeley in 1997.  Dr. Cuzzillo is a registered mechanical engineer in the State of California, and a member of ASM International, the National Fire Protection Association, the American Society of Mechanical Engineers, and the Society of Forensic Engineers and Scientists. Dr. Cuzzillo is an invited lecturer in Mechanical Engineering 290F, a graduate class entitled Case Studies in Fire Safety Engineering Science, at the University of California at Berkeley. He has twice (2000, 2007) been the co-chairman of the seminars, Society of Forensic Engineers and Scientists. Plaintiff retained Dr. Cuzzillo to investigate and reconstruct the cause and circumstances leading to the January 30, 2015 carbon monoxide exposure incident that killed Monica Herrera.

**Summary of testimony / comprehensive statement of each of the opinions of**

**such witness and the factual basis for each opinion:**

a.      Dr. Cuzzillo's written report - including a summary of his opinions and a comprehensive statement of each of his opinions and the factual basis for each opinion - is attached and incorporated herein as a part hereof;

b.      Dr. Cuzzillo's curriculum vitae, including a list of all publications authored within the last ten years, is attached;

c.      A listing of any other cases in which he has testified as an expert at trial or by deposition in the preceding four years is attached;

d.      Dr. Cuzzillo does not insist on any special conditions or requirements for taking his deposition. Dr. Cuzzillo charges $450 per hour for consulting, and for deposition and trial testimony, including traveling and waiting time. In the case of further deposition testimony his charges begin at the appointed time.

If called as a witness at trial, Dr. Cuzzillo will testify to the facts and opinions contained in this report. The Defendants Buckingham and the Defendant Wyoming Mechanical took the deposition of Dr. Cuzzillo in Oakland, California, on December 7, 2015. Dr. Cuzzillo may also testify at trial regarding any facts and opinions discussed during his December 7, 2015 deposition.

The recently added Defendants in this matter, M&G DuraVent, Inc., and Triangle Tube/Phase III Co., Inc., have both expressed their intention to take the deposition of Dr. Cuzzillo. The Defendants Buckingham and Wyoming Mechanical have also expressed their intention to participate in the second deposition of Dr. Cuzzillo. Dr. Cuzzillo may testify at trial regarding any facts and opinions discussed during his anticipated second deposition.

Dr. Cuzzillo reserves the right to supplement his opinions based upon review of additional information acquired, and he reserves the right to provide rebuttal testimony

to any facts or opinions offered by the defendants' experts.

    2.      James Sondgeroth
                Quarter Circle 4 Heating and Plumbing, Inc.
                P. O. Box 7212
                Jackson, Wyoming 83002

Mr. Sondgeroth is the owner and operator of Quarter Circle 4 Heating and

Plumbing Company, Inc.. He began working in plumbing and heating as a youngster

from 1972 to 1976, working for and with his grandfather and father, both plumbers. He

attended the University of Colorado on a wrestling scholarship, and graduated from

there with a degree in education in 1980. Since 1980, he has worked full time as a

plumber. From 1990 to 2005, he was the foreman for the Defendant Wyoming

Mechanical. In 2005, Mr. Sondgeroth formed Quarter Circle 4 Heating and Plumbing.

Mr. Sondgeroth is a Master Plumber. (copy attached)

Mr. Sondgeroth has installed many boilers and hydronic heating systems in

businesses and residences in Teton, Park, Sublette, and Lincoln Counties. Among these

are boilers manufactured by Triangle Tube, including the Prestige Solo 175. His

plumbing experience with Triangle Tube over the past years has been that when

properly installed, the Prestige Boiler is reliable and safe. Since his designation by

Plaintiffs in the Plaintiffs' First Designation of Experts, Mr. Sondgeroth has, recently,

experienced problems with the Triangle Tube boilers, including the Prestige 175 such

that he has decided not to recommend them to his customers for installation and

heating. As soon as Plaintiffs' attorney and Mr. Sondgeroth are able to verify certain

information, the undersigned attorney will pass this information on to the other parties.

Mr. Sondgeroth will further testify that he is very familiar with the practice of his

plumbers employed by Quarter Circle 4, as well as those of the plumbers in Teton

County in general, regarding carbon monoxide problems. He will further testify that if

a customer calls his company with a flue pipe leaking combustion gases into a home or business, he would warn the occupant to immediately shut the boiler off, immediately vacate the premises, and assure the caller that he or one of his employees would immediately go to that site and address the problem. His experience is that other plumbers in Jackson Hole would do the same.

Mr. Sondgeroth charges $125.00 per hour to give a deposition or to testify in a Courtroom, plus any travel expenses.

3.      Rick Hirschi, Ph.D.
        Economic Consultant
        1763 N. 3000 W.
        Rexburg, Idaho 83440
        (208) 496-3806

Dr. Hirschi is professor of economics at BYU-Idaho in Rexburg. He has been retained by Plaintiffs to calculate the losses suffered by Plaintiffs as a result of the wrongful death of their Daughter, Wife, Mother, Aunt (Guardian of two nieces), and Grandmother. Dr. Hirschi's evaluation of losses Preliminary Report has been specifically prepared for this case, and it is incorporated herein by this reference as a part hereof.

Dr. Hirschi is presently unavailable for the remainder of this week, but he will provide a history of legal cases with which he has had an involvement as an expert witness. As soon as the same is provided, it will be given to supplement this report, and copies provided to counsel.

Dr. Hirschi may have other opinions, and will certainly elaborate on the opinions expressed above. After the development of further facts and the rendering of other economic loss opinions, this designation may be amended or supplemented. Dr. Hirschi may also respond to the opinions of other economic experts who may be retained in this matter by other parties. When the deposition of Dr. Hirschi is taken, the

opinions which he expresses therein are to be incorporated into this designation statement.

Dr. Hirschi's fee for giving a deposition is $600 for a deposition given in southeastern Idaho; and, $750 for a deposition taken outside southeastern Idaho. Any deposition lasting longer than three hours will be billed at $200 per hour. Travel to and from any destination is $75 per hour to and from the deposition. All actual expenses incurred for travel, lodging, and meals, and any other expenses necessary for deposition travel or attendance shall be reimbursed at the amount of the cost incurred.

**Summary of testimony / comprehensive statement of each of the opinions of such witness and the factual basis for each opinion:**

a.      Dr. Hirschi's written report - including a summary of his opinions and a comprehensive statement of each of his opinions and the factual basis for each opinions - is attached;

b.      Dr. Hirschi's curriculum vitae, including a list of all publications authored within the last four years is attached;

c.      A listing of any other cases in which he has testified as an expert at trial or by deposition in the preceding four years will be provided as described above;

d.      Dr. Hirschi does not insist on any special conditions or requirements for taking his deposition. Dr. Hirschi's deposition charges are included in the description of his charges, above.

None of the four Defendants have provided in their initial discovery the tax returns and other financial information upon which punitive damages could be calculated; even though the grounds and prayers for punitive damages are clearly alleged. The case for punitive damages against the Defendants Buckingham and Wyoming Mechanical is strong and based upon uncontroverted evidence. The

foreseeable and avoidable CO exposure caused acute carbon monoxide poisoning and Monica Herrera's death.  The failure of the Buckinghams to provide a reasonably safe place to work, and their failure to warn Mrs. Herrera of a known deadly condition at their residence where she was coming to work, was highly unreasonable conduct, an extreme departure from ordinary care in a situation where the need for a high degree of care was apparent.  Wyoming Mechanical's intentional, consciously chosen, self-imposed ignorance and avoidance of the mortal dangers to the occupants of the residence, including Monica Herrera, was also beyond reckless.  The manufacture and sale of the defective Triangle Tube boilers and DuraVent pipe designed to transport deadly gases from inside the walls of human habitation require the utmost care on the part of manufacturers and distributors of the products.  Neither followed internal standards and protocols of manufacturing safety required by State and Federal law leading to the creation and distribution of dangerously defective products.  Such conduct would support an award of punitive damages.

Defendants should not postpone providing their financial information regarding the probable applicability of punitive damages in this matter.  Once that financial information is provided, Plaintiffs can assess the full extent of their recoverable damages, and provide reasonable demands for settlement.

If called as a witness at trial, Dr. Hirschi will testify to the facts and opinions contained in his report.  Plaintiffs anticipate that the Defendants will take Dr. Hirschi's deposition prior to the discovery cut-off.  Dr. Hirschi may also testify at trial regarding any facts and opinions discussed during his anticipated deposition.

Dr. Hirschi reserves the right to supplement his opinions based upon review of additional information acquired, and he reserves the right to provide rebuttal testimony

to any additional facts or opinions offered by the Defendants' experts.

## NON-RETAINED EXPERT WITNESSES

4.    Lars T. Conway, MD
      Teton Pathology, P.C.
      Anatomic & Clinical Pathology
      P. O. Box 4940
      625 E. Broadway
      Jackson, Wyoming 83001
      (307) 733-6418

Dr. Conway is a Jackson, Wyoming pathologist who has practiced as such for 22 years.  He performed an Autopsy on Monica Herrera following her death at the Buckingham Residence in Teton County, Wyoming.  The autopsy was performed by Dr. Conway in order to determine the cause of Monica's death, at the Teton County Morgue in Jackson at the request of Brent A. Blue, MD, Teton County, Wyoming Coroner.  Dr. Conway's final anatomical diagnosis at the autopsy was "Carbon monoxide poisoning (carboxyhemoglobin level 76%)."

This is an extraordinarily high concentration of CO in the blood stream.

**Summary of testimony / comprehensive statement of each of the opinions of such witness and the factual basis for each opinion:**

a.    Dr. Conway's written Autopsy Report is attached;

b.    Dr. Conway's curriculum vitae, is attached;

c.    A listing of any other cases in which he has testified as an expert at trial or by deposition in the preceding four years is attached;

d.    If Dr. Conway's deposition is to be taken in the morning, it would have to be taken in his office at the hospital, where he must be available to examine surgical samples.  If in the afternoon, it may be possible to take his deposition outside the hospital.  Dr. Conway charges  a fee of $600 for his deposition.

If called as a witness at trial, Dr. Conway will testify to the facts and opinions contained in this report.

Respectfully submitted on this 1st day of April, 2016.

/s/
David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of April, 2016, I served a true and accurate copy of the above and foregoing by electronic transmission as follows:

Julie Tiedeken, Esq.
jtiedeken@mtslegal.net

Cameron Walker, Esq.
cam@schwartzbon.com

Sean Scoggin, Esq.
SScoggin@mtslegal.net

Katherine L. Mead
kate@meadlaw.net

Judy Studer, Esq.
jstuder@schwartzbon.com

Joseph McGill
JMcGill@fbmjlaw.com

Dick Waltz, Esq.
DWaltz@WaltzLaw.com

Jennifer Cupples, Esq.
jcupples@fbmjlaw.com

Christopher Reeves, Esq.
creeves@WaltzLaw.com

/s/
David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002

# BERNARD R. CUZZILLO, PH.D.

# ATTACHMENTS

# BERKELEY RESEARCH COMPANY

HERRERA et al.

Plaintiff,

v.

BUCKINGHAM et al.,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Civil Case No. 15-cv-128-F

## Carbon Monoxide Exposure Analysis

REPORT

Prepared November 2, 2015

for

David G. Lewis
Attorney at Law
P.O. Box 8519
Jackson, WY 83001
davelewis@bresnan.net

by Bernard R. Cuzzillo, Ph.D., P.E., C.F.I.

BRC File No. 15-0973B
Herrera, et al. v. Buckingham, et al.

November 4, 2015
Expert Report

APPENDICES PROVIDED SEPARATELY
1. Materials reviewed in forming my opinions for this case.
2. My *curriculum vitae.*
3. A list of testimony at deposition or trial for the past four years.

BRC File No. 15-0973B                                                          November 4, 2015
Herrera, et al. v. Buckingham, et al.                                            Expert Report

## INTRODUCTION

This reports my analysis of the causes of the subject carbon monoxide (abbreviated by its chemical symbol, CO) exposure on January 30, 2015 at the Buckingham residence, 8935 Ditch Creek Road, Kelly, WY.

This report begins with 1) an explanation of the boiler and vent system design and operation, 2) a brief synopsis of combustion fundamentals, and 3) an explanation of combustion air supply. I then proceed to explain what went wrong.

THE MECHANICAL SYSTEMS
**The boiler:**

| | |
|---|---|
| Manufacturer: | Triangle Tube, a unit of ACV Manufacturing |
| Model: | Prestige Solo 175 |
| Input rating: | 170,000 BTU/hr |
| Fuel: | Liquefied propane (LP) gas |
| Burner: | Premixing forced draft |
| Mounting system: | Wall-hung |
| ASME classification: | Low-pressure heating boiler |
| Trade classification: | Hot-water-heating boiler (used for comfort heat only in this installation) |
| Heat exchanger: | Stainless steel fire-tube |
| Vent Category: | IV, positive pressure, condensing |
| Listing standard: | ANSI Z21.13 |
| Circulating fluid: | Propylene glycol-based antifreeze, premixed, with feeder |
| Installed location: | 2-car semi-detached garage |

**The vent piping:**

| | |
|---|---|
| Manufacturer: | DuraVent, a unit of M&G Group |
| Model: | PolyPro with old-style locking bands |
| Size: | 3" nominal diameter |
| Layout: | Twin-pipe with horizontal concentric termination |

The boiler burns a propane-air mixture to liberate heat that is transferred to the circulating fluid to heat the home. (Although the fluid never boils in this type of boiler, it is still called a "boiler.") Its flue gases are normally piped to the outdoors through the polypropylene vent pipes.

The air for combustion, called combustion air, although nominally piped from the outdoor air, is also drawn from the room air of the garage in which the boiler was installed.

The polypropylene vent pipe is known generically as Type BH and is listed under the Underwriters' Laboratories of Canada standard ULC-S636-08. Its joints are held together with steel locking rings that rely on friction to hold the joined pipes and fittings together.

BRC File No. 15-0973B                                                          November 4, 2015
Herrera, et al. v. Buckingham, et al.                                              Expert Report

## COMBUSTION 101

With complete combustion of hydrocarbon fuels in air, such as in the subject boiler, oxygen in the air combines with LP gas (which is mostly propane, $C_3H_8$) in the flame. The flame is a zone of high-temperature chemical reaction. As gases from the flame cool in the heat exchanger (transferring most of its heat to the water) the combustion process produces water vapor ($H_2O$) and carbon dioxide, or $CO_2$. $CO_2$ is not toxic; in fact, our exhaled breath typically contains several percent $CO_2$. A typical boiler of the subject design, operating correctly after warm up, will produce less than 100 parts per million (ppm)[1] CO in the outlet of its heat exchangers, and most often produce less than 20 ppm.

When insufficient oxygen is present in the flame zone for complete combustion, water vapor is still produced, but CO is also produced, roughly in proportion to the shortage of oxygen. By the time this CO reaches additional oxygen outside the boiler, the temperature is too low for it to react and form $CO_2$, so it remains "frozen," as toxic carbon monoxide.

## WHAT WENT WRONG

The causes of CO exposure breaks down into two categories: 1) Production of unusually high levels of CO in flue gases, and 2) Transport of those flue gas into the breathing air.

In this case the two causes are related. The flue gas was spilled into the breathing air because of a disconnection of the flue pipe. The flue pipe's disconnection was triggered by audible explosions during ignition caused by delayed ignition which result in pressure pulses in the vent system. These pressure pulses apparently defeated the friction in the pipe joint.

Delayed ignition is an undesirable combustion event that is typically caused by defects in the ignition system—spark ignition in this case, similar in concept to a spark plug.

The delayed-ignition events and repeated disconnections had been occurring for at least several days before the incident.

The disconnection also led to flue gases being drawn into the combustion air which is partly drawn from the room air in the garage. Since flue gases are very low in oxygen and they displace the oxygen in fresh air, they cause a reduction in the oxygen-to-fuel ratio when they become part of the combustion air supply. Production of CO rises rapidly as oxygen in the flame zone is decreased below the amount chemically required for complete combustion. This limit is often referred to as the stoichiometric air-fuel ratio.

Even when supplied with clean air, the flue gas CO was above the maximum limit of 100 ppm set by the manufacturer even after Wyoming Mechanical readjusted it on February 2nd, 2015, the Monday after the Friday fatality. This means it was operating very close to the effective stoichiometric ratio. In this operating condition, the flue-gas CO level is very sensitive to any reduction in oxygen in the combustion air. In other words, there is no margin of safety. This is illustrated in the graph on the next page.

This effect was demonstrated with the subject boiler in laboratory testing on October 27, 2015. When I directed flue gas from a flexible hose at the bottom of the boiler where it was drawn into the combustion airflow, CO concentrations on my flue gas analyzer rose dramatically, to over 40,000 ppm.

---

[1]      One percent, being one part per hundred, is equal to 10,000 parts per million. So 100 ppm is equal to 0.01%.

BRC File No. 15-0973B
Herrera, et al. v. Buckingham, et al.

November 4, 2015
Expert Report



This graph shows the theoretical effect of oxygen-to-fuel ratio on emissions for a natural-gas and air flame. LP gas gives similar results. I have excerpted the part of the graph shown in the dotted-line box and enlarged it below. I have further highlighted the CO curve in red to draw particular attention to it. This illustrates the rapid rise in CO as oxygen drops below that required for complete combustion. The dashed line, representing an example of a real flame, shows that excess oxygen cannot be reduced to the theoretical minimum without the production of excessive CO. This is why Triangle's guideline range of flue-gas $O_2$ (required to achieve <100ppm CO) is 2.7 to 4.7%, which is well above 0%.

Source:    Reed, R.J., ed., *North American Combustion Handbook, 2nd Edition*, North American Mfg. Co., 1978, p. 53.

BRC File No. 15-0973B                                            November 4, 2015
Herrera, et al. v. Buckingham, et al.                              Expert Report

    After the disconnection of the vent pipe in the garage, flue gases accumulate. The ultimate level of flue gas concentration is limited by outdoor-indoor air exchange which is strongly influenced by wind. Weather data from the nearest weather station, located a mile from the Buckingham's residence at the Kelly Campus of Teton Science Schools, shows the wind was nill during the afternoon hours before her body was discovered. This is shown in the graph below which also shows that the outdoor air temperature was well below freezing, which would result in the boiler operating at a high proportion of its capacity. This combination of low rates of air exchange and heavy boiler operation probably produced enough flue gas concentration in the garage to produce unusually high CO concentrations in the flue gas. This is consistent with the level of greater-than 1000 ppm measured by the first responders; their instrument cannot measure higher than 1000 ppm, so how much higher the actual concentration was is unknown. It is also consistent with the Ms. Herrera's postmortem 76% carboxyhemoglobin level—an unusually high level among CO fatalities and indicative of very high CO concentrations in the breathing air.



