# United States District Court
## For The District of Wyoming

FILED
4:13 pm, 4/22/16
U.S. Magistrate Judge

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, et. al,<br><br>Defendants. | Civil No. 15-CV-128-NDF |

**ORDER EXPEDITING BRIEFING SCHEDULE ON DEFENDANT M&G DURAVENT, INC.'S EX-PARTE MOTION FOR EXPEDITED RELIEF FROM CONFIDENTIALITY AGREEMENT [DOC. 77]**

This matter is before the Court on Defendant M&G Duravent, Inc.'s (Duravent) Ex-Parte Motion for Expedited Relief from Confidentiality Agreement [Doc. 77]. The Court, having carefully considered the Motion, and being fully advised in the premises, ORDERS:

Any party opposing the production of the documents identified by Defendant Duravent's Motion shall file a Response or Opposition with the Court on or before May 2, 2016. An expedited briefing schedule is necessary due to the impending discovery cut-off deadline on May 31, 2016. When the matter is fully briefed, the Court will then make an expedited discovery ruling on the documents sought by Defendant Duravent.

1

2

Dated: April 22, 2016

_____
The Honorable Kelly H. Rankin
U.S. Magistrate Judge