Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
Cheyenne, WY  82001
(307) 637-5575
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS**

Wyoming Mechanical Company, Inc. pursuant to FED.R.CIV.P. 45(A)(4), respectfully provides notice that it is serving the attached Subpoena Duces Tecum upon Ferguson Enterprises, Inc.

**DATED** this 6th day of May, 2016.

WYOMING MECHANICAL COMPANY, INC.

By: _/s/ Julie Nye Tiedeken_
     Julie Nye Tiedeken
     Wyoming Bar #5-1949
     McKellar, Tiedeken & Scoggin, LLC
     P.O. Box 748
     Cheyenne, WY  82003-0748
     (307) 637-5575
     (307) 637-5515-fax
     jtiedeken@mtslegal.net

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

Christopher R. Reeves
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO 8800
creeves@waltzlaw.com

Cameron S. Walker
Judith A. Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
cam@schwartzbon.com
jstuder@schwartzbon.com

Joseph P. McGill
Jennifer A. Cupples
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
JMcGill@fbmjlaw.com
jcupples@fbmjlaw.com

By: */s/ Julie Nye Tiedeken*
McKellar, Tiedeken & Scoggin, LLC