Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
Cheyenne, WY  82001
(307) 637-5575
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation<br><br>Defendants. | Case No. 15-cv-128-F |

### NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS

Wyoming Mechanical Company, Inc. pursuant to FED.R.CIV.P. 45(A)(4), respectfully provides notice that it is serving the attached Subpoena Duces Tecum upon The Silver Creek Group Inc.

**DATED** this 6th day of May, 2016.

WYOMING MECHANICAL COMPANY, INC.


By:  */s/ Julie Nye Tiedeken*
      Julie Nye Tiedeken
      Wyoming Bar #5-1949
      McKellar, Tiedeken & Scoggin, LLC
      P.O. Box 748
      Cheyenne, WY  82003-0748
      (307) 637-5575
      (307) 637-5515-fax
      jtiedeken@mtslegal.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lewis
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net

Katherine Mead
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net

Christopher R. Reeves
The Waltz Law Firm
1660 Lincoln Street, Suite 2510
Denver, CO 8800
creeves@waltzlaw.com

Cameron S. Walker
Judith A. Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
cam@schwartzbon.com
jstuder@schwartzbon.com

Joseph P. McGill
Jennifer A. Cupples
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
JMcGill@fbmjlaw.com
jcupples@fbmjlaw.com

By:  */s/ Julie Nye Tiedeken*
McKellar, Tiedeken & Scoggin, LLC