Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant M&G DURAVENT, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death,<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation<br><br>    Defendants, | Civil Action No. 15-CV-128-F |

**STIPULATED MOTION TO EXTEND DEADLINES**

1

COMES NOW the Parties, by and through their attorneys of record, and hereby submits their Motion to Extend Deadlines and states as follows:

1. Trial in this matter is scheduled for ten days (10) beginning October 31, 2016.

2. In this Court's Revised Order on Initial Pretrial Conference, discovery in this matter, except for expert depositions, was ordered to be completed by May 31, 2016.

3. Due to the amount of depositions, various locations of the witnesses and scheduling conflicts, the parties are unable to complete all the deposition by the May 31, 2016.

4. The parties request an extension up to and including July 31, 2016 in which to complete all discovery in this matter.

5. This Court also ordered that the parties exchange Stipulation as to Facts by June 7, 2016.

6. The parties request an extension up to and including August 15, 2016 in which to exchange proposals for stipulation as to facts.

7. The parties believe that they will be able to comply will all other deadlines in this matter.

WHEREFORE, the Parties pray that this Court enter its Order granting the parties up to and including July 31, 2016 to complete discovery in this matter and up to and including August 15, 2016 to exchange proposals for stipulation as to facts.

Respectfully submitted this 18th day of May, 2016.

| | |
|---|---|
| s/Christopher R. Reeves | s/David G. Lewis |
| Richard A. Waltz, Esq., *pro hac vice* | David G. Lewis, WY Bar #4-1150 |
| Christopher R. Reeves, Esq., #7-5386 | Attorney at Law |
| Wyoming Bar No. 7-5386 | P.O. Box 8519 |
| The Waltz Law Firm | Jackson, WY 83002 |
| 1660 Lincoln Street, Suite 2510 | Tel.: (307) 739-8900 |
| Denver, CO 80264 | Fax: (307) 739-8902 |
| Telephone: 303-830-8800 | davelewis@bresnan.net |
| Facsimile: 303-830-8850 | Counsel for Plaintiffs |
| dwaltz@waltzlaw.com | |
| creeves@waltzlaw.com | |

| | |
|---|---|
| s/Julie Nye Tiedeken<br>Julie Nye Tiedeken, - WY Bar #5-1949<br>Sean W. Scoggin  - WY Bar # 6-3263<br>McKellar, Tiedeken & Scoggin<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>Tel.: (307) 7637-5575<br>Fax: (307) 7637-5515<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net<br>Counsel for Wyoming Mechanical, Inc.;<br>Cross Defendant | s/Katherine L. Mead<br>Katherine L. Mead, WY Bar #5-2432<br>Mead & Mead<br>1200 N. Spring Gulch Rd<br>P.O. Box 1809<br>Jackson, WY 83001<br>Tel.: (307) 733-0166<br>Fax: (307) 733-7590<br>kate@meadlaw.net<br>Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust; Trustee G Buckingham & Trustee D; Buckingham; Cross Claimants |
| s/Joseph P. McGill<br>Joseph P. McGill (Pro Hac Vice)<br>Foley, Baron, Metzger & Juip, PLLC<br>38777 Six Mile Road, Suite 300<br>Livonia, Ml 48152<br>Tel: (734) 742-1825<br>Fax: (734) 521-2379<br>jmcgill@fbmjlaw.com<br>Co-Counsel for Triangle Tube/Phase III, CO., Inc.<br>Defendant | s/Cameron S. Walker<br>Cameron S. Walker, Attorney No. 5-1451<br>Judith A. Studer, Attorney No. 5-2174<br>Schwartz, Bon, Walker & Studer, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Tel: (307) 235-6681<br>Fax: (307) 234-5099<br>cam@schwartzbon.com<br>jstuder@schwartzbon.com<br>Counsel for Triangle Tube/Phase III, CO. Defendant |