Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant M&G DURAVENT, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation<br><br>    Defendants, | Civil Action No. 15-CV-128-F |

## ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES

1

THIS MATTER COMING before the Court upon the Parties Stipulated Motion to Extend Deadlines and the Court having reviewed the Motion, and being otherwise fully advised in the premises, does hereby order that the parties have up to and including July 31, 2016 to complete discovery in this matter and have up to and including August 15, 2016 to exchange proposals for stipulation as to facts.

DATED this \_\_\_\_ day of May, 2016.

BY THE COURT:

_____