# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



*11:56 am, 6/15/16*
**Stephan Harris**
**Clerk of Court**

FRANCISCO L. HERRERA, et al.

Plaintiff,

vs.

GREGORY BUCKINGHAM, et al.

Defendant.

Case Number: 15-CV-128-F

Interpreter Needed: No

Setting or Resetting: Setting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin's Chambers | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | June 17, 2016 at 11:00 a.m. |

Type of Proceeding:

### TELEPHONIC ORAL RULING HEARING

All parties should appear by telephone, with Plaintiffs' counsel initiating the call, through a conference call operator, and connecting to the Court at 307/433-2180. Parties are advised to have their calendars on hand to assist with scheduling.

Stephan Harris
Clerk of Court

Dated this 15th day of June, 2016.

Zachary Fisher
Deputy Clerk

TO:

Counsel of Record

Court Reporter