Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com;
        jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>　　Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:  2:15-cv-00128-NDF |

**TRIANGLE TUBE'S RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED HEARING TO COMPEL DISCOVERY BY DEFENDANT TRIANGLE TUBE; and RESPONSE TO OPPOSITION TO DEFENDANT TRIANGLE TUBE'S MOTION FOR PROTECTIVE ORDER**

1

NOW COMES Defendant TRIANGLE TUBE ("Triangle"), by and through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, and for its Response to Plaintiffs' Motion for Expedited Hearing to Compel Discovery by Defendant Triangle Tube; and, Response to Opposition to Defendant Triangle Tube's Motion for Protective Order, states as follows:

1. Triangle relies on its Motion for Protective Order [ECF#93], Response to Wyoming Mechanical's Motion to Compel Production of Documents [ECF #96], Motion to Modify Wyoming Mechanical's Subpoena to Ferguson Enterprises [ECF #86], Reply in Support of Triangle's Motion to Modify Wyoming Mechanical's Subpoena to Ferguson Enterprises [ECF #95], and Triangle's Reply to Wyoming Mechanical's Opposition to Triangle Tube's Motion for Protective Order [ECF # 100], including the exhibits attached thereto, which are incorporated herein by reference.

2. Triangle agrees that the issues presented in its Motion for Protective Order and its Motion to Modify the Wyoming Mechanical Subpoena to Ferguson should briefed on an accelerated basis; however, Triangle respectfully requests that this Court permit a short time period for supplemental responsive pleadings in the interest of making a record of the issues.

3. As previously pled, Dr. Cuzzillo's expert report states opinions and makes assumptions without data, calculations or modeling. Therefore, no reliable conclusion can be made with regard to any root cause of the detached vent piping. Triangle plans to inquire about same in its deposition of Dr. Cuzzillo set for tomorrow, June 17, 2016.

4. Plaintiffs' Motion is replete with unsupported conclusory and presumptive statements of their position of the case – none of which have been able to determine or establish that the discovery sought relating to the error codes and problems presented in the September 2014 Bulletins are relevant to this case based upon the evidence to-date.

5. The discovery documents sought to be disclosed are not relevant and would only cause undue burden, embarrassment, and severely prejudice Triangle, a company that has proactively attacked any design defect in its product lines in a timely and professional manner.

6. Plaintiffs inaccurately state that Triangle's expert (Caggiano) states that the delayed ignitions were caused *solely* by Wyoming Mechanical's failure to fine-tune the fuel-air mixture – Mr. Caggiano's report is chalk full of serious faults and failures by Wyoming Mechanical to follow the standard of care relating to the installation of the subject boiler which he opines were the cause of the vent separation and the flue gas recirculation.   See [ECF #89-2].

7. Triangle reserves the right to supplement this Response consistent with the Federal Rules of Civil Procedure and Local Rules.

**WHEREFORE,** Triangle respectfully requests this Court enter an order granting the relief requested in its Motion for Protective Order [ECF #93], and any additional relief this Court deems just and appropriate.

Respectfully submitted,

FOLEY, BARON, METZGER & JUIP, PLLC

Dated:  June 16, 2016    By:     /s/Joseph P. McGill
 Joseph P. McGill (admitted pro hac vice)
 Jennifer A. Cupples (admitted pro hac vice)
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Tel.: (734) 742-1825; Fax: (734) 521-2379

Judith A. W. Studer (5-2174)
Schwartz, Bon, Walker & Studer, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
Tel.: (307) 235-6681; Fax: (307) 234-5099

*Attorneys for Defendant Triangle Tube*

**CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of June 2016, the undersigned served the within and foregoing **TRIANGLE TUBE'S RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED HEARING TO COMPEL DISCOVERY BY DEFENDANT TRIANGLE TUBE, and RESPONSE TO OPPOSITION TO DEFENDANT TRIANGLE TUBE'S MOTION FOR PROTECTIVE ORDER**, upon the following:

| | |
|---|---|
| David Lewis<br>P. O. Box 8519<br>Jackson, Wyoming 83002<br>davelewis@bresnan.net | Christopher R. Reeves<br>Dick Waltz, Esq.<br>Waltz Law Firm<br>1660 Lincoln Street, Ste. 2510<br>Denver, Colorado 80264<br>creeves@waltzlaw.com<br>DWaltz@WaltzLaw.com |
| Julie Tiedeken<br>Sean W. Scoggin<br>P. O. Box 748<br>Cheyenne, Wyoming 82003<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net | Katherine L. Mead, Esq.<br>P.O. Box 1809<br>Jackson, Wyoming 83001<br>kate@meadlaw.net |

via the Court's ECF system.

                                                  /s/Cheryl E. Ballew
                                                  Cheryl E. Ballew