

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
12:18 pm, 6/17/16
Stephan Harris
Clerk of Court

FRANCISCO HERRERA, et al.

Plaintiff,

vs.

GREGORY BUCKINGHAM, et al.

Defendant.

Case Number: 15-CV-128-F

## CIVIL MINUTE SHEET - MOTION HEARING

☑ Telephonic

Date: Jun 17, 2016    Time: 11:06 - 12:15

| Kelly H. Rankin | Zac Fisher | Anne Bowline | Matthew Peterson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)
David Lewis

Attorney(s) for Defendant(s)
Katherine Mead, Julie Tiedeken, Joseph McGill, Judith Studer, Richard Waltz,

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 86 | Modify Wyoming Mechanical Company Inc.'s Subpoena | Denied |
| Defendant | 87 | Compel Production of Documents | Granted |
| Defendant | 93 | Protective Order | Denied |
| Plaintiff | 98 | Compel Discovery/Expedited Hearing | Granted |

☐ Briefs to be filed on or before _____ by _____
                                          by _____

☐ Order to be prepared by  ☐ Court  ☐ Attorney

Other: