## PLAINTIFFS' EXHIBIT 1
## TABLE OF ACTUAL DATES OF DOCUMENT PRODUCTION

| DOCUMENT DUE DATE | DATE DOCUMENTS WERE ACTUALLY PRODUCED | NUMBER OF DOCUMENT PAGES PRODUCED | PLAINTIFFS' COMMENTS |
|---|---|---|---|
| March 1, 2016 | March 28, 2016 | 950 | No delayed ignition or hard fire explosion documents produced |
| March 1, 2016 | April 8, 2016 | 1,825 | No delayed ignition or hard fire explosion documents produced |
| July 1, 2016[1] | July 2, 2016 | 1,371 | Responsive |
| July 1, 2016 | July 6, 2016 | 1,051 and three short videos of boiler operation | Responsive |
| July 1, 2016 | July 8, 2016 | 1,214 | Responsive (presumably, but not yet read) |
| July 1, 2016 | July 20, 2016 | 3,733 | Responsive (presumably, but not yet read) |
| July 1, 2016 | July 21, 2016 | 6,436 | Responsive (presumably, but not yet read) |
| July 1, 2016 | July 22, 2016 | 1,847 | Responsive (presumably, but not yet read) |
| July 1, 2016 | July 26, 2016 | 8,642 | Responsive (presumably, but not yet read) |

---

[1] All the documents on this Table were due on March 1, 2016, but were not then produced. On June 17, the Court Ordered that all documents not produced on March 1, 2016, were to be produced by July 1st. As the table entries reflect, only 1,051 pages out of 27,699 were produced on July 1st. The remainder were produced on the dates reflected in the table.

2

| July 1, 2016 | July 28, 2016 | 3,405 | Responsive (presumably, but not yet read) |
|---|---|---|---|
| **TOTAL PAGES PRODUCED AFTER THE COURT'S JUNE 17 ORDER** | JULY 28, 2016 | <u>27,699</u> | |