David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>    Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC.., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>    Defendants. | Case No. 15-cv-128-F |

## ORDER EXTENDING DISCOVERY DEADLINE
## FOR CERTAIN PURPOSES

It appearing to the Court upon the Plaintiffs' Motion to Extend the Discovery Deadline that the Defendant Triangle Tube has deliberately violated the June 17, 2016, Order to Compel Production of Documents by failure to

produce all responsive documents to Plaintiffs' First Request for Production of Documents To Defendant Triangle Tube (dated February 1, 2016) on or before July 1, 2016; it is, therefore,

ORDERED, that the Defendant Triangle Tube immediately produce to the Plaintiffs any and all undisclosed documents in its possession and control that are responsive to the Requests made; and, it is further

ORDERED, that the Defendant Triangle Tube reimburse the Plaintiffs for all fees and costs that they have expended or will expend on account of the tardy, non-compliant production of 27,699 pages of documents after the July 2 deadline ordered by the Court; and, it is further

ORDERED, that the Plaintiffs shall be extended the opportunity to seek further discovery of evidence arising from newly revealed documents very recently produced by Triangle Tube after the Court imposed deadline for production of July 1, 2016. The period of extension for further discovery will continue until August 21, 2016, under such terms and conditions as appear reasonable to the Court.

Done on this _____ day of _____, 2016.

/s/_____
United States District Court Judge