# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FRANCISCO HERRERA et al

                              Plaintiff,

vs.                                       Case Number: 15-CV-128-F

GREGORY BUCKINGHAM et al

                              Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 08/05/2016    Time: 9:02 a.m. - 9:41 a.m.

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Courtney Amerine |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    David Lewis

Attorney(s) for Defendant(s)    Katherine Mead, Julie Tiedeken, Jennifer Cupples, Joseph McGill, Judith Studer, Christopher Reeves

Other:

No dispositive motions anticipated by Plaintiff's counsel.  Defense counsel anticipate various dispositive motion filings.