Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING WYOMING MECHANICAL'S MOTION TO STRIKE THE EXPERT TESTIMONY OF MR. SONDGEROTH**

Wyoming Mechanical's Motion to Strike the Expert Testimony of Mr. Sondgeroth having come before the Court and the Court having considered the same and being fully advised in the premises;

THE COURT FINDS AS FOLLOWS:

1. The expert witness designation of Mr. Sondgeroth did not contain a signed written report or any of the required information set forth in 26(a)(2)(B)(i)-(vi).

2. There is no justification for the failure of Plaintiff to comply with the provisions of 26(a)(2)(B)(i)-(vi) and the failure is not harmless.

2. Mr. Sondgeroth admits that he does not purport to be an expert in Plumbing and Heating Contractors.

3. Mr. Sondgeroth's opinions are based on "common sense" for which no expert opinion in necessary.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the proposed testimony of Mr. Sondgeroth is stricken.

**DATED** this _____day of_____, 2016.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE