1

IN THE UNITED STATES DISTRICT COURT
Case No. 15-cv-128-F

VIDEO DEPOSITION OF DAVID CAGGIANO      July 20, 2016

FRANCISCO L. HERRERA, and JOANNA HERRERA,
CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive
benefit of the beneficiaries of MONICA HERRERA,
deceased, who have sustained damages from her
wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in
their individual capacities as Trustees of the
BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and
DEBORAH BUCKINGHAM as individual defendants; and
WYOMING MECHANICAL, INC. a Wyoming Corporation;
TRIANGLE TUBE/PHASE III CO. INC. a New Jersey
Corporation; and M&G DURAVENT, INC. a New York
Corporation,

Defendants.

79

1     A    That's right.

2     Q    And we're here to take your deposition for
3 trial. And so I want to find out what you're going
4 to say at trial. So as of today you have not done
5 any investigation to determine whether what's been
6 represented to you by Triangle Tube is true or
7 not --

8         MR. McGILL: Objection. Form.

9     Q    (By Ms. Tiedeken) -- correct?

10        MR. McGILL: Form. Foundation.
11 Argumentative.

12    Q    (By Ms. Tiedeken) Go ahead.

13    A    I haven't reviewed the new information
14 that's come in.

15    Q    And, in fact, the new information hasn't
16 even been provided to you, correct?

17    A    That's correct.

18    Q    You were asked if you were going to
19 supplement your report. And you say, well, if I
20 review new information, I might supplement my
21 report. Do you have any new opinions that are not
22 contained in your report based on anything that's
23 happened from June 1st up to the current date?

24    A    Ever since my last report, I guess the one
25 thing would be the clamp that was not installed on

```
 1   the venting system, proper clamps.
 2       Q    And what is your opinion on that?
 3       A    That they should have been -- they were
 4   the only approved clamping system for DuraVent, and
 5   that they should have been used for this
 6   installation.
 7       Q    Look at --
 8            MS. TIEDEKEN:  Does anybody have the
 9   original exhibits here, Exhibit 49, which is the
10   vent supplement?  I think -- I think your office
11   maybe has those.
12       Q    (By Ms. Tiedeken) Would you turn to
13   Exhibit 49.
14       A    Okay.
15       Q    Prior to June 1st, 2016, which is the date
16   of your report, had you reviewed Exhibit 49?
17       A    I had.
18       Q    And this is the Triangle Tube vent
19   supplement, correct?
20       A    Yes.
21       Q    And in your report you do not mention
22   anything about the improper clamps being installed
23   at the Buckingham residence, correct?
24       A    Correct.
25       Q    Would you refer to Page 8 of Exhibit 9.
```

```
 1   And there is a section entitled Rigid Polypropylene
 2   Vent System Restrictions, correct?
 3        A    No.  Oh, up there.  Yes.
 4        Q    I'm -- I'm -- are you on Page 8?  Did I
 5   give you the right --
 6        A    Yes.
 7        Q    -- page number?  Okay.
 8             And one of the things -- or the first
 9   thing it says is, Contact approved polypropylene
10   vent manufacturer for a copy of their installation
11   instructions.  Read, understand and follow all of
12   the vent manufacturer's instructions before
13   beginning the installation.
14             Do you see that?
15        A    Yes.
16        Q    Have you read the DuraVent instructions
17   with regard to installation of their vent pipe?
18        A    I believe I have -- certain installation
19   manuals I have, yes.
20        Q    And what kind of clamp or connector ring
21   did DuraVent recommend for the type of installation
22   in the Buckinghams' home?
23             MR. McGILL:  Objection.  Assumes facts not
24   in evidence.
25             MR. REEVES:  Objection.  Also improper
```

```
 1        Q     Is that --
 2        A     I don't recall if I was told or not.
 3        Q     Is that something you are likely to recall
 4   if Mike Senk had told you that?
 5        A     Possibly.
 6        Q     When you went out to the Buckingham home,
 7   you -- in February, you have characterized your
 8   involvement as being a spectator.
 9              MR. McGILL:  Objection.
10        A     I was a --
11              MR. McGILL:  Objection.  Form.
12        A     We were there to observe what was going
13   on.
14        Q     (By Ms. Tiedeken) An observer.  Am I -- is
15   that the correct terminology --
16        A     Yes.
17        Q     -- that you were an observer?
18              Did you -- were you given the opportunity
19   to perform any testing that you wanted performed?
20        A     Yes.  I think we were.
21        Q     Did you request that any testing be
22   performed at that time?
23        A     I believe we requested some -- some, just,
24   ignition tests, just turning the boiler on multiple
25   times to see if there was any delayed ignitions that
```

```
 1   marks all over the connector.  And so we know there
 2   was leaking going on right there.  So that was an
 3   indication that that joint was not put together
 4   properly.
 5        Q    Okay.
 6             MS. TIEDEKEN:  Do you want to read back my
 7   question, please.
 8             (Last question read.)
 9             MR. REEVES:  Asked and answered.
10        Q    (By Ms. Tiedeken) Okay.  Go ahead and
11   answer.
12             MR. McGILL:  Join.
13        A    I haven't formed an opinion on that yet.
14        Q    (By Ms. Tiedeken) Okay.  Which
15   installation errors, if any, do you believe
16   contributed to the pipe separating?
17        A    The lack of support for the horizontal
18   sections of piping that were not supported and the
19   improper use of the clamp, the connectors that was
20   not approved by Triangle Tube.
21        Q    Okay.  The improper use of the clamp is
22   not contained in your June 1st, report, correct?
23        A    That's correct.
24        Q    Even though you'd read the Triangle Tube
25   vent supplement prior to that time, correct?
```

