1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF WYOMING

 3    _____ )
      FRANCISCO L. HERRERA and         )
 4    JOANNA HERRERA, CO-WRONGFUL      )
      DEATH REPRESENTATIVES, for      )
 5    the exclusive benefit of        )
      the beneficiaries of MONICA     )
 6    HERRERA, deceased, who have     )
      sustained damages for her       )
 7    wrongful caused death,           )  Case No.: 15-CV-128-F
                                       )
 8                 Plaintiffs,         )
                                       )
 9         vs.                         )
                                       )
10    GREGORY BUCKINGHAM and           )
      DEBORAH BUCKINGHAM, both in      )
11    their individual capacities      )
      as Trustees of the BUCKINGHAM)
12    FAMILY TRUST; and GREGORY        )
      BUCKINGHAM and DEBORAH           )
13    BUCKINGHAM as individual         )
      defendants; and WYOMING         )
14    MECHANICAL, INC., a Wyoming      )
      Corporation,                     )
15                                     )
                 Defendants.           )
16    _____

17

                  TRANSCRIPT OF DEPOSITION OF
18
                      FRANCISCO L. HERRERA
19

20                       Taken at
                        MEAD & MEAD
21                    Jackson, Wyoming
                    November 17, 2015
22

23

24    COURT REPORTER:  Denise Nowak,
      Certified Shorthand Reporter
25    and Notary Public

34

1    it was in November that year.

2    Q.    And why was it in November that year?

3    A.    My father passed away on November 2nd, so we

4    had to go, and we got the stone and things like

5    that and see the family, I have sisters and

6    brothers I see over there while we were doing that.

7    Q.    Do you have a figure in mind as to what your

8    gross monthly expenses were in 2014, how much a

9    month and you and Monica spent with regard to all

10   of your expenses, household expenses and

11   entertainment and all of that?

12   A.    It would take me some time to figure that out.

13   I couldn't tell you right now off the bat, it would

14   be -- roughly?

15   Q.    Yes, just give me a rough.  I'm not going to

16   hold you to it, but if you could give me a rough

17   idea.

18   A.    Three, maybe four thousand a month.

19   Q.    Did you and Monica deposit anything into a

20   savings account or investment account on a regular

21   basis?  Did the two of you have a savings account?

22   A.    No.

23   Q.    Did you have any kind of an investment

24   account?

25   A.    Umm, no, not me.  She had investments with the