IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and ) <br> JOANNA HERRERA, CO-WRONGFUL ) <br> DEATH REPRESENTATIVES, for ) <br> the exclusive benefit of ) <br> the beneficiaries of MONICA ) <br> HERRERA, deceased, who have ) <br> sustained damages for her ) <br> wrongful caused death, ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GREGORY BUCKINGHAM and ) <br> DEBORAH BUCKINGHAM, both in ) <br> their individual capacities ) <br> as Trustees of the BUCKINGHAM ) <br> FAMILY TRUST; and GREGORY ) <br> BUCKINGHAM and DEBORAH ) <br> BUCKINGHAM as individual ) <br> defendants; and WYOMING ) <br> MECHANICAL, INC., a Wyoming ) <br> Corporation; Triangle ) <br> TUBE/PHASE III CO., INC., ) <br> a New Jersey Corporation; ) <br> and, M&G GROUP DURAVENT, INC.,) <br> a New York Corporation, ) <br> Defendants. ) | Civil Action No.: <br> 15-CV-128-F |

TRANSCRIPT OF DEPOSITION OF
RICK L. HIRSCHI, PH.D.


Taken at
235 East Broadway
Jackson, Wyoming
May 4, 2016
9:33 a.m.



COURT REPORTER: Denise Nowak
Certified Shorthand Reporter
and Notary Public

1   Q.   She had a high school diploma from where?
2   A.   I'm not sure.
3   Q.   Was it the United States?
4   A.   Yes, it's from California is my understanding.
5   Q.   Her yearly extra income, aside from the
6   hospital, was $5,400 a year?
7   A.   Correct.
8   Q.   Have you been able to verify that through any
9   documentation?
10  A.   I have not.
11  Q.   Do you typically verify income when you're
12  using a calculation?
13  A.   If at all possible, to this one, I have not
14  been able to verify it. That would be upon the
15  family to provide that information.
16  Q.   In tab 6, in addition to the e-mail, you also
17  have something from the National Association of
18  Forensic Accountants for economics? I apologize.
19  A.   Correct.
20  Q.   It's a statement of principles, correct?
21  A.   Yes.
22  Q.   Why do you have that in there?
23  A.   Just guidelines.
24  Q.   Then you have one piece of paper in here.
25  What is this?

23

1  Q.    Is this explained in your report?
2  A.    It's not. It's just the financial
3  calculation.
4  Q.    Now we've talked about, so far, some income.
5  I want to talk about the $5,400. I asked if you
6  saw any documentation supporting the $5,400. Have
7  you seen any whatsoever?
8  A.    I have not.
9  Q.    Is it on the tax returns?
10 A.    It is not.
11 Q.    Is that fact mentioned in your report?
12 A.    I do not -- I don't think I mentioned that it
13 is not on the tax returns in the report.
14 Certainly, we recognized that she had income, given
15 that -- where the event took place, she was being
16 paid there.
17 Q.    I understand that, but I've got your report,
18 we've marked it as Exhibit 98, and it's a four-page
19 report. I want to know where in the four-page
20 report --
21 A.    Do I mention the $5,400?
22 Q.    Yes.
23 A.    So on the third page, 5.
24 Q.    It's the page -- here's the top of the page.
25 A.    So page 3.

1  $60,000 was $2,047, correct?

2  A.    Correct.

3  Q.    And if we go to Exhibit 2, which is the 2013

4  income, and if you look at his Schedule C, how much

5  did he gross?

6  A.    $165,056.

7  Q.    And what was his net profit?

8  A.    $7,581.

9        (Phone ringing.)

10       MR. WALTZ:  It's happening again.

11 BY MR. WALTZ:

12 Q.    So we're at 2013 and we've confirmed that he

13 made --

14       (Phone ringing.)

15       MR. WALTZ:  I apologize.

16       (Discussion off the record.)

