Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF MR. HIRSCHI**
_____

Wyoming Mechanical's Motion to Strike the Proposed expert testimony of Dr. Hirschi having come before the Court, and the Court having considered the same and being fully advised in the premises:

THE COURT FINDS:

1. Dr. Hirschi's economic analysis falls far short of the requirement that his testimony must be "based on sufficient fact and data" and the requirement that his analysis be the product of reliable principles and methods which have been applied reliably to the facts of this case.

2. A key step in Dr. Hirschi's analysis is determining Mrs. Herrera's personal consumption.

3. Dr. Hirschi admits that he looked at no actual data which would give him any information about Mrs. Herrera's personal consumption but instead used national averages of the consumption of individuals at her income level.

4. Dr. Hirschi admitted that he does not know if his calculation of personal consumption, using national average figures, bears any relationship to Mrs. Herrera's actual personal consumption.

5. Dr. Hirschi's analysis of loss of household services is likewise based on national averages and is not based on any actual data.

6. Dr. Hirschi's economic loss analysis is unreliable, is not based on sufficient fact and data, and should be stricken.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the proposed expert testimony of Dr. Hirschi is hereby stricken.

**DATED** this _____day of_____, 2016.

_____
Kelly H. Rankin
U.S. Magistrate Judge