```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF WYOMING

                                      )
FRANCISCO L. HERRERA and              )
JOANNA HERRERA, CO-WRONGFUL           )
DEATH REPRESENTATIVES, for            )
the exclusive benefit of              )
the beneficiaries of MONICA           )
HERRERA, deceased, who have           )
sustained damages for her             )
wrongful caused death,                ) Case No.: 15-CV-128-F
                                      )
              Plaintiffs,             )
                                      )
         vs.                          )
                                      )
GREGORY BUCKINGHAM and                )
DEBORAH BUCKINGHAM, both in           )
their individual capacities           )
as Trustees of the BUCKINGHAM)
FAMILY TRUST; and GREGORY             )
BUCKINGHAM and DEBORAH                )
BUCKINGHAM as individual              )
defendants; and WYOMING               )
MECHANICAL, INC., a Wyoming           )
Corporation,                          )
                                      )
              Defendants.             )
```

TRANSCRIPT OF DEPOSITION OF

DAVID R. SCHULER

Taken at
MEAD & MEAD
Jackson, Wyoming
November 18, 2015

COURT REPORTER: Denise Nowak,
Certified Shorthand Reporter
and Notary Public

```
                                 45
 1   A.      Nope.
 2   Q.      Why do you think he -- do you have any reason
 3   why he would put that down?  Let me show you.  You
 4   can read the whole paragraph.
 5           (Witness complies.)
 6   A.      I don't know why he would say I hadn't -- that
 7   she hadn't been seen since 1330.  I didn't see her
 8   at all that day until I went into the house that
 9   evening.  I think maybe it might have been -- I
10   might have said something like she usually leaves
11   around 1:30; that's the only thing that I can think
12   of that might cause him to say that.  But I have no
13   idea to why he would say that, I hadn't seen her
14   that day.
15   Q.      And just to reiterate the part of the
16   statement to the sheriff's department now, not the
17   fire or EMS, "Schuler said Herrera usually arrived
18   around 1000 hours and usually leaves around 1330.
19   When Schuler noticed Herrera's vehicle still at the
20   residence at approximately 1800 hours, he went over
21   to check on her."
22   A.      The only issue I take with that is I did not
23   specifically go over there to check on her because
24   I saw her vehicle.  I went over there to do other
25   things, and that's when I noticed her vehicle.  And
```

46

1   when I noticed her vehicle, that's when I went
2   inside to check on her.
3   Q.    When you noticed the vehicle?
4   A.    Right.  I had gone over there for other
5   reasons.  And when I went over I thought there is a
6   vehicle still parked out there, that's odd.  So I
7   looked closer and I said that has Idaho plates,
8   that's not Deb's car.  That's odd.
9   Q.    And in the same paragraph, the previous
10  sentence you said, or two sentences before you
11  said, "Schuler told me he noticed Herrera's car in
12  the driveway of the main house at approximately
13  1000 hours, at approximately ten o'clock that
14  morning."
15  A.    Mm-hmm.
16  Q.    Do you recall that?
17  A.    Yes.
18  Q.    So when you saw that car at six o'clock, 1800
19  hours, when you saw it and you had seen it at 10, I
20  mean that was pretty alarming, wasn't it, that she
21  was there that long?
22  A.    Yes.
23  Q.    And did your mind go to the pipes that were
24  leaking in the house or broken in the house?
25  A.    Not immediately at that point.  Umm, I didn't

47

1  -- I thought there could be a number of reasons why
2  her car was still there.
3  Q.    You said one of them was you thought maybe she
4  got sick and took a nap?
5  A.    At the time there was a flu going around that
6  was taking -- a lot of people were getting sick.
7  And I thought, you know, maybe she is ill.  I was
8  just going through options in my mind like why
9  would this car still be parked in here?  The car is
10 broken, you know, it's how I think about things.  I
11 guess I go through a lot of options in trying to
12 narrow them down rather than jumping to
13 conclusions.
14 Q.    So how did you go into the house?
15 A.    Through the garage door.  The left side garage
16 door.
17 Q.    And that's when you noticed that it was very
18 humid and wet, water dripping off the cars and so
19 forth, correct?
20 A.    Yes.
21 Q.    And I assume what you told me a few minutes
22 ago about combusted gases being wet that you made
23 that connection, I think that's what you said
24 somewhere; is that...
25 A.    That's when I started putting it all together,

```
 1   basically, narrowing down the possible causes and
 2   started thinking that, you know, something was
 3   wrong with the boiler that obviously -- because
 4   it's not -- I go in and out of that garage on a
 5   regular basis and it's not always humid.  And there
 6   had been a problem with the boiler in the past, and
 7   that's when I started thinking that something might
 8   be really wrong.
 9   Q.   I can show you where -- there is also a report
10   in here where it said that -- you went in through
11   the garage door.
12        And did you go into the house then, or did you
13   go back out and then come into the house?
14   A.   I went through the garage into the house.
15   Q.   Through what you call a man-door.  Is that
16   the --
17   A.   That's just a door like the one behind you.
18   It's just -- I call it a man-door.  In a garage
19   it's pretty normal nomenclature, you know, you have
20   your garage door, you have the man-door.  That's
21   why I called it the man-door.  It's the one that's
22   between the garage and house.
23   Q.   Okay.
24   A.   The exterior doors are locked, so the keypad
25   on the garage door is how I get in and out of the
```

