1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| FRANCISCO L. HERRERA and ) <br> JOANNA HERRERA, CO-WRONGFUL ) <br> DEATH REPRESENTATIVES, for ) <br> the exclusive benefit of ) <br> the beneficiaries of MONICA ) <br> HERRERA, deceased, who have ) <br> sustained damages for her ) <br> wrongful caused death, ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GREGORY BUCKINGHAM and ) <br> DEBORAH BUCKINGHAM, both in ) <br> their individual capacities ) <br> as Trustees of the BUCKINGHAM ) <br> FAMILY TRUST; and GREGORY ) <br> BUCKINGHAM and DEBORAH ) <br> BUCKINGHAM as individual ) <br> defendants; and WYOMING ) <br> MECHANICAL, INC., a Wyoming ) <br> Corporation; ) <br> TRIANGLE TUBE/PHASE III CO., ) <br> INC., a New Jersey Corporation;) <br> and, M&G GROUP DURAVENT, INC.,) <br> a New York Corporation, ) <br> Defendants. ) | Civil Action No.: <br> 15-CV-128-F |

---

TRANSCRIPT OF DEPOSITION OF
DAVID RYAN SCHULER
VOLUME I

Taken at
235 East Broadway
Jackson, Wyoming
April 27, 2016
8:20 a.m.

COURT REPORTER: Denise Nowak
Certified Shorthand Reporter
and Notary Public

1   will jump on me, but I think the information is
2   correct that Mr. Buckingham called Wyoming
3   Mechanical and left them a voicemail on January
4   27th saying that there was something else he wanted
5   them to do when they came out, and that that had
6   been interpreted by Mr. Gieck that among other
7   things they talked about the flue coming apart on
8   the 28th.  So he leaves a message on the 27th,
9   there's a return call on the 28th.
10      Do you follow me?
11  A.  Yes.
12  Q.  Did you have conversations with Mr. Buckingham
13  about the flue coming apart on the 27th and the
14  28th?
15  A.  Somewhere right about in that time, possibly
16  the 28th, I was outside shoveling and had a
17  conversation with Greg, and he mentioned that he
18  had talked to Wyoming Mechanical and that they were
19  going to -- he had mentioned to me that the flue
20  had come apart and that Wyoming Mechanical was
21  coming to look at it.
22  Q.  I'm going to get very specific in a little bit
23  here about timing of what you saw and when you saw
24  it as far as the flue goes.
25  A.  Okay.

1  testimony.  I think he said it was the 28th.
2        MR. WALTZ:  Okay.
3        THE WITNESS:  Yeah, I would have to be, it was
4  a long time ago -- to give exact dates.
5  BY MR. WALTZ:
6  Q.    All we know is he called Wyoming Mechanical
7  and told them there was something he needed to talk
8  to them about on the 27th.  I just kind of assumed
9  he might have talked to you around that same time.
10 A.    Yes.
11 Q.    And I know we can't pin it down and we don't
12 have recordings of this, right?
13 A.    Right.
14 Q.    So you have this discussion the flue's come
15 apart.  Had you ever seen the flue apart before
16 that discussion?
17 A.    No.
18 Q.    Did he say come here, I'll show you where it
19 was?
20 A.    No.
21 Q.    So you go about doing what you were doing that
22 day, and when is the next time the flue coming
23 apart is an issue?
24 A.    I'm trying to remember exactly when these
25 things happened.  I think I have it written down on

57

```
 1   something here that's a piece of evidence that I
 2   wrote.  Umm, I remember Greg telling me -- the
 3   first time he told me the flue had come apart he
 4   asked me to look at it to just check it out.
 5        I went and looked at the flue and couldn't
 6   tell -- I think I assumed when he told me about it,
 7   either from the e-mail or what he said, I thought
 8   that it was still apart; so I went to look at it
 9   and it was together.  And once I saw that it was
10   together, I remember thinking oh -- like I assumed
11   that he was telling me because it was still apart
12   he wanted me to put it together, but when I looked
13   at it, it was together, so I thought, oh, it's
14   together.
15   Q.   You looked at the whole string?
16   A.   Yes.
17   Q.   Because you didn't know exactly where to look?
18   A.   Exactly.
19   Q.   So let's keep going here.  In Exhibit 72, he
20   does tell you at page 28, that's where we were, the
21   last sentence says "Monica here Friday, just main
22   house."  Correct, the last line?
23   A.   Yes.
24   Q.   And he tells you that on January 27th?
25   A.   Yes.
```

58

1  Q.    Okay.  Turn -- the next page we go to is page
2  30.  This is an e-mail the same day.  It's from Bob
3  Caesar.  Who is Bob Caesar?
4  A.    Bob Caesar is the next-door neighbor.
5  Q.    And he writes this to you, to Greg Buckingham,
6  and to Bob Heskett.  Who is Bob Heskett?
7  A.    Bob Heskett is another neighbor.
8  Q.    He's a builder, isn't he?
9  A.    Bob Heskett, no.
10 Q.    What's Bob Caesar do for a living?
11 A.    Retired.
12 Q.    What is Mr. Heskett doing?
13 A.    Retired.
14 Q.    So this e-mail just says -- Mr. Caesar says,
15 "We are in SLC until Thursday afternoon.  Don't
16 bother with our driveway."  Do you see that?
17 A.    Yes.
18 Q.    Do the neighbors help out up there, is that
19 it?
20 A.    Well -- the -- from the science school up to
21 our house there is a mile of road, and then there
22 is some more road that goes to all the neighbor's
23 houses, we all share the duties of plowing and
24 blowing.  And if one or the other of us is out of
25 town and we get a lot of snow and wind, we'll often

1  Q.    And at that time they were recommending to
2  make sure that you had carbon monoxide detectors?
3  A.    We had already had them installed.
4  Q.    So they didn't really address that.
5  A.    No.
6  Q.    So on January 30, 2015 did you actually
7  witness Mrs. Herrera coming on to the property and
8  entering the house?
9  A.    No.
10 Q.    Did you see her vehicle go by?
11 A.    No.
12 Q.    Run through for me when was the first time you
13 noticed her vehicle.  First of all, did you notice
14 her vehicle at the site?
15 A.    So her vehicle is -- at that time I didn't
16 know what she was driving, previously she had
17 driven a red SUV and I knew that vehicle.  But
18 around late morning I took the dog out and I looked
19 over towards the house and saw a white Chevy Tahoe
20 and noticed it was there, and that's when I
21 remembered that, yeah, Monica is supposed to be
22 there cleaning that day.  And I thought, you know,
23 it was parked across from where Deborah normally
24 parks her car, so right next to that propane tank I
25 pointed out.

```
 1   Q.    I see.
 2   A.    So it was parked right there.
 3   Q.    Right.
 4   A.    I saw the front of the car from my house over
 5   here.  You can just see a car parked there.
 6   Q.    Right.
 7   A.    And I didn't know it was Monica's car, but I
 8   thought -- I realized that if there was a car
 9   sitting there it had something to do with Monica
10   being there because she was the only person
11   supposed to be there.
12   Q.    When you say late morning, define that for me.
13   A.    Like 10 or 11.
14   Q.    And you had actually been in the structure,
15   the residence, the main ranch house, the day
16   before?
17   A.    The night before.
18   Q.    The night before.  When, approximately, did
19   you walk out of the residence?
20   A.    It was February, it was before I changed jobs,
21   I would say it was, you know, maybe 7 or 8 at
22   night.  It was after dark, it gets dark relatively
23   early at that time of year.  And at that time I had
24   a job where I had a fairly predictable time I got
25   home from work.  So I may have gone over there
```