# In The Matter Of:

## *HERRERA* vs.
## *BUCKINGHAM, et al.*

DAVID SCHULER
May 03, 2016



*T&T Reporting, LLC*
*477 Shoup Avenue, Suite 105*
*Idaho Falls, Idaho  83402*

Min-U-Script® with Word Index

10

1      A.   If there was a carbon monoxide detector
2  and there was a problem with the detector, then it
3  would have told me.
4      Q.   Okay.  Did you ever see anything that
5  looked like a carbon monoxide detector in that main
6  house?
7      A.   No.
8      Q.   If I'm recalling your earlier testimony,
9  you testified you thought there were carbon monoxide
10 detectors in the main house, or you thought
11 WatchGuard would have installed carbon monoxide
12 detectors in the main house, but it seems like you
13 would have seen them if they were there, correct?
14 They would have been visible?
15     A.   Possibly.  I might have seen them, but
16 they can be anywhere.  There's a lot of sensors in
17 that house.  I still don't know what they all are.  I
18 don't know how many are on there.  I don't have,
19 like, a list of all of the detectors and things that
20 are in that building that are on that system.
21     Q.   Part of the sensors that the Buckinghams
22 had were heat sensors, correct?  So if the house got
23 too cold, that would be one of the sensors?
24     A.   Yes.  I do know that there is a low
25 temperature sensor at least in one location because

1   I've had to -- because I've gotten a trouble code
2   from that one.
3        Q.   Do you know if there is a low temp
4   sensor in the garage?
5        A.   I don't know for sure.
6        Q.   Okay.  It's my understanding from your
7   earlier testimony that Thursday evening, which would
8   have been January 29th, you went over to the
9   Buckingham house after work to perform some little
10  jobs around the house, correct?
11       A.   Yes.
12       Q.   Some little repairs.  And that after you
13  performed those repairs, you went to check on the
14  boiler vent system?
15       A.   Yes.
16       Q.   And the reason you went to check on it
17  was that Mr. Buckingham had asked you to keep an eye
18  on that because it had pulled apart?
19       A.   Yes.
20       Q.   Okay.  And as I understand it, when you
21  went to check on the venting system, it was together,
22  it was not pulled apart that Thursday evening?
23       A.   Yes.
24       Q.   But you found this ring on the
25  refrigerator?