IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

```
FRANCISCO L. HERRERA and      )
JOANNA HERRERA,               )
CO-WRONGFUL DEATH             )
REPRESENTATIVES for           )
exclusive benefit of the      )
Beneficiaries of MONICA       )
HERRERA, deceased, who        )
have sustained Damages        )
from her wrongfully           )
caused death,                 )
                              )
        Plaintiffs,           )
                              )
vs.                           )  Case No.
                              )  15-CV-128-F
GREGORY BUCKINGHAM and        )
DEBORAH BUCKINGHAM, but       )
in their individual           )
capacities as Trustees of     )
the BUCKINGHAM FAMILY         )
TRUST; and, GREGORY           )
BUCKINGHAM and DEBORAH        )
BUCKINGHAM as individual      )
defendants; and, WYOMING      )
MECHANICAL, INC., a           )
Wyoming Corporation;          )
TRIANGLE TUBE/PHASE III       )
CO. INC., a New Jersey        )
Corporation; and, M&G         )
GROUP DURAVENT, INC., a       )
New York corporation,         )
                              )
        Defendants.           )
_____)
```

VIDEOTAPED DEPOSITION OF

STEVE GEICK
Tuesday, June 7, 2016
TAKEN AT
Homewood Suites
Jackson, Wyoming

COURT REPORTER:
Michelle L. Cunningham

45

1       A.   I'm sorry.  Can you ask that again?
2       Q.   Sure.  Can you explain to me, in general
3    terms -- and we'll ask more specific
4    questions later -- but, in general terms,
5    your familiarity with the installation of the
6    Triangle boiler at the Buckingham residence
7    that's the subject of this lawsuit?
8       A.   Right.
9            Just, in generally [sic], how they
10   would have done it?
11      Q.   I'm just trying to get an under- -- a
12   basic understanding of what the scope of your
13   knowledge is of that installation.
14      A.   I -- I have no knowledge of that
15   installation.
16      Q.   Okay.
17           Tell me what you know about the
18   estimate for the Buckingham boiler project.
19      A.   Okay.  So Greg called me and told me
20   that he needed -- he was having trouble
21   with the boiler that he had, that he wanted
22   to replace it, and asked me about how much
23   that would cost and gave me his timeline
24   about doing it.
25           I worked up a very rough estimate,

46

1      based on some information that he gave
2      me -- or he told me that -- and, mostly, a
3      gentleman that worked for him had called
4      me.  I believe his name was Dave that
5      worked out there for him.  And he -- Dave
6      sent me some pictures of the existing
7      system and that boiler.  And we -- and I
8      put together a -- an estimate based on
9      those pictures and those discussions for
10     Greg.
11     Q.  Was that a -- a handwritten estimate?
12     A.  Yes.
13     Q.  Okay.
14         Do you know whether or not the estimate
15     was ever converted to an actual proposal?
16     A.  No, it was not.
17     Q.  Did you visit the site before you --
18     A.  Did not.
19     Q.  -- prepared it?
20         Okay.  How did you determine the
21     appropriate size for the boiler?
22     A.  Based on the boiler that was in place,
23     we just -- the -- the size of the boiler
24     that was in place, we just simply changed
25     or took that information, sized the new