Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation <br><br> Defendants. | Case No. 15-cv-128-F |

**PROPOSED ORDER GRANTING WYOMING MECHANICAL'S MOTION FOR SUMMARY JUDGMENT ON BUCKINGHAM'S CROSS CLAIM**

Wyoming Mechanical Company, Inc.'s Motion for Summary Judgment on the

Buckingham's Cross Claim having come before the Court and the Court having considered the

same and being fully advised in the premises;

THE COURT FINDS that there was no express contractual agreement for indemnity between the Buckinghams and Wyoming Mechanical and that no other grounds for a claim for indemnity against Wyoming Mechanical exists;

IT IS THEREFORE ORDERED that Wyoming Mechanical Company, Inc. is hereby granted summary judgment on the Buckingham's Cross Claim for Indemnity.

**DATED** this _____day of_____, 2016.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE