IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

```
                                  )
FRANCISCO L. HERRERA and          )
JOANNA HERRERA, CO-WRONGFUL       )
DEATH REPRESENTATIVES, for        )
the exclusive benefit of          )
the beneficiaries of MONICA       )
HERRERA, deceased, who have       )
sustained damages for her         )
wrongful caused death,            )Case No.: 15-CV-128-F
                                  )
          Plaintiffs,             )
                                  )
     vs.                          )
                                  )
GREGORY BUCKINGHAM and             )
DEBORAH BUCKINGHAM, both in       )
their individual capacities       )
as Trustees of the BUCKINGHAM     )
FAMILY TRUST; and GREGORY         )
BUCKINGHAM and DEBORAH            )
BUCKINGHAM as individual          )
defendants; and WYOMING           )
MECHANICAL, INC., a Wyoming       )
Corporation,                      )
                                  )
          Defendants.             )
```

TRANSCRIPT OF DEPOSITION OF

GREGORY BUCKINGHAM

Taken at
MEAD & MEAD
Jackson, Wyoming
November 18, 2015


COURT REPORTER: Denise Nowak,
Certified Shorthand Reporter
and Notary Public

38

1  A. Can you be more specific?
2  Q. Sure. I assume that you went out and said I
3  need a new boiler. They came out at some point to
4  look at your house and see what they thought you
5  needed to fulfill your needs.
6  A. I assume that's what they did. They came out
7  and looked at it, assessed the situation, sent me a
8  bid, and put in a new boiler.
9  Q. And did they put in the boiler they wanted to
10 put in, or did they gave you some choices and you
11 chose it?
12 A. I believe they selected it.
13 Q. I want to clear this up a little bit. When
14 you moved the boiler from the mud room to the
15 garage, who did that for you?
16 A. A gentleman named Paul Cody. I would have to
17 look up the name of his company. And he's no
18 longer in business -- in the construction business.
19 It's called Buffalo something.
20 Q. And we were just getting into the replacement
21 of that with this Triangle Tube boiler.
22        MR. LEWIS: And maybe if you would mark that.
23        (Deposition Exhibit No. 7 was marked for
24 identification.)
25 BY MR. LEWIS:

39

1  Q.  We just marked a document as Exhibit 7.  And
2  that was given to me by counsel for one -- either
3  your counsel or counsel for Wyoming Mechanical.
4      Do you know what that is?
5  A.  Yep, it's an invoice.
6  Q.  Okay.  It's an invoice for service.  When
7  you've looked at it, can you tell what the services
8  are for?
9  A.  The installation of a Triangular Tube natural
10 gas boiler.
11 Q.  And the date of the invoice is what?
12 A.  12/4/2014.
13 Q.  Do you know, was that the date that it was
14 installed?  Or, I guess, it took more than one day
15 to install it, I take it.  Am I right in assuming
16 that?
17 A.  Well, Aaron has 32 hours, so I would say yes.
18 Q.  Aaron McCormick, one of the workers.  There is
19 two other workers, too.  How much time did they
20 have?
21 A.  Brian has 10, and I can't read the name of the
22 last one, has 22.
23 Q.  Was that invoice given to you when they
24 finished or was it given to you a month after it
25 was finished?  Do you have any idea?

40

1  A.     After.  My understanding is it was installed
2  in November.
3  Q.     Were you there while they were installing it?
4  A.     Yes.
5  Q.     Do you recall if they were there a lot of
6  days, or do you recall they were there a couple of
7  days and out?
8  A.     A couple of days.
9  Q.     Do you know what testing Wyoming Mechanical
10 did on the new boiler, the Triangle Tube?
11 A.     No.  No, I don't even know what testing means.
12 Q.     To see if it works.  You don't know what they
13 did?
14 A.     Turn the thermostat on, heat comes out, it
15 works.
16 Q.     And then the Triangle Tube boiler was
17 installed in 2015, as we just said, in November of
18 2015 to the best of your recollection?
19 A.     I believe it's 2014.
20 Q.     Fourteen, I'm sorry, you're right.  And then
21 the Triangle Tube boiler is no longer in the home;
22 is that correct?
23 A.     Yes, sir.
24 Q.     And it was replaced -- do you know the brand
25 name of the replaced boiler?



**Wyoming Mechanical**
PLUMBING & HEATING

530 Elk Ave.
PO Box 2829
Jackson, WY 83001

307-733-7337 Phone
307-733-7202 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 12/4/2014 | 56418 |

**Bill To**

Greg Buckingham
PO Box 187
Kelly, WY 83011

We can email your next invoice! Let us know at chet@wyomingmechanical.com

| P.O. No. | Terms |
|---|---|
|  | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 32 | Aaron - 32 Hours | 85.00 | 2,720.00 |
| 10 | Brian - 10 Hours | 60.00 | 600.00 |
| 22 | Matt - 22 Hours | 60.00 | 1,320.00 |
|  | 175K BTU Triangle Tube Natural gas boiler - TPT175 | 4,920.00 | 4,920.00 |
|  | Materials | 2,699.68 | 2,699.68 |
|  | Replace boiler |  |  |

**Thank you!**

**Total** $12,259.68


PLAINTIFF'S EXHIBIT 7 11/18/15

OCT-15-2015 11:07 From:  To:3076375515  P.2/5
Bates No. 015