November 12-14, 2014

Installed replacement boiler system for the Buckingham's

November 14, 2014 placed boiler in service.

Nov 17-18

Worked at Buckingham Residence, looking for a radiant leak that was in the radiant tube somewhere in the concrete floors. Found which loop had a leak and isolated that loop. We agreed to wait until after the holidays to put new glycol in the system and pin point exact location of glycol leak.

At some point in late December decided to schedule Feb 2nd to commence work to re glycol and pinpoint leak in garage slab tubing.

January 29th 2015

I spoke with Greg Buckingham he called to confirm that I would be able to make a previously made appointment for Monday February 2nd to install new glycol in the heating system and check the boiler. He stated that the boiler had been making a loud banging noise and had pushed a piece of flue material apart. He and his caretaker David had pushed everything back together and would monitor the boiler until we could get there on our regularly scheduled appointment. I was told by Greg that no one would be home as they were leaving town that day and David would watch everything.

January 30th 9:45pm I was notified by my service plumber that someone had been killed by carbon monoxide at the Buckingham Residence Fire and EMS found over 1000ppm in loft above garage. He had been contacted by David the caretaker. David had requested to Bill Doyle that I contact the owner Greg Buckingham when possible. I spoke with father Steve Gieck, wife Betsey Gieck, and friend and attorney Jack Edwards.

January 31st I called and briefed my insurance agent Gary Bennett he advised hold tight and see what happens.

Feb 2nd briefed all WMC employees on what had happened and instructed them that all questions or comments be funneled through me directly.

Feb 2nd I also called Greg Buckingham and was asked to go to the residence and figure out what was going on with the heating system. I asked if I would be interfering with any sort of investigation. I was told that the investigation was done and I could go to the residence. I made a call to Gary Bennett with State Farm and told him what Greg had requested and he gave his blessing to honor the owners request to figure out what was going on with the boiler system. I spoke with the caretaker David he agreed to be onsite while we checked out the boiler. I also brought Wyoming Mechanical employee Shan Noe to assist in looking over the Buckingham boiler.

We arrived and did a visual on the gas regulator by the front door we inspected the side wall termination by the north side garage door. Both looked in working order clear of any snow or debit.

DEPOSITION EXHIBIT 226 8/17/16

Bates No. 450

**Exhibit B**

We went into the garage and inspected the combustion and make up air to the boiler. Make up air looked normal. The combustion flue pipe was pulled apart that one of the 90 degree elbows. It also had signs of leaking.

We visually inspected the boiler system and it all looked to be in working order.

We checked the flame igniter and it look like it had some wear but adequate for two months of use.

We checked the incoming gas pressure it was normal at 11" of WC.

We looked at the fault history on the boiler unit and only found faults from the original start up.

We check the gas orifice to make sure the unit had been converted from Natural gas to liquid propane and indeed it had the correct gas orifice for LP fuel for that particular model boiler.

Next we pushed the flue 90 back together and started the boiler system. It fired as normal checked the gas pressures and still around 10" of WC.

Next we ramped the boiler into high fire and completed a combustion analysis.

O2 was 2.1

CO was 190PPM

I adjusted the throttle crew ¼ turn clockwise to move combustion within manufacture parameters

O2 4.9

CO 96PPM

Dropped boiler into low fire

O2 4.5

CO 20PPM

Ran boiler several times between high and low fire, continued to watch gas pressures.

Put boiler back into Normal operation and had Dave the care taker turn up house thermostats. We monitored the normal boiler operation and watch the boiler cycle on and off 5-6 times. Boiler ran without any problems or loud bangs.

I turned the boiler to the off positions and turned off gas to the unit and advised Dave the care taker until we could recreate this bang and fix the problem I was not comfortable to leave this unit operational. I recommend a new flu for the boiler and also those CO detectors be added to the residence at once.

David told me that he would speak with Greg Buckingham and get back in touch with me on how he would like to proceed. I said I would wait until a decision had been made to move forward with work.

Feb 9, 2015

Asked to come out to Buckingham residence with the Buckingham's lawyer, insurance company mechanical engineer, Triangle Tube's Lawyer, and engineers, to determine what was going on with system. I spoke with Gary Bennett from State Farm to see if he wanted to have any representation present and her stated State Farm would not be involved until we filed a claim and at that point felt no reason to file a claim. He told me I was welcome to be a part of the meeting.

Boiler was tested all day by the experts and finally determined that it should be removed and shipped to Mr. Freemans Lab in Colorado. I removed the boiler with the help of all engineers involved in the testing and put it in the custody of Boyd the agent for the Buckingham's insurance company who was going to ship it to Colorado.

Feb 10, 2015

I installed a new boiler system at the Buckingham residence. It was a different manufacture that the original install from November.

August 15, 2015

I received mailed documents of lawsuit be filed against the Buckingham's and Wyoming Mechanical

August 17, 2015 took a copy of lawsuit paperwork to State Farm Jackson Wyoming

Voice mail left Wednesday, January 28, 2015:

>Hey David Greg Buckingham 733-7436. Leaving town in the morning, so if you get a chance to call me this afternoon, that'd be great. I want to ask– chat with you about um, coming out here Monday. I know you have it on your schedule already. And who you're bringing so you don't waste your time. Sounds like a car is hitting a wall, it's getting so loud, when it bangs. And um, you may need to bring out the guy that sold you the, the, the boiler, is what I'm thinking. But y-- you definitely need two people. OK thanks, bye.

Exhibit
Exhibit No.: 221
Name: Passamanee
Date: 7-26-16
ESQUIRE

**Exhibit C**