1

1        IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF WYOMING

3    _____  )
     FRANCISCO L. HERRERA and        )
4    JOANNA HERRERA, CO-WRONGFUL      )
     DEATH REPRESENTATIVES, for       )
5    the exclusive benefit of        )
     the beneficiaries of MONICA     )
6    HERRERA, deceased, who have     )
     sustained damages for her       )
7    wrongful caused death,          ) Case No.: 15-CV-128-F
                                     )
8                 Plaintiffs,        )
                                     )
9          vs.                       )
                                     )
10   GREGORY BUCKINGHAM and          )
     DEBORAH BUCKINGHAM, both in     )
11   their individual capacities     )
     as Trustees of the BUCKINGHAM)
12   FAMILY TRUST; and GREGORY        )
     BUCKINGHAM and DEBORAH          )
13   BUCKINGHAM as individual        )
     defendants; and WYOMING         )
14   MECHANICAL, INC., a Wyoming     )
     Corporation,                    )
15                                   )
                  Defendants.        )
16   _____  )

17

18                TRANSCRIPT OF

19          DEPOSITION OF DAVID GIECK

20

                     Taken at
21               MEAD & MEAD
                 Jackson, Wyoming
22               November 19, 2015

23

24   COURT REPORTER: Denise Nowak
     Certified Shorthand Reporter
25   and Notary Public

**Exhibit D**

```
 1              A P P E A R A N C E S

 2
      For the Plaintiff:
 3
            David G. Lewis, Esquire
 4           Migs Lewis, Legal Assistant
            P.O. Box 8519
 5           6540 Upper Cascades Drive
            Jackson, Wyoming 83002
 6

 7    For the Defendant Wyoming Mechanical, Inc.:

 8          Julie Nye Tiedeken, Esquire
            McKellar, Tiedeken & Scoggin, LLC
 9          P.O. Box 748
            702 Randall Avenue
10          Cheyenne, Wyoming 82003

11
      For the Defendants Gregory and Deborah Buckingham:
12
            Katherine L. Mead, Esquire
13           Mead & Mead
            1200 N. Spring Gulch Road
14          P.O. Box 1809
            Jackson, Wyoming 83001
15

16    Also Present:

17
            Francisco Herrera
18
            Joanna Herrera
19
            Gregory Buckingham
20

21

22

23

24

25
```

**3**

1                 I N D E X
2    WITNESS:
3    David Gieck                    Page
4    Examination by Mr. Lewis          4
5    Examination by Ms. Mead          50
6    Further Examination by Mr. Lewis   65
7    Further Examination by Ms. Mead    75
8    Further Examination by Mr. Lewis   77
9

10   EXHIBITS:

     No.  Description               Page
11

     33 - letter from David Lewis to Julie
12        Tiedeken dated 9/18/15        5
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1        BE IT REMEMBERED that, pursuant to Notice of
2    Deposition, and on THURSDAY, NOVEMBER 19, 2015,
3    commencing at the hour of 9:55 a.m., thereof, at
4    MEAD & MEAD, in Jackson, Wyoming, before me, DENISE
5    NOWAK, a Certified Shorthand Reporter and Notary
6    Public in and for the State of Idaho, there
7    personally appeared:
8              DAVID GIECK,
9    called as a witness at the instance of the
10   Plaintiff, and being first duly sworn, was examined
11   and testified as follows:
12              EXAMINATION
13   BY MR. LEWIS:
14   Q.   Would you please state your name?
15   A.   David Gieck.
16   Q.   Your age and your address?
17   A.   My address is 4423 Conestoga Lane, Etna,
18   Wyoming.  I am 39 years old.
19   Q.   And your occupation?
20   A.   I am a plumber.
21   Q.   Employed by Wyoming Mechanical?
22   A.   Self-employed by Wyoming Mechanical.
23   Q.   Do you own the company?
24   A.   Yes, sir.
25   Q.   Is it a corporation?

**5**

1    A.   It is.
2    Q.   Are there any other shareholders?
3    A.   No.
4        MR. LEWIS:  Would you mark this.
5        (Deposition Exhibit No. 33 was marked for
6    identification.)
7    Q.   Mr. Gieck, I've just marked this document as
8    an Exhibit 33, which is a letter that I wrote to
9    your counsel, Julie Tiedeken, about electronic
10   discovery.
11       Did she share this letter with you?
12   A.   Yes.
13   Q.   Have you preserved the items that are
14   described in there, the types of electronic devices
15   or information that would be on electronic devices,
16   cell phones, computers, and so forth?
17   A.   Yes.
18   Q.   You've done that?
19   A.   Yes.
20   Q.   What is your experience as a plumber?  When
21   did you first begin doing it?  And if you would
22   just describe to me your experience and your status
23   the at the present time.
24   A.   I started plumbing with my father when I was
25   -- I went to work with my father who was a plumber

**6**

1    when I was three or four years old.
2    Q.   Mm-hmm.
3    A.   I worked as a plumber or as a labor or
4    apprentice, whatever you want to call it, all
5    throughout high school since I was probably 14
6    years old in the summertime.
7        And after high school I was named to the
8    United States Biathlon team and I ski raced on the
9    Biathlon team until the Olympics in 2002 in Salt
10   Lake City.  During my time as a athlete, I would
11   come back to Jackson and work some in the summers
12   to help support being an athlete.
13       I moved to Park City prior to the Olympics,
14   1999, 1998, and worked for a plumber in Park City
15   in my off seasons or my free time to help support
16   myself as an athlete.
17       It's a trade that I've picked up and have been
18   able to support myself throughout my life.
19       I then moved back to Jackson after the Salt
20   Lake City Olympics, went to work for the family
21   business of Wyoming Mechanical as an apprentice
22   plumber, finished up my apprenticeship and took my
23   journeymen plumbing test I believe in 2004 and
24   became a journeymen plumber.
25       At that time I started talking about buying

7

1  out Wyoming Mechanical from my father.  The process
2  happened 2011, approximately the same time and I
3  took my Master's of plumbing and gas fitting and
4  became a master plumber.
5  Q.  That would have been 2011?
6  A.  Yes.
7  Q.  And you've worked as a journeyman plumber in
8  the Jackson Teton County area?
9  A.  Yes, I've had my Master's since 2011.
10  Q.  How many employees do you have?
11  A.  Approximately 20.
12  Q.  How many of those are plumbers at various
13  stages?
14  A.  Approximately 16.
15  Q.  And of the 16, how many are apprentices?
16  A.  I would say approximately seven or eight.
17  Q.  And journeymen?
18  A.  Five or six.
19  Q.  And masters?
20  A.  I believe there is three masters in the shop.
21  Q.  Who are they?
22  A.  Steve Gieck, Bill Doyle, and myself.
23  Q.  I want to talk about boilers for a few
24  minutes.  There is the Triangle Tube.  Do you
25  install Triangle Tube boilers?

8

1  A.  Currently?
2  Q.  Yes.
3  A.  No.
4  Q.  When did you do that?  When did you install
5  them?
6  A.  I would say I have approximately a four year
7  window that I installed Triangle Tubes, to the best
8  of my recollection.
9  Q.  Can you remember the years and date?
10  A.  I would say 2011, 2010.  2011 we started to
11  install Triangle Tubes.  And then after this
12  incident I have stopped installing Triangle Tubes.
13  Q.  You are talking about the incident that
14  occurred at the Buckingham house?
15  A.  The Buckingham Herrera incident.
16  Q.  Was that the first time, the problem I'll call
17  it, with the Triangle Tube, in 2015?  Was that the
18  first time you had any trouble with the Triangle
19  Tube boiler?
20  A.  No.
21  Q.  When else did you have trouble?
22  A.  I have had igniters fail, I've had heat
23  exchangers fail.  Typical with any product that you
24  have numerous systems out there, you are going to
25  have maintenance on them.  So to say every Triangle

9

1  Tube boiler I've installed in the four or five
2  years I've installed them have been maintenance
3  free, the answer would be no.  We've had
4  maintenance problems with them.  There have been on
5  off buttons that have stuck, there have been fans
6  that have failed, typical maintenance.
7  Q.  Typical, in other words this isn't limited to
8  the things you've just listed, ignition fails,
9  heater exchange fails, on off buttons.  Are those
10  typical of all the system?
11  A.  All boilers systems.
12  Q.  When you install them, you anticipate that
13  there will be some kind of problems with the
14  boilers that you sell to customers?
15  A.  Anything mechanical will fail.
16  Q.  Were you in any way involved as a party, I
17  think you were a party, but as a party or as a
18  consultant in a Triangle Tube incident that
19  happened out by the golf and tennis club with the
20  family I believe by the name of Smith?
21  A.  No.
22  Q.  Do you know --
23  A.  No.
24  Q.  -- do you know anything about that?
25  A.  I had heard about the exposure.

10

1  Q.  And what had you heard?
2  A.  I had heard that, I believe at the time, that
3  a vent got covered up and created a carbon monoxide
4  exposure in the home, and there was some people
5  that got sick.  And I remember that vaguely from
6  reading newspapers, just, you know.
7  Q.  There were numerous parties to that litigation
8  as I understand it.  Were you consulted by anybody,
9  as a master plumber, to give your advice as to the
10  Triangle Tube boiler as to how it worked, what it
11  might have done wrong during any aspect of that
12  suit?
13  A.  No.  I didn't even know it was a Triangle Tube
14  boiler.
15  Q.  Okay.  Is there a Triangle Tube employee that
16  you have worked within the past in our area for
17  buying the boilers, using the boilers, and
18  troubleshooting and those sorts of things?
19  A.  No.  There is not a Triangle Tube employee
20  that I've worked with.  I have worked with their
21  repping company.
22  Q.  What is their repping company?
23  A.  I believe, at the time I was buying Triangle
24  Tube boilers, it was Intermountain Sales.
25  Q.  Where are they located?

