**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

_____

FRANCISCO L. HERRERA and   )
JOANNA HERRERA, CO-WRONGFUL )
DEATH REPRESENTATIVES, for  )
the exclusive benefit of    )
the beneficiaries of MONICA )
HERRERA, deceased, who have )
sustained damages for her   )
wrongful caused death,      )
        Plaintiffs,         )
                            )
    vs.                     )  Civil Action No.:
                            )   15-CV-128-F
GREGORY BUCKINGHAM and       )
DEBORAH BUCKINGHAM, both in  )
their individual capacities  )
as Trustees of the BUCKINGHAM )
FAMILY TRUST; and GREGORY    )
BUCKINGHAM and DEBORAH       )
BUCKINGHAM as individual     )
defendants; and WYOMING      )
MECHANICAL, INC., a Wyoming  )
Corporation;                 )
TRIANGLE TUBE/PHASE III CO., )
INC., a New Jersey Corporation;)
and, M&G GROUP DURAVENT, INC.,)
a New York Corporation,      )
        Defendants.          )
_____

TRANSCRIPT OF DEPOSITION OF
AARON MCCORMICK

Taken at
235 East Broadway
Jackson, Wyoming
April 26, 2016
9:05 a.m.

COURT REPORTER: Denise Nowak
Certified Shorthand Reporter
and Notary Public

**Page 2**

APPEARANCES

For the Plaintiffs:

    David G. Lewis, Esquire
    Migs Lewis, Legal Assistant
    P.O. Box 8519
    6540 Upper Cascades Drive
    Jackson, Wyoming 83002
    (307)739-8900
    davelewis@bresnan.net

For Defendant Wyoming Mechanical, Inc.:
    Julie Nye Tiedeken, Esquire
    McKellar, Tiedeken & Scoggin, LLC
    P.O. Box 748
    702 Randall Avenue
    Cheyenne, Wyoming 82003
    (307)637-5575
    jtiedeken@mtslegal.net

For Defendants Gregory and Deborah Buckingham:

    Katherine L. Mead, Esquire
    Mead & Mead
    1200 N. Spring Gulch Road
    P.O. Box 1809
    Jackson, Wyoming 83001
    (307) 733-0166
    kate@meadlaw.net

For Defendant Triangle Tube/Phase III Co., Inc.:
    Joseph P. McGill, Esquire, pro hac vice
    Foley Baron Metzger Juip, PLLC
    38777 Six Mile Road
    Suite 300
    Livonia, Michigan 48152
    (734) 742-1825
    jmcgill@fbmjlaw.com

**Page 3**

APPEARANCES (cont'd)

For Defendant M&G Group DuraVent, Inc.:

    Richard A. Waltz, Esquire
    The Waltz Law Firm
    1660 Lincoln Street
    Suite 2510
    Denver, Colorado 80264
    (303) 830-8800
    dwaltz@waltzlaw.com

Also Present:

    Francisco Herrera

    Joanna Herrera

    David Gieck

**Page 4**

INDEX

WITNESS:
Aaron McCormick                              Page
Examination by Mr. Waltz                      5
Examination by Mr. McGill                     81
Examination by Ms. Mead                      179
Examination by Mr. Lewis                     182
Continued Examination by Mr. Waltz           197
Continued Examination by Mr. McGill          207

EXHIBITS:

No.   Description                            Page

63 - Photograph of Pipe and Locking Clip at
     Elbow                                    74
64 - Close-up Photograph of Locking Clip at
     Elbow                        75
65 - Photograph of Pipe and Locking Clip at
     Elbow                        76
66 - Photograph of Pipe and Locking Clip at
     Elbow                        77
67 - Blank Teton County Mechanical Permit
     Application                             194

Pages 1 to 4

**Exhibit E**

1  April 26, 2016
2  P R O C E E D I N G S:
3          AARON CLIFFORD MCCORMICK,
4  called as a witness at the instance of Defendants
5  M&G Group, DuraVent, Inc., and Triangle Tube, being
6  first duly sworn, was examined and testified as
7  follows:
8              EXAMINATION
9  BY MR. WALTZ:
10  Q.    Would you state your full name and spell your
11  last name, please?
12  A.    My full name is Aaron Clifford McCormick.
13  That's M-C-C-O-R-M-I-C-K.
14  Q.    Mr. McCormick, my name is Dick Waltz.  We met
15  just before the deposition.  I represent M&G and/or
16  DuraVent in a lawsuit that's been filed against
17  them by the Herreras and Mr. Lewis on their behalf.
18       I know your deposition's been taken before,
19  I've read it, and I'm going to try very hard not to
20  go over in detail what was covered in that
21  deposition.
22       My client was added later in the litigation,
23  which is why we are doing this again.  Mr. McGill
24  down there represents Triangle Tube, the
25  manufacturer of the boiler.

5

1  Q.    If you don't say something, I'm going to take
2  it that you understood the question.  All right?
3  A.    Yes.
4  Q.    We need verbal responses; yes, no, or a series
5  of words rather than what we call guttural
6  responses, like, mm-hmm or uh-uh, because the court
7  reporter can misinterpret those.  Okay?
8  A.    I'm aware of that.
9  Q.    In everyday conversation we normally speak
10  over each other.  I'm going to try very hard not to
11  interrupt your answers, and I'm going to ask you to
12  not interrupt my questions, because sometimes they
13  go on.
14  A.    Yes.
15  Q.    If we go to trial, you understand this is like
16  being in front of a judge and jury.  Do you
17  understand that?
18  A.    Yes, I do.
19  Q.    Have you reviewed anything in preparation for
20  your deposition?  And I don't want to know anything
21  you've discussed with Ms. Tiedeken.
22  A.    I reviewed my previous deposition.
23  Q.    When you reviewed it, was there anything that
24  you saw that you said, boy, that was a mistake?
25  A.    No.

7

1       And when I say I represent M&G DuraVent does
2  that mean anything to you?
3  A.    It means you are a lawyer for that company,
4  yes.
5  Q.    Do you know what M&G DuraVent is?
6  A.    I know DuraVent.  I don't know M&G.
7  Q.    We are going to call it DuraVent throughout
8  this.  Okay?
9  A.    That's fine.
10  Q.    What do you know about DuraVent?
11  A.    It's what we consider a PP pipe manufacturer.
12  Q.    What does PP stand for, if you know?
13  A.    It's poly something; I don't recall exactly
14  what it stands for.
15  Q.    Are there other manufacturers of PP pipe than
16  DuraVent, if you know?
17  A.    I believe there are, yes.
18  Q.    Have you worked with any other manufacturers
19  of PP pipe than DuraVent?
20  A.    Not that I recall directly.
21  Q.    Now, I'm going to get through just a few
22  basics.  If I ask you a question and you don't
23  understand it, please tell me and I'll try to
24  rephrase it.  Okay?
25  A.    Okay.

6

1  Q.    You know, something jumped off the page and
2  you thought I should have said yes there instead of
3  no; anything like that?
4  A.    No.
5  Q.    Did you review anything else?
6  A.    Ms. Tiedeken sent me some timesheets to kind
7  of like refresh the timeline, because it's been a
8  while now.
9  Q.    What kind of timesheets were they?
10  A.    My timesheets that I had with Wyoming
11  Mechanical when I was employed with them.
12  Q.    Did you have those with you today?
13  A.    I did not bring them with me.
14      MR. WALTZ:  Have those been produced?
15      MS. TIEDEKEN:  Yes.
16  BY MR. WALTZ:
17  Q.    And when you say timesheets, what are you
18  describing?
19  A.    The amount of time I spent on that job.
20  Q.    It's not like a timecard?
21  A.    No.
22  Q.    Did you review anything else?
23  A.    Yes.  I reviewed some supply house receipts
24  just setting up the timeline for everything, so I
25  could see that, yes, I purchased this, yes, Steve

8

1  Gieck purchased that, and things like that.
2  Q.    We'll go through some of those momentarily.
3      Anything else you reviewed?
4  A.    No.
5  Q.    You are still a master plumber?
6  A.    Yes.
7  Q.    You're licensed in the State of Wyoming?
8  A.    Licensed with Teton County, yeah.
9  Q.    Your business is 307 Mechanical?
10 A.    Yes.
11 Q.    You spent roughly eight years at Wyoming
12 Mechanical?
13 A.    Yes.
14 Q.    You learned what you knew about plumbing from
15 Dave Gieck for the most part?
16 A.    Umm, I would say from -- I worked under a
17 master plumber and I learned my trade from him,
18 under the supervision of David Gieck and his
19 company.
20 Q.    And the master plumber was who?
21 A.    Todd Corey.
22 Q.    You were one of the people involved in the
23 installation of the Triangle Tube boiler at the
24 Buckingham residence, correct?
25 A.    Yes.

9

1  Q.    Prior to that particular installation, had you
2  installed other Triangle Tube boilers?
3  A.    Yes.
4  Q.    Your estimate was how many?
5  A.    I want to say it was five to ten.
6  Q.    Were any of them Prestige 175s?
7  A.    I don't recall the Prestige 175, but
8  definitely the Prestige; whether they are a
9  different BTU model, I'm not sure.
10 Q.    I'm sure Mr. McGill will have more questions
11 for you on that.  I'm going to focus on the
12 installation itself.
13     You were part of the demo as well?
14 A.    Yes.
15 Q.    What do you do when you demo?
16 A.    You just remove all of the old stuff that you
17 are not going to be reusing.  So for us, we cut
18 everything back to the supply and return and
19 removed boiler pumps, tanks, other things like
20 that.
21 Q.    Where had the boiler been located at the
22 Buckingham residence?
23 A.    In the garage.
24 Q.    So it was actually in the same place that the
25 Triangle Tube was placed?

10

1  A.    Yes.
2  Q.    And where was the intake and exhaust for that
3  particular boiler?
4  A.    If you looked at any of the pictures that have
5  been put in the mix, you'll see that we used the
6  same termination point as the original boiler.
7  Q.    So if I look at the outside -- actually, we
8  have one right here, and we'll get into it later.
9  This has actually been marked.
10     When you say, termination point, you mean
11 where that exhaust comes out?
12 A.    Mm-hmm.  That's where the original boiler
13 exhaust vented.
14     MR. WALTZ:  This is terrible.  For the record,
15 this is exhibit --
16     MS. TIEDEKEN:  There is a similar picture
17 which is Exhibit 33.  That particular picture is a
18 little bit different.
19     MR. WALTZ:  I read some of these depositions
20 and people were talking about stuff, and I could
21 not for the life of me figure out what they were
22 talking about.
23     MS. TIEDEKEN:  Are you looking for 33?  I
24 believe it's in this notebook.
25     MR. WALTZ:  If you would hand that to the

11

1  witness, that would be great.
2      MS. TIEDEKEN:  I'm mistaken.  It's not 33.
3  It's 32.
4  BY MR. WALTZ:
5  Q.    So you are looking at Exhibit 32, which is
6  similar to this photograph we have on the table,
7  correct?
8  A.    Mm-hmm, yes.
9  Q.    I'm going to get rid of the one on the table.
10     So looking at 32, that's the termination
11 point; is that correct?
12 A.    Yes.
13 Q.    And if I look inside, I will see where that
14 piping goes through that wall?
15 A.    Yes.
16 Q.    Did you use the same -- what did you do as you
17 installed the new?  And I'm jumping ahead here, but
18 what did you do with respect to using both the
19 exhaust and the intake and putting it through that
20 wall?
21 A.    What I did is in order to not make another
22 hole through the side of the house, we made this
23 hole work for our termination.  So we used what is
24 a concentric vent, and we mounted that up into its
25 location.  And from it being mounted there, we then

12

1  piped the vent back to the boiler.
2  Q.    Did you do anything special to the exterior
3  for the concentric vent, like seal it or anything
4  of that nature?
5  A.    If I recall, we might have used some silicone
6  around the exterior to keep water from getting back
7  in the wall.
8  Q.    Can you see the silicone?
9  A.    I do not see the silicone.
10  Q.    Could you see the silicone if you had applied
11  it?
12  A.    Yes.
13  Q.    So looking carefully at Exhibit 32, can you
14  see silicone?
15  A.    I cannot see it in the picture.
16  Q.    Can you explain why you can't see it?
17  A.    Because I don't --
18  Q.    It could be --
19  A.    -- I don't see it.
20  Q.    Is that because you, perhaps, didn't use it?
21  A.    Perhaps I didn't.
22  Q.    Were you the one that actually did that
23  install or did someone do that under your
24  direction?
25  A.    Under my direction.

13

1  Q.    So it would have been one of your helpers that
2  day?
3  A.    Mm-hmm, yes.
4  Q.    And those two people were?
5  A.    Brian McCormick and Matt Sills.
6  Q.    Brian McCormick is your brother, I take it?
7  A.    Yes.
8  Q.    Do you know which one did the install of that
9  particular component?
10  A.    I believe it was Matt Sills.
11  Q.    Did you tell him to use silicone?
12  A.    We're talking about siliconing around the trim
13  plate here; is that correct?  We are on the same
14  page there?
15  Q.    Yep.
16  A.    I don't recall if I told him to use silicone
17  around that or not.
18  Q.    How would he know to do that?
19  A.    He would take my direction.
20  Q.    So you would have to tell him?
21  A.    Yes.
22  Q.    And I'm sure that within the passage of time,
23  you don't have a memory of that?
24  A.    I don't recall.
25  Q.    Either way?

14

1  A.    Yeah, I just don't recall at the moment.
2  Q.    Okay.  Let's get back to the demo.
3  A.    Okay.
4  Q.    You clean out the garage, you take out the
5  boiler, you take out the old piping system,
6  correct?
7  A.    Yes.
8  Q.    All of the pipe we see in the photographs, and
9  we'll get into some of those a little later, that's
10  all new piping?
11  A.    Yes.
12  Q.    Did you read anything in advance of installing
13  the boiler?
14  A.    No.
15  Q.    Had you ever read any materials from Prestige
16  on the installation of boilers?
17  A.    Yes, I've had many manuals that I've scanned
18  through and used as reference for piping and other
19  things.
20  Q.    Was there any procedure or policy at Wyoming
21  Mechanical, when you went out on a job, as to what
22  you should do before installing a product, such as
23  reviewing that product's literature?
24  A.    There wasn't any set procedure; I would say
25  that would be more common sense to read the

15

1  literature.
2  Q.    Well, some people might say that if I
3  installed one of these before, I don't have to read
4  it again.  Do you follow me?
5  A.    I'm following you, yeah.
6  Q.    And sometimes there will be changes in
7  products that may have occurred from the last one
8  you installed.  How would you know that?
9  A.    That's a good point.  You would read that in
10  the literature.
11  Q.    But how would you know to read that in the
12  literature if you weren't typically reading the
13  literature before you installed it?  I'm not trying
14  to argue with you, I'm just trying to --
15  A.    No, I understand.  Yeah, it would maybe be an
16  oversight on my part to not pick up and read the
17  literature on every install.
18  Q.    And there was no procedure for that, agreed?
19  A.    Yes, I would agree with that.
20  Q.    In other words, neither Steve Gieck nor David
21  Gieck, either one, ever told you every time you
22  went out to read the literature for that product?
23  A.    I was never directed to do that.  I would say
24  that would be more of a judgment common sense call
25  on my part.

16

Q. The materials themselves that were used for the new install, did you pick them up at the supply house?

A. Partial I picked up, and the bulk was delivered on site by the supply house.

Q. If we could, let's look at -- in that exhibit notebook. I'm just going to ask you about some exhibits because I don't know what you may have been involved with and what you may not have been. If you would go --

MR. WALTZ: Let's go off the record.

(Pause in proceedings.)

MR. WALTZ: Back on.

BY MR. WALTZ:

Q. Would you turn to Exhibit 9, please?

A. (Witness complies.)

Q. Is any of this your handwriting?

A. Yes.

Q. What portion of this is your handwriting?

A. I believe all of it.

Q. Please identify this exhibit, tell me what it is?

A. It's a material list.

Q. Prepared when?

A. I do not see a date on there.

17

Q. Is this for the Buckingham residence, I assume?

A. Yes.

Q. What did you write here (indicating)?

MS. TIEDEKEN: And you are pointing, for the record, to the top portion--

MR. WALTZ: I'll make a record once he says it. I'm showing it to him.

MS. TIEDEKEN: Well --

THE WITNESS: Pipes, new boiler.

MS. TIEDEKEN: Okay.

BY MR. WALTZ:

Q. And that's the top of the page at about the middle, right?

A. Top of the page about the middle. Underneath I believe it says description of work, but it's pretty smudged.

Q. This is a copy I've been provided, so this is what I have to work with. Okay?

A. Yes.

Q. Now, again, on the left-hand column, and what's the first entry there? I'm not going to go through every one of these.

A. 2" ABS pipe.

Q. What is that?

18

A. The condensation drain tying it in.

Q. At any point out there did you use 3"?

A. Umm, 3" PVC, yes, for the intake vent.

Q. So when I look at 2" ABS pipe, what is that related to for this install?

A. The condensation drain.

Q. Okay. And right underneath that, what did you write?

A. ABSY.

Q. And what is that?

A. It's an ABS fitting.

Q. Does anything on this page have anything to do with the exhaust or the intake for the boiler system you installed at the Buckinghams?

A. No, not that I see.

Q. What portion of the system is this addressing?

A. This would address the piping, condensation drain, expansion tank, et cetera.

Q. Did you prepare a list like this for the exhaust and the intake?

A. No. This is a material list based off of material off of the truck and out of the shop. I believe all of the venting was purchased at the supply house, so there should be records of all the venting used on supply house invoices.

19

Q. Okay. Let's turn to Exhibit 10.

A. (Witness complies.)

Q. What is this?

A. A supply house invoice.

Q. This is for the Buckinghams, correct?

A. Yes.

Q. Your name appears on here, Aaron McCormick, right?

A. Yes.

Q. And what are the components that appear on this?

A. I see ISO flanges for the pumps, sweat and purge fill valves for the piping, copper piping, and one other item, a 3" elbow. I'm not sure what that is, it says flue -- InnoFlue.

Q. Okay. What is that?

A. I don't recall what that is exactly, but according to the description, it seems to be what I would describe as a 90 versus an 87 degree, we call it a 90 degree elbow, a venting elbow.

Q. This says 87 degree, correct?

A. Yes.

Q. Did you install an 87 degree in the exhaust system?

A. Not that I'm aware of. I installed 90 degree

20

1  elbows as far as I'm aware.
2  Q.   Do you know for what reason -- first off, I
3  think this is a recall because there is a minus
4  next to each component.
5  A.   Yes, I see the return.  It says credit memo as
6  well at the top.
7  Q.   So you would read this as material that had
8  been returned from the project?
9  A.   Yes, upon reviewing.
10  Q.   You don't know why you would have taken that
11  particular piece out to the site originally?
12  A.   I would say it was one too many purchased for
13  the job.
14  Q.   All right.  Now, let's turn to Exhibit 11,
15  please.
16  A.   (Witness complies.)
17  Q.   What is this?
18  A.   This is an invoice that has Steve Gieck's name
19  on it.
20  Q.   Do you know what that is for?
21  A.   This is a 1 1/4" sweat hose purge and fill, so
22  it's a particular fitting for the copper pipe work,
23  and an isolation flange set for a pump.
24  Q.   Okay.  And you would have installed something
25  like that during this install, correct?

21

1  A.   I do not know that.
2  Q.   Have you ever read the DuraVent or M&G
3  installation materials?
4  A.   I believe I've scanned through some of their
5  literature; I don't know that I've read word for
6  word everything.
7  Q.   We can agree, can we not, that you would not
8  have reviewed it prior to doing the job at the
9  Buckinghams?
10  A.   No, I would not.
11  Q.   And when I say that I mean sometime way before
12  you might have, but not for that job.  Am I right?
13  A.   I agree.
14  Q.   And finally, if you would turn to Exhibit 16,
15  please?
16  A.   (Witness complies.)
17  Q.   This is an invoice with Ferguson.  It says
18  it's a counter pickup.  Do you know if someone from
19  your crew picked up this material?
20  A.   I don't know for sure.
21  Q.   And you see there is a number of DuraVent
22  product there.  Do you see that?
23  A.   Yes, I see that.
24  Q.   And about halfway down the left-hand column,
25  it says there are 11, and then there is a number,

23

1  A.   Yes, mm-hmm.
2  Q.   Let's turn to Exhibit 12, please -- actually,
3  let's not.  Let's turn to Exhibit 13.
4  A.   (Witness complies.)
5  Q.   Are you with me?
6  A.   Yes.
7  Q.   Your name appears here.  It is an invoice,
8  correct?
9  A.   Yes.
10  Q.   Let's go to the last entry.  What is that?
11  A.   That appears to be a flue fitting for the PP
12  pipe.
13  Q.   That's an 87 degree elbow, correct?
14  A.   Yes.
15  Q.   It says two.
16  A.   Yes.
17  Q.   And we saw the return for one, correct?
18  A.   Yes.
19  Q.   Do you know, I'm asking if you know, did you
20  install an InnoFlue 3" 87 degree elbow on the
21  exhaust at the Buckingham residence?
22  A.   I know I installed PP fittings.  I don't know
23  that I installed an InnoFlue fitting or not.
24  Q.   Do you know if the instructions provided by
25  DuraVent say anything about mixing manufacturers?

22

1  SPD-3FP something maybe.  Can you read it?
2  A.   I see that, yes.
3  Q.   And then next to it it says DuraVent.  What's
4  that say?
5  A.   3" locking band I believe it says.
6  Q.   Okay.  Had you worked with DuraVent locking
7  bands before the Buckingham project?
8  A.   No, this is the first project that I had seen
9  those on.
10  Q.   Had you installed DuraVent prior to that?
11  A.   I've installed PP pipe.  Whether it was
12  DuraVent product or not, I'm not sure.
13  Q.   Had you ever installed a locking band on an
14  exhaust pipe prior to the Buckingham project?
15  A.   Not for PP pipe.
16  Q.   Wouldn't it be a strange thing that I actually
17  have locking bands in my hotel room and I don't
18  have them with me.  I have one for Centrotherm,
19  which is a manufacturer of PP pipe, and I have one
20  for DuraVent.
21  A.   You do?
22  Q.   Yes, but unfortunately we are not going to
23  have them here today.
24  A.   I would love to see the display.
25  Q.   Maybe at a break.  But anyway, you've never

24

1  worked with a locking band before for either one?
2  A.   I didn't know they were even part of the
3  piping system until this project, so it was new to
4  me, yes.
5  Q.   How did you know how to install it?
6  A.   I feel like I'm fairly mechanically inclined,
7  so I feel like it was -- it made sense when you
8  snapped it on and slipped it over into place that
9  it was doing its job.  I don't recall seeing any
10 literature with me on site for that purpose.
11 Q.   Okay.  So what we're going to have you look at
12 -- you can set that aside.  And the exhibits from
13 yesterday are there.
14      First thing I want you to do is turn to -- I
15 didn't mark this one.  Does anyone know what this
16 one is?
17      MS. TIEDEKEN:  45.
18      MR. WALTZ:  Thank you, Counsel.
19 BY MR. WALTZ:
20 Q.   Exhibit 45.  You've seen something like that
21 before on boilers, correct?
22 A.   Yes.
23 Q.   And this comes from the Buckingham boiler.
24 Just assume that to be true, all right?
25 A.   Okay.

25

1  Q.   You see the first bullet point says, "Failure
2  to correctly install and operate this appliance can
3  result in severe personal injury or death."  Do you
4  see that?
5  A.   Yes.
6  Q.   And you would agree with that?
7  A.   I would agree with that.
8  Q.   If you would go down to the sixth bullet
9  point, please.  It starts out "Category IV Boiler."
10 Are you there?
11 A.   Mm-hmm, yes.
12 Q.   It states, "This appliance requires a special
13 venting system.  Refer to the venting installation
14 instructions provided with the boiler."  Do you see
15 that?
16 A.   Yes, I do.
17 Q.   Were there venting installation instructions
18 provided with the Prestige Triangle Tube boiler?
19 A.   Repeat the question, please?
20      MR. WALTZ:  Read that back, please?
21      (Record read.)
22 A.   Yes, I believe there were some in the
23 installation literature.
24 BY MR. WALTZ:
25 Q.   Did you read those?

26

1  A.   I believe I scanned over them.
2  Q.   All right.  And then the next to last bullet
3  point under the warnings.  It says, "Prior to
4  placing the boiler into operation, ensure vent/air
5  piping system is properly installed and sealed."  I
6  read that correctly?
7  A.   Yes.
8  Q.   Did you do that?
9  A.   Yes, I did.
10 Q.   Okay.  Now what we are going to do is go to
11 Exhibit 49.  Exhibit 49 has been provided to us by
12 the Buckinghams.  And what we know it is, is a vent
13 supplement put out by Prestige with the revised
14 date in the lower left-hand corner of October 24,
15 2013.  Do you see that?
16 A.   I see that, yes.
17 Q.   Have you read this document before, if you
18 recall?
19 A.   I don't know.
20 Q.   The first page in the lower left-hand side
21 there is a Bates label 37.  Do you see it?
22 A.   Yes.
23 Q.   I'm going to refer to those throughout this,
24 it's just easier.
25 A.   Okay.

27

1  Q.   Looking at page 37, the first warning says
2  it's intended -- "This document is intended to be
3  used by a qualified heating contractor or service
4  technician."  Correct?
5  A.   Yes.
6  Q.   Are you a qualified heating contractor and
7  service technician?
8  A.   I feel like I am, yes.
9  Q.   And then it says, "Read all instructions
10 within this document and within the Prestige Boiler
11 Installation and Maintenance Manual before
12 proceeding with the installation."  Do you see
13 that?
14 A.   Yes.
15 Q.   Under the notice it says, "The installation
16 must conform to the requirements of the authority
17 having jurisdiction, or in the absence of such
18 requirements, to the National Fuel Gas Code ANSI
19 NFPA or the Natural Gas and Propane Installation
20 Code."  Do you see that?  I left out some language.
21 A.   Yes, I see that.
22 Q.   Did any authority have jurisdiction over this
23 installation, to your knowledge?
24 A.   No.
25 Q.   Was a building permit pulled for the

28

Pages 25 to 28

1  Buckingham install?
2  A.    Not that I'm aware of.
3  Q.    Should a building permit have been pulled for
4  the Buckingham install?
5  A.    Not that I'm aware of.
6  Q.    Have you ever pulled a building permit for a
7  job like the Buckinghams, where you are taking out
8  a boiler and putting in a new one?
9  A.    I don't believe so, but I am not sure. That's
10 more of a Wyoming Mechanical procedure that they
11 would know more of.
12 Q.    But you just don't recollect that ever
13 occurring?
14 A.    No, I don't.
15 Q.    Now, if you would turn to page 43 of this
16 manual. And by the way, by not covering everything
17 in here I'm not suggesting for a minute there isn't
18 other important information in here, I'm just going
19 to ask questions about what I'm interested in.
20    MS. TIEDEKEN: Are you talking about Bates
21 stamp 43?
22    MR. WALTZ: Yes, I'm sorry. It's always going
23 to be the Bates label.
24    (Witness complies.)
25 BY MR. WALTZ:

29

1  Q.    Are you there?
2  A.    I'm here.
3  Q.    This is page 43 of this supplement. Upper
4  right-hand side corner up here under notice it
5  says, "The following is a list of approved vent
6  manufacturers and vent systems." Do you see that?
7  A.    Yes.
8  Q.    The one they approve of is Centrotherm Eco
9  Systems, and the other one is Muelink and Grol
10 B.V./DuraVent. Do you see that?
11 A.    Yes.
12 Q.    "Reference Table 2 through 7, pages 5 through
13 7 for a listing of approved polypropylene vent
14 adapters, terminations, and supports." Do you see
15 that?
16 A.    I see that.
17 Q.    PP, just for reference purposes, is
18 polypropylene. Just assume that to be true. Okay?
19 A.    Okay.
20 Q.    You see at the bottom under Table 1 it has
21 "Approved Stainless Steel Vent Adapters and
22 Terminations." Do you see that? Right here. This
23 gets a lot easier at trial.
24 A.    Yes, I see that.
25 Q.    I'm not interested in the stainless steel.

30

1  Let's turn the page. Can we agree it's a 3" system
2  that you put in out there?
3  A.    Yes.
4  Q.    So you see under the approved under Table 3 it
5  says, "Approved 3" Ridged Polypropylene Vent
6  Adaptors, Terminations, and Supports." Do you see
7  that?
8  A.    I see that.
9  Q.    And you see they have Centrotherm and they
10 have the DuraVent?
11 A.    Yes.
12 Q.    And as you go down here -- I've highlighted
13 mine. I should have highlighted these. It makes
14 it easier -- they have the "3" Locking Band Clamp
15 or Connector Ring." Do you see that?
16 A.    I see it.
17 Q.    Do you know what a 3" locking band or
18 connector ring is?
19 A.    I can picture it as the device to hold the
20 fittings to the pipe as we installed it at the
21 Buckinghams.
22 Q.    And you see right below that they have a "3"
23 Wall Strap or Support Clamp"?
24 A.    I see that.
25 Q.    And under DuraVent, which is the second

31

1  column, they have a couple of different suggestions
2  there, either galvanized or stainless steel?
3  A.    Yes, I see that.
4  Q.    Did you use any DuraVent straps or support
5  clamps out there?
6  A.    I didn't use any DuraVent product brand
7  straps, no.
8  Q.    Before you did the Buckingham residence, had
9  you ever read installation instructions by DuraVent
10 for its polypropylene pipe?
11 A.    Not that I recall.
12 Q.    Do you believe you should have?
13 A.    Hindsight's 20/20.
14 Q.    Yes, I know. I actually used to have 20/13
15 vision. But I'm just asking, in hindsight do you
16 think you should have?
17 A.    Yes.
18 Q.    As a person who is a qualified installer of
19 boiler systems, do you believe you should have read
20 the instructions for the equipment you are
21 installing?
22 A.    After you making the points on this list, yes,
23 I believe that.
24 Q.    Okay. Now, turn to page 47, please.
25 A.    (Witness complies.)

32

1  Q.  And that's actually page 8 of this document.
2  Do you see the warning in the lower left-hand side.
3  A.  Yes.
4  Q.  The last sentence says, "Failure to properly
5  install the vent system can lead to carbon monoxide
6  poisoning or fire due to joint separation or pipe
7  breakage."  Did you do see that?
8  A.  Did you start in the middle of that?
9  Q.  The last sentence under Warning.
10 A.  Yes, I see that.
11 Q.  They misspelled separation.  Do you see that?
12 A.  Yes.
13 Q.  You would agree with that?  "Failure to
14 properly install the vent system can lead to carbon
15 monoxide poisoning."  They misspelled poisoning,
16 too.
17 A.  Yes, I believe that that would be a problem.
18 Q.  Okay.  Then, on the upper right-hand column,
19 under the 3" Vent System Restrictions, do you see
20 that at the top of the page?
21 A.  Yes, I see it.
22 Q.  Was this a 3" vent system?
23 A.  Yes.
24 Q.  It says, "Derate the maximum boiler input of
25 the Prestige."  This is a Solo 250.  Was this a 250

33

1  you were installing or a 175?
2  A.  I believe it was a 175.
3  Q.  Okay, let's skip that then.  Then there is a
4  warning.  Do you see that?
5  A.  Yes.
6  Q.  "Contact approved polypropylene vent
7  manufacturer for a copy of their installation
8  instructions."  Prestige and or Triangle Tube says
9  that that should be done, correct?
10 A.  One moment.  Yes, it says that.
11 Q.  It says, "Read, understand, and follow all of
12 the vent manufacturer's instructions before
13 beginning the installation."  It says that.
14 A.  Where does it say that?
15 Q.  Next sentence.
16 A.  Oh, yes, I see that.
17 Q.  Next sentence, "Contact vent manufacturer if
18 you require any technical support."  Agreed?
19 A.  Yes, it says that.
20 Q.  It says, "Failure to properly install and
21 support vent system can lead to carbon monoxide
22 poisoning or fire due to joint separation or pipe
23 breakage."  Agreed?
24 A.  It says that, yes.
25 Q.  And it says not just to properly install, but

34

1  also support the vent system, correct?
2  A.  Yes.
3  Q.  Is support important for a vent system?
4  A.  Absolutely.
5  Q.  Why?
6  A.  So that there isn't a problem with the vent
7  pipe.
8  Q.  How would there be a problem if it wasn't
9  supported properly?
10 A.  It could suffer from breakage or separation
11 just as it's telling us right here.
12 Q.  So what you are talking about is you have a
13 horizontal -- in this case you had some horizontal
14 pipe installed for the exhaust, correct?
15 A.  Yes.
16 Q.  And it's important to somehow support that
17 piping?
18 A.  Yes.
19 Q.  If you don't read the manufacturer's
20 instructions, how would you know where to support
21 the pipe?
22 A.  I use rules of thumb.  For me, it's at least
23 every four feet on support, or even more so
24 depending on the run of pipe that is going to be
25 installed.

35

1  Q.  The first bullet point on page 47, which is
2  page 8 of this, under warning on the right-hand
3  side says, "Rigid polypropylene vent pipe must be
4  installed with locking band clamps or connector
5  rings and supports (wall strap or clamp, elbow or
6  base, etc.).  Consult vent manufacturer for
7  complete list of other parts required."  I read
8  that correctly, right?
9  A.  Yes.
10 Q.  Is today the first time you knew that Triangle
11 Tube, in its literature from October 2013, told
12 installers that locking band clamps and connector
13 rings must be used?
14      MS. TIEDEKEN:  Object to the form of the
15 question.  It misstates the literature.
16      MR. WALTZ:  Okay.
17      MS. TIEDEKEN:  You put the word "and" in there
18 instead of "or."
19 BY MR. WALTZ:
20 Q.  She made her objection.  You get to answer.
21      MS. TIEDEKEN:  Go ahead.
22 A.  This is the first I've read of this portion of
23 the literature.
24 Q.  It says, "Rigid polypropylene vent pipe must
25 be installed with locking band clamps or connector

36

1  rings." Agreed?
2  A.   It says that, yes.
3  Q.   The next bullet point says, "Maintain 5/8" per
4  foot slope back toward appliance on all horizontal
5  runs." I read that correctly?
6  A.   Yes.
7  Q.   Did you do that at the Buckinghams?
8  A.   I believe I didn't run quite 5/8" slope back.
9  Q.   I've seen some photographs, and we can look at
10  them. I don't know if you can do it with
11  photographs.
12      Did you measure it while you were out there?
13  A.   Measure the --
14  Q.   The exhaust, the slope?
15  A.   Yes.
16  Q.   You did?
17  A.   You'll see the brackets I installed are
18  slightly offset from one other so that there's
19  grade. I don't believe I gave it 5/8" grade back,
20  but I know for sure I graded that pipe back to the
21  boiler. It may have been a quarter to 3/8".
22  Q.   How did you know the amount of flow?
23  A.   Based on its pipe size is 3", so I just give
24  it a nice pitch back to the boiler.
25  Q.   These folks, Triangle Tube, says make it 5/8",

37

1  pitch the pipe so that the drainage will drain back
2  into the boiler and then go down to the bottom of
3  the condensation drain, and then be dealt with from
4  there.
5  Q.   What evidence would there be that the
6  condensation was bellying up?
7  A.   Evidence?
8  Q.   Yes. What would you expect to see?
9  A.   I would expect to see -- if you were to look
10  inside of the pipe you would see standing water
11  would be one thing.
12  Q.   How about --
13  A.   Residue being another thing. As things dried
14  out and got rewet over time, you would see some
15  residue buildup inside of the pipe if it would were
16  to be bellied.
17  Q.   Would you see rust?
18  A.   Umm, in a plastic pipe, no.
19  Q.   How about on a locking ring?
20  A.   Umm, you shouldn't see any rust on a locking
21  ring if that pipe is tight.
22  Q.   I'm just going to tell you that the pipe and
23  the boiler have all been removed from the
24  Buckinghams' residence. Just know that to be true.
25  Okay?

39

1  right?
2  A.   Yes, they do.
3  Q.   And I'm going to show you in a minute that
4  DuraVent says the same thing. Just assume that to
5  be true.
6  A.   Yes.
7  Q.   Were you told by Wyoming Mechanical that even
8  though the manufacturer of the boiler says 5/8" and
9  that the manufacturer of the pipe says 5/8", that
10  you wouldn't have to do that?
11  A.   I was not told by Wyoming Mechanical what
12  grade to pitch my pipe.
13  Q.   To the average person, they wouldn't know what
14  this is for. Why would you have a 5/8" slope? So
15  why don't you tell me why you want a 5/8" slope
16  back towards the appliance?
17  A.   You want that for condensation. You want the
18  flue pipe condensation to run back to the boiler.
19  Q.   Why?
20  A.   To drain out.
21  Q.   But why?
22  A.   So that it doesn't drain, or belly, or pool up
23  belly in the pipe. So you dont want it to drain
24  out the termination and you don't want it to belly
25  and hold water inside of the pipe, so therefore you

38

1  A.   Okay.
2  Q.   How would you recommend to me to take back to
3  my client how it could determine if there was a
4  5/8" slope, or a 1/4" slope, or 3/8" slope? Do you
5  know?
6  A.   On the new system or the old system that's
7  been removed?
8  Q.   The one that's been removed.
9  A.   I --
10  Q.   It's not a trick question.
11  A.   I give you my word that I know it was sloped.
12  Q.   But beyond your word, how would I
13  forensically, except for you --
14  A.   Forensically, you might be able to go back to
15  the wall and look at the mounting brackets where
16  they were once mounted on the wall, and you would
17  see that those are mounted at different elevations
18  that therefore would show you that there was a
19  slope to the boiler.
20  Q.   When you measured the slope, did you measure
21  from the ceiling or the floor?
22  A.   I don't recall that. I may have used a level
23  across one bracket to the other and marked it out.
24  Q.   What you are suggesting I could do is go out
25  there and take some type of a long device and put

40

Pages 37 to 40

1  it on the wall and put a level on it?
2  A.   Yes, I don't believe my supports are further
3  apart than a 4' level would solve your question.
4  Q.   Okay.  Now, If you would turn to page 48 of
5  Exhibit 49.
6  A.   (Witness complies.)
7  Q.   Pre-installation Requirements.  Do you see
8  that?
9  A.   Yes.
10 Q.   Requirement means it should be done, right?
11 A.   Yes.
12 Q.   It says, "Flex Polypropylene Vent System
13 Restrictions.  3" flex venting is limited up to the
14 Prestige Solo 175."  I read that correctly, right?
15 A.   Yes.
16 Q.   I'm not going to reread all the warnings, but
17 the warning appears to be the same from the prior
18 page.  Agreed?
19 A.   It appears to be, yes.
20 Q.   And, again, it makes reference to both the
21 locking band clamps or connector rings and also the
22 5/8" slope, right?
23 A.   I see that.
24 Q.   If you would turn to page 74?
25 A.   (Witness complies.)

41

1  Q.   Are you there?
2  A.   I'm here.
3  Q.   This is page 35 of the manual bottom of the
4  page, Paragraph 7.  It says, "The installer should
5  use perforated metal strap hangers or equivalent
6  pipe hangers suitable for plastic pipe to support
7  the piping."  Did I read that correctly?
8  A.   Yes.
9  Q.   Who selected the supports that were used out
10 there?
11 A.   I selected the supports.
12 Q.   And how did you select them?
13 A.   Based on application.
14 Q.   But what training, if any, did you have that
15 the supports that were used, in fact, met the
16 suggestions in this exhibit?
17 A.   I don't recall having any training in regards
18 to the PP pipe supports.
19 Q.   The next to last sentence under Paragraph 7
20 where it starts, "A support."  Are you with me?
21 A.   Yes.
22 Q.   "A support must be placed at the boiler and at
23 every change in direction, vertical or horizontal
24 (i.e. elbow)."  I read that correctly?
25 A.   Yes.

42

1  Q.   Did you put a support at every change in
2  direction?
3  A.   I believe I did, yes.
4  Q.   If I show you pictures in a while that shows
5  you did not, would you --
6  A.   I believe I could show you that I, from my
7  perspective, that there are supports at every
8  change in direction.
9  Q.   We'll get into that then.  Okay.
10      Then on the same page, upper right-hand
11 corner, there is a notice.  They say, "Pipe hangers
12 should not be tightly clamped to pipe to allow for
13 thermal expansion/contraction movement."  Correct?
14 A.   It says that.
15 Q.   And "no sharp edges"?
16 A.   Right.  It says that.
17 Q.   And then there is a warning again that says,
18 "Do not pitch the vent piping away from the
19 boiler."  Right?
20 A.   It says that.
21 Q.   You can set that aside.
22      Did you give any information to the
23 Buckinghams about maintenance?  When I say the
24 Buckinghams, you never met them, right?
25 A.   I did meet the Buckinghams.

43

1  Q.   There during the install?
2  A.   I think it was after the install.  I believe I
3  met with the caretaker/maintenance guy prior to the
4  install.
5  Q.   That's David Schuler?
6  A.   I don't recall his last name, but yes, Dave.
7  Q.   Okay.  You met with a guy named Dave before;
8  is that correct?
9  A.   I think it was the same day as the demolition.
10 He popped in and we chit-chatted for a minute.
11 Q.   And when did you meet Mr. Buckingham?
12 A.   I don't really recall, but I believe it was
13 the following week after the installation.
14 Q.   And how did that come about?
15 A.   We -- so the boiler had a shutdown, if you
16 recall, the water cutoff, so there was a leak in
17 the slab.  So our glycol had leaked out of the
18 system and the boiler shut it off at the low water
19 cutoff.  And that turned into a call, and I believe
20 that's when I first met Mr. Buckingham.
21 Q.   All right.  That turned into a call, what do
22 you mean by that?
23 A.   It means he had an issue and he called and we
24 went out to take a look at it.
25 Q.   The boiler wasn't working?

44

Pages 41 to 44

1    A.    Right.  It shut itself off, low water cutoff.
2    Q.    And that's what led you to go out there and
3 find out why it shut off?
4    A.    Yes.
5    Q.    Did you go out alone?
6    A.    No, I went out with my apprentice, Matt Sills.
7    Q.    How long did it take for you to figure out why
8 it shut down?
9    A.    I want to say that was around six hours; I
10 don't really recall.
11    Q.    We lawyers are conscious of hours because we
12 bill our clients by it, and it's really important
13 to be accurate.
14    A.    I understand.
15    Q.    Do you have a memory of how long you were out
16 there that day?
17    A.    I think we were out there for two separate
18 trips for that low water cutoff, I think.
19    Q.    What would you look to, if anything, to see if
20 you were out there more than one time?  Do you have
21 timecards, anything like that?
22    A.    Umm, yes, there was timecards where we kept
23 track of our time so that it could be billed out.
24    Q.    Do you remember if it was December that you
25 went out, January?

45

1    A.    I think it was the very end of November or the
2 beginning of December that we went out there for
3 that leak that caused the boiler to shut down.
4    Q.    And the solution to that was what?
5    A.    Isolation.  So we isolated the system from the
6 garage where it was leaking.  And as far as I know,
7 that hasn't been an issue with the water draining
8 out of the system, or glycol.
9    Q.    By doing that, does that mean you would have a
10 cold garage floor?
11    A.    Yes, unfortunately.
12    Q.    Is that the last time you were out there?
13    A.    I believe, yes.
14    Q.    During the time you met with Mr. Buckingham,
15 did you give him any instructions on what he should
16 do, if anything, to maintain the boiler system?
17    A.    I don't recall giving him any specific
18 instructions on maintenance.
19    Q.    Did you give any maintenance instructions to
20 Mr. Schuler?
21    A.    I don't recall giving him any either.
22    Q.    Did you give them the Users Information
23 Manual?
24    A.    I believe it was left on site.  Whether I
25 handed it over directly or not, I don't recall.

46

1    Q.    Did you give any advice to people as to how
2 often they should have the boiler system
3 maintained?
4    A.    Not typically.
5    Q.    Do you make recommendations that Wyoming
6 Mechanical come out at least annually to do it, to
7 do the maintenance?
8    A.    Occasionally I'll recommend that.  A lot of
9 times the boilers we install tend to be -- you are
10 dealing with contractors, and the homeowners then
11 take over the property.  You don't usually deal
12 directly with the homeowners on maintenance
13 schedules and things like that.
14    Q.    Gotcha.  On those occasions when you would
15 deal directly with a homeowner, have you given them
16 any instructions verbally, maintain this every
17 year.  Have us come out every year?
18    A.    It depends on individual conversations.
19 Sometimes homeowners will chat you up and want to
20 know about their systems.  Other times, see you
21 later, and that's that.
22    Q.    Now, as it relates to carbon monoxide, did you
23 ever make recommendations for carbon monoxide
24 alarms or detectors while you were at Wyoming
25 Mechanical?

47

1    A.    I did not make any recommendations.
2    Q.    Did you ever make any suggestions to customers
3 of Wyoming Mechanical about carbon monoxide
4 detectors or alarms?
5    A.    I don't recall doing that.
6    Q.    Do you ever recall where the recommendation of
7 a carbon monoxide detector or alarm was made as
8 part of a bid package for a customer of Wyoming
9 Mechanical?
10    A.    Not that I'm aware of.
11    Q.    In your current work do you install boilers?
12    A.    Yes.
13    Q.    Do you make any recommendations to your
14 customers?
15    A.    Since this incident, I provide a carbon
16 monoxide detector with the boilers I install.
17    Q.    Every one of them?
18    A.    Mm-hmm, with every fuel-burning.
19    Q.    Do you tell the owner why you're doing that?
20    A.    I tell them it's -- carbon monoxide is a
21 silent killer, and therefore we should install
22 this.
23    Q.    And may I assume that you do that whether it's
24 a Lochinvar or whatever the manufacturer is of the
25 boiler?

48

Pages 45 to 48

1   A.    Yes.
2   Q.    And it's strictly because of this incident,
3   correct?
4   A.    This incident made me very aware of anything
5   could go wrong.
6   Q.    Okay.  Let's turn to Exhibit 48, which is
7   right there.
8         MR. LEWIS:  What's the number?  40?
9         MR. WALTZ:  48.
10  BY MR. WALTZ:
11  Q.    Exhibit 48 is a copy of DuraVent Installation
12  Instructions for PolyPro.  And on the first page it
13  says, "PolyPro Single-Wall Gas Vent System For
14  Category II & IV Gas-Burning Appliances."  Do you
15  see that?
16  A.    I see it.
17  Q.    And which was the boiler at the Buckingham
18  residence?
19  A.    As far as a category?
20  Q.    Yes.
21  A.    I'm not aware of what category it was.
22  Q.    Let's turn to the page Bates numbered in the
23  lower right-hand corner, I'll refer to those, 552.
24  A.    (Witness complies.)
25  Q.    Do you see in bold at the top they emphasize

49

1   that it's important for PolyPro to be installed
2   only in accordance with the instructions?  It's the
3   second sentence.
4   A.    Are you at the top of the page?
5   Q.    Yes, very top of the page.  Wouldn't get --
6   couldn't get bigger print.  It's probably so big
7   you might not even read it.
8   A.    Yes, I see it.
9   Q.    And then they have a warning about carbon
10  monoxide.  You are not surprised to see that?
11  A.    Not surprised.
12  Q.    And then they have a warning about the risk of
13  carbon monoxide poisoning related to joint
14  separation.  Agreed?
15  A.    Yes, they have that in there.
16  Q.    The first bullet point they say, "Examine all
17  components for possible shipping damage prior to
18  installation."  Right?
19  A.    Yes.
20  Q.    The next bullet point says, "Read all
21  instructions before beginning the installation and
22  follow these instructions exactly as written."
23  They say that?
24  A.    Yes.
25  Q.    Some of this might seem -- and I'm not being

50

1   glib -- like an overkill kind of thing.  You got
2   Triangle Tube, they are saying follow the
3   instructions.  The people who make the vent pipe
4   are saying follow these instructions, but as a
5   master plumber, you know it's important to follow
6   the instructions?
7   A.    Yes, I do.
8   Q.    Very important?
9   A.    Yes, it is.
10  Q.    And the reason it's very important is unlike
11  maybe plumbing where you are running water, if you
12  make a mistake with the vent system separating, it
13  could cause injury or death, right?
14  A.    Yes.
15  Q.    So you are not surprised to see these kinds of
16  warnings and instructions in components for a
17  boiler system?
18  A.    Very familiar with seeing warnings and stuff
19  like this, yes.
20  Q.    The third bullet point, left-hand column on
21  page 552, says, "Proper joint assembly is essential
22  for a safe installation.  Check the integrity of
23  all joints upon completion of the assembly."  I
24  read that correctly, right?
25  A.    Yes.

51

1   Q.    They advise that, "This venting system must be
2   free to expand and contract under normal
3   operation."  That's the next bullet point.
4   A.    I see that.
5   Q.    On the system you had installed prior to the
6   Buckinghams, how were the joints secured for the
7   exhaust?
8   A.    For the PP style of pipe?
9   Q.    Yes, sir.
10  A.    There weren't any clasps that I was ever aware
11  of, so they were literally pressure fitted into
12  itself.  If you look, it has a hub on one end, and
13  then the pipe would fit into the hub and have a
14  gasket around it.  I don't recall seeing the clamps
15  prior the Buckingham.
16  Q.    All you do is take the male and female and
17  join them?
18  A.    You join them and support them, and however
19  you do that depends on the install.
20  Q.    And you had installed Triangle Tube boilers
21  before?
22  A.    I had, yes.
23  Q.    And you used polypropylene before?
24  A.    I had; other locations.
25  Q.    Do you know if there is any polypropylene

52

Pages 49 to 52

1  manufacturer that sold exhaust pipe in the United
2  States from 2012 to the install at the Buckinghams
3  in 2014 that did not have locking rings?
4  A.   Not that I recall.  I would say I rarely
5  install the PP pipe as a venting system.
6  Q.   What do you usually use?
7  A.   We use CPVC quite often.  I'm trying to --
8  Q.   This is at Wyoming Mechanical?
9  A.   Yes, and other products.  Maybe occasionally
10  PVC, a solid core PVC would be used.  I don't
11  really recall that.
12       On other boiler systems we installed came with
13  their own venting part of their systems.
14  Q.   Since you left Wyoming Mechanical you've
15  installed how many boilers, ballpark?
16  A.   Five boilers.
17  Q.   Okay.  And they have all had venting systems?
18  A.   Not all of them.
19  Q.   They haven't had exhaust systems?
20  A.   Some being electric.  You asked me how many
21  boilers I've installed.
22  Q.   Have you installed any propane and/or gas
23  boilers?
24  A.   Yes, I've installed three of them.
25  Q.   And they all have vent pipe?

53

1  Tiedeken says to you.
2  A.   Okay.
3  Q.   Let's go to Exhibit 54.  I'm going to use that
4  still, but 54 is a series of photographs, 54, 55,
5  56, and 57.  Okay, do you see 54?
6  A.   Yes.
7  Q.   Can you identify that, please?
8  A.   That's the boiler with the venting coming off
9  the top.
10  Q.   Can you tell me what that staining in the
11  background is?
12  A.   On the wall?
13  Q.   Yes, sir.
14  A.   Probably something from the old boiler that
15  popped off and stained the wall.
16  Q.   Okay.  So you see there is an elbow that
17  appears in Exhibit 54?
18  A.   Yes.
19  Q.   You see it's a little darker than the pipe
20  that --
21  A.   I see that.
22  Q.   And if you go to Exhibit 55?
23  A.   (Witness complies.)
24  Q.   You see there is a close-up there?
25  A.   Yes.

55

1  A.   Yes.
2  Q.   Have you used locking rings on those?
3  A.   No, I use a solvent weld.  I use a PVC pipe.
4  Q.   And then you cement it?
5  A.   Solvent we would, yes.  You could call it a
6  glue or cement.
7  Q.   On all three that you've installed, that's
8  what you've done?
9  A.   Yes.
10  Q.   Let's get back to Exhibit 48.  The sixth
11  bullet point says, "This venting system must be
12  supported in accordance with these instructions."
13  Correct?
14  A.   It says that.
15  Q.   The next one says, "Do not mix pipe, fittings,
16  or joining methods from different vent system
17  manufacturers."  Do you see that?
18  A.   I see that.
19  Q.   Umm, do you know you actually did that out
20  there, you mixed manufacturers?
21  A.   I'm slightly aware of it from a conversation I
22  had with Julie the other day.
23  Q.   I don't know want to know about your
24  conversation, but thank you for informing me of
25  that.  Please do not tell me anything that Ms.

54

1  Q.   And looking at that, there is a locking ring
2  on that, correct?
3  A.   Yes.
4  Q.   Is that locking ring meant to be used with the
5  type of elbow that's there?
6  A.   I believe so.
7  Q.   Do you believe that that elbow is, in fact, a
8  DuraVent elbow?
9  A.   I don't know that for sure.
10  Q.   Okay.  Then if we would go to a further
11  close-up, which is Exhibit 56 and 57, you see we
12  have a InnoFlue SW Vent System made by Centrotherm?
13  A.   I see that.
14  Q.   And I would like to assume -- you can't tell,
15  but if we zoomed in, this is the elbow?
16  A.   Okay.
17  Q.   Why did you use a Centrotherm InnoFlue elbow
18  on a DuraVent system?
19  A.   I believe because I got it from the supply
20  house, and I just asked for a PP elbow.
21  Q.   Were the other elbows DuraVent or Centrotherm,
22  if you know?
23  A.   I don't recall.
24  Q.   Do you know why the manufacturer says, "Do not
25  mix"?

56

1  A.   I don't know why.
2  Q.   You leave that to the engineers?
3  A.   Exactly.
4  Q.   Now, if you would -- you can set those aside.
5  Thank you.
6     We are going to get back to Exhibit 48.  Turn
7  to page 554.
8  A.   (Witness complies.)
9  Q.   On your general and installation notes in the
10 middle of the page in the left-hand column, you see
11 that they say, "You must use only authorized M&G
12 DuraVent PolyPro vent parts, or other parts
13 specifically authorized in these instructions
14 and/or listed by the appliance manufacturer in
15 order to maintain a safe, approved system."
16 A.   I see that.
17 Q.   Under the Condensate Drain, right-hand column,
18 it's about two-thirds of the way down, Figure 1 it
19 says, "Refer to the appliance manufacturers
20 installation instructions for the requirements of
21 condensate drainage."  Right?
22 A.   Yes.
23 Q.   It says, "Ensure proper system slope for
24 drainage."  Correct?
25 A.   Yes, it says that.

57

1  Q.   At the top of the column right after the last
2  bullet point it says, "never."  Are you with me?
3  Right-hand column, top of the page?
4  A.   Yes.
5  Q.   "If these directions and those of the
6  appliance manufacturer differ, follow the more
7  conservative requirements.  If you have any
8  questions, contact either your dealer or M&G
9  DuraVent directly."  I read that correctly?
10 A.   Yeah.
11 Q.   And have you ever contacted DuraVent?
12 A.   I have never.
13 Q.   Have you ever contacted Triangle?
14 A.   Yes.  I've had some calls to them on how to
15 set things up so that it ran properly as far as the
16 controls.
17 Q.   If you would turn to page 555 -- strike that.
18    On the Buckinghams, did you ever contact
19 DuraVent?
20 A.   No.
21 Q.   I'm sure Mr. McGill is going to get into this.
22 Is there a venturi screw on the boiler to adjust
23 the burn?
24 A.   I would assume, yes.
25 Q.   Did you adjust the venturi screw on the

58

1  Buckingham boiler?
2  A.   No, I didn't.
3  Q.   You left it the way it came from the factory?
4  A.   Yes.
5  Q.   Did you check the combustion?
6  A.   No, I didn't.
7  Q.   Why not?
8  A.   It was an oversight of not having the tools
9  with me to do the job.
10 Q.   What tool would you have needed?
11 A.   A Manometer, Manometer; I'm not sure how you
12 say it.
13 Q.   Whichever.  There's three of you out there.
14 Did not one of you not have a Manometer?
15 A.   No.
16 Q.   Is it important to check the combustion?
17 A.   I believe it is.
18 Q.   Why do you believe it is?
19 A.   So that the boiler's running within its
20 parameters.
21 Q.   How do you check if it's within its parameters
22 if you don't have a Manometer with you?
23 A.   You can't check it if you don't have one.
24 Q.   Did you know you didn't do it when you left?
25 A.   I mean it was obvious that I hadn't done it

59

1  when I left.
2  Q.   Did you know, in your own mind, that I should
3  check this, but I decided not to because I had the
4  wrong tool?
5  A.   I might have thought in the back of my mind
6  that we would eventually check it for its proper
7  burn.
8  Q.   When?
9  A.   I couldn't tell you when I planned on doing
10 that.
11 Q.   You typically would do it before you leave,
12 though, the house, right?
13 A.   I would say it's typical within the first week
14 of firing a boiler that that would happen.  It's
15 just an oversight on my part with that install.
16 Q.   Sometimes you go back, right?
17 A.   Quite often you go back, and you are tuning
18 and you're purging, checking on systems.
19 Q.   Did you tell anyone at Wyoming Mechanical you
20 had not done that?
21 A.   I hadn't told anyone.
22 Q.   And you would be the person that would do
23 that, correct?
24 A.   It would be myself or David Gieck.
25 Q.   It couldn't be an apprentice.  It should not

60

1  be an apprentice?
2  A.   I would say no.
3  Q.   Did you tell David Gieck that you hadn't done
4  it?
5  A.   I don't recall telling him that.
6  Q.   How soon after the install did you leave
7  Wyoming Mechanical?
8  A.   It was about a month and a week later that I
9  moved away from Wyoming Mechanical.
10  Q.   So the install was about November 17th?
11  A.   Yes.
12  Q.   You leave at the end of December?
13  A.   Yes.
14  Q.   During that time did you ever talk about going
15  back to the Buckingham residence?
16  A.   I don't recall.
17  Q.   Have you ever done that before, where you did
18  not check the combustion before you left?
19  A.   I believe I had done that before where I
20  hadn't checked.
21  Q.   Had it ever been brought to your attention
22  before not to do that?
23  A.   Not to do that?
24  Q.   Did anyone say to you, "Don't leave these
25  installs before checking the combustion"?

61

1  A.   Not that I recall.
2  Q.   You just know you shouldn't do that?
3  A.   Yes, the smart practice is to check those.
4  Q.   I don't have a clue about how the factory set,
5  or whether sea level or altitude may change the
6  settings.  Do you know?
7  A.   It can vary, but with the new boilers I feel
8  like they run so tight that they often just fire up
9  and run and no adjustments tend to be necessary.
10  Q.   What altitude are we here?
11  A.   Around 6,000 feet.
12  Q.   And where would Mr. Buckingham be?
13  A.   He would be in the 65 or so thousand feet
14  above sea level.
15  Q.   All right.
16  A.   6,500, excuse me.
17  Q.   Let's go back to Exhibit 48.  We are now on
18  page 555.
19  A.   (Witness complies.)
20  Q.   Are you there?
21  A.   I'm here, yes.
22  Q.   It says, "Joint Connections."  Read it to
23  yourself, please?
24  A.   (Witness complies.)
25  Q.   And we are going to read the first -- that

62

1  column, and then continue onto the next page to
2  just before discussing chimney metal vent.
3       And I'm going to go off the record.  Read it
4  to yourself.  You're not the only one that doesn't
5  get a break here.  I'm going to take a five minute
6  break here.  But read it to yourself and then we
7  will take your break.
8  A.   Okay.
9       (Brief recess taken.)
10       MR. WALTZ:  Let's go back on the record.
11  BY MR. WALTZ:
12  Q.   Mr. McCormick, did you read what I asked you
13  to read?
14  A.   Yes.
15  Q.   First time you've ever read it, right?
16  A.   Yes.
17  Q.   See they talk about two different versions of
18  locking bands that are available?
19  A.   I see that, yes.
20  Q.   Which one did you have out there?
21  A.   The first type, but without the button -- the
22  standoff part of it, you know, I believe that's the
23  one I had.
24  Q.   Okay.  And if you look at -- it says in these
25  instructions -- it gives -- do you understand

63

1  instructions?
2  A.   Yes.
3  Q.   So if you read these, you would know how to do
4  what they were asking to be done?
5  A.   I believe so.
6  Q.   So if you go to the bottom of the right-hand
7  column on page 555 it says, "Important:  Locking
8  bands are" -- you've got to turn the page --
9  "mandatory on all exhaust vent joints on pipe sizes
10  from 2" up to 4"."  I read that correctly, right?
11  A.   Yes.
12  Q.   And it refers you to Figures 2 and 3, correct?
13  A.   Yes.
14  Q.   This was a 3" pipe?
15  A.   Yes.
16  Q.   So what this manufacturer is saying is that a
17  ring is mandatory.  Mandatory means you have to use
18  it, right?
19  A.   Yes.
20  Q.   And you understand the differences between
21  Figures 2 and 3?  Agreed?
22  A.   Yes.
23  Q.   So one has a button and it locks one way, and
24  the other one has no button and you have to click
25  the --

64

1  A.   Yes, I see that.
2  Q.   I should have that with me, shouldn't I.
3  Okay.
4        And if you've read this, you would have done
5  exactly what they said, right?
6  A.   I would have, yes.
7  Q.   Now if you turn to the next page, which is
8  page 557, there is a section on installation.  I'm
9  not going to keep asking this.  You've never read
10  these instructions, agreed?  Any of them?
11  A.   Not that I recall.
12  Q.   Okay.  So under "Installation," the first
13  paragraph numbered one they say, "Pipe lengths may
14  be cut to length."  And then they say, "Use an
15  alternate clamp (Fig. 4) for the connection if a
16  locking button is removed."  Right?
17  A.   Figure 4 is back of page?
18  Q.   Yes, it would be.
19  A.   Okay.
20  Q.   If you cut the pipe and you take off the
21  button, they are telling you how to secure it with
22  a ring.  Are you following that?
23  A.   I'm following you, yes.
24  Q.   Are you following -- do you follow the
25  instructions?

65

1  A.   I'm a little behind on the instructions.
2  Q.   Okay.  I'm going to tell you -- I hate to do
3  this, but we're going to go off the record.  Read
4  the installation through enclosure requirement, and
5  I'm going to ask you some questions.
6  A.   Okay.
7        (Pause in proceedings.)
8        THE WITNESS:  I'm done.
9  BY MR. WALTZ:
10  Q.   Great.  Do you understand them?
11  A.   Yes.
12  Q.   So let's talk about paragraph numbered three.
13  Tell me when you are there.
14  A.   I'm there.
15  Q.   "The slope of the vent pipe must be at least 3
16  degrees (5/8" per ft., 15 mm per meter) back to the
17  appliance. (Figure 7)."  You understand that?
18  A.   Yes.
19  Q.   So we've had the boiler manufacturer say 5/8"
20  per foot.  We've had the pipe manufacturer saying
21  5/8" per foot, but you were using a rule of thumb.
22  Is that your testimony?
23  A.   Yes.
24  Q.   And then paragraph number 4 says, "Every
25  horizontal section must be supported."  Correct?

66

1  A.   I'm sorry.  I got a little distracted by
2  Figure 7.  If you could just have a look at that
3  real quick and we'll go back to your question.
4  What does that 1/4" by 5/8" mean exactly in that
5  diagram?  Do you see that?
6  Q.   You're the expert.  What does it mean?
7  A.   I would say that are they talking about the
8  expansion in the joint on Figure 7.  Sorry to go
9  off track from that.
10  Q.   No, that's fine.
11  A.   It's either -- they are talking about either
12  the slope or the expansion in the joint, and I'm
13  not sure what they are talking about in that
14  diagram.
15  Q.   Okay.
16  A.   But we can go back to your question.  I just
17  got distracted by your diagram.
18  Q.   That's okay.  We are at Figure 7.
19  A.   Figure 7.
20  Q.   You're there?
21  A.   I'm there.
22  Q.   And it shows a slope in the lower right-hand
23  corner of that, correct?
24  A.   I see that.
25  Q.   And it says, 5/8" minimum?

67

1  A.   Yes.
2  Q.   Per 12"?
3  A.   Yes.
4  Q.   What distracted you is up above it has a 1/4"
5  to 5/8" and it's referring to something there,
6  correct?
7  A.   Yes.
8  Q.   And you can't tell if that's slope or what
9  they are referring to?
10  A.   After reexamining it, it seems to be they are
11  talking about the expansion in the joint.
12  Q.   Right.  Okay.  Get back to paragraph numbered
13  four.
14  A.   Okay.
15  Q.   "Every horizontal section must be supported."
16  Correct?
17  A.   Yes.
18  Q.   So let's look at the photographs that have
19  been produced next, because we talked about that a
20  little earlier.  If you could turn to -- it's in
21  the notebook.
22        MS. TIEDEKEN:  What number?
23        MR. WALTZ:  Exhibit 21.
24        (Witness complies.)
25  BY MR. WALTZ:

68

Pages 65 to 68

1  Q.   And these were all exhibits used in earlier
2  depositions.  Do you recognizes that as a
3  photograph of the install?
4  A.   Yes.
5  Q.   I see the brackets for the horizontal that
6  appear in the photograph there.  It looks like
7  there is two brackets.  Agreed?
8  A.   Yes.
9  Q.   I think you said you did one every four feet.
10 Do you think that's accurate looking at that?
11 A.   That looks accurate to me.
12 Q.   From the boiler to the first bracket, what do
13 you think that distance is?
14 A.   I would say of pipe length probably just under
15 four feet.
16 Q.   And then from the first bracket -- going from
17 the boiler the first bracket to the second bracket?
18 A.   That looks to be in the 24" range, I would
19 say.
20 Q.   And how did you select where to put the
21 brackets?
22 A.   Typical for me is I consider the boiler as a
23 supporting location, so then I would go four feet
24 from there.  And then my next bracket would be
25 right in front of my next elbow that I install.

69

1  Q.   And so --
2  A.   So --
3  Q.   I'm sorry.
4  A.   That was just for making sure there was at
5  least two supports in that run.
6  Q.   Okay.  Then if you turn to the next page or
7  the next exhibit, Exhibit 22.
8  A.   (Witness complies.)
9  Q.   This is more of the install of the system at
10 Buckinghams.  You recognize that, correct?
11 A.   Yes.
12 Q.   Do you believe that a hanger or support was
13 needed for what we see there?
14 A.   I personally believe that a hanger would be
15 needed.  You are talking -- are you talking between
16 the two elbows facing each other?
17 Q.   That's correct.
18 A.   I don't believe that a support would be needed
19 there.
20 Q.   And why is that?
21 A.   Because if you see the bracket that's a
22 support, then I have it going to the wall as a
23 support, and my run is well under 4' there.
24 Q.   I know, but we just read some language that at
25 least the manufacturer says when you have a change

70

1  in direction like an elbow, you need a support.
2  You agree we read that?
3  A.   Yeah, we read that.
4  Q.   So at least from what you read, you believe
5  that they are saying you should have support in the
6  pipe between the elbows.  Agreed?
7  A.   That's what they said.
8  Q.   And you would say it's not necessary based on
9  your experience?
10 A.   I would say that.
11 Q.   Okay.  Thanks.  Now, we'll go back to the
12 instructions.  We're back at Exhibit 48.  Okay.
13 Exhibit 48 under Figure 7 it says, "Important."
14 It's got a Triangle.  Read that to yourself.
15 A.   (Witness complies.)  Okay.
16 Q.   What does that mean, "PP pipe sections must be
17 disengaged 1/4" - 5/8" per joint (to allow for
18 expansion)."
19 A.   What does that mean to me?
20 Q.   Yes, sir.
21 A.   I would say they don't want you to fully make
22 in the pipe all the way inside of the hub.  They
23 want you to leave a quarter of an inch to 5/8" for
24 expansion.
25 Q.   How do you do that?

71

1  A.   The only way I could think would be to fully
2  make in the pipe, mark it, pull it back the
3  recommended amount.
4  Q.   Did you do that?
5  A.   I did not do that.
6  Q.   And did your personnel out there, your
7  assistants, did they do that?
8  A.   I don't believe they did.
9  Q.   So everyplace we see a section where there is
10 a pipe being joined it was flush?
11 A.   I would call it fully made in.
12 Q.   And do you know why they are asking it not to
13 be fully made in?
14 A.   For expansion of the pipe.  I don't know why.
15 Q.   You leave that to the engineers again?
16 A.   Yes.
17 Q.   Okay.  You can put that aside.  Thank you.
18 I'm not trying to jump around, but I'm going to be
19 wrapping up here pretty quickly.  I think.
20    When did you tell Mr. Gieck, either David
21 Gieck or Steven Gieck, that you did not do a
22 combustion test?
23 A.   I don't know that I had ever told them
24 directly on that.
25 Q.   Have you ever spoken about that with them?

72

Pages 69 to 72

1  A.    On the Buckingham --
2  Q.    Yes.
3  A.    -- boiler?  No, I don't believe that I have.
4  Q.    I don't want to -- this is not a backhanded
5  way of -- back way of getting what you talked about
6  with Ms. Tiedeken, I want to know nothing you've
7  discussed with her.
8        Have you ever discussed with anybody that you
9  did not do a combustion test on the Buckingham
10 boiler?
11 A.    I believe that at one point in a phone
12 conversation with David following the incident that
13 I had disclosed that to him.
14 Q.    Do you know how long after the incident?
15 A.    Within a couple of weeks after, because we
16 were, you know, small little conversations here and
17 there based on like what's going to be happening,
18 and then we filled in on -- the combustion question
19 came up, I believe.
20 Q.    What was his response when you told him that?
21 A.    I don't think he responded.  I think he just
22 kind of absorbed that because I think he and
23 another employee of Wyoming Mechanical went out and
24 ended up doing a combustion analysis, how did you
25 Q.    When you installed the rings, how did you

73

1  install the clasp?
2  A.    Could you clarify your question a little bit?
3  Q.    Yeah, I'll let you use this.
4        MR. WALTZ:  Mark this as the next exhibit, 63?
5        (Deposition Exhibit No. 63 was marked for
6  identification.)
7  BY MR. WALTZ:
8  Q.    I'm going to hand you what was marked as
9  Exhibit 63.  This is a photograph that was taken at
10 the Buckingham residence after the events.  And do
11 you see the locking ring?
12 A.    Yes.
13 Q.    And do you see the clasp is -- it appears to
14 be right at the top of the -- what would you call
15 that?
16 A.    I would call that the hub.
17 Q.    It appears to be right at the top of the hub.
18 Do you see that?
19 A.    Yes.
20 Q.    Is that how you left the clasp when you
21 installed it?
22 A.    Is this the 90 that blew apart?
23 Q.    I wasn't there, and I'm not being glib.  I've
24 actually -- we're going to get into this with other
25 witnesses that were out there.  I believe that's

74

1  where it's believed this came apart.  Okay?
2  A.    It -- I don't recall if that's how I left the
3  clip.
4  Q.    And if you look at this particular photograph,
5  you can see the discoloration on the pipe itself.
6  A.    I see that, yes.
7  Q.    And it really does look like at some point
8  this pipe was much further in, or it would suggest
9  that based upon the markings we see on it.
10 A.    Yes.
11 Q.    I'm not turning you into an expert.
12 A.    Yes, I see the markings.
13       MR. WALTZ:  Mark this as exhibit -- the next
14 exhibit.
15       (Deposition Exhibit No. 64 was marked for
16 identification.)
17 BY MR. WALTZ:
18 Q.    I'm handing you Exhibit 64.  You see how this
19 photograph is moving closer into the locking ring?
20 A.    Yes.
21 Q.    And you see how it's right at the top of that
22 hub?
23 A.    Yes.  The clasp?
24 Q.    Yes.  Do you see that?
25 A.    Yes.

75

1  Q.    And it shows you more of the discoloration of
2  the vent pipe.  Do you see that?
3  A.    I see that.
4        MR. WALTZ:  Mark this as the next exhibit.
5        (Deposition Exhibit No. 65 was marked for
6  identification.)
7  BY MR. WALTZ:
8  Q.    And last but not least I'm going to show you
9  Exhibit 65.
10 A.    Okay.
11 Q.    And you see we have a photograph of that
12 joint, but now the clasp appears to be fully sealed
13 over the hub.  Do you see that?
14 A.    I see how it's different than the other
15 exhibits you showed me.
16 Q.    Yeah.  And by the way, I can't solve this
17 mystery, I just am comparing photographs and I'm
18 trying to figure out would you most likely have
19 secured the locking ring as it appears in Exhibit
20 65 as opposed to 64?
21 A.    I believe I would have engaged that clasp a
22 little further onto the hub myself than the other
23 exhibit shows.
24 Q.    And last but not least --
25 A.    I would say in Exhibit 65 the angle of the

76

1  photograph is a little bit deceiving.  I don't know
2  that it's the same angle, as far as the photograph,
3  as Exhibit 63.
4  Q.   Trust me, I didn't take these, so I'm not
5  trying to deceive anybody.  I believe if you do a
6  close-up, you will see it's actually seated, but
7  we'll deal with that later.
8       MR. WALTZ:  Next exhibit.
9       (Deposition Exhibit No. 66 was marked for
10 identification.)
11 BY MR. WALTZ:
12 Q.   I'm going to hand you Exhibit 66.  And you see
13 now the pipe appears to be inserted more in this
14 photograph?
15 A.   Yes, I see that.
16 Q.   And you see the clasp on both joints appears
17 to be over the hub?
18 A.   Yes, I see that.
19 Q.   You were not out at the inspection that took
20 place after Mrs. Herrera's death, correct?
21 A.   I was not.
22 Q.   When you were at Wyoming Mechanical, did you
23 ever take customer calls?
24 A.   Yes, if the customer had my work phone number,
25 yes, I would take customer calls all the time,

77

1  A.   So your question is pretty direct, I suppose.
2  What would I have done?  It depends on the
3  individual situation.  If he just said he put it
4  back together and, you know, obviously, I would go
5  out and take a look at it, but how alarming that
6  situation seemed at the point in time is how I
7  would respond to that call.
8  BY MR. WALTZ:
9  Q.   I've read your deposition, the last one, and
10 am just trying to get a feel if I was a customer
11 and call you personally --
12 A.   Okay.
13 Q.   -- and told you that I'm a lawyer and I heard
14 a loud noise from my boiler and my flue had come
15 apart but I jammed it back together, how soon would
16 be out to my house?
17      MS. TIEDEKEN:  And that's the only information
18 he has?
19      MR. WALTZ:  That's correct.
20      MS. TIEDEKEN:  Go ahead and answer.
21 A.   I would respond as soon as I'm able, and I
22 would ask you to shut your boiler off.
23 BY MR. WALTZ:
24 Q.   Why would you do that?
25 A.   Because your boiler is malfunctioning, and

79

1  contractor calls; things like that.
2  Q.   You're aware from, some questions that were
3  asked of you, that Mr. Buckingham had placed a call
4  to Wyoming Mechanical sometime in January about
5  some issues he was having with the boiler.  You are
6  aware of that in general?
7  A.   In general, yes.
8  Q.   And you were already gone?
9  A.   Yes.
10 Q.   If he would have called you, at that point you
11 would have referred him to Wyoming Mechanical?
12 A.   Yes.
13 Q.   Or if Mr. Schuler had called you, you would
14 have referred him to Wyoming Mechanical?
15 A.   Yes.
16 Q.   If he called you -- and some of this is
17 supposition, I've got to ask the question -- if he
18 would have called you when you were there and said
19 I have a loud banging from the boiler -- he
20 describes it in various ways, but he says a bang or
21 a loud noise -- and he said the flue/the exhaust,
22 had come apart but that he had stuck it back
23 together, what would you have done?
24      MS. TIEDEKEN:  Objection.  Calls for
25 speculation.  Go ahead and answer.

78

1  there's obviously an issue with the boiler and/or
2  the venting.
3  Q.   Taking out of the equation me being a lawyer,
4  I'm now an accountant and I live in compound and I
5  have a number of pieces of property on my property
6  and I tell you the same thing I just told you, my
7  boiler is making a lot of noise and my flue came
8  apart and I put it back together, would you tell me
9  to turn off my boiler?
10 A.   Yes, I would.
11 Q.   And if you told me to turn off my boiler and
12 it's January, that means you would be getting out
13 there pretty quick?
14 A.   There would be definitely a different
15 conversation about that; secondary heat sources and
16 things along those lines for sure, because just to
17 have a point blank question without being able to
18 really follow up on questions and have a
19 conversation, it definitely is an interesting
20 scenario to play out.
21 Q.   But Mr. Buckingham, who made that call, if you
22 tell him to turn off his boiler, what other heat
23 source was there in the house?
24 A.   He has at least one gas fireplace that I know
25 that he uses to secondary heat the home.  And if I

80

1 recall he had other electric heaters kind of spread
2 throughout the house because of their original
3 boiler not working that well, so I believe he could
4 have survived a couple days without a heat source.
5     MR. WALTZ:  I may have questions for you
6 later, but I'm going to pass the witness to Mr.
7 McGill.  Nice to meet you.
8     THE WITNESS:  Nice meeting you.
9     MR. WALTZ:  Do you want to come down here,
10 Joe?
11     MR. MCGILL:  No, that's all right.
12     MR. WALTZ:  Let's go off the record.
13     (Whereupon, a brief recess was taken.)
14          EXAMINATION
15 BY MR. MCGILL:
16 Q.   Good morning, Mr. McCormick.  My name is
17 Joseph McGill.  I represent Triangle Tube company.
18     How are you today?
19 A.   Fine, thank you.
20 Q.   I know you've been deposed before, and Mr.
21 Waltz has asked you a number of questions.  I'm
22 going to try not to re-plow old ground as Mr. Waltz
23 mentioned, but we got added to the case late thanks
24 to Mr. Lewis, so I'll do the best I can.  Is that
25 fair?

81

1 A.   That's fair.
2 Q.   And if there's anything you don't understand,
3 like Mr. Waltz said, please let me know.
4 A.   Okay.
5 Q.   What did you do to prepare for your testimony
6 today?
7 A.   I revisited my last deposition.  Other than
8 that, that's all I've done to prepare.
9 Q.   Did you talk to with anyone about your
10 testimony today?
11 A.   Short mentions to my wife that I had to go and
12 give another one.
13     MS. TIEDEKEN:  Other than talking to me,
14 obviously.
15     MR. MCGILL:  Of course.
16 BY MR. MCGILL:
17 Q.   And as Mr. Waltz mentioned, I'm not interested
18 to what you might have said to Ms. Tiedeken.
19     Do you have any notes or any documents that
20 are responsive to the deposition notice that we
21 provided to Ms. Tiedeken?
22 A.   I do not.
23 Q.   What would have been your normal course of
24 practice during the time when you were installing
25 boilers around the Buckingham installation?  Would

82

1 you keep your own notes?
2 A.   Umm, not many notes.
3 Q.   Is there a job file?
4 A.   Umm, depends on the file, but not for -- I
5 don't believe there was a job file for this
6 particular job.
7 Q.   Okay.  And, again, you left Wyoming Mechanical
8 about five weeks after the Buckingham install?
9 A.   I left Wyoming Mechanical on January 1st was
10 my official last day, I guess.
11 Q.   And you left to start your own business?
12 A.   Yes.
13 Q.   And ON what kind of terms did you leave the
14 company?
15 A.   I left on good terms.
16 Q.   Other than your testimony back on November
17 19th, 2015, did you -- have you provided deposition
18 testimony in any other case?
19 A.   No.
20 Q.   Have you ever appeared in court before?
21 A.   No.
22 Q.   So you're a master plumber; is that correct?
23 A.   Yes.
24 Q.   And did you take any courses to obtain that
25 certification?

83

1 A.   No courses.
2 Q.   So you were grandfathered in?
3 A.   In the State of Wyoming in Teton County they
4 require that you work a certain amount of hours,
5 and then you then pass a test.  So you have to
6 start as an apprentice, become a journeymen, and
7 then after that then you can become a master
8 plumber.
9 Q.   Okay.  And --
10 A.   The state doesn't require anything.  Teton
11 County is the only body that governs, you know,
12 licensing.
13 Q.   Okay.  So there is a test that you took?
14 A.   Yes.
15 Q.   When did you take the test?
16 A.   I took the master's test January 15th-ish.
17 Q.   This year?
18 A.   2015.
19 Q.   1/15/15.  And what's your license number?
20 A.   I don't have it with me; I don't know my
21 license number.
22 Q.   Have you ever had any complaints filed against
23 your license?
24 A.   No.
25 Q.   As a journeymen do you have a license as well?

84

1  A.    Yes.
2  Q.    So with respect to any license you've held as
3  a plumber, have there ever been any complaints or
4  disciplinary proceedings against your license?
5  A.    No.
6  Q.    You understand that there is -- well, some of
7  the disciplines that are involved with respect to
8  installing the boiler like the Prestige 175 at the
9  Buckingham residence, there is electronics,
10  plumbing.
11  A.    I will say it's pipe work, kind of similar to
12  plumbing; that's how I describe it.
13  Q.    Have you taken any training or courses with
14  respect to the installation of boilers or other gas
15  fired appliances?
16  A.    No official training, in-field training.
17  Q.    No training from any manufacturers?
18  A.    On installation?
19  Q.    Yes.
20  A.    No.
21  Q.    You understand that frequently manufacturers
22  will send boilers out that are set up for natural
23  gas that need to be converted to LP?
24  A.    Yes, I'm aware of that.
25  Q.    Is that common knowledge?

85

1  change the orifice inside of the gas valve.
2  Q.    So with respect to any of the boilers, any of
3  the Triangle boilers that you've converted, did you
4  consult the manufacturer's installation guide with
5  respect to that issue?
6  A.    That I did do, because the conversion kit
7  comes in its own little packet with its own little
8  set of instructions to make sure that that is very
9  clear on how to do that.
10  Q.    So does it also include the orifice?
11  A.    I believe so.
12  Q.    And the tool to take the gas valve assembly
13  apart to install the orifice?
14  A.    I don't believe the tool, but I believe the
15  orifice and the literature and a sticker that you
16  would put on the side of the boiler showing it's
17  been converted.
18  Q.    And you've gone through that process several
19  times.
20  A.    Yes.
21  Q.    So you are very familiar with respect to
22  actually making modifications to a boiler during
23  installation.  Fair statement?
24  A.    Fair statement.
25  Q.    Since you haven't had any manufacturer courses

87

1  A.    That's common knowledge, yes.
2  Q.    So since you haven't taken any courses with
3  respect to boiler installation, et cetera, how did
4  you obtain knowledge concerning the conversion of
5  boilers from LP to -- from natural gas to LP?
6  A.    Something that I've learned in the field under
7  my journeymen and/or master plumber that I worked
8  under.  So it's kind of common to convert many
9  appliances, not just boilers, from natural to
10  propane.  And in this area we have a lot of propane
11  that we run.  In most areas it seems to be natural
12  gas.
13  Q.    So I think you mentioned you've installed five
14  to ten Triangle boilers?
15  A.    I believe that's correct, yes.
16  Q.    Sounds about right.  Have you converted all of
17  those boilers from natural gas to LP?
18  A.    Yes.
19  Q.    And so none of them were shipped LP ready?
20  A.    I don't believe that I've ever received an LP
21  ready boiler from Triangle.
22  Q.    Can you walk me through what your
23  understanding is for converting the boiler from
24  natural gas to LP?
25  A.    My understanding is normally you have to

86

1  in any of the materials that you've reviewed -- did
2  you review any materials for testing for your
3  master plumber?
4  MS. TIEDEKEN:  I would object to the form of
5  the question as far as it assumes that he has not
6  attended any manufacturers courses.
7  MR. MCGILL:  Okay.  Let me ask you that
8  question.
9  BY MR. MCGILL:
10  Q.    Have you attended any courses provided by any
11  manufacturer concerning any gas-fired appliance?
12  A.    Not that I recall.
13  Q.    So getting to the master plumber license.  Did
14  you review any materials in preparation for that
15  test?
16  A.    Materials?
17  Q.    Course prep materials, anything --
18  A.    Umm, yes.  I reviewed code books.  The test is
19  based on the International Code Council, code.
20  Q.    And do any of those code books talk about the
21  importance or necessity to look at manufacture's
22  installation instructions when you are installing a
23  gas-fired appliance?
24  A.    Not that I recall in the code book.
25  Q.    When you're converting from natural gas to LP,

88

Pages 85 to 88

1 how do you determine whether or not the unit is
2 firing properly after the conversion is done on a
3 Triangle boiler?
4 A.   On a Triangle boiler you would use a
5 combustion analyzer, and I use that.
6 Q.   And, again, how long have you been in the
7 plumbing field?
8 A.   Right now I've been in the plumbing field for
9 nine years and a few months.
10 Q.   And do you own your own combustion analyzer?
11 A.   I do not own one.
12 Q.   So for your current business you don't have
13 one that you use?
14 A.   That's correct.
15 Q.   Can you rent one locally?
16 A.   I have a guy who does that for me.
17 Q.   So you sub out the combustion analysis of the
18 installation?
19 A.   And the controls.
20 Q.   And the controls portion?
21 A.   Yes.
22 Q.   Okay.  When you were at Wyoming Mechanical,
23 what was the procedure with respect to doing
24 combustion analysis of boiler installations?
25 A.   No set procedure for that.

89

1 Q.   Was that service subbed out?
2 A.   That -- I don't believe so.
3 Q.   So Wyoming mechanical had its own combustion
4 analyzers available for its employees?
5 A.   Yes.
6 Q.   Do you know what brand?
7 A.   No, I do not.
8 Q.   Do you know whether or not they were
9 calibrated on an annual or semi annual basis?
10 A.   I don't know that either.
11 Q.   So focusing in particular on boiler
12 installations, not other gas gas-fired appliances
13 -- well, other gas-fired appliances, you had been
14 involved in installing those as well?
15 A.   Yes.
16 Q.   Like, for example, gas ranges?
17 A.   Gas ranges, cook tops, a couple of power vent
18 water heaters throughout my career; things along
19 those lines.
20 Q.   Okay.  And all of the expertise that you've
21 developed with respect to those installations, it's
22 all been on the job?
23 A.   Yes.
24 Q.   Okay.  Who was your supervisor at Wyoming
25 Mechanical?

90

1 A.   David Gieck.
2 Q.   And did you run your own jobs?
3 A.   Yes.
4 Q.   Were you an hourly employee or on a salary?
5 A.   Hourly.
6 Q.   How long were you with Wyoming Mechanical?
7 A.   Just shy of eight years.
8 Q.   So --
9 A.   So seven years, ten months.
10 Q.   Seven years, ten months, okay.  So right out
11 of high school?
12 A.   No.
13 Q.   So you are not that young?
14 A.   I'm not that young.
15 Q.   You keep yourself in good shape then.
16      What did you do before Wyoming Mechanical?
17 A.   Do you want the whole history of what I've
18 done?
19 Q.   Real, real briefly.
20 A.   Real briefly.  Ski bum, went on to surf bum,
21 lived in different locations.  I did security work,
22 catering work, and prior to Wyoming Mechanical, I
23 installed sun rooms in the Jackson area --
24 Q.   Okay.
25 A.   -- on homes.

91

1 Q.   So why the switch to the plumbing trade?
2 A.   Umm, I needed a good job.  My wife was
3 pregnant with kids.  Had a friend who was doing
4 well as a plumber.  Started looking for a job in a
5 trade.  Chose plumbing.  Pursued Wyoming
6 Mechanical, and was hired.
7 Q.   Okay, great.  So you went from an apprentice
8 to journeymen to master?
9 A.   I wasn't a master plumber with Wyoming
10 Mechanical.  I achieved that after I left.
11 Q.   Okay.  So during your progression through your
12 levels of responsibility at Wyoming Mechanical, is
13 Mr. Gieck -- that was the person that gave you the
14 hands-on know-how, or who else did you train under?
15 A.   I trained with Todd Corey who is my
16 journeyman/master plumber.
17 Q.   Okay.  Anyone else?
18 A.   Umm, yeah, sure.  There were other individuals
19 throughout the company, and you would be just --
20 like I wouldn't do a whole job with them, but they
21 would come in and I would help them out through
22 different courses of different projects, but mostly
23 Todd Corey and quite a bit with David Gieck on site
24 advising.  And, you know, he would just do his
25 checkups and make sure things were working the way

92

1 they ought to and work time schedule. And, you
2 know, he's running the business, so he's running
3 his crews and he's keeping up on them, so he's
4 constantly on jobs.
5 Q.    So as you progress through that work
6 experience, then you go from sort of being an
7 apprentice to a journeyman?
8 A.    Yes.
9 Q.    Take that test, and you got all that through
10 experience?
11 A.    Yes.
12 Q.    At any time during that progression, were you
13 -- did you learn anything about hard starts or
14 delayed ignitions of boilers?
15 A.    I don't recall learning anything about that.
16 Q.    Do you know anything about the potential
17 causes of hard starts or delayed ignitions in
18 boilers?
19 A.    Potential causes of it?
20 Q.    Yes. But before you answer that question, let
21 me ask you this: Do you know what those two terms
22 mean?
23 A.    I would say a hard start would be when there
24 is too much gas in the gas chamber and it ignites
25 and makes a boom or pop.

93

1       A delayed start would be there is something
2 not quite in sync with the computer, and therefore
3 it makes a call for heat, then there is a delay in
4 the igniter and there is a delay. And this is my
5 speculation.
6 Q.    Okay. So with respect to the controls aspect
7 of any particular boiler, that was all on-the-job
8 training as well?
9 A.    I do recall one time we did a control training
10 in the shop, and I believe it was for Triangle
11 Tube's control, but it was just like the circuit
12 board of it.
13 Q.    The circuit board, but not necessarily the
14 actual interface how to program or make changes to
15 the boiler?
16 A.    It was how to navigate the circuit board.
17 Q.    I see.
18 A.    So from an installer's perspective so you can
19 go in and maybe change certain parameters and tune
20 it up.
21 Q.    Mm-hmm.
22 A.    Just to get familiar with it. Any time I
23 needed to actually adjust certain temperatures and
24 certain other things, that's when I would call
25 Triangle Tube and talk to a technician and have

94

1 them walk me through the procedure to achieve what
2 I needed to.
3 Q.    Okay. So back to my question about delayed
4 starts and ignitions. Have you ever experienced
5 any one of those two events?
6 A.    No, I haven't.
7 Q.    So you haven't been around a boiler when it's
8 done a hard start?
9 A.    No.
10 Q.    During the time period when you were
11 installing the Buckingham boiler and thereafter,
12 did you experience it or witness it having any kind
13 of a hard start or delayed ignition?
14 A.    The Buckingham boiler?
15 Q.    Yes, sir.
16 A.    No, I didn't experience that.
17 Q.    So you don't have any knowledge or information
18 about generally what can cause a hard start?
19 A.    Umm, no.
20 Q.    With respect to the boiler installations, did
21 you learn anything about checking the fuel
22 pressure?
23 A.    I checked in-line pressure a couple times
24 throughout my career.
25 Q.    Was that part of the standard procedure for

95

1 installing a boiler while you were working for
2 Wyoming Mechanical?
3 A.    I would say no.
4 Q.    During the same time period, did you ever have
5 any experience with respect to gas line regulators
6 that were malfunctioning or broken?
7 A.    Umm, that's where we would test if they
8 were -- we would test the regulator if we found a
9 problem somewhere inside of the building with
10 another appliance. That's when we would be like
11 okay, the piping size is okay, we need to check the
12 regulator. And that I never have done on my own,
13 only with my journeymen.
14 Q.    So what would be the symptoms of -- generally
15 speaking, of a regulator malfunctioning, in your
16 experience?
17 A.    In my experience, it would be a bad burn on
18 the appliance.
19 Q.    And that could include a boiler as well?
20 A.    It could include a boiler.
21 Q.    Are you aware of any engineering bulletins
22 that may have been issued by Triangle Tube?
23 A.    No.
24 Q.    When you were at Wyoming Mechanical, did they
25 receive any engineering bulletins from any

96

1  manufacturer?
2  A.   Not that I'm aware of.
3  Q.   Would that be something that would have been
4  within your scope of responsibilities while at
5  Wyoming Mechanical, to look at those?
6  A.   If I had received them, I would have looked at
7  them.
8  Q.   Who at Wyoming Mechanical, do you know, if you
9  know, would have received engineering bulletins
10 from any manufacturers?
11 A.   I don't know if anybody would.  If they
12 would -- I would assume that they would come from
13 the supply houses, not directly the manufacturer
14 themselves.
15 Q.   Okay.
16 A.   So it could have been -- if there were
17 bulletins, they could have been lost between the
18 supply house and the manufacturer and the
19 installer.
20 Q.   Okay.  So you look to the supply house for
21 that type of information?
22 A.   If it's posted up, yes.
23 Q.   And then the times -- first of all, how often
24 did you actually physically made a call to Triangle
25 Tube on any issue?

97

1  A.   How many times physically have I called?
2  Q.   That's a bad way to put it, but how many times
3  have you called Triangle Tube?
4  A.   Five to ten different times.
5  Q.   And those were all on control issues?
6  A.   Yes.
7  Q.   What portion of the system?
8  A.   Just the -- so the Triangle Tube is a
9  modulating boiler, so it can modulate different
10 temperatures.  So you run your floor heat at a
11 certain temperature and run a different type of --
12 say domestic hot water at a different temperature
13 through the boiler, and then calling and going and
14 working through the panel to set it up so that it
15 does it with the way that I've piped it, if that
16 makes any sense.  Versus -- I don't always use
17 their piping schematic for how things work, so
18 sometimes you have to change the way the brain
19 thinks, and it's all programmable in there during
20 setup.
21 Q.   All right.  So the calls that you've made to
22 Triangle have been dealing with the actual computer
23 control or the control board?
24 A.   Mm-hmm.
25 Q.   And then set up of the hydronics?

98

1  A.   Exactly.
2  Q.   And you mentioned that you don't necessarily
3  use the hydronics schematics that Triangle
4  recommends?
5  A.   The piping schematic?
6  Q.   The piping schematic, right.
7  A.   End up sort of tweaking it up a little bit.
8  Q.   And how would those tweaks -- what would be
9  your base of knowledge for doing those types of
10 tweaks?
11 A.   Just based on how I was kind of trained by my
12 journeyman on how to pipe certain things in
13 placements of pumps and placements of different
14 things in the system so that it makes sense in my
15 brain.  When you do a complicated system, it's
16 better to have some foundation to pipe that off of
17 versus some schematic that's drawn on some piece of
18 paper.
19 Q.   So when you were at Wyoming Mechanical, is
20 that pretty much the way things were done?
21 A.   I would say everybody tends to have their own
22 methods for the way they install.
23 Q.   And those may or may not comport with what the
24 particular manufacturer, like Triangle, would
25 recommend?

99

1  A.   They may or may not.
2  Q.   Okay.  And so you've had five to ten calls
3  with Triangle.  Did you have any problem
4  understanding the advice or recommendations you
5  received from service technicians at Triangle?
6  A.   No.  I like their call support.
7  Q.   And they were always available?  Or better
8  yet, were they always available when you needed
9  them?
10 A.   Yes.
11 Q.   Mr. Waltz may have covered this, and I think
12 he did pretty well, but just so that I'm clear:
13 Was there any policy or procedure, written or
14 otherwise, at Wyoming Mechanical with respect to
15 reading and understanding manufacturer's
16 installation instructions?
17 A.   I would say it was a common sense call.  You
18 know, you've been in the field long enough, you
19 should be aware of doing some.
20 Q.   Okay.  What do you know about the importance
21 of doing combustion analysis after the boiler is
22 installed, the Triangle boiler?
23 A.   I would say it has to do with the efficiencies
24 of the burn so that the boiler is running at its
25 prime efficient level.

100

Pages 97 to 100

Q.    When you use the term efficiency of the burn, does that also encompass the various levels of the flue gas that may be a by-product of combustion, like carbon monoxide?

A.    I think that changes certain levels of that.

Q.    Okay. Do you know, as you sit here today, what the maximum CO output for flue gas on a Triangle 175 TriMax boiler is?

A.    No, I do not.

Q.    So I believe you mentioned you would do combustion analysis after a boiler installation on other boilers, on other installs other than the Buckinghams?

A.    Yeah, we as Wyoming Mechanical would.

Q.    Yes. And how would you determine from the readout of that analysis whether or not the boiler was operating within a manufacturer's requirements?

A.    You would compare your results to the manual.

Q.    So you're very familiar with that process?

A.    Umm, I'm not really, really good at it, but, yes, I'm familiar with it.

Q.    Are you --

A.    I wouldn't say I'm very good at it. I would say I'm capable.

Q.    Very familiar with it, though?

101

A.    Yes.

Q.    And are you aware that the Triangle boiler itself has an actual port where you insert the wand for the combustion analyzer?

A.    I recall that being on top of the flue, yes.

Q.    So it's very easy to do combustion analyses on a Prestige Solo 175 boiler, is it not?

A.    I would say it's relatively easy.

Q.    So in your work experience, as you progress up to this master's level in your plumbing trade, have you learned anything about the danger associated with dislodged exhaust venting on a boiler?

A.    I would say that's a common sense thing; no official training on that.

Q.    So no one at Wyoming Mechanical said hey, you know, if the exhaust venting comes off, it's a very serious issue we need to address immediately; anything like that?

A.    Nothing verbal about that.

Q.    Okay. So I mean I think it's common knowledge that CO is dangerous and can kill you.

A.    Yes.

Q.    So I want you to set that aside.

A.    Okay.

Q.    Set your common knowledge aside.

102

A.    Okay.

Q.    I want you to think about this as a master plumber in the trade where you are installing boilers. And you've gotten all your training from the folks at Wyoming Mechanical. Anyone at Wyoming Mechanical ever say to you -- okay, exhaust venting dislodges on one of these boilers, there is going to be CO in that flue gas, and that's going to be dangerous. Setting aside your common knowledge.

A.    Setting aside my common knowledge is tough to do with that scenario. No one has ever told me specifically if a boiler has been dislodged that there would be an issue with CO; however, training would prove common knowledge. I wouldn't expect a two day apprentice to understand, you know, being poisoned by CO, but you know through training you learn where you vent things, you always have to put them in proper locations. Venting is something that is taken quite seriously.

Q.    Okay. How about CO detectors during the November 2014 timeframe. Was there any policy or procedure at Wyoming Mechanical that you can --

A.    Not that I recall, no.

Q.    Is there any reason why, that you know of, that you individually or the folks at Wyoming

103

Mechanical wouldn't make a recommendation on a CO detector for a boiler installation?

A.    I don't know why we would or wouldn't do that.

Q.    You just know that it wasn't done?

A.    Not through me or my journeymen that I trained under.

Q.    Okay.

A.    I can't speak for all of the other crews that have, you know, been hired and operate with Wyoming Mechanical.

Q.    So is it fair to say during the time period that you were at Wyoming Mechanical, you were involved with hundreds of boiler installations?

A.    Not hundreds.

Q.    Okay. So, say, more than 50?

A.    I would say shy of 50.

Q.    Just shy of 50. On any of those installations, was a CO detector warning device recommended by Wyoming Mechanical?

A.    Not that I recall. And when I say boilers, I kind of lump sum electric boilers installed into that scenario.

Q.    Okay.

A.    But if you are talking, you know...

Q.    Gas fired?

104

Pages 101 to 104

1   A.   Gas fired, probably 35-range installed.
2   Q.   All right.  Do you hold any other types of
3   licenses other than master plumber?
4   A.   No.
5   Q.   What other types of boilers have you
6   installed?
7   A.   Other brands or types?
8   Q.   Let's start with brands.
9   A.   Umm, I just installed a Lochinvar; we used to
10  with Wyoming Mechanical.  The Viessmann Vitodens
11  were quite a popular boiler, I would say I
12  installed quite a lot of those.  Some Weil McLain's
13  occasionally as a replacement.  And that's all I
14  can think of brand names for the moment.
15  Q.   And types you've done:  Electric, LP, natural
16  gas, and oil?
17  A.   Umm, never -- I've never installed a oil-fired
18  boiler.
19  Q.   So on all of those installations, what would
20  have been your practice with respect to reading the
21  manufacturer's installation instructions?
22  A.   Could you repeat that one more time?
23  Q.   For the different types of boilers that you've
24  installed and the different manufacturers, what
25  would have been your standard practice with respect

105

1   to reading the installation manuals and
2   instructions from the manufacturers?
3   A.   My standard procedure would be to, you know,
4   go over the manual for the boiler itself, which I
5   do for every boiler.  But I don't specifically read
6   the complete details, I kind of lump sum it into,
7   you know, I have got enough -- I've installed
8   enough boilers over time that I feel like I'm
9   pretty confident in installing and piping it out
10  without getting into the specifics of that exact
11  boiler.  But I'll check specific clearances,
12  because sometimes boilers need clearances before
13  you install them one way another to a wall, height,
14  elevation and other things like that.
15       So I go through, check it, but I don't get
16  real deep into the piping schematics of it all, and
17  I usually feel pretty good about the boilers we've
18  installed and the way we installed them.
19  Q.   So on the Buckingham boiler, were you involved
20  at all in the bidding process for the job?
21  A.   No.
22  Q.   Did you have access to the bid?
23  A.   No.
24  Q.   Did you have any input about the heating
25  requirements for the structure?

106

1   A.   No.
2   Q.   Did you do anything with respect to making a
3   determination that the 175 was the right size for
4   the structure?
5   A.   I didn't do any of that.
6   Q.   Who was responsible for that?
7   A.   I believe Steve Gieck.
8   Q.   Was there an actual estimate prepared?
9   A.   I believe so.
10  Q.   Have you seen it and reviewed it?
11  A.   No.
12  Q.   Do you know who at Wyoming Mechanical actually
13  ordered the boiler?
14  A.   No.
15  Q.   Where was the boiler initially shipped?
16  A.   I believe it was probably shipped to the
17  supply house, and then from there the supply house
18  would have made the delivery to the job site.
19  Q.   So the boiler never made a stop at Wyoming
20  Mechanical at any time?
21  A.   I highly doubt it.
22  Q.   Were you there when the boiler was unpacked?
23  A.   Yes.
24  Q.   And did you find anything wrong with the
25  packing of the boiler?

107

1   A.   No.
2   Q.   Describe for me the process that you would
3   normally go through when you are unpacking a boiler
4   like the Triangle Prestige Solo 175.
5   A.   Describe the process of it?
6   Q.   Right.
7   A.   I don't really recall, but it depends on the
8   packaging itself.  Sometimes you just open the box
9   and pull the boiler out of the top of the box.  It
10  depends on the size of the boiler and the type of
11  box.  Sometimes you cut the box away from the
12  boiler and it's mounted to a bracket, and then you
13  remove it from the bracket.
14  Q.   Do you recall doing that in this instance?
15  A.   I don't recall how that was packaged.
16  Q.   Walk me through the process -- were you there
17  when the Buckingham boiler was delivered?
18  A.   I believe it was on site when I showed up.
19  Q.   And how long did the installation job actually
20  take?
21  A.   We had it done in roughly 20 hours.
22  Q.   So over the course of three days?
23  A.   Two days.
24  Q.   Two days consecutive?
25  A.   Two days consecutive.

108

Pages 105 to 108

1  Q.  Were you there when the boiler was unpacked?
2  A.  Yes.
3  Q.  What did you do to lay out the materials that
4  came with the boiler?
5  A.  I would say I assessed what was delivered from
6  the supply house.  Really I've seen pumps and
7  flanges and stuff quite a bit, so I just kind of
8  staged certain things out.  It was on the garage
9  floor for this install.  So I staged everything out
10  and just had, you know, my standard piles of
11  fittings that I knew I was going to need to make
12  certain piping arrangements to accommodate the
13  piping.
14      But other than that, there wasn't any like
15  major layout.  You put the boiler on the wall and
16  just start piping it and make it fit is kind of the
17  way it works.
18  Q.  Okay.  Did you mount the boiler on a sheet of
19  mylar?
20  A.  I believe it was mounted onto drywall.
21  Q.  So you took the bracket that comes with the
22  boiler, and did you use that to mount the boiler?
23  A.  I believe I did, yes.
24  Q.  So you didn't take the bracket and mount it to
25  a sheet of mylar and mount the mylar to the

109

1  A.  -- to have that removed.  And we placed that
2  in a separate portion of the garage, opening up
3  access for the new install.
4  Q.  And is there a heating zone in the garage
5  itself?
6  A.  There is.
7  Q.  Was that working after you finished the
8  installation of the boiler?
9  A.  To my knowledge it was working.  But I don't
10  know if you've seen or read, but there was a leak
11  in that slab which we eventually went back and
12  isolated that from the system, so the slab wasn't
13  working properly at the time that we left the
14  boiler.
15  Q.  And then did you ultimately, at some point,
16  fix that leak?
17  A.  Me personally, no.  We isolated the garage off
18  of the hydronic system so that the hydronic system
19  could operate the rest of the household.
20  Q.  So the garage heating zone was bypassed?
21  A.  You could say bypassed, yes.
22  Q.  So the garage wasn't heated then?
23  A.  Correct.
24  Q.  So the boiler was installed then, to your
25  knowledge, in an area in the Buckingham's garage

111

1  drywall?
2  A.  No, I don't think I did.
3  Q.  And the materials that came from the supply
4  house, that's Ferguson, right?
5  A.  Ferguson and Silver Creek.
6  Q.  And did you keep those separate from the
7  boiler?
8  A.  No.
9  Q.  So was there anything missing from the
10  materials that came with the boiler that you
11  noticed?
12  A.  Not that I recall.  I mean standard stuff
13  like, you know, oh, I need a ball valve.  I got to
14  bring a ball valve with me the next day kind of
15  scenario.
16  Q.  Okay.  The boiler that was at the residence
17  before, was it a gas-fired boiler?
18  A.  Yes.
19  Q.  And were you guys involved with the demolition
20  and removal of that boiler?
21  A.  Yes.
22  Q.  And how long did that take?
23  A.  The demolition probably took three hours or
24  so --
25  Q.  Okay.

110

1  that didn't have radiant heat?
2  A.  It didn't have radiant heat.  There may have
3  been a secondary heat source in there; I don't
4  recall.
5  Q.  Do you know whether or not Triangle has any
6  recommendations about installing a boiler in an
7  area that can be subject to freezing?
8  A.  I'm not aware of that.
9  Q.  So who made the decision to locate the boiler
10  where it's seen in these various photographs?
11  A.  Umm, between myself and Steve Gieck, that just
12  kind of made sense --
13  Q.  Was --
14  A.  -- for the location.  The old boiler was
15  basically right there.  If you look at the old
16  piping that we tied on to, it was all right there.
17  So we basically took a floor-mounted boiler out,
18  put a wall-mounted boiler up, repiped it, and
19  connected it to the supply and return hydronic
20  pipes.
21  Q.  When you say repiped it, did you do the black
22  pipe as well?
23  A.  Gas pipe?
24  Q.  Yeah.
25  A.  I'm sure we reworked it out so it would fit

112

1  that scenario.
2  Q.   And you don't recall whether or not the gas
3  pressure was tested for the gas supply?
4  A.   I know that I didn't test it.
5  Q.   Would that have been something that would have
6  been within your responsibilities on this job -- on
7  the Buckingham job?
8  A.   Umm, it would have been; however, it was one
9  of those scenarios where there was a boiler
10  functioning properly there already, so -- and, you
11  know, I kind of underestimated that the gas
12  pressure would be just fine to accommodate the new
13  boiler.
14  Q.   Okay.  What do you know about the old boiler
15  that was in the site?
16  A.   It was old, and it was like a heavy cast iron
17  floor-mounted boiler.  I don't even recall the
18  brand of it because it was just a chop it out and
19  get it out of our way so we can install a new one.
20  Q.   So how would you compare the Triangle boiler
21  with the old?
22  A.   Comparison-wise, I compared it as way more
23  lightweight, efficient as the stainless steel heat
24  exchanger.
25  Q.   So would be it like going from an old beat

113

1  up Chevy to, say, I don't know, a Maserati?
2  A.   I wouldn't say a Maserati level, but I would
3  say it would be like going for an upgrade.
4  Q.   Okay.
5  A.   So you are driving a 1990 you are going to get
6  yourself a brand new car.  It's not the fanciest
7  best thing in the world, but it's quite the
8  upgrade.
9  Q.   So have you been involved in situations where
10  you've done change-outs like that before?
11  A.   Yes.
12  Q.   And what policies or procedures are followed
13  to address issues that might be associated with an
14  upgrade to a new boiler like that?  What problems
15  are going to happen and how are they dealt with?
16  A.   Well, I guess as you are touching on the
17  subject of gas pressure would be the one thing that
18  may change between the old boiler and the new
19  boiler's requirements.
20  Q.   So an old boiler -- let me ask you this:
21  Would an old boiler, in your experience, have less
22  of a requirement for gas pressure or more of a
23  requirement?
24  A.   I would say it's a BTU load thing.  So if you
25  were kind of swapping out a boiler set at a certain

114

1  BTU level with something that's the same, your gas
2  pressure should be the same.  That's my take on
3  that.
4  Q.   Okay.  So -- and the age of the boiler doesn't
5  have any impact on that?
6  A.   Not in my knowledge.
7  Q.   Okay.  So just getting back to what you just
8  said, other than gas pressure issues, changing from
9  an old cast iron boiler, say for example to
10  something like the Triangle Tube boiler, what other
11  kinds of problems could happen?
12  A.   When you do that type of change, you change
13  the flue pipe, which is what we did, because they
14  had an older style metal type of pipe on the old
15  boiler, and we installed a modern type of material,
16  change-out wise, there would be some controls that
17  would change, piping, schematics would have changed
18  over the years in the way things kind of work,
19  but...
20  Q.   So would there be any issues with respect to
21  the hydronics with changing out from old boiler to
22  something much more new and efficient?
23  A.   Umm, shouldn't really.  As long as you are
24  within your temperature parameters, you really
25  wouldn't see anything change.

115

1  Q.   To your knowledge, was the Triangle Tube
2  boiler dropped at any time, or mishandled?
3  A.   Not to my knowledge.
4  Q.   So you had an apprentice and a journeyman with
5  you?
6  A.   No, I had two apprentices.
7  Q.   Two apprentices.  Can you tell me who did what
8  on the installation?
9  A.   I would say -- so we were there for two
10  working days installing.  First day I was with Matt
11  Sills, we did the -- together we did the demolition
12  of the old boiler.  We started to work on the flue
13  pipe and we hung the new boiler on the wall and
14  started the piping procedure of that boiler.
15      And then on the second day with the apprentice
16  Brian McCormick, we would have gone in, finished up
17  the hydronic piping, tied it in, filled the system
18  up with glycol and/or water, I don't recall; I
19  believe we filled the system up with glycol.  And
20  then fired the boiler, cleaned up, and headed out.
21      That's a pretty brief of our description of
22  what we did.
23  Q.   Okay.
24  A.   And what they did was assist me in the aspects
25  of doing all that work.

116

Pages 113 to 116

1    Q.    You basically took lead?
2    A.    I would give them tasks and they would
3    complete the task, and I would give them another
4    task once that task was done.  And you have them do
5    things that are within their skill-set.
6    Q.    Could you describe for me any changes in the
7    LP gas piping?
8    A.    Any changes that we made in the piping?
9    Q.    Right.
10    A.    I could better recall if I had a picture of
11    that new piping, but I'm sure it was just a matter
12    of adapting on to what is in the area --
13    Q.    Uh-huh.
14    A.    -- and making it work and fit the new install.
15    Q.    Okay.  So did you inspect the gas line
16    regulator at all?
17    A.    I did not.  I don't even know where it was
18    located to be honest with you.
19    Q.    Okay.
20    A.    And our snow levels were pretty high at that
21    point.  I think it was -- yeah, I remember driving
22    through and having to what we call bucking through
23    the snow because we had to kind of rally to get in
24    there after a snowstorm.
25    Q.    And was the LP gas storage tank covered in

117

1    snow?
2    A.    I don't recall even seeing the gas and/or the
3    regulator to the house.  So the gas tank outside or
4    the regulator, I don't recall looking at any one of
5    those items.
6    Q.    Is it because they were covered in snow, or
7    you just don't recall seeing them?
8    A.    I didn't make the trek through the snow to go
9    and observe them.
10    Q.    And so with respect to the exhaust venting,
11    did you personally install that?
12    A.    I believe Matt Sills installed the
13    termination, and then Brian McCormick assisted me
14    with the PP pipe.
15    Q.    And then what about the air intake?
16    A.    Same, hand-in-hand, like we built the system
17    together.  So we did the air intake, and then we
18    did the exhaust all in the same kind of timeframe.
19    Q.    The supports for the venting --
20    MR. MCGILL:  I'm showing the witness what's
21    been marked as Exhibit 66.
22    BY MR. MCGILL:
23    Q.    -- shows supports there.  Not the clamping
24    system, but the supports themselves.  Where did you
25    obtain those?

118

1    A.    Supply house keeps them in stock when we -- I
2    don't recall if I grabbed them off of, you know,
3    out of our shop, or if we grabbed them from the
4    supply house.
5    Q.    And so the parts list you were asked about
6    earlier, those were all internal parts Wyoming
7    Mechanical had on the job?
8    A.    We call it truck stock, so anything we take
9    off our truck needs to be noted.  We would write it
10    down and make sure it gets billed properly.
11    Q.    Okay.
12    A.    And in my understanding, this was going to be
13    a time and material job.  I don't know if it was or
14    it wasn't, so that's probably why I made the list.
15    If it was a contract job, I typically would
16    not bother with the list because the price would
17    include everything we put in there.  So I made the
18    list based on believing that this was a time and
19    material job.
20    Q.    Is there a reason you didn't use hangers as
21    opposed to these wall mounted -- I'll call them
22    stanchions?
23    A.    The reason I didn't use hangers is I believe
24    it was a far better support for the scenario.
25    Q.    Okay.  So you are familiar with what a hard

119

1    start is in terms of boiler operations?
2    A.    I believe I am.
3    Q.    Okay.  But you've never seen one actually
4    happen?
5    A.    Not that I'm aware of.
6    Q.    Are you aware that even in a hard start
7    scenario, if the exhaust venting is installed
8    properly per manufacturer recommendations, that it
9    should stay intact?
10    A.    Even during a hard start?
11    Q.    Yes, sir.
12    A.    I'm not aware that that is the scenario with
13    that.
14    Q.    Has anyone ever talked to you about at that at
15    Wyoming Mechanical?
16    A.    No, not that I recall.
17    Q.    Any of your supervisors, anything like that?
18    A.    Not that I recall regarding a hard start in
19    relations to the vent piping; I don't recall any
20    conversations like that.
21    Q.    Okay.  So if there was a witness from say
22    Triangle Tube that went through why exhaust venting
23    has to be supported in the manner in which it's
24    supported, and came to the conclusion that even
25    during a hard start scenario, if the exhaust

120

1  venting is properly supported, it should stay
2  intact. You wouldn't have any ability to refute
3  those types of statements, would you?
4  A.   I wouldn't.
5  Q.   Why is it that you didn't follow the
6  recommended 5/8" slope back to the boiler for the
7  exhaust venting?
8  A.   It was an oversight on my part. I didn't
9  observe it in the installation manual, and I'm --
10  and I know that it's in the Triangle Tube manual,
11  but I didn't -- I don't recall even reading it over
12  or even seeing that.
13  Q.   Okay. Do you know whether or not Teton County
14  has adopted any, I believe, international
15  residential codes with respect to direct venting of
16  gas-fired appliances?
17  A.   I believe they go off a field gas code book.
18  Q.   And do you believe -- do you know what the
19  field gas code book says with regard to gas
20  venting?
21  A.   I mean that's a pretty broad statement.
22  Q.   Sure.
23  A.   With regards to sloping the pipe?
24  Q.   Do you know that the fuel gas code says that
25  exhaust venting should be installed pursuant to

121

1  exhaust vent on this and this is what they
2  recommend when there is an eve?
3  A.   I don't recall seeing anything like that.
4  Q.   Okay. Or doing that investigation or search?
5  A.   I don't recall.
6  Q.   So after this event happened, did you conduct
7  any kind of internet search with respect to any
8  problems that Triangle Tube might have been having
9  with their boilers?
10  A.   I did not do any research on that.
11  Q.   At any time?
12  A.   At any time since the incident, I haven't
13  looked into it.
14  Q.   You just can't remember how you determined
15  whether or not that was installed appropriately?
16  A.   Do you have an interior picture of that?
17  Q.   I'm not sure I do.
18       MR. WALTZ: For the record, you are looking at
19  Exhibit 62?
20       MR. MCGILL: Yes, I'm sorry. Exhibit 62 is
21  what we were referencing.
22  BY MR. MCGILL:
23  Q.   If you take a look at that, the interior
24  picture is Exhibit 58.
25  A.   It almost looks like I found a halfway mark or

123

1  manufacturer's requirements?
2  A.   I'm not sure if it says that in there or not.
3  Q.   So the hole that this venting terminates from
4  or through on the side of the Buckingham
5  structure --
6       MR. MCGILL: I'm showing the witness an
7  exhibit marked 62.
8  BY MR. MCGILL:
9  Q.   -- that's the hole from the old boiler that
10  was in there, correct?
11  A.   Yeah, you can see the original trim plate that
12  was holding the old vent pipe.
13  Q.   Okay. What did you do when you were working
14  with your apprentices to make certain that this
15  termination was far enough away from the exterior
16  wall or the eve, the overhang?
17  A.   To make sure that it was far enough away?
18  Q.   Correct.
19  A.   I'm sure we referenced something in some kind
20  of literature for that --
21  Q.   Okay.
22  A.   -- and put it up.
23  Q.   Do you have a specific recollection of looking
24  at the Triangle Tube manual and saying this is what
25  Triangle recommends, we are doing a side angle

122

1  point for that termination, I believe that's a side
2  wall termination, found the halfway mark, and
3  that's kind of what made me determine how far
4  forward I place that out of the wall.
5  Q.   Okay. So what do you mean when you say,
6  halfway point?
7  A.   So if you look at this white piece, it is a
8  certain length.
9  Q.   Yes.
10  A.   And you can see where these two pipes come
11  into the one fitting here. And so from that point
12  to this point, I believe we just kind of centered
13  it up and poked it through.
14  Q.   Okay. But you could have extended it further
15  out, could you not?
16  A.   It looks like it could -- depending on the
17  bracket and everything that I don't recall, it
18  looks like it could have gone out maybe another
19  three inches beyond what it is.
20  Q.   And could you have purchased an adapter to
21  extend it further out?
22  A.   Not that I'm aware of.
23  Q.   Okay. Earlier Mr. Waltz asked you about the
24  silicone and steel around the exterior portion of
25  the venting. Do you recall that testimony?

124

Pages 121 to 124

1  A.   Yeah, I recall.
2  Q.   And do you also -- now that you've had a
3  chance to look at the interior photograph, does it
4  also appear that that opening is not completely
5  sealed on the interior side as well?
6  A.   It appears that it's not.
7  Q.   Do you have any recollection of actually using
8  any kind of silicone sealant or adhesive around
9  that fitting that's depicted in Exhibits 58 and 62?
10  A.   I don't recollect putting any sealant on that.
11  It seems like we should have, but I don't know that
12  we did.
13  Q.   Did you have any discussions with Mr.
14  Buckingham while the installation was going on?
15  A.   Not that I recall.
16  Q.   And I think you might have mentioned you
17  talked to him afterwards to come out, that there
18  was a low water --
19  A.   Low water cutoff.  Because we discussed the
20  garage slab earlier that we isolated from the
21  system, it was leaking the glycol out.  And then we
22  have what's called a glycol feeder.  It has a five
23  gallon, or something like that, reservoir.  And
24  then -- so as that glycol was leaking out into the
25  garage slab, the feeder was then pressure rising
125

1  the system until it had no more glycol to feed into
2  the system, which allowed it to have some time
3  before it shut off.  So it didn't shut off
4  immediately when we were filling the system up, it
5  was the following week, I believe.
6  Q.   So with the leak in the slab, is it fair to
7  say the glycol was being pushed out through the
8  slab?
9  A.   Yeah, and just leaking out into whatever
10  undergrade material there is underneath the
11  concrete slab.
12  Q.   So generally speaking, if you have a leak in a
13  concrete slab, what's the remedy?
14  A.   To isolate it from the loop.  And if the
15  customer wants to put it what back online, it's
16  fairly expensive to find the leak and fix the leak.
17  You are looking at more or less chipping up the
18  entire concrete slab to replace it if needed.
19  Q.   And Mr. Buckingham didn't request Wyoming
20  Mechanical to do that service?
21  A.   Not at the time.  I think it was discussed
22  that maybe we'll get more into it come springtime,
23  because we are, you know, just approaching the
24  winter.  And I don't think that was he was really
25  into tearing the garage at that point trying to
126

1  find it.
2  Q.   Sure.  Okay, so to your knowledge, that
3  heating zone in the garage, was there just one
4  heating zone in the garage?
5  A.   There was one zone that I believe there was
6  two loops in that garage.
7  Q.   Two loops controlled by one zone?
8  A.   Yeah.
9  Q.   And the loops were connected?
10  A.   The loops were connected at a manifold.
11  Q.   Was the manifold above or below ground?
12  A.   It was above ground.
13  Q.   So that heating zone was bypassed, shut down,
14  however you want to term it.
15  A.   Yeah, capped off.
16  Q.   So as of the date of this incident in late
17  January 2015 --
18  A.   Mm-hum.
19  Q.   -- to your knowledge, there was no radiant
20  heat in that garage?
21  A.   To my knowledge, no radiant heat in that
22  garage.
23  Q.   And you don't know whether or not Triangle
24  recommends or approves a boiler to be placed in an
25  area that can be, you know, temperatures below zero
127

1  or freezing temperatures?
2  A.   I don't know the recommendations for that kind
3  of install.
4  Q.   Did Mr. Waltz tell you you can have a break
5  any time you want if you need to?  I don't believe
6  he did, but I'll tell you if you need to take a
7  break, just let us know.
8  A.   I'm fine.
9  Q.   Do you know any of the local inspectors that
10  would inspect the boiler if a permit had been
11  pulled in this instance?
12  A.   I know the inspectors.
13  Q.   What are their names?
14  A.   Umm, Warren.  I don't know Warren's last name.
15  And then there is Rob Wakaba be the two
16  inspectors I'm familiar with in Teton County.
17  Q.   Okay.  Do you know whether or not the boiler
18  that was removed from the Buckingham residence did
19  ever -- originally had a permit pulled for its
20  installation?
21  A.   I don't know that.
22  Q.   And you've already testified there was no
23  permit pulled for the installation you were
24  involved in?
25  A.   That I'm aware of, there was not.
128

1    Q.    Do you know whether or not the removal and
2    replacement of the boiler would have impacted the
3    certificate of occupancy for this structure?
4    A.    I don't know that it would impact that at all.
5    Q.    And have you ever experienced any
6    boiler of any manufacturer type where exhaust
7    venting has blown off in the past?
8    A.    I've never seen that before.
9    Q.    Are you familiar with the igniter mechanism on
10   the Triangle Prestige 175?
11   A.    I believe that I'm somewhat familiar with it,
12   yes.
13   Q.    Have you ever had an opportunity to see one of
14   them removed from a boiler?
15   A.    Yes.
16   Q.    Did you remove the igniter from the Buckingham
17   boiler?
18   A.    No.
19   Q.    And what were the circumstances where you saw
20   an igniter removed from a Triangle boiler?
21   A.    Umm, there was a project where there was
22   construction going on around it and we were having
23   a misfire; I believe it was a Triangle Tube.  There
24   was a misfire and it had to do with the intake
25   pulling in construction dust and kind of clouding

129

1    the igniter inside of the boiler, so therefore you
2    pull it apart, clean it up, put it back in.
3    Q.    And what's your experience with respect to the
4    service interval of an igniter on a Triangle Tube
5    boiler?  How often are they replaced?
6    A.    I've never replaced one.  I may have pulled
7    one out to clean it, but I've never fully replaced
8    one I don't believe.
9    Q.    So you don't have any actual knowledge about
10   the igniter that's in the Buckingham boiler?
11   A.    No.
12   Q.    And are you familiar with the venturi screw on
13   the Prestige Solo 175?
14   A.    There is a lot of screws I believe, but I
15   believe I'm familiar with the venturi screw.
16   Q.    What is your understanding of what that screw
17   does?
18   A.    That changes the amount of gas that goes into
19   the burn chamber and changes how things -- call it
20   how things burn.
21   Q.    And in the process that you went through to
22   convert this boiler from natural gas to LP, did you
23   observe the venturi screw at that time on the
24   Buckingham boiler?
25   A.    I don't think I did observe it.

130

1    Q.    So you didn't see it one way or the other?
2    A.    I didn't take note to it.  I'm sure it was
3    right in front of me at the same time I was
4    converting that boiler.
5    Q.    And are you familiar that those venturi screws
6    are actually painted over when they are shipped
7    from the manufacturer?
8    A.    Yes.
9    Q.    Do you understand why that is?
10   A.    So it can be determined whether it was
11   adjusted.
12   Q.    And do you have any recollection that that
13   painted over screw was adulterated or changed in
14   any way?
15   A.    I have no recollection of that being changed.
16   Q.    If that is something that had happened, would
17   you recall it?  Do you believe you would recall it?
18   A.    I don't think I would recall that.
19   Q.    Now, the venturi screw is the mechanism that
20   you use after you do the combustion analysis to
21   make the changes in the operation of the boiler to
22   make sure that it's operating efficiently; is that
23   correct?
24   A.    Yeah.
25   Q.    You didn't do that in this instance.

131

1    A.    I did not.
2    Q.    So tell me who you've spoken with at Wyoming
3    Mechanical about this lawsuit?
4    A.    Who I've spoken with?
5    Q.    Yes, sir.
6    A.    I've spoken with Brian McCormick, David Gieck,
7    Shan O'Brien, I think that's his last name.
8    Q.    Shan Noe?
9    A.    Oh, is it Noe?
10   Q.    There is a Shan Noe.
11   A.    Yeah, I think he's the other employee of
12   Wyoming Mechanical.  I might have his last name
13   incorrect.
14   Q.    Okay.
15   A.    Umm, a little bit with Matt Sills, and from
16   Wyoming Mechanical, that's it.
17   Q.    Okay.  So again, we don't want to know
18   anything that you might have spoken with Ms.
19   Tiedeken about; and Ms. Tiedeken is representing
20   you?
21   A.    Yes.
22        MS. TIEDEKEN:  Yes.  And just let me say there
23   was one meeting that I held with all those
24   individuals that you've just mentioned, and so I'm
25   going to instruct you not to answer any questions

132

Pages 129 to 132

1  about what occurred during that meeting with me and
2  those individuals.  If you had any discussions with
3  them outside of that meeting without me present,
4  that's okay to talk about.
5      THE WITNESS:  Okay.
6      MR. MCGILL:  That's fair.
7      MS. TIEDEKEN:  And it's Tiedeken.
8      MR. MCGILL:  Tiedeken.
9      MS. TIEDEKEN:  Yes.
10      MR. MCGILL:  As in tea the drink, and deacon.
11      MS. TIEDEKEN:  Yes.
12      MR. MCGILL:  I've known you for four years,
13  and I still haven't gotten your name right.  Thanks
14  for correcting me on the record.
15  BY MR. MCGILL:
16    Q.  Let me see if I can get this right.  Any
17  discussions you've had with folks at Wyoming
18  Mechanical, other than with Ms. Tiedeken, I would
19  like you to tell me about those conversations.
20    A.  They are basically all the same type of
21  conversation.  I might have had a longer
22  conversation with Brian McCormick.  Just the
23  overall feeling and that we all have when something
24  like that has happened to us.  To be on the side of
25  the install of something that's taken someone's

            133

1  it, and, you know, ran combustion analysis on it.
2  And I think he mentioned that David didn't see
3  anything wrong with the boiler at the time that
4  they went out for an inspection on that.
5    Q.  Did he give you an idea of when that took
6  place?
7    A.  No.
8    Q.  Was it shortly after the event?
9    A.  It could have been in one of our conversations
10  shortly after the event.
11    Q.  So when you say that he didn't find anything
12  wrong with the boiler, what -- can you tell me what
13  that means?
14    A.  I mean there wasn't any hard evidence slapping
15  him in the face telling him that this is what
16  happened and this is why it happened and things
17  like that.
18    Q.  And then the conversations you had with
19  Brian --
20    A.  Mm-hmm.
21    Q.  -- was he expressing any level of remorse or
22  regret about this incident?
23    A.  I would say certain levels of that, yeah, as I
24  have in remorse, and I wish I could go back and
25  maybe do something different, you know.  I've been

            135

1  life, so that kind of conversation between Brian
2  and I.
3      But a lot of conversation -- the other
4  conversation I had with Matt was he was really
5  nervous with his first deposition.  And he's like I
6  can't believe that, you know, I have to go do this.
7  And I'm like You're going to be all right, and that
8  kind of like moral support conversation when it
9  comes to that.
10      David Gieck, conversations with him, you know,
11  kind of -- first off, the conversations I had with
12  him were him telling me about the incident and
13  then, you know, multiple like scheduling, you know,
14  this kind of stuff, but not a ton of details, but
15  he's given me a few details to like he and Shan
16  went out and looked at the boiler together, and
17  that's how I know about that incident.  Stuff like
18  that.  Pretty minor, but nothing -- not like we're
19  conspiring or anything.
20    Q.  No, certainly not.  But this is my only chance
21  to ask you those questions, so that's the reason.
22    A.  Okay.  That's fine.
23    Q.  So what did Mr. Gieck tell you about the visit
24  that he and Shan took to the property?
25    A.  It was just that they went out and looked at

            134

1  lead to know that maybe I should have supported
2  that pipe one way or a different way.  I try to do
3  good install practices.
4      So my conversations with him was, you know, a
5  little bit of remorse and a little bit of just
6  can't believe this happened and, you know, kind of
7  at the end of the rope on this.
8    Q.  Right.  So Matt -- did you have any
9  conversations like that with Matt?
10    A.  Umm, not necessarily with him on those kind of
11  like different levels, I guess.
12    Q.  Okay.  What about with David Gieck?  Did he
13  express any remorse to you about this incident?
14    A.  Describe remorse to me.  What you --
15    Q.  Sure.  The way the conversation you've had
16  with Brian --
17    A.  Yeah.
18    Q.  -- did you have a similar type conversation
19  with Mr. Gieck?
20    A.  Umm hum.
21    Q.  Is that a yes?
22    A.  Umm, yes.
23    Q.  Okay.
24    A.  Sorry.
25    Q.  With respect to any of the materials you've

            136

1  reviewed from Triangle Tube, were any of those
2  materials unclear to you?
3  A.  Materials?
4  Q.  The installation manual, the vent supplement,
5  anything that would have come with the boiler.
6  A.  Nothing that was unclear.
7  Q.  Nothing you didn't understand --
8  A.  No.
9  Q.  -- if you would have looked at it?
10  A.  Exactly.
11  Q.  So when you were installing the Buckingham
12  boiler, can you tell me what risks are associated
13  with that installation?  What risks would you have
14  been concerned with?
15  A.  Carbon monoxide exposure, gas leaks, potential
16  failure in freezing the system.  There's certain
17  things that you would be concerned with.
18  Q.  What was your practice in terms of dealing
19  with those -- prioritizing those risks and then
20  dealing with them?
21  A.  I mean you test as you go.  So you hook up a
22  gas line, you make sure that it's not like leaking.
23  It's typically obvious versus smell, so when I
24  left, there wasn't a gas line smell.  The boiler
25  was firing and heating properly, so I wasn't

137

1  worrying about heating.  The flue was terminating
2  and doing its job to my knowledge well.
3  Q.  Okay.  I'm going to show you what's been
4  marked as Exhibit 60.  And I'm going to refer you
5  to the Bates numbers on the bottom of the pages
6  here.
7  A.  Okay.
8      MR. MCGILL:  And for the record, Exhibit 60 is
9  the Installation Manual -- Installation And
10  Maintenance Manual Prestige 175.
11  BY MR. MCGILL:
12  Q.  And I think Mr. Waltz may have showed you this
13  document before, but have you seen it?
14  A.  It's familiar.
15  Q.  But you didn't review it during the Buckingham
16  install?
17  A.  I'm sure I reviewed it, but not to detail.
18  Q.  Could you turn to pages 8 and 9?
19  A.  Okay.
20  Q.  There is a heading there Best Practice.
21  A.  What page were you going to?
22      MS. TIEDEKEN:  Are you on the Bates page or
23  the document page?
24  BY MR. MCGILL:
25  Q.  Yes.  As I mentioned, I'm referring to the

138

1  Bates numbers.
2  A.  I'm not sure if we're on the same book.
3  Q.  Heading Best Practice on the right-hand side
4  there?
5  A.  Oh, there we are now.
6  Q.  And for the record, it reads, "Best Practice.
7  Indicates recommendations made by ACV-Triangle Tube
8  for installers which will help to ensure optimal
9  operation and longevity of the equipment."  Do you
10  understand what best practice means as it's used in
11  this document and as it's defined there?
12  A.  Yes, I believe I do.
13  Q.  So could you turn to page 9, please, under the
14  heading Qualified Installer.
15  A.  (Witness complies.)
16  Q.  So you've had a chance to take a look at that?
17  A.  Yes.
18  Q.  Under this heading, it talks about the
19  qualified installer basically reading all the
20  instructions included with the manual and all
21  accompanying materials.  And the failure to adhere
22  to that, you know, could result in severe personal
23  injury, death, or substantial property damage.  Do
24  you understand that warning?
25  A.  I do understand it.

139

1  Q.  And you've already testified that you view
2  yourself as a qualified installer?
3  A.  I view myself as a qualified installer, yes.
4  Q.  And then I believe under that is Homeowner.
5  A.  Okay.
6  Q.  And it talks about the product, referring to
7  the boiler, should be maintained or serviced and
8  inspected annually by a qualified service
9  technician, but that the manual is intended for use
10  by the installer.  Is that a fair characterization
11  of what's contained in there?
12  A.  Yes.
13  Q.  At any time in your discussions with Mr.
14  Buckingham did you ever discuss with him that this
15  boiler needed to be serviced on an annual basis?
16  A.  I don't recall.
17  Q.  Is there any portion of that's unclear to
18  you?
19  A.  No.
20  Q.  Could you turn to Triangle Bates No. 10
21  through 11 under the heading "Pre-Installation
22  Items."
23  A.  (Witness complies.)
24  Q.  And this is the one that's actually at
25  Triangle page 11.

140

Pages 137 to 140

1   A.   What would you like me to review here?
2   Q.   There is a portion in there that says, "Locate
3   or protect the unit in a manner so it cannot be
4   damaged by a moving vehicle."
5   A.   That's on 11?
6   Q.   Yeah, so it's in the right column.
7   A.   I see it.
8   Q.   Under Residential Garage Installations.
9   A.   Yes, I see it.
10  Q.   And in your view, is the installation of the
11  Buckingham boiler in a location where it could not
12  be damaged by a moving vehicle.
13  A.   It may be in a potential zone where it could
14  be damaged by a vehicle.
15  Q.   Could you turn to page 67 -- Bates page number
16  67?
17  A.   (Witness complies.)
18  Q.   And this is under the heading Start-up
19  Procedures.
20       MS. TIEDEKEN:  Do you want him to read the
21  whole page?
22       MR. MCGILL:  No.
23  BY MR. MCGILL:
24  Q.   Under the Start-up Procedures, the first box
25  there says, "Check Vent Piping and Combustion Air

141

1   Piping.  Check for gas-tight seal at every
2   connection and seam of the venting and combustion
3   air piping."  Do you see that there?
4   A.   Yes.
5   Q.   Can you tell me what you did to comply with
6   that start-up procedure requirement on the
7   Buckingham boiler?
8   A.   I just observed that it was seemingly fine.
9   Q.   Okay.  So you didn't perform any test to check
10  whether or not there was a gas-tight seal on any of
11  the connections for the vent piping?
12  A.   I did not.
13  Q.   So no bubble tests, nothing like that?
14  A.   Nothing like that.
15  Q.   Do you know what a bubble test is?
16  A.   I'm familiar with that, yes.
17  Q.   Could you describe that for us?
18  A.   You take a soapy solution, put it on a joint,
19  and if it bubbles, it's leaking through that joint.
20  Q.   You didn't do anything other than just
21  visually observe it to determine whether or not
22  there were gas tight seals on any of that venting?
23  A.   Correct.
24  Q.   Why?
25  A.   Through my observation, it seemed like it was

142

1   doing its job properly.  I didn't smell anything
2   inside of the garage where it was located, so I
3   didn't bubble test it.
4   Q.   Okay.  The venting, that would be the portion
5   of the boiler where the CO gas leaves the
6   structure.  Is that a fair statement?
7   A.   That is.
8   Q.   And CO gas is odorless.  Is that a fair
9   statement?
10  A.   CO gas is.
11  Q.   As opposed to the LP, which is odorized.
12  A.   The exhaust from LP?
13  Q.   No, the LP that goes into the unit is actually
14  odorized.
15  A.   It is.
16  Q.   Can you turn back to page 17?
17  A.   (Witness complies.)
18       MS. TIEDEKEN:  You are on 24.
19       THE WITNESS:  Oh.
20  BY MR. MCGILL:
21  Q.   And this is a section of the Triangle boiler
22  that talks about Combustion Air Venting under the
23  subheading Removal of an Existing Boiler from a
24  Common Vent System.  Would you describe the removal
25  of the prior Buckingham boiler as fitting under

143

1   this category?
2   A.   As fitting under this category.  We didn't use
3   any existing boiler flue pipe, it was all new.  Let
4   me read this for one second.
5   Q.   Sure.  Particularly, under the Best Practice
6   portion of that.
7        (Pause in proceedings.)
8   A.   Okay.  What was your question on that?
9   Q.   So under Best Practice it gives several
10  different steps that you should take when you are
11  removing an existing boiler from a common vent
12  system.  And under Paragraph number 1 it says,
13  "Seal any unused openings in the common venting
14  system."  That was not done.  Is that a fair
15  statement?
16  A.   I think that's referring to the -- if you were
17  to like unplug something from a common vent -- I
18  think of a common vent as something that everything
19  uses for one termination.  I don't think that is
20  referring to the wall termination and the cutout of
21  the wall.
22  Q.   Okay.  Do you know whether or not there are
23  any local codes or any local requirements with
24  respect to the low water cutoff device that's used
25  in this boiler?

144

1  A.    Are there codes?  I don't believe there are
2  any codes associated with that.
3  Q.    So you would refer to the manufacturer's
4  instructions on any issue dealing with that?
5  A.    Yes.
6  Q.    So at page 24 of the manual it talks about the
7  expansion tank and makeup water.  Did you do
8  anything to determine whether or not the expansion
9  tank for this boiler was properly sized?
10  A.    I didn't do anything in particular.  I would
11  say that whatever we put in there was sized up by
12  Steve Gieck, and it was probably a pretty typical
13  size of expansion tank for this particular size of
14  boiler.
15  Q.    Did you install the condensate drain and trap?
16  A.    I did.
17  Q.    And did you do it in accordance with page 31,
18  Section 5 of the installation manual, Installing
19  Vent and Combustion Air and Condensate Drain?
20      MS. TIEDEKEN:  Go ahead and read the whole
21  thing to be sure what he is referring to.
22      THE WITNESS:  Okay.
23  A.    What was your question again regarding --
24  BY MR. MCGILL:
25  Q.    Did you install the condensate trap drain in

145

1  compliance with this portion of the manual?
2  A.    I believe I did.
3  Q.    When you converted the boiler from natural gas
4  to LP, what did you do to verify that the orifice
5  that came with the boiler was the appropriate size?
6  A.    I don't know that I verified in any way other
7  than it's what came with it for conversion.
8  Q.    So you didn't measure it or try to determine
9  if it was the right size?
10  A.    I would have just assumed that; it was in the
11  little packet that comes with it that that was its
12  intended purpose.
13  Q.    Okay.  On page 35 --
14      MR. WALTZ:  Still on Exhibit 60?
15      MR. MCGILL:  Yes, sir.
16  BY MR. MCGILL:
17  Q.    -- on the right-hand column where there is a
18  warning associated with the gas valve outlet
19  pressure.
20  A.    Yes, I see that.
21  Q.    Okay.  So near the end of the warning it says,
22  "Attempts by the installer to adjust or measure the
23  gas valve outlet pressure could result in damage to
24  the valve, causing potential severe personal
25  injury, death or substantial property damage."  Do

146

1  you see that there?
2  A.    I see that.
3  Q.    And the adjustment that they are talking about
4  there, that's the adjustment of the venturi screw?
5  A.    I believe -- wait.  No, I don't think it is --
6  yeah, yes.  They are talking about the venturi
7  screw.
8  Q.    And you testified earlier that you didn't make
9  any adjustments to the venturi screw, to your
10  knowledge?
11  A.    Not that I recall.
12  Q.    And you don't recall anyone telling you that
13  they did?
14  A.    Exactly.
15  Q.    So if somebody adjusted the venturi screw on
16  the Buckingham boiler, would that run afoul of this
17  warning?
18  A.    If the venturi screw is what they are talking
19  about, then yes.
20  Q.    Could you turn to the next page, 65?
21  A.    (Witness complies.)
22  Q.    Under the heading Check For Gas Leaks?
23      MR. LEWIS:  Which page?
24      MR. MCGILL:  65.
25  A.    Okay.

147

1  BY MR. MCGILL:
2  Q.    So under Check For Gas Leaks it talks about
3  prior to starting up, the initial operation of the
4  boiler, smell near the floor and around the unit
5  for gas odor or any unusual odor.  Do you recall
6  doing that for the Buckingham installation?
7  A.    Yes.
8  Q.    And then underneath that it talks about the
9  propane installations only.
10  A.    I see that.
11  Q.    Okay.  Is it your belief that you followed
12  that warning and/or instruction as well?
13  A.    I don't recall the odorant level, but I recall
14  it smelling.
15  Q.    Can you turn to page 74, between 74 and 75,
16  and if you could just take a moment to review that.
17  A.    (Witness complies.)  Okay, I've reviewed it.
18  Q.    What we're referring to here is the checkout
19  procedures in the Triangle Tube manual.
20      Setting the boiler installation aside for the
21  moment, have you ever reviewed these checkout
22  procedures from the Triangle manual before?
23  A.    I believe I've reviewed them, yeah.
24  Q.    Did you --
25  A.    I don't know that I've gone through and

148

1  particularly checked off every box on this.
2  Q.   Okay.  So just for purposes of the record, the
3  checkout procedures actually have little boxes next
4  to each description that appear to be inserted
5  there for purposes of, just as the witness has
6  indicated, checking the box.
7      But you've never gone through the process of
8  actually checking these boxes?
9  A.   I have not.
10 Q.   So when you talk about an old review of this
11 portion of the Triangle Tube manual, are you
12 talking about a like a Cliff Notes overview or
13 overview of picking up the manual, looking at the
14 front page and setting it down?  What level of
15 detail do you go through when you use the term
16 overview?
17 A.   I'm sure that I've gone through every page of
18 the book, but it's filled with so much stuff that
19 doesn't pertain to my one little individual install
20 so much that I don't read every little warning or
21 every little dot in dotting of the Is and crossing
22 of the Ts.  I don't necessarily get all that into
23 it, but, yeah, I've opened this page, I'm sure, and
24 gone through it in the past, and don't know that
25 I've ever checked everything off the list.

149

1  Q.   Okay.  And so from your use of the Triangle
2  Tube manual, have you found it accessible and easy
3  to use?
4  A.   It's fairly well easy to use.
5  Q.   So if there is an issue, whatever the issue
6  is, you are able to find it in the manual and deal
7  with it?
8  A.   From what I've seen, yes.
9  Q.   Now let's talk about the Buckingham boiler.
10 And these will be quick answers, I'm sure.  You
11 didn't check off any of these boxes?
12 A.   No.
13 Q.   And the next page there is an Installation
14 Record.  Do you see that there?
15 A.   I see it.
16 Q.   And I think you've already reviewed it?
17 A.   I have.
18 Q.   And for purposes of the record -- well, let me
19 ask the witness.  Could you please describe what
20 this page is?
21 A.   It's just an Installation Record, and it has
22 you fill out particular information on the
23 particular boiler model, serial, date, combustion
24 reading, installer company, address and phone
25 number.

150

1  Q.   Again, you didn't prepare that for the
2  Buckingham boiler?
3  A.   No, I didn't.
4  Q.   Have you ever prepared this document for any
5  Triangle boilers?
6  A.   I don't believe I have for a Triangle boiler.
7  Q.   Have you ever done it for any other
8  manufacturer boiler that you've installed?
9  A.   Yes.
10 Q.   You have.  Which ones?
11 A.   I'm sure with the Viessmann Vitoden 200 is
12 common for us to fill that one out with my
13 journeyman and myself.
14 Q.   So does Viessmann have a similar form?
15 A.   I don't know if it was a specific form or if
16 it was more of a little card or full sheet in the
17 manual itself, because they come in different forms
18 depending on the manufacturer I've noticed.
19 Q.   So is there a reason why you would have done
20 it for a Viessmann installation and not for a
21 Triangle installation?
22 A.   I would think it comes down to my judgment
23 call on that versus the journeyman that I worked
24 with.  He was different than I in certain ways, and
25 he would do that.  On this, it was an oversight on

151

1  my part and I did not do that.
2  Q.   Okay.  Well, there would be information that
3  would be missing because, like the combustion
4  readings you didn't have?
5  A.   I didn't have them at the time.
6  Q.   Do you think, in your view of these two pages,
7  that these checkout procedures are designed to
8  maybe tease out or tweak your attention to specific
9  issues that Triangle might think are important at
10 the end of an installation?
11 A.   Yeah.
12 Q.   So that's a fair statement?
13 A.   That is.
14 Q.   So page 66 of the manual.
15 A.   66.
16 Q.   Can you turn to 65?
17 A.   You bet.
18 Q.   And then back again to 67, make sure we've got
19 the right page here.
20 A.   (Witness complies.)
21 Q.   And then -- I'm sorry.  I'm making you jump
22 around a here a little bit, but actually at page 68
23 there is a table there, Table No. 4.  And then the
24 warning below that?
25 A.   I see it.

152

1  Q.    Did you do any tests of the Buckingham boiler
2  at the high temperature limit?
3  A.    No.
4  Q.    And there is the warning that is below Table 4
5  that reads, "The combustion levels should be
6  measured at high firing rate.  If the combustion
7  levels are not within the range given in Table 4
8  for the firing rate, shut the boiler down and
9  contact AVC-Triangle Tube technical support.
10  Failure to comply with this requirement could
11  result in severe personal injury, death, or
12  substantial property damage."  Do you see it?
13  A.    Yes, I see it.
14  Q.    And Table 4 above gives the CO level max for
15  the 175.  And propane application is 100 ppm.  Do
16  you see that?
17  A.    I see that.
18  Q.    Is any of that unclear to you?
19  A.    No.
20  Q.    And again, just to confirm for the record, you
21  did not check the combustion levels at the high
22  firing rate?
23  A.    No, I did not.
24  Q.    Yet at the time the Buckingham boiler install
25  was taking place, Wyoming Mechanical had combustion

153

1  analyzers for use for its service technicians and
2  installation technicians, correct?
3  A.    Yes.
4  Q.    I think you mentioned that it was -- you
5  didn't do it just because the tool was not in the
6  truck?
7  A.    It was an oversight on my part.
8  Q.    Okay.  Who does the staging of the service
9  vehicles for a job like the Buckingham boiler?
10  A.    I would say it's an individual responsibility.
11  Q.    Who would be ultimately responsible?  Would it
12  be you, that you would be ultimately responsible to
13  making sure what's needed for the job is on the
14  truck?
15  A.    Yes.
16  Q.    And you wouldn't pass that on to an
17  apprentice?
18  A.    No.  The apprentice helps and assists and says
19  don't forget this, don't forget that.  But
20  ultimately it would be the journeyman and/or the
21  lead on the project.
22  Q.    In November 2014, how many combustion
23  analyzers did Wyoming mechanical have available?
24  A.    I think I recall one, and I'm not sure of how
25  many they have.

154

1  Q.    Was it an item -- did you have to reserve it
2  in advance?  Was it hard to get access to?  Was
3  there a problem getting it?
4  A.    I don't think it was a tough deal to get.  It
5  was on a shelf for shop use.
6  Q.    So if -- page 76, and this is the portion of
7  the manual that starts to talk about maintenance
8  schedules.  And then there's several pages of what
9  to do for maintenance all the way through page 82.
10       So you can just do an overview of those pages?
11  You don't have to read them in detail.
12       MS. TIEDEKEN:  What do you want him to do?
13  BY MR. MCGILL:
14  Q.    And I'm going to ask you a question about
15  what's contained on page 82 under heading Review
16  With Owner.
17  A.    Okay.
18  Q.    And it says, "Ensure the owner understands the
19  importance to perform the maintenance schedule
20  specified in this manual.  Remind the owner of the
21  importance to call the licensed contractor should
22  the unit or system exhibit any unusual behavior."
23  And the maintenance schedule is the several pages
24  you just did an overview of.
25       Again, just to confirm, you didn't do either

155

1  one of those things with Mr. Buckingham?
2  A.    Not that I'm aware, no.
3  Q.    You are not aware of anyone at Wyoming
4  Mechanical who did either one of those things with
5  Mr. Buckingham?
6  A.    No, I'm not aware of it.
7       MR. MCGILL:  So I'm referring the witness to
8  exhibit that's been marked No. 61.  For the record,
9  that's the Prestige Control Application Supplement
10  - TriMax.
11  BY MR. MCGILL:
12  Q.    And again, I'll be referring to the Bates
13  numbers at the bottom of the page that start
14  Triangle and then give the number.
15  A.    Okay.
16  Q.    So could you turn to page 113, please, under
17  the heading CH Settings?
18  A.    Okay.
19  Q.    So were any changes made to the CH settings on
20  this boiler?
21  A.    Not that I'm aware of.
22  Q.    And could you turn to page 117, please?
23  A.    (Witness complies.)
24  Q.    At the top where there is two warnings.
25  A.    Okay.

156

1   Q.    The second warning.
2   A.    Yes.
3   Q.    Which reads, "The Prestige should never be
4   installed in a location where freezing could occur.
5   Subjecting the Prestige to freezing conditions
6   could lead to freezing of the condensate possibly
7   causing serious injury or death."  Do you see that
8   there?
9   A.    I see it.
10  Q.    So you didn't review this manual either,
11  correct?
12  A.    Correct.
13  Q.    And you wouldn't have had the benefit of that
14  warning at any time during your installation or
15  subsequent to the Buckingham boiler installation,
16  correct?
17  A.    Correct.
18  Q.    And so if you have read this warning, would
19  you still have turned off the zone -- the heating
20  zone in the garage at the Buckingham boiler?
21  A.    Yes, I would have turned that zone off.
22  Q.    Even though -- is it a fair statement that
23  absent an alternate heating source of the garage
24  that the Buckingham boiler was installed in, that
25  it would be subject to conditions where freezing

157

1   could occur?
2   A.    It could occur at that point.  Had I read this
3   and thought to be more aware of the condensation
4   trap freezing, I would have recommended a secondary
5   heat source in order to condition the space.  But
6   yes, the -- I would have taken the zone off the
7   line.
8   Q.    Okay.  But you would have recommended a
9   secondary heating source?
10  A.    If I would have thought freeze potential in
11  that garage.
12  Q.    Right.  And is it a fair statement that this
13  type of warning is designed to draw your attention
14  to those types of issues?
15  A.    That would be a fair statement.
16  Q.    Do you actually recall whether or not this
17  control supplement -- control application
18  supplement was provided with the boiler?
19  A.    I don't recall this being provided with the
20  boiler.
21  Q.    But you don't recall the names of any of the
22  documents that were provided with the boiler.
23  A.    Just -- I know there is usually what is
24  referred to like as the maintenance manual and then
25  an installer manual.

158

1   Q.    And are those all --
2   A.    I remember two different booklets that come
3   with it.
4   Q.    And is there an envelope that all of these
5   documents are placed when the boiler is shipped?
6   Do you recall that?
7   A.    I believe so, yes.
8   Q.    Does it say something like Important Documents
9   on the envelope?
10  A.    It probably has a warning label on it.
11  Q.    That makes sense.  On that same page 117, the
12  CH Call Blocking, would you review that quickly?
13  A.    I see it, yeah.
14  Q.    Okay.  Thank you.  First of all, what is CH
15  Call Blocking; do you know?
16  A.    From what I get from this, it is just so that
17  you don't short cycle your burner.
18  Q.    All right.  And do you see there near the end
19  of that paragraph, "CH Call Blocking feature
20  prevents short cycling of the burner and extends
21  the life of the burner components"?
22  A.    Yes, I see that.
23  Q.    Did you have the opportunity to view the
24  Buckingham boiler in cycling mode?
25  A.    I don't think so.

159

1   Q.    Did you observe it turning on and off and
2   igniting on and off while you were there?
3   A.    Umm, yes.  I don't believe that it was -- I
4   believe it was just fired and started running
5   through its systems.
6   Q.    Okay.  And is that kind of how you left it?
7   A.    I believe so.
8   Q.    All right.  Do you know, has anyone informed
9   you of the number of times that this boiler cycled
10  up to the date of Mrs. Herrera's passing?
11  A.    No, I haven't heard.
12  Q.    I believe the fire date of this boiler was
13  November 14, 2014.  Does that sound about right?
14  A.    It sounds about right.
15  Q.    And the incident that we're here on is January
16  30, 2015?
17  A.    The incident was January 30th?
18  Q.    I believe so.
19  A.    Okay, yes.
20  Q.    That's relatively two-and-a-half months worth
21  of time?
22  A.    Relatively, yes.
23  Q.    Do you have any idea or sense of how many
24  times the boiler should have cycled during that
25  time period?

160

Pages 157 to 160

1    A.    I really have no idea how many times it should
2  have cycled.
3    Q.    Do you know that this call blocking feature
4  allows for a longer interval of time between
5  attempted ignitions?
6    A.    It makes sense, yes.
7    Q.    Would it surprise you if you knew that the
8  boiler had cycled in excess of 28,000 times during
9  that two-and-a-half month time period?
10    A.    Say your question again?
11    Q.    Would it surprise you -- let me ask you it
12  this way:  I want you to assume that the boiler is
13  found to have cycled in excess of 28,000 times
14  between the fire date and the date of Mrs.
15  Herrera's death.  And I want you to assume that
16  fact.  You got that in your mind?
17    A.    Yes.
18    Q.    Now, does that strike you as an appropriate
19  number of fires?
20    A.    I would say that's probably a high number of
21  fires.
22    Q.    What do you think -- I mean can you give me a
23  multiplier?  Is it five times, ten times?
24        MS. TIEDEKEN:  I object on foundation because
25  he said he had no idea.  So objection, foundation.

161

1        MR. MCGILL:  You can answer.
2        MS. TIEDEKEN:  Go ahead and answer, if you
3  can.
4    A.    I believe a boiler should fire roughly 25
5  times a day, that's just give or take, depending on
6  what's going on with the heating systems.
7  BY MR. MCGILL:
8    Q.    You mean use requirements?
9    A.    Exactly.  Was a window possibly left open?
10  That boiler is going to fire, fire, fire.  If there
11  was a lot of hot water, a lot of hot showers, it's
12  fire, fire, fire.
13    Q.    Okay.  So if my math is right, 25 times a day,
14  we are talking two-and-a-half months, so that's 75
15  days.  So that's somewhere in the neighborhood of
16  14 or 15,000 times.  Is that what you are saying?
17        MR. WALTZ:  No, no.
18        MR. MCGILL:  14 or 1,500 times.  Thank you,
19  Mr. Waltz.
20    A.    That's my best answer.  I don't really know
21  how many times a boiler should fire per day.
22  BY MR. MCGILL:
23    Q.    Okay.
24    A.    That's my shoot-from-the-hip kind of number
25  that I'm throwing out there based on my other

162

1  boilers and fire startup times and other things.
2    Q.    Okay.  And I just want to work with that.
3    A.    That's fine.
4    Q.    Let's say -- let's use a round number, say,
5  2,000 fires during that time period, just to put in
6  a squish factor so to speak.  Then if it fired
7  28,000 times, that would be more than ten times
8  what you would normally expect to see.  Is that a
9  fair statement?  And almost close to 15 times more
10  than you would expect to see?
11        MS. TIEDEKEN:  Well, object on foundation.  Go
12  ahead.
13  BY MR. MCGILL:
14    Q.    You can answer.
15    A.    Sure, you'd call it ten times more than
16  expected, I suppose.
17    Q.    And that type of a condition, the number of
18  fires, that can impact the life of the boiler and
19  the wear and tear on the components.  Fair
20  statement?
21    A.    Fair statement.
22    Q.    Do you know whether or not the increased
23  number of ignitions could also increase the
24  possibilities of a hard start or delayed ignition?
25    A.    I don't know that.

163

1    Q.    But certainly the CH Call Blocking function
2  could have addressed that issue?
3        MS. TIEDEKEN:  Objection, foundation.
4  BY MR. MCGILL:
5    Q.    You can answer.
6    A.    Potentially, yeah.
7    Q.    So I would like you to look at the vent
8  supplement.  We --
9        MR. MCGILL:  You marked that, didn't you?
10        MS. TIEDEKEN:  49.
11        MR. MCGILL:  Thank you.
12        MR. WALTZ:  We're almost at one o'clock.  I'm
13  putting that out.  The court reporter's been going
14  since nine.
15        MR. MCGILL:  I'm happy to take a break.  Why
16  don't we go off the record.
17        (Discussion off the record.)
18        (Recess taken for the purpose of luncheon at
19  12:55 p.m.)
20
21
22
23
24
25

164

Pages 161 to 164

1    AFTERNOON SESSION
2       (Time noted: 1:50 p.m.)
3       EXAMINATION CONTINUED
4   BY MR. MCGILL:
5   Q.   I'm showing the witness what's been marked as
6   Exhibit 49, which for the record is the Prestige
7   Vent Supplement. And I think that's Mr. Waltz's
8   document, so I'll refer to the actual page document
9   number on the document, not the Bates numbers.
10      First, I think you were asked questions
11  earlier about the two warnings on the cover page,
12  particularly with respect to the installation
13  requirements and following steps given in the
14  manual.
15      Just so I can confirm, you didn't review this
16  manual, so you wouldn't be able to state that the
17  Buckingham installation was compliant with this
18  Vent Supplement?
19  A.   I believe I reviewed it, but I don't believe I
20  reviewed it in detail.
21  Q.   If you could turn to page 51. Actually, it's
22  page 3 of the document.
23  A.   (Witness complies.)
24  Q.   Under the right-hand side column of the last
25  warning?

165

1   A.   Okay.
2   Q.   Was any portion of the Buckingham venting
3   system glued at all?
4   A.   On the intake portion, not on the exhaust.
5   Q.   Okay. And was there a mix of PVC and CPVC
6   vent systems and components on that side of the
7   venting?
8       MS. TIEDEKEN: On the intake side?
9       MR. MCGILL: On the intake side, yeah.
10  A.   No mix of PVC and CPVC.
11  BY MR. MCGILL:
12  Q.   So it was all PVC?
13  A.   Yes.
14  Q.   And the next page, which is page 4 of the
15  document, on the left column notice -- the first
16  notice there reads, "A specific vent adaptor
17  required to transition from the boiler vent outlet
18  adapter to specific stainless steel vent systems.
19  Contact the appropriate," et cetera. Actually --
20  strike that, it's not the right notice.
21      It's the right-hand column the third notice
22  down?
23  A.   Yes, I see it.
24  Q.   Was there a vent adapter used in the
25  Buckingham application?

166

1   A.   We are talking on the intake side?
2   Q.   Yes.
3   A.   I don't recall.
4   Q.   Was there one used for the outlet?
5   A.   Yes, I'm pretty sure.
6   Q.   And what adapter was that?
7   A.   I don't recall the adapter itself.
8   Q.   Was it a PP type adapter?
9   A.   Yes.
10  Q.   And do you recall the manufacturer?
11  A.   No, I do not.
12  Q.   So did you make any attempt to contact the PP
13  vent manufacturer for the transition adapter
14  information?
15  A.   No.
16  Q.   On page 8 of the document, under the
17  right-hand side column, the warning there. And,
18  again, in reference to the 5/8" slope. Do you see
19  that bullet point there?
20  A.   Yes, I see it.
21  Q.   I know you answered Mr. Waltzes question about
22  this, but do you actually recall the process that
23  you went through to determine the slope of the
24  exhaust venting?
25  A.   I don't recall the exact process for that.

167

1   Q.   What would you normally have done?
2   A.   Umm, I would have taken the point out of the
3   boiler and the point to the wall, given myself that
4   much slope, and then set the 90s accordingly to the
5   penetration on the wall, and then I would have set
6   that up so that it would have been sloped back, and
7   I would have mounded the brackets to support that
8   slope.
9   Q.   Okay. Would you have used any type of laser
10  measuring device, chalk line, anything like that?
11  A.   Probably would have used either the floor or
12  the ceiling, it depends on the situation. In that
13  case, I probably would have used the ceiling versus
14  the sloped garage floor.
15  Q.   So you would basically take a tape measure,
16  run it up to the ceiling, and do your slope that
17  way?
18  A.   Basically, I would find the center point of my
19  fitting off the top of the boiler. Then I would
20  mark a corresponding center mark for my grade to
21  work out on my termination.
22  Q.   Do you know what the standard practice is for
23  a master plumber when you are doing that kind of
24  work? How would other plumbers do that?
25  A.   I think it's more of an individual-based

168

Pages 165 to 168

1  situation for how to do that.
2  Q.    And, again, it's more kind of a thumbnail kind
3  of approach that you take?
4  A.    Right. Every structure in the building tends
5  to be completely different. Tape measure usually
6  getting pulled off of the right location is pretty
7  accurate.
8  Q.    Okay. If you could take a look at page 13 of
9  the document.
10 A.    13.
11 Q.    And I'm referring you to Paragraph 6, and then
12 Figure 3 that's contained on that page.
13 A.    Mm-hmm, yes.
14 Q.    Do you see under Paragraph 6a where it talks
15 at least about, "The vent termination must also
16 maintain the following clearances; as shown in
17 Figure 3." Sub a is at least 3 feet from adjacent
18 walls. Sub B is at least 3 feet from roof
19 overhangs. And the corresponding figure 3 gives
20 some examples of that?
21 A.    Yes, I see it.
22 Q.    Again, you didn't look at this before you
23 installed the Buckingham boiler?
24 A.    This I did look at.
25 Q.    You did look at this?

169

1  A.    And I looked at this in many different
2  occasions from different manufacturers have a
3  similar sort of clearances page in their
4  literature.
5  Q.    So you have a specific recollection of
6  referencing this for the Buckingham installation?
7  A.    Yes.
8  Q.    Can you tell me what you did to determine that
9  there was at least 3 feet of clearance from the
10 adjacent walls? And I can show you the photograph
11 of it if that helps refresh your recollection.
12 A.    So the clearance for this installation,
13 obviously I didn't meet those particular clearances
14 with my vent pipe.
15 Q.    Mm-hmm.
16 A.    That was a discussion that I had with Steve
17 Gieck upon installing this. And between he and I,
18 we decided that there wasn't necessarily another
19 route to take this vent pipe easily, so we went
20 ahead and just put it back in the exact same spot
21 as the original boiler vent.
22 Q.    Okay.
23 A.    So that's why those certain clearances, beads,
24 windows, doors, et cetera, that's why that
25 termination is placed there on my install.

170

1  Q.    And those don't meet those requirements?
2  A.    As I recall, I think we were too close to the
3  doorway that was adjacent to the vent. And then
4  overhead eve, I don't remember the measurement, but
5  we might not have met that requirements as well.
6  Q.    Okay. Give me your vest recollection of the
7  discussion with Mr. Gieck on that particular topic?
8  A.    I believe it was in the morning before we went
9  out the following day for the second day of work.
10 And it was just a brief discussion. I'm like are
11 you sure this is where we want to put the flue
12 pipe? Then he asked me, do you see a better
13 location? And I said I don't see a better
14 location. That's when we decided that we would
15 just put this vent pipe back where it came from.
16 Q.    Okay. Do you recall whether or not the old
17 flue pipe that was installed there would have
18 complied with these requirements?
19 A.    I'm sure that it didn't as well.
20 Q.    It did not. But you didn't look at it as a
21 situation where, well, if the old one didn't
22 comply, then we don't have to comply with the new
23 one?
24 A.    I didn't look at it like that. I looked at it
25 as I discussed it with my employer and this was his

171

1  ultimate decision on that location.
2  Q.    Generally you were running the job, but when
3  you came to an issue like this you sought guidance
4  from higher up?
5  A.    I would, yes.
6  Q.    So the second day, what day of the week was
7  that?
8  A.    It was a Friday.
9  Q.    And what time of day did you finish the job?
10 A.    I believe it was end of the day at 5:00, 5:30
11 when we probably put our tools on the truck and
12 called it a day.
13 Q.    Do you recall anything specific on that
14 weekend that you were going to be attending to?
15 A.    Nothing specific.
16 Q.    That time of year, that would have been
17 November 14th-ish?
18 A.    I believe you are correct in that timeframe.
19 Q.    Why are the clearances that are listed in this
20 vent supplement, why are they important?
21 A.    So you don't get carbon monoxide poisoning or
22 exposure --
23 Q.    Okay.
24 A.    -- inside of the residence.
25 Q.    Is there a possibility of recirculation of the

172

1  gas back into the firing mechanism or over to the
2  boiler space?
3  A.   These clearances don't deal with that
4  recirculating that I'm aware of.  These clearances are simply
5  for clearances from any operatable window and/or
6  door.
7  Q.   Okay.  So you think that there is a
8  possibility that you didn't meet the clearance
9  requirements because there's a door that's close to
10  that exhaust vent?
11  A.   Yes.
12  Q.   And it's also possible that there was flue gas
13  that wasn't getting exhausted far enough out and
14  could have come back into the structure through
15  that door.
16  A.   Only if that door was left open.
17  Q.   Or not sealed?
18  A.   I believe the door was sealed.  If it weren't
19  sealed, there is a possibility of flue gas coming
20  back through that unsealed door.
21  Q.   Do you recall whether or not the -- first of
22  all, do you recall the space at the Buckingham
23  property where the boiler was installed, the garage
24  and the mud room that was adjacent to the garage?
25  A.   More of a storage type of mud room?

173

1  Q.   No, the entry door into the living space.
2  A.   Oh, I believe there was maybe a laundry into
3  that space as well?
4  Q.   Yes.
5  A.   Yes, I recall that.
6  Q.   Do you recall whether there was any weather
7  stripping or sealing on the opening of that door?
8  A.   I don't recall that.
9  Q.   So again, at page 16, left-hand column, the
10  first warning on that column.  And for the record,
11  while the witness is looking at it, I'll read it.
12     "A gas vent extending through a sidewall
13  should not terminate near an adjacent wall or below
14  any buildings extensions such as roof eves,
15  balconies, or decks.  Failure to comply with the
16  required clearances in this manual, could result in
17  severe personal injury, death, or substantial
18  property damage."  Now, do you have it there?
19  A.   Yes, I see it.
20  Q.   Okay.  And you did say that you reviewed this
21  supplement.  Did you review this specific warning,
22  to your recollection?
23  A.   Not to my recollection.
24  Q.   Is there anything that's unclear about that
25  warning?

174

1  A.   No.
2  Q.   The Vent Supplement at page 17 also talks
3  about minimum clearances between the air intake and
4  exhaust venting.  Would those have applied in this
5  situation?
6  A.   In this situation, because I used that
7  concentric termination kit, wouldn't apply to this.
8  Q.   Okay.  Would it apply in the internal runs of
9  those venting lines?  Do you understand what I
10  mean?
11     So inside the structure before the concentric
12  termination kit, would these clearances be required
13  as the lines go back to the boiler?
14  A.   No.
15  Q.   The vent supplement also talks about a bird
16  screen that must be installed.  Do you recall
17  installing a bird screen?
18  A.   No, I don't recall.
19  Q.   But if it was there, you would have installed
20  it?
21  A.   Umm, I don't recall if it would have worked
22  with the concentric vent kit that we used on that
23  project.
24  Q.   Was there any screening on the exterior of
25  that concentric vent kit?

175

1  A.   Not that I recall.
2  Q.   So Mr. Waltz asked you questions about the
3  support of the venting, and you know that there
4  should be support at any change in direction and at
5  various distances, and the manual talks about using
6  hangers.
7  A.   Mm-hmm.
8  Q.   Can you describe for me what your
9  understanding of that term is?
10     MS. TIEDEKEN:  Object to the form of the
11  question as far as it misstates the language of the
12  manual.
13     MR. MCGILL:  Sure.
14  BY MR. MCGILL:
15  Q.   So in the event supplement at page 35 in
16  paragraph 7, that paragraph specifically talks
17  about using perforated metal strap hangers or
18  suitable hangers for plastic pipe and to support
19  the pipe.
20     Do you understand what that term means,
21  hangers, as it's being used there?
22  A.   Yes, I do.
23  Q.   Is there any reason why you or Wyoming
24  Mechanical decided to use the application that's
25  shown in the photographs as opposed to the hangers?

176

Pages 173 to 176

1  A.    I would say the installation of the support
2  bracket that I used was a little bit easier to
3  install.  And I believed, at the time, that having
4  a nice rigid install made more sense than a
5  flexible movable installation system.
6  Q.    And that's what you attribute to the metal
7  strap hangers?
8  A.    Yes.  So the metal strap hangers, the way I
9  picture it, it would be screwed into the ceiling,
10 dropped down on a piece of what they call all
11 thread, which is just a threaded rod, and then made
12 up onto what we call a clevis or teardrop hanger.
13 And that would wrap around the pipe and get
14 supported to the ceiling through the all thread and
15 the hanger itself.
16 Q.    But was it you that made the determination?
17 A.    It was me, yes.
18 Q.    So you made the determination to use a more
19 rigid system?
20 A.    Yes.
21 Q.    But you also realized that the DuraVent
22 system -- and Mr. Waltz covered this in more
23 detail -- requires you to allow for expansion and
24 contraction as the boiler operated.  Is that a fair
25 statement?

177

1  A.    That's a fair statement.
2  Q.    And would the rigid system that you installed
3  impact the ability of the exhaust vent to expand
4  and contract as the boiler is operating?
5  A.    I believe it would have allowed for some
6  expansion and contraction of the system, but it
7  would have held a lot more rigidly than the hangers
8  they are discussing in Paragraph 7.
9  Q.    Okay.  You don't have any -- or do you have
10 any basis to say that the system that you installed
11 at the Buckingham property was more appropriate
12 than what the manufacturer recommended?
13 A.    I can't say that.
14 Q.    Okay.  So do you have any understanding as to
15 whether or not the hanger system that's recommended
16 by the manufacturer would have allowed for that
17 expansion and contraction for the vent system?
18 A.    It would have allowed for more expansion than
19 the system that I installed.
20 Q.    When you converted the boiler from natural gas
21 to LP, did you have any problem with that process
22 with the gasket that's contained in the valve or
23 any of that?
24 A.    Not that I recall.
25 Q.    And you did that yourself?

178

1  A.    Yes.
2  Q.    You didn't allow the apprentices to do that?
3  A.    I'm pretty sure it was I that did the
4  conversion.
5  Q.    Have you ever adjusted a throttle screw or
6  venturi screw on a Triangle boiler?
7      MS. TIEDEKEN:  A throttle or venturi, is that
8  what you are asking?
9      MR. MCGILL:  Let's limit it to the venturi
10 screw.
11 A.    I don't think I ever adjusted it.
12 BY MR. MCGILL:
13 Q.    And just to finish up, you didn't make any
14 recommendations or have any discussions with Mr.
15 Buckingham about the dangers of carbon monoxide, or
16 carbon monoxide detectors, or anything like that?
17 A.    No, sir, I didn't have any discussion.
18     MR. MCGILL:  Thank you.  I'll pass the witness
19 at this time.
20         EXAMINATION
21 BY MS. MEAD:
22 Q.    I have a couple questions for you.  If you
23 recall, I'm Kate Mead and I represent the
24 Buckinghams.
25     That last question that Mr. McGill just asked

179

1  you, you didn't discuss the dangers of carbon
2  monoxide with anybody else at the property, Dave
3  Schuler, for example?
4  A.    No, I didn't.
5  Q.    Or Deborah Buckingham?
6  A.    No, I didn't.
7  Q.    You testified, in response to Mr. McGill, that
8  you wouldn't expect a two-day apprentice to know
9  about carbon monoxide.  Do you remember that?
10 A.    Yes.
11 Q.    How about a homeowner?  Would you expect them
12 to know about the dangers of carbon monoxide?
13 A.    I wouldn't expect them to know.
14 Q.    Okay.  Was it protocol at Wyoming Mechanical
15 to warn the customers of the dangers of carbon
16 monoxide, do you know?
17 A.    I wouldn't say it was protocol by any means.
18 Q.    And you had testified earlier that Wyoming
19 Mechanical did not suggest CO detectors in homes
20 where they did an installation?
21 A.    I'm not aware of them recommending them.
22 Q.    When Mr. Waltz asked you about the locking
23 band piping that you installed at the Buckinghams'
24 house, you indicated that this was the first time
25 you had used that locking band piping, correct?

180

1  A.  Correct.
2  Q.  And you said you're pretty mechanical, right?
3  A.  Fairly mechanical.
4  Q.  And you got it figured out yourself, right?
5  A.  I don't recall having any literature on that
6  system, so I puzzled it together, and I believe
7  that I did a just job of installing that.
8  Q.  Would you expect a homeowner to know how to
9  use that locking system?
10  A.  Not a homeowner.
11  Q.  I think you also said that you thought that --
12  let me find it here to be accurate -- that the
13  locking ring on that locking piping -- DuraVent
14  piping, should not have rust on it if the piping is
15  tight; is that correct?
16  A.  That's what I said.
17  Q.  And I can't remember whether it was Mr. Waltz
18  or Mr. McGill asked you about several exhibits, 63,
19  4 and 5, which I'll hand you.  Those are mine so
20  they don't have the official exhibit mark on them.
21     There is some rust there on those locking
22  rings, aren't there?
23  A.  Yes, there is rust on there.
24  Q.  So that would indicate you that the piping was
25  not tight, is that right?

181

1     MR. WALTZ:  Object to form.
2  A.  That would indicate that there was an issue
3  with that piping ring.
4     MS. MEAD:  Okay.  Thank you.  I think that's
5  all I have.
6     MR. WALTZ:  You are not required to ask
7  questions.
8     MR. LEWIS:  I'm what?
9     MR. WALTZ:  You are not required to ask
10  questions.
11     MR. LEWIS:  No, I've got some, but not a lot.
12     THE WITNESS:  Okay.
13     EXAMINATION
14  BY MR. LEWIS:
15  Q.  Just -- I want to just go back to venturi
16  screw for a minute.  Did anybody teach you how to
17  adjust that at Wyoming Mechanical?
18  A.  Umm, I witnessed it several times throughout
19  my career of either Todd, my lead guy, or David
20  Gieck making those adjustments.  So that was my
21  education in that.
22  Q.  Is that an uncommon event, when you are
23  setting up a gas boiler or Triangle Tube gas
24  boiler, to make those adjustments?
25  A.  Is it uncommon or is it common?

182

1  Q.  Is it uncommon.
2  A.  My perspective, it's probably pretty common to
3  make certain adjustments to a boiler.
4  Q.  So when you installed one and you thought --
5  what might lead you to think that there should be
6  an adjustment made to the venturi screw?
7  A.  What would lead me to -- could you clarify
8  your question for me?
9  Q.  Let me preface this by saying I understand
10  your testimony, you've never done that, adjusted
11  one; is that correct?
12  A.  Not a Triangle Tube, that I recall.
13  Q.  What sort of a condition would exist that you
14  would think I better adjust this venturi screw?
15  A.  The condition would exist if you tested the
16  levels and it needed to be adjusted.
17  Q.  During a combustion test?
18  A.  Yes.
19  Q.  And you didn't do a combustion test?
20  A.  I did not.
21  Q.  So if you -- if you were out, just as a
22  hypothetical, at the Buckinghams home and your
23  combustion test results showed that the venturi
24  screw should be manipulated, would you call to do it
25  somebody downtown, or would you endeavor to do it

183

1  yourself?
2  A.  That's something I would normally try to have
3  David do, but it's something that I would do if
4  that was what I was -- required of me to do at that
5  moment.
6  Q.  Moving on to something else.  When a Triangle
7  Tube boiler arrives I guess from the supplier
8  typically to the home of the homeowner or business
9  or wherever you're going to install it; isn't that
10  what you said?
11  A.  Yeah, I believe --
12  Q.  The usual course.
13  A.  The usual course is for it to show up at the
14  supply house, and they will store it until you are
15  ready to install it, and then they will deliver it
16  to your site.
17  Q.  What I was wondering, when you open that box,
18  these manuals that we've been looking at, are they
19  in that box along with the boiler?
20  A.  Yes.
21  Q.  Can you tell me as you are sitting here the
22  names, or at least give me a description of the
23  manuals that typically come with a Prestige boiler?
24  A.  Yeah.  We've kind of discussed them here
25  already today.  So you are going to have your

184

1  venting supplement, your maintenance homeowner's
2  kind of guide, you are going to have your installer
3  guide, and then it seems like there is one more
4  that I'm trying to recall that I don't recall at
5  the moment.  There is usually about four manuals
6  that come with that boiler.
7  Q.    I've noticed in -- and I can't remember which
8  one it is, or in more than one, there is
9  checklists.  And I assume that those checklists are
10  in there so that the installer can make notes about
11  what he did or didn't do; is that correct?
12  A.    That's correct.
13  Q.    And do you pay attention to those checklists
14  yourself?
15  A.    Once again, I just breezed kind of through
16  them, and I don't specifically go through every
17  item on the checklist.
18  Q.    Bear with me a moment.
19      But apparently the checklists that are in
20  there are -- if you filled out one of these
21  checklists, would you tear it out of the book in
22  order to keep a record of what you had done, or
23  would you just make the checklist there and put the
24  book back in with the boiler?
25  A.    Put it back in with the book and the boiler is

185

1  what I would say.
2  Q.    Do you recall that you did or did not make
3  those comments when you installed this boiler in
4  any of these checklists?
5  A.    I believe that I didn't make --
6  Q.    You did not --
7  A.    -- on any of these checklists.
8  Q.    And if you had done that -- let me back up.
9      Do you know whether these manuals that came
10  with the boiler -- went with the boiler to Denver,
11  Colorado, or to Littleton, Colorado, to the Freeman
12  lab?
13  A.    I wouldn't know.
14  Q.    And I can understand that.  I just wondered if
15  you did know or had heard that.
16  A.    Yeah, I don't know that.
17  Q.    I'm looking at Triangle Bates Number 75 which
18  is Exhibit 60.  And I've just taken it out.  You've
19  answered this question, but I want to ask you
20  specifically about this.  This is page number 75
21  from the Prestige Installation and Maintenance
22  Manual.  You are looking at it, okay.
23  A.    I have it here.
24  Q.    You have an efficient attorney helping you
25  out.

186

1      You did not fill this out?
2  A.    I don't recall filling that out.
3  Q.    And even if you had filled it out, if you went
4  down, you could put in the Prestige model number.
5  You knew what that was?
6  A.    Yes.
7  Q.    And you could find the serial number and write
8  that down, correct?
9  A.    Yes.
10  Q.    The date of installation?
11  A.    Yes.
12  Q.    I guess that was a two or three-day period?
13  A.    The installation was a two-day period.
14  Q.    Thursday and Friday?
15  A.    Yes.
16  Q.    Fuel.  You testified that you changed that to
17  propane, correct?
18  A.    Yes.
19  Q.    And there is no doubt in your mind that you
20  made that adjustment?
21  A.    (No response.)
22  Q.    There's no doubt in your mind that you changed
23  it out?
24  A.    Yeah, no doubt in my mind.
25  Q.    What is the measured rate of input line?  The

187

1  BTUs per hour I guess.  Did you test for that?
2  A.    I'm going to say that's specific to the model,
3  so it being a Prestige 175, I'm assuming that's
4  175,000 BTUs.
5  Q.    All right.  And then under that, the
6  combustion readings, and you didn't -- that's what
7  you didn't perform.
8  A.    Correct.
9  Q.    So you didn't know what the $CO_2$ was, correct?
10  A.    Correct.
11  Q.    Or the $O_2$?
12  A.    Correct.
13  Q.    Or the carbon monoxide parts per million?
14  A.    Correct.
15  Q.    And that would also be true for all of the
16  items that were completed during your installation.
17  You didn't check that the installation instructions
18  had been followed and completed.  You didn't check
19  that box?
20  A.    I didn't fill out anything on this form.
21  Q.    But you had a followup question for that?
22  A.    Okay.
23  Q.    I don't mean to be trying your patience.
24  A.    No, I did not check that box.
25  Q.    And what I was just wondering is if in your

188

1  own mind, had you complied with that, even if you
2  didn't put the checkmark, had the installation
3  instruction been followed and completed?  Do you
4  understand the distinction I'm drawing?
5      Putting aside the -- if I just ask you this
6  question without any regard to this document, 75,
7  and said did you do the installation instructions,
8  did you follow them and complete them?
9  A.   Upon today's discovery with talking to you
10 different lawyers, I would say I did not follow
11 them to a T.
12 Q.   Okay.  I was going to say, without the
13 metaphor, I don't even know what that -- we all use
14 that follow it to a T.  I don't even know what it
15 means.  But you are saying to me that you may not
16 have dotted every I and crossed every T?
17     MR. WALTZ:  What's that mean?
18     MR. LEWIS:  That's where it came from.
19 BY MR. LEWIS:
20 Q.   Then the checkout procedures have been
21 followed and completed.  Is it your memory that you
22 had complied with that?
23 A.   In my memory or actually physically checked
24 the checkout procedures?
25 Q.   Well, whatever it is.  Did you do that without

189

1  regard to this -- to checking the box.  Did you
2  check out -- were all the checkout procedures
3  followed and completed?
4  A.   Not per this checkout procedure list.
5  Q.   That's in the manual.  To what extent did you
6  do it that satisfied you that you were doing an
7  adequate job of checking it out and following the
8  procedures?  Do you understand what I'm saying by
9  that?
10 A.   If you could reword your question, that would
11 be helpful.
12 Q.   What I'm trying to find out is I know you
13 didn't fill this out, but I want to know if you did
14 the events that are described in that, this event
15 of checking out procedures to see if they are
16 followed and completed.  Did you do the procedures
17 and follow them and complete them?
18 A.   I did not complete them on the list.
19 Q.   Okay.  And then, the last is a checkmark for
20 information regarding the unit and installation
21 received and left with owner/maintenance personnel.
22 Did you do that?
23 A.   I didn't.  I left it with the boiler, however,
24 though.
25 Q.   Who did the electrical wiring on the

190

1  installation of the boiler in November of 2014?
2  A.   It was Chuck with Talon Electric.
3  Q.   Talon, T-A-L-O-N?
4  A.   I believe that's how it's spelled.
5  Q.   Where in the process did he come out and do
6  that?
7  A.   I'm pretty sure he came out on that Friday.  I
8  don't know the date, if it was the 15th.  He came
9  out and got us all put together on the electronic
10 portion of it.
11 Q.   You and your apprentice or journeyman, whoever
12 was helping you, you started on a Thursday, and
13 then you didn't wait until the follow Monday but
14 you came to work and finished it on a Friday,
15 correct?
16 A.   Correct.
17 Q.   So working on a Friday -- let me back up.
18     Your schedule is four days of ten-hour work
19 days per week?
20 A.   Yes.
21 Q.   And that's the way the company works?
22 A.   Yes.
23 Q.   But you are not tied into that so that you
24 can't work that Friday if your boss directs you to
25 do that or wants you to do that; is that correct?

191

1  A.   I was asked to do that and to accommodate the
2  schedule with the homeowner.  I think the homeowner
3  was going to be out of town or something along
4  those lines.  I was asked to do that and I was
5  given the following Monday off so I didn't go into
6  overtime and inconvenience my life, which it was no
7  inconvenience.
8  Q.   Working on a Friday is a doable thing if it's
9  important?
10 A.   Absolutely.
11 Q.   So you could do your task, you could stay over
12 that Friday and complete those tasks?
13 A.   Yes.
14 Q.   I assume that would've applied the same way
15 with the Friday that Monica Herrera was killed when
16 nobody wanted to come out and work on a Friday, as
17 I understand the testimony?
18     MS. TIEDEKEN:  Object to the form of the
19 question.  It misstates the testimony.
20     MR. LEWIS:  I don't think it does.
21 By MR. LEWIS:
22 A.   Did you understand my question?
23     MS. TIEDEKEN:  I still object to the form the
24 question.  It misstates the prior testimony.  Go
25 ahead and answer if you can.

192

1    A.    To come out on the Friday when she was killed?
2    BY MR. LEWIS:
3    Q.    It worked on Thursday, said we don't work on
4    Fridays, we'll be back Monday.  So nobody was in
5    the house when Mrs. Herrera went in and was
6    poisoned with carbon monoxide gas.
7        And I'm just saying wasn't it possible, if
8    management had wanted it or if the workers
9    installing that had said we want to finish that
10   tomorrow, you are telling me that's a doable thing
11   if management wants to allow it; is that correct?
12       MS. TIEDEKEN:  I object to the form of the
13   question insofar as it misstates his testimony as
14   far as it states anyone refused to come out on a
15   Friday.  Go ahead.
16   A.    I suppose that somebody could have come out
17   there to check out the boiler if scheduled, is the
18   best thing involved with that.
19   BY MR. LEWIS:
20   Q.    If the scheduling worked for everybody?
21   A.    It is very beneficial.
22   Q.    And as I say, it's a doable thing if
23   management wants to do it, to allow it on a Friday.
24   That's true, isn't it?
25   A.    It is a doable thing.

193

1    Q.    Okay.  I'm just going to bounce back.  As far
2    as the electrical work, do any of the plumbers at
3    Wyoming Mechanical, do they do the electrical work,
4    wiring work on installation of boilers, to your
5    experience there?
6    A.    No, they do not.
7    Q.    It's a rule you always call in -- tell me if
8    I'm stating this right.  It's a rule or policy of
9    the company that you always call an electrician to
10   do the wiring?
11   A.    Yes.
12   Q.    Would you be able to do it if you wanted to do
13   it?
14   A.    Umm, I could thumb my way through it, yes.
15   Q.    With regard to the building permit, you
16   testified, I believe it was this morning or right
17   after lunch, whatever, that you did not acquire a
18   building permit?
19   A.    I don't think the project was required to have
20   one.
21   Q.    Okay.
22       MR. LEWIS:  And I guess we can mark this.
23   Where are we?
24       (Deposition Exhibit No. 67 was marked for
25   identification.)

194

1        MR. WALTZ:  Do you have any other copies?
2        MR. LEWIS:  I do have one more copy.
3        MR. WALTZ:  Thanks.
4    BY MR. LEWIS:
5    Q.    Do you recognize this as being the mechanical
6    permit application to Teton County, Wyoming?
7        MS. TIEDEKEN:  This is 10/7/2015?
8        MR. LEWIS:  Yes, I just downloaded it, it is.
9        MS. TIEDEKEN:  So -- go ahead.
10   BY MR. LEWIS:
11   Q.    Looking at the fee types, which I assume is if
12   you have to pay a fee that means you have to get a
13   permit for the activity; is that true?
14       MS. TIEDEKEN:  You mean as of October 7, 2015?
15       MR. LEWIS:  Well, this document is dated
16   10/7/2015, so that's what I'm talking about.
17       MS. TIEDEKEN:  Okay.
18       MR. LEWIS:  I don't think there is a change
19   from the past, but we'll just talk about this one.
20   BY MR. LEWIS:
21   Q.    This is the present permit that you can
22   download.
23       So number 1 is an issuance fee that if you
24   decided to apply for anything, you would have to
25   pay that $50 I take it, correct?

195

1    A.    It seems correct.
2    Q.    And then number 2, you weren't installing a
3    furnace, so we'll go by number 2.
4        Number 3, gas piping system one to five
5    outlets $5.  And then under that is gas piping
6    system over five outlets each.
7        Was there a gas piping system put in when you
8    installed this boiler?
9    A.    It existed.
10   Q.    Well then let me ask you, look at a number 5.
11   Number 5 for fee says, "Repairs/Alterations of
12   existing equipment, $14."  So you were dealing with
13   making repairs or alterations to existing equipment
14   with a piping system, aren't you?
15   A.    Yeah.  Yes, we did make some alterations I
16   believe.
17   Q.    And then the next item is six, Boilers,
18   Compressors, Absorption Systems.  And you'll have
19   to tell me, do any of the sub topics under that
20   apply to what you were doing up to 1,000 BTUs per
21   hour?
22   A.    I'm not sure on any of these questions
23   regarding whether the requirement -- for Wyoming
24   Mechanical to have a permit to do that change-out.
25   I don't know if that's something that is a

196

1  requirement.  But if you were looking at that,
2  there would be a $14 fee or a $30 fee for a new
3  boiler, I know.  However, to repipe an existing
4  boiler, I don't know that that is a requirement.
5  It's something I don't know.
6  Q.    So putting in a new boiler would be which one
7  of those numbered items?
8  A.    If it were new construction?
9  Q.    Yes.
10  A.    It would probably be a $30 fee, based on the
11  BTU load of the boiler that was installed.
12  Q.    Okay.
13      MR. LEWIS:  Bear with me.  I don't think I
14  have any more questions.
15      Thanks a lot, I appreciate it.
16      MR. WALTZ:  Mr. McCormick, I have a few
17  followups.
18          CONTINUED EXAMINATION
19  BY MR. WALTZ:
20  Q.    What is your educational background?
21  A.    High school diploma.
22  Q.    From where?
23  A.    Star Valley High School, Wyoming.
24  Q.    Anything after that formal?
25  A.    Nothing formal.

197

1  Q.    All right.  Do you carry a CO detector with
2  you?
3  A.    No.
4  Q.    Have you ever done that?
5  A.    No.
6  Q.    Did any of your apprentices have one with you
7  on the day of the install?
8  A.    No.
9  Q.    Did you have one in your truck?
10  A.    No.
11  Q.    Was there any policy or procedure that people
12  who work for Wyoming Mechanical have a CO detector
13  with them?
14  A.    Not that I'm aware of.
15  Q.    The next question I want to ask you is the day
16  of the install.  I just looked up on the day of the
17  calendar what November 14th was, and it was a
18  Friday.
19  A.    Okay.
20  Q.    Did you start on a Friday and work on a
21  Saturday as well?
22  A.    No, I must have some dates jumbled up because
23  we worked on a Thursday, which must have been the
24  13th, and then the following Friday to finish up
25  that project.

198

1  Q.    And my question is:  What do we have that
2  would verify that?  Because I've been operating
3  under assumptions that you started on the 14th
4  because of all the material I've read.  And I'm not
5  saying you are not telling the truth, I just want
6  to find out for sure that we are talking a
7  Thursday, Friday install versus a Friday, Saturday
8  install.  And what would I get to find that out?
9  A.    Well, we can go back and dig through my time
10  log.  We could dig through any of the supply house
11  receipt invoices for maybe a trail showing that we
12  started on that Thursday for that.
13  Q.    Let's turn to Exhibit 10.
14  A.    (Witness complies.)
15  Q.    Actually, no, let's turn to Exhibit 12.
16  A.    (Witness complies.)
17  Q.    This invoice is dated November 17th.
18  A.    Yes.
19  Q.    And it says pick up?
20  A.    So as I've been running because this is
21  something -- the invoice is something that I don't
22  know anything about as far as from Wyoming
23  Mechanical, but since I've been in my own business,
24  I know that when I get a copy of an invoice
25  e-mailed to me, it's days after I've made the

199

1  purchase.
2      So we could probably go into the Silver Creek
3  computer, I'm sure, or, you know, reference this to
4  the Silver Creek and it would show that that order
5  was placed prior to that.
6  Q.    I get that.  If you turn to Exhibit 13.
7  A.    Exhibit 13?
8  Q.    Yes, sir.
9  A.    Okay.
10  Q.    This says it's a pick up that says ship dates
11  November 14th.  Would you have needed the items on
12  here before you started the install?
13  A.    The 14th being a Friday?
14  Q.    Yes, sir.
15  A.    I'm assuming these are the items that I needed
16  in order to complete the install.
17  Q.    Your memory -- and we can probably verify this
18  later, but your memory was it was a Thursday/Friday
19  install?
20  A.    Yes.
21  Q.    You have little doubt about that?
22  A.    I have little doubt.
23  Q.    Okay.  The next question I have -- we're on a
24  closing stretch here -- would you look at exhibit
25  -- excuse me, Exhibit 54, and -- 54, 55, 56 and 57?

200

1    A.    (Witness complies.)
2          MR. WALTZ: It's the top of the boiler photos.
3          MS. TIEDEKEN:  Okay.
4    BY MR. WALTZ:
5    Q.    Do you have them?
6    A.    I have 54, 55, 56, and 57.  Are those the ones
7    you were wanting to know about?
8    Q.    Yes.  Exhibit 54, do you see the connection at
9    the top of the boiler?
10   A.    Yes.
11   Q.    And you are the installer, so I have to do it
12   with you. Take out Exhibit 48.
13   A.    (Witness complies.)
14   Q.    And turn to page 556, and in the upper
15   right-hand corner it says, "Appliance Connection 2"
16   - 4"."  Do you see that?
17   A.    Yes.
18   Q.    And it says, "If the appliance has a PVC/CPVC
19   female outlet, use the Appliance Adapter/PVC
20   Adapter and Clamp. (Figure 4)."  Do you see that?
21   A.    Yes.
22   Q.    Now, can you tell me if the appliance that we
23   are talking about here has a PVC or CPVC female
24   outlet by looking at that photograph?
25   A.    So there is the white portion that turns into

201

1    together, correct?
2    A.    Yes.
3    Q.    Would you look at that locking ring.  And if
4    you want to blow it up, go ahead.  There you go.
5    You are better at that than I.  Look at the locking
6    ring for -- move it down.  There you go.  You got
7    the locking ring that appears in that photograph.
8    It's the first one on the install.  What's it
9    hooked on to?
10   A.    Some kind of a lip on that fitting it appears.
11   Q.    It really just looks like it's sitting there,
12   doesn't it?
13   A.    It could be in the butt where the joints are
14   together.
15   Q.    But it didn't hook over the -- what was that
16   you called it before?
17   A.    The hub.
18   Q.    The hub.  There is no hub on that?
19   A.    Yeah, as I look closer at it, it appears to be
20   in the joint in the fitting.
21   Q.    There is no hub to hook it to, is there?
22          MR. LEWIS:  While he's looking, are you going
23   to mark this?
24          MR. WALTZ:  I would love to, but I can't.
25          MR. LEWIS:  We ought to call it something.

203

1    the gray portion right there.
2    Q.    Yes, sir.
3    A.    I believe that's a PP adapter of some kind.
4    Q.    Which is the PP adapter?
5    A.    The fitting that's down inside of the white.
6    Q.    So you are talking about the grey fitting
7    above?
8    A.    Yes.  I believe that's what that is.  I don't
9    believe that that's any kind of PVC or CPVC.
10   Q.    And do you know where you got that fitting?
11   A.    No, but I'm assuming Silver Creek.
12   Q.    I'm going to show you something here.  This is
13   photograph -- I'm making a record.  It's marked
14   12400 JMF 1-034.
15          MS. TIEDEKEN:  Say that again, 12400?
16          MR. WALTZ:  JMF 1-03402-11-16.
17   BY MR. WALTZ:
18   Q.    This is a photograph taken by Mr. Freeman.
19   And it's his 34th photograph in the set from which
20   this comes.  Okay?  It's just easier for me to show
21   you this, because you'll see it's the same area I'm
22   talking about that appears in Exhibit 54 and 55.
23   Do you see that?
24   A.    I do see it.
25   Q.    All right.  This is an assembly you put

202

1          MR. WALTZ:  We just did.  I made a good record
2    of what it is.
3    A.    It doesn't appear to be the same hub as the
4    locking mechanism on the following --
5    BY MR. WALTZ:
6    Q.    It isn't because it's a Centrotherm fitting.
7    Do you understand that?
8    A.    Okay.
9    Q.    One of the things that's occurred here is
10   somebody had used a Centrotherm and interacted it
11   with the DuraVent, and consequential you don't have
12   a hub. Do you see that?
13   A.    I see --
14          MS. TIEDEKEN:  Object to the form of the
15   question insofar as it may misstate facts not in
16   evidence.
17          MR. WALTZ:  Thank you.
18   BY MR. WALTZ:
19   Q.    All right.  So my next set of questions are
20   this:  You cut some of the pipe out there to
21   install, did you not?
22   A.    Yes.
23   Q.    You had to.
24   A.    Yeah.
25   Q.    And if you look at the -- the easiest thing to

204

1 look at is exhibit -- it's in the notebook.
2      MS. TIEDEKEN: Can I give you your computer
3 back?
4      MR. WALTZ: Yeah, thank you. That's great
5 (handing).
6 BY MR. WALTZ:
7 Q.   Did you go to Exhibit 21? I'm on my last line
8 of questions here. That shows -- it's far away,
9 but it shows the whole exhaust system for the
10 Buckingham install, correct?
11 A.   Yes.
12 Q.   And looking at this, it's fairly clear that
13 you cut some pipe and then fit it together,
14 correct?
15 A.   Yes.
16 Q.   And I showed you earlier today in the
17 installing instructions for DuraVent they actually
18 show how to cut pipe?
19 A.   Yes.
20 Q.   You saw that?
21 A.   Yes.
22 Q.   And if you cut it, they make a recommendation
23 of how you would secure it with a locking ring.
24 Are you following me?
25 A.   I'm following you.

205

1 A.   So you are saying through the exterior siding
2 of the house?
3 Q.   You can see it right now in --
4      MR. WALTZ: What exhibit is that, Counsel?
5      MS. TIEDEKEN: 62.
6 BY MR. WALTZ:
7 Q.   If you look at the bottom of that, do you see
8 that?
9 A.   Yes, I see that hole.
10 Q.   Does that affect the integrity of the seal of
11 that at all?
12 A.   Not to my knowledge.
13      MR. WALTZ: That's all I've got. Thank you.
14      MR. MCGILL: Mr. McCormick, some quick
15 questions.
16           CONTINUED EXAMINATION
17 BY MR. MCGILL:
18 Q.   Again, Exhibit 62, it shows the photograph of
19 the exterior termination of the exhaust venting of
20 the air intake. And again, referring to the space
21 below the fitting which appears to be open, do you
22 know whether or not the exhaust venting would be
23 drawn back into the structure through that space?
24 A.   I would say it's a possibility that it could
25 be drawn in.

207

1 Q.   So even if you had the other one with the
2 button, sometimes you are going to cut off a button
3 and you can't use that. Are you following me?
4 A.   Yes.
5 Q.   In any event, the system you installed out
6 there that day, none of those pipes had buttons,
7 correct?
8 A.   Not that I recall.
9 Q.   And you do know that my client talks about
10 hangers in its installation, correct?
11 A.   Yes.
12      MR. WALTZ: I think that's all I have. Oh.
13 BY MR. WALTZ:
14 Q.   Have you seen other photographs of the
15 exterior vent of the home, that vent on the
16 outside? Have you seen others than just the one
17 that we've shown you here today?
18 A.   Have I seen other photographs of the same vent
19 itself?
20 Q.   Yes, sir.
21 A.   Not that I recall.
22 Q.   I will tell you -- just assume this to be
23 true. If you look straight on at that vent, there
24 is a gap underneath that plate of probably about a
25 good inch; just a hole.

206

1 Q.   It's a possibility because there is negative
2 pressure inside the structure; isn't that right?
3 A.   I'm no engineer, I wouldn't know about
4 negative pressures.
5 Q.   Just from common sense, you seem to use that
6 quite a bit, you would expect if there is an
7 opening below the fitting that appears in Exhibit
8 62, that there is a good possibility that some of
9 the flue gas could be drawn back into the
10 structure?
11 A.   There is that possibility that that could
12 happen.
13      MR. MCGILL: Thank you very much.
14      MR. WALTZ: Any followup?
15 Mr. McCormick, thank you for your patience.
16 THE WITNESS: All right.
17      MS. TIEDEKEN: Thank you. We're done.
18 (Deposition Concluded at 2:54 p.m.)
19
20
21
22
23
24
25

208

REPORTER'S CERTIFICATE

STATE OF IDAHO       }
                     } ss.:
COUNTY OF FREMONT     }

        I, Denise a Shorthand Reporter and
Notary Public within and for the State of
Idaho, do hereby certify:
        That I reported the proceedings
in the within entitled matter, and that
the within transcript is a true record of
such proceedings.
        I further certify that I am not
related, by blood or marriage, to any of
the parties in this matter and that I am
in no way interested in the outcome of
this matter.
        IN WITNESS WHEREOF, I have
hereunto set my hand this 5th day of May,
2016.


        _____

        DENISE NOWAK
        Notary Public State of Idaho
        My Commission Expires: 3/13/2021

209

CERTIFICATE OF DEPONENT
    I, Aaron McCormick, the deponent in the
foregoing deposition,
    DO HEREBY CERTIFY that I have read the
foregoing and attached 209 typewritten pages, and
that the same are, with changes or corrections, if
any, set forth on the following correction sheets,
a full, true, accurate and correct transcript of my
deposition on oral examination given at the time
and place therein indicated.

    Executed this ____ day of _____, 2016.

Signature:    _____
                    Aaron McCormick


STATE OF WYOMING    }
                    } ss.:
COUNTY OF           }

Sworn to and subscribed before me this____
day of _____, 2016.


            _____

        My Commission expires:

210

Pages 209 to 210

## A

**aaron**
1:19 4:3 5:3,12 20:7
210:2,14
**ability**
121:2 178:3
**able**
40:14 79:21 80:17
150:6 165:16 194:12
**abs**
18:24 19:4,11
**absence**
28:17
**absent**
157:23
**absolutely**
35:4 192:10
**absorbed**
73:22
**absorption**
196:18
**absy**
19:9
**access**
106:22 111:3 155:2
**accessible**
150:2
**accommodate**
109:12 113:12 192:1
**accompanying**
139:21
**accountant**
80:4
**accurate**
45:13 69:10,11 169:7
181:12 210:8
**achieve**
95:1
**achieved**
92:10
**acquire**
194:17
**action**
1:8
**activity**
195:13
**actual**
94:14 98:22 102:3
107:8 130:9 165:8
**acvtriangle**
139:7
**adapter**
124:20 166:18,24
167:6,7,8,13 201:19
201:20 202:3,4
**adapters**
30:14,21
**adapting**
117:12
**adaptor**
166:16
**adaptors**
31:6
**added**
5:22 81:23
**address**
19:17 102:17 114:13
150:24
**addressed**
164:2
**addressing**
19:16
**adequate**
190:7
**adhere**
139:21
**adhesive**

125:8
**adjacent**
169:17 170:10 171:3
173:24 174:13
**adjust**
58:22,25 94:23 146:22
182:17 183:14
**adjusted**
131:11 147:15 179:5
179:11 183:10,16
**adjustment**
147:3,4 183:6 187:20
**adjustments**
62:9 147:9 182:20,24
183:3
**adopted**
121:14
**adulterated**
131:13
**advance**
15:12 155:2
**advice**
47:1 100:4
**advise**
52:1
**advising**
92:24
**affect**
207:10
**afoul**
147:16
**age**
115:4
**agree**
16:19 23:7,13 26:6,7
31:1 33:13 71:2
**agreed**
16:18 34:18,23 37:1
41:18 50:14 64:21
65:10 69:7 71:6
**ahead**
12:17 36:21 78:25
79:20 145:20 162:2
163:12 170:20
192:25 193:15 195:9
203:4
**air**
27:4 118:15,17 141:25
142:3 143:22 145:19
175:3 207:20
**alarm**
48:7
**alarming**
79:5
**alarms**
47:24 48:4
**allow**
43:12 71:17 177:23
179:2 193:11,23
**allowed**
126:2 178:5,16,18
**allows**
161:4
**alterations**
196:11,13,15
**alternate**
65:15 157:23
**altitude**
62:5,10
**amount**
8:19 37:22 72:3 84:4
130:18
**analyses**
102:6
**analysis**
73:24 89:17,24 100:21
101:11,16 131:20

135:1
**analyzer**
89:5,10 102:4
**analyzers**
90:4 154:1,23
**angle**
76:25 77:2 122:25
**annual**
90:9,9 140:15
**annually**
47:6 140:8
**ansi**
28:18
**answer**
36:20 78:25 79:20
93:20 132:25 162:1,2
162:20 163:14 164:5
192:25
**answered**
167:21 186:19
**answers**
7:11 150:10
**anybody**
73:8 77:5 97:11 180:2
182:16
**anyway**
24:25
**apart**
41:3 74:22 75:1 78:22
79:15 80:8 87:13
130:2
**apparently**
185:19
**appear**
20:10 69:6 125:4 149:4
204:3
**appeared**
83:20
**appears**
20:7 22:7,11 41:17,19
55:17 74:13,17 76:12
76:19 77:13,16 125:6
202:22 203:7,10,19
207:21 208:7
**appliance**
26:2,12 37:4 38:16
57:14,19 58:6 66:17
88:11,23 96:10,18
201:15,18,19,22
**appliances**
49:14 85:15 86:9 90:12
90:13 121:16
**application**
4:19 42:13 153:15
156:9 158:17 166:25
176:24 195:6
**applied**
13:10 175:4 192:14
**apply**
175:7,8 195:24 196:20
**appreciate**
197:15
**apprentice**
45:6 60:25 61:1 84:6
92:7 93:7 103:15
116:4,15 154:17,18
180:8 191:11
**apprentices**
116:6,7 122:14 179:2
198:6
**approach**
169:3
**approaching**
126:23
**appropriate**
146:5 161:18 166:19
178:11

**appropriately**
123:15
**approve**
30:8
**approved**
30:5,13,21 31:4,5 34:6
57:15
**approves**
127:24
**april**
1:22 5:1
**area**
86:10 91:23 111:25
112:7 117:12 127:25
202:21
**areas**
86:11
**arent**
181:22 196:14
**argue**
16:14
**arrangements**
109:12
**arrives**
184:7
**aside**
25:12 43:21 57:4 72:17
102:23,25 103:9,10
148:20 189:5
**asked**
53:20 56:20 63:12 78:3
81:21 119:5 124:23
165:10 171:12 176:2
179:25 180:22
181:18 192:1,4
**asking**
22:19 32:15 64:4 65:9
72:12 179:8
**aspect**
94:6
**aspects**
116:24
**assembly**
51:21,23 87:12 202:25
**assessed**
109:5
**assist**
116:24
**assistant**
2:4
**assistants**
72:7
**assisted**
118:13
**assists**
154:18
**associated**
102:11 114:13 137:12
145:2 146:18
**assume**
18:2 25:24 30:18 38:4
48:23 56:14 58:24
97:12 161:12,15
185:9 192:14 195:11
206:22
**assumed**
146:10
**assumes**
88:5
**assuming**
188:3 200:15 202:11
**assumptions**
199:3
**attached**
210:5
**attempt**
167:12

**attempted**
161:5
**attempts**
146:22
**attended**
88:6,10
**attending**
172:14
**attention**
61:21 152:8 158:13
185:13
**attorney**
186:24
**attribute**
177:6
**authority**
28:16,22
**authorized**
57:11,13
**available**
63:18 90:4 100:7,8
154:23
**avctriangle**
153:9
**avenue**
2:10
**average**
38:13
**aware**
7:8 20:25 21:1 29:2,5
48:10 49:4,21 52:10
54:21 78:2,6 85:24
96:21 97:2 100:19
102:2 112:8 120:5,6
120:12 124:22
128:25 156:2,3,6,21
158:3 173:4 180:21
198:14

## B

**b**
30:10 169:18
**back**
10:18 13:1,6 15:2
17:13 26:20 37:4,8
37:19,20,24 38:16,18
39:1 40:2,14 54:10
57:6 60:5,16,17
61:15 62:17 63:10
65:17 66:16 67:3,16
68:12 71:11,12 72:2
73:5 78:22 79:4,15
80:8 83:16 95:3
111:11 115:7 121:6
126:15 130:2 135:24
143:16 152:18 168:6
170:20 171:15 173:1
173:14,20 175:13
182:15 185:24,25
186:8 191:17 193:4
194:1 199:9 205:3
207:23 208:9
**background**
55:11 197:20
**backhanded**
73:4
**bad**
96:17 98:2
**balconies**
174:15
**ball**
110:13,14
**ballpark**
53:15
**band**
24:5,13 25:1 31:14,17
36:4,12,25 41:21

180:23,25
**bands**
24:7,17 63:18 64:8
**bang**
78:20
**banging**
78:19
**baron**
2:20
**base**
36:6 99:9
**based**
19:21 37:23 42:13 71:8
73:17 75:9 88:19
99:11 119:18 162:25
197:10
**basically**
112:15,17 117:1
133:20 139:19
168:15,18
**basics**
6:22
**basis**
90:9 140:15 178:10
**bates**
27:21 29:20,23 49:22
138:5,22 139:1
140:20 141:15
156:12 165:9 186:17
**beads**
170:23
**bear**
185:18 197:13
**beat**
113:25
**beginning**
34:13 46:2 50:21
**behalf**
5:17
**behavior**
155:22
**belief**
148:11
**believe**
6:17 11:24 14:10 17:20
18:16 19:23 23:4
24:5 26:22 27:1 29:9
32:12,19,23 33:17
34:2 37:8,19 41:2
43:3,6 44:2,12,19
46:13,24 56:6,7,19
59:17,18 61:19 63:22
64:5 70:12,14,18
71:4 72:8 73:3,11,19
74:25 76:21 77:5
81:3 83:5 86:15,20
87:11,14,14 90:2
94:10 101:10 107:7,9
107:16 108:18
109:20,23 116:19
118:12 119:23 120:2
121:14,17,18 124:1
124:12 126:5 127:5
128:5 129:11,23
130:8,14,15 131:17
134:6 136:6 139:12
140:4 145:1 146:2
147:5 148:23 151:6
159:7 160:3,4,7,12
160:18 162:4 165:19
165:19 171:8 172:10
172:18 173:18 174:2
178:5 181:6 184:11
186:5 191:4 194:16
196:16 202:3,8,9
**believed**
75:1 177:3

**believing**
119:18
**bellied**
39:16
**belly**
38:22,23,24
**bellying**
39:6
**beneficial**
193:21
**beneficiaries**
1:5
**benefit**
1:4 157:13
**best**
81:24 114:7 138:20
139:3,6,10 144:5,9
162:20 193:18
**bet**
152:17
**better**
99:16 100:7 117:10
119:24 171:12,13
183:14 203:5
**beyond**
40:12 124:19
**bid**
48:8 106:22
**bidding**
106:20
**big**
50:6
**bigger**
50:6
**bill**
45:12
**billed**
45:23 119:10
**bird**
175:15,17
**bit**
11:18 74:2 77:1 92:23
99:7 109:7 132:15
136:5,5 152:22 177:2
208:6
**black**
112:21
**blank**
4:18 80:17
**blew**
74:22
**blocking**
159:12,15,19 161:3
164:1
**blood**
209:14
**blow**
203:4
**blown**
129:7
**board**
94:12,13,16 98:23
**body**
84:11
**boiler**
5:25 9:23 10:19,21
11:3,6,12 13:1 15:5
15:13 18:10 19:13
25:23 26:9,14,18
27:4 28:10 29:8
32:19 33:24 37:21,24
38:8,18 39:2,23
40:19 42:22 43:19
44:15,18,25 46:3,16
47:2 48:25 49:17
51:17 53:12 55:8,14
58:22 59:1 60:14

**believing**
66:19 69:12,17,22
73:3,10 78:5,19
79:14,22,25 80:1,7,9
80:11,22 81:3 85:8
86:3,21,23 87:16,22
89:3,4,24 90:11 94:7
94:15 95:7,11,14,20
96:1,19,20 98:9,13
100:21,22,24 101:8
101:11,16 102:2,7,12
103:12 104:2,13
105:11,18 106:4,5,11
106:19 107:13,15,19
107:22,25 108:3,9,10
108:12,17 109:1,4,15
109:18,22,22 110:7
110:10,16,17,20
111:8,14,24 112:6,9
112:14,17,18 113:9
113:13,14,17,20
114:14,18,20,21,25
115:4,9,10,15,21
116:2,12,13,14,20
120:1 121:6 122:9
127:24 128:10,17
129:2,6,14,17,20
130:1,5,10,22,24
131:4,21 134:16
135:3,12 137:5,12,24
140:7,15 141:11
142:7 143:5,21,23,25
144:3,11,25 145:9,14
146:3,5 147:16 148:4
148:20 150:9,23
151:2,6,8 153:1,8,24
154:9 156:20 157:15
157:20,24 158:18,20
158:22 159:5,24
160:9,12,24 161:8,12
162:4,10,21 163:18
166:17 168:3,19
169:23 170:21 173:2
177:24 178:4,20
179:6 182:23,24
183:3 184:7,19,23
185:6,24,25 186:3,10
186:10 190:23 191:1
193:17 196:8 197:3,4
197:6,11 201:2,9
**boilers**
10:2 15:16 25:21 47:9
48:11,16 52:20 53:15
53:16,21,23 59:19
62:7 82:25 85:14,22
86:5,9,14,17 87:2,3
93:14,18 101:12
103:4,7 104:20,21
105:5,23 106:8,12,17
114:19 123:9 151:5
163:1 194:4 196:17
**bold**
49:25
**book**
88:24 121:17,19 139:2
149:18 185:21,24,25
**booklets**
159:2
**books**
88:18,20
**boom**
93:25
**boss**
191:24
**bother**
119:16
**bottom**

30:20 39:2 42:3 64:6
138:5 156:13 207:7
**bounce**
194:1
**box**
2:4,10,16 108:8,9,11
108:11 141:24 149:1
149:6 184:17,19
188:19,24 190:1
**boxes**
149:3,8 150:11
**boy**
7:24
**bracket**
40:23 69:12,16,17,17
69:24 70:21 108:12
108:13 109:21,24
124:17 177:2
**brackets**
37:17 40:15 69:5,7,21
168:7
**brain**
98:18 99:15
**brand**
32:6 90:6 105:14
113:18 114:6
**brands**
105:7,8
**break**
24:25 63:5,6,7 128:4,7
164:15
**breakage**
33:7 34:23 35:10
**breezed**
185:15
**bresnan**
2:6
**brian**
14:5,6 116:16 118:13
132:6 133:22 134:1
135:19 136:16
**brief**
63:9 81:13 116:21
171:10
**briefly**
91:19,20
**bring**
8:13 110:14
**broad**
121:21
**broadway**
1:21
**broken**
96:6
**brother**
14:6
**brought**
61:21
**btu**
10:9 114:24 115:1
197:11
**btus**
188:1,4 196:20
**bubble**
142:13,15 143:3
**bubbles**
142:19
**bucking**
117:22
**buckingham**
1:9,9,10,11,12 2:13
9:24 10:22 18:1
22:21 24:7,14 25:23
29:1,4 32:8 44:11,20
46:14 49:17 52:15
59:1 61:15 62:12
73:1,9 74:10 78:3

80:21 82:25 83:8
85:9 95:11,14 106:19
108:17 113:7 122:4
125:14 126:19
128:18 129:16
130:10,24 137:11
138:15 140:14
141:11 142:7 143:25
147:16 148:6 150:9
151:2 153:1,24 154:9
156:1,5 157:15,20,24
159:24 165:17 166:2
166:25 169:23 170:6
173:22 178:11
179:15 180:5 205:10
**buckinghams**
19:14 20:5 23:9 27:12
29:7 31:21 37:7
39:24 43:23,24,25
52:6 53:2 58:18
70:10 101:13 111:25
179:24 180:23
183:22
**building**
28:25 29:3,6 96:9
169:4 194:15,18
**buildings**
174:14
**buildup**
39:15
**built**
118:16
**bulk**
17:4
**bullet**
26:1,8 27:2 36:1 37:3
50:16,20 51:20 52:3
54:11 58:2 167:19
**bulletins**
96:21,25 97:9,17
**bum**
91:20,20
**burn**
58:23 60:7 96:17
100:24 101:1 130:19
130:20
**burner**
159:17,20,21
**business**
9:9 83:11 89:12 93:2
184:8 199:23
**butt**
203:13
**button**
63:21 64:23,24 65:16
65:21 206:2,2
**buttons**
206:6
**bypassed**
111:20,21 127:13
**byproduct**
101:3

---
**C**
---

**c**
2:1 3:1 5:2
**calendar**
198:17
**calibrated**
90:9
**call**
6:7 7:5 16:24 20:19
44:19,21 54:5 72:11
74:14,16 78:3 79:7
79:11 80:21 94:3,24
97:24 100:6,17
117:22 119:8,21

130:19 151:23
155:21 159:12,15,19
161:3 163:15 164:1
177:10,12 183:24
194:7,9 203:25
**called**
5:4 44:23 78:10,13,16
78:18 98:1,3 125:22
172:12 203:16
**calling**
98:13
**calls**
58:14 77:23,25 78:1,24
98:21 100:2
**cant**
13:16 56:14 59:23 68:8
76:16 104:8 123:14
134:6 136:6 178:13
181:17 185:7 191:24
203:24 206:3
**capable**
101:24
**capacities**
1:10
**capped**
127:15
**car**
114:6
**carbon**
33:5,14 34:21 47:22,23
48:3,7,15,20 50:9,13
101:4 137:15 172:21
179:15,16 180:1,9,12
180:15 188:13 193:6
**card**
151:16
**career**
90:18 95:24 182:19
**carefully**
13:13
**caretaker**
44:3
**carry**
198:1
**cascades**
2:5
**case**
35:13 81:23 83:18
168:13
**cast**
113:16 115:9
**category**
26:9 49:14,19,21 144:1
144:2
**catering**
91:22
**cause**
51:13 95:18
**caused**
1:6 46:3
**causes**
93:17,19
**causing**
146:24 157:7
**ceiling**
40:21 168:12,13,16
177:9,14
**cement**
54:4,6
**center**
168:18,20
**centered**
124:12
**centrotherm**
24:18 30:8 31:9 56:12
56:17,21 204:6,10
**certain**

84:4 94:19,23,24 98:11
99:12 101:5 109:8,12
114:25 122:14 124:8
135:23 137:16
151:24 170:23 183:3
**certainly**
134:20 164:1
**certificate**
129:3 209:1 210:1
**certification**
83:25
**certified**
1:25
**certify**
209:8,13 210:4
**cetera**
19:18 86:3 166:19
170:24
**ch**
156:17,19 159:12,14
159:19 164:1
**chalk**
168:10
**chamber**
93:24 130:19
**chance**
125:3 134:20 139:16
**change**
42:23 43:1,8 62:5
70:25 87:1 94:19
98:18 114:18 115:12
115:12,17,25 176:4
195:18
**changed**
115:17 131:13,15
187:16,22
**changeout**
115:16 196:24
**changeouts**
114:10
**changes**
16:6 94:14 101:5 117:6
117:8 130:18,19
131:21 156:19 210:6
**changing**
115:8,21
**characterization**
140:10
**chat**
47:19
**check**
51:22 59:5,16,21,23
60:3,6 61:18 62:3
96:11 106:11,15
141:25 142:1,9
147:22 148:2 150:11
153:21 188:17,18,24
190:2 193:17
**checked**
61:20 95:23 149:1,25
189:23
**checking**
60:18 61:25 95:21
149:6,8 190:1,7,15
**checklist**
185:17,23
**checklists**
185:9,9,13,19,21 186:4
186:7
**checkmark**
189:2 190:19
**checkout**
148:18,21 149:3 152:7
189:20,24 190:2,4
**checkups**
92:25
**chevy**

114:1
cheyenne
2:11
chimney
63:2
chipping
126:17
chitchatted
44:10
chop
113:18
chose
92:5
chuck
191:2
circuit
94:11,13,16
circumstances
129:19
civil
1:8
clamp
31:14,23 36:5 65:15
201:20
clamped
43:12
clamping
118:23
clamps
32:5 36:4,12,25 41:21
52:14
clarify
74:2 183:7
clasp
74:1,13,20 75:23 76:12
76:21 77:16
clasps
52:10
clean
15:4 130:2,7
cleaned
116:20
clear
87:9 100:12 205:12
clearance
170:9,12 173:8
clearances
106:11,12 169:16
170:3,13,23 172:19
173:3,5 174:16 175:3
175:12
clevis
177:12
click
64:24
client
5:22 40:3 206:9
clients
45:12
cliff
149:12
clifford
5:3,12
clip
4:12,14,15,17 75:3
close
163:9 171:2 173:9
closer
75:19 203:19
closeup
4:14 55:24 56:11 77:6
closing
200:24
clouding
129:25
clue
62:4

co2
188:9
code
28:18,20 88:18,19,19
88:20,24 121:17,19
121:24
codes
121:15 144:23 145:1,2
cold
46:10
colorado
3:5 186:11,11
column
18:21 23:24 32:1 33:18
51:20 57:10,17 58:1
58:3 63:1 64:7 141:6
146:17 165:24
166:15,21 167:17
174:9,10
com
2:23 3:6
combustion
59:5,16 61:18,25 72:22
73:9,18,24 89:5,10
89:17,24 90:3 100:21
101:3,11 102:4,6
131:20 135:1 141:25
142:2 143:22 145:19
150:23 152:3 153:5,6
153:21,25 154:22
183:17,19,23 188:6
come
44:14 47:6,17 78:22
79:14 81:9 92:21
97:12 124:10 125:17
126:22 137:5 151:17
159:2 173:14 184:23
185:6 191:5 192:16
193:1,14,16
comes
11:11 25:23 87:7
102:16 109:21 134:9
146:11 151:22
202:20
coming
55:8 173:19
comments
186:3
commission
209:24 210:25
common
15:25 16:24 85:25 86:1
86:8 100:17 102:13
102:20,25 103:9,10
103:14 143:24
144:11,13,17,18
151:12 182:25 183:2
208:5
company
6:3 9:19 81:7 83:14
92:19 150:24 191:21
194:9
compare
101:18 113:20
compared
113:22
comparing
76:17
comparisonwise
113:22
complaints
84:22 85:3
complete
36:7 106:6 117:3 189:8
190:17,18 192:12
200:16
completed

188:16,18 189:3,21
190:3,16
completely
125:4 169:5
completion
51:23
compliance
146:1
compliant
165:17
complicated
99:15
complied
171:18 189:1,22
complies
17:16 20:2 21:16 22:4
23:16 29:24 32:25
41:6,25 49:24 55:23
57:8 62:19,24 68:24
70:8 71:15 139:15
140:23 141:17
143:17 147:21
148:17 152:20
156:23 165:23
199:14,16 201:1,13
comply
142:5 153:10 171:22
171:22 174:15
component
14:9 21:4
components
20:10 50:17 51:16
159:21 163:19 166:6
comport
99:23
compound
80:4
compressors
196:18
computer
94:2 98:22 200:3 205:2
concentric
12:24 13:3 175:7,11,22
175:25
concerned
137:14,17
concerning
86:4 88:11
concluded
208:18
conclusion
120:24
concrete
126:11,13,18
condensate
57:17,21 145:15,19,25
157:6
condensation
19:1,6,17 38:17,18
39:3,6 158:3
condition
158:5 163:17 183:13
183:15
conditions
157:5,25
conduct
123:6
confident
106:9
confirm
153:20 155:25 165:15
conform
28:16
connected
112:19 127:9,10
connection
65:15 142:2 201:8,15

connections
62:22 142:11
connector
31:15,18 36:4,12,25
41:21
conscious
45:11
consecutive
108:24,25
consequential
204:11
conservative
58:7
consider
6:11 69:22
conspiring
134:19
constantly
93:4
construction
129:22,25 197:8
consult
36:6 87:4
contact
34:6,17 58:8,18 153:9
166:19 167:12
contacted
58:11,13
contained
140:11 155:15 169:12
178:22
contd
3:1
continue
63:1
continued
4:8,9 165:3 197:18
207:16
contract
52:2 119:15 178:4
contraction
43:13 177:24 178:6,17
contractor
28:3,6 78:1 155:21
contractors
47:10
control
94:9,11 98:5,23,23
156:9 158:17,17
controlled
127:7
controls
58:16 89:19,20 94:6
115:16
conversation
7:9 54:21,24 73:12
80:15,19 133:21,22
134:1,3,4,8 136:15
136:18
conversations
47:18 73:16 120:20
133:19 134:10,11
135:9,18 136:4,9
conversion
86:4 87:6 89:2 146:7
179:4
convert
86:8 130:22
converted
85:23 86:16 87:3,17
146:3 178:20
converting
86:23 88:25 131:4
cook
90:17
copies
195:1

copper
20:13 21:22
copy
18:18 34:7 49:11 195:2
199:24
core
53:10
corey
9:21 92:15,23
corner
27:14 30:4 43:11 49:23
67:23 201:15
corporation
1:13,14,15
correct
9:24 12:7,11 14:13
15:6 20:5,21 21:25
22:8,13,17 25:21
28:4 34:9 35:1,14
43:13 44:8 49:3
54:13 56:2 57:24
60:23 64:12 66:25
67:23 68:6,16 70:10
70:17 77:20 79:19
83:22 86:15 89:14
111:23 122:10,18
131:23 142:23 154:2
157:11,12,16,17
172:18 180:25 181:1
181:15 183:11
185:11,12 187:8,17
188:8,9,10,12,14
191:15,16,25 193:11
195:25 196:1 203:1
205:10,14 206:7,10
210:8
correcting
133:14
correction
210:7
corrections
210:6
correctly
26:2 27:6 36:8 37:5
41:14 42:7,24 51:24
58:9 64:10
corresponding
168:20 169:19
couldnt
50:6 60:9,25
council
88:19
counsel
25:18 207:4
counter
23:18
county
4:18 9:8 84:3,11
121:13 128:16 195:6
209:4 210:18
couple
32:1 73:15 81:4 90:17
95:23 179:22
course
82:15,23 88:17 108:22
184:12,13
courses
83:24 84:1 85:13 86:2
87:25 88:6,10 92:22
court
1:2,24 7:6 83:20
164:13
cover
165:11
covered
5:20 100:11 117:25
118:6 177:22

covering
29:16
cowrongful
1:3
cpvc
53:7 166:5,10 201:18
201:23 202:9
credit
21:5
creek
110:5 200:2,4 202:11
crew
23:19
crews
93:3 104:8
crossed
189:16
crossing
149:21
current
48:11 89:12
customer
48:8 77:23,24,25 79:10
126:15
customers
48:2,14 180:15
cut
10:17 65:14,20 108:11
204:20 205:13,18,22
206:2
cutoff
44:16,19 45:1,18
125:19 144:24
cutout
144:20
cycle
159:17
cycled
160:9,24 161:2,8,13
cycling
159:20,24

_____
D
_____

d
4:1 5:2
damage
50:17 139:23 146:23
146:25 153:12
174:18
damaged
141:4,12,14
damages
1:6
danger
102:11
dangerous
102:21 103:9
dangers
179:15 180:1,12,15
darker
55:19
date
17:25 27:14 127:16
150:23 160:10,12
161:14,14 187:10
191:8
dated
195:15 199:17
dates
198:22 200:10
dave
9:15 44:6,7 180:2
davelewis
2:6
david
2:3 3:11 9:18 16:20
44:5 60:24 61:3

72:20 73:12 91:1
92:23 132:6 134:10
135:2 136:12 182:19
184:3
**day**
14:2 44:9 45:16 54:22
83:10 103:15 110:14
116:10,15 162:5,13
162:21 171:9,9 172:6
172:6,9,10,12 198:7
198:15,16 206:6
209:19 210:12,21
**days**
81:4 108:22,23,24,25
116:10 162:15
191:18,19 199:25
**deacon**
133:10
**deal**
47:11,15 77:7 150:6
155:4 173:3
**dealer**
58:8
**dealing**
47:10 98:22 137:18,20
145:4 196:12
**dealt**
39:3 114:15
**death**
1:4,6 26:3 51:13 77:20
139:23 146:25
153:11 157:7 161:15
174:17
**deborah**
1:9,11 2:13 180:5
**deceased**
1:5
**deceive**
77:5
**deceiving**
77:1
**december**
45:24 46:2 61:12
**decided**
60:3 170:18 171:14
176:24 195:24
**decision**
112:9 172:1
**decks**
174:15
**deep**
106:16
**defendant**
2:8,19 3:2
**defendants**
1:12,16 2:13 5:4
**defined**
139:11
**definitely**
10:8 80:14,19
**degree**
20:19,20,21,23,25
22:13,20
**degrees**
66:16
**delay**
94:3,4
**delayed**
93:14,17 94:1 95:3,13
163:24
**deliver**
184:15
**delivered**
17:5 108:17 109:5
**delivery**
107:18
**demo**

10:13,15 15:2
**demolition**
44:9 110:19,23 116:11
**denise**
1:24 209:6,23
**denver**
3:5 186:10
**depending**
35:24 124:16 151:18
162:5
**depends**
47:18 52:19 79:2 83:4
108:7,10 168:12
**depicted**
125:9
**deponent**
210:1,2
**deposed**
81:20
**deposition**
1:18 5:15,21 7:20,22
74:5 75:15 76:5 77:9
79:9 82:7,20 83:17
134:5 194:24 208:18
210:3,9
**depositions**
5:18 11:19 69:2
**derate**
33:24
**describe**
20:19 85:12 108:2,5
117:6 136:14 142:17
143:24 150:19 176:8
**described**
190:14
**describes**
78:20
**describing**
8:18
**description**
4:11 18:16 20:18
116:21 149:4 184:22
**designed**
152:7 158:13
**detail**
5:20 138:17 149:15
155:11 165:20
177:23
**details**
106:6 134:14,15
**detector**
48:7,16 104:2,18 198:1
198:12
**detectors**
47:24 48:4 103:20
179:16 180:19
**determination**
107:3 177:16,18
**determine**
40:3 89:1 101:15 124:3
142:21 145:8 146:8
167:23 170:8
**determined**
123:14 131:10
**developed**
90:21
**device**
31:19 40:25 104:18
144:24 168:10
**diagram**
67:5,14,17
**dick**
5:14
**didnt**
13:20,21 25:2,15 32:6
37:8 59:2,6,24 77:4
95:16 107:5 109:24

112:1,2 113:4 118:8
119:20,23 121:5,8,11
126:3,19 131:1,2,25
135:2,11 137:7
138:15 142:9,20
143:1,3 144:2 145:10
146:8 147:8 150:11
151:1,3 152:4,5
154:5 155:25 157:10
164:9 165:15 169:22
170:13 171:19,20,21
171:24 173:8 179:2
179:13,17 180:1,4,6
183:19 185:11 186:5
188:6,7,9,17,18,20
189:2 190:13,23
191:13 192:5 203:15
**differ**
58:6
**differences**
64:20
**different**
10:9 11:18 32:1 40:17
54:16 63:17 76:14
80:14 91:21 92:22,22
98:4,9,11,12 99:13
105:23,24 135:25
136:2,11 144:10
151:17,24 159:2
169:5 170:1,2 189:10
**dig**
199:9,10
**diploma**
197:21
**direct**
79:1 121:15
**directed**
16:23
**direction**
13:24,25 14:19 42:23
43:2,8 71:1 176:4
**directions**
58:5
**directly**
6:20 46:25 47:12,15
58:9 72:24 97:13
**directs**
191:24
**disciplinary**
85:4
**disciplines**
85:7
**disclosed**
73:13
**discoloration**
75:5 76:1
**discovery**
189:9
**discuss**
140:14 180:1
**discussed**
7:21 73:7,8 125:19
126:21 171:25
184:24
**discussing**
63:2 178:8
**discussion**
164:17 170:16 171:7
171:10 179:17
**discussions**
125:13 133:2,17
140:13 179:14
**disengaged**
71:17
**dislodged**
102:12 103:12
**dislodges**

103:7
**display**
24:24
**distance**
69:13
**distances**
176:5
**distinction**
189:4
**distracted**
67:1,17 68:4
**district**
1:1,1
**doable**
192:8 193:10,22,25
**document**
27:17 28:2,10 33:1
138:13,23 139:11
151:4 165:8,8,9,22
166:15 167:16 169:9
189:6 195:15
**documents**
82:19 158:22 159:5,8
**doesnt**
38:22 63:4 84:10 115:4
149:19 203:12 204:3
**doing**
5:23 23:8 25:9 46:9
48:5,19 60:9 73:24
89:23 92:3 99:9
100:19,21 108:14
116:25 122:25 123:4
138:2 143:1 148:6
182:23 190:6 196:20
**domestic**
98:12
**dont**
6:6,13,22 7:1,20 10:7
13:17,19 14:16,23,24
15:1 16:3 17:8 20:17
21:10 22:22 23:5,20
24:17 25:9 27:19
29:9,12,14 35:19
37:10,19 38:15,23,24
40:22 41:2 42:17
44:6,12 45:10 46:17
46:21,25 47:11 48:5
52:14 53:10 54:23
56:9,23 57:1 59:22
59:23 61:5,16,24
62:4 70:18 71:21
72:8,14,23 73:3,4,21
75:2 77:1 82:2 83:5
84:20,20 86:20 87:14
89:12 90:2,10 93:15
95:17 97:11 98:16
99:2 104:3 106:5,15
108:7,15 110:2 111:9
112:3 113:2,17 114:1
116:18 117:17 118:2
118:4,7 119:2,13
120:19 121:11 123:3
123:5 124:17 125:10
125:11 126:24
127:23 128:2,5,14,21
129:4 130:8,9,25
131:18 132:17
140:16 144:19 145:1
146:6 147:5,12
148:13,25 149:20,22
149:24 151:6,15
154:19,19 155:4,11
158:19,21 159:17,25
160:3 162:20 163:25
164:16 165:19 167:3
167:7,25 171:1,4,13
171:22 172:21 173:3

174:8 175:18,21
178:9 179:11 181:5
181:20 185:4,16
186:16 187:2 188:23
189:13,14 191:8
192:20 193:3 194:19
195:18 196:25 197:4
197:5,13 199:21
202:8 204:11
**door**
173:6,9,15,16,18,20
174:1,7
**doors**
170:24
**doorway**
171:3
**dot**
149:21
**dotted**
189:16
**dotting**
149:21
**doubt**
107:21 187:19,22,24
200:21,22
**download**
195:22
**downloaded**
195:8
**downtown**
183:25
**drain**
19:1,6,18 38:20,22,23
39:1,3 57:17 145:15
145:19,25
**drainage**
39:1 57:21,24
**draining**
46:7
**draw**
158:13
**drawing**
189:4
**drawn**
99:17 207:23,25 208:9
**dried**
39:13
**drink**
133:10
**drive**
2:5
**driving**
114:5 117:21
**dropped**
116:2 177:10
**drywall**
109:20 110:1
**due**
33:6 34:22
**duly**
5:6
**duravent**
1:15 3:2 5:5,16 6:1,5,6
6:7,10,16,19 22:25
23:2,21 24:3,6,10,12
24:20 30:10 31:10,25
32:4,6,9 38:4 49:11
56:8,18,21 57:12
58:9,11,19 177:21
181:13 204:11
205:17
**dust**
129:25
**dwaltz**
3:6

━━━━━━━ **E** ━━━━━━━

e
2:1,1 3:1,1 4:1 5:2,2
42:24 165:1,1
**earlier**
68:20 69:1 119:6
124:23 125:20 147:8
165:11 180:18
205:16
**easier**
27:24 30:23 31:14
177:2 202:20
**easiest**
204:25
**easily**
170:19
**east**
1:21
**easy**
102:6,8 150:2,4
**eco**
30:8
**edges**
43:15
**education**
182:21
**educational**
197:20
**efficiencies**
100:23
**efficiency**
101:1
**efficient**
100:25 113:23 115:22
186:24
**efficiently**
131:22
**eight**
9:11 91:7
**either**
14:25 16:21 25:1 32:2
46:21 58:8 67:11,11
72:20 90:10 155:25
156:4 157:10 168:11
182:19
**elbow**
4:13,14,16,17 20:14,20
20:20 22:13,20 36:5
42:24 55:16 56:5,7,8
56:15,17,20 69:25
71:1
**elbows**
21:1 56:21 70:16 71:6
**electric**
53:20 81:1 104:21
105:15 191:2
**electrical**
190:25 194:2,3
**electrician**
194:9
**electronic**
191:9
**electronics**
85:9
**elevation**
106:14
**elevations**
40:17
**emailed**
199:25
**emphasize**
49:25
**employed**
8:11
**employee**
73:23 91:4 132:11
**employees**
90:4

employer
171:25
enclosure
66:4
encompass
101:2
endeavor
183:25
ended
73:24
engaged
76:21
engineer
208:3
engineering
96:21,25 97:9
engineers
57:2 72:15
ensure
27:4 57:23 139:8
155:18
entire
126:18
entitled
209:10
entry
18:22 22:10 174:1
envelope
159:4,9
equation
80:3
equipment
32:20 139:9 196:12,13
equivalent
42:5
esquire
2:3,9,14,20 3:3
essential
51:21
estimate
10:4 107:8
et
19:18 86:3 166:19
170:24
eve
122:16 123:2 171:4
event
123:6 135:8,10 176:15
182:22 190:14 206:5
events
74:10 95:5 190:14
eventually
60:6 111:11
everybody
99:21 193:20
everyday
7:9
everyplace
72:9
eves
174:14
evidence
39:5,7 135:14 204:16
exact
106:10 167:25 170:20
exactly
6:13 20:17 50:22 57:3
65:5 67:4 99:1
137:10 147:14 162:9
examination
4:4,5,6,7,8,9 5:8 81:14
165:3 179:20 182:13
197:18 207:16 210:9
examine
50:16
examined
5:6

example
90:16 115:9 180:3
examples
169:20
excess
161:8,13
exchanger
113:24
exclusive
1:4
excuse
62:16 200:25
executed
210:12
exhaust
11:2,11,13 12:19 19:13
19:20 20:23 22:21
24:14 35:14 37:14
52:7 53:1,19 64:9
78:21 102:12,16
103:6 118:10,18
120:7,22,25 121:7,25
123:1 129:6 143:12
166:4 167:24 173:10
175:4 178:3 205:9
207:19,22
exhausted
173:13
exhibit
11:15,17 12:5 13:13
17:6,15,21 20:1
21:14 22:2,3 23:14
25:20 27:11,11 41:5
42:16 49:6,11 54:10
55:3,17,22 56:11
57:6 62:17 68:23
70:7,7 71:12,13 74:4
74:5,9 75:13,14,15
75:18 76:4,5,9,19,23
76:25 77:3,8,9,12
118:21 122:7 123:19
123:20,24 138:4,8
146:14 155:22 156:8
165:6 181:20 186:18
194:24 199:13,15
200:6,7,24,25 201:8
201:12 202:22 205:1
205:7 207:4,18 208:7
exhibits
4:10 17:8 25:12 69:1
76:15 125:9 181:18
exist
183:13,15
existed
196:9
existing
143:23 144:3,11
196:12,13 197:3
expand
52:2 178:3
expansion
19:18 43:13 67:8,12
68:11 71:18,24 72:14
145:7,8,13 177:23
178:6,17,18
expect
39:8,9 103:14 163:8,10
180:8,11,13 181:8
208:6
expected
163:16
expensive
126:16
experience
71:9 93:6,10 95:12,16
96:5,16,17 102:9
114:21 130:3 194:5

experienced
95:4 129:5
expert
67:6 75:11
expertise
90:20
expires
209:24 210:25
explain
13:16
exposure
137:15 172:22
express
136:13
expressing
135:21
extend
124:21
extended
124:14
extending
174:12
extends
159:20
extensions
174:14
extent
190:5
exterior
13:2,6 122:15 124:24
175:24 206:15 207:1
207:19

F

f
165:1
face
135:15
facing
70:16
fact
42:15 56:7 161:16
factor
163:6
factory
59:3 62:4
facts
204:15
failure
26:1 33:4,13 34:20
137:16 139:21
153:10 174:15
fair
81:25 82:1 87:23,24
104:11 126:6 133:6
140:10 143:6,8
144:14 152:12
157:22 158:12,15
163:9,19,21 177:24
178:1
fairly
25:6 126:16 150:4
181:3 205:12
familiar
51:18 87:21 94:22
101:19,21,25 119:25
128:16 129:9,11
130:12,15 131:5
138:14 142:16
family
1:11
fanciest
114:6
far
21:1 46:6 49:19 58:15
77:2 88:5 119:24
122:15,17 124:3

173:13 176:11
193:14 194:1 199:22
205:8
fbmjlaw
2:23
feature
159:19 161:3
fee
195:11,12,23 196:11
197:2,2,10
feed
126:1
feeder
125:22,25
feel
25:6,7 28:8 62:7 79:10
106:8,17
feeling
133:23
feet
35:23 62:11,13 69:9,15
69:23 169:17,18
170:9
female
52:16 201:19,23
ferguson
23:17 110:4,5
field
86:6 89:7,8 100:18
121:17,19
fig
65:15
figure
11:21 45:7 57:18 65:17
66:17 67:2,8,18,19
71:13 76:18 169:12
169:17,19 201:20
figured
181:4
figures
64:12,21
file
83:3,4,5
filed
5:16 84:22
fill
20:13 21:21 150:22
151:12 187:1 188:20
190:13
filled
73:18 116:17,19
149:18 185:20 187:3
filling
126:4 187:2
finally
23:14
find
45:3 107:24 126:16
127:1 135:11 150:6
168:18 181:12 187:7
190:12 199:6,8
fine
6:9 67:10 81:19 113:12
128:8 134:22 142:8
163:3
finish
172:9 179:13 193:9
198:24
finished
111:7 116:16 191:14
fire
33:6 34:22 62:8 160:12
161:14 162:4,10,10
162:10,12,12,21,21
163:1
fired
85:15 104:25 105:1

116:20 160:4 163:6
fireplace
80:24
fires
161:19,21 163:5,18
firing
60:14 89:2 137:25
153:6,8,22 173:1
firm
3:4
first
5:6 18:22 21:2 24:8
25:14 26:1 27:20
28:1 36:1,10,22
44:20 49:12 50:16
60:13 62:25 63:15,21
65:12 69:12,16,17
97:23 116:10 134:5
134:11 141:24
159:14 165:10
166:15 173:21
174:10 180:24 203:8
fit
52:13 109:16 112:25
117:14 205:13
fitted
52:11
fitting
19:11 21:22 22:11,23
124:11 125:9 143:25
144:2 168:19 202:5,6
202:10 203:10,20
204:6 207:21 208:7
fittings
22:22 31:20 54:15
109:11
five
10:5 53:16 63:5 83:8
86:13 98:4 100:2
125:22 161:23 196:4
196:6
fix
111:16 126:16
flange
21:23
flanges
20:12 109:7
flex
41:12,13
flexible
177:5
floor
40:21 46:10 98:10
109:9 148:4 168:11
168:14
floormounted
112:17 113:17
flow
37:22
flue
20:15 22:11 38:18
78:21 79:14 80:7
101:3,7 102:5 103:8
115:13 116:12 138:1
144:3 171:11,17
173:12,19 208:9
flush
72:10
focus
10:11
focusing
90:11
foley
2:20
folks
37:25 103:5,25 133:17
follow

16:4 34:11 50:22 51:2
51:4,5 58:6 65:24
80:18 121:5 189:8,10
189:14 190:17
191:13
followed
114:12 148:11 188:18
189:3,21 190:3,16
following
16:5 30:5 44:13 65:22
65:23,24 73:12 126:5
165:13 169:16 171:9
190:7 192:5 198:24
204:4 205:24,25
206:3 210:7
follows
5:7
followup
188:21 208:14
followups
197:17
foot
37:4 66:20,21
foregoing
210:3,5
forensically
40:13,14
forget
154:19,19
form
36:14 88:4 151:14,15
176:10 182:1 188:20
192:18,23 193:12
204:14
formal
197:24,25
forms
151:17
forth
210:7
forward
124:4
found
96:8 123:25 124:2
150:2 161:13
foundation
99:16 161:24,25
163:11 164:3
four
35:23 68:13 69:9,15,23
133:12 185:5 191:18
francisco
1:3 3:9
free
52:2
freeman
186:11 202:18
freeze
158:10
freezing
112:7 128:1 137:16
157:4,5,6,25 158:4
fremont
209:4
frequently
85:21
friday
172:8 187:14 191:7,14
191:17,24 192:8,12
192:15,16 193:1,15
193:23 198:18,20,24
199:7,7 200:13,18
fridays
193:4
friend
92:3
front

7:16 69:25 131:3
149:14
**ft**
66:16
**fuel**
28:18 95:21 121:24
187:16
**fuelburning**
48:18
**full**
5:10,12 151:16 210:8
**fully**
71:21 72:1,11,13 76:12
130:7
**function**
164:1
**functioning**
113:10
**furnace**
196:3
**further**
41:2 56:10 75:8 76:22
124:14,21 209:13

**G**

**g**
1:15 2:3 3:2 5:2,5,15
6:1,5,6 23:2 57:11
58:8
**gallon**
125:23
**galvanized**
32:2
**gap**
206:24
**garage**
10:23 15:4 46:6,10
109:8 111:2,4,17,20
111:22,25 125:20,25
126:25 127:3,4,6,20
127:22 141:8 143:2
157:20,23 158:11
168:14 173:23,24
**gas**
28:18,19 49:13 53:22
80:24 85:14,23 86:5
86:12,17,24 87:1,12
88:25 90:12,16,17
93:24,24 96:5 101:3
101:7 103:8 104:25
105:1,16 112:23
113:2,3,11 114:17,22
115:1,8 117:7,15,25
118:2,3 121:17,19,19
121:24 130:18,22
137:15,22,24 142:22
143:5,8,10 146:3,18
146:23 147:22 148:2
148:5 173:1,12,19
174:12 178:20
182:23,23 193:6
196:4,5,7 208:9
**gasburning**
49:14
**gasfired**
88:11,23 90:12,13
110:17 121:16
**gasket**
52:14 178:22
**gastight**
142:1,10
**general**
57:9 78:6,7
**generally**
95:18 96:14 126:12
172:2
**getting**

13:6 73:5 80:12 88:13
106:10 115:7 155:3
169:6 173:13
**gieck**
3:11 9:1,15,18 16:20
16:21 60:24 61:3
72:20,21,21 91:1
92:13,23 107:7
112:11 132:6 134:10
134:23 136:12,19
145:12 170:17 171:7
182:20
**giecks**
21:18
**give**
37:23 40:11 43:22
46:15,19,22 47:1
82:12 117:2,3 135:5
156:14 161:22 162:5
171:6 184:22 205:2
**given**
47:15 134:15 153:7
165:13 168:3 192:5
210:9
**gives**
63:25 144:9 153:14
169:19
**giving**
46:17,21
**glib**
51:1 74:23
**glue**
54:6
**glued**
166:3
**glycol**
44:17 46:8 116:18,19
125:21,22,24 126:1,7
**go**
5:20 7:13,15 9:2 17:10
17:11 18:22 22:10
26:8 27:10 31:12
36:21 39:2 40:14,24
45:2,5 49:5 55:3,22
56:10 60:16,17 62:17
63:3,10 64:6 66:3
67:3,8,16 69:23
71:11 78:25 79:4,20
81:12 82:11 93:6
94:19 106:4,15 108:3
118:8 121:17 134:6
135:24 137:21
145:20 149:15 162:2
163:11 164:16
175:13 182:15
185:16 192:5,24
193:15 195:9 196:3
199:9 200:2 203:4,4
203:6 205:7
**goes**
12:14 130:18 143:13
**going**
5:19 6:7,21 7:1,10,11
10:11,17 12:9 17:7
18:22 24:22 25:11
27:10,23 29:18,22
35:24 38:3 39:22
41:16 55:3 57:6
58:21 61:14 62:25
63:3,5 65:9 66:2,3,5
69:16 70:22 72:18
73:17 74:8,24 76:8
77:12 81:6,22 98:13
103:7,8 109:11
113:25 114:3,5,15
119:12 125:14
129:22 132:25 134:7

138:3,4,21 155:14
162:6,10 164:13
172:14 184:9,25
185:2 188:2 189:12
192:3 194:1 202:12
203:22 206:2
**good**
16:9 81:16 83:15 91:15
92:2 101:20,23
106:17 136:3 204:1
206:25 208:8
**gotcha**
47:14
**gotten**
103:4 133:13
**governs**
84:11
**grabbed**
119:2,3
**grade**
37:19,19 38:12 168:20
**graded**
37:20
**grandfathered**
84:2
**gray**
202:1
**great**
12:1 66:10 92:7 205:4
**gregory**
1:9,11 2:13
**grey**
202:6
**grol**
30:9
**ground**
81:22 127:11,12
**group**
1:15 3:2 5:5
**guess**
83:10 114:16 136:11
184:7 187:12 188:1
194:22
**guidance**
172:3
**guide**
87:4 185:2,3
**gulch**
2:15
**guttural**
7:5
**guy**
44:3,7 89:16 182:19
**guys**
110:19

**H**

**hac**
2:20
**hadnt**
59:25 60:21 61:3,20
**halfway**
23:24 123:25 124:2,6
**hand**
11:25 74:8 77:12
181:19 209:19
**handed**
46:25
**handing**
75:18 205:5
**handinhand**
118:16
**handson**
92:14
**handwriting**
17:17,19
**hanger**

70:12,14 177:12,15
178:15
**hangers**
42:5,6 43:11 119:20,23
176:6,17,18,21,25
177:7,8 178:7 206:10
**happen**
60:14 114:15 115:11
120:4 208:12
**happened**
123:6 131:16 133:24
135:16,16 136:6
**happening**
73:17
**happy**
164:15
**hard**
5:19 7:10 93:13,17,23
95:8,13,18 119:25
120:6,10,18,25
135:14 155:2 163:24
**hasnt**
46:7
**hate**
66:2
**havent**
53:19 86:2 87:25 95:6
95:7 123:12 133:13
160:11
**headed**
116:20
**heading**
138:20 139:3,14,18
140:21 141:18
147:22 155:15
156:17
**heard**
79:13 160:11 186:15
**heat**
80:15,22,25 81:4 94:3
98:10 112:1,2,3
113:23 127:20,21
158:5
**heated**
111:22
**heaters**
81:1 90:18
**heating**
28:3,6 106:24 111:4,20
127:3,4,13 137:25
138:1 157:19,23
158:9 162:6
**heavy**
113:16
**height**
106:13
**held**
85:2 132:23 178:7
**help**
92:21 139:8
**helpers**
14:1
**helpful**
190:11
**helping**
186:24 191:12
**helps**
154:18 170:11
**hereunto**
209:19
**herrera**
1:3,3,5 3:9,10 192:15
193:5
**herreras**
5:17 77:20 160:10
161:15
**hes**

93:2,2,3,3 132:11
134:5,15 203:22
**hey**
102:15
**high**
91:11 117:20 153:2,6
153:21 161:20
197:21,23
**higher**
172:4
**highlighted**
31:12,13
**highly**
107:21
**hindsight**
32:15
**hindsights**
32:13
**hired**
92:6 104:9
**history**
91:17
**hold**
31:19 38:25 105:2
**holding**
122:12
**hole**
12:22,23 122:3,9
206:25 207:9
**home**
80:25 183:22 184:8
206:15
**homeowner**
47:15 140:4 180:11
181:8,10 184:8 192:2
192:2
**homeowners**
47:10,12,19 185:1
**homes**
91:25 180:19
**honest**
117:18
**hook**
137:21 203:15,21
**hooked**
203:9
**horizontal**
35:13,13 37:4 42:23
66:25 68:15 69:5
**hose**
21:21
**hot**
98:12 162:11,11
**hotel**
24:17
**hour**
188:1 196:21
**hourly**
91:4,5
**hours**
45:9,11 84:4 108:21
110:23
**house**
8:23 12:22 17:3,5
19:24,25 20:4 56:20
60:12 79:16 80:23
81:2 97:18,20 107:17
107:17 109:6 110:4
118:3 119:1,4 180:24
184:14 193:5 199:10
207:2
**household**
111:19
**houses**
97:13
**hub**
52:12,13 71:22 74:16

74:17 75:22 76:13,22
77:17 203:17,18,18
203:21 204:3,12
**hum**
136:20
**hundreds**
104:13,14
**hung**
116:13
**hydronic**
111:18,18 112:19
116:17
**hydronics**
98:25 99:3 115:21
**hypothetical**
183:22

**I**

**idaho**
209:3,8,23
**idea**
135:5 160:23 161:1,25
**identification**
74:6 75:16 76:6 77:10
194:25
**identify**
17:21 55:7
**igniter**
94:4 129:9,16,20 130:1
130:4,10
**ignites**
93:24
**igniting**
160:2
**ignition**
95:13 163:24
**ignitions**
93:14,17 95:4 161:5
163:23
**ii**
49:14
**iii**
1:14 2:19
**ill**
6:23 18:7 47:8 49:23
74:3 81:24 106:11
119:21 128:6 156:12
165:8 174:11 179:18
181:19
**im**
5:19 6:21 7:1,8,10,11
10:9,10,11 12:2,9,17
14:22 16:5,13,14
17:7 18:8,22 20:14
20:25 21:1 22:19
24:12 25:6 27:23
29:2,5,17,18,19,22
30:2,25 32:15 38:3
39:22 41:16 42:2
48:10 49:21 50:25
53:7 54:21 55:3
58:21 59:11 62:21
63:5 65:8,23 66:1,2
66:5,8,14 67:1,12,21
70:3 72:18,18 74:8
74:23 75:11,18 76:8
76:17 77:4,12 79:13
79:21 80:4 81:6,21
82:17 85:24 91:14
97:2 100:12 101:20
101:21,23,24 106:8
112:8,25 117:11
118:20 120:5,12
121:9 122:2,6,19
123:17,20 124:22
128:8,16,25 129:11
130:15 131:2 132:24

134:7 138:3,4,17,25
139:2 142:16 149:17
149:23 150:10
151:11 152:21,21
154:24 155:14 156:2
156:6,7,21 162:25
164:12,15 165:5
167:5 169:11 171:10
171:19 173:4 179:3
179:23 180:21 182:8
185:4 186:17 188:2,3
189:4 190:8,12 191:7
193:7 194:1,8 195:16
196:22 198:14 199:4
200:3,15 202:11,12
202:13,21 205:7,25
208:3
**immediately**
102:17 126:4
**impact**
115:5 129:4 163:18
178:3
**impacted**
129:2
**importance**
88:21 100:20 155:19
155:21
**important**
29:18 35:3,16 45:12
50:1 51:5,8,10 59:16
64:7 71:13 152:9
159:8 172:20 192:9
**inch**
71:23 206:25
**inches**
124:19
**incident**
48:15 49:2,4 73:12,14
123:12 127:16
134:12,17 135:22
136:13 160:15,17
**inclined**
25:6
**include**
87:10 96:19,20 119:17
**included**
139:20
**inconvenience**
192:6,7
**incorrect**
132:13
**increase**
163:23
**increased**
163:22
**indicate**
181:24 182:2
**indicated**
149:6 180:24 210:10
**indicates**
139:7
**indicating**
18:4
**individual**
1:10,12 47:18 79:3
149:19 154:10
**individualbased**
168:25
**individually**
103:25
**individuals**
92:18 132:24 133:2
**infield**
85:16
**information**
29:18 43:22 46:22
79:17 95:17 97:21

150:22 152:2 167:14
190:20
**informed**
160:8
**informing**
54:24
**initial**
148:3
**initially**
107:15
**injury**
26:3 51:13 139:23
146:25 153:11 157:7
174:17
**inline**
95:23
**innoflue**
20:15 22:20,23 56:12
56:17
**input**
33:24 106:24 187:25
**insert**
102:3
**inserted**
77:13 149:4
**inside**
12:13 38:25 39:10,15
71:22 87:1 96:9
130:1 143:2 172:24
175:11 202:5 208:2
**insofar**
193:13 204:15
**inspect**
117:15 128:10
**inspected**
140:8
**inspection**
77:19 135:4
**inspectors**
128:9,12,16
**install**
13:23 14:8 16:17 17:2
19:5 20:23 21:25
22:20 25:5 26:2 29:1
29:4 33:5,14 34:20
34:25 44:1,2,4 47:9
48:11,16,21 52:19
53:2,5 60:15 61:6,10
69:3,25 70:9 74:1
83:8 87:13 99:22
106:13 109:9 111:3
113:19 117:14
118:11 128:3 133:25
136:3 138:16 145:15
145:25 149:19
153:24 170:25 177:3
177:4 184:9,15 198:7
198:16 199:7,8
200:12,16,19 203:8
204:21 205:10
**installation**
9:23 10:1,12 15:16
23:3 26:13,17,23
28:11,12,15,19,23
32:9 34:7,13 44:13
49:11 50:18,21 51:22
57:9,20 65:8,12 66:4
82:25 85:14,18 86:3
87:4,23 88:22 89:18
100:16 101:11 104:2
105:21 106:1 108:19
111:8 116:8 121:9
125:14 128:20,23
137:4,13 138:9,9
141:10 145:18 148:6
148:20 150:13,21
151:20,21 152:10

154:2 157:14,15
165:12,17 170:6,12
177:1,5 180:20
186:21 187:10,13
188:16,17 189:2,7
190:20 191:1 194:4
206:10
**installations**
89:24 90:12,21 95:20
104:13,18 105:19
141:8 148:9
**installed**
10:2 12:17 16:3,8,13
19:14 20:25 21:24
22:22,23 24:10,11,13
27:5 31:20 35:14,25
36:4,25 37:17 50:1
52:5,20 53:12,15,21
53:22,24 54:7 73:25
74:21 86:13 91:23
100:22 104:21 105:1
105:6,9,12,17,24
106:7,18,18 111:24
115:15 118:12 120:7
121:25 123:15 151:8
157:4,24 169:23
171:17 173:23
175:16,19 178:2,10
178:19 180:23 183:4
186:3 196:8 197:11
206:5
**installer**
32:18 42:4 97:19
139:14,19 140:2,3,10
146:22 150:24
158:25 185:2,10
201:11
**installers**
36:12 94:18 139:8
**installing**
15:12,22 32:21 34:1
82:24 85:8 88:22
90:14 95:11 96:1
103:3 106:9 112:6
116:10 137:11
145:18 170:17
175:17 181:7 193:9
196:2 205:17
**installs**
61:25 101:12
**instance**
5:4 108:14 128:11
131:25
**instruct**
132:25
**instruction**
148:12 189:3
**instructions**
22:24 26:14,17 28:9
32:9,20 34:8,12
35:20 46:15,18,19
47:16 49:12 50:2,21
50:22 51:3,4,6,16
54:12 57:13,20 63:25
64:1 65:10,25 66:1
71:12 87:8 88:22
100:16 105:21 106:2
139:20 145:4 188:17
189:7 205:17
**intact**
120:9 121:2
**intake**
11:2 12:19 19:3,13,20
118:15,17 129:24
166:4,8,9 167:1
175:3 207:20
**integrity**

51:22 207:10
**intended**
28:2,2 140:9 146:12
**interacted**
204:10
**interested**
29:19 30:25 82:17
209:16
**interesting**
80:19
**interface**
94:14
**interior**
123:16,23 125:3,5
**internal**
119:6 175:8
**international**
88:19 121:14
**internet**
123:7
**interrupt**
7:11,12
**interval**
130:4 161:4
**investigation**
123:4
**invoice**
20:4 21:18 22:7 23:17
199:17,21,24
**invoices**
19:25 199:11
**involved**
9:22 17:9 85:7 90:14
104:13 106:19
110:19 114:9 128:24
193:18
**iron**
113:16 115:9
**isnt**
29:17 35:6 184:9
193:24 204:6 208:2
**iso**
20:12
**isolate**
126:14
**isolated**
46:5 111:12,17 125:20
**isolation**
21:23 46:5
**issuance**
195:23
**issue**
44:23 46:7 80:1 87:5
97:25 102:17 103:13
145:4 150:5,5 164:2
172:3 182:2
**issued**
96:22
**issues**
78:5 98:5 114:13 115:8
115:20 152:9 158:14
**item**
20:14 155:1 185:17
196:17
**items**
118:5 140:22 188:16
197:7 200:11,15
**iv**
26:9 49:14
**ive**
5:19 15:17,17 18:18
23:4,5 24:11 31:22
36:22 37:9 53:21,24
58:14 74:23 78:17
79:9 82:8 86:6,20
89:8 91:17 98:15
105:17 106:7 109:6

129:8 130:6,7 132:4
132:6 133:12 135:25
148:17,23,25 149:17
149:23,25 150:8
151:18 182:11 185:7
186:18 199:2,4,20,23
199:25 207:13

J
**jackson**
1:21 2:5,16 91:23
**jammed**
79:15
**january**
45:25 78:4 80:12 83:9
84:16 127:17 160:15
160:17
**jersey**
1:14
**jmcgill**
2:23
**jmf**
202:14,16
**joanna**
1:3 3:10
**job**
8:19 15:21 21:13 23:8
23:12 25:9 29:7 59:9
83:3,5,6 90:22 92:2,4
92:20 106:20 107:18
108:19 113:6,7 119:7
119:13,15,19 138:2
143:1 154:9,13 172:2
172:9 181:7 190:7
**jobs**
91:2 93:4
**joe**
81:10
**join**
52:17,18
**joined**
72:10
**joining**
54:16
**joint**
33:6 34:22 50:13 51:21
62:22 67:8,12 68:11
71:17 76:12 142:18
142:19 203:20
**joints**
51:23 52:6 64:9 77:16
203:13
**joseph**
2:20 81:17
**journeyman**
92:16 93:7 99:12 116:4
151:13,23 154:20
191:11
**journeymen**
84:6,25 86:7 92:8
96:13 104:5
**jtiedeken**
2:12
**judge**
7:16
**judgment**
16:24 151:22
**juip**
2:20
**julie**
2:9 54:22
**jumbled**
198:22
**jump**
72:18 152:21
**jumped**
8:1

**jumping**
12:17
**jurisdiction**
28:17,22
**jury**
7:16

K
**kate**
2:17 179:23
**katherine**
2:14
**keep**
13:6 65:9 83:1 91:15
110:6 185:22
**keeping**
93:3
**keeps**
119:1
**kept**
45:22
**kids**
92:3
**kill**
102:21
**killed**
192:15 193:1
**killer**
48:21
**kind**
8:6,9 51:1 73:22 81:1
83:13 85:11 86:8
95:12 99:11 104:21
106:6 109:7,16
110:14 112:12
113:11 114:25
115:18 117:23
118:18 122:19 123:7
124:3,12 125:8 128:2
129:25 134:1,8,11,14
136:6,10 160:6
162:24 168:23 169:2
169:2 184:24 185:2
185:15 202:3,9
203:10
**kinds**
51:15 115:11
**kit**
87:6 175:7,12,22,25
**knew**
9:14 36:10 109:11
161:7 187:5
**know**
5:18 6:5,6,6,10,12,16
7:20 8:1 14:8,18
16:8,11 17:8 21:2,10
21:20 22:19,19,22,22
22:24 23:1,5,18,20
25:2,5,15 27:12,19
29:11 31:17 32:14
35:20 37:10,20,22
38:13 39:24 40:5,11
46:6 47:20 51:5
52:25 54:19,23,23
56:9,22,24 57:1
59:24 60:2 62:2,6
63:22 64:3 70:24
72:12,14,23 73:6,14
73:16 77:1 79:4
80:24 81:20 82:3
84:11,20 90:6,8,10
92:24 93:2,16,21
97:8,9,11 100:18,20
101:6 102:16 103:15
103:16,24 104:3,4,9
104:24 106:3,7
107:12 109:10

110:13 111:10 112:5
113:4,11,14 114:1
117:17 119:2,13
121:10,13,18,24
125:11 126:23
127:23,25 128:2,7,9
128:12,14,17,21
129:1,4 132:17 134:6
134:10,13,13,17
135:1,25 136:1,4,6
139:22 142:15
144:22 146:6 148:25
149:24 151:15
158:23 159:15 160:8
161:3 162:20 163:22
163:25 167:21
168:22 176:3 180:8
180:12,13,16 188:9
186:9,13,15,16 188:9
189:13,14 190:12,13
191:8 196:25 197:3,4
197:5 199:22,24
200:3 201:7 202:10
206:9 207:22 208:3

knowhow
92:14

knowledge
28:23 85:25 86:1,4
95:17 99:9 102:20,25
103:9,10,14 111:9,25
115:6 116:1,3 127:2
127:19,21 130:9
138:2 147:10 207:12

known
133:12

**L**

l
1:3 2:14

lab
186:12

label
27:21 29:23 159:10

language
28:20 70:24 176:11

laser
168:9

late
81:23 127:16

laundry
174:2

law
3:4

lawsuit
5:16 132:3

lawyer
6:3 79:13 80:3

lawyers
45:11 189:10

lay
109:3

layout
109:15

lead
33:5,14 34:21 117:1
136:1 154:21 157:6
182:19 183:5,7

leak
44:16 46:3 111:10,16
126:6,12,16,16

leaked
44:17

leaking
46:6 125:21,24 126:9
137:22 142:19

leaks
137:15 147:22 148:2

learn
93:13 95:21 103:17

learned
9:14,17 86:6 102:11

learning
93:15

leave
57:2 60:11 61:6,12,24
71:23 72:15 83:13

leaves
143:5

led
45:2

left
28:20 46:24 53:14 59:3
59:24 60:1 61:18
74:20 75:2 83:7,9,11
83:15 92:10 111:13
137:24 160:6 162:9
166:15 173:16
190:21,23

lefthand
18:21 23:24 27:14,20
33:2 51:20 57:10
174:9

legal
2:4

length
65:14 69:14 124:8

lengths
65:13

level
40:22 41:1,3 62:5,14
100:25 102:10 114:2
115:1 135:21 148:13
149:14 153:14

levels
92:12 101:2,5 117:20
135:23 136:11 153:5
153:7,21 183:16

lewis
2:3,4 4:7 5:17 49:8
81:24 147:23 182:8
182:11,14 189:18,19
192:20,21 193:2,19
194:22 195:2,4,8,10
195:15,18,20 197:13
203:22,25

license
84:19,21,23,25 85:2,4
88:13

licensed
9:7,8 155:21

licenses
105:3

licensing
84:12

life
11:21 134:1 159:21
163:18 192:6

lightweight
113:23

limit
153:2 179:9

limited
41:13

lincoln
3:4

line
96:5 117:15 137:22,24
158:7 168:10 187:25
205:7

lines
80:16 90:19 175:9,13
192:4

lip
203:10

list
17:23 19:19,21 30:5
32:22 36:7 119:5,14
119:16,18 149:25
190:4,18

listed
57:14 172:19

listing
30:13

literally
52:11

literature
15:23 16:1,10,12,13,17
16:22 23:5 20
26:23 36:11,15,23
87:15 122:20 170:4
181:5

litigation
5:22

little
11:18 15:9 55:19 66:1
67:1 68:20 73:16
74:2 76:22 77:1 87:7
87:7 99:7 132:15
136:5,5 146:11 149:3
149:19,20,21 151:16
152:22 177:2 200:21
200:22

littleton
186:11

live
80:4

lived
91:21

living
174:1

livonia
2:22

llc
2:9

load
114:24 197:11

local
128:9 144:23,23

locally
89:15

locate
112:9 141:2

located
10:21 117:18 143:2

location
12:25 69:23 112:14
141:11 157:4 169:6
171:13,14 172:1

locations
52:24 91:21 103:18

lochinvar
48:24 105:9

locking
4:12,14,15,17 24:5,6
24:13,17 25:1 31:14
31:17 36:4,12,25
39:19,20 41:21 53:3
54:2 56:1,4 63:18
64:7 65:16 74:11
75:19 76:19 180:22
180:25 181:9,13,13
181:21 203:3,5,7
204:4 205:23

locks
64:23

log
199:10

long
40:25 45:7,15 73:14
89:6 91:6 100:18
108:19 110:22

115:23

longer
133:21 161:4

longevity
139:9

look
11:7 12:13 17:6 19:4
25:11 37:9 39:9
40:15 44:24 45:19
52:12 63:24 67:2
68:18 75:4,7 79:5
88:21 97:5,20 112:15
123:23 124:7 125:3
139:16 164:7 169:8
169:22,24,25 171:20
171:24 196:10
200:24 203:3,5,19
204:25 205:1 206:23
207:7

looked
11:4 97:6 123:13
134:16,25 137:9
170:1 171:24 198:16

looking
11:23 12:5,10 13:13
28:1 56:1 69:10 92:4
118:4 122:23 123:18
126:17 149:13
174:11 184:18
186:17,22 195:11
197:1 201:24 203:22
205:12

looks
69:6,11,18 123:25
124:16,18 203:11

loop
126:14

loops
127:6,7,9,10

lost
97:17

lot
30:23 47:8 80:7 86:10
105:12 130:14 134:3
162:11,11 178:7
182:11 197:15

loud
78:19,21 79:14

love
24:24 203:24

low
44:18 45:1,18 125:18
125:19 144:24

lower
27:14,20 33:2 49:23
67:22

lp
85:23 86:5,5,17,19,20
86:24 88:25 105:15
117:7,25 130:22
143:11,12,13 146:4
178:21

lump
104:21 106:6

lunch
194:17

luncheon
164:18

**M**

m
1:15,22 3:2 5:5,15 6:1
6:5,6 23:2 57:11
58:8 164:19 165:2
208:18

maintain
37:3 46:16 47:16 57:15

169:16

maintained
47:3 140:7

maintenance
28:11 43:23 44:3 46:18
46:19 47:7,12 138:10
155:7,9,19,23 158:24
185:1 186:21 190:21

major
109:15

makeup
145:7

making
32:22 70:4 80:7 87:22
107:2 117:14 152:21
154:13 182:20
196:13 202:13

male
52:16

malfunctioning
79:25 96:6,15

management
193:8,11,23

mandatory
64:9,17,17

manifold
127:10,11

manipulated
183:24

manner
120:23 141:3

manometer
59:11,11,14,22

manual
28:11 29:16 42:3 46:23
101:18 106:4 121:9
121:10 122:24 137:4
138:9,10 139:20
140:9 145:6,18 146:1
148:19,22 149:11,13
150:2,6 151:17
152:14 155:7,20
157:10 158:24,25
165:14,16 174:16
176:5,12 186:22
190:5

manuals
15:17 106:1 184:18,23
185:5 186:9

manufacturer
5:25 6:11 24:19 34:7
34:17 36:6 38:8,9
48:24 53:1 56:24
57:14 58:6 64:16
66:19,20 70:25 87:25
88:11 97:1,13,18
99:24 120:8 129:6
131:7 151:8,18
167:10,13 178:12,16

manufacturers
6:15,18 22:25 30:6
34:12 35:19 54:17,20
57:19 85:17,21 87:4
88:6 97:10 100:15
101:17 105:21,24
106:2 122:1 145:3
170:2

manufactures
88:21

mark
25:15 72:2 74:4 75:13
76:4 123:25 124:2
168:20,20 181:20
194:22 203:23

marked
11:9 40:23 74:5,8
75:15 76:5 77:9

118:21 122:7 138:4
156:8 164:9 165:5
194:24 202:13

markings
75:9,12

marriage
209:14

maserati
114:1,2

master
9:5,17,20 51:5 83:22
84:7 86:7 88:3,13
92:8,9,16 103:2
105:3 168:23

masters
84:16 102:10

material
17:23 19:21,22 21:7
23:19 115:15 119:13
119:19 126:10 199:4

materials
15:15 17:1 23:3 88:1,2
88:14,16,17 109:3
110:3,10 136:25
137:2,3 139:21

math
162:13

matt
14:5,10 45:6 116:10
118:12 132:15 134:4
136:8,9

matter
117:11 209:10,15,17

max
153:14

maximum
33:24 101:7

mccormick
1:19 4:3 5:3,12,13,14
14:5,6 20:7 63:12
81:16 116:16 118:13
132:6 133:22 197:16
207:14 208:15 210:2
210:7

mcgill
2:20 4:5,9 5:23 10:10
58:21 81:7,11,15,17
82:15,16 88:7,9
118:20,22 122:6,8
123:20,22 133:6,8,10
133:12,15 138:8,11
138:24 141:22,23
143:20 145:24
146:15,16 147:24
148:1 155:13 156:7
156:11 162:1,7,18,22
163:13 164:4,9,11,15
165:4 166:9,11
176:13,14 179:9,12
179:18,25 180:7
181:18 207:14,17
208:13

mckellar
2:9

mclains
105:12

mead
2:14,15,15 4:6 179:21
179:23 182:4

meadlaw
2:17

mean
6:2 11:10 23:11 44:22
46:9 59:25 67:4,6
71:16,19 93:22
102:20 110:12
121:21 124:5 135:14

137:21 161:22 162:8
175:10 188:23
189:17 195:14
**means**
6:3 41:10 44:23 64:17
80:12 135:13 139:10
176:20 180:17
189:15 195:12
**meant**
56:4
**measure**
37:12,13 40:20 146:8
146:22 168:15 169:5
**measured**
40:20 153:6 187:25
**measurement**
171:4
**measuring**
168:10
**mechanical**
1:13 2:8 4:18 8:11 9:9
9:12 15:21 29:10
38:7,11 47:6,25 48:3
48:9 53:8,14 60:19
61:7,9 73:23 77:22
78:4,11,14 83:7,9
89:22 90:3,25 91:6
91:16,22 92:6,10,12
96:2,24 97:5,8 99:19
100:14 101:14
102:15 103:5,6,22
104:1,10,12,19
105:10 107:12,20
119:7 120:15 126:20
132:3,12,16 133:18
153:25 154:23 156:4
176:24 180:14,19
181:2,3 182:17 194:3
195:5 196:24 198:12
199:23
**mechanically**
25:6
**mechanism**
129:9 131:19 173:1
204:4
**meet**
43:25 44:11 81:7
170:13 171:1 173:8
**meeting**
81:8 132:23 133:1,3
**memo**
21:5
**memory**
14:23 45:15 189:21,23
200:17,18
**mentioned**
81:23 82:17 86:13 99:2
101:10 125:16
132:24 135:2 138:25
154:4
**mentions**
82:11
**met**
5:14 42:15 43:24 44:3
44:7,20 46:14 171:5
**metal**
42:5 63:2 115:14
176:17 177:6,8
**metaphor**
189:13
**meter**
66:16
**methods**
54:16 99:22
**metzger**
2:20
**michigan**

2:22
**middle**
18:14,15 33:8 57:10
**migs**
2:4
**mile**
2:21
**million**
188:13
**mind**
60:2,5 161:16 187:19
187:22,24 189:1
**mine**
31:13 181:19
**minimum**
67:25 175:3
**minor**
134:18
**minus**
21:3
**minute**
29:17 38:3 44:10 63:5
182:16
**misfire**
129:23,24
**mishandled**
116:2
**misinterpret**
7:7
**missing**
110:9 152:3
**misspelled**
33:11,15
**misstate**
204:15
**misstates**
36:15 176:11 192:19
192:24 193:13
**mistake**
7:24 51:12
**mistaken**
12:2
**mix**
11:5 54:15 56:25 166:5
166:10
**mixed**
54:20
**mixing**
22:25
**mm**
66:16
**mmhmm**
7:6 11:12 12:8 14:3
22:1 26:11 48:18
94:21 98:24 135:20
169:13 170:15 176:7
**mmhum**
127:18
**mode**
159:24
**model**
10:9 150:23 187:4
188:2
**modern**
115:15
**modifications**
87:22
**modulate**
98:9
**modulating**
98:9
**moment**
15:1 34:10 105:14
148:16,21 184:5
185:5,18
**momentarily**
9:2

**monday**
191:13 192:5 193:4
**monica**
1:5 192:15
**monoxide**
33:5,15 34:21 47:22,23
48:3,7,16,20 50:10
50:13 101:4 137:15
172:21 179:15,16
180:2,9,12,16 188:13
193:6
**month**
61:8 161:9
**months**
89:9 91:9,10 160:20
162:14
**moral**
134:8
**morning**
81:16 171:8 194:16
**mounded**
168:7
**mount**
109:18,22,24,25
**mounted**
12:24,25 40:16,17
108:12 109:20
119:21
**mounting**
40:15
**movable**
177:5
**move**
203:6
**moved**
61:9
**movement**
43:13
**moving**
75:19 141:4,12 184:6
**mtslegal**
2:12
**mud**
173:24,25
**muelink**
30:9
**multiple**
134:13
**multiplier**
161:23
**mylar**
109:19,25,25
**mystery**
76:17

**N**

**n**
2:1,15 3:1 4:1 5:2
165:1,1,1
**name**
5:10,11,12,14 20:7
21:18 22:7 44:6
81:16 128:14 132:7
132:12 133:13
**named**
44:7
**names**
105:14 128:13 158:21
184:22
**national**
28:18
**natural**
28:19 85:22 86:5,9,11
86:17,24 88:25
105:15 130:22 146:3
178:20
**nature**

13:4
**navigate**
94:16
**near**
146:21 148:4 159:18
174:13
**necessarily**
94:13 99:2 136:10
149:22 170:18
**necessary**
62:9 71:8
**necessity**
88:21
**need**
7:4 71:11 85:23 96:11
102:17 106:12
109:11 110:13 128:5
128:6
**needed**
59:10 70:13,15,18 92:2
94:23 95:2 100:8
126:18 140:15
154:13 183:16
200:11,15
**needs**
119:9
**negative**
208:1,4
**neighborhood**
162:15
**neither**
16:20
**nervous**
134:5
**net**
2:6,12,17
**never**
16:23 24:25 43:24 58:2
58:12 65:9 96:12
105:17,17 107:19
120:3 129:8 130:6,7
149:7 157:3 183:10
**new**
1:14,15 12:17 15:10
17:2 18:10 25:3 29:8
40:6 62:7 111:3
113:12,19 114:6,14
114:18 115:22
116:13 117:11,14
144:3 171:22 197:2,6
197:8
**nfpa**
28:19
**nice**
37:24 81:7,8 177:4
**nine**
89:9 164:14
**noe**
132:8,9,10
**noise**
78:21 79:14 80:7
**normal**
52:2 82:23
**normally**
7:9 86:25 108:3 163:8
168:1 184:2
**notary**
1:25 209:7,23
**note**
131:2
**notebook**
11:24 17:7 68:21 205:1
**noted**
119:9 165:2
**notes**
57:9 82:19 83:1,2
149:12 185:10

**notice**
28:15 30:4 43:11 82:20
166:15,16,20,21
**noticed**
110:11 151:18 185:7
**november**
46:1 61:10 83:16
103:21 154:22
160:13 172:17 191:1
198:17 199:17
200:11
**nowak**
1:24 209:23
**number**
23:21,25 49:8 66:24
68:22 77:24 80:5
81:21 84:19,21
141:15 144:12
150:25 156:14 160:9
161:19,20 162:24
163:4,17,23 165:9
186:17,20 187:4,7
195:23 196:2,3,4,10
196:11
**numbered**
49:22 65:13 66:12
68:12 197:7
**numbers**
138:5 139:1 156:13
165:9
**nye**
2:9

**O**

**o**
2:4,10,16 5:2 165:1,1,1
**o2**
188:11
**object**
36:14 88:4 161:24
163:11 176:10 182:1
192:18,23 193:12
204:14
**objection**
36:20 78:24 161:25
164:3
**obrien**
132:7
**observation**
142:25
**observe**
118:9 121:9 130:23,25
142:21 160:1
**observed**
142:8
**obtain**
83:24 86:4 118:25
**obvious**
59:25 137:23
**obviously**
79:4 80:1 82:14 170:13
**occasionally**
47:8 53:9 105:13
**occasions**
47:14 170:2
**occupancy**
129:3
**occur**
157:4 158:1,2
**occurred**
16:7 133:1 204:9
**occurring**
29:13
**oclock**
164:12
**october**
27:14 36:11 195:14

**odor**
148:5,5
**odorant**
148:13
**odorized**
143:11,14
**odorless**
143:8
**official**
83:10 85:16 102:14
181:20
**offset**
37:18
**oh**
34:16 110:13 132:9
139:5 143:19 174:2
206:12
**oil**
105:16
**oilfired**
105:17
**okay**
6:8,24,25 7:7 15:2,3
18:11,19 19:7 20:1
20:16 21:24 24:6
25:11,25 27:10,25
30:18,19 32:24 33:18
34:3 36:16 39:25
40:1 41:4 43:9 44:7
49:6 53:17 55:2,5,16
56:10,16 63:8,24
65:3,12,19 66:2,6
67:15,18 68:12,14
70:6 71:11,12,15
72:17 75:1 76:10
79:12 82:4 83:7 84:9
84:13 88:7 89:22
90:20,24 91:10,24
92:7,11,17 94:6 95:3
96:11,11 97:15,20
100:2,20 101:6
102:20,24 103:1,6,20
104:7,15,23 109:18
110:16,25 113:14
114:4 115:4,7 116:23
117:15,19 119:11,25
120:3,21 121:13
122:13,21 123:4
124:5,14,23 127:2
128:17 132:14,17
133:4,5 134:22
136:12,23 138:3,7,19
140:5 142:9 143:4
144:8,22 145:22
146:13,21 147:25
148:11,17 149:2
150:1 152:2 154:8
155:17 156:15,18,25
158:8 159:14 160:6
160:19 162:13,23
163:2 166:1,5 168:9
169:8 170:22 171:6
171:16 172:23 173:7
174:20 175:8 178:9
178:14 180:14 182:4
182:12 186:22
188:22 189:12
190:19 194:1,21
195:17 197:12
198:19 200:9,23
201:3 202:20 204:8
**old**
10:16 15:5 40:6 55:14
81:22 112:14,15
113:14,16,21,25
114:18,20,21 115:9
115:14,21 116:12

122:9,12 149:10
171:16,21
older
115:14
once
18:7 40:16 117:4
185:15
ones
151:10 201:6
online
126:15
onthejob
94:7
open
108:8 162:9 173:16
184:17 207:21
opened
149:23
opening
111:2 125:4 174:7
208:7
openings
144:13
operatable
173:5
operate
26:2 104:9 111:19
operated
177:24
operating
101:17 131:22 178:4
199:2
operation
27:4 52:3 131:21 139:9
148:3
operations
120:1
opportunity
129:13 159:23
opposed
76:20 119:21 143:11
176:25
optimal
139:8
oral
210:9
order
12:21 57:15 158:5
185:22 200:4,16
ordered
107:13
orifice
87:1,10,13,15 146:4
original
11:6,12 81:2 122:11
170:21
originally
21:11 128:19
ought
93:1 203:25
outcome
209:16
outlet
146:18,23 166:17
167:4 201:19,24
outlets
196:5,6
output
101:7
outside
11:7 118:3 133:3
206:16
overall
133:23
overhang
122:16
overhangs

169:19
overhead
171:4
overkill
51:1
oversight
16:16 59:8 60:15 121:8
151:25 154:7
overtime
192:6
overview
149:12,13,16 155:10
155:24
owner
48:19 155:16,18,20
190:21

_____ P _____

p
2:1,1,4,10,16,20 3:1,1
5:2 164:19 165:2
208:18
package
48:8
packaged
108:15
packaging
108:8
packet
87:7 146:11
packing
107:25
page
4:3,11 8:1 14:14 18:13
18:15 19:12 27:20
28:1 29:15 30:3 31:1
32:24 33:1,20 36:1,2
41:4,18,24 42:3,4
43:10 49:12,22 50:4
50:5 51:21 57:7,10
58:3,17 62:18 63:1
64:7,8 65:7,8,17 70:6
138:21,22,23 139:13
140:25 141:15,15,21
143:16 145:6,17
146:13 147:20,23
148:15 149:14,17,23
150:13,20 152:14,19
152:22 155:6,9,15
156:13,16,22 159:11
165:8,11,21,22
166:14,14 167:16
169:8,12 170:3 174:9
175:2 176:15 186:20
201:14
pages
30:12 138:5,18 152:6
155:8,10,23 210:5
painted
131:6,13
panel
98:14
paper
99:18
paragraph
42:4,19 65:13 66:12,24
68:12 144:12 159:19
169:11,14 176:16,16
178:8
parameters
59:20,21 94:19 115:24
part
9:15 10:13 16:16,25
25:2 48:8 53:13
60:15 63:22 95:25
121:8 152:1 154:7
partial

17:4
particular
10:1 11:3,17 14:9
21:11,22 75:4 83:6
90:11 94:7 99:24
145:10,13 150:22,23
170:13 171:7
particularly
144:5 149:1 165:12
parties
209:15
parts
36:7 57:12,12 119:5,6
188:13
pass
81:6 84:5 154:16
179:18
passage
14:22
passing
160:10
patience
188:23 208:15
pause
17:12 66:7 144:7
pay
185:13 195:12,25
penetration
168:5
people
9:22 11:20 14:4 16:2
47:1 51:3 198:11
perforated
42:5 176:17
perform
142:9 155:19 188:7
period
95:10 96:4 104:11
160:25 161:9 163:5
187:12,13
permit
4:18 28:25 29:3,6
128:10,19,23 194:15
194:18 195:6,13,21
196:24
person
32:18 38:13 60:22
92:13
personal
26:3 139:22 146:24
153:11 174:17
personally
70:14 79:11 111:17
118:11
personnel
72:6 190:21
perspective
43:7 94:18 183:2
pertain
149:19
phase
1:14 2:19
phone
73:11 77:24 150:24
photograph
4:12,14,15,17 12:6
69:3,6 74:9 75:4,19
76:11 77:1,2,14
125:3 170:10 201:24
202:13,18,19 203:7
207:18
photographs
15:8 37:9,11 55:4
68:18 76:17 112:10
176:25 206:14,18
photos
201:2

physically
97:24 98:1 189:23
pick
16:16 17:2 199:19
200:10
picked
17:4 23:19
picking
149:13
pickup
23:18
picture
11:16,17 13:15 31:19
117:10 123:16,24
177:9
pictures
11:4 43:4
piece
21:11 99:17 124:7
177:10
pieces
80:5
piles
109:10
pipe
4:12,15,17 6:11,15,19
15:8 18:24 19:4
21:22 22:12 24:11,14
24:15,19 31:20 32:10
33:6 34:22 35:7,14
35:21,24 36:3,24
37:20,23 38:9,12,18
38:23,25 39:1,10,15
39:18,21,22 42:6,6
42:18 43:11,12 51:3
52:8,13 53:1,5,25
54:3,15 55:19 64:9
64:14 65:13,20 66:15
66:20 69:14 71:6,16
71:22 72:2,10,14
75:5,8 76:2 77:13
85:11 99:12,16
112:22,23 115:13,14
116:13 118:14
121:23 122:12 136:2
144:3 170:14,19
171:12,15,17 176:18
176:19 177:13
204:20 205:13,18
piped
13:1 98:15
pipes
18:10 112:20 124:10
206:6
piping
12:14 15:5,10,18 19:17
20:13,13 25:3 27:5
35:17 42:7 43:18
96:11 98:17 99:5,6
106:9,16 109:12,13
109:16 112:16
115:17 116:14,17
117:7,8,11 120:19
141:25 142:1,3,11
180:23,25 181:13,14
181:14,24 182:3
196:4,5,7,14
pitch
37:24 38:12 39:1 43:18
place
10:24 25:8 77:20 124:4
135:6 153:25 210:10
placed
10:25 42:22 78:3 111:1
127:24 159:5 170:25
200:5
placements

99:13,13
placing
27:4
plaintiffs
1:7 2:2
planned
60:9
plastic
39:18 42:6 176:18
plate
14:13 122:11 206:24
play
80:20
please
5:11 6:23 17:15,21
21:15 22:2 23:15
26:9,19,20 32:24
54:25 55:7 62:23
82:3 139:13 150:19
156:16,22
pllc
2:20
plumber
9:5,17,20 51:5 83:22
84:8 85:3 86:7 88:3
88:13 92:4,9,16
103:3 105:3 168:23
plumbers
168:24 194:2
plumbing
9:14 51:11 85:10,12
89:7,8 92:1,5 102:10
point
11:6,10 12:11 16:9
19:2 26:1,9 27:3
36:1 37:3 50:16,20
51:20 52:3 54:11
58:2 73:11 75:7
78:10 79:6 80:17
111:15 117:21 124:1
124:6,11,12 126:25
158:2 167:19 168:2,3
168:18
pointing
18:5
points
32:22
poisoned
103:16 193:6
poisoning
33:6,15,15 34:22 50:13
172:21
poked
124:13
policies
114:12
policy
15:20 100:13 103:21
194:8 198:11
poly
6:13
polypro
49:12,13 50:1 57:12
polypropylene
30:13,18 31:5 32:10
34:6 36:3,24 41:12
52:23,25
pool
38:22
pop
93:25
popped
44:10 55:15
popular
105:11
port
102:3

portion
17:19 18:6 19:16 36:22
89:20 98:7 111:2
124:24 140:17 141:2
143:4 144:6 146:1
149:11 155:6 166:2,4
191:10 201:25 202:1
possibilities
163:24
possibility
172:25 173:8,19
207:24 208:1,8,11
possible
50:17 173:12 193:7
possibly
157:6 162:9
posted
97:22
potential
93:16,19 137:15
141:13 146:24
158:10
potentially
164:6
power
90:17
pp
6:11,12,15,19 22:11,22
24:11,15,19 30:17
42:18 52:8 53:5
56:20 71:16 118:14
167:8,12 202:3,4
ppm
153:15
practice
62:3 82:24 105:20,25
137:18 138:20 139:3
139:6,10 144:5,9
168:22
practices
136:3
preface
183:9
pregnant
92:3
preinstallation
41:7 140:21
prep
88:17
preparation
7:19 88:14
prepare
19:19 82:5,8 151:1
prepared
17:24 107:8 151:4
present
3:8 133:3 195:21
pressure
52:11 95:22,23 113:3
113:12 114:17,22
115:2,8 125:25
146:19,23 208:2
pressures
208:4
prestige
10:6,7,8 15:15 26:18
27:13 28:10 33:25
34:8 41:14 85:8
102:7 108:4 129:10
130:13 138:10 156:9
157:3,5 165:6 184:23
186:21 187:4 188:3
pretty
18:17 72:19 79:1 80:13
99:20 100:12 106:9
106:17 116:21
117:20 121:21

134:18 145:12 167:5
169:6 179:3 181:2
183:2 191:7
**prevents**
159:20
**previous**
7:22
**price**
119:16
**prime**
100:25
**print**
50:6
**prior**
10:1 23:8 24:10,14
27:3 41:17 44:3
50:17 52:5,15 91:22
143:25 148:3 192:24
200:5
**prioritizing**
137:19
**pro**
2:20
**probably**
50:6 55:14 69:14 105:1
107:16 110:23
119:14 145:12
159:10 161:20
168:11,13 172:11
183:2 197:10 200:2
200:17 206:24
**problem**
33:17 35:6,8 96:9
100:3 155:3 178:21
**problems**
114:14 115:11 123:8
**procedure**
15:20,24 16:18 29:10
89:23,25 95:1,25
100:13 103:22 106:3
116:14 142:6 190:4
198:11
**procedures**
114:12 141:19,24
148:19,22 149:3
152:7 189:20,24
190:2,8,15,16
**proceeding**
28:12
**proceedings**
17:12 66:7 85:4 144:7
209:9,12
**process**
87:18 101:19 106:20
108:2,5,16 130:21
149:7 167:22,25
178:21 191:5
**produced**
8:14 68:19
**product**
15:22 16:22 23:22
24:12 32:6 140:6
**products**
15:23 16:7 53:9
**program**
94:14
**programmable**
98:19
**progress**
93:5 102:9
**progression**
92:11 93:12
**project**
21:8 24:7,8,14 25:3
129:21 154:21
175:23 194:19
198:25

**projects**
92:22
**propane**
28:19 53:22 86:10,10
148:9 153:15 187:17
**proper**
51:21 57:23 60:6
103:18
**properly**
27:5 33:4,14 34:20,25
35:9 58:15 89:2
111:13 113:10
119:10 120:8 121:1
137:25 143:1 145:9
**property**
47:11 80:5,5 134:24
139:23 146:25
153:12 173:23
174:18 178:11 180:2
**protect**
141:3
**protocol**
180:14,17
**prove**
103:14
**provide**
48:15
**provided**
18:18 22:24 26:14,18
27:11 82:21 83:17
88:10 158:18,19,22
**public**
1:25 209:7,23
**pull**
72:2 108:9 130:2
**pulled**
28:25 29:3,6 128:11,19
128:23 130:6 169:6
**pulling**
129:25
**pump**
21:23
**pumps**
10:19 20:12 99:13
109:6
**purchase**
200:1
**purchased**
8:25 9:1 19:23 21:12
124:20
**purge**
20:13 21:21
**purging**
60:18
**purpose**
25:10 146:12 164:18
**purposes**
30:17 149:2,5 150:18
**pursuant**
121:25
**pursued**
92:5
**pushed**
126:7
**put**
11:5 27:13 31:2 36:17
40:25 41:1 43:1
69:20 72:17 79:3
80:8 87:16 98:2
103:17 109:15
112:18 119:17
122:22 126:15 130:2
142:18 145:11 163:5
170:20 171:11,15
172:11 185:23,25
187:4 189:2 191:9
196:7 202:25

**putting**
12:19 29:8 125:10
164:13 189:5 197:6
**puzzled**
181:6
**pvc**
9:13 53:10,10 54:3
166:5,10,12 201:18
201:19,23 202:9

**Q**

**qualified**
28:3,6 32:18 139:14,19
140:2,3,8
**quarter**
37:21 71:23
**question**
6:22 7:2 26:19 36:15
40:10 41:3 67:3,16
73:18 74:2 78:17
79:1 80:17 88:5,8
93:20 95:3 144:8
145:23 155:14
161:10 167:21
176:11 179:25 183:8
186:19 188:21 189:6
190:10 192:19,22,24
193:13 198:15 199:1
200:23 204:15
**questions**
7:12 10:10 29:19 58:8
66:5 78:2 80:18 81:5
81:21 132:25 134:21
165:10 176:2 179:22
182:7,10 196:22
197:14 204:19 205:8
207:15
**quick**
67:3 80:13 150:10
207:14
**quickly**
72:19 159:12
**quite**
37:8 53:7 60:17 92:23
94:2 103:19 105:11
105:12 109:7 114:7
208:6

**R**

**r**
2:1 3:1 5:2 165:1
**radiant**
112:1,2 127:19,21
**rally**
117:23
**ran**
58:15 135:1
**randall**
2:10
**range**
69:18 153:7
**ranges**
90:16,17
**rarely**
53:4
**rate**
153:6,8,22 187:25
**read**
5:19 11:19 15:12,15,25
16:3,9,11,16,22 21:7
23:2,5 24:1 26:20,21
26:25 27:6,17 28:9
32:9,19 34:11 35:19
36:7,22 37:5 41:14
42:7,24 50:7,20
51:24 58:9 62:22,25
63:3,6,12,13,15 64:3

64:10 65:4,9 66:3
70:24 71:2,3,4,14
79:9 106:5 111:10
141:20 144:4 145:20
149:20 155:11
157:18 158:22 174:11
199:4 210:4
**reading**
16:12 100:15 105:20
106:1 121:11 139:19
150:24
**readings**
152:4 188:6
**readout**
101:16
**reads**
139:6 153:5 157:3
166:16
**ready**
86:19,21 184:15
**real**
67:3 91:19,19,20
106:16
**realized**
177:21
**really**
44:12 45:10,12 53:11
75:7 80:18 101:20,20
108:7 109:6 115:23
115:24 126:24 134:4
161:1 162:20 203:11
**reason**
21:2 51:10 103:24
119:20,23 134:21
151:19 176:23
**recall**
6:13,20 10:7 13:5
14:16,24 15:1 20:17
21:3 25:9 27:18
32:11 40:22 42:17
44:6,12,16 45:10
46:17,21,25 48:5,6
52:14 53:4,11 56:23
61:5,16 62:1 65:11
75:2 81:1 88:12,24
93:15 94:9 102:5
103:23 104:20 108:7
108:14,15 110:12
112:4 113:2,17
116:18 117:10 118:2
118:4,7 119:2 120:16
120:18,19 121:11
123:3,5 124:17,25
125:1,15 131:17,17
131:18 140:16
147:11,12 148:5,13
148:13 154:24
158:16,19,21 159:6
167:3,7,10,22,25
171:2,16 172:13
173:21,22 174:5,6,8
175:16,18,21 176:1
178:24 179:23 181:5
183:12 185:4,4 186:2
187:2 206:8,21
**receipt**
199:11
**receipts**
8:23
**receive**
96:25
**received**
86:20 97:6,9 100:5
190:21
**recess**
63:9 81:13 164:18
**recirculating**

173:4
**recirculation**
172:25
**recognize**
70:10 195:5
**recognizes**
69:2
**recollect**
29:12 125:10
**recollection**
122:23 125:7 131:12
131:15 170:5,11
171:6 174:22,23
**recommend**
40:2 47:8 99:25 123:2
**recommendation**
48:6 104:1 205:22
**recommendations**
47:5,23 48:1,13 100:4
112:6 120:8 128:2
139:7 179:14
**recommended**
72:3 104:19 121:6
158:4,8 178:12,15
**recommending**
180:21
**recommends**
99:4 122:25 127:24
**record**
11:14 17:11 18:6,7
26:21 63:3,10 66:3
81:12 123:18 133:14
138:8 139:6 149:2
150:14,18,21 153:20
156:8 164:16,17
165:6 174:10 185:22
202:13 204:1 209:11
**records**
19:24
**reexamining**
68:10
**refer**
26:13 27:23 49:23
57:19 138:4 145:3
165:8
**reference**
15:18 30:12,17 41:20
167:18 200:3
**referenced**
122:19
**referencing**
123:21 170:6
**referred**
78:11,14 158:24
**referring**
68:5,9 138:25 140:6
144:16,20 145:21
148:18 156:7,12
169:11 207:20
**refers**
64:12
**refresh**
8:7 170:11
**refused**
193:14
**refute**
121:2
**regard**
121:19 189:6 190:1
194:15
**regarding**
120:18 145:23 190:20
196:23
**regards**
42:17 121:23
**regret**
135:22

**regulator**
96:8,12,15 117:16
118:3,4
**regulators**
96:5
**related**
19:5 50:13 209:14
**relates**
47:22
**relations**
120:19
**relatively**
102:8 160:20,22
**remedy**
126:13
**remember**
45:24 117:21 123:14
159:2 171:4 180:9
181:17 185:7
**remind**
155:20
**remorse**
135:21,24 136:5,13,14
**removal**
110:20 129:1 143:23
143:24
**remove**
10:16 108:13 129:16
**removed**
10:19 39:23 40:7,8
65:16 111:1 128:18
129:14,20
**removing**
144:11
**rent**
89:15
**repairs**
196:11,13
**repeat**
26:19 105:22
**rephrase**
6:24
**repipe**
197:3
**repiped**
112:18,21
**replace**
126:18
**replaced**
130:5,6,7
**replacement**
105:13 129:2
**replow**
81:22
**reported**
209:9
**reporter**
1:24,25 7:7 209:6
**reporters**
164:13 209:1
**represent**
5:15 6:1 81:17 179:23
**representatives**
1:4
**representing**
132:19
**represents**
5:24
**request**
126:19
**require**
34:18 84:4,10
**required**
36:7 166:17 174:16
175:12 182:6,9 184:4
194:19
**requirement**

41:10 66:4 114:22,23
142:6 153:10 196:23
197:1,4
requirements
28:16,18 41:7 57:20
58:7 101:17 106:25
114:19 122:1 144:23
162:8 165:13 171:1,5
171:18 173:9
requires
26:12 177:23
reread
41:16
research
123:10
reserve
155:1
reservoir
125:23
residence
9:24 10:22 18:1 22:21
32:8 39:24 49:18
61:15 74:10 85:9
110:16 128:18
172:24
residential
121:15 141:8
residue
39:13,15
respect
12:18 85:2,7,14 86:3
87:2,5,21 89:23
90:21 94:6 95:20
96:5 100:14 105:20
105:25 107:2 115:20
118:10 121:15 123:7
130:3 136:25 144:24
165:12
respond
79:7,21
responded
73:21
response
73:20 180:7 187:21
responses
7:4,6
responsibilities
97:4 113:6
responsibility
92:12 154:10
responsible
107:6 154:11,12
responsive
82:20
rest
111:19
restrictions
33:19 41:13
result
26:3 139:22 146:23
153:11 174:16
results
101:18 183:23
return
10:18 21:5 22:17
112:19
returned
21:8
reusing
10:17
review
8:5,22 88:2,14 138:15
141:1 148:16 149:10
155:15 157:10
159:12 165:15
174:21
reviewed

7:19,22,23 8:23 9:3
23:8 88:1,18 107:10
137:1 138:17 148:17
148:21,23 150:16
165:19,20 174:20
reviewing
15:23 21:9
revised
27:13
revisited
82:7
rewet
39:14
reword
190:10
reworked
112:25
richard
3:3
rid
12:9
ridged
31:5
right
7:2 11:8 18:14 19:7
20:8 21:14 23:12
25:24 27:2 30:22
31:22 35:11 36:8
38:1 41:10,14,22
43:16,19,24 44:21
45:1 49:7 50:18
51:13,24 57:21 58:1
60:12,16 62:15 63:15
64:10,18 65:5,16
68:12 69:25 74:14,17
75:21 81:11 86:16
89:8 91:10 98:21
99:6 105:2 107:3
108:6 110:4 112:15
112:16 117:19 131:3
133:13,16 134:7
136:8 141:6 146:9
152:19 158:12
159:18 160:8,13,14
162:13 166:20 169:4
169:6 181:2,4,25
188:5 194:8,16 198:1
202:1,25 204:19
207:3 208:2,16
righthand
30:4 33:18 36:2 43:10
49:23 57:17 58:3
64:6 67:22 139:3
146:17 165:24
166:21 167:17
201:15
rigid
36:3,24 177:4,19 178:2
rigidly
178:7
ring
31:15,18 39:19,21 56:1
56:4 64:17 65:22
74:11 75:19 76:19
181:13 182:3 203:3,6
203:7 205:23
rings
36:5,13 37:1 41:21
53:3 54:2 73:25
181:22
rising
125:25
risk
50:12
risks
137:12,13,19
road

2:15,21
rob
128:15
rod
177:11
roof
169:18 174:14
room
24:17 173:24,25
rooms
91:23
rope
136:7
roughly
9:11 108:21 162:4
round
163:4
route
170:19
rule
66:21 194:7,8
rules
35:22
run
35:24 37:8 38:18 62:8
62:9 70:5,23 86:11
91:2 98:10,11 147:16
168:16
running
51:11 59:19 93:2,2
100:24 160:4 172:2
199:20
runs
37:5 175:8
rust
39:17,20 181:14,21,23

S

s
2:1 3:1 5:2 165:1,1,1
safe
51:22 57:15
salary
91:4
satisfied
190:6
saturday
198:21 199:7
saw
7:24 22:17 129:19
205:20
saying
51:2,4 64:16 66:20
71:5 122:24 162:16
183:9 189:15 190:8
193:7 199:5 207:1
says
18:7,16 20:15,21 21:5
22:15 23:17,25 24:3
24:5 26:1 27:3 28:1
28:9,15 30:5 31:5
33:4,24 34:8,10,11
34:13,19,20,24,25
36:3,24 37:2,3,25
38:4,8,9 41:12 42:4
43:14,16,17,20 49:13
50:20 51:21 54:11,14
54:15 55:1 56:24
57:19,23,25 58:2
62:22 63:24 64:7
66:24 67:25 70:25
71:13 78:20 121:19
121:24 122:2 141:2
141:25 144:12
146:21 154:18
155:18 196:11
199:19 200:10,10

201:15,18
scanned
15:17 23:4 27:1
scenario
80:20 103:11 104:22
110:15 113:1 119:24
120:7,12,25
scenarios
113:9
schedule
93:1 155:19,23 191:18
192:2
scheduled
193:17
schedules
47:13 155:8
scheduling
134:13 193:20
schematic
98:17 99:5,6,17
schematics
99:3 106:16 115:17
school
91:11 197:21,23
schuler
44:5 46:20 78:13 180:3
scoggin
2:9
scope
97:4
screen
175:16,17
screening
175:24
screw
58:22,25 130:12,15,16
130:23 131:13,19
147:4,7,9,15,18
179:5,6,10 182:16
183:6,14,24
screwed
177:9
screws
130:14 131:5
sea
62:5,14
seal
13:3 142:1,10 144:13
207:10
sealant
125:8,10
sealed
27:5 76:12 125:5
173:17,18,19
sealing
174:7
seals
142:22
seam
142:2
search
123:4,7
seated
77:6
second
31:25 50:3 69:17
116:15 144:4 157:1
171:9 172:6
secondary
80:15,25 112:3 158:4,9
section
65:8 66:25 68:15 72:9
143:21 145:18
sections
71:16
secure
65:21 205:23

secured
52:6 76:19
security
91:21
see
8:25 11:5 12:13 13:8,9
13:10,14,15,16,19
15:8 17:25 19:15
20:12 21:5 23:21,22
23:23 24:2,24 26:1,4
26:14 27:15,16,21
28:12,20,21 30:6,10
30:14,16,20,22,24
31:4,6,8,9,15,16,22
31:24 32:3 33:2,7,10
33:11,19,21 34:4,16
37:17 39:8,9,10,14
39:17,20 40:17 41:7
41:23 45:19 47:20
49:15,16,25 50:8,10
51:15 52:4 54:17,18
55:5,16,19,21,24
56:11,13 57:10,16
63:17,19 65:1 67:5
67:24 69:5 70:13,21
72:9 74:11,13,18
75:5,6,9,12,18,21,24
76:2,3,11,13,14 77:6
77:12,15,16,18 94:17
115:25 122:11
124:10 129:13 131:1
133:16 135:2 141:7,9
142:3 146:20 147:1,2
148:10 150:14,15
152:25 153:12,13,16
153:17 157:7,9
159:13,18,22 163:8
163:10 166:23
167:18,20 169:14,21
171:12,13 174:19
190:15 201:8,16,20
202:21,23,24 204:12
204:13 207:3,7,9
seeing
25:9 51:18 52:14 118:2
118:7 121:12 123:3
seemingly
142:8
seen
24:8 25:20 37:9 107:10
109:6 111:10 112:10
120:3 129:8 138:13
150:8 206:14,16,18
select
42:12 69:20
selected
42:9,11
semi
90:9
send
85:22
sense
15:25 16:24 25:7 98:16
99:14 100:17 102:13
112:12 159:11
160:23 161:6 177:4
208:5
sent
8:6
sentence
33:4,9 34:15,17 42:19
50:3
separate
45:17 110:6 111:2
separating
51:12
separation

33:6,11 34:22 35:10
50:14
serial
150:23 187:7
series
7:4 55:4
serious
102:17 157:7
seriously
103:19
service
28:3,7 90:1 100:5
126:20 130:4 140:8
154:1,8
serviced
140:7,15
set
15:24 21:23 25:12
43:21 57:4 58:15
62:4 85:22 87:8
89:25 98:14,25
102:23,25 114:25
168:4,5 202:19
204:19 209:19 210:7
setting
8:24 103:9,10 148:20
149:14 182:23
settings
62:6 156:17,19
setup
98:20
seven
91:9,10
severe
26:3 139:22 146:24
153:11 174:17
shan
132:7,8,10 134:15,24
shape
91:15
sharp
43:15
sheet
109:18,25 151:16
sheets
210:7
shelf
155:5
ship
200:10
shipped
86:19 107:15,16 131:6
159:5
shipping
50:17
shootfromthehip
162:24
shop
19:22 94:10 119:3
155:5
short
82:11 159:17,20
shorthand
1:25 209:6
shortly
135:8,10
shouldnt
39:20 62:2 65:2 115:23
show
38:3 40:18 43:4,6 76:8
138:3 170:10 184:13
200:4 202:12,20
205:18
showed
76:15 108:18 138:12
183:23 205:16
showers

showing 162:11
showing
  18:8 87:16 118:20
  122:6 165:5 199:11
shown
  169:16 176:25 206:17
shows
  43:4 67:22 76:1,23
  118:23 205:8,9
  207:18
shut
  44:18 45:1,3,8 46:3
  79:22 126:3,3 127:13
  153:8
shutdown
  44:15
shy
  91:7 104:16,17
side
  12:22 27:20 30:4 33:2
  36:3 87:16 122:4,25
  124:1 125:5 133:24
  139:3 165:24 166:6,8
  166:9 167:1,17
sidewall
  174:12
siding
  207:1
signature
  210:14
silent
  48:21
silicone
  13:5,8,9,10,14 14:11
  14:16 124:24 125:8
siliconing
  14:12
sills
  14:5,10 45:6 116:11
  118:12 132:15
silver
  110:5 200:2,4 202:11
similar
  11:16 12:6 85:11
  136:18 151:14 170:3
simply
  173:4
singlewall
  49:13
sir
  52:9 55:13 71:20 95:15
  120:11 132:5 146:15
  179:17 200:8,14
  202:2 206:20
sit
  101:6
site
  17:5 21:11 25:10 46:24
  92:23 107:18 108:18
  113:15 184:16
sitting
  184:21 203:11
situation
  79:3,6 168:12 169:1
  171:21 175:5,6
situations
  114:9
six
  2:21 45:9 196:17
sixth
  26:8 54:10
size
  37:23 96:11 107:3
  108:10 145:13,13
  146:5,9
sized
  145:9,11

sizes
  64:9
ski
  91:20
skillset
  117:5
skip
  34:3
slab
  44:17 111:11,12
  125:20,25 126:6,8,11
  126:13,18
slapping
  135:14
slightly
  37:18 54:21
slipped
  25:8
slope
  37:4,8,14 38:14,15
  40:4,4,4,19,20 41:22
  57:23 66:15 67:12,22
  68:8 121:6 167:18,23
  168:4,8,16
sloped
  40:11 168:6,14
sloping
  121:23
small
  73:16
smart
  62:3
smell
  137:23,24 143:1 148:4
smelling
  148:14
smudged
  18:17
snapped
  25:8
snow
  117:20,23 118:1,6,8
snowstorm
  117:24
soapy
  142:18
sold
  53:1
solid
  53:10
solo
  33:25 41:14 102:7
  108:4 130:13
solution
  46:4 142:18
solve
  41:3 76:16
solvent
  54:3,5
somebody
  147:15 183:25 193:16
  204:10
someones
  133:25
somewhat
  129:11
soon
  61:6 79:15,21
sorry
  29:22 67:1,8 70:3
  123:20 136:24
  152:21
sort
  93:6 99:7 170:3 183:13
sought
  172:3
sound

sounds
  160:13
sounds
  86:16 160:14
source
  80:23 81:4 112:3
  157:23 158:5,9
sources
  80:15
space
  158:5 173:2,22 174:1,3
  207:20,23
spd3fp
  24:1
speak
  7:9 104:8 163:6
speaking
  96:15 126:12
special
  13:2 26:12
specific
  46:17 106:11 122:23
  151:15 152:8 166:16
  166:18 170:5 172:13
  172:15 174:21 188:2
specifically
  57:13 103:12 106:5
  176:16 185:16
  186:20
specifics
  106:10
specified
  155:20
speculation
  78:25 94:5
spell
  5:10
spelled
  191:4
spent
  8:19 9:11
spoken
  72:25 132:2,4,6,18
spot
  170:20
spread
  81:1
spring
  2:15
springtime
  126:22
squish
  163:6
ss
  209:3 210:17
staged
  109:8,9
staging
  154:8
stained
  55:15
staining
  55:10
stainless
  30:21,25 32:2 113:23
  166:18
stamp
  29:21
stanchions
  119:22
stand
  6:12
standard
  95:25 105:25 106:3
  109:10 110:12
  168:22
standing
  39:10

standoff
  63:22
stands
  6:14
star
  197:23
start
  33:8 83:11 84:6 93:23
  94:1 95:8,13,18
  105:8 109:16 120:1,6
  120:10,18,25 156:13
  163:24 198:20
started
  92:4 116:12,14 160:4
  191:12 199:3,12
  200:12
starting
  148:3
starts
  26:9 42:20 93:13,17
  95:4 155:7
startup
  141:18,24 142:6 163:1
state
  5:10 9:7 84:3,10
  165:16 209:3,7,23
  210:17
statement
  87:23,24 121:21 143:6
  143:9 144:15 152:12
  157:22 158:12,15
  163:9,20,21 177:25
  178:1
statements
  121:3
states
  1:1 26:12 53:2 193:14
stating
  194:8
stay
  120:9 121:1 192:11
steel
  30:21,25 32:2 113:23
  124:24 166:18
steps
  144:10 165:13
steve
  8:25 16:20 21:18 107:7
  112:11 145:12
  170:16
steven
  72:21
sticker
  87:15
stock
  119:1,8
stop
  107:19
storage
  117:25 173:25
store
  184:14
straight
  206:23
strange
  24:16
strap
  31:23 36:5 42:5 176:17
  177:7,8
straps
  32:4,7
street
  3:4
stretch
  200:24
strictly
  49:2

strike
  58:17 161:18 166:20
stripping
  174:7
structure
  106:25 107:4 122:5
  129:3 143:6 169:4
  173:14 175:11
  207:23 208:2,10
stuck
  78:22
stuff
  10:16 11:20 51:18
  109:7 110:12 134:14
  134:17 149:18
style
  52:8 115:14
sub
  89:17 169:17,18
  196:19
subbed
  90:1
subheading
  143:23
subject
  112:7 114:17 157:25
subjecting
  157:5
subscribed
  210:20
subsequent
  157:15
substantial
  139:23 146:25 153:12
  174:17
suffer
  35:10
suggest
  75:8 180:19
suggesting
  29:17 40:24
suggestions
  32:1 42:16 48:2
suitable
  42:6 176:18
suite
  2:21 3:5
sum
  104:21 106:6
sun
  91:23
supervision
  9:18
supervisor
  90:24
supervisors
  120:17
supplement
  27:13 30:3 137:4 156:9
  158:17,18 164:8
  165:7,18 172:20
  174:21 175:2,15
  176:15 185:1
supplier
  184:7
supply
  8:23 10:18 17:2,5
  19:24,25 20:4 56:19
  97:13,18,20 107:17
  107:17 109:6 110:3
  112:19 113:3 119:1,4
  184:14 199:10
support
  31:23 32:4 34:18,21
  35:1,3,16,20,23 42:6
  42:20,22 43:1 52:18
  70:12,18,22,23 71:1

supported
  35:9 54:12 66:25 68:15
  120:23,24 121:1
  136:1 177:14
supporting
  69:23
supports
  30:14 31:6 36:5 41:2
  42:9,11,15,18 43:7
  70:5 118:19,23,24
suppose
  79:1 163:16 193:16
supposition
  78:17
sure
  10:9,10 14:22 20:14
  23:20 24:12 29:9
  37:20 56:9 58:21
  59:11 67:13 70:4
  80:16 87:8 92:18,25
  112:25 117:11
  119:10 121:22 122:2
  122:17,19 123:17
  127:2 131:2,22
  136:15 137:22
  138:17 139:2 144:5
  145:21 149:17,23
  150:10 151:11
  152:18 154:13,24
  163:15 167:5 171:11
  171:19 176:13 179:3
  191:7 196:22 199:6
  200:3
surf
  91:20
surprise
  161:7,11
surprised
  50:10,11 51:15
survived
  81:4
sustained
  1:6
sw
  56:12
swapping
  114:25
sweat
  20:12 21:21
switch
  92:1
sworn
  5:6 210:20
symptoms
  96:14
sync
  94:2
system
  15:5 19:14,16 20:24
  25:3 26:13 27:5 31:1
  33:5,14,19,22 34:21
  35:1,3 40:6,6 41:12
  44:18 46:5,8,16 47:2
  49:13 51:12,17 52:1
  52:5 53:5 54:11,16
  56:12,18 57:15,23
  70:9 98:7 99:14,15
  111:12,18,18 116:17
  116:19 118:16,24
  125:21 126:1,2,4
  137:16 143:24
  144:12,14 155:22
  166:3 177:5,19,22
  178:2,6,10,15,17,19

181:6,9 196:4,6,7,14
205:9 206:5
**systems**
30:6,9 32:19 47:20
53:12,13,17,19 60:18
160:5 162:6 166:6,18
196:18

---

**T**

**t**
165:1 189:11,14,16
**table**
12:6,9 30:12,20 31:4
152:23,23 153:4,7,14
**take**
7:1 14:6,19 15:4,5 40:2
40:25 44:24 45:7
47:11 52:16 63:5,7
65:20 77:4,23,25
79:5 83:24 84:15
87:12 93:9 108:20
109:24 110:22 115:2
119:8 123:23 128:6
131:2 139:16 142:18
144:10 148:16 162:5
164:15 168:15 169:3
169:8 170:19 195:25
201:12
**taken**
1:20 5:18 21:10 63:9
74:9 81:13 85:13
86:2 103:19 133:25
158:6 164:18 168:2
186:18 202:18
**talk**
61:14 63:17 66:12 82:9
88:20 94:25 133:4
149:10 150:9 155:7
195:19
**talked**
68:19 73:5 120:14
125:17
**talking**
11:20,22 14:12 29:20
35:12 67:7,11,13
68:11 70:15,15 82:13
104:24 147:3,6,18
149:12 162:14 167:1
189:9 195:16 199:6
201:23 202:6,22
**talks**
139:18 140:6 143:22
145:6 148:2,8 169:14
175:2,15 176:5,16
206:9
**talon**
191:2,3,3
**tank**
19:18 117:25 118:3
145:7,9,13
**tanks**
10:19
**tape**
168:15 169:5
**task**
117:3,4,4 192:11
**tasks**
117:2 192:12
**tea**
133:10
**teach**
182:16
**tear**
163:19 185:21
**teardrop**
177:12
**tearing**

126:25
**tease**
152:8
**technical**
34:18 153:9
**technician**
28:4,7 94:25 140:9
**technicians**
100:5 154:1,2
**tell**
6:23 14:11,20 17:21
38:15 39:22 48:19,20
54:25 55:10 56:14
60:9,19 61:3 66:2,13
68:8 72:20 80:6,8,22
116:7 128:4,6 132:2
133:19 134:23
135:12 137:12 142:5
170:8 184:21 194:7
196:19 201:22
206:22
**telling**
35:11 61:5 65:21
134:12 135:15
147:12 193:10 199:5
**temperature**
98:11,12 115:24 153:2
**temperatures**
94:23 98:10 127:25
128:1
**ten**
10:5 86:14 91:9,10
98:4 100:2 161:23
163:7,15
**tend**
47:9 62:9
**tends**
99:21 169:4
**tenhour**
191:18
**term**
101:1 127:14 149:15
176:9,20
**terminate**
174:13
**terminates**
122:3
**terminating**
138:1
**termination**
11:6,10 12:10,23 38:24
118:13 122:15 124:1
124:2 144:19,20
168:21 169:15
170:25 175:7,12
207:19
**terminations**
30:14,22 31:6
**terms**
83:13,15 93:21 120:1
137:18
**terrible**
11:14
**test**
72:22 73:9 84:5,13,15
84:16 88:15,18 93:9
96:7,8 113:4 137:21
142:9,15 143:3
183:17,19,23 188:1
**tested**
113:3 183:15
**testified**
5:6 128:22 140:1 147:8
180:7,18 187:16
194:16
**testimony**
66:22 82:5,10 83:16,18

124:25 183:10
192:17,19,24 193:13
**testing**
88:2
**tests**
142:13 153:1
**teton**
4:18 9:8 84:3,10
121:13 128:16 195:6
**thank**
25:18 54:24 57:5 72:17
81:19 159:14 162:18
164:11 179:18 182:4
204:17 205:4 207:13
208:13,15,17
**thanks**
71:11 81:23 133:13
195:3 197:15
**thats**
5:13,16 6:9 11:12
12:10 15:9 16:9
18:13 22:13 29:9
33:1 40:6,8 44:5,20
45:2 47:21 52:3 54:7
55:8 56:5 63:22
67:10,18 68:8 69:10
70:17,21 71:7 74:25
75:2 79:17,19 81:11
82:1,8 85:12 86:1,15
89:14 94:24 96:7,10
98:2 99:17 102:13
103:8 105:13 110:4
115:1,2 116:21
119:14 121:21 122:9
124:1,3 125:9 130:10
132:7,16 133:4,6,25
134:17,21,22 140:17
140:24 141:5 144:16
144:24 147:4 152:12
156:8,9 160:20
161:20 162:5,14,15
162:20,24 163:3
165:7 169:12 170:23
170:24 171:14 173:9
174:24 176:24 177:6
178:1,15,22 181:16
182:4 184:2 185:12
188:2,3,6 189:18
190:5 191:4,21
193:10,24 195:16
196:25 202:3,5,8,9
204:9 205:4 206:12
207:13
**theres**
37:18 59:13 80:1 82:2
137:16 155:8 173:9
187:22
**thermal**
43:13
**thing**
24:16 25:14 38:4 39:11
39:13 51:1 80:6
102:13 114:7,17,24
145:21 192:8 193:10
193:18,22,25 204:25
**things**
9:1 10:19 15:19 39:13
47:13 58:15 78:1
80:16 90:18 92:25
94:24 98:17 99:12,14
99:20 103:17 106:14
109:8 115:18 117:5
130:19,20 135:16
137:17 156:1,4 163:1
204:9
**think**
21:3 32:16 44:2,9

45:17,18 46:1 69:9
69:10,13 72:1,19
73:21,21,22 86:13
100:11 101:5 102:20
103:2 105:14 110:2
117:21 125:16
126:21,24 130:25
131:18 132:7,11
135:2 138:12 144:16
144:18,19 147:5
150:16 151:22 152:6
152:9 154:4,24 155:4
159:25 161:22 165:7
165:10 168:25 171:2
173:7 179:11 181:11
182:4 183:5,14 192:2
192:20 194:19
195:18 197:13
206:12
**thinks**
98:19
**third**
51:20 166:21
**thought**
8:2 60:5 158:3,10
181:11 183:4
**thousand**
62:13
**thread**
177:11,14
**threaded**
177:11
**three**
53:24 54:7 59:13 66:12
108:22 110:23
124:19
**threeday**
187:12
**throttle**
179:5,7
**throwing**
162:25
**thumb**
35:22 66:21 194:14
**thumbnail**
169:2
**thursday**
187:14 191:12 193:3
198:23 199:7,12
200:18
**tied**
112:16 116:17 191:23
**tiedeken**
2:9,9 7:21 8:6,15 11:16
11:23 12:2 18:5,9,11
25:17 29:20 36:14,17
36:21 55:1 68:22
73:6 78:24 79:17,20
82:13,18,21 88:4
132:19,19,22 133:7,7
133:8,9,11,18 138:22
141:20 143:18
145:20 155:12
161:24 162:2 163:11
164:3,10 166:8
176:10 179:7 192:18
192:23 193:12 195:7
195:9,14,17 201:3
202:15 204:14 205:2
207:5 208:17
**tight**
39:21 62:8 142:22
181:15,25
**tightly**
43:12
**time**
8:19 14:22 16:21 36:10

39:14 45:20,23 46:12
46:14 61:14 63:15
77:25 79:6 82:24
93:1,12 94:9,22
95:10 96:4 104:11
105:22 106:8 107:20
111:13 116:2 119:13
119:18 123:11,12
126:2,21 128:5
130:23 131:3 135:3
140:13 152:5 153:24
157:14 160:21,25
161:4,9 163:5 165:2
172:9,16 177:3
179:19 180:24 199:9
210:9
**timecard**
8:20
**timecards**
45:21,22
**timeframe**
103:21 118:18 172:18
**timeline**
8:7,24
**times**
47:9,20 87:19 95:23
97:23 98:1,2,4 160:9
160:24 161:1,8,13,23
161:23 162:5,13,16
162:18,21 163:1,7,7
163:9,15 182:18
**timesheets**
8:6,9,10,17
**today**
8:12 24:23 36:10 81:18
82:6,10 101:6 184:25
205:16 206:17
**todays**
189:9
**todd**
9:21 92:15,23 182:19
**told**
14:16 16:21 36:11 38:7
38:11 60:21 72:23
73:20 79:13 80:6,11
103:11
**tomorrow**
193:10
**ton**
134:14
**tool**
59:10 60:4 87:12,14
154:5
**tools**
59:8 172:11
**top**
18:6,13,15 21:6 33:20
49:25 50:4,5 55:9
58:1,3 74:14,17
75:21 102:5 108:9
156:24 168:19 201:2
201:9
**topic**
171:7
**topics**
196:19
**tops**
90:17
**touching**
114:16
**tough**
103:10 155:4
**town**
192:3
**track**
45:23 67:9
**trade**

9:17 92:1,5 102:10
103:3
**trail**
199:11
**train**
92:14
**trained**
92:15 99:11 104:5
**training**
42:14,17 85:13,16,16
85:17 94:8,9 102:14
103:4,13,16
**transcript**
1:18 209:11 210:8
**transition**
166:17 167:13
**trap**
145:15,25 158:4
**trek**
118:8
**trial**
7:15 30:23
**triangle**
1:14 2:19 5:5,24 9:23
10:2,25 26:18 34:8
36:10 37:25 51:2
52:20 58:13 71:14
81:17 86:14,21 87:3
89:3,4 94:10,25
96:22 97:24 98:3,8
98:22 99:3,24 100:3
100:5,22 101:8 102:2
108:4 112:5 113:20
115:10 116:1 120:22
121:10 122:24,25
123:8 127:23 129:10
129:20,23 130:4
137:1 140:20,25
143:21 148:19,22
149:11 150:1 151:5,6
151:21 152:9 156:14
179:6 182:23 183:12
184:6 186:17
**trick**
40:10
**trim**
14:12 122:11
**trimax**
101:8 156:10
**trips**
45:18
**truck**
19:22 119:8,9 154:6,14
172:11 198:9
**true**
25:24 30:18 38:5 39:24
188:15 193:24
195:13 206:23
209:11 210:8
**trust**
1:11 77:4
**trustees**
1:10
**truth**
199:5
**try**
5:19 6:23 7:10 81:22
136:2 146:8 184:2
**trying**
16:13,14 53:7 72:18
76:18 77:5 79:10
126:25 185:4 188:23
190:12
**ts**
149:22
**tube**
1:14 2:19 5:5,24 9:23

10:2,25 26:18 34:8
  36:11 37:25 51:2
  52:20 81:17 94:25
  96:22 97:25 98:3,8
  115:10 116:1 120:22
  121:10 122:24 123:8
  129:23 130:4 137:1
  139:7 148:19 149:11
  150:2 153:9 182:23
  183:12 184:7
tubes
  94:11
tune
  94:19
tuning
  60:17
turn
  17:15 20:1 21:14 22:2
  22:3 23:14 25:14
  29:15 31:1 32:24
  41:4,24 49:6,22 57:6
  58:17 64:8 65:7
  68:20 70:6 80:9,11
  80:22 138:18 139:13
  140:20 141:15
  143:16 147:20
  148:15 152:16
  156:16,22 165:21
  199:13,15 200:6
  201:14
turned
  44:19,21 157:19,21
turning
  75:11 160:1
turns
  201:25
tweak
  152:8
tweaking
  99:7
tweaks
  99:8,10
two
  14:4 22:15 45:17 63:17
  69:7 70:5,16 93:21
  95:5 103:15 108:23
  108:24,25 116:6,7,9
  124:10 127:6,7
  128:15 152:6 156:24
  159:2 165:11 187:12
twoandahalf
  160:20 161:9 162:14
twoday
  180:8 187:13
twothirds
  57:18
tying
  19:1
type
  40:25 56:5 63:21 97:21
  98:11 108:10 115:12
  115:14,15 129:6
  133:20 136:18
  158:13 163:17 167:8
  168:9 173:25
types
  99:9 105:2,5,7,15,23
  121:3 158:14 195:11
typewritten
  210:5
typical
  60:13 69:22 145:12
typically
  16:12 47:4 60:11
  119:15 137:23 184:8
  184:23

**U**

uhhuh
  117:13
uhuh
  7:6
ultimate
  172:1
ultimately
  111:15 154:11,12,20
umm
  9:16 19:3 39:18,20
  45:22 54:19 83:2,4
  88:18 92:2,18 95:19
  96:7 101:20 105:9,17
  112:11 113:8 115:23
  128:14 129:21
  132:15 136:10,20,22
  160:3 168:2 175:21
  182:18 194:14
unclear
  137:2,6 140:17 153:18
  174:24
uncommon
  182:22,25 183:1
underestimated
  113:11
undergrade
  126:10
underneath
  18:15 19:7 126:10
  148:8 206:24
understand
  6:23 7:15,17 16:15
  34:11 45:14 63:25
  64:20 66:10,17 82:2
  85:6,21 103:15 131:9
  137:7 139:10,24,25
  175:9 176:20 183:9
  186:14 189:4 190:8
  192:17,22 204:7
understanding
  86:23,25 100:4,15
  119:12 130:16 176:9
  178:14
understands
  155:18
understood
  7:2
unfortunately
  24:22 46:11
unit
  89:1 141:3 143:13
  148:4 155:22 190:20
united
  1:1 53:1
unpacked
  107:22 109:1
unpacking
  108:3
unplug
  144:17
unsealed
  173:20
unused
  144:13
unusual
  148:5 155:22
upgrade
  114:3,8,14
upper
  2:5 30:3 33:18 43:10
  201:14
use
  12:16 13:20 14:11,16
  19:2 32:4,6 35:22
  42:5 53:6,7 54:3,3
  55:3 56:17 57:11

64:17 65:14 74:3
  89:4,5,13 98:16 99:3
  101:1 109:22 119:20
  119:23 131:20 140:9
  144:2 149:15 150:1,3
  150:4 154:1 155:5
  162:8 163:4 176:24
  177:18 181:9 189:13
  201:19 206:3 208:5
users
  46:22
uses
  80:25 144:19
usual
  184:12,13
usually
  47:11 53:6 106:17
  158:23 169:5 185:5

**V**

v
  30:10
valley
  197:23
valve
  87:1,12 110:13,14
  146:18,23,24 178:22
valves
  20:13
various
  78:20 101:2 112:10
  176:5
vary
  62:7
vehicle
  141:4,12,14
vehicles
  154:9
vent
  12:24 13:1,3 19:3 27:4
  27:12 30:5,6,13,21
  31:5 33:5,14,19,22
  34:6,12,17,21 35:1,3
  35:6 36:3,6,24 41:12
  43:18 49:13 51:3,12
  53:25 54:16 56:12
  57:12 63:2 64:9
  66:15 76:2 90:17
  103:17 120:19
  122:12 123:1 137:4
  141:25 142:11
  143:24 144:11,17,18
  145:19 164:7 165:7
  165:18 166:6,16,17
  166:18,24 167:13
  169:15 170:14,19,21
  171:3,15 172:20
  173:10 174:12 175:2
  175:15,22,25 178:3
  178:17 206:15,15,18
  206:23
vented
  11:13
venting
  19:23,25 20:20 26:13
  26:13,17 41:13 52:1
  53:5,13,17 54:11
  55:8 80:2 102:12,16
  103:6,18 118:10,19
  120:7,22 121:1,7,15
  121:20,25 122:3
  124:25 129:7 142:2
  142:22 143:4,22
  144:13 166:2,7
  167:24 175:4,9 176:3
  185:1 207:19,22
venturi

58:22,25 130:12,15,23
  131:5,19 147:4,6,9
  147:15,18 179:6,7,9
  182:15 183:6,14,23
verbal
  7:4 102:19
verbally
  47:16
verified
  146:6
verify
  146:4 199:2 200:17
versions
  63:17
versus
  20:19 98:16 99:17
  137:23 151:23
  168:13 199:7
vertical
  42:23
vest
  171:6
vice
  2:20
viessmann
  105:10 151:11,14,20
view
  140:1,3 141:10 152:6
  159:23
vision
  32:15
visit
  134:23
visually
  142:21
vitoden
  151:11
vitodens
  105:10
vs
  1:8

**W**

wait
  147:5 191:13
wakaba
  128:15
walk
  86:22 95:1 108:16
wall
  12:14,20 13:7 31:23
  36:5 40:15,16 41:1
  55:12,15 70:22
  106:13 109:15
  116:13 119:21
  122:16 124:2,4
  144:20,21 168:3,5
  174:13
wallmounted
  112:18
walls
  169:18 170:10
waltz
  3:3,4 4:4,8 5:9,14 8:14
  8:16 11:14,19,25
  12:4 17:11,13,14
  18:7,12 25:18,19
  26:20,24 29:22,25
  36:16,19 49:9,10
  63:10,11 66:9 68:23
  68:25 74:4,7 75:13
  75:17 76:4,7 77:8,11
  79:8,19,23 81:5,9,12
  81:21,22 82:3,17
  100:11 123:18
  124:23 128:4 138:12
  146:14 162:17,19

164:12 176:2 177:22
  180:22 181:17 182:1
  182:6,9 189:17 195:1
  195:3 197:16,19
  201:2,4 202:16,17
  203:24 204:1,5,17,18
  205:4,6 206:12,13
  207:4,6,13 208:14
waltzes
  167:21
waltzlaw
  3:6
waltzs
  165:7
wand
  102:3
want
  7:20 10:5 25:14 38:15
  38:17,17,23,24 45:9
  47:19 54:23 71:21,23
  73:4,6 81:9 91:17
  102:23 103:2 127:14
  128:5 132:17 141:20
  155:12 161:12,15
  163:2 171:11 182:15
  186:19 190:13 193:9
  198:15 199:5 203:4
wanted
  192:16 193:8 194:12
wanting
  201:7
wants
  126:15 191:25 193:11
  193:23
warn
  180:15
warning
  28:1 33:2,9 34:4 36:2
  41:17 43:17 50:9,12
  104:18 139:24
  146:18,21 147:17
  148:12 149:20
  152:24 153:4 157:1
  157:14,18 158:13
  159:10 165:25
  167:17 174:10,21,25
warnings
  27:3 41:16 51:16,18
  156:24 165:11
warren
  128:14
warrens
  128:14
wasnt
  15:24 35:8 44:25 74:23
  92:9 104:4 109:14
  111:12,22 119:14
  135:14 137:24,25
  170:18 173:13 193:7
water
  13:6 38:25 39:10 44:16
  44:18 45:1,18 46:7
  51:11 90:18 98:12
  116:18 125:18,19
  144:24 145:7 162:11
way
  14:25 23:11 29:16
  57:18 59:3 64:23
  71:22 72:1 73:5,5
  76:16 92:25 98:2,15
  98:18 99:20,22
  106:13,18 109:17
  113:19,22 115:18
  131:1,14 136:2,2,15
  146:6 155:9 161:12
  168:17 177:8 191:21
  192:14 194:14

209:16
ways
  78:20 151:24
wear
  163:19
weather
  174:6
week
  44:13 60:13 61:8 126:5
  172:6 191:19
weekend
  172:14
weeks
  73:15 83:8
weil
  105:12
weld
  54:3
went
  15:21 16:22 44:24 45:6
  45:25 46:2 73:23
  91:20 92:7 111:11
  120:22 130:21
  134:16,25 135:4
  167:23 170:19 171:8
  186:10 187:3 193:5
weve
  66:19,20 106:17
  152:18 184:18,24
  206:17
whats
  18:22 24:3 49:8 73:17
  84:19 118:20 125:22
  126:13 130:3 138:3
  140:11 154:13
  155:15 162:6 165:5
  189:17 203:8
whereof
  209:18
whichever
  59:13
white
  124:7 201:25 202:5
wife
  82:11 92:2
window
  162:9 173:5
windows
  170:24
winter
  126:24
wiring
  190:25 194:4,10
wise
  115:16
wish
  135:24
witness
  4:2 5:4 12:1 17:16
  18:10 20:2 21:16
  22:4 23:16 29:24
  32:25 41:6,25 49:24
  55:23 57:8 62:19,24
  66:8 68:24 70:8
  71:15 81:6,8 95:12
  118:20 120:21 122:6
  133:5 139:15 140:23
  141:17 143:17,19
  145:22 147:21
  148:17 149:5 150:19
  152:20 156:7,23
  165:5,23 174:11
  179:18 182:12
  199:14,16 201:1,13
  208:16 209:18
witnessed
  182:18

**witnesses**
74:25
**wondered**
186:14
**wondering**
184:17 188:25
**word**
23:5,6 36:17 40:11,12
**words**
7:5 16:20
**work**
12:23 18:16,19 21:22
48:11 77:24 84:4
85:11 91:21,22 93:1
93:5 98:17 102:9
115:18 116:12,25
117:14 163:2 168:21
168:24 171:9 191:14
191:18,24 192:16
193:3 194:2,3,4
198:12,20
**worked**
6:18 9:16 24:6 25:1
86:7 151:23 175:21
193:3,20 198:23
**workers**
193:8
**working**
44:25 81:3 92:25 96:1
98:14 111:7,9,13
116:10 122:13
191:17 192:8
**works**
109:17 191:21
**world**
114:7
**worrying**
138:1
**worth**
160:20
**wouldnt**
24:16 38:10,13 50:5
92:20 101:23 103:14
104:1,3 114:2 115:7
121:2,4 154:16
157:13 165:16 175:7
180:8,13,17 186:13
208:3
**wouldve**
192:14
**wrap**
177:13
**wrapping**
72:19
**write**
18:4 19:8 119:9 187:7
**written**
50:22 100:13
**wrong**
49:5 60:4 107:24 135:3
135:12
**wrongful**
1:6
**wyoming**
1:1,12,13,21 2:5,8,11
2:16 8:10 9:7,11
15:20 29:10 38:7,11
47:5,24 48:3,8 53:8
53:14 60:19 61:7,9
73:23 77:22 78:4,11
78:14 83:7,9 84:3
89:22 90:3,24 91:6
91:16,22 92:5,9,12
96:2,24 97:5,8 99:19
100:14 101:14
102:15 103:5,5,22,25
104:9,12,19 105:10

107:12,19 119:6
120:15 126:19 132:2
132:12,16 133:17
153:25 154:23 156:3
176:23 180:14,18
182:17 194:3 195:6
196:23 197:23
198:12 199:22
210:17

**X**
**x**
4:1

**Y**
**yeah**
9:8 15:1 16:5,15 58:10
71:3 74:3 76:16
92:18 101:14 112:24
117:21 122:11 125:1
126:9 127:8,15
131:24 132:11
135:23 136:17 141:6
147:6 148:23 149:23
152:11 159:13 164:6
166:9 184:11,24
186:16 187:24
196:15 203:19
204:24 205:4
**year**
47:17,17 84:17 172:16
**years**
9:11 89:9 91:7,9,10
115:18 133:12
**yep**
14:15
**yesterday**
25:13
**york**
1:15
**youd**
163:15
**youll**
11:5 37:17 196:18
202:21
**young**
91:13,14
**youre**
9:7 48:19 60:18 63:4
67:6,20 78:2 83:22
88:25 101:19 134:7
181:2 184:9
**youve**
7:21 24:25 25:20 53:14
54:7,8 63:15 64:8
65:4,9 73:6 81:20
85:2 86:13 87:3,18
88:1 90:20 98:21
100:2,18 103:4
105:15,23 111:10
114:10 120:3 125:2
128:22 132:2,24
133:17 136:15,25
139:16 140:1 149:7
150:16 151:8 183:10
186:18

**Z**
**zero**
127:25
**zone**
111:4,20 127:3,4,5,7
127:13 141:13
157:19,20,21 158:6
**zoomed**
56:15

**0**
**00**
172:10
**000**
62:11 161:8,13 162:16
163:5,7 188:4 196:20
**05**
1:22

**1**
**1**
21:21,21 30:20 40:4
57:18 67:4 68:4
71:17 84:19 144:12
162:18 165:2 195:23
196:20
**10**
20:1 140:20 195:7,16
199:13
**100**
153:15
**1034**
202:14
**1034021116**
202:16
**11**
21:14 23:25 140:21,25
141:5
**113**
156:16
**117**
156:22 159:11
**12**
22:2 68:2 164:19
199:15
**1200**
2:15
**12400**
202:14,15
**13**
22:3 32:14 169:8,10
200:6,7 209:24
**13th**
198:24
**14**
160:13 162:16,18
196:12 197:2
**14th**
198:17 199:3 200:11
200:13
**14thish**
172:17
**15**
66:16 84:19,19 162:16
163:9
**15cv128f**
1:8
**15th**
191:8
**15thish**
84:16
**16**
23:14 174:9
**1660**
3:4
**17**
143:16 175:2
**175**
10:7 34:1,2 41:14 85:8
101:8 102:7 107:3
108:4 129:10 130:13
138:10 153:15 188:3
188:4
**175s**
10:6
**179**

**4:6**
**17th**
61:10 199:17
**1809**
2:16
**182**
4:7
**194**
4:19
**197**
4:8
**1990**
114:5
**19th**
83:17
**1st**
83:9

**2**
**2**
18:24 19:4 30:12 64:10
64:12,21 163:5 196:2
196:3 201:15 208:18
**20**
32:13,13,14 108:21
**200**
151:11
**2012**
53:2
**2013**
27:15 36:11
**2014**
53:3 103:21 154:22
160:13 191:1
**2015**
83:17 84:18 127:17
160:16 195:7,14,16
**2016**
1:22 5:1 209:20 210:12
210:21
**2021**
209:24
**207**
4:9
**209**
210:5
**21**
68:23 205:7
**22**
70:7
**235**
1:21
**24**
27:14 69:18 143:18
145:6
**25**
162:4,13
**250**
33:25,25
**2510**
3:5
**26**
1:22 5:1
**28**
161:8,13 163:7

**3**
**3**
19:2,3 20:14 22:20
24:5 31:1,4,5,14,17
31:22 33:19,22 37:21
37:23 40:4 41:13
64:12,14,21 66:15
165:22 169:12,17,17
169:18,19 170:9
196:4 209:24
**30**

160:16 172:10 197:2
197:10
**300**
2:21
**303**
3:6
**307**
2:6,11,17 9:9
**30th**
160:17
**31**
145:17
**32**
12:3,5,10 13:13
**33**
11:17,23 12:2
**34th**
202:19
**35**
42:3 146:13 176:15
**35range**
105:1
**37**
27:21 28:1
**38777**
2:21

**4**
**4**
21:21 40:4 41:3 64:10
65:15,17 66:24 67:4
68:4 70:23 71:17
152:23 153:4,7,14
166:14 181:19
201:16,20
**40**
49:8
**43**
29:15,21 30:3
**45**
25:17,20
**47**
32:24 36:1
**48**
41:4 49:6,9,11 54:10
57:6 62:17 71:12,13
201:12
**48152**
2:22
**49**
27:11,11 41:5 164:10
165:6

**5**
**5**
4:4 30:12 37:3,8,19,25
38:8,9,14,15 40:4
41:22 66:16,19,21
67:4,25 68:5 71:17
71:23 121:6 145:18
167:18 172:10,10
181:19 196:5,10,11
**50**
104:15,16,17 165:2
195:25
**500**
62:16 162:18
**51**
165:21
**54**
55:3,4,4,5,17 200:25
200:25 201:6,8
202:22 208:18
**55**
55:4,22 164:19 200:25
201:6 202:22
**552**

49:23 51:21
**554**
57:7
**555**
58:17 62:18 64:7
**556**
201:14
**557**
65:8
**56**
55:5 56:11 200:25
201:6
**57**
55:5 56:11 200:25
201:6
**58**
123:24 125:9
**5th**
209:19

**6**
**6**
62:11,16 169:11
**60**
138:4,8 146:14 186:18
**61**
156:8
**62**
122:7 123:19,20 125:9
207:5,18 208:8
**63**
4:12 74:4,5,9 77:3
181:18
**6375575**
2:11
**64**
4:14 75:15,18 76:20
**65**
4:15 62:13 76:5,9,20
76:25 147:20,24
152:16
**6540**
2:5
**66**
4:17 77:9,12 118:21
152:14,15
**67**
4:18 141:15,16 152:18
194:24
**68**
152:22
**6a**
169:14

**7**
**7**
30:12,13 42:4,19 66:17
67:2,8,18,19 71:13
176:16 178:8 195:7
195:14,16
**702**
2:10
**7330166**
2:17
**734**
2:22
**7398900**
2:6
**74**
4:13 41:24 148:15,15
**7421825**
2:22
**748**
2:10
**75**
4:14 148:15 162:14
186:17,20 189:6

**76**
4:16 155:6
**77**
4:17

─────────────
        **8**
**8**
33:1 36:2 37:3,8,19,21
  37:25 38:8,9,14,15
  40:4,4 41:22 66:16
  66:19,21 67:4,25
  68:5 71:17,23 121:6
  138:18 167:16,18
**80264**
3:5
**81**
4:5
**82**
155:9,15
**82003**
2:11
**83001**
2:16
**83002**
2:5
**8308800**
3:6
**8519**
2:4
**87**
20:19,21,23 22:13,20

─────────────
        **9**
**9**
1:22 17:15 138:18
  139:13
**90**
20:19,20,25 74:22
**90s**
168:4