## Start-Up Procedures

☐ Check Vent Piping and Combustion Air Piping.

Check for gas-tight seal at every connection and seam of the venting and combustion air piping.

### ⚠ WARNING

**Venting system must be sealed gas-tight to prevent flue gas spillage and potential carbon monoxide emissions, which will result in severe personal injury or death.**

☐ Check Gas Piping

Check around the unit for gas odor following the procedure outlined in this manual on Page 58.

### ⚠ WARNING

**If any gas leaks are found or suspected, shut the unit down immediately. Use a gas detection device or bubble test to locate the source of the gas leak and repair at once. Do not operate the unit until the leak is corrected. Failure to comply with this procedure could result in severe personal injury, death or substantial property damage.**

☐ Verify Flame Pattern and Combustion

1. Check the flame pattern through the inspection port of the heat exchanger. The flame should be blue and stable. The flame should be the length of the burner head openings.

### ⚠ WARNING

**The combustion testing and adjustments must be performed by a qualified installer, service agency or the gas supplier. All combustion measurements must be performed with calibrated equipment to ensure proper reading and accuracy.**

2. Test for CO2 or O2 and for CO during high firing rate. The combustion readings should be within the range listed in Table 4. **The CO level should not exceed 100 ppm when combustion is correct.** Perform the following procedure to manually place the burner into high fire.

a. Press the round **INSTALLER** button. Reference Fig. 31, page 41.

b. Enter the installer access code "054" by using the **LEFT** and **RIGHT** buttons to select a digit and the **UP** and **DOWN** buttons to change the digit. Press the **OK** button to enter the access code.

c. Press the **RIGHT** button to highlight the Manual Operation icon ⌖ then press the **OK** button.

d. Press the **OK** button while the FAN icon is highlighted to manually fire the burner and power the CH circulator.



### NOTICE

**An adequate CH load must be present to dissipate the heat generated during the combustion test. If an adequate CH load is not available, an indirect water heater can be used to dissipate the heat by creating a DHW call which will enable the DHW circulator.**

Triangle000067

**Exhibit F**

## Start-Up Procedures

e. Press the **LEFT** and **RIGHT** buttons to adjust the firing rate from 1% to 100%. Hold down the **LEFT** or **RIGHT** button to rapidly increase or decrease the firing rate.

**Table 4:  Recommended Combustion Levels**

|  | Natural Gas All Models | Propane Solo 60/175/250 | Propane Solo 399 |
|---|---|---|---|
| O2 Min. | 2.30% | 2.70% | 3.70% |
| O2 Max. | 5.30% | 4.70% | 5.20% |
| CO2 Min. | 8.80% | 10.70% | 10.00% |
| CO2 Max. | 10.50% | 12.00% | 11.00% |
| CO Max. | 100 ppm | 100 ppm | 100 ppm |

f. Press the **OK** button while the FAN icon is highlighted to shutdown the burner.

g. Cycle power to the Prestige once combustion testing is complete to return to normal operation.

 **WARNING**

**The combustion levels should be measured at high firing rate. If the combustion levels are not within the range given in Table 4 for the firing rate, shut the boiler down and contact ACV-Triangle Tube Technical Support. Failure to comply with this requirement could result in severe personal injury, death or substantial property damage.**

If the combustion levels during high fire (100%) is outside the recommended combustion settings adjust the THROTTLE SCREW (see Fig. 16 & Fig. 17 page 29) as follows:

**Counter-clockwise adjustment of the throttle screw at High Fire:**

$O_2$ decreases and $CO_2$ increases

**Clockwise adjustment of the throttle screw at High Fire:**

$O_2$ increases and $CO_2$ decreases

3. Once the combustion level is set at high fire (100%), manually place the boiler into low fire (1%) mode by pressing the **LEFT** button to adjust firing rate down.

4. If the $CO_2$ combustion level during low fire (1%) is not within +/- 0.2 of the combustion level measured at high fire, adjust the plastic OFFSET SCREW under the cover screw on the top of the gas valve (see Fig. 16 & Fig. 17 page 29).

**Counter-clockwise adjustment of the OFFSET SCREW at Low Fire:**

$O_2$ increases and $CO_2$ decreases

**Clockwise adjustment of the OFFSET SCREW at Low Fire:**

$O_2$ decreases and $CO_2$ increases

☐ **Measure Input - Natural Gas Only**

1. Ensure the boiler is firing at maximum firing rate. To manually place the boiler into high fire mode, reference page 60.

