**Exhibit M**

**Exhibit N**

**Exhibit O**

```
02:53:30 p.m. 08-27-2015   17
```

AUG-27-2015 15:31 From: To:3076375515 P.17/25

## Dave Gieck

**From:** Dave Gieck [dave@wyomingmechanical.com]
**Sent:** Tuesday, February 03, 2015 9 28 AM
**To:** 'schul3rdavid@gmail.com'
**Subject:** Boiler Replacement

David will you please pass this along to Greg as I don't have his email address.

Thanks Dave


Greg,
After looking into the boiler system yesterday with both Shan Noe one of my mechanics and also your caretaker Dave. We were unable to find any type of loud banging upon firing the boiler. It was apparent at one of the 90 degree vent elbows that it had come apart at some point. We ran a combustion analysis on the system and found it to be within acceptable parameters. I am not confident in the boiler system in place, since I cannot replicate the banging problem that pushed the exhaust pipe apart. It is my recommendation that we pull the Triangle tube boiler out and replace it with a Lochinvar unit and also replace the venting and use CPVC piping to the side wall exhaust. I strongly recommend the use of CO detectors in the home. Please confirm that this is the step you would like to take to move forward in getting permanent heat back on in your home. I can have this work completed Wednesday the 4th. We would also change of the glycol in the system at this time.



Best Wishes,

Dave Gieck

Wyoming Mechanical Co.
307.733.7337
307.733.7202 fax
307.690.9262 cell
530 Elk Ave
PO Box 2829
Jackson WY 83001



Exhibit No. X6
Date: 5-3-16
Gieck
T&T REPORTING

1

Bates No. 017

**Exhibit P**



**Exhibit Q**



2





4









Case 2:15-cv-00128-NDF    Document 121-7    Filed 08/31/16    Page 13 of 15



**Exhibit R**



Advanced
Engineering
Investigations
www.AEIengineers.com

## FIELD NOTES

RE: Rep/Ins:        Gregory Buckingham
    Claimant:       Monica Herrera
    Location:       8935 E Ditch Creek Road, Kelly, Wyoming
    Date of Loss:   01/30/15
    Claim No.:      P1111
    Category:       MNOX
    AEI Project #:  12400

**PREPARED BY:** John M. (Jay) Freeman Jr., MS, PE, CFEI

**February 6, 2015**

We're at the subject residence north of Jackson, Wyoming. I was there with Kate Mead and Boyd Roberts. Dave, the caretaker, and Greg Buckingham were present.

The boiler was found shut off when we got here. I took pictures of the various pieces of equipment.

With the help of the caretaker, Dave, we kicked the unit up to high fire at about 3:39 pm. We were seeing 189 ppm CO at log point number 113.

At about 3:45 pm, we went back to high fire with the domestic hot water and the heating zones. That was shortly before log point 156.

At about log point 215, the unit restarted and we had a minor delayed ignition with a puff that shook the unit. This occurred at about 3:56 pm.

There were no adjustments or changes made to the unit during our firing. The unit was powered down and shut off when we departed.



Exhibit No.: 204
Name: Freeman
Date: 7-25-16
ESQUIRE

PRIVILEGED AND CONFIDENTIAL
PREPARED AT REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION

8197 West Brandon Drive  |  Littleton, CO 80125  |  Main: 303-756-2900  |  Toll Free: 877-937-2900  |  Fax: 303-756-2911

Exhibit S