## DISCUSSION AND CONCLUSION
As in most CO incidents, a confluence of factors came together to cause the fatality.

BRC File No. 15-0973B                                                                                   November 4, 2015
Herrera, et al. v. Buckingham, et al.                                                                     Expert Report

## MATERIALS REVIEWED

1.  Teton County Sheriff's Office report dated February 4, 2015.
2.  Jackson Hole Fire/EMS NFIRS report
3.  Jackson Hole Fire/EMS comprehensive report
4.  *Combustion*, 3rd edition, American Gas Association, 1938
5.  Reed, R.J., ed., *North American Combustion Handbook, 2nd Edition*, North American Mfg. Co., 1978
6.  Prestige 60 175 250 399 TriMax Manual, from Triangle Tube's website
7.  Prestige Control Supplement, from Triangle Tube's website
8.  Prestige PVC, CPVC, PP & SS Vent Supplement, from Triangle Tube's website
9.  Prestige Solo sales brochure, from Triangle Tube's website
10. PolyPro catalog, dated 9/2014, from DuraVent's website
11. PolyPro installation instructions, dated 08/2014 from DuraVent's website
12. PolyPro installation instructions, dated 05/2012
13. PolyPro catalog, dated 1/2011
14. DuraVent Product Bulletin, NEW PolyPro Locking System Update, 2014, from DuraVent's website
15. Exemplar PolyPro pipe, fittings, and locking rings
16. My site inspection on October 26, 2015
17. My laboratory testing on October 27, 2015 at AEI in Littleton, CO
18. Photos, videos, notes, and instrument data taken by Jay Freeman on February 6th and 9th, 2015
19. 911 tapes and transcripts
20. ANSI Z21.13 editions from 1991 through 2014
21. ULC S636-2008
22. ULC S636-1995
23. Photos taken by fire department
24. Document production by Wyoming Mechanical, Bates nos. 1-17
25. Weather data on January 30, 2015 from station KJAC, from wunderground.com
26. Google Earth images
27. Written statement by David Schuler dated 02/06/2015
28. Emails among Greg Buckingham, David Schuler, and Dave Gieck

B E R K E L E Y
R E S E A R C H
C O M P A N Y

CURRICULUM VITAE OF
BERNARD R. CUZZILLO, Ph.D., P.E., C.F.I.
PRESIDENT, MECHANICAL ENGINEER, AND FIRE SCIENTIST

BERNARD R. CUZZILLO, PH.D., P.E.
BERNARD@BERKELEYRC.COM
CELL PHONE 510.821.2499

AREAS OF CONSULTATION:

Fire and Thermal Sciences:
Fire causation in vehicles, appliances, and machines
Thermal and emissions testing
Wood ignition and "pyrophoric carbon"
Combustion systems
CO exposure reconstruction
Heat transfer analysis

Mechanical Engineering:
Performance testing and analysis of electrome-
chanical devices and systems.
Laboratory & field testing
Microprocessor-based systems
Advanced demonstrative evidence
Failure analysis

EDUCATION
1997  U.C. Berkeley, Mechanical Engineering, Ph.D.
      Dissertation topic: Accidental ignition of wood due to self-heating, or "pyrophoric carbon."
      Major field: Combustion. ME minors: Control systems and heat transfer. Outside minor:
      Mathematics.
1982  U.C. Berkeley, Mechanical Engineering, M.S.
      Master's project topic: Laser absorption spectroscopy in a laboratory engine simulator.
      Course work emphasis on thermosciences.
1980  U.C. Berkeley, Mechanical Engineering, B.S.
      Course work emphasis in thermosciences.

AWARDS AND HONORS
2000, 2007   Co-Chairman of seminars, Society of Forensic Engineers and Scientists.
1998-2003    Invited lecturer in Mechanical Engineering 290F, a graduate class entitled Case
             Studies in Fire Safety Engineering Science, University of California at Berkeley.
1999         Jack Bono Engineering Communications Award, awarded by the Society of Fire
             Protection Engineers, Educational and Scientific Foundation, for contributions to
             The SFPE's *Journal of Fire Protection Engineering*.

PROFESSIONAL EXPERIENCE
2006-Present  Founder, Berkeley Research Company (BRC)
1991-2006     Co-Founder, Berkeley Engineering And Research, Inc. (BEAR)
              A California Corporation offering services encompassing mechanical engineering,
              fire science, and related disciplines.
1988-Present  Mechanical Engineering Consultant
              Consulting and expert witness testimony in Mechanical Engineering and Fire Sci-
              ence. 40+ trial appearances; 70+ depositions.

2

1987 - 1989    Graduate Student Instructor,  U.C. Berkeley
               Principal teaching assistant in two graduate classes and a two-week intensive
               course for professors: ME 230 Real-Time Applications of Mini- and Micro-Com-
               puters, and ME 235 Switching Control and Computer Interfacing, and Software
               for Microprocessor-Based Systems. Responsibilities included laboratory setup
               and management, report grading, individual instruction, troubleshooting student
               projects, and substitute lecturing.

1980 - 1987    Research Engineer,  Chevron Research Company, Richmond, CA
                       Technical Engineering:  Experimental design and systems design engi-
               neering of laboratory engine test facilities.  Technical specialties included experi-
               mental design, instrumentation and electronics, C-language real-time computer
               programming, computer operations with experimental data from acquisition and
               verification to statistical analysis,  mechanical design, and process design.
                       Project Management:  Responsibilities included proposal creation and
               preparation, planning and coordination, budgeting, formulation of experimental
               methodology, specification writing,  report writing, and oral presentations of tech-
               nical findings.
                       Communication: Extensive technical writing and oral presentations. Com-
               pany representation at technical society meetings. Editor of a weekly management
               update highlighting recent technical developments.
                       Supervision:  Sole supervisor of research technicians and technical advisor
               to mechanical and electrical engineers, computer programmers, machinists, and
               mechanics. Responsible for performance appraisals.

1981 - 1982    Research Assistant, Lawrence Berkeley Laboratory, U.C. Berkeley
               Designed and built a laser absorption system and a transient fuel delivery system
               for temporal/spatial mapping of hydrocarbons in a laboratory engine.

1977 - 1981    Automotive Mechanic/Driver Supervisor,  U.C. Central Garage, Berkeley, CA
               Created a student mechanic program. Performed all mechanical services on a
               variety of cars, trucks and buses. Designed and built diesel injector testing equip-
               ment. Responsible for functioning of campus shuttle bus service, including driver
               training and supervision.

Summer '79     Student Engineer,  Hughes Aircraft Company, Los Angeles, CA
               Designed hardware and electrical circuits for radar test equipment for the F-18
               fighter.

PROFESSIONAL AFFILIATIONS, LICENSE, AND CERTIFICATE
Registered Mechanical Engineer, State of California, #M26633        American Soc. of Mech. Engineers
ASM International                                                  Society of Automotive Engineers
National Fire Protection Association              Society of Forensic Engineers and Scientists
International Association of Arson Investigators, Certified Fire Investigator, IAAI-CFI #22-060474

Berkeley Research Company

3

REPRESENTATIVE PROJECTS
- Design and development of a functioning spark- and injection-timing exhibit for courtroom demonstration.
- Invention and development of a method for ultra-low-disturbance hydraulic brake pressure measurement.
- Development of CO-Carboxyhemoglobin reconstruction software.
- Development of a NO→NO2 model for ice-rinks.
- Intrinsic thermocouple thermometry of natural gas burners.
- Precision testing of compressed-gas burst discs with custom tooling.
- Laboratory studies of fire-mediated electrical arcing.
- High-speed video of circuit breaker internals during over-current tripping.
- Development of a high-volume document digitization system producing superior-quality, extremely compact, and highly usable files.

SELECTED LABORATORY AND FIELD CAPABILITIES
- Microscopy laboratory including SEM, EDS, Stereo optical, Compound optical, PL, BF, DF, DIC, sensitive tint, epi- and trans-illumination. All with photomicrographic capabilities.
- Machine shop.
- Helium leak testing of systems and components.
- Circuit breaker calibration testing.
- High-accuracy surface temperature studies.  Thermostat calibration testing.
- Electrical event testing.
- Automotive inspection and service facility, including hoist. In-depth hydraulic brake testing.
- Propane and natural gas emissions and leak testing.
- Ignition characterization of self-heating materials.
- Mobile 5-gas measurement of exhaust and flue gas components.

PUBLICATIONS AND PRESENTATIONS
   Cuzzillo, Bernard R., Low-Temperature Wood Ignition, presented Feb. 2, 2005 at winter meeting of the California Conference of Arson Investigators.
   Cuzzillo, B.R. and Pagni, P.J., Portions of the self-heating to ignition (popularly known as "spontaneous combustion") section of NFPA 921, *Guide for Fire and Explosion Investigations*, 2004 to 2014 editions.
   Packham, S.C., Cuzzillo, B.R. and Purser, D.A., Calculating blood carboxyhemoglobin levels associated with the respiratory elimination of carbon monoxide, forthcoming.
   Cuzzillo, B. R., Pagni, P.J., Williamson, R.B, and Schroeder, R.A., "The Verdict Is In: Pyrophoric Carbon Is Out," *Fire and Arson Investigator*, October 2002.
   Hysert, D.W., White, J.W. Jr., Cuzzillo, B.R. and Garden, S.W., "Fire loss prevention, self-heating, and spontaneous combustion of hops," 115th Convention of the Master Brewers Association of the Americas, 2002.
   Wolthers, F.C., Pagni, P.J., Frost, T.R. and Cuzzillo, B.R., "Size Constraints on Self Ignition of Charcoal Briquets," *Fire Safety Science—Proceedings of the 7th International Symposium*, 2002.
   Cuzzillo, Bernard R., "NOx Poisoning in Ice Rinks: Measurement, Modeling, and Mitigation," presented at the February 2001 seminar of The Society of Forensic Engineers and Scientists, Monterey, CA.

Berkeley Research Company

4

Cuzzillo, Bernard R., "Measurement of Mechanical Performance of Paper and Plastic Cup-Cap Systems," presented at the September 2000 seminar of The Society of Forensic Engineers and Scientists, Banff, Alberta, Canada.

Cuzzillo, B.R. and Pagni, P.J., "The Myth of Pyrophoric Carbon," *Fire Safety Science—Proceedings of the 6th International Symposium*, pp 301-312, 1999.

Cuzzillo, Bernard R. and Pagni, Patrick J., "Low-Temperature Wood Ignition," *Fire Findings*, Vol. 7, No. 2, pp 7-10, 1999.

Cuzzillo, Bernard R., "Pyrophoric Carbon: A 125-Year Old Enigma Finally Solved," presented at the October 1998 seminar of The Society of Forensic Engineers and Scientists, Fallen Leaf Lake.

Cuzzillo, B.R. and Pagni, P.J., "Breakage of Double-Pane Window Glass in Fires," *Journal of Fire Protection Engineering*, Vol. 9, No. 1, pp 1-11, 1998. The authors won the **Jack Bono Engineering Communications Award**, awarded by the Society of Fire Protection Engineers Educational and Scientific Foundation, for this paper. Jack Bono was the president of Underwriters Laboratories.

Cuzzillo, Bernard R. "A Live Demonstration of Spark- and Fuel-Injection Timing in a Case of Alleged Patent Infringement," presented at the American Academy of Forensic Sciences Annual Meeting, February, 1998.

Cuzzillo, Bernard Robert. *Pyrophoria*. Ph.D. Dissertation, Department of Mechanical Engineering, University of California at Berkeley, 1997.

Cuzzillo, Bernard R. and Gale, William E., "Another Propane-Grill Fire: An Atypical Case Study," presented at the August 1996 seminar of The Society of Forensic Engineers and Scientists, Semi-Ah-Mooh, WA.

Cuzzillo, Bernard R., "New Forensic Brake System Diagnostic Tools," presented at the American Academy of Forensic Sciences Annual Meeting, Presentation Number C22, Proceedings p. 68, Nashville, 1996.

Cuzzillo, Bernard R., "The Use of the CFK Equation with Time-Varying Parameters for [CO] Profile Testing Based on Postmortem Carboxyhemoglobin," presented at the American Academy of Forensic Sciences Annual Meeting, Presentation Number C28, Proceedings p. 71, Nashville, 1996.

Cuzzillo, Bernard R., "Vehicle Test Methods in the Laboratory," presented at the July 1995 seminar of The Society of Forensic Engineers and Scientists, Willows.

FEES AND TERMS

$450 per hour plus expenses for consulting, including travel and waiting. 2%/month late payment fee after 30 days. Laboratory fees are additional as are assistant and associate fees. Minimum fee per case is $1000. Name or resume may not be used without specific approval and payment of retainer. Fees may be required in advance. A retainer deposit is required, to be applied to final invoice.

Federal EIN 

July 22, 2014

BRC46.indd

Berkeley Research Company

BERKELEY
RESEARCH
COMPANY

RULE 26 CASE LIST
BERNARD R. CUZZILLO, PH.D, P.E.
PRESIDENT, MECHANICAL ENGINEER AND FIRE SCIENTIST
NOVEMBER 4, 2015

LEXINGTON INSURANCE COMPANY V. PROBUILT PROFESSIONAL PRODUCTS, LLC
CA SUPERIOR COURT FOR ALAMEDA COUNTY

LAWRENCE CLARE V. BRYAN MASTERSON ENTERPRISES
CA SUPERIOR COURT FOR SAN FRANCISCO CASE NO. CGC-14-540810

RONNIE BUSH, ET AL. V. PACIFIC LPG CORP, ET AL.
CA SUPERIOR COURT FOR MONTEREY COUNTY CASE NO. M111747

BEERLI, ET AL. V. WHIRLPOOL ARGENTINA S.A., ET AL.
CA SUPERIOR COURT FOR SANTA CLARA COUNTY CASE NO.: 112CV225257

NATIONAL MUTUAL INSURANCE CO. V. JOSH KLEIN CONSTRUCTION, INC., ET AL.
CA SUPERIOR COURT FOR  COUNTY OF SOLANO CASE NO.: FCS039509

LOVELLE ELAINE JONES V. J.L. MALFITANO, INC.
CA SUPERIOR COURT FOR ALAMEDA COUNTY CASE NO.:RG12613515

AMBER NICOLE LOMPE V. SUNRIDGE PARTNERS, LLC
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING
CIVIL ACTION NO.: 12 CV 088 J

GARRETT PROCKNOW V. WABASH PRODUCTS, INC.
CA SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO CASE NO.: CGC-11-
511648

MONTOYA, ET AL. V. DIFIORE, ET AL.
CA SUPERIOR COURT FOR MADERA COUNTY CASE NO. MCV056250

QUEVEDO ET AL. V. HARRIS FRESH, ET AL.
CA SUPERIOR COURT FOR FRESNO COUNTY NO. 09CECG01486 AMS CONSOLIDAT-
ED WITH NO. 09CECG00071

RULE 26 CASE LIST
BERNARD R. CUZZILLO, PH.D, P.E.


LARREA V. SELECT PROPERTY MANAGEMENT, INC., ET AL.
CA SUPERIOR COURT FOR SACRAMENTO COUNTY CASE NO. 34-2011-00100809

CHAVEZ, ET AL. V. BAKER, ET AL.
CA SUPERIOR COURT FOR SACRAMENTO COUNTY CASE NO. 34-2010-00086176

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY V. BLAINE, ET AL.
CA SUPERIOR COURT FOR MERCED COUNTY NO. CU151403

DAVID CAMPBELL; GERALD LOVELL AND CHERYL LOVELL V. DUANE MARTIN LIVE-
STOCK, D2 TRAILER SALES AND SERVICE, INC.; COATES  TIRE CENTER; LES SCHWAB,
INC.; LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC.
CA SUPERIOR COURT FOR SACRAMENTO COUNTY CASE NO. 34-2009-00035911

SCOTTSDALE WATERFRONT RESIDENCIES CONDOMINIUM ASSOCIATION V. WATER-
FRONT RESIDENCIES, LLC, OWR DEVELOPMENT INC., OWR CONSTRUCTION, INC.
AZ, PRIVATE ARBITRATION BEFORE JAMS, COUNTY OF MARICOPA JAMS NO.
1200042800

KATHLEEN AND THOMAS LOVE V. JEFFREY MAXWELL, ET AL
CA SUPERIOR COURT FOR STANISLAUS COUNTY CASE NO. 370100

# JIM SONDGEROTH,
# MASTER PLUMBER

## ATTACHMENTS



# RICK HIRSCHI, PH.D.

# ATTACHMENTS

RICK L. HIRSCHI, PH.D.
ECONOMIC CONSULTANT
1763 N. 3000 W.
REXBURG, IDAHO 83440

Preliminary Report

November 2, 2015

David G. Lewis
Attorney at Law
P.O. Box 8519
Jackson Hole, WY
83002

RE: Monica Herrera

Dear Mr. Lewis:

I have completed my evaluation of the economic losses caused by the wrongful death of Monica Herrera due to carbon monoxide poisoning on January 30, 2015. These losses include the complete loss of her normal capacity to earn and the associated benefits; and the complete loss of her normal capacity to provide typical household services. The estimates of wage losses and associated benefits have been reduced by the estimated value of her personal consumption had she lived. Medical and funeral expenses associated with her death have not been computed, but should be accounted for prior to any settlement or trial date.

All values have been computed as of December 1, 2015. On this date, it is my opinion that the present value of the economic losses created as the result of Ms. Herrera's untimely death is $1,126,253.

Documents reviewed along with facts and assumptions upon which my estimates of economic loss were based are outlined below.

Documents and Other Evidence Reviewed

1. Complaint and Demand for Jury Trial, August 4, 2015.

2. W-2 Wage and Tax Statement, Monica Herrera, 2011-2014.

3. U.S. Individual Income Tax Return, Francisco and Monica Herrera, 2011-2014.

4. List of Family Members of Monica Herrera.

Preliminary Report

Monica Herrera, page 2

5. Obituary of Monica Herrera, Teton Valley News, February 9, 2015.

6. Email from Joanna Herrera, October 30, 2015.

7. Secondary Market Yields on 3-month U.S. Treasury Bills 1990-2014, Federal Reserve Bank of the U.S., January 2015.

8. Annual rates of change in the Consumer Price Index 1990-2014, U.S. Department of Labor, Bureau of Labor Statistics, January 2015.

9. Annual rates of change in wages for all U.S. private sector workers 1990-2014, U.S. Department of Labor, Bureau of Labor Statistics, Establishment Hours and Earnings, January 2015.

10. U.S. Department of Labor, Employer Costs for Employee Compensation – September 2014, USDL-14-2208, December 10, 2014.

11. Table 12, Life Tables for Hispanic Females, 2010, National Vital Statistics Reports, Vol. 63, No. 7, November 6, 2014.

12. U.S. Department of Labor, American Time Use Survey – 2013 Results, USDL 14-1137, June 18, 2014.

13. Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger, Table 22, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points and Bootstrap Standard Errors," Journal of Forensic Economics 22(2), 2011, pp. 165-229.

14. Consumer Expenditures, 2013, U.S. Bureau of Labor Statistics, Bulletin USDL-14-1671, September 9, 2014.

Facts and Computational Assumptions

1. Ms. Herrera died of carbon monoxide poisoning on January 30, 2015 when housekeeping at the residence located at 8935 E. Ditch Creek Road (Complaint).

2. Ms. Herrera was born on████████████, making her attained age 47.23 on the date of the incident. According to the National Statistics Report her normal expected age of death would have been 85.42, based on her race, gender and age at the time of death (Life Tables for Hispanic Females, National Vital Statistics Reports).

3. Ms. Herrera is survived by her husband, Francisco, her two daughters: Frances and Joanna, her son: F██████, her mother, Juanita, and her grandchildren. In addition, two of Ms. Herrera's young nieces: T███T███and A████ L███ resided with her (List of Family Members, Obituary).