127

1	A	That's correct.
2	Q	So you didn't apparently pick up on the
3	fact that a different clamp was supposed to be used.
4	A	I didn't actually look at the clamp
5	systems there.
6	Q	Okay. In what way do you believe the lack
7	of support may have been a cause of the vent pipe
8	separation?
9	A	If it was supported properly, it wouldn't
10	have been able to move in the direction out of the
11	joint, separate that joint, if it was supported
12	properly.
13	Q	And how do you know that?
14	A	Because it would have been securely
15	fastened. If it was securely fastened properly.
16	Q	Have you done any testing of vent pipes'
17	movement during an explosive delayed ignition?
18		MR. McGILL: Objection. Form.
19	A	I've done pull tests on vent piping.
20	Q	(By Ms. Tiedeken) Have you done any
21	testing of vent pipes' movement during an explosive
22	delayed ignition?
23		MR. McGILL: Objection. Asked and
24	answered.
25	A	In relation to vent pipes from delayed

128

1  ignitions or explosions, the testing we've -- I've
2  done has been pull tests on the piping itself.
3      Q    (By Ms. Tiedeken) Have you done any kind
4  of testing in connection with this case to try and
5  recreate the forces that would have been present
6  with the delayed ignition that was described by
7  Mr. Buckingham?
8      A    No.
9      Q    And you believe that if -- or strike that.
10          Is it my -- am I correct in understanding
11 that you believe there should have been one more
12 support on the vent pipe system, and it was the
13 horizontal -- the short horizontal piece?
14     A    Yes, that one.  Let's see if there's
15 another one.  Yes.  That one definitely should have
16 been supported.
17     Q    Are there any others that you think should
18 have been supported?
19     A    I think the one after that may have needed
20 to be supported.  I'd have to look at a picture
21 again.
22     Q    And it's your testimony if that (sic) a
23 support had been present on that short horizontal
24 section, that the pipe would not have separated --
25     A    Right.

1    Q    I thought I -- maybe I confused you with
2    my question.  I apologize.  It's -- it's your
3    testimony that you believe if the bands that had
4    been listed in the Triangle Tube vent supplement had
5    been used, that would have been a more stable
6    connection than the connector rings that were used?
7    A    Correct.
8    Q    It's my understanding that both of those
9    types of connections are subject to the same hundred
10   pound pull test to become listed with the Canadian
11   entity.  Is that your understanding?
12   A    Yes.
13   Q    Do you have an opinion as to whether the
14   Triangle Tube-approved rings are -- were subject to
15   even more than the hundred pounds as opposed to the
16   connector rings?
17   A    I'm not aware if they -- that they were
18   subjected to it, but in my experience, they can
19   withstand a lot more than the connector rings.
20   Q    Why does DuraVent use the connector rings
21   as opposed to those?  Or why does DuraVent recommend
22   connector rings, in your opinion, as opposed to
23   the -- I'm calling it the clamping system.  I don't
24   know what, do you call it?
25             MR. REEVES:  Objection.

1    subject to a lot more force, in your opinion, should
2    that be recommended as opposed to the connector
3    rings?
4        A    I guess it depends.  I don't know what
5    the -- see, I don't know what the test -- I don't
6    know what testing they did on both of those.
7        Q    You were present during the testing on the
8    connector rings, correct?
9        A    Correct.
10       Q    And you objected to the pull testing being
11   done with the connector rings on the piping, as I
12   recall, correct?
13       A    I don't know if I objected to that.
14       Q    Do you recall that?
15       A    I don't recall objecting to that.
16       Q    Okay.  And we looked at the video
17   yesterday.  Were you present when we looked at that
18   video yesterday of what happened during that pull
19   testing?
20       A    I wasn't.
21       Q    Okay.  What's your memory of at what point
22   the connector ring became cocked and disengaged?
23       A    There were two different connectors we
24   tested.  And I recall one of them was somewhere in
25   the 40-pound range, one was in the 80-pound range, I

```
 1    believe.  Just going by memory now.
 2        Q    Okay.
 3        A    I'd have to look at my...
 4        Q    And those were both under the 100-pound
 5    testing to become listed with the Canadian entity?
 6        A    Yes.
 7        Q    You're aware that DuraVent is not UL
 8    listed, correct?
 9        A    I believe that's true.  I -- I'm not --
10    I'm not a hundred percent sure of that.
11        Q    In your opinion, should they be UL listed
12    in order to be sold in the United States?
13             MR. McGILL:  Object.
14             MR. REEVES:  Objection.  Form.  Exceeds
15    his expert report.
16             MR. McGILL:  Foundation.
17        Q    (By Ms. Tiedeken) Okay.  Go ahead.
18        A    I haven't been asked to look at that.
19        Q    Okay.  Do you have an opinion as to
20    whether the pull testing was a valid pull test that
21    was performed during the investigation?
22        A    For our purposes that we had there, it
23    was -- it sufficed.
24        Q    Your -- No. 6 in your report says,
25    Wyoming Mechanical's failure to test the boiler for
```