17 BY MR. WALTZ:

18 Q.    And lastly, if we go to Exhibit 3, this is his

19 2014 -- their 2014 tax return.  If you go to his

20 Schedule C, what's his gross receipts?

21 A.    $193,212.

22 Q.    And of that, what was his net profit?

23 A.    $31,843.

24 Q.    Now, on this profit and loss from business,

25 there are a number of things.  One of them, just

1   use this as an example, item numbered 9 under
2   Expenses:  Car and truck; do you see that?
3   A.    Correct.
4   Q.    Can I presume that she drove to the places
5   that she cleaned?
6   A.    Yes.
7   Q.    And what were the expenses that she incurred
8   under the IRS regulations for driving to the
9   various places she cleaned?
10  A.    What could she deduct?
11  Q.    Yes.
12  A.    She could deduct, I'm not sure of the current
13  rate, about 55 cents a mile.
14  Q.    And what was the mileage from her home to the
15  Buckingham residence?
16  A.    I am not sure.
17  Q.    How long did it take her?
18  A.    I don't know.
19  Q.    Would you agree that whatever you drive on
20  your car is wear and tear for your business?
21  A.    Yes.  And part of it is -- I question if she
22  cleaned, leaving from the hospital or left from her
23  home, what was the additional mileage.
24  Q.    My problem is I could do a lot of forensics
25  here today, I want to know what you did.

35

1  A.    I have -- do not have that information.
2  Q.    So if I understand correctly, then, the 5500
3  could be inflated, agreed?
4  A.    Agreed.
5  Q.    And it looks like it probably is inflated,
6  agreed?
7  A.    That's debatable.
8  Q.    Well, it's debatable, she had to drive.
9  A.    It certainly would have -- so in terms of the
10 revenue part there, but then yes, the expense for
11 what she would have deducted from that.
12       Now, certainly cleaning houses is a different
13 one, as you've gone through the landscaping, their
14 expenses are likely to be significantly different
15 than a household cleaning business.
16 Q.    You know, I don't want to talk about the
17 landscaping business; I want to talk about cleaning
18 houses.  If you got to drive a car, you got to
19 drive a car, correct?
20 A.    Correct.
21 Q.    She drove a car, we know that, correct?
22 A.    Correct.
23 Q.    How many miles a year did she put on it for
24 business?
25 A.    I do not know.

36

1   Q.   There's a figure that gets attached to that
2   when you're figuring out how much somebody makes,
3   isn't there?
4   A.   Correct.
5   Q.   Did you make that deduction?
6   A.   I did not.
7   Q.   If she bought supplies, you did not make that
8   deduction, right?
9   A.   I did not.
10  Q.   And what we do know is she never filed tax
11  returns for that amount ever?
12  A.   Correct.  At least for the four years that we
13  had the information for.
14  Q.   Okay.  If you had the past ten years, did she
15  file tax returns on the amount she earned from
16  cleaning?
17  A.   I don't have that information.
18  Q.   Is that a violation of the regulations?
19  A.   Yes, you have to declare that.
20  Q.   But $5,400 had to be declared?
21  A.   Yes.  She would have declared that.  So it had
22  -- if she included it on her taxes, she would have
23  included that as a revenue and also taken off the
24  expense portion.
25  Q.   No, no.  What I'm saying is on the 1040, she

1  questions for you.  As you've indicated, you have
2  calculated the economic loss suffered by Mrs.
3  Herrera's survivors, correct?
4  A.    Correct.
5  Q.    And so with regard to her income, you are
6  calculating an amount that she personally would
7  consume because if she personally consumes a
8  portion of her income, that amount would not be
9  available to her survivors, correct?
10 A.    Right.
11 Q.    In fact, a person who consumed all of their
12 income, there would be nothing for her survivors
13 and there'd be no loss, fair?
14 A.    In terms of that income amount.
15 Q.    In terms of the income amount.
16 A.    Income portion, yes.
17 Q.    Okay.  And so you have not reviewed any of the
18 Herrera family's actual financial records, such as
19 banking statements, credit card statements, a
20 family budget or any kind of listing of expenses
21 that they have provided to you, which would reflect
22 what Monica Herrera actually personally consumed?
23 A.    Correct.
24 Q.    You've used a national average of what someone
25 at her income level would personally consume?