49

1  house typically.
2  Q.   And then you went to the -- when you into the
3  man-door, you immediately saw Monica on the floor,
4  or am I...
5  A.   Yes.
6  Q.   And you checked her pulse.  Do you recall
7  that?  Let me see if I can help you.
8  A.   I have it in my notes.
9  Q.   I'm sorry, I thought I was waiting for you.
10 A.   I'm sorry, I thought you said hold on.
11      What's the question?  You sounded like you
12 were about to reference something.
13 Q.   Well, I was.  We should go through that.  You
14 said you entered the garage?
15      MS. MEAD:  Are you looking at Exhibit 19?
16      MR. LEWIS:  I'm looking at the second page,
17 the second full paragraph on the second page.
18 BY MR. LEWIS:
19 Q.   Do you see that?
20 A.   Yes.  When I opened the garage door?
21 Q.   No.
22 A.   The second full paragraph?
23 Q.   Full paragraph.
24 A.   Gotcha.
25 Q.   "I entered garage leaving the garage door open

69

1   room; it's a whole system.  In terms of the boiler,
2   you know, it's got a readout.  If something goes
3   wrong, there is a red blinky light or an orange
4   warning light, and it generally says something that
5   it's not firing or whatever.  But in terms of
6   actually fixing the boiler itself, no, I've never
7   taken the cover off let's say.
8   Q.   Okay.  You had indicated that there came a
9   point in time when Greg Buckingham was looking for
10  a new caretaker.
11       It sounds like before you actually started
12  working for him as a caretaker you did a few jobs
13  for him you said?
14  A.   What it was, was one of his caretaker's left
15  unexpectedly and he was expecting family to be
16  coming into town soon after that and he didn't
17  have -- he needed some help.  He asked me if I knew
18  anyone who would kind of help him with some yard
19  work at the house, and I said I'd do it.  And
20  that's the odd jobs I've done for him, was
21  basically raking the lawn.
22  Q.   And then when you actually went to work for
23  him as a caretaker, did you have any kind of a
24  written document or contract?
25  A.   Nope.

70

1   Q.   Did you have an oral agreement as to what the
2   deal would be?
3   A.   Yes.
4   Q.   And tell me about your oral agreement.
5   A.   The understanding was that my responsibilities
6   should take about ten hours a week, and that that
7   was fair trade for, you know, the cost of the
8   housing that I was receiving.  And that basically
9   it was mowing the lawn; there was a regular list of
10  things to do, seasonal turnover, maintaining the,
11  you know, the various equipment around like lawn
12  care equipment, the Bobcat.  And when I say,
13  maintain, it's mostly is there something wrong; is
14  it something I can fix?  No, I'll call a
15  contractor; yes, I'll fix it.  So...
16  Q.   And as I understand it, in exchange for you
17  working as a caretaker, as you described, you would
18  have a free place to live, you and your wife?
19  A.   Mm-hum.
20  Q.   You have to say yes or no.
21  A.   Yes.
22  Q.   What do you believe the rental value is?  You
23  started living there in 2011?
24  A.   I guess you are asking like what I thought was
25  a fair amount for the work I was doing?

71

1   Q.   Yes.  What was the rental value back then in
2   2011?
3   A.   I think then -- referencing like I was living
4   in science school housing when I moved there, and I
5   would say somewhere around $1,200 a month when I
6   moved in is what I valued it at.
7   Q.   Okay.  And in addition to the housing, the
8   Buckinghams were going to pay the utilities; the
9   propane and other utilities?
10  A.   They pay the propane and the electrical.
11  Q.   Did you count the $1,200 as including the
12  propane and electrical?
13  A.   No, I didn't.
14  Q.   So you were actually getting something in
15  excess value of $1,200 because you were getting
16  $1,200 plus --
17  A.   Plus propane, plus utilities.
18  Q.   Okay.  Did you understand that you were going
19  to be employed by the Buckinghams as an employee?
20  A.   I think that I didn't think of it in those
21  terms.
22  Q.   Did you understand that Greg Buckingham would
23  be able to direct the details of your work and what
24  you were to do?
25  A.   Yes, yes.