11

1   A.   Salt Lake City.
2   Q.   All right.
3   A.   The answer to the second part of that
4   question, as far as technical, if I had a technical
5   problem with the boiler, I could call Triangle
6   Tubes technical line and talk with one of their
7   service techs to help troubleshoot and guide me
8   through a problem, or one of my plumbers.
9   Q.   Did you personally ever take advantage of
10  calling the troubleshooting aspect of Triangle
11  Tube's business?
12  A.   Yes.
13  Q.   What sorts of things were they?  Were they
14  ordinary boiler kinds of problems or was there
15  anything in particular about that boiler?
16  A.   Generally it had to do with Triangle Tube's
17  control is where I would need the most assistance,
18  the computer side of the boiler.
19  Q.   There is a computer inside of the Triangle
20  Tube boiler I take it; is that correct?
21  A.   Yes.
22  Q.   Is that true of most modern boilers?
23  A.   Yes.
24  Q.   Were those various kinds of problems or was
25  there a typical problem you had with them?

12

1   A.   Various types of problems.
2   Q.   And did you get satisfaction from them in
3   addressing and resolving those problems?
4   A.   Typically, yes.
5   Q.   Did you talk to a particular person when you
6   would call the troubleshooting line or did just
7   somebody answered and that's who you talked to?
8   A.   They would dispatch you to one of their
9   technical support agents, and that's who you would
10  talk to.
11  Q.   As long as we're on this subject, I'll jump
12  ahead of myself a little bit and talk to you a
13  little about the Lochinvar brand of boiler.
14       How long have you dealt with the Lochinvar?
15  Am I saying that right?
16  A.   No, it's Lochinvar.  I've installed Lochinvar
17  for -- over the years, a handful of times prior to
18  making the switch to the Lochinvar line after
19  February of 2015.  Prior was when an engineer would
20  spec a Lochinvar system, we would install their
21  specified Lochinvar system.  It wasn't necessarily
22  something that given the choice I would install
23  until recently, until February of 2015.
24  Q.   Do you recall having contact with either the
25  Buckingham family or some contractor on their

13

1   behalf to install a Triangle Tube in the last
2   couple of months of 2014?
3   A.   I personally wasn't the one contacted to do a
4   boiler change-out for the Buckinghams.  I was aware
5   that they were requesting a new system be looked at
6   and installed, because I share an office with Steve
7   Gieck, and I own the company and I typically know
8   what projects we are looking at, but I was not the
9   one to assess the old system and order or recommend
10  the new system that was going in.
11  Q.   Who typically did that?
12  A.   It depends on the circumstances.  In this
13  situation it was Stephen Gieck.
14  Q.   And Stephen Gieck recommended the Triangle
15  Tube for the Buckingham project?
16  A.   Yes.
17  Q.   Tell me why.  Do you know?
18  A.   At that point at Wyoming Mechanical we had had
19  good luck with Triangle Tube, we felt it was a
20  quality system, and that's what we endorsed and
21  were recommending it as a company.
22  Q.   Okay.  With regard to the installation, did it
23  go as typically as it -- did the installation at
24  the Buckingham house go typically as other projects
25  using the Triangle Tube boiler?

14

1   A.   To the best of my knowledge, it did.  I was
2   not on site during the installation.
3   Q.   Do the plumbers on the different jobs come and
4   report to you as to what they are doing and those
5   sorts of things?  Is there any oversight about
6   that?
7   A.   We do talk about scheduling, we do talk about
8   their day.  I am available for counsel if they've
9   got questions, concerns; I'm available.
10  Q.   Was there questions on the installation of the
11  Triangle Tube in November of 2014?
12  A.   No.
13  Q.   And was there a master plumber who was
14  involved in that project from beginning to end?
15  A.   Involved at what level?
16  Q.   It's a little difficult for me to say because
17  I don't know of all the levels in plumbing, so
18  maybe you can break that out for me.
19  A.   Involved in what level of the project?
20  Q.   That's what I'm asking you.  Any level.
21  A.   Steve Gieck is a master plumber.
22  Q.   Okay.
23  A.   He did the estimating, did the ordering and
24  delivered the system to the project.  Aaron
25  McCormick that installed the project is a

15

1    journeymen plumber, or was a journeymen plumber the
2    at the time.
3    Q.   And a man you felt confident to install this
4    Triangle Tube in the Buckingham house?
5    A.   Yes.
6    Q.   You wouldn't assign him to do it if you didn't
7    think he was competent.
8    A.   I would not have assigned him to do the
9    project if I didn't think he was competent.
10   Q.   So did he report any problems to you or to
11   Steve during the installation?
12   A.   During the installation, no, there was no
13   problems that we knew of.
14   Q.   And was that up to the point of testing it?
15   Is there a final testing that occurs?  Is there a
16   protocol for final testing once it's all installed?
17   A.   I ask my plumbers to read manuals and, you
18   know, follow manufacturers' recommendations.
19   Q.   And as far as you know, all of that was
20   accomplished in the installation of this Triangle
21   Tube?
22   A.   At the time I believe that that is the case.
23   Q.   Okay.  At the time.  How about later?
24   A.   Later I was told that there was no combustion
25   analysis performed.

16

1    Q.   Is a combustion analysis routinely performed
2    once a system is put in?
3    A.   Yes.
4    Q.   Is it a recommendation that it be done?
5    A.   It's a recommendation.
6    Q.   Is it a recommendation of the Triangle Tube
7    company that a combustion analysis be done?
8    A.   Yes.
9    Q.   And that would have been performed by Aaron
10   McCormick?
11   A.   Yes.
12   Q.   Well, let me ask you first:  What is a
13   combustion analysis?
14   A.   Combustion analysis is a metering device that
15   you put on the flue of a boiler to see what the
16   properties are in the combustion, i.e. oxygen,
17   carbon monoxide, CO and O2.  You can also measure
18   flue gas temperatures.
19   Q.   To see that all those things are in proportion
20   to safe?
21   A.   Manufacturers' recommendation.  They give you
22   parameters.
23   Q.   And is that combustion analysis -- is the
24   information in the combustion analysis performed
25   something that's kept inside the computer inside of

17

1    the Triangle Tube?
2    A.   No.
3    Q.   Is there a computer in the Triangle Tube
4    inside of it that does preserve information,
5    remedial work or combustion testing or anything
6    else that's performed on the machine?
7    A.   The only thing that this particular boiler
8    stores is a fault code.  So if the boiler has shut
9    down due to lack of gas, lack of system pressure,
10   overheating, those type of faults that would tell
11   the boiler to lock out, it would store those
12   lockouts so that when a plumber would go back to
13   look, they would have an idea of what was causing
14   the boiler to shut down.
15   Q.   If the boiler shuts down and the message is
16   left in the computer, does the start-up occur
17   automatically once the conditions become normal as
18   the machine sees it, or does somebody from the
19   plumbing company have to go out there and flip a
20   switch and say restart?
21   A.   That depends on if it's what they call a hard
22   lockout or a soft lockout.
23   Q.   And I think I've seen in a couple of short
24   videos, that have been provided to me by counsel in
25   this case, that sort of thing was being done.

18

1        Were you involved in performing those
2    analyses?
3        MS. TIEDEKEN:  Objection to the form.  What do
4    you mean by those analyses?
5        MR. LEWIS:  Well, I don't know exactly.
6    BY MR. LEWIS:
7    Q.   I can show you on the computer.  I meant to
8    say something about this.  Most of them can't open,
9    I don't know why.  But the two or three that I can
10   open, they are doing basically what you are talking
11   about.  The signs on there, low water sort of
12   thing, and it says lockout, and somebody is reading
13   a computer, it looks like to me.  Is that basically
14   what that is?
15   A.   There's a display on the front of the boiler
16   that will indicate what the lockouts have been, the
17   history of lockouts of that unit.
18   Q.   And how far would those go back; to the
19   beginning?
20   A.   I believe with Triangle Tube it is a certain
21   number of lockouts.  For example, ten or 15, and as
22   you get more lockouts on the device, it will drop
23   out the very first one to put in the new one in, if
24   that makes sense.
25   Q.   The oldest one goes off?

19

1   A.   Yes.
2   Q.   So there was no combustion analysis performed
3   by Aaron.
4   A.   No.
5   Q.   Tell me what happened?  What did you do when
6   you found that out?  When did you find out and what
7   did you do as a result of it?
8   A.   After I found out about the incident at the
9   Buckinghams' house, I had never seen the
10  installation, so I was playing in my head what
11  could have gone wrong:  I asked Aaron McCormick
12  Sunday morning after questions that had been
13  running through my head for two days.
14  Q.   After Monica Herrera's death?
15  A.   Correct.  One of the questions I asked him was
16  what was the combustion like when the boiler was
17  installed.
18  Q.   Okay.
19  A.   That's when I found out that there had been no
20  combustion analysis performed.  Another question I
21  had for Mr. McCormick that morning is are you sure
22  that you did a natural gas to propane conversion on
23  the boiler.  He confirmed that he had done that.  I
24  had questions because I was concerned clearly.  I
25  wanted answers.