2. Operate the unit for approximately 10 minutes.

3. Turn off all gas appliances within the building, except the PRESTIGE Solo.

4. At the gas meter, record the time required to use one cubic foot of gas.

5. Calculate Natural gas input using the following equation:

3600 x 1000 / number of second recorded for one cubic foot of gas = BTU/H.

6. The BTU/H calculated should approximate the input rating listed on the unit.

61

**Exhibit G**



**Exhibit H**

**JACKSON HOLE FIRE/EMS**

**FIRE INVESTIGATION**
**PHOTO LOG**

Date_1/30/2015__      Incident Location__8935 E Ditch Creek Rd._____

Incident Type__Carbon monoxide____      Shot By_Jim Tucker_____

| Roll Number | Photo Number | Photo Description |
|---|---|---|
| _____ | __1____ | Mud room were victim was found |
| | __2____ _ | Boiler in garage |
| | __3____ | Front door to mud room |
| | __4____ | Close up of boiler |
| | __5____ | Close up of boiler unit |
| | __6____ | Install guidelines label |
| | __7____ | Boiler piping (lower) |
| | __8____ | Vent pipe that is was told that came apart. |
| | __9____ | Side label |
| | __10____ | Exterior Vent Cap |
| | __11____ | Side Label |
| | __12____ | View of Exhaust and intake piping |
| | __13____ | Bad shot |
| | __14____ | Check and note left for Cleaning Person |
| | __15____ | Bad Shot |
| | __16____ | Side label on boiler |
| | __17____ | Propane Tank |



EXHIBIT
125
6/8/16
PENGAD 800-631-6989

JHFire:EMS000007Subpoena

**Exhibit I**

JHFire:EMS000008Subpoena

#1  #2  

#3  #4 

JHFire:EMS000009Subpoena

#5



#6




#7



#8



#9



#10








#11

#12

#13

#14





#15



#16

# 17



JHFire:EMS000013Subpoena

JHFire:EMS000014Subpoena

3



















 **PRESTIGE**
**Installation Guidelines**

### WARNING

- Failure to correctly install and operate this appliance can result in severe personal injury or death.
- Read and follow all boiler warnings and instructions.
- This boiler must be installed in accordance with local Codes, if applicable. In absence of Local Codes, the installation must comply with ANSI Z223.1/NFPA54 or CAN/CGA B149 Installation Code, as applicable.
- If boiler installation instruction material is missing contact retailer or Triangle Tube.
- Direct vent boiler. Boiler must be installed with the vent/air intake system as specified and installed in accordance with the installation instructions.
- Category IV Boiler. This appliance requires a special venting system. Refer to the venting installation instructions provided with the boiler.
- Prior to placing the boiler into operation, ensure vent/air piping system is properly installed and sealed.
- A safety relief valve that complies with ANSI/ASME Boiler and Pressure Vessel Code, Section IV (Heating Boilers) or CSA B51, Boiler, Pressure Vessel and Pressure Piping, must be installed.

### CLEARANCES

- The appliance is approved for zero clearances excluding the primary piping and vent piping.
- Recommended clearances for servicing; top and front areas - 24 inches, bottom and side areas - 12 inches

### FOR YOUR SAFETY

- DO NOT store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance.









21









**Exhibit J**

## Locking Ring



Tucker Photo *86 (1/31/15)                    WYMech Photo 20150202_102103 (2/2/15)

1

**Exhibit K**

Support and Bolt





**Tucker Photo *86   (1/31/15)**                    **WYMech Photo 20150202_102103 (2/2/15)**

Vent Insertion Depth



WYMech Photo 20150202_102103 (2/2/15)          Freeman Photo JMF 1-029 2-11-16  (2/6/15)

Throttle Screw



WYMech Photo 20150202_102419 (2/2/15)



Freeman Photo JMF 1-061 2-11-16  (2/6/15)

4

## Gas Outlet Pressure Screw





WYMech Photo 20150202_102419 (2/2/15)          Freeman Photo JMF 1-058 2-11-16  (2/6/15)

5



**ATTENTION**
THIS VALVE HAS
BEEN CONVERTED
FOR USE WITH
PROPANE GAS

617GG152