Preliminary Report

Monica Herrera, page 3

4. Ms. Herrera highest level of education was a high school diploma (Joanna Herrera).

5. Because of her death, Ms. Herrera's estate has sustained a complete loss of her past and future capacity to earn and the associated employer paid fringe benefits. These loss computations are based on the following facts and assumptions.

   a. Ms. Herrera had worked as a housekeeper at St. John's Medical Center (Teton County Hospital District) in Jackson, Wyoming for twenty years. Her average salary over the four years previous to her death was $36,250 (Obituary; W-2 Wage and Tax Statements, 2011-2014).

   b. Ms. Herrera also earned an estimated $5,400 per year cleaning homes in the area (Joanna Herrera).

   c. In addition to her normal earnings at the Teton County Hospital District, Ms. Herrera would have been expected to participate in the fringe benefits program paid by her employer. Her W-2 forms indicate that Ms. Herrera was enrolled in the hospitals retirement plan. Based on data published by the U.S. Department of Labor, individuals employed in the service-providing sector receive legally-required and retirement benefits that have an average employer cost equal to 18.27 percent of their dollar wage (U.S. Department of Labor, Employer Cost of Employee Compensation – September 2014, December 10, 2014).

   d. Based on research by Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger, Ms. Herrera would have been expected to work an additional 14.06 years beyond the date of the incident, based on her age, gender and level of education (Skoog, et al.).

   e. Accounting for the fact that Ms. Herrera lived with her husband and two nieces, the portion of her income she would have been expected to consume was estimated based on Consumer Expenditure data published by the U.S. Bureau of Labor Statistics.

6. Ms. Herrera's death has caused a complete loss of the value of the household services normally provided by her. The economic value of this loss has been estimated as follows:

   a. The number of hours that Ms. Herrera normally had the capacity to provide to such services has been estimated based on data contained in Table 3 of the American Time Use Survey published annually by the Bureau of Labor Statistics. (American Time Use Survey – 2013 Results). Those hourly estimates vary from year to year as a function of age, and are shown Tables 10 and 11.

   The hourly value of that work has been estimated to be equal to a weighted average hourly composite rate based on both (1) the number of average hours spent each day in providing the types of services summarized in Table 1 of the

Preliminary Report

Monica Herrera, page 4

ATUS; and (2) hourly wage rates for each type of service reported by the Bureau of Labor Statistics.

<u>Computational Methodology</u>

Losses of future income, benefits, and household services are shown in constant 2015 dollars. These future losses are discounted to the present value using the net discount rate which accounts for the expected growth rate of the particular loss, discounted by 3.04%, the average return on U.S. Treasury bills, with 3-month maturities, over the 25 years 1990-2014 (see Table 1). This methodology yields exactly the same results obtained by inflating annual losses, then discounting those losses to present value at the expected T-bill return. The net discount rate used in all computations is calculated using the formula:

$$d = \frac{(1 + i)}{(1 + g)} - 1$$

where d = the net discount rate,
   i = the 25-year average return on T-bills, and
   g = the expected annual growth rate of loss being analyzed.

<u>Computation and Summary of Losses</u>

Based on foundational materials and computational assumptions cited above, the values of economic losses caused by Monica Herrera's death are as follows:

1. The losses of Ms. Herrera's earnings capacity sustained between the date of the incident and the date of analysis, net of her estimated personal consumption of those earnings, are estimated in Tables 2 and 3. These losses total $28,843 from Teton County Hospital District and $4,297 from house cleaning.

2. Based on the fringe benefit cost data above and the earnings estimates made in Table 2, estimates of Ms. Herrera's past fringe benefit losses, net of her personal consumption, are shown in Table 4 and have a value of $5,268.

3. The present values of Ms. Herrera's loss of future income are summarized in Tables 5 and 6. The present value of her loss of regular earnings from Teton County Hospital District is $370,869 and the present value of her loss of future earnings from house cleaning is $55,247. Both present values of losses have accounted for the estimated value of Ms. Herrera's personal consumption of that income, had she lived.

4. Ms. Herrera's estimated future fringe benefits from her work at the Teton County Hospital District, net of her personal consumption, are shown in Table 7 and have a present value of $67,740.

Preliminary Report

Monica Herrera, page 5

5. The loss of household services normally provided by Ms. Herrera, from the date of the incident to the date of analysis, is computed in Table 10. This loss totals $14,433.

6. The present value of future household services normally provided by Ms. Herrera is shown in Table 11 and totals $579,557.

Based on each of the facts and assumptions explained above, it is my opinion that the estate of Monica Herrera has suffered economic losses of $1,126,253 as a result of her death. The losses comprising this total are summarized in Table 12.

If you have questions regarding this report or the attached tables, please call.

Sincerely,

Rick L. Hirschi

| Table number: | 1 |
|---|---|
| Table title: | Interest rates, wage growth, and consumer price indices |
| Years: | 1990-2014 |

| Year | Interest Rates, 3-Month Treasury Bills[1] | Percentage Change in U. S. Private Sector Wages[2] | Percentage Change in Consumer Price Index[3] |
|---|---|---|---|
| 1990 | 7.50% | 4.10% | 5.40% |
| 1991 | 5.38% | 3.00% | 4.20% |
| 1992 | 3.43% | 2.50% | 3.00% |
| 1993 | 3.00% | 2.60% | 3.00% |
| 1994 | 4.25% | 2.60% | 2.60% |
| 1995 | 5.49% | 2.70% | 2.80% |
| 1996 | 5.01% | 3.30% | 3.00% |
| 1997 | 5.06% | 3.90% | 2.30% |
| 1998 | 4.78% | 4.00% | 1.60% |
| 1999 | 4.64% | 3.70% | 2.20% |
| 2000 | 5.82% | 3.90% | 3.40% |
| 2001 | 3.40% | 3.70% | 2.80% |
| 2002 | 1.61% | 3.00% | 1.60% |
| 2003 | 1.01% | 2.70% | 2.30% |
| 2004 | 1.37% | 2.10% | 2.70% |
| 2005 | 3.15% | 2.70% | 3.40% |
| 2006 | 4.73% | 3.90% | 3.20% |
| 2007 | 4.36% | 4.00% | 2.80% |
| 2008 | 1.37% | 3.70% | 3.80% |
| 2009 | 0.15% | 3.00% | -0.40% |
| 2010 | 0.14% | 2.40% | 1.60% |
| 2011 | 0.05% | 2.00% | 3.20% |
| 2012 | 0.09% | 1.50% | 2.10% |
| 2013 | 0.06% | 2.00% | 1.50% |
| 2014 | 0.03% | 2.30% | 1.60% |
| 25-Year Average Growth Rates | 3.04% | 3.01% | 2.63% |

[1] Federal Reserve Bank of the U.S., Interest Rate Data Web Page, January 2015.

[2] U. S. Department of Labor, Web Establishment Hours and Earnings Data Retrieval Page, January 2015.

[3] U. S. Department of Labor, Web CPI Data Retrieval Page, January 2015.

Filename: Monica Herrera.xlsm, rates

| Table number: | 2 |
|---|---|
| Table title: | Estimated wage losses from Teton County Hospital District, net of personal consumption, date of incident causing death through date of analysis |
| Beginning & ending dates of loss: | 1/30/2015   12/1/2015 |
| Beginning & ending ages of loss: | 47.23   48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Expected normal annual wage, first and last year: | $36,250   $36,250 |
| Fraction of first year's income lost: | 91.78% |
| Elapsed years, 01/30/2015 to 12/01/2015 | 0.84 |

| Year | Age on Date of the Incident | Expected Normal Wage Multiplier | Estimated Normal Annual Income[1] | Fraction of Earnings Consumed Personally[2] | Estimated Consumption of Personal Income | Estimated Annual Wage Loss, Net of Consumption |
|---|---|---|---|---|---|---|
| 2015 | 47.23 | 1.00 | $33,271 | 13.31% | $4,427 | $28,843 |

Total wage loss, 01/30/2015 to 12/01/2015         $28,843

[1] Fraction of first year's lost income
[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, pastinc_TCHD

| Table number: | 3 |
|---|---|
| Table title: | Estimated wage losses from house cleaning, net of personal consumption, date of incident causing death through date of analysis |
| Beginning & ending dates of loss: | 1/30/2015   12/1/2015 |
| Beginning & ending ages of loss: | 47.23   48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Expected normal annual wage, first and last year: | $5,400   $5,400 |
| Fraction of first year's income lost: | 91.78% |
| Elapsed years, 01/30/2015 to 12/01/2015 | 0.84 |

| Year | Age on Date of the Incident | Expected Normal Wage Multiplier | Estimated Normal Annual Income[1] | Fraction of Earnings Consumed Personally[2] | Estimated Consumption of Personal Income | Estimated Annual Wage Loss, Net of Consumption |
|---|---|---|---|---|---|---|
| 2015 | 47.23 | 1.0000 | $4,956 | 13.31% | $660 | $4,297 |

Total wage loss, 01/30/2015 to 12/01/2015        $4,297

[1] Fraction of first year's lost income
[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, pastinc_HC

| Table number: | 4 |
|---|---|
| Table title: | Estimated losses of capacity to earn fringe benefit, date of incident causing death through date of analysis |
| First and last dates of loss: | 1/30/2015        12/1/2015 |
| First and last ages of loss: | 47.23        48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Normal benefit to wage ratios: | 18.27% |
| Elapsed years, 01/30/2015 to 12/01/2015 | 0.84 |

| Year | Age on Date of the Incident | Estimated Normal Fringe Benefits | Fraction of Benefits Used Personally[1] | Estimated Personal Use of Benefits | Estimated Annual Benefit Loss, Net of Personal Use |
|---|---|---|---|---|---|
| 2015 | 47.23 | $6,077 | 13.31% | $809 | $5,268 |

Total fringe benefit loss, 01/30/2015 to 12/01/2015                                    $5,268

[1]   See computation of fraction of benefits personally consumed in Table 9

| Table number: | 5 |
|---|---|
| Table title: | Present value of future losses of capacity to earn from Teton County Hospital District, date of analysis through date of normal retirement |
| Date of computation: | 12/1/2015 |
| Discount rate: | 3.04% |
| First and last ages of normal income: | 48.07    61.29 |
| Last year of normal income | 2029 |
| Expected normal wage, growth rate & net discount rate: | $36,250    3.01%    0.02% |
| Fraction of first & last year's normal income lost: | 8.49%    13.70% |

| Year | Age on January First of Each Year[1] | Estimated Normal Annual Capacity to Earn | Fraction of Earnings Capacity Consumed Personally[2] | Estimated Personal Consumption of Capacity to Earn | Estimated Annual Loss of Capacity to Earn, Net of Personal Consumption |
|---|---|---|---|---|---|
| 2015 | 48.07 | $3,079 | 13.31% | $410 | $2,669 |
| 2016 | 48.15 | 36,250 | 13.31% | 4,824 | 31,426 |
| 2017 | 49.15 | 36,250 | 13.31% | 4,824 | 31,426 |
| 2018 | 50.15 | 36,250 | 17.74% | 6,432 | 29,818 |
| 2019 | 51.15 | 36,250 | 17.74% | 6,432 | 29,818 |
| 2020 | 52.15 | 36,250 | 17.74% | 6,432 | 29,818 |
| 2021 | 53.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2022 | 54.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2023 | 55.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2024 | 56.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2025 | 57.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2026 | 58.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2027 | 59.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2028 | 60.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2029 | 61.15 | 4,966 | 26.61% | 1,322 | 3,644 |

Present value of normal capacity to earn, net of personal consumption $370,869

[1] Except for the first year of the analysis, when the age shown is the age on the date of analysis.

[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, futrinc_TCHD

| Table number: | 6 | | |
|---|---|---|---|
| Table title: | Present value of future losses of capacity to earn from house cleaning, date of analysis through date of normal retirement | | |
| Date of computation: | 12/1/2015 | | |
| Discount rate: | 3.04% | | |
| First and last ages of normal income: | 48.07 | 61.29 | |
| Last year of normal income | 2029 | | |
| Expected normal wage, growth rate & net discount rate: | $5,400 | 3.01% | 0.02% |
| Fraction of first & last year's normal income lost: | 8.49% | 13.70% | |

| Year | Age on January First of Each Year[1] | Estimated Normal Annual Capacity to Earn | Fraction of Earnings Capacity Consumed Personally[2] | Estimated Personal Consumption of Capacity to Earn | Estimated Annual Loss of Capacity to Earn, Net of Personal Consumption |
|---|---|---|---|---|---|
| 2015 | 48.07 | $459 | 13.31% | $61 | $398 |
| 2016 | 48.15 | 5,400 | 13.31% | 719 | 4,681 |
| 2017 | 49.15 | 5,400 | 13.31% | 719 | 4,681 |
| 2018 | 50.15 | 5,400 | 17.74% | 958 | 4,442 |
| 2019 | 51.15 | 5,400 | 17.74% | 958 | 4,442 |
| 2020 | 52.15 | 5,400 | 17.74% | 958 | 4,442 |
| 2021 | 53.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2022 | 54.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2023 | 55.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2024 | 56.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2025 | 57.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2026 | 58.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2027 | 59.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2028 | 60.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2029 | 61.15 | 740 | 26.61% | 197 | 543 |

Present value of normal capacity to earn, net of personal consumption          $55,247

[1] Except for the first year of the analysis, when the age shown is the age on the date of analysis.
[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, futrinc_HC

| Table number: | 7 |
|---|---|
| Table title: | Present value of future losses of capacity to earn employer-paid fringe benefits, date of analysis through date of normal retirement |
| Date of computation: | 12/1/2015 |
| Discount rate: | 3.04% |
| First and last ages of normal benefits: | 48.07   61.29 |
| Last year of normal benefits: | 2029 |
| Fraction of first and last year's normal benefits lost: | 8.49%   13.70% |
| Normal benefit to wage ratios: | 18.27% |
| Net discount rate, normal benefits: | 0.02% |

| Year | Age on January First of Each Year[1] | Expected Uninflated Normal Benefit | Fraction of Benefits Used Personally[2] | Estimated Personal Use of Benefits | Estimated Annual benefit Loss, Net of Personal Use |
|---|---|---|---|---|---|
| 2015 | 48.07 | $562 | 13.31% | $75 | $488 |
| 2016 | 48.15 | 6,621 | 13.31% | 881 | 5,740 |
| 2017 | 49.15 | 6,621 | 13.31% | 881 | 5,740 |
| 2018 | 50.15 | 6,621 | 17.74% | 1,175 | 5,446 |
| 2019 | 51.15 | 6,621 | 17.74% | 1,175 | 5,446 |
| 2020 | 52.15 | 6,621 | 17.74% | 1,175 | 5,446 |
| 2021 | 53.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2022 | 54.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2023 | 55.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2024 | 56.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2025 | 57.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2026 | 58.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2027 | 59.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2028 | 60.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2029 | 61.15 | 907 | 26.61% | 241 | 666 |

Present value of losses of normal fringe benefits, net of personal consumption          $67,740

[1] Except for the first year of the analysis, when the age shown is the age on the date of analysis.
[2] See computation of fraction of benefits personally consumed in Table 9

| | | |
|---|---|---|
| Table number: | 8 | |
| Table title: | Computation of percentage of income allocated to fixed and variable household expenditures[1] | |

| Item | Nature of Cost | Percent of Household Income |
|---|---|---|
| Food | Variable | 10.35% |
| Housing | Fixed | 26.88% |
| Apparel and Services | Variable | 2.51% |
| Transportation | Variable | 14.12% |
| Health Care | Variable | 5.69% |
| Entertainment | Variable | 3.89% |
| Cash Contributions | Variable | 2.88% |
| All Other Expenditures | Variable | 5.12% |
| Personal insurance & pensions | Variable | 8.67% |
| | | |
| % of total income spent on household or personal items | | 80.11% |
| % of income allocated to variable expenses | | 53.23% |
| % of income allocated to fixed expenses | | 26.88% |

[1] Consumer Expenditures, 2013,  U. S. Bureau of Labor Statistics, Bulletin USDL-14-1671, September 9, 2014.

Filename: Monica Herrera.xlsm, spending

| Table number: | 9 |
|---|---|
| Table title: | Computation of decedent's annual consumption of earnings and fringe benefits |
| Dates of death/normal retirement: | 1/30/2015        2/20/2029 |
| Date of computation: | 12/1/2015 |
| Year of retirement: | 2029 |
| Elapsed time, incident to analysis: | 0.84 |

| Year | Age | Number of Children Under Age 18, Plus Spouse | Percentage of Income Allocated to Variable Expenses | Fraction of Earnings Spent on Variable Expenses |
|---|---|---|---|---|
| 2015 | 47.23 | 3 | 53.23% | 13.31% |
| 2016 | 48.15 | 3 | 53.23% | 13.31% |
| 2017 | 49.15 | 3 | 53.23% | 13.31% |
| 2018 | 50.15 | 2 | 53.23% | 17.74% |
| 2019 | 51.15 | 2 | 53.23% | 17.74% |
| 2020 | 52.15 | 2 | 53.23% | 17.74% |
| 2021 | 53.15 | 1 | 53.23% | 26.61% |
| 2022 | 54.15 | 1 | 53.23% | 26.61% |
| 2023 | 55.15 | 1 | 53.23% | 26.61% |
| 2024 | 56.15 | 1 | 53.23% | 26.61% |
| 2025 | 57.15 | 1 | 53.23% | 26.61% |
| 2026 | 58.15 | 1 | 53.23% | 26.61% |
| 2027 | 59.15 | 1 | 53.23% | 26.61% |
| 2028 | 60.15 | 1 | 53.23% | 26.61% |
| 2029 | 61.15 | 1 | 53.23% | 26.61% |

Filename: Monica Herrera.xlsm, consumption

| Table number: | 10 |
|---|---|
| Table title: | Estimated value lost capacity to provide household services between date of death and date of analysis |
| Beginning & ending dates of loss: | 1/30/2015   12/1/2015 |
| First and last ages of loss: | 47.23   48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Hourly value of services, 2014:[3] | $10.17 |
| Estimated hourly value, 2015: | $10.41 |
| Fraction of first/last year lost: | 91.78% |
| Elapsed years, incident to analysis: | 0.84 |

| Year | Age | Daily Hours Spent in Household Service[1] | Annual Hours Spent in Household Service | Wage Deflation Factor[2] | Hourly Value of Service[3] | Annual Value Of Lost Services |
|---|---|---|---|---|---|---|
| 2015 | 47 | 4.14 | 1,386.90 | 1.0000 | $10.41 | $14,433 |

Total lost capacity to provide household services, 01/30/2015 to 12/01/2015     $14,433

[1] Extracted from Table 3, "Average hours per day spent in primary activities, American Time Use Survey--2013 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014.

[2] Based on average annual rates of change in wages for all U.S. workers.  See Table 1.

[3] Average of 50th percentile hourly wage for maids and housekeepers, food preparation and serving occupations, landscaping and grounds keeping occupations, and child care occupations, Bureau of Labor Statistics, May, 2014.

Filename: Monica Herrera.xlsm, pasthh

| Table number: | 11 | |
|---|---|---|
| Table title: | Present value of future loss of capacity to provide household services, date of analysis through date of normal death | |
| Beginning & ending dates of loss: | 12/1/2015 | 4/7/2053 |
| First and last ages of loss: | 48.07 | 85.42 |
| Normal year of death: | 2053 | |
| Hourly value of services, 2015 | $10.41 | |
| Expected growth rate of hourly value[3] | 3.01% | |
| Fraction of first year lost: | 8.49% | |
| Discount rate and net discount rate: | 3.0352% | 0.0225% |

| Year | Age | Daily Hours Spent in Household Service[1] | Annual Hours Spent in Household Service | Uninflated Hourly Value of Service[2] | Uninflated Annual Value of Service |
|---|---|---|---|---|---|
| 2015 | 48.07 | 4.14 | 128.34 | $10.41 | $1,336 |
| 2016 | 48.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2017 | 49.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2018 | 50.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2019 | 51.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2020 | 52.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2021 | 53.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2022 | 54.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2023 | 55.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2024 | 56.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2025 | 57.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2026 | 58.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2027 | 59.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2028 | 60.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2029 | 61.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2030 | 62.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2031 | 63.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2032 | 64.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2033 | 65.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2034 | 66.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2035 | 67.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2036 | 68.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2037 | 69.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2038 | 70.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2039 | 71.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2040 | 72.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2041 | 73.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2042 | 74.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2043 | 75.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2044 | 76.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2045 | 77.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2046 | 78.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2047 | 79.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2048 | 80.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2049 | 81.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2050 | 82.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2051 | 83.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2052 | 84.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2053 | 85.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |

Present value of future household service loss at net discount rate          $579,557

[1] Extracted from Table 3, "Average hours per day spent in primary activities, American Time Use Survey--2013 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014..