1  A.    Yes.
2  Q.    Is it fair to say that some people personally
3  consume at an average rate and other people may
4  consume at double the average rate?
5  A.    Well, that's the whole point of an average is
6  it gives you a representation that there's going to
7  be individuals on both sides of that.
8  Q.    Right. And so you don't know if Monica
9  Herrera consumed at an average rate or at some
10 other rate?
11 A.    Correct.
12 Q.    One of the things you talked about is that the
13 national average assumes that someone at Monica
14 Herrera's income level would put a portion of her
15 income into savings, right?
16 A.    Correct.
17 Q.    And that amount, then, would be available to
18 the family as a savings account that they could use
19 for expenses?
20 A.    Correct.
21 Q.    And you had used a figure, that $12,000
22 figure, at a $63,000 income level was the amount
23 that both a husband and wife would put into
24 savings, correct?
25 A.    No, that is not right. That $12,000

139

1  represents, because it was pretax income and then
2  consumption, so it represents the difference
3  between the pretax income and consumption.  A
4  portion of that would go to savings, but not all of
5  that because that would -- you'd have the tax
6  portion of that as well.
7  Q.    Okay.  So I want to pull out what portion of
8  Monica's income would be attributable to taxes.
9  A.    So we'd have to look at what her tax rate was
10 based on the number of deductions.  In her 2014, I
11 believe she claimed, in terms of deductions, so she
12 claimed Juanita and Alexis were listed as
13 dependants, so she'd have her husband and her --
14 both those two individuals.  It's my understanding
15 that Tina was also living there, she's not claimed
16 as a dependent on the tax.
17 Q.    So in 2014, what was her actual tax rate?
18 A.    So her income, we get down to -- her adjusted
19 gross income was $60,854, the taxable amount of
20 income was $32,654 and the tax -- so taxable income
21 was $32,654 and the tax was $3,994.
22 Q.    So what does that work out to?
23 A.    So if you take it based on -- now, that's --
24 do you want it on the adjusted gross or on the
25 taxable amount?

1   Q.    On the taxable amount.
2   A.    So just on the tax?
3   Q.    What I'm trying to find out, and I don't know,
4   you tell me, I'm trying to find out what part of
5   Monica's gross income in 2014 went to pay taxes.
6   A.    So if you look at gross income combined, so
7   gross income combined --
8   Q.    I don't want combined, I want just Monica's.
9   A.    Just hers.
10  Q.    Just hers.
11  A.    Well, she is filing jointly, so -- so we can't
12  say what portion --
13  Q.    Would just be hers?
14  A.    -- would just be hers for it.
15  Q.    Okay.  Go ahead, then, and tell me of the
16  joint, what percentage went to taxes.
17  A.    So -- so based on the -- and did you want that
18  on the taxable income or on the gross income?
19  Q.    The gross income.
20  A.    Okay.  So $3,994 divided by the gross income
21  of $6,854 gives a 6.5 percent.
22  Q.    Okay.  So what was Monica's gross income that
23  year?
24  A.    So Monica's gross income in 2014, just from
25  the hospital portion, was $34,861.

1  Q.   And so if you take that percent times that
2  amount, how much do you figure she would have paid
3  in taxes using that percent?
4  A.   Using that percent, represents $22,288.
5  Q.   Okay.  And then using the personal consumption
6  tables that you've used, what percent of the gross
7  income is attributable -- what was the total
8  percent of amount that should be attributable to
9  taxes and savings?
10      It was that $12,000 and I don't know what
11 percent that is.  Can you figure that for me?
12 A.   So the difference, let me go back to that
13 table, so there's $12,684.  And you wanted it to
14 be?
15 Q.   What percentage of that is the -- of the
16 $63,784?
17 A.   Oh, so percentage on that, $63,784 would be
18 19, almost 20 percent.
19 Q.   Almost 20 percent.  So what was the tax
20 percentage, 6 point something percent, is that what
21 you said?
22 A.   Yes.
23 Q.   So let's figure 14 percent of the income then
24 would be attributable to savings under that
25 assumption.