72

1   Q.   So if Greg Buckingham said, David, I would
2   like you to mow the lawn today --
3   A.   Yes.
4   Q.   -- you knew that he was directing you to do
5   that?
6   A.   Yes.
7   Q.   Or David, I would like you to work on
8   repairing -- we've got a toilet problem, take a
9   look at it, you knew he was directing you to do
10  that?
11  A.   Yes.
12  Q.   And he was your boss and could direct the
13  details of your work?
14  A.   Yes.
15  Q.   Okay.  It sounds like you said you had a
16  regular list of duties.  Was that ever something
17  that was provided to you in written form, or was
18  that just an oral list?
19  A.   There -- I have a printout of a spreadsheet
20  that he gave to me when I started working there.
21  It was a pretty basic list of, you know, sometime
22  in April the lawn furniture goes out.  You know, in
23  June we start mowing the lawn; things like that,
24  turn on the irrigation system.  That was the extent
25  of anything written.

82

1   an exhaust pipe and an intake pipe?
2   A.   Yeah, yes.
3   Q.   And that's something you are familiar with
4   from probably from the Buckinghams and the science
5   schools?
6   A.   Yeah.
7   Q.   And what was your understanding of the
8   function of the intake pipe?
9   A.   I guess my understanding would be related to
10  vehicles in that when there is a flame, you have to
11  give it oxygen and that fresh air was coming in in
12  one of those pipes, although that may be coming
13  from a better understanding of how that specific
14  boiler was working that came from later
15  conversations after the accident.  I don't think --
16  at the time that I was going in there, I don't
17  think I was thinking that's intake, that's exhaust.
18  You know there's two pipes.  You know something is
19  wrong with them.  One might be intake, one might be
20  exhaust, but I don't believe I knew which one was
21  which.
22  Q.   You're aware that the boiler had an exhaust
23  pipe?
24  A.   Oh, yeah.
25  Q.   And what was your understanding of what went

83

1  out the exhaust pipe, the exhaust for the boiler?
2  A.    Yes, exhaust.
3  Q.    And are you aware that exhaust from a boiler
4  has carbon monoxide in it?
5  A.    Yes.
6  Q.    So you were aware when the pipe came apart
7  that the exhaust would have been spewing into the
8  garage?
9  A.    Yes.
10 Q.    And that exhaust would have contained carbon
11 monoxide?
12 A.    Yes.
13 Q.    And you are aware that that's a pretty
14 dangerous situation?
15 A.    Yes.  I mean I knew.  You hear the warning,
16 you know, that -- like carbon monoxide is
17 dangerous.  But like I said, I've worked on cars.
18 Carbon monoxide comes out of cars.  I've been
19 around cars a whole lot and none of them had
20 ever -- you know, nothing had ever happened, I
21 guess, so you kind of start ignoring those things,
22 or you are just less aware of them when they're
23 everywhere.
24 Q.    You were aware, on these particular pipes,
25 that they had more than one sticker with a big

94

1   morning, I generally check my e-mail early, and
2   then after work I check that account.
3   Q.   Okay.  When you went in Thursday night and
4   found that the clamp was off, did you try to
5   contact Wyoming Mechanical at all to tell them that
6   the pipe had come part again and in fact the clamp
7   had come off?
8   A.   I don't think so.
9   Q.   Again, if I'm understanding you, Friday
10  morning around ten o'clock in the morning, you did
11  see Monica's car or a car at outside the Buckingham
12  home that might have been Monica's?
13  A.   Yes.
14  Q.   And was ten o'clock the time she normally
15  showed up for the cleaning duties?
16  A.   It was more that there was a car there, and I
17  knew that Monica cleaned the house on Fridays
18  generally in the middle of the day.
19  Q.   What time did she usually arrive?  Do you
20  know?
21  A.   I don't really know.
22  Q.   Okay.  When you saw her car there, did you
23  know that she would probably be going in through
24  the garage?  Is that how she got into the house?
25  A.   Yeah, I think I knew that she usually goes in

95

1    through the garage, because it's how everybody but
2    the Buckinghams goes in and out of the house.
3    Q.    And uses -- there is a code on the garage or
4    something?
5    A.    There is a keypad.
6    Q.    Were you concerned at that point that the vent
7    pipe might have come apart again when you saw
8    Monica's car over there?
9    A.    No.  I wasn't really, you know, it had
10   happened twice over several days, so I didn't think
11   it was something that was happening all the time.
12   And it also, you know, basically like I felt like
13   Greg had called a contractor and that they were
14   dealing with it.  Greg didn't say, keep an eye on
15   it or make sure that, you know, basically he told
16   me what's in the e-mail, so I wasn't overly
17   concerned about it.
18   Q.    If Greg had said to you to keep an eye on this
19   over the weekend, what would you have done?
20   A.    You know, I probably wouldn't have done any
21   more than I did anyway.  I mean -- and this is
22   just, you know, it's hard to say what I would have
23   done because now I know what I know and then I
24   didn't know.
25   Q.    In hindsight?