20

1   Q.   Okay.  What was your reaction when he said
2   there was no combustion analysis performed?
3   A.   I had my answer.  I had my question answered.
4   Q.   You weren't upset with him?
5   A.   No.
6   Q.   Was the failure to have a combustion analysis
7   in your opinion something that lead to the failure
8   of this machine on January 3rd -- I say the failure
9   of this machine, I better watch what I'm saying --
10  in the incident of this machine that brought on the
11  death of Monica Herrera?
12  A.   No.
13  Q.   It would have made no difference if that had
14  been done?
15  A.   Not in my opinion.
16  Q.   What might be another opinion, even though
17  it's not the one you hold.  Is there another
18  opinion somebody with a background in plumbing may
19  know about the effect of or the failure to conduct
20  a combustion analysis upon Monica Herrera's death?
21       MS. TIEDEKEN:  Objection.  It calls for
22  speculation.
23       MS. MEAD:  Object to the form of the question.
24  A.   I do not know.
25  Q.   So when you say to your satisfaction it was

21

1   done, I guess that means it was done
2   satisfactorily?
3        MS. TIEDEKEN:  Object to the form of the
4   question.  It misstates his testimony, and vague.
5        MR. LEWIS:  Well, the words are vague.
6   BY MR. LEWIS:
7   Q.   And the exchange of a device so that this
8   natural gas computer would safely burn propane as
9   its fuel, that was the other thing you said?
10  A.   No, there is no natural gas computer.
11       MS. LEWIS:  Conversion.
12  Q.   Conversion is what I meant.
13  A.   The Triangle Tube boiler at the Buckinghams'
14  residence has been converted to liquid propane
15  properly in my opinion.
16  Q.   And how did you arrive at that opinion?
17  A.   The Monday after the incident I was asked to
18  go on site of the Buckinghams and figure out what
19  was going on, what had happened.  And I arrived at
20  that conclusion, based on taking the gas valve away
21  from the internal fan and looking at the orifice
22  and comparing it to manufacturer's recommended
23  orifice sizing for liquid propane.
24  Q.   The boiler came set up to burn natural gas.
25  Is that a correct way of saying that?

22

1   A.   Yes.
2   Q.   And if it a natural gas boiler is receiving
3   propane instead of natural gas, what kind of
4   consequences will that have?
5   A.   Propane is a higher concentration BTUs, or
6   propane delivers more BTUs per therm, which is a
7   measurement of gas, than natural gas,
8   therefore a propane orifice is smaller than a
9   natural gas orifice in order to deliver less gas
10  than a natural gas unit.
11  Q.   And when you looked inside the computer it had
12  the propane orifice installed properly?
13  A.   When I looked inside of the gas valve, not the
14  computer.
15  Q.   I don't know why I keep saying computer.
16  Inside of the gas valve.
17  A.   Yes, the proper orifice was in place.  Also
18  with the conversion kit that comes with the boiler
19  are stickers that you place on the boiler stating
20  that the boiler has been converted to liquid
21  propane were in place.
22  Q.   So what did you conclude as to -- did you form
23  an opinion after you examined on February 2nd the
24  Triangle Tube 175 boiler as to why, or whatever
25  damage it may have been causing, or problems it was

23

1  causing that lead to the death of Monica Herrera?
2  A.   After my examination and testing of the boiler
3  on the Monday, February 1st, I put the boiler in
4  the off position with the gas valve shut off based
5  on my conclusions that I couldn't figure out what
6  was causing the boiler to do what it was doing.
7  Q.   What does that mean?  What was it doing?
8  A.   Apparently making a loud bang and pushing the
9  exhaust pipe apart.
10 Q.   Was the bang pushing it apart or what was?
11 A.   I don't know.
12 Q.   Okay.
13 A.   I could only speculate.  It didn't do it while
14 I was on site.  I told Mr. Schuler, who was present
15 during our inspection, that I would not turn the
16 boiler on because I could not figure out what was
17 going on with the boiler at that point.
18 Q.   When you say couldn't figure it out, that was
19 after you opened up the mechanism and saw --
20 A.   That's after I ran all the analyses that the
21 manufacturer recommends for the boilers.
22 Q.   You didn't start the boiler up to see if you
23 could get those bangs I take it?
24 A.   I did.
25 Q.   And how long did you run it?

24

1  A.   Several hours.
2  Q.   And were you there all that time?
3  A.   Yes, sir.
4  Q.   Did you get any bangs?
5  A.   No.
6  Q.   Did you have a meter you could look at to see
7  whether or not the pressures were higher -- well,
8  let me back up.
9      What was your opinion about what was causing
10 the separation of the flue on this boiler up to and
11 including the time of Monica Herrera's death?
12 A.   I don't know.  I was unable to form an opinion
13 based on the testing that I had performed.
14 Q.   Did you talk to anybody about it who might be
15 able to give you an opinion as to why?
16     MS. TIEDEKEN:  On that particular day or
17 later?
18     MR. LEWIS:  At any time.
19 A.   No.  I have since formed an opinion based on
20 all of the research that I had done tirelessly
21 trying to figure out what was going on with this
22 boiler.
23 Q.   When did you form that opinion?
24 A.   I would say within three or four weeks of the
25 incident on January 30th.

25

1  Q.   So the next three or four weeks you were
2  tirelessly trying to figure this out?
3  A.   Yes, relentlessly trying to figure out what
4  was going on.
5  Q.   Were you asking anyone to give you some
6  assistance in trying to understand it?
7  A.   I asked questions if people had seen problems,
8  I went back to multiple installations that we had
9  done to replicate, see if I could find anything.  I
10 researched internet forums to see if other people
11 had posted similar problems with these particular
12 boilers.  I requested any technical documents based
13 on these types of problems with Triangle Tube.  I
14 did everything in my power to figure out what was
15 going on --
16 Q.   And what --
17 A.   -- my opinion.
18 Q.   I'm sorry.  Yeah, I wanted to ask your
19 opinion, please.
20 A.   My opinion, the tragic death of Monica has
21 been tough for me, but what I have to live with and
22 figure out is the dozens and dozens of other
23 boilers that I have in this valley that I'm not
24 sure that could do this again to somebody else,
25 thus my relentless search for an answer.

26

1  Q.   And have you reached an opinion or conclusion
2  as to what happened to the boiler that killed
3  Monica?
4  A.   Yes.
5  Q.   What is your opinion?
6  A.   My opinion is that Triangle Tube has a problem
7  with delayed ignition.
8  Q.   Define or describe what a delayed ignition is?
9  A.   When you have a gas valve that is putting fuel
10 in combustion chamber and the igniter does not
11 ignite at the properly timed sequence, it is
12 delayed.  Once the igniter finally lights in this
13 delayed sequence, the amount of fuel in the
14 combustion chamber is too great for the unit that
15 it's being pumped into, and that force has to have
16 someplace to go.  It's too large of combustion or
17 explosion or the lighting of gas for that unit to
18 handle.  That's what I consider delayed ignition.
19 Q.   And the force of the explosion, in your
20 opinion, is what caused the pipes to separate?
21 A.   Yes.
22 Q.   Have you talked to anybody in your search for
23 information since the accident, or since you came
24 to a conclusion, whose had a similar experience?
25 A.   Yes.

27

1    Q.    And who have you talked to?
2    A.    My rep with Intermountain Sales.
3    Q.    Is Intermountain Sales, do they make their own
4    type of boiler?
5    A.    No.
6    Q.    They sell a number of --
7    A.    At that point they represented Triangle Tube
8    as one of their lines or one of their -- yeah, one
9    of their lines that they carried.
10   Q.    At the time that you talked to them?
11   A.    At the time of the incident.
12   Q.    At the time of, I'm sorry, the incident?
13   A.    The incident. They have since abandoned
14   Triangle Tube as one of their lines that they
15   represent.
16   Q.    Who did you talk to at Interstate Sales?
17   A.    Intermountain Sales.
18   A.    Intermountain Sales.
19   A.    Sharice Prestwich.
20   Q.    Can you spell that?
21   A.    I can't.
22   Q.    Say it again.
23   A.    P-R-E-S-T-W-I-C-H, I'm not sure.
24   Q.    Where does Sharice live?
25   A.    She lives in Idaho, I believe.

28

1    Q.    Is she a troubleshooter? Is that what she
2    does at Intermountain Sales?
3    A.    No.
4    Q.    What is her position?
5    A.    She's a sales rep.
6    Q.    Have you talked to anybody else besides
7    Sharice about that?
8    A.    I've talked to other manufacturers to get an
9    explanation on delayed ignitions, but not directly
10   about this boiler, but just delayed ignitions in
11   general.
12   Q.    Have other boiler manufacturers experienced
13   delayed ignitions on their machines?
14   A.    Not to my knowledge.
15   Q.    They didn't tell you that in your
16   conversations?
17   A.    That wasn't a part of our conversation.
18   Q.    So what was the basis of your conversations
19   with them?
20   A.    What would be required to create a delayed
21   ignition the gist of what our conversations would
22   be about. In every circumstances it came back to
23   the ignition source.
24        Upon further research of this product, I found
25   that during this time period that this particular

29

1    boiler was being manufactured, there had been --
2    between the time we installed it and shortly after
3    this incident, there had been three revisions on
4    igniters that were never brought to my attention as
5    an installer.
6    Q.    I want to draw your attention back to the week
7    of January 26, 2015. Do you remember that week,
8    the events of that week?
9    A.    Yes.
10   Q.    And during that week, did you receive any
11   information that the boiler you had installed at
12   the Buckingham residence was separating, the pipes
13   were separating on the boiler system?
14   A.    I got a phone call. I had a voicemail that I
15   received on Wednesday in my office. Typically I'm
16   in the field during the day, so when I returned to
17   my office that evening I listened to the voicemail
18   from Mr. Buckingham.
19   Q.    Do you remember the date?
20   A.    That would have been Wednesday of that week.
21   Q.    So if Monday is the 26th, that would have been
22   the 28th, right?
23   A.    Yes.
24   Q.    What did the voicemail say?
25   A.    The voicemail said -- I believe we have it.