[2] Average of 50th percentile hourly wage for maids and housekeepers, food preparation and serving occupations, landscaping and grounds keeping occupations, and child care occupations, Bureau of Labor Statistics, May, 2014.

[3] Average annual rate of growth in hourly earnings of U.S. workers, 1988-2014. See Table 1.

| Table number: | 12 |
|---|---|
| Table title: | Summary of Economic Losses |
| Date of analysis: | 12/1/2015 |

| Table Number | Nature of Loss | Present Value of Losses |
|---|---|---|
| 2 | Total past wage losses from Teton County Hospital District | $28,843 |
| 3 | Total past wage losses from house cleaning | 4,297 |
| 4 | Total past fringe benefit losses | 5,268 |
| 5 | Present value of future lost capacity to earn from Teton County Hospital District | 370,869 |
| 6 | Present value of future lost capacity to earn from house cleaning | 55,247 |
| 7 | Present value of future fringe benefit losses | 67,740 |
| 10 | Total past household service loss | 14,433 |
| 11 | Present value of future household service loss | 579,557 |
| | Total present value of economic losses on 12/01/2015 | $1,126,253 |

Filename: Monica Herrera.xlsm, summary

# Foundational

# Documents

From: **Joanna Herrera** jlsusano@hotmail.com
Subject: Monica & Nieces Info
Date: October 30, 2015 at 2:34 PM
To: davelewis@bresnan.net

Hi David,

Monica's DOB is 

Highest Education was High School Diploma.

Her yearly extra income aside from the hospital was $5,400 a year.

Her nieces that resided with Monica are:

Thanks,
Joanna Herrera

| Series Description | 3-month Treasury bill secondary market rate   discount basis |
|---|---|
| Unit: | Percent:_Per_Year |
| Multiplier: | 1 |
| Currency: | NA |
| Unique Identifier: | H15/H15/RIFSGFSM03_N.A |
| Time Period | RIFSGFSM03_N.A |

| | |
|---|---|
| 1990 | 7.50 |
| 1991 | 5.38 |
| 1992 | 3.43 |
| 1993 | 3.00 |
| 1994 | 4.25 |
| 1995 | 5.49 |
| 1996 | 5.01 |
| 1997 | 5.06 |
| 1998 | 4.78 |
| 1999 | 4.64 |
| 2000 | 5.82 |
| 2001 | 3.40 |
| 2002 | 1.61 |
| 2003 | 1.01 |
| 2004 | 1.37 |
| 2005 | 3.15 |
| 2006 | 4.73 |
| 2007 | 4.36 |
| 2008 | 1.37 |
| 2009 | 0.15 |
| 2010 | 0.14 |
| 2011 | 0.05 |
| 2012 | 0.09 |
| 2013 | 0.06 |
| 2014 | 0.03 |

Bureau of Labor Statistics

**Consumer Price Index - All Urban Consumers**
**12-Month Percent Change**

Series Id:           CUUR0000SA0,CUUS0000SA0
**Not Seasonally Adjusted**
Area:                U.S. city average
Item:                All items
Base Period:         1982-84=100
Years:               1990 to 2014

| Year | Annual |
|------|--------|
| 1990 | 5.4 |
| 1991 | 4.2 |
| 1992 | 3.0 |
| 1993 | 3.0 |
| 1994 | 2.6 |
| 1995 | 2.8 |
| 1996 | 3.0 |
| 1997 | 2.3 |
| 1998 | 1.6 |
| 1999 | 2.2 |
| 2000 | 3.4 |
| 2001 | 2.8 |
| 2002 | 1.6 |
| 2003 | 2.3 |
| 2004 | 2.7 |
| 2005 | 3.4 |
| 2006 | 3.2 |
| 2007 | 2.8 |
| 2008 | 3.8 |
| 2009 | -0.4 |
| 2010 | 1.6 |
| 2011 | 3.2 |
| 2012 | 2.1 |
| 2013 | 1.5 |
| 2014 | 1.6 |

Bureau of Labor Statistics

**Employment, Hours, and Earnings from the Current
Employment Statistics survey (National)
12-Month Percent Change**

| | |
|---|---|
| **Series Id:** | CEU0500000008 |
| **Not Seasonally Adjusted** | |
| **Super Sector:** | Total private |
| **Industry:** | Total private |
| **NAICS Code:** | - |
| **Data Type:** | AVERAGE HOURLY EARNINGS OF PRODUCTION AND NONSUPERVISORY EMPLOYEES |
| **Years:** | 1990 to 2014 |

| Year | Annual |
|---|---|
| 1990 | 4.1 |
| 1991 | 3.0 |
| 1992 | 2.5 |
| 1993 | 2.6 |
| 1994 | 2.6 |
| 1995 | 2.7 |
| 1996 | 3.3 |
| 1997 | 3.9 |
| 1998 | 4.0 |
| 1999 | 3.7 |
| 2000 | 3.9 |
| 2001 | 3.7 |
| 2002 | 3.0 |
| 2003 | 2.7 |
| 2004 | 2.1 |
| 2005 | 2.7 |
| 2006 | 3.9 |
| 2007 | 4.0 |
| 2008 | 3.7 |
| 2009 | 3.0 |
| 2010 | 2.4 |
| 2011 | 2.0 |
| 2012 | 1.5 |
| 2013 | 2.0 |
| 2014 | 2.3 |

 **NEWS RELEASE** 

BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

**For release 10:00 a.m. (EST) Wednesday, December 10, 2014**          USDL-14-2208

Technical information:   (202) 691-6199 • NCSinfo@bls.gov • www.bls.gov/ect
Media contact:          (202) 691-5902 • PressOffice@bls.gov

### EMPLOYER COSTS FOR EMPLOYEE COMPENSATION – SEPTEMBER 2014

Employer costs for employee **compensation** for civilian workers averaged $32.20 per hour worked in September 2014, the U.S. Bureau of Labor Statistics reported today. **Wages and salaries** averaged $22.13 per hour worked and accounted for 68.7 percent of these costs, while **benefits** averaged $10.07 and accounted for the remaining 31.3 percent. Total employer compensation costs for **private industry** workers averaged $30.32 per hour worked in September 2014.

Employer Costs for Employee Compensation (ECEC), a product of the National Compensation Survey, measures employer costs for wages and salaries, and employee benefits for nonfarm private and state and local government workers.

**Chart 1. Employer costs per hour worked for total compensation: selected major occupational groups, state and local government workers, September 2014**

Cost per hour worked



**Chart 2. Employer costs as a percent of total compensation: total benefits, health insurance, and retirement and savings, state and local government workers, September 2004 and September 2014**

Percent of total compensation



### Compensation costs in state and local government

**State and local government** employers spent an average of $43.56 per hour worked for employee compensation in September 2014. Wages and salaries averaged $27.89 per hour and accounted for 64.0 percent of compensation costs, while benefits averaged $15.67 per hour worked and accounted for the remaining 36.0 percent. Total compensation costs for management, professional, and related workers averaged $52.88 per hour worked. This major occupational group includes teachers, averaging $59.42

Table 1.  Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group, September 2014

| Compensation component | Occupational group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | All workers[1] | | Management, professional, and related | | Sales and office | | Service | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation ................................................. | $32.20 | 100.0 | $53.38 | 100.0 | $24.02 | 100.0 | $16.80 | 100.0 |
| Wages and salaries ............................................. | 22.13 | 68.7 | 36.74 | 68.8 | 16.83 | 70.1 | 11.97 | 71.2 |
| Total benefits ....................................................... | 10.07 | 31.3 | 16.65 | 31.2 | 7.19 | 29.9 | 4.83 | 28.8 |
| Paid leave ................................................. | 2.25 | 7.0 | 4.32 | 8.1 | 1.54 | 6.4 | 0.88 | 5.2 |
| Vacation ................................................. | 1.11 | 3.4 | 2.10 | 3.9 | 0.77 | 3.2 | 0.41 | 2.5 |
| Holiday ................................................. | 0.68 | 2.1 | 1.25 | 2.3 | 0.48 | 2.0 | 0.28 | 1.7 |
| Sick ................................................. | 0.34 | 1.0 | 0.71 | 1.3 | 0.21 | 0.9 | 0.14 | 0.8 |
| Personal ................................................. | 0.13 | 0.4 | 0.26 | 0.5 | 0.09 | 0.4 | 0.05 | 0.3 |
| Supplemental pay ................................................. | 0.79 | 2.4 | 1.26 | 2.4 | 0.53 | 2.2 | 0.29 | 1.7 |
| Overtime and premium[4] ................... | 0.25 | 0.8 | 0.13 | 0.2 | 0.14 | 0.6 | 0.16 | 0.9 |
| Shift differentials ................................... | 0.06 | 0.2 | 0.09 | 0.2 | 0.02 | 0.1 | 0.05 | 0.3 |
| Nonproduction bonuses ..................... | 0.48 | 1.5 | 1.04 | 1.9 | 0.36 | 1.5 | 0.08 | 0.5 |
| Insurance ................................................. | 2.89 | 9.0 | 4.36 | 8.2 | 2.39 | 9.9 | 1.37 | 8.1 |
| Life ................................................. | 0.04 | 0.1 | 0.08 | 0.1 | 0.03 | 0.1 | 0.02 | 0.1 |
| Health ................................................. | 2.75 | 8.5 | 4.12 | 7.7 | 2.29 | 9.5 | 1.33 | 7.9 |
| Short-term disability ............................. | 0.05 | 0.2 | 0.08 | 0.1 | 0.04 | 0.2 | ( 5 ) | ( 6 ) |
| Long-term disability ............................. | 0.05 | 0.1 | 0.08 | 0.1 | 0.03 | 0.1 | ( 5 ) | ( 6 ) |
| Retirement and savings ............................. | 1.67 | 5.2 | 3.28 | 6.1 | 0.87 | 3.6 | 0.71 | 4.2 |
| Defined benefit ................................... | 1.06 | 3.3 | 2.06 | 3.9 | 0.43 | 1.8 | 0.58 | 3.5 |
| Defined contribution ........................... | 0.61 | 1.9 | 1.22 | 2.3 | 0.43 | 1.8 | 0.13 | 0.8 |
| Legally required benefits ............................. | 2.47 | 7.7 | 3.44 | 6.5 | 1.87 | 7.8 | 1.59 | 9.4 |
| Social Security and Medicare ..................... | 1.79 | 5.6 | 2.87 | 5.4 | 1.40 | 5.8 | 0.98 | 5.9 |
| Social Security[7] ............................. | 1.43 | 4.4 | 2.26 | 4.2 | 1.13 | 4.7 | 0.79 | 4.7 |
| Medicare ................................... | 0.36 | 1.1 | 0.61 | 1.1 | 0.27 | 1.1 | 0.19 | 1.2 |
| Federal unemployment insurance .............. | 0.03 | 0.1 | 0.03 | ( 6 ) | 0.04 | 0.2 | 0.04 | 0.2 |
| State unemployment insurance ................... | 0.20 | 0.6 | 0.18 | 0.3 | 0.19 | 0.8 | 0.18 | 1.0 |
| Workers' compensation ........................... | 0.45 | 1.4 | 0.37 | 0.7 | 0.24 | 1.0 | 0.39 | 2.3 |

See footnotes at end of table.

Table 1.  Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group, September 2014 — Continued

| Compensation component | Occupational group | | | | Industry group | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Natural resources, construction, and maintenance | | Production, transportation, and material moving | | Goods-producing[2] | | Service-providing[3] | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation ................................. | $34.03 | 100.0 | $26.75 | 100.0 | $36.37 | 100.0 | $31.46 | 100.0 |
| Wages and salaries ................................. | 22.54 | 66.2 | 17.54 | 65.6 | 24.04 | 66.1 | 21.79 | 69.3 |
| Total benefits ................................. | 11.49 | 33.8 | 9.21 | 34.4 | 12.32 | 33.9 | 9.67 | 30.7 |
| Paid leave ................................. | 1.91 | 5.6 | 1.64 | 6.1 | 2.38 | 6.6 | 2.23 | 7.1 |
| Vacation ................................. | 0.96 | 2.8 | 0.84 | 3.2 | 1.26 | 3.5 | 1.08 | 3.4 |
| Holiday ................................. | 0.62 | 1.8 | 0.54 | 2.0 | 0.82 | 2.3 | 0.65 | 2.1 |
| Sick ................................. | 0.21 | 0.6 | 0.19 | 0.7 | 0.22 | 0.6 | 0.36 | 1.1 |
| Personal ................................. | 0.11 | 0.3 | 0.06 | 0.2 | 0.08 | 0.2 | 0.14 | 0.4 |
| Supplemental pay ................................. | 0.97 | 2.8 | 0.95 | 3.5 | 1.41 | 3.9 | 0.68 | 2.1 |
| Overtime and premium[4] ................................. | 0.67 | 2.0 | 0.55 | 2.1 | 0.57 | 1.6 | 0.19 | 0.6 |
| Shift differentials ................................. | 0.05 | 0.1 | 0.08 | 0.3 | 0.08 | 0.2 | 0.06 | 0.2 |
| Nonproduction bonuses ................................. | 0.25 | 0.7 | 0.31 | 1.2 | 0.76 | 2.1 | 0.43 | 1.4 |
| Insurance ................................. | 3.19 | 9.4 | 2.99 | 11.2 | 3.46 | 9.5 | 2.79 | 8.9 |
| Life ................................. | 0.04 | 0.1 | 0.04 | 0.1 | 0.07 | 0.2 | 0.04 | 0.1 |
| Health ................................. | 3.03 | 8.9 | 2.83 | 10.6 | 3.25 | 8.9 | 2.66 | 8.5 |
| Short-term disability ................................. | 0.08 | 0.2 | 0.06 | 0.2 | 0.08 | 0.2 | 0.05 | 0.1 |
| Long-term disability ................................. | 0.04 | 0.1 | 0.07 | 0.3 | 0.05 | 0.1 | 0.04 | 0.1 |
| Retirement and savings ................................. | 2.17 | 6.4 | 1.10 | 4.1 | 1.95 | 5.4 | 1.62 | 5.2 |
| Defined benefit ................................. | 1.59 | 4.7 | 0.64 | 2.4 | 1.12 | 3.1 | 1.05 | 3.3 |
| Defined contribution ................................. | 0.58 | 1.7 | 0.46 | 1.7 | 0.83 | 2.3 | 0.57 | 1.8 |
| Legally required benefits ................................. | 3.25 | 9.5 | 2.53 | 9.4 | 3.12 | 8.6 | 2.36 | 7.5 |
| Social Security and Medicare ................................. | 1.90 | 5.6 | 1.50 | 5.6 | 2.05 | 5.6 | 1.74 | 5.5 |
| Social Security[7] ................................. | 1.54 | 4.5 | 1.21 | 4.5 | 1.65 | 4.5 | 1.39 | 4.4 |
| Medicare ................................. | 0.37 | 1.1 | 0.29 | 1.1 | 0.40 | 1.1 | 0.36 | 1.1 |
| Federal unemployment insurance ................................. | 0.03 | 0.1 | 0.04 | 0.1 | 0.03 | 0.1 | 0.03 | 0.1 |
| State unemployment insurance ................................. | 0.27 | 0.8 | 0.23 | 0.9 | 0.27 | 0.8 | 0.19 | 0.6 |
| Workers' compensation ................................. | 1.04 | 3.1 | 0.76 | 2.8 | 0.76 | 2.1 | 0.39 | 1.3 |

[1] Includes workers in the private nonfarm economy excluding households and the public sector excluding the Federal government.
[2] Includes mining, construction, and manufacturing. The agriculture, forestry, farming, and hunting sector is excluded.
[3] Includes utilities; wholesale trade; retail trade; transportation and warehousing; information; finance and insurance; real estate and rental and leasing; professional and technical services; management of companies and enterprises; administrative and waste services; educational services;  health care and social assistance; arts, entertainment and recreation; accommodation and food services; other services, except public administration; and

public administration.
[4] Includes premium pay for work in addition to the regular work schedule (such as overtime, weekends, and holidays).
[5] Cost per hour worked is $0.01 or less.
[6] Less than .05 percent.
[7] Comprises the Old-Age, Survivors, and Disability Insurance (OASDI) program.

Note: The sum of individual items may not equal totals due to rounding.