1  A.     Assumption, yes.
2  Q.     Okay. So you used for Monica, to come up with
3  an average income for Monica, you used her
4  four-year tax returns, correct?
5  A.     Four-year average.
6  Q.     Tax years from 2011 to 2014?
7  A.     Right. Not factoring in her Teton Glass
8  income.
9  Q.     Okay. And so what would be 14 percent of that
10 average income, that under the average, she should
11 be socking away in savings?
12 A.     I think the actual amount here is $5,075.
13 Q.     Okay. And if you take that times, let's say,
14 over that four-year period from 2011 to 2014, what
15 total amount should she have for those four years,
16 put in savings? It would be 4 times that $5,075,
17 right?
18 A.     Yep.
19 Q.     And how much does that come out to?
20 A.     $20,000.
21 Q.     And as I understand it, you don't know how
22 much Monica Herrera actually deposited in savings
23 account for this four-year period, correct?
24 A.     Correct.
25 Q.     And if, in fact --

143

1   A.      The -- so a portion of this could be spent on
2   other -- there's not a forced savings amount,
3   right, so this is a national number.  If an
4   individual chooses to go out and spend it on some
5   other activity, that's their choice.
6   Q.      But the personal consumption list includes all
7   those activities, right?
8   A.      Mm-hmm.
9   Q.      It includes entertainment, cash contributions,
10  personal insurance.  The only thing that's not
11  included is savings and taxes, correct?
12  A.      Yes -- well --
13  Q.      Right.
14  A.      -- based on what they include in terms of
15  entertainment.
16  Q.      Right.
17  A.      Okay.
18  Q.      So if -- let's say Monica did not sock away
19  $20,000 in savings during those four years, would
20  it be fair to say that she did not meet the average
21  personal consumption statistics that you're relying
22  on?
23  A.      Yes.
24  Q.      Okay.  I looked at your table, if I'm
25  understanding your Table Number 5, you have

1   assumed, for example, for 2016, that Monica would
2   have personally consumed $4,824 for the entire
3   year, correct?
4   A.   Correct.
5   Q.   And that would be the amount that, you know,
6   was just attributable to her personal consumption.
7   A.   Yes.
8   Q.   Do you know how much Monica spent on expense
9   for the use of her personal car that she used to
10  travel to and from work?
11  A.   I do not.
12  Q.   You don't know the amount of the car payment?
13  A.   No.
14  Q.   You don't know the amount of her insurance on
15  that vehicle?
16  A.   I do not.
17  Q.   And you don't know the amount she spent on gas
18  to commute from her home in Idaho to work in -- at
19  the hospital here in Jackson, correct?
20  A.   Correct.
21  Q.   If I ask you to assume that that amount was
22  more than $11,000 for the year, just for that
23  element of personal consumption, her vehicle, if
24  you assume that to be true, then Monica would not
25  be personally consuming at the average rate,

1  correct?

2  A.   Correct.

3  Q.   Because that one element would be almost three

4  times what you're assuming she would personally

5  consume for the year?

6  A.   Under that assumption.

7  Q.   Okay.  You don't have any way of knowing

8  whether Monica personally consumed all of her

9  income and would have nothing available to

10 contribute to the rest of the family, correct?

11 A.   We do not have that information, the portion

12 of the payments.

13 Q.   And that may be the case.  You just don't

14 know?

15 A.   We do not have that information, correct.

16 Q.   Okay.  You don't have that information?

17 A.   Correct.

18 Q.   That information may be available, you just

19 haven't reviewed it?

20 A.   Yes.

21 Q.   And with regard to household duties around the

22 house, that kind of thing, you haven't actually

23 used any real data, you haven't asked Mr. Herrera,

24 for example, how much time his wife has spent on

25 household duties such as you've described?

146

1  A.    Correct.

2  Q.    You know, and you've got 4.1 hours, I think,

3  for some of the times?

4  A.    Yeah, it varies, but that's one of the numbers

5  there.

6  Q.    And you don't know if maybe she spent one hour

7  and not four hours?

8  A.    Yeah, four, or spent six hours.  I don't know

9  either way.

10  Q.    Is it fair to assume that someone that's

11  working two jobs outside of the home and has a

12  substantial commute maybe isn't spending as much

13  time on household duties as maybe someone that does

14  not have a job outside the home and doesn't

15  commute?

16  A.    Certainly you would expect some difference

17  between those who are working and those who are

18  not.

19  Q.    Okay.  And as I understand it, you are

20  assuming that Mrs. Herrera will spend almost the

21  same time on household services right up until the

22  time she's 85?

23  A.    Based on the national numbers, yes, those are

24  the survey numbers that were provided.

25  Q.    And you don't take into account -- you're just