30

1
2         MS. TIEDEKEN: He found the voicemail this
3    morning, we've got it. So if you want to listen to
4    it.
5         MR. LEWIS: Oh, yeah.
6         MS. TIEDEKEN: His computer guy went into
7    archives or something on Outlook and found it.
8         MR. LEWIS: Okay. I appreciate your bringing
9    that out.
10   BY MR. LEWIS:
11   Q.    That search had not been made before?
12   A.    I didn't know how to search for something that
13   far back.
14   Q.    Who did the search for you?
15   A.    Chet. He's become my office manager. When
16   you guys were talking yesterday about timelines and
17   calls and things, we went or tried to search cell
18   phone records, phone records, just to see timelines
19   of who called when, where, why.
20        At that point we came up with a time that I
21   had called Mr. Buckingham on that Thursday, via my
22   cell phone --
23   Q.    The 29th?
24   A.    The 29th -- to his home prior to them leaving
25   town. I went back this morning before I came to

31

1  this meeting and got into my computer and
2  backlogged dates just to see what had come up, and
3  our phone systems sends voicemails through e-mail,
4  and so it logs them all. I didn't realize that
5  they were all logged there. I went back and looked
6  at those dates and started clicking voicemails -- I
7  have several a day -- I started clicking them until
8  I found the one Mr. Buckingham had left me that
9  Wednesday. So at that point I forwarded it to
10  Julie.
11  Q.  And that was last night?
12  A.  That was this morning at 6:30.
13  Q.  Of course we are interested in listening to
14  that, but I want to just ask you so I don't neglect
15  to ask these questions. Did you search for other
16  information then? Did you search for e-mails, text
17  messages, I guess this was a voicemail on a
18  handheld, or is it --
19  A.  I searched for any information from Mr.
20  Buckingham's e-mail address or my e-mail address to
21  him, from Steve Gieck's e-mail address to me,
22  regarding the Buckinghams. Those were my searches.
23  Q.  Using those terms?
24  A.  Yeah Buckingham, you know. This search came
25  up as a me trying to look back at voicemails. It

32

1  doesn't state names or anything, it's just a
2  serious of voicemails that I've got hundreds and
3  hundreds of, and dated to those times that week,
4  and just listen to every voicemail that came in
5  that week to identify, you know, where the message
6  came in. If it was -- I didn't remember if it was
7  a written message or a verbal message or a
8  voicemail message; I had no idea. So that's when I
9  found that indeed it had saved a landline voice
10  message to my server.
11  Q.  What telephone number was that, the land line?
12  A.  My office number is 307-733-7337.
13  Q.  Okay.
14  A.  We do have several lines on there, I don't
15  know which one it might have come in on.
16  Q.  It could have been 38, 39, 310, 311 or
17  something?
18  A.  I don't know how it works. We have fax lines.
19  Q.  I can't take you too far on that either, so
20  you don't have to worry about that.
21  A.  Okay.
22  Q.  Do you have a handheld?
23  A.  Yes.
24  Q.  Did you check your handheld?
25  A.  My office manager was able to pull records

33

1  online of phone calls that were made and received
2  that back that far, yes.
3  Q.  Did any of those include any conversations
4  regarding Monica Herrera's death -- I don't want to
5  limit to that, but regarding the installation of
6  the Triangle Tube in the Buckingham home by you
7  folks up and until the time of Monica Herrera's
8  death?
9  A.  Like I said before, the only phone call that
10  in any way related was a phone call that I made to
11  the Buckingham residence Thursday morning, the
12  28th.
13    MS. LEWIS:  He didn't go back as far as
14  November.
15    MR. LEWIS:  Okay.
16  BY MR. LEWIS:
17  Q.  And I appreciate that you are telling us about
18  that, and we are going to listen to it. And I
19  don't mean to press you, but I don't think you
20  answered my question, and that's probably because
21  it wasn't asked very well.
22    Did you make a search of the cell phones, the
23  landlines, the handheld, for messages from the
24  Buckinghams for any reason, and you only came up
25  with one?

34

1  A.  I hadn't spoken to the Buckinghams prior to
2  the week of the 26th.
3  Q.  Did you know who they were?
4  A.  Yes.
5  Q.  But you didn't speak to them during that week?
6  A.  No.
7  Q.  Did you speak to anybody on behalf of the
8  Buckinghams?
9  A.  No.
10    MS. TIEDEKEN:  You mean prior to that week?
11    MR. LEWIS:  No, I was talking during that
12  week, other than this one voice message.
13    MS. TIEDEKEN:  I think he is confused by your
14  question. Would you re-ask the question?
15  BY MR. LEWIS:
16  Q.  What I was wondering is there are phone
17  messages out there, I'm presuming, between you and
18  Mr. Buckingham, or between you and your employees
19  that are out there working on the Triangle Tube
20  installing it, or talking to you on the phone about
21  what may have happened afterwards up until the time
22  and after Monica Herrera's death. Those could be
23  cell phones, they could be on the landline, like
24  this one you just mentioned, they could be e-mails,
25  and I would have to look at a list, because my

35

1  knowledge kind of ends there as to that.
2      But what I'm asking you, checking all of
3  those, from the time of the installation until
4  let's say February 15th, did you find any other
5  voice messages in addition to the message you left
6  on Thursday morning?
7  A.   I have not.
8      MS. TIEDEKEN:  No, but he didn't leave a
9  message Thursday morning.  You've got that
10  confused.
11      MR. LEWIS:  Okay.
12  BY MR. LEWIS:
13  Q.   Who left a message, or did you have a
14  conversation?
15  A.   I had a conversation with Mr. Buckingham
16  Thursday morning.
17      MS. LEWIS:  And Buckingham left a message on
18  Wednesday.
19  Q.   And Buckingham left a message on Wednesday?
20  A.   Correct.
21      MS. LEWIS:  But you are wanting to go back to
22  the installation time.
23      MR. LEWIS:  I'll do that with a formal -- I'll
24  try to artfully define something will make it very
25  clear what I'm looking for.

36

1      MS. TIEDEKEN:  Just send a request for
2  production or whatever.
3      MR. LEWIS:  That's what I'm talking about.
4  BY MR. LEWIS:
5  Q.   So is the telephone call or the message that
6  you said the day before Thursday, so Wednesday, is
7  that a message that is on a recorder?
8  A.   Yes, the message is a voicemail.
9  Q.   It's what?
10  A.   It's a voicemail.
11  Q.   A voicemail.  And that's recorded and we have
12  that?
13  A.   Yes.
14      MR. LEWIS:  Could we listen to those two?
15      MS. TIEDEKEN:  Sure.  Do you want her to
16  record it or just go off the record?
17      MS. MEAD:  I think it would be great to have
18  it recorded.
19      MR. LEWIS:  We are going want a recording of
20  it, but I think we might as well have, if you can,
21  we will try to, yeah, I think it would be best.
22      MS. TIEDEKEN:  Let's see if we can find it.
23  BY MR. LEWIS:
24  Q.   Since we are on the record, before it the
25  starts would you please say for the record what we

37

1  are going to get ready to hear?
2  A.   This is an e-mail that I sent to Julie this
3  morning of a voicemail I received from Mr.
4  Buckingham on Wednesday, the 28th.
5      "David, Greg Buckingham, 733-7436.  Leaving
6  town in the morning, so if you get a chance to call
7  me this afternoon, that would be great.  I want to
8  chat with you about coming out here Monday.  I know
9  you have it on your schedule already and who you
10  are bringing, so you don't waste your time.  It
11  sounds like a car that's hitting the wall, it's
12  getting so loud when it bangs.  And you may need to
13  bring out the guy that sold you the boiler is what
14  I'm thinking, but you definitely need two people.
15  Okay, thanks.  Bye."
16      MS. LEWIS:  And then David called back on the
17  29th.
18  BY MR. LEWIS:
19  Q.   Is that recorded?
20  A.   Not to my knowledge.
21  Q.   What did you say to him on the 29th?  When I
22  say him, let's make it clear, Mr. Buckingham.  You
23  called him on the 29th?
24  A.   I called Mr. Buckingham around 9 o'clock.
25  Q.   In the morning?

38

1  A.   In the morning on the 29th.
2  Q.   In response to this message he had left you
3  the day before?
4  A.   Yes.  He had called me and asked me to call
5  him back.  I called him back.  We talked about the
6  boiler.  Originally we were scheduled to go to the
7  Buckinghams that Monday because they were going to
8  be out of town.
9  Q.   The 2nd?
10  A.   Yes.
11  Q.   February 2nd?
12  A.   Yes.
13  Q.   And that original appointment was to put
14  glycol in the system to bring it up to the 30
15  percent that we recommend for freeze protection,
16  and also at that point to look at the leak in the
17  slab that we were unable to find back in November
18  after the boiler installation.  That appointment
19  had been set up, I would think, in the end of
20  December between my father and Greg.  And it was
21  set up such that they wouldn't be in town, and it
22  was after the holidays and we could get in the
23  house and do what we needed to do.  So I had that
24  scheduled for that second of February to do those
25  things.

39

```
1        This Wednesday was the first I had heard of
2   the banging problems with the boiler and the flue
3   coming apart, that's why we talked on -- when I
4   talked to him on Thursday he said Deborah and I are
5   leaving town shortly. I'm confirming that you are
6   coming out Monday. The vent is back together.
7   There is nobody going to be around. And I was told
8   that Dave Schuler would be on site paying
9   attention.
10       I confirmed yes --
11       MS. TIEDEKEN: Wait for a question.
12  Q.   Okay, I think you were still describing?
13  A.   And I confirmed that, yes, we will be there
14  Monday.
15  Q.   According to the cross-claim filed by Wyoming
16  Mechanical in this case, excuse me, against Wyoming
17  Mechanical in this case, that's document 8 in the
18  visual court file, it's paragraph 4. It states "On
19  January 27, 28, for the first time Buckinghams
20  noticed that the piping associated with the boiler
21  unit had come apart. Buckinghams and their
22  caretaker put the piping back together and called
23  Wyoming Mechanical Inc. to come to their home and
24  make whatever repairs were necessary."
25       Do you recall that conversation where you were
```