National Vital Statistics Reports, Vol. 63, No. 7, November 6, 2014   **31**

## Table 12. Life table for Hispanic females: United States, 2010

Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/63_07/Table12.xlsx

| Age | Probability of dying between ages x to x+1 q(x) | Number surviving to age x l(x) | Number dying between ages x to x+1 d(x) | Person-years lived between ages x to x+1 L(x) | Total number of person-years lived above age x T(x) | Expectation of life at age x e(x) |
|---|---|---|---|---|---|---|
| 0-1 | 0.004729 | 100,000 | 473 | 99,588 | 8,382,303 | 83.8 |
| 1-2 | 0.000354 | 99,527 | 35 | 99,510 | 8,282,715 | 83.2 |
| 2-3 | 0.000194 | 99,492 | 19 | 99,482 | 8,183,206 | 82.2 |
| 3-4 | 0.000153 | 99,473 | 15 | 99,465 | 8,083,724 | 81.3 |
| 4-5 | 0.000111 | 99,457 | 11 | 99,452 | 7,984,259 | 80.3 |
| 5-6 | 0.000096 | 99,446 | 10 | 99,442 | 7,884,807 | 79.3 |
| 6-7 | 0.000079 | 99,437 | 8 | 99,433 | 7,785,365 | 78.3 |
| 7-8 | 0.000069 | 99,429 | 7 | 99,425 | 7,685,932 | 77.3 |
| 8-9 | 0.000066 | 99,422 | 7 | 99,419 | 7,586,507 | 76.3 |
| 9-10 | 0.000068 | 99,416 | 7 | 99,412 | 7,487,088 | 75.3 |
| 10-11 | 0.000077 | 99,409 | 8 | 99,405 | 7,387,676 | 74.3 |
| 11-12 | 0.000089 | 99,401 | 9 | 99,397 | 7,288,271 | 73.3 |
| 12-13 | 0.000103 | 99,392 | 10 | 99,387 | 7,188,875 | 72.3 |
| 13-14 | 0.000118 | 99,382 | 12 | 99,376 | 7,089,488 | 71.3 |
| 14-15 | 0.000133 | 99,370 | 13 | 99,364 | 6,990,111 | 70.3 |
| 15-16 | 0.000149 | 99,357 | 15 | 99,350 | 6,890,748 | 69.4 |
| 16-17 | 0.000168 | 99,342 | 17 | 99,334 | 6,791,398 | 68.4 |
| 17-18 | 0.000188 | 99,325 | 19 | 99,316 | 6,692,064 | 67.4 |
| 18-19 | 0.000211 | 99,307 | 21 | 99,296 | 6,592,748 | 66.4 |
| 19-20 | 0.000236 | 99,286 | 23 | 99,274 | 6,493,452 | 65.4 |
| 20-21 | 0.000265 | 99,262 | 26 | 99,249 | 6,394,178 | 64.4 |
| 21-22 | 0.000293 | 99,236 | 29 | 99,222 | 6,294,929 | 63.4 |
| 22-23 | 0.000313 | 99,207 | 31 | 99,192 | 6,195,707 | 62.5 |
| 23-24 | 0.000323 | 99,176 | 32 | 99,160 | 6,096,515 | 61.5 |
| 24-25 | 0.000323 | 99,144 | 32 | 99,128 | 5,997,355 | 60.5 |
| 25-26 | 0.000323 | 99,112 | 32 | 99,096 | 5,898,227 | 59.5 |
| 26-27 | 0.000325 | 99,080 | 32 | 99,064 | 5,799,131 | 58.5 |
| 27-28 | 0.000328 | 99,048 | 33 | 99,031 | 5,700,068 | 57.5 |
| 28-29 | 0.000333 | 99,015 | 33 | 98,999 | 5,601,036 | 56.6 |
| 29-30 | 0.000341 | 98,982 | 34 | 98,965 | 5,502,037 | 55.6 |
| 30-31 | 0.000349 | 98,949 | 35 | 98,931 | 5,403,072 | 54.6 |
| 31-32 | 0.000361 | 98,914 | 36 | 98,896 | 5,304,141 | 53.6 |
| 32-33 | 0.000382 | 98,878 | 38 | 98,859 | 5,205,245 | 52.6 |
| 33-34 | 0.000415 | 98,841 | 41 | 98,820 | 5,106,385 | 51.7 |
| 34-35 | 0.000459 | 98,800 | 45 | 98,777 | 5,007,565 | 50.7 |
| 35-36 | 0.000510 | 98,754 | 50 | 98,729 | 4,908,788 | 49.7 |
| 36-37 | 0.000565 | 98,704 | 56 | 98,676 | 4,810,059 | 48.7 |
| 37-38 | 0.000622 | 98,648 | 61 | 98,617 | 4,711,383 | 47.8 |
| 38-39 | 0.000680 | 98,587 | 67 | 98,553 | 4,612,766 | 46.8 |
| 39-40 | 0.000742 | 98,520 | 73 | 98,483 | 4,514,212 | 45.8 |
| 40-41 | 0.000809 | 98,447 | 80 | 98,407 | 4,415,729 | 44.9 |
| 41-42 | 0.000888 | 98,367 | 87 | 98,323 | 4,317,322 | 43.9 |
| 42-43 | 0.000988 | 98,280 | 97 | 98,231 | 4,218,999 | 42.9 |
| 43-44 | 0.001115 | 98,183 | 109 | 98,128 | 4,120,768 | 42.0 |
| 44-45 | 0.001261 | 98,073 | 124 | 98,011 | 4,022,640 | 41.0 |
| 45-46 | 0.001417 | 97,949 | 139 | 97,880 | 3,924,628 | 40.1 |
| 46-47 | 0.001577 | 97,811 | 154 | 97,734 | 3,826,748 | 39.1 |
| 47-48 | 0.001744 | 97,656 | 170 | 97,571 | 3,729,015 | 38.2 |
| 48-49 | 0.001921 | 97,486 | 187 | 97,393 | 3,631,443 | 37.3 |
| 49-50 | 0.002107 | 97,299 | 205 | 97,196 | 3,534,051 | 36.3 |
| 50-51 | 0.002316 | 97,094 | 225 | 96,981 | 3,436,854 | 35.4 |
| 51-52 | 0.002536 | 96,869 | 246 | 96,746 | 3,339,873 | 34.5 |
| 52-53 | 0.002738 | 96,623 | 265 | 96,491 | 3,243,127 | 33.6 |
| 53-54 | 0.002903 | 96,359 | 280 | 96,219 | 3,146,636 | 32.7 |
| 54-55 | 0.003045 | 96,079 | 293 | 95,933 | 3,050,417 | 31.7 |
| 55-56 | 0.003182 | 95,787 | 305 | 95,634 | 2,954,484 | 30.8 |
| 56-57 | 0.003353 | 95,482 | 320 | 95,322 | 2,858,850 | 29.9 |
| 57-58 | 0.003588 | 95,162 | 341 | 94,991 | 2,763,528 | 29.0 |
| 58-59 | 0.003919 | 94,820 | 372 | 94,634 | 2,668,537 | 28.1 |
| 59-60 | 0.004335 | 94,449 | 409 | 94,244 | 2,573,903 | 27.3 |
| 60-61 | 0.004807 | 94,039 | 452 | 93,813 | 2,479,659 | 26.4 |
| 61-62 | 0.005310 | 93,587 | 497 | 93,339 | 2,385,846 | 25.5 |

**Table 12. Life table for Hispanic females: United States, 2010—Con.**

*Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/63_07/Table12.xlsx*

| Age | Probability of dying between ages x to x+1 q(x) | Number surviving to age x l(x) | Number dying between ages x to x+1 d(x) | Person-years lived between ages x to x+1 L(x) | Total number of person-years lived above age x T(x) | Expectation of life at age x e(x) |
|---|---|---|---|---|---|---|
| 62-63 | 0.005849 | 93,090 | 545 | 92,818 | 2,292,508 | 24.6 |
| 63-64 | 0.006423 | 92,546 | 594 | 92,248 | 2,199,690 | 23.8 |
| 64-65 | 0.007047 | 91,951 | 648 | 91,627 | 2,107,441 | 22.9 |
| 65-66 | 0.007772 | 91,303 | 710 | 90,948 | 2,015,814 | 22.1 |
| 66-67 | 0.008601 | 90,594 | 779 | 90,204 | 1,924,866 | 21.2 |
| 67-68 | 0.009477 | 89,814 | 851 | 89,389 | 1,834,662 | 20.4 |
| 68-69 | 0.010353 | 88,963 | 921 | 88,503 | 1,745,273 | 19.6 |
| 69-70 | 0.011237 | 88,042 | 989 | 87,547 | 1,656,771 | 18.8 |
| 70-71 | 0.012156 | 87,053 | 1,058 | 86,524 | 1,569,223 | 18.0 |
| 71-72 | 0.013203 | 85,995 | 1,135 | 85,427 | 1,482,699 | 17.2 |
| 72-73 | 0.014462 | 84,859 | 1,227 | 84,246 | 1,397,272 | 16.5 |
| 73-74 | 0.016023 | 83,632 | 1,340 | 82,962 | 1,313,027 | 15.7 |
| 74-75 | 0.017892 | 82,292 | 1,472 | 81,556 | 1,230,065 | 14.9 |
| 75-76 | 0.019943 | 80,820 | 1,612 | 80,014 | 1,148,509 | 14.2 |
| 76-77 | 0.022163 | 79,208 | 1,755 | 78,330 | 1,068,495 | 13.5 |
| 77-78 | 0.024689 | 77,452 | 1,912 | 76,496 | 990,165 | 12.8 |
| 78-79 | 0.027586 | 75,540 | 2,084 | 74,498 | 913,669 | 12.1 |
| 79-80 | 0.030762 | 73,456 | 2,260 | 72,326 | 839,171 | 11.4 |
| 80-81 | 0.034114 | 71,197 | 2,429 | 69,982 | 766,844 | 10.8 |
| 81-82 | 0.037966 | 68,768 | 2,611 | 67,462 | 696,862 | 10.1 |
| 82-83 | 0.042470 | 66,157 | 2,810 | 64,752 | 629,400 | 9.5 |
| 83-84 | 0.047749 | 63,347 | 3,025 | 61,835 | 564,648 | 8.9 |
| 84-85 | 0.054184 | 60,323 | 3,269 | 58,688 | 502,813 | 8.3 |
| 85-86 | 0.061104 | 57,054 | 3,486 | 55,311 | 444,125 | 7.8 |
| 86-87 | 0.069014 | 53,568 | 3,697 | 51,719 | 388,814 | 7.3 |
| 87-88 | 0.077805 | 49,871 | 3,880 | 47,931 | 337,094 | 6.8 |
| 88-89 | 0.087538 | 45,991 | 4,026 | 43,978 | 289,164 | 6.3 |
| 89-90 | 0.098268 | 41,965 | 4,124 | 39,903 | 245,186 | 5.8 |
| 90-91 | 0.110042 | 37,841 | 4,164 | 35,759 | 205,283 | 5.4 |
| 91-92 | 0.122896 | 33,677 | 4,139 | 31,607 | 169,524 | 5.0 |
| 92-93 | 0.136851 | 29,538 | 4,042 | 27,517 | 137,917 | 4.7 |
| 93-94 | 0.151910 | 25,496 | 3,873 | 23,559 | 110,400 | 4.3 |
| 94-95 | 0.168054 | 21,623 | 3,634 | 19,806 | 86,840 | 4.0 |
| 95-96 | 0.185241 | 17,989 | 3,332 | 16,323 | 67,034 | 3.7 |
| 96-97 | 0.203404 | 14,657 | 2,981 | 13,166 | 50,712 | 3.5 |
| 97-98 | 0.222448 | 11,675 | 2,597 | 10,377 | 37,546 | 3.2 |
| 98-99 | 0.242253 | 9,078 | 2,199 | 7,979 | 27,169 | 3.0 |
| 99-100 | 0.262676 | 6,879 | 1,807 | 5,976 | 19,190 | 2.8 |
| 100 and over | 1.000000 | 5,072 | 5,072 | 13,215 | 13,215 | 2.6 |



# NEWS RELEASE



BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

**For release 10:00 a.m. (EDT) Wednesday, June 18, 2014**                    USDL-14-1137

Technical information:  (202) 691-6339  •  atusinfo@bls.gov  •  www.bls.gov/tus
Media contact:              (202) 691-5902  •  PressOffice@bls.gov

## AMERICAN TIME USE SURVEY — 2013 RESULTS

On an average day in 2013, employed adults living in households with no children under age 18 engaged in leisure activities for 4.5 hours, about an hour more than employed adults living with a child under age 6, the U.S. Bureau of Labor Statistics reported today. Nearly everyone age 15 and over (95 percent) engaged in some sort of leisure activity, such as watching TV, socializing, or exercising.

These and other results from the American Time Use Survey (ATUS) were released today. These data include the average amount of time per day in 2013 that individuals worked, did household activities, and engaged in leisure and sports activities. Additionally, measures of the average time per day spent providing childcare—both as a primary (or main) activity and while doing other things—for the combined years 2009-13 are provided. For a further description of ATUS data and methodology, see the Technical Note.

**Working (by Employed Persons) in 2013**

- Employed persons worked an average of 7.6 hours on the days they worked. More hours were worked, on average, on weekdays than on weekend days—7.9 hours compared with 5.5 hours. (See table 4.)

- On the days they worked, employed men worked 53 minutes more than employed women. This difference partly reflects women's greater likelihood of working part time. However, even among full-time workers (those usually working 35 hours or more per week), men worked longer than women—8.3 hours compared with 7.7 hours. (See table 4.)

- Many more people worked on weekdays than on weekend days: 83 percent of employed persons worked on an average weekday, compared with 34 percent on an average weekend day.  (See table 4.)

- On the days they worked, 83 percent of employed persons did some or all of their work at their workplace and 23 percent did some or all of their work at home. They spent more time working at the workplace than at home—7.9 hours compared with 3.0 hours. (See table 6.)

- Multiple jobholders were more likely to work on an average day than were single jobholders—77 percent compared with 67 percent. (For a definition of average day, see the Technical Note.) Multiple jobholders also were more likely to work at home than were single jobholders—31 percent compared with 22 percent. (See table 6.)

Average Daily Hours Spent in Household Work, Men and Women, 2013[1]

| Characteristic | Average hours per day spent in primary activities | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Col 1 Personal care activities | Col 2 Eating and drinking | Col 3 Household activities | Col 4 Purchasing goods and services | Col 5 Caring for and helping household members | Col 6 Caring for and helping non-household members | Col 7 Working and work-related activities | Col 8 Educational activities | Col 9 Organizational, civic, and religious activities | Col 10 Leisure and sports | Col 11 Telephone calls, mail, and e-mail | Col 12 Other activities, not elsewhere classified | Col 13 Daily Household Hours (Sum, Cols 3-6) | Col 14 Annual Household Hours (Col 13 x 365) |
| Men, 15 years and over ......... | 9.31 | 1.26 | 1.34 | 0.63 | 0.36 | 0.17 | 4.20 | 0.47 | 0.29 | 5.61 | 0.09 | 0.27 | 2.50 | 912.50 |
| 15 to 19 years .......... | 10.47 | 1.00 | 0.75 | 0.44 | 0.12 | 0.11 | 1.13 | 3.09 | 0.25 | 6.19 | 0.14 | na | 1.42 | 518.30 |
| 20 to 24 years .......... | 9.48 | 1.22 | 0.66 | 0.44 | 0.10 | 0.17 | 4.42 | 1.13 | 0.20 | 5.63 | 0.08 | na | 1.37 | 500.05 |
| 25 to 34 years .......... | 9.07 | 1.27 | 1.08 | 0.64 | 0.54 | 0.13 | 5.55 | (3.00) | 0.18 | 4.84 | 0.06 | 0.16 | 2.39 | 872.35 |
| 35 to 44 years .......... | 8.97 | 1.23 | 1.33 | 0.66 | 0.88 | 0.19 | 5.88 | 0.05 | 0.24 | 4.33 | 0.05 | 0.21 | 3.04 | 1,109.60 |
| 45 to 54 years .......... | 9.09 | 1.19 | 1.45 | 0.64 | 0.38 | 0.17 | 5.37 | 0.05 | 0.29 | 4.98 | 0.08 | 0.28 | 2.66 | 970.90 |
| 55 to 64 years .......... | 9.21 | 1.27 | 1.69 | 0.65 | 0.14 | 0.14 | 4.34 | na | 0.22 | 5.89 | 0.13 | 0.30 | 2.62 | 956.30 |
| 65 to 74 years .......... | 9.22 | 1.48 | 2.08 | 0.71 | 0.12 | 0.31 | 1.49 | na | 0.60 | 7.57 | 0.14 | 0.28 | 3.22 | 1,175.30 |
| 75 years and over .......... | 9.91 | 1.56 | 1.56 | 0.82 | 0.07 | 0.12 | 0.79 | na | 0.54 | 8.13 | 0.18 | 0.31 | 2.57 | 938.05 |
| Women, 15 years and over ......... | 9.76 | 1.20 | 2.19 | 0.86 | 0.69 | 0.22 | 2.77 | 0.48 | 0.36 | 4.94 | 0.19 | 0.35 | 3.96 | 1,445.40 |
| 15 to 19 years .......... | 10.52 | 1.08 | 0.75 | 0.55 | 0.19 | 0.25 | 0.96 | 3.74 | 0.30 | 5.01 | 0.27 | 0.38 | 1.75 | 638.75 |
| 20 to 24 years .......... | 10.35 | 1.20 | 1.23 | 0.83 | 0.69 | 0.19 | 2.91 | 0.98 | 0.22 | 4.82 | 0.11 | na | 2.94 | 1,073.10 |
| 25 to 34 years .......... | 9.71 | 1.16 | 1.97 | 0.88 | 1.53 | 0.15 | 3.76 | 0.34 | 0.23 | 3.77 | 0.12 | 0.37 | 4.53 | 1,653.45 |
| 35 to 44 years .......... | 9.57 | 1.10 | 2.35 | 0.87 | 1.41 | 0.09 | 3.80 | 0.14 | 0.30 | 3.92 | 0.18 | 0.32 | 4.72 | 1,722.80 |
| 45 to 54 years .......... | 9.56 | 1.13 | 2.47 | 0.88 | 0.54 | 0.19 | 3.98 | 0.06 | 0.37 | 4.33 | 0.18 | 0.26 | 4.14 | 1,511.10 |
| 55 to 64 years .......... | 9.41 | 1.25 | 2.55 | 0.90 | 0.23 | 0.33 | 2.95 | na | 0.37 | 5.52 | 0.20 | 0.28 | 4.01 | 1,463.65 |
| 65 to 74 years .......... | 9.51 | 1.35 | 2.77 | 0.92 | 0.13 | 0.37 | 0.86 | na | 0.53 | 6.75 | 0.33 | 0.45 | 4.19 | 1,529.35 |
| 75 years and over .......... | 10.29 | 1.40 | 2.71 | 0.91 | 0.06 | 0.13 | 0.11 | na | 0.64 | 7.03 | 0.32 | 0.38 | 3.81 | 1,390.65 |

[1] Data extracted from Table 3, time spent in primary activities for the civilian population by age, sex, race, Hispanic or Latino ethnicity, marital status, and educational attainment, 2013 annual averages. American Time Use Survey–2013 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014.

Childcare Workers                                                    http://www.bls.gov/oes/current/oes399011.htm

A to Z Index | FAQs | About BLS | Contact Us    Subscribe to E-mail Updates

**Follow Us** )/ | **What's New** | **Release Calendar** | **S**

Search BLS.gov

**Home** | **Subjects** | **Data Tools** | **Publications** | **Economic Releases** | **Students** | **Beta**

# Occupational Employment Statistics

OES  FONT SIZE:⊖ ⊕ PRINT: 🖨

SHARE ON: 🇫 🇹 🇮🇳

BROWSE OES

OES HOME

OES OVERVIEW

OES NEWS RELEASES

OES DATA

OES CHARTS

OES MAPS

OES PUBLICATIONS

OES DATABASES

OES FAQS

CONTACT OES

## Occupational Employment and Wages, May 2012

## 39-9011 Childcare Workers

Attend to children at schools, businesses, private households, and childcare institutions. Perform a variety of tasks, such as dressing, feeding, bathing, and overseeing play. Excludes "Preschool Teachers, Except Special Education" (25-2011) and "Teacher Assistants" (25-9041).

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 624,520 | 1.0 % | $10.25 | $21,310 | 0.6 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $7.85 | $8.46 | $9.38 | $11.51 | $14.19 |
| Annual Wage (2) | $16,340 | $17,600 | $19,510 | $23,940 | $29,510 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Child Day Care Services | 297,850 | 37.00 | $9.48 | $19,710 |
| Elementary and Secondary Schools | 138,250 | 1.67 | $11.51 | $23,940 |
| Other Amusement and Recreation Industries | 34,480 | 3.18 | $9.56 | $19,880 |
| Civic and Social Organizations | 30,960 | 8.05 | $9.52 | $19,800 |
| Other Residential Care Facilities | 25,980 | 16.47 | $11.07 | $23,020 |

Industries with the highest concentration of employment in this occupation:

| Industry | Employment | Percent of | Hourly | Annual |
|---|---|---|---|---|

**Subscribe to the OES Update**

SEARCH OES

Go

OES TOPICS

RESPONDENTS

DOCUMENTATION

SPECIAL NOTICES

RELATED LINKS

Email Address

GO

Food Preparation and Serving Related Workers, All Other            http://www.bls.gov/oes/current/oes359099.htm

A to Z Index | FAQs | About BLS | Contact Us    Subscribe to E-mail Updates

**Follow Us** | What's New | Release Calendar | S

Search BLS.gov

| **Home** | **Subjects** | **Data Tools** | **Publications** | **Economic Releases** | **Students** | **Beta** |

# Occupational Employment Statistics

OES   FONT SIZE:⊖ ⊕  PRINT:🖨

SHARE ON: 🔵 🔵 🔵

BROWSE OES

OES HOME

OES OVERVIEW

OES NEWS RELEASES

OES DATA

OES CHARTS

OES MAPS

OES PUBLICATIONS

OES DATABASES

OES FAQS

CONTACT OES

SEARCH OES

[            ] Go

OES TOPICS

RESPONDENTS

DOCUMENTATION

SPECIAL NOTICES

RELATED LINKS

## Occupational Employment and Wages, May 2012
## 35-9099 Food Preparation and Serving Related Workers, All Other

All food preparation and serving related workers not listed separately.