40

```
1   asked to come out and make whatever repairs were
2   necessary?
3   A.   I had a voicemail and conversation on Thursday
4   morning.
5   Q.   Okay. And so you are just saying the
6   voicemail speaks for itself?
7   A.   Yes.
8        MS. TIEDEKEN: Well, he's saying -- the
9   voicemail is what it is. Speaks for itself is kind
10  of a legal term, but yes.
11       MR. LEWIS: That's okay if we use legal terms.
12       BY MR. LEWIS:
13  Q.   So I want to read another document, document
14  number 13, filed with the United States District
15  Court of Wyoming entitled, "Defendant Buckinghams'
16  Response to Order to Show Cause."
17       The second full paragraph on page two of five
18  of that document, I'll read it to you.
19       "Indeed the defendant Buckinghams recall that
20  Wyoming Mechanical indicated that Triangle Tube gas
21  boiler would be guaranteed for a period of two
22  years and that Wyoming Mechanical would make sure
23  that the boiler ran properly and safely."
24       Is that a true statement?
25  A.   That's nothing I stated.
```

41

```
1   Q.   Okay. It would have been your goal to make
2   sure that the boiler ran properly and safely
3   though, would it not?
4   A.   Yes.
5   Q.   And was there a guarantee from the company or
6   from Triangle Tube or from your company, a two-year
7   guarantee period pertaining to the operation of the
8   Triangle Tube boiler?
9   A.   I know the Triangle Tube has a warranty. What
10  that warranty exactly is I would have to look.
11  Q.   Maybe we can probably get that. Okay the next
12  sentence in that same paragraph says.
13       "Were they allowed to, defendant Buckinghams
14  would point out to the Court that they had no
15  knowledge whatsoever that the loose piping that
16  they discovered associated with the boiler could
17  possibly result in the death of Mrs. Herrera or
18  themselves."
19       And then the next sentence.
20       "Presumably Wyoming Mechanical knew of the
21  dangers but failed to communicate them to defendant
22  Buckinghams."
23       Did you ever communicate to Mr. and Mrs.
24  Buckingham that the loose piping they discovered
25  associated with the boiler could possibly result in
```

42

```
1   the death of Mrs. Herrera or themselves?
2   A.   No.
3   Q.   So you say that statement is not true.
4        MS. TIEDEKEN: His answer to your question is
5   no.
6        MR. LEWIS: Well, but I'm asking it a
7   different way.
8        BY MR. LEWIS:
9   Q.   Are you saying that you never made that
10  statement? And I'm just asking you, did anybody in
11  your company make that statement that you know of?
12       MS. TIEDEKEN: What statement is that
13  statement that you are referring to?
14       MR. LEWIS: Okay, I'll read it again.
15       MS. TIEDEKEN: Thank you.
16       BY MR. LEWIS:
17  Q.   The two sentences in this statement.
18       "Were they allowed to, defendant Buckinghams
19  would point out to the Court that they had no
20  knowledge whatsoever that the loose piping that
21  they discovered associated with the boiler could
22  possibly result in the death of Mrs. Herrera or
23  themselves. Presumably Wyoming Mechanical knew of
24  the dangers but failed to communicate them to the
25  defendants."
```

1    Number one, my question: Did Wyoming
2  Mechanical know of those dangers that I just read
3  to you?
4    MS. TIEDEKEN: Object to the form of the
5  question. Go ahead if you can answer.
6  A.  Do I know that carbon monoxide is dangerous?
7  Does Wyoming Mechanical know?
8  BY MR. LEWIS:
9  Q.  No, that isn't the question, but that's a good
10 question. I would like to ask you that question.
11    Of course you know that carbon monoxide is
12 deadly dangerous, correct?
13 A.  Yes.
14 Q.  And it's a hazardous substance under any
15 circumstances to be where human beings are
16 breathing?
17 A.  At high levels, yes.
18 Q.  At high levels. Thanks for that. Because I
19 think that's true. What do you consider high
20 levels?
21 A.  My opinion would be over 200 parts per
22 million.
23 Q.  Okay.
24 A.  I work in mechanical rooms that have carbon
25 monoxide problems that we've had to fix where I

1  know I'm in those type of levels, and it's not
2  something you want to go to sleep in but it's
3  something that isn't going to, you know, kill you.
4  Q.  And you would agree with me, I take it, that
5  if a flue burning propane gas, as for example the
6  Triangle Tube 175, was heating the house with gas
7  and sending the combusted materials out of the flue
8  to the out-of-doors, that if that flue broke or
9  separated so that it was pouring its contents into
10 the house or garage instead of out-of-doors, that
11 that would be putting the people in -- who are
12 subjected to that would be breathing in carbon
13 monoxide?
14 A.  Yes.
15 Q.  And those carbon monoxide levels could be
16 deadly to whoever was breathing them in. Would you
17 agree with that?
18 A.  Yes, they could be.
19 Q.  Depending upon, as you said earlier, how much
20 carbon monoxide you are talking about, parts per
21 million?
22 A.  Yes.
23 Q.  I want to read a little bit more from the same
24 document. Again, for the record, I'm reading
25 Defendant Buckinghams response to Order to Show

1  Cause. And again, for your benefit, these are
2  allegations that the Buckinghams made and directed
3  at some level, I would say a large level, against
4  your company. But Julie may have a different
5  opinion about that.
6    But now I want to read it again. This is the
7  first full paragraph on page three of five of this
8  Defendant Buckinghams response to Order to Show
9  Cause.
10    "Here defendant, Wyoming Mechanical, performed
11 defective work, which is indicated by the simple
12 fact that the boiler ignited so hard that vent
13 piping came apart. And while the Buckinghams
14 discovered that the piping had come loose, they
15 were never made aware of the danger posed by such
16 defective work, even after calling Wyoming
17 Mechanical to come and fix the piping and the
18 boiler."
19    Is that a true statement?
20 A.  No.
21 Q.  Tell me what is not true in that statement.
22 Would you like to look at it?
23 A.  I've seen it.
24 Q.  What is not true in that statement?
25 A.  I don't believe that it was defective work

1  that Wyoming Mechanical did.
2  Q.  And for the rest of it -- "And while
3  Buckinghams discovered the piping had come loose,
4  they were never made aware of the danger posed by
5  such defective work after calling Wyoming
6  Mechanical to come and fix the piping and boiler."
7    And so I guess your answer to that would be
8  listen to the voicemail, because that's the only
9  communication you have from that.
10    MS. TIEDEKEN: I object to the form of the
11 question. It misstates his testimony.
12 BY MR. LEWIS:
13 Q.  In what way does it misstate your testimony?
14    MS. TIEDEKEN: I'll tell you because it's my
15 objection. You said that's the only communication
16 he had was the voicemail. He's already said they
17 had a phone conversation.
18    MR. LEWIS: Okay.
19 BY MR. LEWIS:
20 Q.  In the phone conversation and the voicemail,
21 were you made aware of the danger posed by -- and
22 I'll even strike the word defective, they were
23 never aware, that being the Buckinghams, were
24 never made aware of the danger posed by the work
25 done by Wyoming Mechanical to come fix the piping

1  and boiler.
2       Now I paraphrased some of that, but I think
3  I've said it accurately, having only left out the
4  word, because I think it will make it controversial
5  in your response that they did defective work. And
6  I just said they were never made aware of the
7  danger posed by work, even after calling Defendant,
8  Wyoming Mechanical to come and fix the piping and
9  boiler. Is that an accurate statement?
10      MS. TIEDEKEN: Object to the form. Go ahead.
11 A.   When I spoke with Mr. Buckingham, we didn't
12 talk specifically about carbon monoxide exposure.
13 Q.   But you knew if the flue had come apart there
14 was going to be excess carbon monoxide in that
15 garage.
16 A.   Yes.
17 Q.   Then I'm going to read one more part. And
18 this is in the same paragraph. This is from the
19 Buckinghams' response to the Order to Show Cause.
20      "Similarly, Defendant Wyoming Mechanical
21 created a dangerous condition in the home of
22 defendant Buckinghams."
23      Do you agree that's a true statement?
24 A.   No.
25 Q.   Then it goes on. "The allegations of the

1  cross-claim indicate that the piping was loose."
2       You don't question that, do you?
3  A.   No.
4       MS. TIEDEKEN: At what point in time?
5       MR. LEWIS: I don't know. That's just the
6  allegations of the cross-claim which indicate that
7  the piping was loose.
8  BY MR. LEWIS:
9  Q.   Do you remember whether the cross-claim
10 indicated that?
11 A.   When we left, the boiler system, the piping
12 was not loose.
13 Q.   But apparently, according to Mr. Buckingham,
14 the pipe had come loose?
15 A.   Apparently, according to Mr. Buckingham, it
16 had come loose.
17 Q.   And this paragraph goes on to state, "that in
18 itself under noticed pleading" -- that's a legal
19 term, "that in itself," I'll leave that out.
20 "That in itself is sufficient to put Wyoming
21 Mechanical on notice that their work was
22 defective."
23      Do you agree that that's a true statement or a
24 false statement?
25 A.   I believe that's a false statement.

1  Q.   Okay. And then I have one more from this same
2  order, and this is on page four of five. And it
3  comes from the first -- this isn't is a full
4  paragraph, it starts on the preceding page, but
5  it's the remainder of a paragraph at the top of
6  page four of five, and the statement says.
7       "Defendant Buckinghams called Wyoming
8  Mechanical to fix the system that they had recently
9  installed. The repair was scheduled, but at no
10 time did defendant Wyoming Mechanical inform the
11 Buckinghams that the situation was life
12 threatening."
13      Did you ever tell the Buckinghams that the
14 situation of carbon monoxide, or of the flue being
15 loose and pouring its contents into the house or
16 garage, was life threatening?
17 A.   No. At the time that I spoke with Mr.
18 Buckingham, the pipe was back together.
19 Q.   But if it were not back together, it would be
20 life threatening. Wouldn't you agree with that?
21 A.   It could be.
22 Q.   If it were in excess 200 parts per million or
23 whatever.
24 A.   That's speculation, I'm not an expert on
25 carbon monoxide.