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 36,850 | 3.8 % | $11.25 | $23,390 | 1.2 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $8.10 | $8.72 | $9.76 | $13.13 | $17.10 |
| Annual Wage (2) | $16,850 | $18,130 | $20,300 | $27,320 | $35,570 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

**Subscribe to the OES Update**

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Restaurants and Other Eating Places | 10,940 | 0.12 | $9.74 | $20,260 |
| Traveler Accommodation | 5,780 | 0.33 | $12.32 | $25,630 |
| Special Food Services | 3,710 | 0.63 | $11.11 | $23,110 |
| General Medical and Surgical Hospitals | 2,700 | 0.05 | $13.20 | $27,460 |
| Elementary and Secondary Schools | 2,580 | 0.03 | $12.12 | $25,200 |

Industries with the highest concentration of employment in this occupation:

Email Address

GO

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Special Food Services | 3,710 | 0.63 | $11.11 | $23,110 |

Maids and Housekeeping Cleaners                                    http://www.bls.gov/oes/current/oes372012.htm

A to Z Index | FAQs | About BLS | Contact Us    Subscribe to E-mail Updates

**Follow Us** ◯ | **What's New | Release Calendar | S**

Search BLS.gov

| Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta |

# Occupational Employment Statistics

OES 🔖   FONT SIZE:⊖ ⊕ PRINT:🖨

SHARE ON: 

BROWSE OES

OES HOME

OES OVERVIEW

OES NEWS RELEASES

OES DATA

OES CHARTS

OES MAPS

OES PUBLICATIONS

OES DATABASES

OES FAQS

CONTACT OES

SEARCH OES

[_____] Go

OES TOPICS

RESPONDENTS

DOCUMENTATION

SPECIAL NOTICES

RELATED LINKS

## Occupational Employment and Wages, May 2012
### 37-2012 Maids and Housekeeping Cleaners

Perform any combination of light cleaning duties to maintain private households or commercial establishments, such as hotels and hospitals, in a clean and orderly manner. Duties may include making beds, replenishing linens, cleaning rooms and halls, and vacuuming.

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 894,920 | 0.7 % | $10.49 | $21,820 | 0.3 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $7.90 | $8.51 | $9.41 | $11.53 | $14.89 |
| Annual Wage (2) | $16,430 | $17,700 | $19,570 | $23,980 | $30,980 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

**Subscribe to the OES Update**

Email Address

GO

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Traveler Accommodation | 420,590 | 24.16 | $10.33 | $21,490 |
| General Medical and Surgical Hospitals | 114,080 | 2.18 | $11.68 | $24,300 |
| Services to Buildings and Dwellings | 96,530 | 5.23 | $9.86 | $20,510 |
| Nursing Care Facilities (Skilled Nursing Facilities) | 79,190 | 4.76 | $10.12 | $21,050 |
| Continuing Care Retirement Communities and Assisted Living Facilities for the Elderly | 41,360 | 5.28 | $10.09 | $20,980 |

Industries with the highest concentration of employment in this occupation:

Landscaping and Groundskeeping Workers                    http://www.bls.gov/oes/current/oes373011.htm

A to Z Index | FAQs | About BLS | Contact Us    Subscribe to E-mail Updates

Follow Us ⌒ | What's New | Release Calendar | S

Search BLS.gov

**Home** | Subjects | Data Tools | Publications | Economic Releases | Students | Beta

# Occupational Employment Statistics

OES ⊞  FONT SIZE: ⊟ ⊕ PRINT: 🖨

SHARE ON: 

BROWSE OES

OES HOME

OES OVERVIEW

OES NEWS RELEASES

OES DATA

OES CHARTS

OES MAPS

OES PUBLICATIONS

OES DATABASES

OES FAQS

CONTACT OES

**SEARCH OES**

[          ]  Go

**OES TOPICS**

RESPONDENTS

DOCUMENTATION

SPECIAL NOTICES

RELATED LINKS

## Occupational Employment and Wages, May 2012

## 37-3011 Landscaping and Groundskeeping Workers

Landscape or maintain grounds of property using hand or power tools or equipment. Workers typically perform a variety of tasks, which may include any combination of the following: sod laying, mowing, trimming, planting, watering, fertilizing, digging, raking, sprinkler installation, and installation of mortarless segmental concrete masonry wall units. Excludes "Farmworkers and Laborers, Crop, Nursery, and Greenhouse" (45-2092).

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation:** Top

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 830,640 | 0.6 % | $12.44 | $25,870 | 0.3 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $8.33 | $9.39 | $11.33 | $14.38 | $18.16 |
| Annual Wage (2) | $17,330 | $19,520 | $23,570 | $29,900 | $37,770 |

**Industry profile for this occupation:** Top

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Services to Buildings and Dwellings | 454,150 | 24.61 | $12.07 | $25,100 |
| Other Amusement and Recreation Industries | 86,600 | 7.98 | $11.27 | $23,450 |
| Local Government (OES Designation) | 76,080 | 1.39 | $14.54 | $30,250 |
| Elementary and Secondary Schools | 19,370 | 0.23 | $15.36 | $31,950 |
| Lessors of Real Estate | 17,820 | 3.17 | $11.96 | $24,880 |

**Subscribe to the OES Update**

Email Address

GO

Table 22
Characteristics for Initially Active Women with High School Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 33.55 | 34.50 | 36.50 | 9.61 | -0.27 | 3.10 | 20.50 | 27.50 | 40.50 | 45.50 | 33.51 | 0.26 |
| 18 | 32.91 | 33.50 | 34.50 | 9.55 | -0.26 | 3.07 | 20.50 | 26.50 | 39.50 | 44.50 | 32.86 | 0.25 |
| 19 | 32.28 | 32.50 | 33.50 | 9.49 | -0.25 | 3.05 | 19.50 | 26.50 | 38.50 | 44.50 | 32.24 | 0.25 |
| 20 | 31.65 | 32.50 | 33.50 | 9.43 | -0.25 | 3.03 | 19.50 | 25.50 | 38.50 | 43.50 | 31.61 | 0.25 |
| 21 | 31.07 | 31.50 | 32.50 | 9.36 | -0.24 | 3.01 | 18.50 | 24.50 | 37.50 | 42.50 | 31.02 | 0.25 |
| 22 | 30.48 | 30.50 | 32.50 | 9.29 | -0.23 | 2.99 | 18.50 | 24.50 | 36.50 | 41.50 | 30.44 | 0.25 |
| 23 | 29.90 | 30.50 | 31.50 | 9.21 | -0.22 | 2.98 | 17.50 | 23.50 | 36.50 | 41.50 | 29.86 | 0.23 |
| 24 | 29.30 | 29.50 | 31.50 | 9.13 | -0.22 | 2.96 | 17.50 | 23.50 | 35.50 | 40.50 | 29.26 | 0.24 |
| 25 | 28.68 | 29.50 | 30.50 | 9.04 | -0.21 | 2.94 | 16.50 | 22.50 | 35.50 | 39.50 | 28.65 | 0.23 |
| 26 | 28.05 | 28.50 | 29.50 | 8.96 | -0.20 | 2.92 | 16.50 | 22.50 | 34.50 | 39.50 | 28.03 | 0.24 |
| 27 | 27.41 | 27.50 | 29.50 | 8.87 | -0.19 | 2.91 | 15.50 | 21.50 | 33.50 | 38.50 | 27.38 | 0.24 |
| 28 | 26.77 | 27.50 | 28.50 | 8.78 | -0.18 | 2.89 | 15.50 | 20.50 | 32.50 | 37.50 | 26.72 | 0.22 |
| 29 | 26.11 | 26.50 | 28.50 | 8.69 | -0.17 | 2.88 | 14.50 | 20.50 | 32.50 | 36.50 | 26.07 | 0.22 |
| 30 | 25.46 | 25.50 | 27.50 | 8.59 | -0.16 | 2.87 | 14.50 | 19.50 | 31.50 | 36.50 | 25.43 | 0.22 |
| 31 | 24.81 | 25.50 | 26.50 | 8.50 | -0.15 | 2.86 | 13.50 | 19.50 | 30.50 | 35.50 | 24.78 | 0.22 |
| 32 | 24.14 | 24.50 | 26.50 | 8.40 | -0.14 | 2.84 | 12.50 | 18.50 | 29.50 | 34.50 | 24.12 | 0.22 |
| 33 | 23.48 | 23.50 | 25.50 | 8.30 | -0.13 | 2.83 | 12.50 | 17.50 | 29.50 | 33.50 | 23.45 | 0.21 |
| 34 | 22.82 | 23.50 | 24.50 | 8.20 | -0.12 | 2.82 | 11.50 | 17.50 | 28.50 | 32.50 | 22.79 | 0.21 |
| 35 | 22.17 | 22.50 | 24.50 | 8.09 | -0.11 | 2.81 | 11.50 | 16.50 | 27.50 | 32.50 | 22.14 | 0.21 |
| 36 | 21.51 | 21.50 | 23.50 | 7.98 | -0.09 | 2.80 | 10.50 | 16.50 | 27.50 | 31.50 | 21.48 | 0.19 |
| 37 | 20.85 | 21.50 | 22.50 | 7.87 | -0.08 | 2.80 | 10.50 | 15.50 | 26.50 | 30.50 | 20.81 | 0.19 |
| 38 | 20.18 | 20.50 | 22.50 | 7.75 | -0.06 | 2.79 | 9.50 | 14.50 | 25.50 | 29.50 | 20.14 | 0.19 |
| 39 | 19.50 | 19.50 | 21.50 | 7.63 | -0.04 | 2.78 | 9.50 | 14.50 | 24.50 | 29.50 | 19.47 | 0.18 |
| 40 | 18.83 | 19.50 | 21.50 | 7.51 | -0.02 | 2.78 | 8.50 | 13.50 | 23.50 | 28.50 | 18.79 | 0.18 |
| 41 | 18.14 | 18.50 | 20.50 | 7.38 | 0.01 | 2.77 | 8.50 | 13.50 | 23.50 | 27.50 | 18.10 | 0.18 |
| 42 | 17.44 | 17.50 | 19.50 | 7.25 | 0.03 | 2.77 | 7.50 | 12.50 | 22.50 | 26.50 | 17.40 | 0.18 |
| 43 | 16.76 | 16.50 | 18.50 | 7.12 | 0.06 | 2.77 | 7.50 | 11.50 | 21.50 | 25.50 | 16.71 | 0.18 |
| 44 | 16.07 | 16.50 | 17.50 | 6.99 | 0.09 | 2.78 | 6.50 | 11.50 | 20.50 | 24.50 | 16.03 | 0.18 |
| 45 | 15.38 | 15.50 | 16.50 | 6.84 | 0.12 | 2.79 | 6.50 | 10.50 | 19.50 | 24.50 | 15.35 | 0.17 |
| 46 | 14.71 | 14.50 | 16.50 | 6.70 | 0.15 | 2.81 | 5.50 | 9.50 | 19.50 | 23.50 | 14.68 | 0.16 |
| 47 | 14.06 | 14.50 | 15.50 | 6.54 | 0.19 | 2.83 | 5.50 | 9.50 | 18.50 | 22.50 | 14.02 | 0.16 |
| 48 | 13.41 | 13.50 | 14.50 | 6.38 | 0.23 | 2.86 | 4.50 | 8.50 | 17.50 | 21.50 | 13.38 | 0.17 |
| 49 | 12.77 | 12.50 | 13.50 | 6.21 | 0.27 | 2.90 | 4.50 | 8.50 | 16.50 | 20.50 | 12.75 | 0.16 |
| 50 | 12.13 | 11.50 | 12.50 | 6.04 | 0.32 | 2.94 | 4.50 | 7.50 | 16.50 | 20.50 | 12.11 | 0.16 |
| 51 | 11.50 | 11.50 | 11.50 | 5.87 | 0.38 | 3.00 | 3.50 | 7.50 | 15.50 | 19.50 | 11.48 | 0.16 |
| 52 | 10.88 | 10.50 | 10.50 | 5.69 | 0.44 | 3.06 | 3.50 | 6.50 | 14.50 | 18.50 | 10.86 | 0.15 |
| 53 | 10.26 | 9.50 | 9.50 | 5.51 | 0.50 | 3.14 | 3.50 | 6.50 | 13.50 | 17.50 | 10.25 | 0.15 |
| 54 | 9.65 | 9.50 | 8.50 | 5.34 | 0.57 | 3.22 | 2.50 | 5.50 | 12.50 | 16.50 | 9.64 | 0.15 |
| 55 | 9.03 | 8.50 | 7.50 | 5.17 | 0.64 | 3.32 | 2.50 | 5.50 | 12.50 | 16.50 | 9.03 | 0.15 |
| 56 | 8.43 | 7.50 | 7.50 | 5.00 | 0.71 | 3.42 | 2.50 | 4.50 | 11.50 | 15.50 | 8.42 | 0.14 |
| 57 | 7.84 | 7.50 | 6.50 | 4.84 | 0.79 | 3.53 | 2.50 | 4.50 | 10.50 | 14.50 | 7.82 | 0.14 |
| 58 | 7.26 | 6.50 | 5.50 | 4.69 | 0.86 | 3.65 | 1.50 | 3.50 | 9.50 | 13.50 | 7.24 | 0.14 |
| 59 | 6.73 | 5.50 | 4.50 | 4.54 | 0.93 | 3.77 | 1.50 | 3.50 | 9.50 | 13.50 | 6.71 | 0.14 |
| 60 | 6.23 | 5.50 | 3.50 | 4.40 | 1.00 | 3.89 | 1.50 | 2.50 | 8.50 | 12.50 | 6.21 | 0.15 |
| 61 | 5.77 | 4.50 | 2.50 | 4.26 | 1.05 | 3.99 | 1.50 | 2.50 | 8.50 | 11.50 | 5.75 | 0.15 |
| 62 | 5.38 | 4.50 | 1.50 | 4.13 | 1.10 | 4.08 | 0.50 | 2.50 | 7.50 | 11.50 | 5.36 | 0.16 |
| 63 | 5.07 | 4.50 | 0.50 | 4.01 | 1.13 | 4.15 | 0.50 | 1.50 | 7.50 | 10.50 | 5.04 | 0.16 |
| 64 | 4.82 | 3.50 | 0.50 | 3.89 | 1.16 | 4.19 | 0.50 | 1.50 | 6.50 | 10.50 | 4.80 | 0.17 |
| 65 | 4.62 | 3.50 | 0.50 | 3.76 | 1.17 | 4.21 | 0.50 | 1.50 | 6.50 | 9.50 | 4.59 | 0.17 |
| 66 | 4.43 | 3.50 | 0.50 | 3.64 | 1.18 | 4.22 | 0.50 | 1.50 | 6.50 | 9.50 | 4.41 | 0.19 |
| 67 | 4.26 | 3.50 | 0.50 | 3.52 | 1.19 | 4.21 | 0.50 | 1.50 | 6.50 | 9.50 | 4.23 | 0.18 |
| 68 | 4.11 | 3.50 | 0.50 | 3.40 | 1.19 | 4.19 | 0.50 | 1.50 | 5.50 | 8.50 | 4.07 | 0.20 |
| 69 | 3.96 | 3.50 | 0.50 | 3.28 | 1.19 | 4.16 | 0.50 | 1.50 | 5.50 | 8.50 | 3.92 | 0.21 |
| 70 | 3.79 | 2.50 | 0.50 | 3.15 | 1.19 | 4.12 | 0.50 | 1.50 | 5.50 | 8.50 | 3.74 | 0.20 |
| 71 | 3.64 | 2.50 | 0.50 | 3.03 | 1.18 | 4.05 | 0.50 | 1.50 | 5.00 | 8.50 | 3.58 | 0.20 |
| 72 | 3.48 | 2.50 | 0.50 | 2.91 | 1.16 | 3.95 | 0.50 | 1.50 | 4.50 | 7.50 | 3.43 | 0.21 |
| 73 | 3.33 | 2.50 | 0.50 | 2.78 | 1.14 | 3.83 | 0.50 | 1.50 | 4.50 | 7.50 | 3.29 | 0.22 |
| 74 | 3.19 | 2.50 | 0.50 | 2.65 | 1.10 | 3.68 | 0.50 | 1.50 | 4.50 | 7.50 | 3.14 | 0.24 |
| 75 | 3.05 | 2.50 | 0.50 | 2.51 | 1.05 | 3.53 | 0.50 | 1.50 | 4.50 | 6.50 | 2.98 | 0.24 |

 **NEWS RELEASE** 

BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

---

**For release: 10:00 a.m. (EDT), Tuesday, September 9, 2014**          USDL-14-1671

Technical Information: (202) 691-6900 • CEXInfo@bls.gov • www.bls.gov/cex
Media Contact:            (202) 691-5902 • PressOffice@bls.gov

### CONSUMER EXPENDITURES – 2013

Average expenditures per consumer unit[1] in 2013 were $51,100, little changed from 2012 levels, the U.S. Bureau of Labor Statistics reported today. In 2013 spending decreased 0.7 percent during the same period that the Consumer Price Index (CPI-U) increased 1.5 percent. In 2012 spending had increased 3.5 percent, outpacing the increase in prices. In 2013 average income per consumer unit edged down from 2012.

Most of the major components of household spending decreased in 2013, as shown in table A. The largest declines occurred in the all other expenditures (-8.2 percent) and apparel and services (-7.6 percent) components. The all other expenditures category includes alcoholic beverages, education, miscellaneous, personal care products, reading, and tobacco products, all of which showed decreases. The only major components of household spending to increase were healthcare (2.1 percent), housing (1.5 percent), and transportation (0.1 percent). Overall food expenditures did not change in 2013, however food at home increased 1.4 percent while food away from home decreased 2.0 percent. Other highlights include a 4.7-percent decrease in entertainment spending and a 4.1-percent decrease in cash contributions.

---

#### Changes to Consumer Expenditures (CE) Tax Data

The CE introduced new estimates of state and federal tax liabilities using the TaxSim calculator produced by the National Bureau of Economic Research (NBER). Beginning with the second quarter of 2013, the state and federal tax amounts used in the tables are estimates based on the expenditures and income and family characteristics. The CE gratefully acknowledges the support of NBER. These estimates improve the quality of the tax liabilities data along with estimates of after-tax income data. The tax data collected directly from consumer units during the Interview survey will be available in the 2014 public use microdata, after which they will no longer be collected. A report analyzing the impact of the change is forthcoming.