1  Q.   Okay, but at certain levels it would become
2  deadly?
3  A.   Yes.
4  Q.   "Had defendant Buckinghams known of the danger
5  of carbon monoxide poisoning, they would have moved
6  out of the home and allowed no one to enter until
7  Wyoming Mechanical had made the necessary repairs."
8  I guess that's their statement.
9       Do you have any comment about that?
10      MS. TIEDEKEN: Objection, it calls for
11 speculation. Go ahead.
12 A.   I was told that the Buckinghams would not be
13 in the home, that they were out of town. When I
14 spoke to Mr. Buckingham Thursday morning I was told
15 that they were en route to leaving town that
16 Thursday and that nobody would be in the home. We
17 would have arrived that there Monday with nobody
18 there.
19 Q.   Okay.
20      MR. LEWIS: Okay, I'll pass this on to Kate.
21 I may have a few more questions.
22      MS. MEAD: Okay.
23           EXAMINATION
24 BY MS. MEAD:
25 Q.   Mr. Gieck, I'm Kate Mead. We've met before.

51

1  I represent the Buckinghams in this matter.
2      So my understanding is that you're dad, Steve
3  Gieck, was the one who did the planning for the
4  Triangle Tube system that was placed in November of
5  2014?
6  A.  Yes.
7  Q.  Was there a proposal provided to the
8  Buckinghams, a written proposal of their options
9  for this install?
10 A.  Not to my knowledge.
11 Q.  And I know that you would have produced it if
12 there was one available, but I just wanted to be
13 sure.
14 A.  I believe it was a -- we were instructed to
15 replace the system.  We came up with a plan and an
16 estimated cost for the system, at which point we,
17 Steve Gieck, I'm being told from him that he spoke
18 with Mr. Buckingham and agreed upon the estimated
19 pricing and made a plan to move forward with the
20 project.
21 Q.  Okay.  Do you know if when your dad made that
22 proposal he would have given the Buckinghams any
23 option about what boiler to use?
24 A.  I don't know that.
25 Q.  At that time Wyoming Mechanical was

52

1  recommending the Triangle Tube boiler, wasn't it?
2  A.  Yes.
3  Q.  So when you heard Aaron McCormick's testimony,
4  and he said he installed perhaps six to ten
5  Triangle Tube boilers during the four year window
6  when you used the Triangle Tube boilers between
7  2010 and 2014, how many do you think Wyoming
8  Mechanical installed?
9  A.  I would be guessing to say 30 or 40.
10 Q.  But enough that it concerns you even today
11 having put those in?
12 A.  Of course.
13 Q.  You indicated that you did some research to
14 determine what may have gone wrong here.  Did you
15 keep any of that research?  Did you print any of
16 the documents off on your computer or anything?
17 A.  I do have some printouts of boiler forum type
18 dialogue.  I do have some printouts of Triangle
19 Tube's technical bulletins talking about delayed
20 ignitions and hard starts.  I do have some
21 technical bulletins of Triangle's igniter problems
22 and solutions.
23 Q.  Great.  That just enables us to --
24      MS. TIEDEKEN:  Those were produced at the
25 initial disclosure, some of that.

53

1      MS. MEAD:  I didn't see anything with the blog
2  forums.
3      MS. TIEDEKEN:  Yeah, the blog forums probably
4  were not produced.
5      MS. MEAD:  I have looked at some of those blog
6  forums, too.  And I was pretty surprised at how
7  many consumer complaints there were about the
8  Triangle Tube boilers.
9  BY MS. MEAD:
10 Q.  Have you talked to anybody at Triangle Tube?
11 You spoke about speaking to the person at
12 Intermountain about them, but did you talk to
13 anybody at the company about your concerns?
14 A.  No.
15 Q.  No?
16 A.  No.
17 Q.  Okay.  Now let's talk a little bit about the
18 piping, the new piping placed at the time of the
19 install of Triangle Tube.  Was this DuraFlex
20 piping?
21 A.  DuraVent.
22 Q.  I'm sorry, DuraVent piping.  Are you still
23 using that in installations?
24 A.  No.
25 Q.  Okay.  Why not?

54

1  A.  Because I would never want something like this
2  to happen again, and I can't be confident in a
3  product that has failed.
4  Q.  You know, you described when Mr. Lewis was
5  asking you questions, you described a little bit
6  about the hard start and the pressure that it
7  creates.
8      Is there a piping that could have withstood
9  the pressures that you think may have been produced
10 by that boiler?
11 A.  I would like to start by differentiating
12 between a hard start and a delayed ignition.
13 Q.  Oh, okay.
14 A.  I think they are two completely different
15 things.
16 Q.  All right.  And would you tell me what those
17 are?
18 A.  I believe a hard start can happen for varies
19 reasons.  I believe a hard start can happen because
20 you've got a dirty igniter or you've got a dirty
21 burn chamber or you've got a boiler that has not
22 been serviced or maintained.  A hard start is
23 something that wouldn't necessarily be alarming, as
24 stated by Mr. Buckingham as a car driving through
25 the wall.  A hard start may sound more like a woof.

1  Q.  Okay.
2  A.  Something that wouldn't alarm you.  Me, as a
3  technician knowing what a really smooth start is as
4  opposed to a hard start is something I might be
5  acute to, a layman might not be acute to a hard
6  start.
7       A delayed ignition is completely different in
8  the sense that it is ignition of too much fuel in
9  the burn chamber that creates an enormous
10 explosion.  So there is the difference -- in my
11 opinion there is a difference between a hard start
12 and a delayed ignition.
13 Q.  So my question was do you think that -- and I
14 said hard start, so you are absolutely right to
15 correct me, but do you think the delayed ignition
16 that you have opined was the problem with this
17 boiler?  Do you think there is any piping that
18 could have withstood the pressure caused by that
19 delayed ignition?
20 A.  I don't know.
21 Q.  And if the piping didn't come apart, what
22 would happen if you had, as you say, this kind of
23 an explosion a the delayed ignition?
24 A.  I can only give an example that I had several
25 weeks even up to a few months after this incident

1  at the Buckinghams' project.  I was on a project
2  where I was told the boiler wasn't running.  I knew
3  it was a Triangle Tube.  I went up to see what was
4  going on with it.  I started the boiler and there
5  was a delayed ignition, and the condensate trap of
6  the bottom of the boiler blew off at my feet.
7       That was on that boiler system the weak point.
8  That's -- I guess you're going to have to -- you
9  never know how long of a delay it is.  The longer
10 the delay, the worse the ignition is going to be.
11 Q.  Mm-hmm.
12 A.  In this circumstances the weak point in this
13 boiler system was the condensate trap.  I replaced
14 the condensate trap.  I pulled the igniter out of
15 the boiler, which was one of the old igniters that
16 is on Triangle's list of problematic igniters.  I
17 replaced it with the most current revision of
18 igniter, turned the boiler on, and it fired
19 smoothly.
20 Q.  Perfect.  Speaking of the revisions, how does
21 information come to you from -- whether it's
22 Triangle Tube or Lochinvar -- about changes they
23 have made to a boiler that they want you to be
24 attentive to?
25 A.  Triangle Tube has never provided me with any

1  of that information.  If Lochinvar -- I am part of
2  their VIP contractor forum, and those types of
3  information are passed on to me via that forum.
4  Q.  Do you know if there's any requirements that,
5  under law or otherwise, for these companies to let
6  you know if they have made a change?
7  A.  I do not know that.
8  Q.  Have you ever gotten a recall type of notice
9  from a boiler maker?
10 A.  Yes.
11 Q.  And how did that come to you?
12 A.  Umm, Viessmann Manufacturing is a boiler
13 company that we used for years and years.  And at
14 one point they had a faulty O-ring in their gas
15 valves, and they were very good about getting us
16 the O-ring and the information to replace them on
17 their boilers.  They provided us with new rings and
18 provided us with the information and the range of
19 serial numbers that included this recall.
20 Q.  Do you file like Triangle Tube should have
21 provided you with new igniters to conform with
22 their revisions?
23 A.  Absolutely.
24 Q.  Did Intermountain indicate to you whether they
25 had been provided with new igniters for the boilers

1  that they had distributed?
2  A.  After the incident at the Buckinghams, I was,
3  as a matter of course, replacing every igniter that
4  I could get my hands on.  I was told from Sharice
5  at Intermountain Sales that she was going to get me
6  several igniters to carry with me to replace on
7  boilers.
8       I never received those, but it didn't matter
9  to me I had a truck to full of them if that if I
10 could get my hands on the boiler it was going to be
11 replaced.
12 Q.  So you had done that around Jackson to these
13 30 or 40 boilers you've put in?
14 A.  Yes.
15 Q.  Yes?
16 A.  Yes.
17 Q.  I think that you've already answered this
18 question.  Do you intend to express an opinion at
19 trial as to what went wrong?
20      MS. TIEDEKEN:  I'll answer that.  Yes.
21      MS. MEAD:  Okay, yes.  All right.
22 BY MS. MEAD:
23 Q.  And I think you already said what you think
24 went wrong with was this delayed ignition.  I got
25 that right, didn't I?  Not the hard start.

59

1    A.   Right, delayed ignition.
2    Q.   Okay.  I think you said earlier that you don't
3    know what kind of warranty there was on the unit.
4    Did Triangle Tube replace this boiler in your
5    inventory?
6    A.   No.
7    Q.   Did you have any or have you had any written
8    correspondences or verbal correspondence with
9    anyone there about backing up the sale of their
10   boiler with a guarantee?
11   A.   At this point I have no interest in Triangle
12   Tube at all.  I will, and have told the rep at the
13   time, that I'll never use another Triangle product
14   again.  So, no, I have had no correspondence and I
15   have asked them on for no compensation for this.
16   Q.   All right.  When you put in the Lochinvar --
17   and you were involved in that installation, weren't
18   you?
19   A.   Yes, personally.
20   Q.   What type of piping did you use at this time?
21   A.   The make-up air was PVC the flue was CPVC.
22   Q.   And we heard from Mr. McCormick about that.
23   Do you agree with his discussion about that CPVC?
24   A.   I agree with his interpretation of solvent
25   welding.