**Table A. Average annual expenditures and characteristics of all consumer units and percent changes, 2011-2013**

| Item | 2011 | 2012 | 2013 | Percent change 2011-2012 | Percent change 2012-2013 |
|---|---|---|---|---|---|
| **Average annual expenditures:** | | | | | |
| Total…………………………………… | $49,705 | $51,442 | $51,100 | 3.5 | -0.7 |
| Food…………………………………… | 6,458 | 6,599 | 6,602 | 2.2 | 0.0 |
| At home…………………………… | 3,838 | 3,921 | 3,977 | 2.2 | 1.4 |
| Away from home………………… | 2,620 | 2,678 | 2,625 | 2.2 | -2.0 |
| Housing………………………………… | 16,803 | 16,887 | 17,148 | 0.5 | 1.5 |
| Apparel and services………………… | 1,740 | 1,736 | 1,604 | -0.2 | -7.6 |
| Transportation……………………… | 8,293 | 8,998 | 9,004 | 8.5 | 0.1 |
| Healthcare…………………………… | 3,313 | 3,556 | 3,631 | 7.3 | 2.1 |
| Entertainment……………………… | 2,572 | 2,605 | 2,482 | 1.3 | -4.7 |
| Cash contributions………………… | 1,721 | 1,913 | 1,834 | 11.2 | -4.1 |
| Personal insurance and pensions…… | 5,424 | 5,591 | 5,528 | 3.1 | -1.1 |
| All other expenditures……………… | 3,382 | 3,557 | 3,267 | 5.2 | -8.2 |
| **Consumer unit characteristics:** | | | | | |
| Number of consumer units (000's)……… | 122,287 | 124,416 | 125,670 | | |
| Average age of reference person……… | 49.7 | 50.0 | 50.1 | | |
| Average number in consumer unit:…… | | | | | |
| People……………………………… | 2.5 | 2.5 | 2.5 | | |
| Earners…………………………… | 1.3 | 1.3 | 1.3 | | |
| Vehicles………………………… | 1.9 | 1.9 | 1.9 | | |
| Percent homeowner………………… | 64.9 | 64.3 | 63.7 | | |
| Income before taxes………………… | $63,685 | $65,596 | $63,784 | 3.0 | -2.8 |

## Spending patterns, 2012-2013

Table B and chart 1 highlight spending patterns of selected components. Spending changes included:

- Health insurance spending routinely accounts for 61 percent of overall health care expenditures. The 21.8-percent increase in health insurance expenditures since 2010 was the driving force behind the increased expenditures on overall healthcare, an 8.2 percent increase from 2012 to 2013. The percent reporting health insurance expenditures changed from 64 percent in 2010 to 65 percent in 2013.

- Gasoline expenditures decreased by 5.1 percent from 2012 to 2013. In the CPI-U, the average price per gallon for all types of gasoline for 2013 dropped 3.0 percent from 2012.

- Overall expenditures on transportation were essentially unchanged due to lower gasoline spending being offset by a 1.9-percent increase in vehicle expenditures from 2012 to 2013.

- Apparel spending continued to decline. The drop from 2012 to 2013 was widespread across most of the subcategories, including an 8.3-percent drop for men and boys clothing and a 7.6-percent drop for women and girls clothing.

- The decrease in cash contributions from 2012 to 2013 can largely be attributed to a 9.1-percent decrease in contributions to charities and a 4.8-percent drop in contributions to church and religious organizations.

  Department of Economics (economics)

Search

Home () / Economics (economics) / Faculty (economics/faculty) / Rick L. Hirschi

# Rick Hirschi

Economics


Photo
Unavailable

📠 105 Smith Building (http://w...
📞 208-496-3806 (tel:20849638...
✉ hirschir@byu.edu (mailto:hi...
🏠 (http://emp.byui.edu/hirschi...

## Education

- Ph.D. in Agricultural Economics, 1999, University of Illinois
- M.S. in Agricultural Economics, 1994, Utah State University
- B.S. in Agricultural Economics, 1992, Utah State University
- B.S. in Business, 1992, Utah State University

## Interests

- Development and Regional Economics
- Agricultural Economics
- Forensic Economics

## Current Schedule

- Click to view schedule (http://web.byu.edu/Directory/Employee/hirschir)

## Proceedings Papers

- Hirschi, R.L., R.H. Hornbaker, J.B. Braden, and E.A. DeVuyst. "Agricultural Floodplain Management Strategies After the 1993 Flood," Proceedings of the Eighth Annual Conference, Illinois Groundwater Consortium, Research on Agricultural Chemicals in Illinois Groundwater: Status and Future Directions VIII, April 1 2, 1998, Makanda, Illinois, pp.22 30.
- Hirschi, R.L., R.H. Hornbaker, E.A. DeVuyst, J.B. Braden. Agricultural Floodplain Management Strategies After the 1993 Flood. *Research on Agricultural Chemicals in Illinois Groundwater: Status and Future Directions*, Vol. VII, Proceedings of the Illinois Groundwater Consortium Seventh Annual Conference, Makanda, IL, March 26, 1997.
- Hirschi, R.L., J.B. Braden, E.A. DeVuyst and R.H. Hornbaker. Flood Easements as a Mitigation Option. *Rivertech96 First International Conference on New/Emerging Concepts for Rivers Proceedings*, Vol. 2, Chicago, IL, Sep. 22-26, 1996, pp. 797-805.
- Hirschi, R.L., J.B. Braden, E.A. DeVuyst and R.H. Hornbaker. Easements as a Flood Management Option. *Integrated Management of Surface and Ground Water*, Proceedings of The Universities Council on Water Resources Annual Meetings, San Antonio, TX, July 30-Aug. 2, 1996, pp. 240-249.
- Hirschi, R.L., R.H. Hornbaker, E.A. DeVuyst, J.B. Braden, D.C. White and D.A. Evans. Agricultural Floodplain Management Strategies After the 1993 Flood. *Research on Agricultural Chemicals in Illinois Groundwater: Status and Future Directions*, Vol. VI, Proceedings of the Illinois Groundwater Consortium Sixth Annual Conference, Makanda, IL, March 27-28, 1996, pp.27-31.

Future Students (http://www.byui.edu/future-students/)
Current Students (https://my.byui.edu/ics)
Employees (https://my.byui.edu/ics)
Parents and Family (http://beta.byui.edu/parents)
Alumni (http://www.byui.edu/alumni)

Contact (http://www.byui.edu/econom... l-hirschi#collapseContact)
Follow (http://www.byui.edu/econom... l-hirschi#collapseFollow)
Popular (http://www.byui.edu/econom... l-hirschi#collapsePopular)
Help (http://www.byui.edu/economics/facu... l-hirschi#collapseHelp)

# LARS THOMAS CONWAY, MD

# ATTACMENTS

## CURICULUM VITAE
### Lars Thomas Conway, M.D.

**Personal Data**
- Date of birth: ████████
- Place of birth: Memphis, Tennessee
- Home address: 145 Moose St, PO Box 10592
        Jackson, WY 83002
- Married, six children ages 19-31

**Current Position**
- Medical Director, St. John's Medical Center Laboratory, Jackson, WY   (2013 to present)
- President & Medical Director, Teton Pathology (May, 2013 to present)

**Past Clinical Laboratory Positions**
- Medical Director Lufkin Laboratories (1984-1987)
- Author Lufkin Letters (monthly clinical laboratory update publication (1984-1989).
- Medical Director of Smith-Kline-Beecham Medical Laboratory, Minneapolis (1987-1995)
- Medical Director Quest Laboratory, Minnesota (1996)
- President, Three Rivers Pathology, Roseville, MN (1991-2013)
- Medical Director, St. Francis Regional Medical Center Laboratory, Shakopee, MN (1984- 2013)

**Hospital Staff Positions**
- Laboratory Medical Director St. Francis Regional Medical Center
- Chief of Staff St. Francis Regional Medical Center
- Vice-Chief of Staff St. Francis Regional Medical Center
- Chairman Credentials Committee St. Francis Regional Medical Center
- Chairman Blood Bank Committee St. Francis Regional Medical Center
- Chairman Education Committee St. Francis Regional Medical Center
- Medical Director Northfield Hospital Laboratory
- Medical Director St Croix Falls Regional Medical Center Hospital Laboratory
- Surgery Committee, Credentials Committee, St John's Medical Center

**Experience with Credentialing Services**
- Have led six CAP hospital laboratory inspection teams
- Have been inspected by multiple CAP & JCAHCO hospital lab inspection teams; multiple CLIA inspection teams and HHS clinical laboratory inspection teams

**Education**
- Brown University, Providence, RI., B.A. Physics, 1974
- University of Tennessee Center for the Health Sciences, Memphis, TN; M.D. 1977

- Internship in Internal Medicine, Hennepin County Medical Center, Minneapolis, MN. 1978-79
- Residency in Anatomic and Clinical Pathology, Hennepin County Medical Center, Minneapolis, MN; 1979-1983
- Blood Bank fellowship, University of Minnesota, 1983-4

**Licensure**
- Arizona#46899
- Idaho #M12068
- Wyoming # 9164A

**Board Certification**
- American Board of Pathology Certification in Anatomic and Clinical Pathology; June, 1983
- American Board of Pathology Certification in subspecialty of Cytopathology, 1996

**Professional Associations**
- College of American Pathologists
- Minnesota Society of Pathologists ( co-chair of task force on direct billing)

**Medical Staff Positions**
- Chief of Staff, St Francis Regional Medical Center, 1991
- Vice Chief of Staff, St Francis Regional Medical Center, 1990
- Chairman of Credentials Committee, St Francis Regional Medical Center, 1992-3
- Cancer committee member, 1997 to present, St. Francis Regional Medical Center
- Surgery Committee Member at St. Francis Regional Medical Center 1984 to 2013
- Transfusion committee Chair at St. Francis Regional Medical Center 1984 to 2013

**Honors**
- AOA (medical academic honor society), University of Tennessee Center for the Health Sciences, Memphis, TN, 1977
- Special Achievement Award for Scholarship and Leadership, University of Tennessee center for the Health Sciences, 1977
- Touchstone Award, 2007, Awarded to single medical staff member at St. Francis Regional Medical Center for outstanding leadership, service and embodiment of hospital values

**Publications**
- Lars Conway, et al, Natural History of Primary Autoimmune Neutropenia in Infancy, Pediatrics, 1987; 79(5) : 728-33.
- Lars Conway, et al, Acute Hemolytic Transfusion Reaction Due to ABO Incompatible Platelet Pheresis Concentrate; Transfusion, 1984; 24(5): 413-414.
- Monthly editions of the Lufkin Letter (6-8 page mailing to clients) 1984-1989

**Pathology Experience**
- Molecular pathology,  medical direction over lab areas including PCR, hybrid capture (predominantly CT/NG, HPV)
- Cytopathology including strong experience in cervical cytology, thyroid FNA cytology, urine cytology

- Hematology – Approximately 30 to 50 bone marrow biopsies performed and interpreted annually while in Minnesota with additional 10-15 interpretation only
- Urologic pathology- Review approximately 300 prostate cases while in Minnesota (each case usually 6 parts) annually with lesser number of bladder biopsies
- Review large number of skin biopsies (approximately 1000 cases) annually while in Minnesota
- Broad experience with GYN pathology while in Minnesota (most commonly cervical cytology and biopsies followed by endometrial biopsies)
- Strong experience in blood bank (fellowship followed by medical direction of hospital blood banks throughout career)
- Certified for conscious sedation (active DEA certification)

# AUTOPSY REPORT

Herrera, Monica                                      AUTOPSY NUMBER: A15-01
DOB: ███████
Expired: 01/30/2015, 20:25
Permit: Coroner, Teton County, Wyoming – Dani Spence
Autopsy: 01/31/2015, 10:00, Teton County Morgue, Jackson Wyoming

## HISTORY

The patient is a middle aged woman who works as a cleaning woman. She arrived at a site and performed cleaning at approximately 9:00 a.m. She had an appointment at 2:00 p.m. with her husband and did not arrive for that appointment. She was found at 19:32 and she was pronounced dead after attempted resuscitation at 20:25.

Reportedly carbon monoxide levels were elevated through the house.

## GROSS EXAMINATION

**External Examination:** The body is that of an obese Hispanic female. There does not appear to be any evidence of external trauma. No blood is present in the hair and lacerations are noted on the body. The pupils midpoint and fixed. There is a very deep cherry red color to the skin particularly of the face. There is non-relenting rigor in the extremities. On examination of the chest and abdomen, no evidence of previous surgical intervention is observed. No masses are seen. The breast are relatively pendulous and again without masses. The external genitalia are those of a normal adult female. No evidence fractures are noted on examination of the extremities.

**Internal Examination:** The body is opened in a routine Y-fashion. The ribs are exposed. The subcutaneous fat layer is relatively thick measuring 4 to 6 inches in thickness over the mid abdomen. The ribs are removed from the anterior chest. No fluid is noted in the pleural cavities or within the pericardial cavity. No fluid is noted in the peritoneal cavity. The stomach appears to be somewhat over inflated with air possibly occurring during the resuscitate efforts. The structures of the neck are dissected and the trachea transected superior to the laryngeal cartilage. The chest contents are removed en bloc including trachea, esophagus, thyroid, lungs and heart.

**Thyroid:** The thyroid is present in its normal location anterior to the thyroid cartilage and weighs approximately 13 gm. No masses are noted. No abnormal features are seen.

**Trachea:** The trachea is opened posteriorly. No masses are noted in the trachea. There does not appear to be appreciable foreign material in the trachea. The larynx is normally formed. The vocal cords are examined and without masses or papillomata.

**Esophagus:** The esophagus is opened posteriorly and no masses are noted. No esophagitis is observed.

**Lungs:** The main stem bronchi are opened. No masses are noted in the main stem bronchi. No evidence of aspiration is observed. The left lung weighs 543 gm and the right lung 633 gm. No

Herrera, Monica                                    AUTOPSY NUMBER: A15-01
                                                   Page 3

sections of lungs there is pulmonary edema without areas of pneumonitis observed. No masses are
seen.

Heart:  The heart weighs 398 gm. The heart is normal size. There does not appear to be appreciable
left ventricular hypertrophy or chamber dilation. The coronary arteries are serially sectioned. It
appears to be a right dominant coronary system without appreciable atherosclerotic change noted
within the coronary vessels. The four chambers of the heart are opened sequentially. The tricuspid,
pulmonic, mitral and aortic valves are normally formed. The right ventricle, right atrium, left atrium
and left ventricle are of normal size and without mural thrombi. No endocardial discoloration is seen.
The myocardium is sectioned and no evidence of myocardial injury is observed on gross
examination.

Liver: The liver weighs 2,528 gm. The surface of the liver is smooth without nodularity. The
gallbladder is present in its normal intrahepatic location and is without evidence of cholelithiasis. On
section of the liver that is a question of mild centrilobular congestion without evidence of nodularity
or masses. No abnormalities are seen in the liver aside from congestion.

Spleen: The spleen weighs 275 gm and is present in its normal location in the right upper quadrant
distal to the pancreas. The spleen appears to be mildly congested without masses, laceration or
infarction observed.

Pancreas:  The pancreas weighs 150 gm and is present in its normal retroperitoneal location. No
abnormalities are observed. No masses are noted.

Adrenal glands: The adrenal glands weigh approximately 34 gm together and have a normal
appearance. No masses are observed.

Kidneys:  The kidneys are normally formed and have a relatively smooth surface without prominent
surface granularity. The corticomedullary junction is distinct bilaterally without calyceal or ureteral
dilation. No masses are seen in either kidney. The left kidney weighs 191 gm and the right kidney 220
gm. The ureters insert into a normal fashion in to the bladder.

Bladder: The bladder is of normal size without masses observed.

Internal genitalia: The right and left ovaries are identified with the associated fallopian tubes. There is
a cystic lesion in the right ovary measuring approximately 2 cm, which appears to be a follicular type.
No evidence of neoplasia or endometriosis is seen. The fallopian tubes are normally formed. There is
evidence of previous vaginal hysterectomy. There is scarring of the superior vaginal vault without
uterine corpus observed.

Ancillary studies:  A sample of sodium heparin blood was obtained from the deceased right
subclavian vein and this was submitted for carboxyhemoglobin analysis at St. John's Hospital. The
carboxylhemoglobin level is reported as 76%. This was performed in the cardiopulmonary laboratory
under direct observation of Dr. Conway.

Herrera, Monica                                      AUTOPSY NUMBER: A15-01
                                                     Page 4

REVIEW OF BLOCKS

Blocks 1-2: right and left kidneys
Block 3: liver and spleen
Block 4: thyroid and adrenal
Block 5: ovary with cyst and pancreas
Block 6: myocardium
Blocks 7-9: sections of lung

## MICROSCOPIC EXAMINATION

Lungs: Sections of lung show mild pulmonary congestion and focal pulmonary edema. No
pneumonitis or evidence of neoplasia is observed. No features strongly suggestive of aspiration are
identified.

Heart: Sections of myocardium show myocardium without pathologic abnormality. No evidence of
acute or old myocardial infarction is observed.

Ovaries: Sections of ovary include a cystic follicle. No endometriosis or evidence of neoplasia is
observed.

Pancreas: Sections of pancreas show extensive autolytic change without pathologic features identifed.

Kidney: Sections of kidney show a normal corticomedullary junction without evidence of nephritis or
other renal abnormalities.

Spleen: Sections of spleen show splenic congestion.

Liver: Sections of liver show steatosis and mild steatohepatitis. There are some aggregates of
mononuclear cells in the hepatic lobules. There does not appear to be appreciable periportal fibrosis.

Adrenals: Sections of adrenal glands are unremarkable.

Thyroid: Sections of thyroid show normal thyroid parenchyma without inflammatory activity
observed.

## SUMMARY

The deceased expired secondary to carbon monoxide poisoning with the carbosyhemoglobin level
recorded at the time of death at 76%.

Other findings on autopsy include mild steatohepatitis. This often occurs in patients with diabetes
mellitus or obesity. The pulmonary edema/congestion and centrilobular hepatic congestion are
common perimortem findings.