60

1    Q.   Mm-hmm.
2    A.   I don't agree with his statement that it is
3    extremely expensive.
4    Q.   Okay.  The expense, if you had known that the
5    DuraFlex might blow apart, the expense would not
6    have been a part of your equation in putting the
7    boiler system in, would it?
8    A.   Expense was not a part of this boiler
9    installation from the very beginning.
10   Q.   Correct.  Okay, I understand.  And now that
11   you've put the CPVC piping in, are you confident in
12   its integrity?
13   A.   I feel it's the best product I can use at this
14   point.
15   Q.   Why didn't Wyoming Mechanical use that CPVC in
16   the first place for the initial install?
17   A.   We felt that PP pipe was a very good product;
18   we had had extremely good luck with it.  It was
19   extremely corrosion resistant, it handled the
20   temperatures that we were asking for or that we
21   were sending through it.  And quite frankly
22   Triangle Tube uses PP pipe coming out of their heat
23   exchanger, so if the boiler manufacturer that we at
24   that time thought was a superior product was using
25   it to start their venting system, why wouldn't we

61

1    finish our venting systems with the same product.
2    It had nothing to do with cost, it solely had to do
3    with the fact that it was an improved venting that
4    we felt like was a superior product.
5    Q.   Okay.  And it was approved in the installation
6    manual.  Is that what you are saying?
7    A.   Yes.
8    Q.   Okay.  Would the CPVC pipe have been approved
9    in the installation for the Triangle Tube?
10   A.   Yes.
11   Q.   And there are no clasps on the CPVC?
12   A.   It's a solvent weld, so no clasps.
13   Q.   So you think this is the better system, don't
14   you?
15   A.   At this point, yes.
16   Q.   And you told Greg Buckingham that you thought
17   it was a better system.
18   A.   Yes.
19   Q.   Have you spoken to anybody at DuraVent
20   regarding their venting system?
21   A.   No.
22   Q.   I think you've answered the questions about
23   the telephone call.  Do you keep a log of where
24   Bill Doyle, your service man, works on weekends?
25   A.   No.

62

1    Q.   But he does work on weekends; is that right?
2    Was Aaron correct?
3    A.   If required or if requested, yes.
4    Q.   Okay.
5    A.   We do 24-hour emergency service.
6    Q.   Why didn't you send him out to the
7    Buckinghams?
8    A.   Because I was told that the boiler flue was
9    together and that the Buckinghams would be out of
10   town, and that Monday would be fine when we came
11   out there to work on the system.
12   Q.   You testified previously that you thought Mr.
13   Buckingham said that the caretaker would keep an
14   eye on it.  He was a person, right, going into that
15   garage that could have been injured as well,
16   correct?
17   A.   Yes.
18   Q.   And I think you said several times that you
19   did not warn Mr. Buckingham about the dangers
20   associated with the pipe coming loose and the
21   delayed ignition?
22   A.   I didn't know about the delayed ignition at
23   that point.
24   Q.   But you didn't warn him about the possibility
25   of carbon monoxide as a result of the pipe coming

63

1   loose?
2   A.   No.
3   Q.   I guess I just wonder why not.
4   A.   Because the pipe had been put back together,
5   because the Buckinghams were leaving town, and I
6   was told nobody would be around.
7   Q.   If you had to do it again, would you have told
8   him?
9   A.   Yes.
10  Q.   I think you said that you typically do not go
11  out on a job to do an inspection after the job is
12  done, such as the job that was done at the
13  Buckinghams in November 2014.
14  A.   I run around the field all day long, so
15  sometimes yes sometimes no, it just depends on the
16  day.  It depends on the job.  But I do inspect lots
17  of work all day long.  This particular job I was
18  not -- I did not inspect after the completion of
19  it.
20  Q.   Now when you spoke about the fact that the --
21  was it combustion test was not done on this product
22  after Mr. McCormick and his crew put it in?  Would
23  that have indicated -- would that have shown
24  anything that might have indicated this delayed
25  ignition problem?

64

1   A.   No.
2   Q.   And would any of the error codes for lockout
3   of the boiler have indicated anything that would
4   have raised red flags about the delayed start?
5   A.   No.
6   Q.   I just have to finish before you answer.
7   A.   Oh.
8   Q.   Thank you.
9   A.   All the error codes that were in the boiler
10  were from low water, and that was immediately after
11  the boiler had been installed.  And that was based
12  off the garage slab leak that we had spoken about
13  earlier.
14  Q.   And you are going to look for anymore
15  messages.  Let's see.
16      In your research about Triangle Tube, have you
17  found any indication that there's any class action
18  lawsuits against them or anything of that nature?
19  A.   I've seen class action -- I've seen lawsuits
20  filed against Triangle Tube.  I don't know the -- I
21  don't have the ability to know exactly what they
22  are about.
23  Q.   Okay, fair enough.
24      MS. MEAD:  I think that's all I have.  Just
25  one moment, I think I would like to -- can we take

65

1   just a tiny break?
2       MR. LEWIS:  Sure.
3       (Brief recess taken.)
4       MS. MEAD:  I don't have any more questions for
5   Mr. Gieck.
6       Anything further from you, Dave?
7       MR. LEWIS:  I'm just thinking.  Yes, I have a
8   couple questions.
9              FURTHER EXAMINATION
10  BY MR. LEWIS
11  Q.   Where did you find the actions that have been
12  brought or description of actions that have been
13  brought against Triangle Tube?
14  A.   Google searches.
15  Q.   Just searchs?
16  A.   Yes.
17  Q.   You didn't find a particular site that gave
18  you a whole list of cases, just went from one to
19  another?
20  A.   Yes.
21  Q.   When you performed the testing on the Triangle
22  Tube boiler at the Buckingham home on February 2nd,
23  did you do any testing?
24  A.   Yes.
25  Q.   And on February 6th did you do any testing?

66

1   A.   I was present during the expert's testing.
2   Q.   And on the 9th the experts were there as well,
3   the following Monday.
4   A.   The 9th is when I was present.
5   Q.   Okay, not on the 6th.
6   A.   No, sir.
7   Q.   So you've told us what you did on the 2nd.  Do
8   you believe you've told us everything that you --
9   let me just ask you again, what testing did you do
10  on the 2nd?
11  A.   We went into the home or we went to the home
12  of the Buckinghams.  First thing we did, like any
13  boiler trouble shooting call that we have, we look
14  at the exterior first.  We look at the fuel source,
15  i.e. the propane tank to make sure that there is
16  adequate propane in them.  We look at the regulator
17  on the outside of the house to make sure that it is
18  not obstructed with snow or had been hit by ice or
19  is covered up in any way or the valves are off.  We
20  look at the flue exit of the home, so where the
21  flue and the make-up air pull in, in this case
22  through the side wall.
23      And then we entered the garage, did a visual
24  inspection of everything there, the condensate
25  trap, making sure that it was full of water or

1 condensate, making sure that the Axiom tank, the
2 boiler feed tank was full.  Visual inspection of
3 the inside of the boiler, gas valves, making sure
4 everything look all right from a visual standpoint,
5 visually inspected the flue.
6     At that point we turned on the boiler with the
7 gas off to see if we could look at any of those
8 fault histories, see if it had faulted out at any
9 point, found no faults except for the original low
10 water fault that occurred in November.
11     At that point we hooked up a manometer,
12 which is an instrument that we use to measure gas
13 pressure at a gas valve to make sure that the
14 incoming gas pressure was within parameters, which
15 it was.  I took apart the gas valve, took the gas
16 valve apart from the blower motor to verify that
17 the proper orifice for liquid propane was
18 installed, which it was.  I believe it was a .22
19 orifice that was installed which is what it should
20 be for a 175,000 BTU unit.
21     At that point we turned the fuel on and let
22 the boiler fire.  We had the combustion analyzer in
23 the flue at that point and watched the combustion.
24 Turned it on and off several times, took it from
25 high fire back down to low file to several times to

1 see if we could replicate this problem, which we
2 were un able to, went ahead and made a three
3 quarter of a turn adjustment to the throttling
4 valve to bring the oxygen and the O2 or the CO2
5 within the parameters of the manufacturer.  Again,
6 cycle the boiler on and off, on and off, on and
7 off, high fire, low fire, high fire, low fire, at
8 which point it ran as it was supposed to, properly.
9     Turned the boiler off, told Dave Schuler that
10 I wasn't going to allow this boiler to run under my
11 watch because I couldn't figure out what was going
12 on with it, and left.
13 Q.   I want to go to the weekend, but what did you
14 do with the boiler?  It was sent to Denver, or
15 somebody sent it to Denver?
16 A.   So that -- the day I was with the experts, the
17 9th.
18 Q.   Monday is the 9th?
19 A.   It was Monday the 9th.  Went through all their
20 testing, was present for all their testing.  When
21 they felt that they had done all the testing that
22 needed to be done, Jay Freeman requested that the
23 boiler be taken down, that the flue be taken down
24 in as few pieces as possible to keep the integrity
25 of it, and so I was the only one on site with

1 tools, so I performed the boiler being pulled off
2 the wall.  I did that with them present, but I went
3 ahead and did that for them and loaded it in the
4 back of the truck, I believe Boyd's truck.  And
5 that was the last time I had contact with that
6 boiler, and I was told that it was headed to
7 Colorado.
8 Q.   Did you replace the Triangle Tube with a
9 Lochinvar at your expense or at Mr. Buckingham's
10 expense?
11 A.   I did not bill Mr. Buckingham for any further
12 work to his boiler system.
13 Q.   Including the appliance itself?  Did he pay
14 for the appliance?
15 A.   No.
16 Q.   I guess you weren't there on the 6th but you
17 were there on the 9th; is that right?
18 A.   Correct.
19 Q.   Do you know what happened on the 6th?
20 A.   I don't know.
21 Q.   Do you know who was there on the 6th?
22 A.   I don't know.  I wasn't even told that there
23 was going to be anybody there.  On the 9th I got a
24 call from Mr. Buckingham saying where are you?  And
25 I said I'm working in town.  What's up?  He said

1 well everybody is out here, you should have known
2 about this.  And I said okay.  And so I got in
3 my -- I was in my truck I was at a job and I left
4 immediately and went to the Buckinghams and was
5 present.
6 Q.   So who else was there?
7 A.   Umm.
8 Q.   As you can recall.
9 A.   Mr. Freeman is one that I remember, I believe
10 there was some legal counsel for Mr. Buckingham or
11 the insurance company, Triangle Tube was there with
12 I believe an engineer and an attorney, and maybe
13 another expert.  I'm not -- there were so many
14 people there I'm not sure, I'm not sure exactly who
15 all was there.
16     MS. LEWIS:  Do you have pictures or anything
17 he can identify?
18     MR. LEWIS:  No.  We have -- we were just
19 wondering about the...
20     THE WITNESS:  I was there alone.
21 BY MR. LEWIS:
22 Q.   I'm sorry?
23 A.   I was there by myself, there was no one
24 representing me there except me.
25 Q.   Just you.  No, that wasn't my question.