                                                     Lars T Conway, M.D.
                                                     March 18, 2015

# Teton County Coroner's Office

**Brent A. Blue, Coroner**

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Comprehensive Case Summary

## Demographics - Basic

| | |
|---|---|
| Decedent Name | Monica Miranda Luna Herrera |
| Case # | 2015-004 |
| Date of Death | 1/30/2015 |

| Decedent Name | | Case Number | Case Type | Case Status |
|---|---|---|---|---|
| Monica Miranda Luna Herrera | | 2015-004 | | Closed |

| Date of Birth | | Date and Time of Death | Age | Place of Birth |
|---|---|---|---|---|
| ▓▓▓▓▓ | | 1/30/2015 12:00:00 AM | 47Years | |

| Race | Sex | Social Security # | Marital Status | Home Phone |
|---|---|---|---|---|
| Hispanic | Female | ▓▓▓▓▓ | Married | |

| Address/City/State/Zip | |
|---|---|
| ▓▓▓▓▓▓▓▓ Driggs, ID 83422 | |

| Height | Weight | Hair Color | Eye Color | Have Passport | Passport Date of Issue |
|---|---|---|---|---|---|
| 5' 4" | 250 | Mixed | | | |

| Mother's Full Name | Father's Full Name |
|---|---|
| Miranda | |

| Employer | Occupation | Employer Phone |
|---|---|---|
| Buckingham, Greg | Housekeeper | |

| Employer Address/City/State/Zip |
|---|
| ▓▓▓▓▓▓▓▓, Kelly, WY 83911 |

| Identified By What Means | Identified By Name |
|---|---|
| Family | Fransisco Herrera |

| Address/City/State/Zip | Phone |
|---|---|
| ▓▓▓▓▓▓▓▓ Driggs, ID 83422 | (208) 766-3330 |

| Time and Date | Location |
|---|---|
| 1/30/2015 9:11 PM | on scene |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Demographics - Professionals

Decedent Name     Monica Miranda Luna
                  Herrera
Case #
Date of Death     2015-204

| Family Doctor | |
|---|---|
| **Name** | **Phone Number** |
| **Address** | |
| **City/State/Zip** | |
| , | |

| Dentist | |
|---|---|
| **Name** | **Phone Number** |
| **Address** | |
| **City/State/Zip** | |
| , | |

| Funeral Home | | |
|---|---|---|
| **Funeral Home Name** | **Funeral Home Representative** | |
| Valley Morturary | Tyson | |
| **Address** | | **Telephone** |
| 950 Alpine Drive | | (307) 733-8267 |
| **City/State/Zip** | **Person In Charge of Funeral Arrangements** | |
| Jackson, WY 83001 | | |
| **When will Next of Kin Call** | **Type of Service** | |
| 1/1/1 | | |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Demographics - Physical

Decedent Name      Monica Miranda Luna Herrera
Case #             2015-004
Date of Death      1/30/2015

| Build | Hair Type | Was Deceased Bald? | If Not Bald, Hair Length | | |
|---|---|---|---|---|---|
| Overweight | Own Hair | Not Bald | Long | | |
| **Facial Hair** | | | **Color of Facial Hair** | | |
| , None | | | | | |
| **Fingernal Length** | **Fingernail Polish** | **Fingernail Polish Color** | **Toenail Polish** | **Toenail Polish Color** | |
| Medium | Yes | Beige | Yes | Pink | |
| **Have Own Teeth** | **If No, Any Dentures** | **Denture Type** | **Denture Description** | | |
| | | | | | |
| **Any Seeing Aids** | **If Eyeglasses, Which Style** | **If Eyeglasses, What Frames** | **If Eyeglasses, What Color** | | |
| | | | | | |
| **Eyeglasses Description** | | | | | |
| | | | | | |
| **Any Birthmarks** | **Birthmark Location** | **Birthmark Description** | | | |
| | | | | | |
| **Any Tattoos** | **Tattoo Location** | **Tattoo Description** | | | |
| No | | | | | |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Demographics - Clothing

| | |
|---|---|
| Decedent Name | Monica Miranda Luna Herrera |
| Case # | |
| Date of Death | 2015-2015 |

| Describe the Way the Deceased was Dressed | plaid cotton stretch pants, tan lightweight sweater, black insulated vest, underwear, bra - -clothing had been cut for life saving attempts | | | |
|---|---|---|---|---|
| **Type of Clothing** Female | **Shirt** Long Sleeve | **Color of Shirt** Brown | **Pants or Skirt** Pants | **Pant or Skirt Length** |
| **Pant/Skirt Style** Casual | **Belt** | **Socks** | **Sock Color** | |
| **Shoes** | **Shoe Color** | **Shoe Size** 0 | **Coat Length** | **Coat Material** |

| Describe Underclothing | bra and underwear | |
|---|---|---|
| **Was Clothing Ever Professionally Laundered** | **Name of Laundry** | **Phone** |
| **Address of Laundry** | | **City, State, Zip** , 0 |

| Other Important Imformation About Clothing That Could be Useful | |
|---|---|
| **Is there a Photograph of the Deceased Available** Yes | **Was Clothing In Disarray** Yes |
| **If Clothing in Disarray, Describe** | Clothing was cut by medical personnel for life saving attempts.  Clothing did not appear to have anything suspicious about it. |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Demographics - Jewelry

Decedent Name     Monica Miranda Luna
Case #                   Herrera
Date of Death        2015-2014

| Was Deceased Wearing Jewelry | Yes | Describe In Detail | 3 rings on her fingers - remained on deceased and still on deceased when released to funeral home.  Photographs available. | |
|---|---|---|---|---|
| Any Earrings | | Describe In Detail | | |
| Any Other Piercings | | Describe In Detail | | |
| Any Watch | | Type | Describe In Detail | |
| Any Chain or Necklace | | Describe In Detail | | |
| Any Bracelets | | Describe In Detail | | |
| Any Ankle Bracelet | | Describe In Detail | | |
| Any Pins or Broaches | | Describe In Detail | | |
| Any Other Jewelry | | | | |
| Was Deceased Wearing Jewelry That Belonged to Someone Else | | Did Deceased Conceal Valuables in the Lining of Clothing or Other Location | No | |
| Describe Concealed Valuables | | | | |

# Teton County Coroner's Office

**Brent A. Blue, Coroner**

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Case Checklist

| Decedent Name | Monica Miranda Luna Herrera |
|---|---|
| Case # | 2015-004 |
| Date of Death | 1/30/2015 |

| <u>Item</u> | <u>Status</u> | <u>Notes</u> |
|---|---|---|
| Public Information Sheet | N/A | |
| Property Form | N/A | |
| Prescription Form | N/A | |
| Evidence Form | N/A | |
| ID Band On Body | N/A | |
| Funeral Home Release Signed | N/A | |
| Property Release Signed | N/A | |
| Next of Kin Notified | Completed | Husband on scene on coroner arrival |
| Police Report Requested | N/A | |
| Ambulance Report Requested | N/A | |
| Hospital Records Requested | N/A | |
| Other Reports Requested | N/A | |
| X-Rays Obtained | N/A | |
| Scene Photographs | N/A | |
| Morgue Sheet Started | Completed | Coroner Face Sheet completed |
| Fingerprints Completed | N/A | |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

| ID Photograph Taken | Completed | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687
Jackosn, WY 83001
307-733-2331   bblue@tetonwyo.org

## Agencies / Officers

Decedent Name    Monica Miranda Luna Herrera
Case #           2015-004
Date of Death    1/30/2015

|  | **Name** | **Rank/Position** | **Department** |
|---|---|---|---|
| **Primary Police** | Kurt Drumheller | Deputy Patrol | TCSO |
| **Primary Fire** | Jim Tucker | Battalion Chief | JH Fire/EMS |
| **Primary EMS** |  |  |  |
|  |  | **Other** |  |
| One |  |  |  |
| Two |  |  |  |
| Three |  |  |  |
| Four |  |  |  |
| Five |  |  |  |
| Six |  |  |  |
| Seven |  |  |  |
| Eight |  |  |  |
| Nine |  |  |  |
| Ten |  |  |  |
| Eleven |  |  |  |
| Twelve |  |  |  |
| Thirteen |  |  |  |
| Fourteen |  |  |  |
| Fifteen |  |  |  |
| Sixteen |  |  |  |
| Seventeen |  |  |  |

# Teton County Coroner's Office

### Brent A. Blue, Coroner

P. O. BOX 1687
Jackosn, WY 83001
307-733-2331   bblue@tetonwyo.org

## Next Of Kin

Decedent Name   Monica Miranda Luna Herrera
Case #          2015-004
Date of Death   1/30/2015

| Name | Relationship |
|---|---|
| Fransisco Herrera | Spouse |

| Notified | Notified Date & Time | Notified By |
|---|---|---|
| Yes | 1/30/2015 | Caretaker |

| Phone | Other Phone |
|---|---|
| (208) 766-3330 | |

| Address |
|---|
| ▬▬▬▬▬▬▬ |

| City/State/Zip |
|---|
| Driggs, WY 83422 |

# Teton County Coroner's Office

**Brent A. Blue, Coroner**

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Scene

Decedent Name    Monica Miranda Luna Herrera

Case #           2015-004

Date of Death    1/30/2015

| Light Condition | | Weather Conditions | | Outside Temp | Inside Temp |
|---|---|---|---|---|---|
| **Was the AC or Furnance Operating** | | **Setting of Thermostat** | **Location of Decedent at Scene (Exact Location)** | | |
| **Body Position (Direction) - Head** | | **Body Position (Direction) - Feet** | | **Body Position (Direction) - Lying** | |
| **If Other Describe** | | | | | |
| **Surface Type Decedent's Body Lyng On** | | **If Other Describe** | Subject was found by caretaker face down in entryway. Upon coroner arrival, subject had already been moved for live saving attempts. Upon coroner arrival, subject was inside ambulance on gurney | | |
| **Describe any Disarray** | see TCSO report for information | | | | |
| **If a Building/Dwelling Was the Location Secure** | | **Describe Locks on Doors and Windows** | | | |
| **If Blood Found at Scene, Beneath What Body Area** | | | **Surface Where Blood Found** | | **Quantity of Blood** |
| **Condition of Bloodstains** | | **If Other Describe** | | | |
| **Other Observations at Scene** | | | | | |
| **Any Drugs/Alcohol Found at Scene** | | **If Yes, What Kind of Alcohol/Drugs** | | | |
| **Any Notes/Letters Found at Scene** | | **Dated** | **Location Found** | | |
| **Any Resuscitation Attempts At Scene** | Yes | **If Yes,Describe Procedures in Detail** | see JH Fire/EMS report | | |
| **If Oxygen Given To a Fire/Arson Victom, Determine the Length of Time Administered** | | | | | |

# Teton County Coroner's Office

**Brent A. Blue, Coroner**

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Morgue Conveyance

Decedent Name      Monica Miranda Luna Herrera

Case #                   2015-004

Date of Death        1/30/2015

| Time Called | Scene Arrival | Conveyance | |
|---|---|---|---|
| Conveyance Attendants | | Jewelry or Valuable Left on Body Being Transported to Morgue | Yes |
| If Yes, Describe Items | 3 rings on her hands | | |
| Arrival Time at Morgue<br>10:56 PM | Do Jewelry and Valuable Items Received By Morgue Personnel Agree with Those Left on Body When It Left The Scene | | Yes |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Autopsy

Decedent Name      Monica Miranda Luna Herrera

Case #             2015-004

Date of Death      1/30/2015

| Was an Autopsy Requested | Was an Autopsy Performed | If Yes, Where | | | |
|---|---|---|---|---|---|
| Yes | Yes | Morgue | | | |
| Who Was the Pathologist | Were Autopsy Results Available Before Completing Cause of Death | No | Was Family Notified of Cause of Death After Autopsy Complete | | Yes |
| Conway | | | | | |
| Who Notified Family | | Date Family Notified | | | |
| Dani Spence | | 1/31/2015 | | | |
| Donor | Donor of What | | Retrieval Organization | | |
| | | | | | |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Cause/Manner

Decedent Name        Monica Miranda Luna
                     Herrera
Case #
Date of Death        1/30/2015

| Pronoucement of Death (Date & Time) | By | Estimated Time of Death |
|---|---|---|
| 1/30/2015 8:25 PM | Dani Spence | #Error |

| Position | Location |
|---|---|
| Deputy Coroner | Kelly |

| Cause of Death 1 |
|---|
| Carbon Monoxide Poisoning |

| Cause of Death 2 |
|---|
| |

| Cause of Death 3 |
|---|
| |

| Contributing Factors |
|---|
| |

| Mechanism of Death |
|---|
| |

| Manner | Alcohol/Drug Test | BAC Result | Drug Test Positive | Alcohol/Drug Contribute to Death |
|---|---|---|---|---|
| Accidental | | Pending | | |

# Teton County Coroner's Office

**Brent A. Blue, Coroner**

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Medical History

| | |
|---|---|
| Decedent Name | Monica Miranda Luna Herrera |
| Case # | 2015-004 |
| Date of Death | 1/30/2015 |

high blood pressure - per NOK

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Personal Effects

| | |
|---|---|
| Decedent Name | Monica Miranda Luna Herrera |
| Case # | 2015-004 |
| Date of Death | 1/30/2015 |

### Personal Effects

| Item Description | There were 3 rings still on the subject when released to the Mortuary.  2 on her left hand and 1 on her right hand.<br><br>Her Idaho driver's license was sent in to the state. | | |
|---|---|---|---|
| Color | Identifying Marks | Serial Number | Owner |
| Quantity | Value<br>0.0000 | Track Possession | Taken Into Possession Of |
| Agency | Location Stored | | Date |
| Has Item Been Released | Released To | Relationship | |
| Address | | City/State/Zip<br>, 0 | |
| Phone Number | Released By | Witnessed By | Date Released |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

### Personal Effects

| Item Description | There were 3 rings still on the subject when released to the Mortuary.  2 on her left hand and 1 on her right hand. |
|---|---|
| | Her Idaho driver's license was sent in to the state. |

| Color | Identifying Marks | Serial Number | Owner |
|---|---|---|---|
| | | | |

| Quantity | Value | Track Possession | Taken Into Possession Of |
|---|---|---|---|
| | 0.0000 | | |

| Agency | Location Stored | Date |
|---|---|---|
| | | |

| Has Item Been Released | Released To | Relationship |
|---|---|---|
| | | |

| Address | | City/State/Zip |
|---|---|---|
| | | , 0 |

| Phone Number | Released By | Witnessed By | Date Released |
|---|---|---|---|
| | | | |

# Teton County Coroner's Office

**Brent A. Blue, Coroner**

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Narratives

Decedent Name          Monica Miranda Luna Herrera

Case #                          2015-004

Date of Death             1/30/2015

| Case Narrative |
|---|
| On 01-30-15 subject went to employer's home to work as housekeeper.  Caretaker's noticed her vehicle was there later than usual and went to check on her.  Caretaker found deceased face down in entryway.  It did not appear she had traveled more than a few feet into the house.  The boiler in the garage was found to be damaged per the caretaker.  The fire department is investigating the boiler system and on scene found their carbon monoxide sensors to have topped out at 1000 parts per million at all areas of the house.  Autopsy did not reveal any other remarkable contributions to death.  Labs revealed a 76% saturation of the blood with carbon monoxide per pathologist. |

| Media Case Narrative |
|---|
| |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Medication List

Decedent Name     Monica Miranda Luna Herrera

Case #            2015-004

Date of Death     1/30/2015

| Medication | Prescribed By | Date Prescribed | Dosage | Regimen | Expected Count | Actual Count |
|---|---|---|---|---|---|---|
| blood pressure | | | | | 0 | 0 |

# Teton County Coroner's Office

## Brent A. Blue, Coroner

P. O. BOX 1687

Jackosn, WY 83001

307-733-2331   bblue@tetonwyo.org

## Body Exam

| Decedent Name | Monica Miranda Luna Herrera |
| --- | --- |
| Case # | 2015-004 |
| Date of Death | 1/30/2015 |

| Body Exam - Condition | | | |
| --- | --- | --- | --- |
| **Body Temperature** 0 | **Date and Time Taken** 1/1/1 | **If Temp Not Taken, How Did the Body Feel to Touch?** | |
| **Livor Mortis Present** Yes | **If Yes, Where** face and thorax | **RigorMortis Present** Yes | **If Yes, Where** arms and legs |
| **Body Quality** | | **Insects Present** | |
| **If Yes, and Not Collecting, Describe Location and Identity** | | | |

| Body Exam - Injury General | |
| --- | --- |
| **Head** | **Face** small amount of blood coming from nose |
| **Neck** | **Chest** |
| **Back** | **Buttocks /Pelvic Region** |
| **Upper Extremities** | **Fingertips to Axilla Length** |
| **Hands** | **Fingernails Broken** No |
| **Feet** | **Lower Extremities** |
| **Clothing** | **Was Death Related to Injury** Yes |
| **Other** clothing had been cut to access chest for life saving attempts -- AED pads were attached to deceased,IO port was in lower leg, lead pads were stuck on lower legs from EMS -- nothing unusual | |

Teton Pathology, P.C.
**Lars T. Conway, M.D.**
*Anatomic & Clinical Pathology*
P.O. Box 4940
625 E. Broadway
Jackson, WY 83001
Telephone: (307) 733-6418
Fax: (307) 734-0885

# AUTOPSY REPORT

Herrera, Monica                                   AUTOPSY NUMBER: A15-01
DOB: ▓▓▓▓▓▓▓▓
Expired: 01/30/2015, 20:25
Permit: Coroner, Teton County, Wyoming – Dani Spence
Autopsy: 01/31/2015, 10:00, Teton County Morgue, Jackson Wyoming

### FINAL ANATOMIC DIAGNOSES

I.      Carbon monoxide poisoning (carboxyhemoglobin level 76%)

II.     Status post vaginal hysterectomy

III.    Mild pulmonary edema

IV.     Mild centrilobular congestion of the liver and moderate steatosis with mild
        steatohepatitis

Lars T Conway, M.D.
March 18, 2015



St John's Medical Center

Living Center   Getting Here   Contact Us   Make a Gift   Careers   For Staff

SEARCH 🔍

PATIENT SERVICES   YOUR VISIT   PHYSICIAN PRACTICES   ST. JOHN'S & THE COMMUNITY

ABOUT US

Home » Lars Conway, MD

**myHealth Portals**

**Find a Doctor**

Select Language ⬍

# Lars Conway, MD

**Pathology**
Teton Pathology
Box 4940
Jackson, WY 83001

**Primary Phone:**
307 733 6418
**Fax Number:**
307 734 0885
**Specializing in:**
🏷 Pathology



**Certifications:**
American Board of Pathology

**Education:**
BA, 1974: Brown University Program in Medicine: Providence, RI

MD, 1977: University of Tennessee College of Medicine, Memphis, TN

Internship & Residency, Anatomic and Clinical Pathology, 1983: Hennepin County Medical Center, Minneapolis, MN

Fellowship, Blood Banking, 1984: University of Minnesota Hospital & Clinc, Minneappolis, MN

## CERTIFICATION OF VITAL RECORD

# STATE OF WYOMING

### DEPARTMENT OF HEALTH

### CERTIFICATE OF DEATH

**Decedent:**

| | | | |
|---|---|---|---|
| Name: | Monica Herrera | State File Number: | 2015-000301 |
| Gender: | Female | Social Security Number: | |
| Date of Birth: | | Age at the Time of Death: | 47 years |

**Date and Place of Death:**

| | | | |
|---|---|---|---|
| Date of Death: | January 30, 2015 | County of Death: | Teton |
| City of Death: | Kelly | | |
| Location: | | | |

**Additional Decedent Information:**

| | |
|---|---|
| Place of Birth: | Hollywood, California |
| Residence: | Driggs, Idaho |
| Marital Status: | Married - Fransisco Herrera |
| Armed Forces: | No |
| Name of Father: | Apolonia Miranda |
| Name of Mother: | Juanita Luna |
| Informant: | Fransisco Herrera |
| Relationship: | Husband |

**Disposition:**

| | |
|---|---|
| Method of Disposition: | Cremation |
| Place of Disposition: | Valley Mortuary Crematory, Jackson, Wyoming |

**Funeral Home or Facility:**

| | |
|---|---|
| Facility: | Valley Mortuary, Jackson, Wyoming |

**Cause of Death:**

*The immediate cause is listed on the first line followed by any underlying causes.*

| | | |
|---|---|---|
| (a) Carbon Monoxide Poisoning | Interval: | Immediate |
| (b) Faulty Furnace Piping | | |

Other Significant
Conditions:

| | | | |
|---|---|---|---|
| Manner of Death: | Accident | Time of Death: | Approximate 09:00 ±5hrs |

**Injury Information:**

| | | | |
|---|---|---|---|
| Date Of Injury: | January 30, 2015 (Actual) | Time Of Injury: | Approximate 09:00 ±5hrs |
| Injury At Work? | Yes | | |
| Location: | , Kelly, Wyoming | | |
| Description: | Boiler in house was damaged. Carbon Monoxide Poisoning. | | |

**Certifier:**

| | |
|---|---|
| Type: | Coroner |
| Name: | Brent Blue, Coroner |
| Address: | 3240 South Adam's Canyon Drive, PO Box 1727, Jackson, Wyoming, 83001 |
| Date Filed: | February 02, 2015 |

This is a true certification of the document on file in the office of Vital
Statistics Services, Cheyenne, Wyoming.

**DATE ISSUED:** Tuesday, February 03, 2015

This copy is not valid unless prepared on paper with an engraved border.

*James McBride*
James McBride
Deputy State Registrar



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