1    What I was going to try to do is find the
2 videos of those to see whether -- to see maybe who
3 was there.  As I said, I had trouble opening some
4 of these, in fact almost all of them.
5    That's 2015.  Start over, 2015 02/06 and you
6 weren't there on February 6th.
7 A.   Is that Friday?
8 Q.   That's a Friday.
9 A.   No.
10 Q.   Here's the 9th.
11    (Video playing.)
12 Q.   Who was that talking, do you know?
13 A.   I'm not sure.
14 Q.   That wasn't you?
15 A.   No.
16 Q.   Okay.
17    MS. MEAD:  That was Jay talking originally,
18 but not the second voice.
19    THE WITNESS:  I know that Jay Freeman took
20 pictures of everybody's cards that was there, so
21 there should be a record of who was there.
22    MR. LEWIS:  He does that all the time.
23    (Video playing.)
24 Q.   Do you know who that was talking?
25 A.   I assume it was the Triangle Tube guy.  I

1 didn't touch the boiler other than doing the
2 removal.
3 Q.   So they just created a failed ignition I guess
4 at that point?
5 A.   Exactly, the same way I did when I originally
6 went to that boiler, because the fuel was off, it
7 attempted to fire, but it doesn't because there is
8 no fuel so it's going to show a faulty ignition.
9 Q.   That's how you create it?
10 A.   Yes, from a testing standpoint.
11 Q.   I was hoping we could identify --
12 A.   I couldn't tell you who any of the people were
13 there even if I saw a picture.  I could say, yeah,
14 he was there, but I don't know their names.
15 Q.   Okay.
16 A.   I knew Jay Freeman.
17 Q.   I was going to say you knew Jay.
18 A.   Well, I met him there, but I could recognize
19 him because he had cameras all over him and I could
20 say that was Jay, but the other guys I couldn't
21 tell you.
22 Q.   What did he have all over him?
23 A.   Cameras.
24    MS. MEAD:  Cameras.
25 Q.   What are they adjusting there?

1 A.   The throttling screw.
2 Q.   What does that do?
3 A.   Changes the air to fuel mixture.
4 Q.   What's this red in there?
5 A.   That is paint that is put on to indicate if
6 anything has been adjusted.
7 Q.   They use wax for that too, don't they?
8 A.   No, it's a nail polish type paint.
9 Q.   So if anybody puts a screwdriver in there, you
10 could see it's been fiddled with?
11 A.   Yes.  And that was the way -- when I had gone
12 back to the 9th, they compared pictures that I had
13 taken and what I had told them I adjusted the
14 boiler to, they compared that to the paint so they
15 could see where I had turned the throttling screw
16 three quarters of a turn clockwise they could see
17 where, when they turned it back, that it matched
18 back up with the paint to verify.
19 Q.   Why did you throttle that up?
20 A.   To put the combustion within the
21 manufacturer's recommendation.
22    (Video playing.)
23 Q.   Let me stop that just a second.
24    So that counterclockwise move they made looks
25 like half a turn.  What was that for, do you know?

1 A.   That was to put it back to the condition it
2 was in at the time of the incident.
3 Q.   Okay.
4 A.   Or the position I should say, the throttle
5 screw position.
6    (Video playing.)
7 Q.   And there is one more, and I'm going to try to
8 have to get these other ones.
9    (Video playing.)
10 Q.   That one is pretty obvious as to what they
11 were doing.
12 A.   Yes.
13 Q.   That appears to me from the testimony that
14 we've heard, that they are taking that -- that
15 particular joint where they took that is where
16 there was testimony here yesterday that the boiler
17 failed from Mr. Buckingham and Mr. Schuler.  I'm
18 just telling you that.  Do you know that?
19 A.   I never was present when the flue had come
20 apart.
21 Q.   And you never -- so you never really knew
22 where it had become disjointed, the flue pipe from
23 the boiler?
24 A.   No.  I could only assume.
25 Q.   You just knew that it had?

75

1    A.  Yes.
2        MR. LEWIS:  If we could take five minutes to
3    just doing something, I would like to just take a
4    look at my notes to make sure you are done.
5        Do you want to go ahead?
6        MS. MEAD:  I have something, too.
7        MR. LEWIS:  Do you want to go ahead, Kate?
8        MS. MEAD:  Yeah, I do.
9            FURTHER EXAMINATION
10   BY MS. MEAD:
11   Q.  On the Monday after the accident when you went
12   out to take a look at the boiler, did Dave Schuler
13   tell you where the venting had come apart?
14   A.  I don't recall.  I don't recall that he had
15   specifically said it was that joint.  He had said
16   the venting had come apart, but I don't know which
17   joint it was.
18   Q.  So you didn't take apart a joint and put it
19   back together while you were out there?
20   A.  We did, we did.  We took apart a joint that we
21   could see there was some corrosion on a clip, and
22   also that the vent looks like it had started to
23   push apart, so we checked that before we fired the
24   boiler again.
25   Q.  Mm-hmm.

76

1    A.  And he might have said that, I don't recall
2    our exact conversation, but we did look at the
3    vent.
4    Q.  And you said it looked like it was coming
5    apart.  When you started to disassemble it were you
6    able to confirm that it was coming apart?
7    A.  I couldn't confirm that it had come apart,
8    only from what people had told me.  You could see
9    on the vent itself, and we can look in one of the
10   exhibits where there's rings that would make me
11   assume that it had slowly started to come apart,
12   because there was intervals at which there were
13   marks on the pipe.
14   Q.  Oh, I see what you are talking about.
15   A.  There you go.
16   Q.  So I'm showing you what's been marked as
17   Exhibit Number 31.
18   A.  This was the vent that we took apart.  And you
19   can see on the pipe there's rings.
20   Q.  Yeah, it looks like dirty water almost kind of
21   thing, black rings.
22   A.  Yes.  Which indicated to me that it had moved
23   here and then moved here and then moved here and
24   then moved here.
25   Q.  Okay.  So as this is on Exhibit 31, would it

77

1    need to be pushed together?
2    A.  Correct.
3    Q.  That helps, thanks.
4    A.  And my assumption is that this corrosion --
5    Q.  Mm-hmm.
6    A.  -- is from the flue gas and the condensation
7    that had to have been leaking onto it and corroding
8    that clip.
9    Q.  Perfect, thank you.
10       MS. MEAD:  That's all I have.
11           FURTHER EXAMINATION
12   BY MR. LEWIS:
13   Q.  So these circles here are of corrosion.  Do
14   you think each of those is a separate event or was
15   that a sequence of it moving forward or backwards?
16   A.  I don't know.
17   Q.  You don't know that?
18   A.  I don't know.
19   Q.  But it's your opinion, and I think we can all
20   see that they are circular, I guess they probably
21   go around the hole.  That would continue around the
22   whole pipe; is that correct, each of these circles?
23   A.  Yes.
24   Q.  And your opinion is that those were created as
25   the pipe was separating?

78

1    A.  That's my opinion.
2    Q.  That's your opinion?
3    A.  Yes.
4    Q.  But you don't know whether that was one event
5    or several?
6    A.  No.
7        MR. LEWIS:  That's all I have, too.
8        MS. MEAD:  Thank you.
9        MS. TIEDEKEN:  Okay, we're done.
10   We'll read and sign.
11   (Deposition concluded at 12:00 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

79

1          CERTIFICATE OF DEPONENT
2     I, DAVID GIECK, the deponent in the foregoing
3  deposition,
4     DO HEREBY CERTIFY that I have read the
5  foregoing and attached 78 typewritten pages, and
6  that the same are, with changes or corrections, if
7  any, set forth on the following correction sheets,
8  a full, true, accurate and correct transcript of my
9  deposition on oral examination given at the time
10  and place therein indicated.
11
12     Executed this _____ day of _____, 2015.
13
14  Signature:    _____
               DAVID GIECK
15
16
    STATE OF        }
17           } ss.:
    COUNTY OF     }
18
19
    Sworn to and subscribed before me this_____
20
    day of _____, 2015.
21
22
            _____
23
24       My Commission expires:
25

80

1          REPORTER'S CERTIFICATE
2
3  STATE OF IDAHO    }
           } ss.:
4  COUNTY OF FREMONT  }
5
6     I, Denise a Shorthand Reporter and
7  Notary Public within and for the State of
8  Idaho, do hereby certify:
9      That I reported the proceedings in
10  the within entitled matter, and that the within
11  transcript is a true record of such proceedings.
12      That I am neither attorney or counsel
13  for, nor related to or employed by, any of the
14  parties to the action in which said deposition is
15  taken; and, further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto or financially interested in the
18  action.
19      IN WITNESS WHEREOF, I have hereunto
20  set my hand this 1st day of December, 2015.
21
22        _____
23       DENISE NOWAK
        Notary Public State of Idaho
24       My Commission Expires: 3/13/2021
25