Page 1

J0393064JW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 15-CV-128-F

_____

FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful
Death Representatives, for Exclusive Benefit of the
Beneficiaries of MONICA HERRERA, deceased, who have
sustained Damages from her wrongfully caused death,

　　　　Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in
their individual capacities as Trustees of the
BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and
DEBORAH BUCKINGHAM as Individual Defendants; and
WYOMING MECHANICAL, INC., a Wyoming Corporation;
TRIANGLE TUBE/PHASE II CO., INC., a New Jersey
Corporation; and M&G DURAVENT, INC., a New York
Corporation,
　　　　Defendants.

_____

VIDEOTAPED DEPOSITION OF JOHN M. FREEMAN, JR., PE
July 25, 2016

Pursuant to Notice taken on behalf of Defendant M&G
DuraVent, Inc., at 1660 Lincoln Street, Suite 2510,
Denver, Colorado 80264, at 9:16 a.m., before
Jodi M. Wagner, Registered Professional Reporter and
Notary Public within Colorado.

Page 2

1　APPEARANCES:
2　　　　DAVID G. LEWIS, Attorney at Law,
　　PO Box 8519, Jackson, Wyoming 83002, appearing on
3　behalf of the Plaintiffs.
4　　　　RICHARD A. WALTZ, Attorney at Law, from The
　　Waltz Law Firm, 1660 Lincoln Street, Suite 2510,
5　Denver, Colorado 80264, appearing on behalf of
　　Defendant M&G DuraVent, Inc.
6
　　　　JOSEPH P. MCGILL, Attorney at Law, from the
7　Law Firm of Foley, Baron, Metzger & Juip, PLLC,
　　38777 Six Mile Road, Suite 300, Denver, Colorado
8　80264, appearing on behalf of Defendant
　　Triangle Tube/Phase II, Co., Inc.
9
　　　　JULIE NYE TIEDEKEN, Attorney at Law, from
10　the Law Firm of McKellar, Tiedeken & Scoggin,
　　702 Randall Avenue, Denver, Colorado 80264, appearing
11　on behalf of Defendant Wyoming Mechanical, Inc.
12　　　　KATHERINE L. MEAD, Attorney at Law, from the
　　Law Firm of Mead & Mead, 1200 N. Spring Gulch Road,
13　PO Box 1809, Jackson, Wyoming 83001, appearing on
　　behalf of Gregory and Deborah Buckingham, Buckingham
14　Family Trust, Trustee G Buckingham and Trustee D
　　Buckingham.
15
16　　　　Also Present:  Rodney Hudson, videographer.
17
18
19
20
21
22
23
24
25

Page 3

1　　　　　　　　I N D E X
2　EXAMINATION　　　　　　　　　　PAGE
3　By Mr. McGill　　　　　　6, 289, 305
4　By Mr. Waltz　　　　　　　128, 300
5　By Ms. Tiedeken　　　　　　233, 304
6　By Mr. Lewis　　　　　　　　269
7
8
　　　　　　　　INITIAL
9　DEPOSITION EXHIBITS:　　　　REFERENCE
10　201　AEI Engineering Investigation　　6
　　　　Report by Freeman, Dated 1/4/16;
11　　　No Bates
12　202　Weil-McLain Technical Bulletin -　138
　　　　March 7, 2016; No Bates
13
　　203　Email Chain Ending on 5/26/2014　140
14　　　between Kurt Bauer and Mike Brunt;
　　　　Bates Triangle017838
15
　　204　Freeman Field Notes -2/6/2015;　146
16　　　No Bates
17　205　PPM CO Graph; No Bates　　　147
18　206　Handwritten Notes Dated 10/22/2015;　154
　　　　No Bates
19
　　207　Handwritten Notes - Test 2, Dated　158
20　　　2/9/2015; No Bates
21　208　Color Photograph; No Bates　　159
22　209　Color Photograph; No Bates　　159
23　210　Color Photograph; No Bates　　167
24　211　Handwritten Notes Dated 4/28/16;　196
　　　　No Bates
25

Page 4

1　212　Pressure Test Graph; No Bates　　237
2　213　Email from Mike Senk to Gian Luigi　281
　　　　Crippa - 4/1/2011; No Bates
3
4　(Enclosed.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Exhibit T

Page 5

1    WHEREUPON, the following proceedings were
2  taken pursuant to the Federal Rules of Civil
3  Procedure.
4    (Exhibit 201 was premarked.)
5    VIDEOGRAPHER:  This is Tape No. 1 to the
6  videotaped deposition of Jay Freeman, Jr., in the
7  matter of Francisco L. Herrera, et al., versus Gregory
8  Buckingham, et al., being heard before the US District
9  Court of Wyoming, Case No. 15-CV-128-F.
10    This deposition is being held at
11  1660 Lincoln Street, Denver, Colorado, on July 25,
12  2016, at 9:16 a.m.  My name is Rodney Hudson, and I'm
13  the videographer.  The court reporter is Jodi Wagner.
14    Counsel, will you please introduce
15  yourselves and affiliations, and the witness will be
16  sworn.
17    MR. LEWIS:  My name is David Lewis.  I'm the
18  attorney for plaintiffs.
19    MR. McGILL:  Good morning.  It's Joseph
20  McGill for Triangle Tube Corporation.
21    MS. TIEDEKEN:  Julie Tiedeken for Wyoming
22  Mechanical Company, Inc.
23    MS. MEAD:  Katherine Mead for the
24  Buckinghams.
25    MR. WALTZ:  My name is Dick Waltz.  I'm here

Page 6

1  on behalf of DuraVent.
2    JOHN M. FREEMAN, JR., PE,
3  having been duly sworn to state the whole truth,
4  testified as follows:
5    EXAMINATION
6  BY MR. McGILL:
7    Q.  Good morning, Mr. Freeman.  Can you state
8  your full name for the record.
9    A.  John M. Freeman, Jr.
10    Q.  And can you tell us just briefly what you've
11  done in terms of preparation for your testimony today?
12    A.  I kind of reviewed some things in my file, I
13  read a couple of depositions in the last few days, and
14  organized my files so I'd have ready access to
15  hopefully what I need.
16    Q.  And which depositions did you take a look
17  at?
18    A.  I read the most recent one of Greg
19  Buckingham, and also David Schuler.
20    Q.  We've marked your report as Exhibit 201.
21  I'll show that to you now.  And if you can just
22  identify for the record what that document is.
23    A.  This is my report dated January 4, 2016,
24  with attachments.
25    Q.  And is this the only report that you've

Page 7

1  prepared in this matter?
2    A.  It is.
3    Q.  And are you working on an updated report?
4    A.  No.
5    Q.  I don't know that the pages are marked, but
6  I believe that pages 13 through 17 list your testimony
7  of record.  I may be off on the page numbers.
8    A.  I know what you're talking about, so we're
9  all set.
10    Q.  Okay.  Can you identify -- whenever you're
11  ready, sir.
12    A.  I'm ready.
13    Q.  Can you identify any of the cases listed
14  there that involved a boiler?
15    A.  Well, let's see.  I guess the very first one
16  on the list.  The Mummey case, that involved a boiler.
17  It's also listed farther down for it, it looks like, a
18  second deposition.  It's the fifth one down.
19    Coker and Dozier, they were sort of
20  commercial water heaters.  I think sometimes they are
21  called boilers, but they were commercial water
22  heaters.  The one after that is the Mummey, and that's
23  the trial.  Let's see what else we've got.
24    University of New Mexico versus the Response
25  Group involved a boiler.  On page 2 of 3, based on

Page 8

1  what's at the bottom of the pages, the one that's
2  dated 1/21/2014 Hilborn versus Keating-Severson
3  Hospitality was a boiler.
4    Yeah, there's one on here -- the one for
5  6/25/2014, I can't remember off the top of my head
6  what the details were.  That was, obviously, a carbon
7  monoxide case as indicated by the code on the far
8  right side, but I'm not remembering what appliance it
9  was.
10    Yeah, I think those are the only ones that
11  involve a boiler on this record.
12    Q.  All right.  So the description that you
13  have, the description column in your chart there, what
14  do the abbreviations identify?
15    A.  On the far right column?
16    Q.  Yes, sir.
17    A.  Fire is fire.  EXPL is an explosion.  MNOX
18  is a carbon monoxide poisoning.  SS is a sprinkler
19  system.  Testing is just what it says, testing.  FRZ
20  is freeze.  I think that covers most of it.
21    Q.  Okay.  And did any of those cases involve a
22  Triangle Tube boiler?
23    A.  I don't believe so.
24    Q.  Can you tell me what's your best
25  recollection of what you found in the -- is it the

1   Mummey case?
2     A.  My best recollection was that there were
3   delayed ignitions with a Baxi boiler, which uses the
4   same kind of burner as the Triangle Tube.  The delayed
5   ignitions caused the vent pipe to separate, which
6   resulted in a carbon monoxide fatality at the house.
7     Q.  It was a burner failure; is that what you
8   said?
9     A.  There were delayed ignitions with the burner
10   which separated the vent pipe.
11     Q.  What about with the Coker case?
12     A.  That was just -- that was a separated vent
13   pipe at a high-rise hotel.  It separated in the chase
14   leading to the roof due to problems with a hurricane.
15   And they had a boiler or commercial water heater in
16   the basement that wasn't running well, and so there
17   were a number of people that had to go to the
18   hospital.
19     Q.  Did you find that there was a product defect
20   in this case?
21     A.  I did not find any product defects in that
22   case that I recall.
23     Q.  What about in the Mummey case?
24     A.  Yeah, I was critical of the design of the
25   vent pipe for the boiler.

1     Q.  Do you recall the manufacturer?
2     A.  The boiler was a Baxi, and I don't know if
3   the vent pipe was a Viessman or if it was simply
4   provided with the boiler, but it separated at a fairly
5   low load, like 15 pounds.
6     Q.  And the University of New Mexico?
7     A.  That was a situation where I think the
8   boiler shut down and they had a frozen sprinkler pipe
9   that caused a bunch of damage to a new school building
10   on the campus.
11     Q.  Did you find a defect with that boiler?
12     A.  No.
13     Q.  How about the Hilborn case?
14     A.  That was a carbon monoxide poisoning at a
15   Holiday Inn hotel in Illinois.  And there were a
16   number of problems with the boiler.  It was a pool
17   boiler, and it loaded up the swimming pool area with
18   carbon monoxide, and a number of people had to go to
19   the hospital.
20     Q.  Did you find a product defect in that
21   matter?
22     A.  I don't think there was a product defect.
23   As I recall, it was more of a maintenance issue
24   bypassing safeties, things of that nature.
25     Q.  And then the Dreger case?

1     A.  Are you talking about the one on 6/25/2014?
2     Q.  Yes, sir.
3     A.  The one that I couldn't remember anything
4   about?
5     Q.  Yeah.  I was hoping your memory might --
6     A.  No, it's not ringing a bell.
7     Q.  Okay.
8     A.  I'm sorry.  It's just not ringing a bell.
9     Q.  So out of the several cases that you
10   mentioned that involved boilers or may have involved
11   boilers, it's only the Mummey case that you found
12   where there was a product defect?
13     A.  I believe that's correct.  Obviously, I've
14   got other cases beside the ones that are listed on the
15   testimony record.
16     Q.  The testimony record is just for matters
17   that you've either provided deposition testimony or
18   trial testimony; is that correct?
19     A.  Deposition or trial, as listed in the second
20   column, or arbitration.
21     Q.  Okay.  And so over the same time period,
22   have you consulted with respect to any claims arising
23   from the operation of a gas-fired appliance such as a
24   boiler that are not listed?
25     A.  Sure.

1     Q.  Do you have any of those that you can recall
2   that involve a Triangle Tube boiler?
3     A.  Yes.
4     Q.  Which ones?
5     A.  The Smith case in Jackson, Wyoming.  And I
6   have another active case in Baltimore at the Westin
7   Hotel by the airport in Baltimore.
8     Q.  And those both involve Triangle Tube
9   boilers?
10     A.  They do.
11     Q.  Tell me about the case in Baltimore.
12     A.  There was a separation of a vent pipe to the
13   boilers in the boiler room, which apparently
14   distributed carbon monoxide throughout different parts
15   of the hotel, and a number of people were exposed.
16     Q.  Were there any injuries that you're aware
17   of?
18     A.  I haven't evaluated the injuries. I just
19   know there are claims and it's an ongoing case.
20     Q.  Was that matter litigated, do you know?
21     A.  Well, I think it's litigated.  I believe
22   it's in suit.  I know Mr. Caggiano was out there.
23     Q.  And then what about the Smith case?
24     A.  There was a boiler in the residence.  There
25   were issues of the height of the vent pipe above the

Page 13

1  roof and the connection of the vent pipe to the
2  boiler.  And I recall, the boiler was not running very
3  cleanly, and a number of people were exposed to carbon
4  monoxide.
5      Q.  Did you provide an opinion in that case?
6      A.  Only to my client.
7      Q.  Did you find any defect with the
8  Triangle Tube boiler involved in that case?
9      A.  I've never disclosed my opinions other than
10  to my client.
11      Q.  Who were you retained by in the Smith case?
12      A.  I believe it was the heating contractor that
13  installed the Triangle Tube boiler.
14      Q.  Did you find that there were issues with
15  respect to the installation of the boiler?
16      A.  I've only discussed my opinions with my
17  client.  And since I wasn't listed as a testifying
18  expert, I still consider that to be confidential.
19      Q.  In the Smith case, did you provide
20  deposition testimony?
21      A.  No.
22      Q.  Did you provide testimony in court?
23      A.  No.
24      Q.  A couple of days ago, your counsel gave me a
25  zip drive with your file on it.  Is there anything

Page 14

1  that you can recall that should be added to that group
2  of records?
3      A.  I got some stuff Friday and Saturday, I
4  think.  And I've got those on a separate drive, but
5  they were just deposition transcripts.  And there
6  might have been some exhibits in there also.
7      Q.  Do you recall which depositions?
8      A.  I think at least the two -- the more recent
9  series of depositions, I believe, are the ones that
10  I've been provided this past week.
11      Q.  In the case with the separated vent pipe at
12  the hotel in Baltimore, do you recall the manufacturer
13  of the vent pipe material?
14      A.  I think it was just PVC.  Just a PVC vent
15  pipe.  And I can't remember whether it was a 6-inch or
16  8-inch, or whatever it was.  I don't recall the
17  manufacturer offhand.
18      Q.  Do you recall when you were retained to
19  provide analysis in this case?
20      A.  No.  I can look at my notes.
21         It looks like I was contacted around
22  February 3 of 2015.
23      Q.  And who were you contacted by?
24      A.  Well, I opened the file under Kate Mead.  I
25  don't remember if I talked to Boyd Roberts or not.

Page 15

1      Q.  Who is Boyd Roberts?
2      A.  He's an adjustor with Mountain West Farm
3  Bureau, an insurer for the Buckinghams.
4      Q.  And what were the terms of your retention?
5      A.  What do you mean exactly?
6      Q.  What did they ask you to do?
7      A.  They asked me to go up to Jackson and take a
8  look at the boiler that was up there and be involved
9  in determining what happened.
10      Q.  And when was your first visit to Jackson on
11  this retention?
12      A.  February 6, 2015.
13      Q.  Did you communicate with Ms. Mead by email
14  or over the phone?  How did that take place?
15      A.  Well, let me look at my invoices and see if
16  it tells me.  Probably by phone.  I don't see a note
17  here of the conversation, but I would assume I talked
18  to her before I went up there.
19      Q.  Before your first visit to the Buckinghams'
20  residence, did you speak with the Buckinghams at all?
21      A.  No.
22      Q.  When's your first recollection of any
23  discussions that you might have had with the
24  Buckinghams?
25      A.  When I was on the site February 6.

Page 16

1      Q.  Do you have any notes or any internal
2  working papers related to your -- specifically to your
3  retention?
4      A.  Well, I have the retention agreement letter
5  that we send out.  I have the form that we fill out
6  when we open a new project.
7      Q.  And as you sit here today, you don't have an
8  updated report or draft in the process?
9      A.  That's correct.
10      Q.  Have you been asked to prepare an updated
11  report from the one that's been marked as an exhibit
12  in this case?
13      A.  I have not.
14      Q.  And so you say you've reviewed the testimony
15  of Mr. and Mrs. Buckingham; is that correct?
16      A.  Well, I've read several depositions of
17  Mr. Buckingham, and I read an older one of Deborah
18  Buckingham.
19      Q.  Did you read the deposition of the caretaker
20  at the property, Mr. Schuler?
21      A.  I read the most recent one.  And I believe I
22  also read one of the older ones.  I've got all of the
23  depositions with me here, and they are underlined in
24  red if I reviewed them.
25      Q.  Are there any portions of those two sets of

Page 17

1  testimony, the Buckinghams or Mr. Schuler, that you
2  relied on in preparing your report?
3      A.  I would say yes.
4      Q.  Which portions, to the best of your
5  recollection?
6      A.  I think I remember the discussion about
7  conversations with Wyoming Mechanical, and also issues
8  related to the boiler operation and the vent pipe
9  separating.
10     Q.  Were you asked at all to assist in the
11 preparation of either Greg or Deborah Buckingham
12 before they provided deposition testimony?
13     A.  No.
14     Q.  On page 5 of your report, it lists several
15 records that were reviewed in preparation for the
16 report.  Are there additional records that should be
17 added to that list?
18     A.  At the time I wrote the report, you're
19 saying?
20     Q.  And as you sit here today?
21     A.  Well, there's some additional things that
22 I've reviewed since I wrote this report, but they were
23 not reviewed for the purpose of writing this report.
24     Q.  Does Exhibit 201 there, which is your
25 report, accurately reflect the current status of your

Page 18

1  opinion in this litigation?
2      A.  Well, let me see.  There has been some new
3  information available since I wrote this report.  Let
4  me look at my conclusions and see if anything has
5  changed.
6          I think there's been some additional
7  information about the potential problems with delayed
8  ignitions with the Triangle Tube boilers; namely, the
9  problem with the installation and the ignitor adjacent
10 to the installation.
11         I think there's also been some pull tests
12 that were done on the vent piping at one of our three
13 labs that we had on this case.  And the vent piping
14 pulled apart in less than a hundred pounds, and I
15 believe the standard requires it take a hundred pound
16 or greater of tension to pull it apart.
17     Q.  So is that the sum total of the additional
18 information which you would be relying upon in
19 modifying any of the opinions that you have in this
20 case?
21     A.  Well, I told you the recent documents I
22 reviewed.  I mentioned some exhibits, and I mentioned
23 the two depositions.  Obviously, I've read Bernie
24 Cuzzillo's report which talks about certain issues.  I
25 think at this point in time, that's what I remember

Page 19

1  that I looked at since I've authored this report.
2          So I do have -- you know, I have issues with
3  the vent pipe if it separates at less than a hundred
4  pounds, as the standard -- 1738 standard requires that
5  it be a hundred pounds or greater for a tension test.
6          And, obviously, if there's a problem with
7  the Triangle Tube boiler that causes delayed
8  ignitions, there's no doubt in my mind that the
9  delayed ignitions caused this vent pipe to separate.
10     Q.  So the lab that we had last week with the
11 boiler and the LP gas regulators -- do you recall
12 those?
13     A.  Yes.
14     Q.  Are any of your notes or photographs or the
15 materials you might have collected during that
16 section, are they included in the zip drive that your
17 counsel provided me?
18     A.  When did you get the zip drive?
19     Q.  It would have been mid-week last week, I
20 believe.
21     A.  I don't know if the notes are included.  I'm
22 thinking the video and everything I put on there.  Do
23 you remember looking at it to see if the video was on
24 there and my pictures?
25     Q.  I wasn't able to verify exactly the extent

Page 20

1  of everything that's on there.
2      A.  Okay.  I think the notes made it on there.
3  I can't be certain about that, but I think the notes
4  made it on there.  But I have them here today, and
5  then you probably got the x-rays --
6      Q.  Yes.
7      A.  -- of the regulators?  Okay.
8      Q.  So will you verify that with your counsel,
9  and if there are records that are missing --
10         MS. MEAD:  Sure.
11     Q.  (BY MR. McGILL)  -- forward those along?
12     A.  I've got the notes here today if you'd like
13 to copy them.
14     Q.  I just can't be certain whether or not
15 what's on that zip drive contains your notes or not.
16     A.  Right.  But when in doubt, it's six or seven
17 pages.
18     Q.  Sure.
19         MS. MEAD:  And you're talking about the
20 testing last Tuesday?
21         MR. McGILL:  Yes.
22         MS. MEAD:  Okay.
23     Q.  (BY MR. McGILL)  Has anyone else on your --
24 first of all, what's the name of your company?
25     A.  AEI Corporation, formerly known as Advanced

Page 21

1  Engineering Investigations Corporation.
2      Q.  And what is your position there?
3      A.  I'm the president.
4      Q.  How long have you been president?
5      A.  Since the corporation was formed.
6      Q.  When was that?
7      A.  I think about 2005.
8      Q.  And did anyone at your business assist you
9  in preparation of your report, other than for clerical
10  matters?
11      A.  No.
12      Q.  Can we just clarify specifically, if you
13  can, the dates where you've inspected or conducted
14  testing on the Triangle Tube boiler involved in this
15  litigation?
16      A.  Well, I think you've been at every one of
17  them, except maybe for the one on February 6, 2015.
18  And then there was an inspection -- and I believe you
19  were present -- on February 9, 2015.
20          And then we had a lab on October 27, 2015,
21  and then another lab on April 28, 2016.  And then
22  there was an inspection at the site; I believe that
23  was June 8 of 2016.  And then the most recent lab was
24  July 19, 2016.
25      Q.  In your report, you use the term "delayed

Page 22

1  ignitions."  Are you using that term as defined under
2  the ANSI standard for delayed ignition test, or are
3  you using it in a more --
4      A.  Generic?
5      Q.  -- generic fashion?
6      A.  I'm using it in a more generic fashion.
7  Obviously, there's -- delayed ignitions is sort of a
8  general overview.  You can have a delayed ignition
9  that you barely hear, and then you can have delayed
10  ignitions with substantial explosive force, which is a
11  lot more than a hard start, in my opinion.
12      Q.  Have you spoken with any other consultants,
13  either at your corporation or outside of it, regarding
14  any of the opinions that you're providing in this case
15  now?
16          MS. MEAD:  Objection to form.
17          Answer if you can.
18      A.  I would say no.  Obviously, I've had
19  discussions at some of these inspections with Bernie,
20  kind of more listening to Bernie talking about his
21  opinions, but I haven't really had any discussions
22  with any other experts beyond that.
23      Q.  (BY MR. McGILL)  Your curriculum vitae is
24  attached to your report.  Any other professional
25  experience that isn't listed in your current

Page 23

1  curriculum vitae?
2      A.  No, I don't think so.  I think this is an
3  older CV.  I've got almost 40 years' forensic
4  experience as of the 1st of October.  So that's coming
5  up.  And I think I'm on more -- more than 32 standards
6  technical panels or Underwriters' Laboratories.  I
7  think it might be as many as 34 or 36.
8      Q.  Describe for me what your work is in that
9  capacity.
10      A.  Well, I provided input and voting regarding
11  suggested changes to the various committees that I'm
12  on related specifically to the different standards.
13      Q.  Would any of those standards be applicable
14  to your work in this case?
15      A.  Probably.
16      Q.  Do you recall which ones?
17      A.  1738.
18      Q.  What is 1738?
19      A.  It's the standard for the vent piping that
20  was on the boiler.
21      Q.  Is that standard specific to the vent piping
22  or the boiler or both?
23      A.  Specific to the vent piping.
24      Q.  So that's UL 1738.
25      A.  That's correct.  The title of the standard

Page 24

1  is "Venting Systems for Gas Burning Appliances
2  Categories II, III, and IV."
3      Q.  And you've been a licensed professional
4  engineer since 1975?
5      A.  That's correct.
6      Q.  In the state of Colorado?
7      A.  Yes.
8      Q.  And has your license ever been grieved,
9  disciplined, or complained against?
10      A.  No.
11      Q.  When did you receive your license in
12  Arkansas?
13      A.  It was probably a couple of years ago, I
14  think.
15      Q.  Why did you do that?
16      A.  I think I had a case there, and it seemed to
17  me there might have been some requirement with the
18  courts that you had to be licensed there to testify
19  there.
20      Q.  Have you ever attended any training provided
21  by any boiler manufacturer?
22      A.  Not that I can think of.
23      Q.  Have you ever designed a boiler?
24      A.  Not a commercial boiler, no.
25      Q.  Do you consider or classify the boiler

Page 25

1  involved in this litigation as a commercial boiler?
2      A.  Well, it's a residential boiler.  I mean, I
3  did basically help build a boiler and a wood-burning
4  fireplace for a house years ago.  That's why I threw
5  that out.  But I haven't done any design of
6  residential boilers.  I've looked at a lot of boilers
7  and had a lot of cases over the years with gas-fired
8  equipment.
9      Q.  So aside from that one instance, you have no
10  experience in designing boilers, either residential or
11  in commercial applications?
12      A.  That's a fair statement.
13      Q.  And you've never worked for a boiler
14  manufacturer?
15      A.  Only as a consultant.
16      Q.  Which manufacturers have you consulted with?
17      A.  Weil-McLain.
18      Q.  When was that?
19      A.  I've done quite a number of jobs for them
20  over the years.
21      Q.  When was the last time you worked for
22  Weil-McLain?
23      A.  Probably within the last -- I think the last
24  time I was out in the field for them was maybe six
25  weeks ago, something like it.

Page 26

1      Q.  Any of those retentions involve litigation?
2      A.  Yes.
3      Q.  When was the first time you were retained by
4  them?
5      A.  I don't know.  It's been a number of years.
6  I don't know exactly.
7      Q.  Have you discovered or found any defects in
8  any Weil-McLain boilers that you've encountered during
9  the course of these consultings?
10      A.  Are you talking design defect, manufacturing
11  defect, or any of the above?
12      Q.  Any of the above, but you raise a good
13  point.  Let's separate it out to design defect first,
14  and then tell me about manufacturing defects.
15      A.  Well, if I hadn't been disclosed as an
16  expert and I found such a thing, I couldn't tell about
17  it.
18      Q.  So you consider the work you've done with
19  Weil-McLain as confidential and you're not --
20      A.  Confidential unless I'm disclosed as an
21  expert and provide a report or testimony.
22      Q.  And you haven't been disclosed as an expert
23  or provided a report for Weil-McLain?
24      A.  Well, I have in some of the cases, I
25  believe.

Page 27

1      Q.  Some of those cases would have been before
2  this four-year list that's attached to your resume?
3      A.  They could have been in the last four years,
4  I just don't recall.  You know, I haven't been deposed
5  on any Weil-McLain cases or testified at trial.
6      Q.  Do you know whether or not any of the
7  reports that you've provided for Weil-McLain have been
8  disclosed in litigation?
9      A.  I don't know.
10      Q.  How would we check on that?
11      A.  I don't know.  I guess I'd have to contact
12  Weil-McLain.  I'm just trying to think if I've written
13  any reports for them in recent years.  And I can't
14  remember off the top of my head.
15      Q.  With respect to manufacturing defects,
16  basically you're going to give me the same answer?
17      A.  Sure.
18      Q.  Well, can you check your records and get
19  with your counsel and let us know if any of those
20  reports that you provided were ever disclosed in
21  litigation?  And, if so, you can provide us copies?
22  I'd appreciate it.
23      A.  Okay.
24      Q.  Have you ever installed a boiler before?
25      A.  Not that I can recall.

Page 28

1      Q.  Have you ever actually performed or assisted
2  with final check-out and firing of a boiler?
3      A.  No, I don't believe I have.  I'm usually
4  called in after something goes wrong to find out what
5  the problem is.
6      Q.  Tell me what the term "product failure
7  analysis" means to you.
8      A.  To me, product failure analysis would be
9  doing an evaluation and an engineering review of a
10  piece of equipment after there's a claim or a loss to
11  see if there's something wrong with the product either
12  in its design, manufacture, or installation that
13  caused the problem.
14      Q.  And can that product failure analysis also
15  be conducted before a product is sold on the
16  marketplace?
17      A.  Sure.
18      Q.  Have you ever been involved in that type of
19  product failure analysis?
20      A.  We've done some testing of products in the
21  past.  I don't remember whether any of them were
22  boilers.  And I've done some troubleshooting for
23  boiler manufacturers in the past also.
24      Q.  Which ones?
25      A.  That's confidential.

Page 29

1    Q.  Do you consider yourself to be an expert in
2    the field of installation of boilers?
3    A.  I think I have -- yeah, I would say that I'm
4    an expert in the installation of boilers.
5    Q.  Have you ever performed any testing for
6    compliance with ANSI standards applicable to any
7    particular boiler?
8    A.  Not that I can recall.
9    Q.  Have you ever converted a boiler from
10   natural gas to liquid petroleum?
11   A.  To liquefied petroleum gas?
12   Q.  Yes.
13   A.  I don't recall doing that, no.  I've looked
14   at a number of them that were not properly converted.
15   Q.  Have you ever reviewed the conversion kit
16   that comes with the Triangle Tube Prestige Solo 175
17   boiler?
18   A.  I've reviewed the instructions, yes.
19   Q.  Were those instructions clear to you?
20   A.  It has been a while since I looked at them,
21   but I don't believe so.  I remember that it has the
22   phrase that you must use a combustion analyzer.  You
23   probably were going to ask me that, weren't you?
24   Q.  That was absolutely my next question.
25   And so why is it, under your understanding,

Page 30

1    that Triangle Tube might indicate in its conversion
2    kit for converting a natural gas boiler to LP that
3    they require a combustion analyzer be part of the
4    equipment they use?
5    A.  Why is it that they might require that?
6    Q.  Yes.
7    A.  To make sure that the equipment is running
8    properly.  All these high-efficiency boilers need to
9    be dialed in with a combustion analyzer.  Some don't
10   have orifice changes, some do.  And I've had a number
11   of incidents where they were not properly dialed in
12   that resulted in separation of vent pipes and
13   fatalities.
14   And the industry is still adapting.  The old
15   school guys are still learning how to do some of these
16   things properly.
17   Q.  And in those conversion instructions
18   provided by Triangle Tube, does it indicate that
19   there's a possibility for personal injury or death if
20   the conversion isn't done properly?
21   A.  I believe there's some reference around that
22   that kind of shows up throughout all of their
23   literature.  I see a number of places where they talk
24   about serious injury, death, property damage.  It's on
25   a number of pages.  It looks like it's on all the

Page 31

1    pages, just over and over again.
2    Q.  And that's in the conversion kit instruction
3    manual?
4    A.  Yes.
5    Q.  Do the instructions also come with the
6    required range of combustion gas emissions that should
7    be present when the conversion is completed?
8    A.  I believe there's a table in here on page 4.
9    Q.  Does that document have a Bates number?
10   A.  This one does not.  I think this is the
11   original one that was in with all the instructions
12   with the boiler.
13   Q.  And you mentioned other experience where
14   boilers were not converted properly and there were
15   injuries or fatalities.  Did any of those involve
16   Triangle Tube boilers?
17   A.  Are you talking about just the
18   high-efficiency boilers?
19   Q.  Yes.
20   A.  Well, Triangle Tube is involved in the one
21   at the Westin Hotel.  Triangle Tube was involved in
22   the Smith case, I believe.  Those are the only two
23   that I can think of for Triangle Tube.  I think I've
24   had about 17 different instances with high-efficiency
25   boilers where there were carbon monoxide issues.

Page 32

1    Q.  And as you sit here today, you're not able
2    to disclose whether or not you found any product
3    defect with respect to the Triangle Tube boiler
4    involved at the Westin Hotel matter or in the Smith
5    case?
6    A.  The Smith case, I can't disclose it.  And
7    the other one at the hotel is ongoing litigation.
8    Q.  So with respect to the other personal
9    injuries and fatalities for the failure to convert a
10   boiler properly, and other than the two cases that you
11   mentioned, there were no other Triangle Tube cases
12   that were involved in those matters?
13   A.  Not that I can remember.
14   Q.  Why is it that that failure to appropriately
15   convert a high-efficiency gas-fired appliance, like
16   the boilers that you mentioned, can lead to fatalities
17   or personal injuries?
18   A.  Well, number one, for instance, with the
19   Baxi boiler, if you don't convert it properly from
20   natural gas to LP, you get a rich mix.  It causes
21   delayed ignitions, and those delayed ignitions can
22   separate the vent pipe.  I've had two cases, and I
23   think I have a third that I'm working on.
24   At least two of those, I believe, resulted
25   in fatalities.  And when the pipe does separate, then

Page 33

1   if it's dumping the combustion products in the house
2   and it's running really dirty, then people die.
3       Q.   And for the cases that involved vent pipe
4   separation, how many of them involved polypropylene
5   piping, if any?
6       A.   Let's see.  I think the Baxi boiler -- I
7   think it's a coaxial vent pipe.  I think the center
8   pipe is polypropylene.
9       Q.   What's coaxial vent pipe?
10      A.   What is coaxial vent pipe?
11      Q.   Yes, sir.
12      A.   That's one pipe within another pipe, and
13  then the fresh air is brought into the boiler in the
14  annular space between the exhaust and the outer pipe.
15          And I have another one that's sort of
16  ongoing with a fatality with a vent pipe separation,
17  and I think it was polypropylene.
18      Q.   And you've never serviced a high-efficiency
19  boiler like the Prestige Solo 175?
20      A.   Well, I've done a little bit of service work
21  on some -- a couple high-efficiency boilers.
22      Q.   Any of those Triangle Tube boilers?
23      A.   No.
24      Q.   Other than the testing that we did last week
25  on the regulators that were collected from the

Page 34

1   Buckingham residence, the LP gas regulators, have you
2   ever performed any testing on an LP gas regulator?
3       A.   Yes.
4       Q.   In what context?
5       A.   An investigation of a gas equipment fire,
6   gas explosion of carbon monoxide poisoning.
7       Q.   Was that all one case?
8       A.   No, that's all different cases.  I've tested
9   regulators hundreds of times.
10      Q.   Tell me the different reasons or the
11  different things you're trying to determine when
12  you're testing an LP gas regulator?
13      A.   Well, you're trying to determine if it
14  functions properly.  You're trying to determine --
15  sometimes when you test it, we test the internal
16  relief valve, which we didn't do this past week.
17  You're looking for lock-up pressure.  You're looking
18  for creep when it locks up.  You're looking for the
19  flow pressure at different loads.
20          You're looking at the installation.  We've
21  had -- I've had installations where they have the vent
22  pointing up, which doesn't work out very well in cold
23  climates.  I've had installations where the vent is
24  pointing sideways.  In Wyoming, where the wind blows a
25  little bit, on rainy days you can get moisture inside

Page 35

1   the regulator which can freeze and cause an
2   overpressure.
3       Q.   Which direction was the vent installed on
4   the regulator -- the second stage regulator at the
5   Buckingham residence?
6       A.   It was pointing down.
7       Q.   What do you mean by the term "creep"?
8       A.   Creep is where it locks up and the pressure
9   slowly climbs.
10      Q.   How would that be indicated?  How would you
11  be able to determine whether or not creep is
12  occurring?
13      A.   Well, you put a monometer on it, and if
14  you're looking at the first or the second stage
15  regulator, you put a monometer on it and you watch the
16  pressure over time.
17      Q.   I'm presuming the pressure goes down?
18      A.   I'm sorry?
19      Q.   The pressure goes down, or does it creep up?
20      A.   It creeps up.  Sometimes it will go down.
21  If you do a hard lock-up where you hit it with
22  pressure, you'll overshoot the set point and it will
23  gradually come back down also.  But that's not called
24  creep.  That's just called settling in.
25      Q.   So when creep occurs and pressure slowly

Page 36

1   increases, what's the result of that in terms of
2   performance of the appliance that's being supplied by
3   the LP gas?
4       A.   It can have higher than normal pressure when
5   the appliance starts, but then it drops off -- it
6   drops off very quickly once you start the flow.  And
7   if the pressure continues to climb to get into the
8   30-inch range, the internal relief valve will open and
9   you'll start dumping gas out of the vent and the
10  regulator.
11      Q.   If creep occurs and there's an increase in
12  pressure, can that lead to a delayed ignition or a
13  rough start?
14      A.   Generally speaking, or on this boiler?
15      Q.   Generally speaking.
16      A.   If you've got a functioning control valve on
17  the appliance, I would say no.  The control valve
18  limits the pressure and subsequently the flow
19  downstream of the control valve on the appliance.
20      Q.   What about with this boiler?
21      A.   It didn't do it when we tested it.  I think
22  we put over 30 inches of pressure on it, if I remember
23  correctly, and things still functioned just fine.
24      Q.   You mentioned one of the other reasons to
25  test an LP gas regulator is for performance.  What

1  performance components are you looking for?
2      A.  Well, you want to see if it can maintain the
3  flow and maintain the pressure when you've got a load
4  on it.  And when you've got a number of appliances
5  downstream drawing gas, you want to make sure that you
6  can maintain adequate pressure to those appliances.
7          There's a curve that they published for all
8  the regulators that shows the flow on the horizontal
9  axis and the pressure on the vertical axis, and it
10  shows the droop as the performance of the regulator
11  drops off.  With a real high flow, you get a lower
12  pressure.
13      Q.  When you were working on the Smith case in
14  Jackson, did you inspect or test the LP gas regulators
15  in that case?
16      A.  I'm trying to remember if we measured the
17  inlet pressure to the gas valve, which would be the
18  same as the outlet pressure of the second stage.  And
19  I would suspect that we probably did, but I don't
20  remember off the top of my head.  I don't remember
21  pressure going to the appliance being an issue.
22      Q.  And, again, you didn't provide an opinion or
23  report in that case?
24      A.  Not to any of the opposing parties, no.
25      Q.  So you've reviewed the Triangle Tube

1  materials that go along with the -- or went along with
2  Buckingham boiler, which would include the
3  installation manual?
4      A.  I've probably spent some time going through
5  it, yes.
6      Q.  Did you review any of the engineering
7  bulletins that were issued by Triangle Tube in the
8  fall in 2014?
9      A.  I think there was one that was referenced.
10  I think I referenced one in my report.  Since my
11  report, and actually within the last week, I got a
12  bunch of -- I think I saw some documents, and maybe
13  they were referenced in Bernie's report or talked
14  about in Mr. Senk's deposition, about some of the
15  issues with delayed ignition.
16      Q.  And I think you mentioned that there was an
17  issue with respect to the ignitor and the installation
18  plate that is installed in the top of the heat
19  exchanger of the Prestige Solo 175 model?
20      A.  Yes.
21      Q.  At the various times when the boiler
22  involved in this matter, which is of that same model,
23  was inspected, did you have an opportunity to look at
24  the ignitor and the installation plate?
25      A.  We looked at the ignitor.  We took the

1  ignitor out.  I think that was even done on-site, if I
2  remember.  I don't remember whether we pulled the top
3  off the boiler off the top of my head.  I'd have to
4  look at my pictures.  I just don't remember.
5      Q.  Did you notice anything that you found was a
6  problem with the ignitor from the Buckingham boiler?
7      A.  I noticed that we did have some delayed
8  ignitions or hard starts during the testing, both at
9  the site and at our laboratory.
10      Q.  Now, are you using that "delayed ignition"
11  term again in the generic sense or in the ANSI sense?
12      A.  Well, I don't know exactly what ANSI -- how
13  ANSI defines delayed ignition.  I'm using it
14  generically, which means the flame doesn't light right
15  away and you get a noise.  And, obviously, you can
16  have it be explosive if you have a long enough delayed
17  ignition.
18      Q.  Okay.  But were there any visible signs of
19  any problem or defect with the ignitor from the
20  Buckingham boiler that you can recall?
21      A.  I don't recall anything from looking at the
22  ignitor.  I think these bulletins, some of the recent
23  bulletins that were talked about in Bernie's report
24  probably came out after our last inspection of the
25  ignitor earlier this year.

1      Q.  And you don't have any recollection of
2  inspecting the installation plate that is mounted on
3  the top of the heat exchanger where the ignitor is
4  inserted through?
5      A.  I don't remember if we pulled the top of
6  that off.  I'd have to look at my pictures.
7      Q.  Is it your opinion that the Triangle Tube
8  Prestige Trimax 175 boiler is reasonably safe for its
9  intended use when it's properly installed?
10      A.  You're asking across the board, or are you
11  asking based on my experience with this particular
12  boiler?
13      Q.  I would say across the board.
14      A.  Based on the documents that I've read and my
15  review of notes related to Mr. Senk's deposition, it
16  sounds like there are some serious problems with the
17  boiler that are causing serious delayed ignitions, and
18  that Triangle Tube has been trying to solve the
19  problem but may not have solved it.
20          And I consider -- delayed ignitions can
21  cause damage to the boiler, they can cause separation
22  of the vent pipes because you get very high pressures
23  when that occurs.
24      Q.  Now, specifically with respect to the
25  Buckingham boiler, is it your opinion that that boiler

Page 41

```
 1   would have been safe -- reasonably safe for its
 2   intended use had it been installed properly?
 3       A.  No.
 4       Q.  For the same reasons you just mentioned?
 5       A.  Yes.
 6       Q.  What is your understanding of the ignition
 7   issues that you claim Triangle Tube has had with these
 8   boilers?
 9       A.  I haven't reviewed all the documents in
10   detail like Bernie has, but I understood that there
11   was some question about the length of the ceramic
12   insulation on the ignitor.  And they tried longer ones
13   and gone back to shorter ones.  They tried them
14   knurled.  And they felt that there might be a problem
15   with the insulation at the top of the boiler affecting
16   delayed ignitions.
17           That's what I recall from looking at
18   Bernie's report and the notes from Mr. Senk's
19   deposition.  I haven't read Mr. Senk's deposition yet,
20   and I have not looked at all those documents.
21       Q.  So have you compiled -- is it your opinion
22   that the ignitor on the Buckingham boiler is defective
23   in any way?
24       A.  I think the ignition system is defective.
25   If we're getting delayed ignitions that are blowing
```

Page 42

```
 1   vent pipes apart and making it sound like there's a
 2   car driving through a wall of the house, there's a
 3   serious problem with the boiler.
 4       Q.  And you base that on own discussions you've
 5   had with Mr. Buckingham, and what else?
 6       A.  Well, I think reviewing Mr. Buckingham's
 7   deposition, reviewing Mr. Schuler's deposition,
 8   reviewing Bernie's report, and reviewing the notes in
 9   the Senk deposition, there's obviously a problem with
10   this particular boiler.
11           And it sounds like it's not limited
12   specifically to this particular boiler.  I think if
13   you've got a boiler that's generally set up pretty
14   close to being properly dialed in and you're having
15   delayed ignitions that are strong enough to blow a
16   vent pipe apart, then I think you've got a serious
17   problem.  That's just common sense.
18       Q.  So was the Buckingham boiler, when you first
19   encountered it, properly dialed in, as you're using
20   that term?
21       A.  It was not properly dialed in.  It was off a
22   little bit.  And, actually, it had been -- excuse me.
23   Let me back up.
24           It had been dialed in by the time I got
25   there to some degree.  I don't know if it was still
```

Page 43

```
 1   within the limits, just like it probably wasn't in the
 2   lab, but it was a half a turn change on the throttle
 3   screw clockwise when I got there compared to the time
 4   of the incident.
 5       Q.  And who made that change?
 6       A.  I believe it was Mr. Gieck from Wyoming
 7   Mechanical.
 8       Q.  Do you know if Mr. Gieck used a combustion
 9   analyzer when he made those adjustments?
10       A.  I seem to recall that he did.
11       Q.  So even after Mr. Gieck attempted to
12   properly dial in the Buckingham boiler, when you first
13   encountered it, it was still outside of the
14   requirements of Triangle Tube?  Is that a fair
15   statement?
16       A.  Yeah.  I think when we tried to dial it
17   in -- I should look at my notes from the latest lab.
18   We had a problem getting it to work exactly as it was
19   supposed to.  I don't think we got carbon monoxide
20   down below 100, if I remember correctly.
21       Q.  When you talk about the ignition system in
22   reference to the Buckingham boiler, what are you
23   referring to?
24       A.  Well, you've got an electronic module that
25   drives the sequencing of the unit where you go through
```

Page 44

```
 1   a purge cycle, and then you start the gas flow with
 2   the ignitor going.  And if you establish flame, you've
 3   got a flame sensing rod that's part of the system,
 4   part of the ignitor.
 5           If you have gas flow and, for whatever
 6   reason, you don't have a spark there right away, you
 7   can get a pretty dramatic explosion.  We've done
 8   testing in other cases with the same general type of
 9   burner and heat exchanger in that regard.
10       Q.  Are you relying on any of the testing you've
11   done in those other cases in formulating your opinion
12   in this matter?
13       A.  Yes.
14       Q.  What are those cases, and tell me what you
15   found.
16       A.  Well, the Mummey case, we did some testing
17   to see what kind of pressures we can generate, because
18   we had a separated vent pipe that resulted in a
19   fatality.  The opposing side was saying they thought
20   something had just pulled the vent pipe apart and it
21   could not have been from delayed ignition, so we did a
22   bunch of testing to see what would happen.  And we
23   measured pressures with delayed ignitions and recorded
24   the pressures.
25       Q.  Did you do any such testing in this matter?
```

Page 45

1    A.  You mean did I try to blow the vent pipe
2  apart?  No.  I, obviously, couldn't use this boiler,
3  and I'm not sure my client wanted to spend the money
4  to go buy another boiler to do the testing.  And,
5  frankly, I don't think it's necessary.
6         It's pretty obvious to me that it's not
7  thermal expansion; it's delayed ignition that caused
8  the vent pipe to separate.
9    Q.  But you've never collected any data from
10  physical readings of the pressures associated with any
11  actual or perceived delayed ignitions involved with
12  the Buckingham boiler; is that a fair statement?
13    A.  That is correct.  You are correct.  We've
14  observed some delayed ignitions or hard starts, but we
15  have not collected any data.  I'm sure if we proposed
16  deliberately created delayed ignitions, somebody would
17  have a major objection if we used this specific
18  boiler.
19    Q.  But that data doesn't exist in terms of the
20  Buckingham boiler, to your knowledge?
21    A.  I don't have it.  I haven't done it.  I
22  don't know what Triangle Tube has done.  I know I've
23  done it with similar heat exchangers and burners.
24  They are all pretty common.
25    Q.  It could be done in this case, could it not?

Page 46

1    A.  Yeah, I could create delayed ignitions and
2  measure pressures and see if I can blow the vent pipe
3  apart, but I've got data from other boilers that I
4  consider to be reliable.
5    Q.  Okay.  Other non-Triangle Tube boilers?
6    A.  Correct.  They use the same general type of
7  burners and heat exchanger.  They are all premixed.
8    Q.  We're going to need those records as well.
9    A.  I can give you one of them.  I just happen
10  to have it here right now.
11    Q.  We can do that on a break.
12    A.  Okay.
13    Q.  I appreciate that.
14         Other than the Mummey case, any other cases
15  where you've done this delayed ignition and tried to
16  blow the vent pipe off?
17    A.  Not that I can recall off the top of my
18  head.  Well, wait a minute.  Let me back up.  I did
19  some consulting for a company that makes boilers, and
20  we did recreate the delayed ignition problem with
21  their boiler and subsequently solve the problem.
22    Q.  Okay.  Are you relying on that data in
23  formulating your opinions in this case?
24    A.  No.  It is a data point.  I mean, I know
25  that delayed ignitions can blow vent pipes apart

Page 47

1  because that's what happened with that boiler, and
2  I've seen it happen with a Baxi boiler.  And I believe
3  I've seen it happen with this one.  There's no doubt
4  in my mind that the delayed ignitions separated the
5  vent pipe.
6    Q.  So on your visit on February 6, 2015, to the
7  Buckingham ranch, you say you witness a delayed
8  ignition.  Describe that for me, please.
9    A.  It was a hard start.  You'd kind of hear a
10  little (indicating) and the boiler would rattle a
11  little bit.  I'm pretty sure it happened on the 6th.
12  I'm pretty sure it happened on the 9th.  And I can
13  certainly pull out the videos, and I think you've got
14  all the videos that might show that also.
15    Q.  When either one of these rough starts
16  occurred, either on the 6th or the 9th of February of
17  2015, did the exhaust venting for the boiler become
18  detached?
19    A.  No.
20    Q.  Did anything become detached?
21    A.  No.
22    Q.  Have you observed any similar such hard
23  starts in the lab?
24    A.  Of this boiler?
25    Q.  Of the Buckingham boiler?

Page 48

1    A.  Yeah, we had some.  We had some when we did
2  testing.  I think we have video of it.
3    Q.  Were they of the same magnitude, to the best
4  of your recollection, as the ones you saw on-site?
5    A.  I would say, generally, yes.
6    Q.  Have you ever been able to -- or have you
7  observed the Buckingham boiler give off a hard start
8  to the magnitude described by Mr. Buckingham, like a
9  door being slammed or a car being driven through the
10  house?
11    A.  Or snow falling off --
12    Q.  A large amount of snow falling off the roof?
13    A.  No, no.  I haven't seen that happen in the
14  times that we tested it.
15    Q.  And if my math is correct, it's been
16  observed and tested on six different occasions; is
17  that right?
18    A.  I think five.  We've had three labs and two
19  site inspections when the boiler was there.
20    Q.  Is there any way that you can explain this
21  discrepancy, this absence of the ability to observe
22  this boiler give a hard start like Mr. Buckingham
23  described?
24    A.  I don't know if -- there was some reference,
25  I think, in Mr. Senk's deposition, of which I've only

Page 49

1  looked at the notes, to cold weather maybe having some
2  type of an effect.  Obviously, when we test it in our
3  lab, it's not cold.
4        We didn't cycle it a whole lot of times at
5  the house.  And it doesn't sound like it was something
6  that we was repeatable.  I remember that Mr. Gieck
7  wanted Mr. Buckingham to sit out in the garage and
8  watch the boiler to see if it did it again.  So it was
9  an intermittent issue.
10       Q.  So you're not aware of anyone that's
11 actually observed the boiler have a rough start or
12 hard start and at the same time viewed the exhaust
13 venting become detached?
14       A.  That's correct.  It seems to me Mr. Schuler
15 was in there, in the garage at one point, and there
16 was a hard start that startled him, if I remember
17 correctly.  But nobody actually saw the vent pipe blow
18 apart from a hard start.  They saw the result of the
19 vent pipe separating but did not witness the actual
20 separation.
21       Q.  Are you familiar with any local, state, or
22 industry requirements regarding installation of
23 boilers?
24       MS. MEAD:  Did you "installation"?
25       MR. McGILL:  Yes.

Page 50

1        A.  Yes.
2        Q.  (BY MR. McGILL)  What would be -- of those
3  items, which would have been applicable to the
4  Buckingham boiler?
5        A.  Give me the list again, please.
6        Q.  Local, countywide, state, or model code.
7        A.  Well, generally, all of those codes say that
8  the boiler should be installed according to the
9  manufacturer's instructions.  So whether it's the
10 International Fuel Gas Code, the National Fuel Gas
11 Code, the Uniform Plumbing Code, you know, they all
12 pretty much say the same thing.
13       Q.  Do you have an opinion with respect to
14 whether or not Wyoming Mechanical followed
15 Triangle Tube's instructions for the installation of
16 the Buckingham boiler?
17       A.  The one issue that I have is that they
18 didn't use a combustion analyzer when they initially
19 set it up.
20       Q.  Why is that an issue?
21       A.  Well, you're supposed to use a combustion
22 analyzer to make sure it's running efficiently and
23 safely.
24       Q.  And that's the only -- is that the only item
25 upon which you're critical for Wyoming Mechanical's

Page 51

1  installation of the Buckingham boiler?
2        A.  I think there was some issues about, you
3  know, some support of the vent pipe which is more
4  vertical supporting and probably would not stop the
5  separation.  I know Bernie had some things that he
6  referenced.  Somebody was getting all excited about a
7  lack of a drip leg.  I don't see that as an issue
8  related to anything that happened here.
9        Those are the ones that I can just remember
10 off the top of my head.
11       Q.  Turning back for a moment to the LP gas
12 regulator issue.  Can the performance of an LP gas
13 regulator be impacted by environmental conditions such
14 as temperature?
15       A.  Generally, no.  Regulators are designed to
16 work in extremely cold climates.  I've, you know, been
17 up in Alaska and tested regulators in Alaska in the
18 wintertime, and they function fine as long as they are
19 properly installed.
20       We have places in Colorado where we have
21 incidents in the wintertime, places in Montana.  So we
22 frequently are testing regulators in really cold
23 places, and I don't recall ever having cold weather
24 cause a problem with a regulator as long as it's
25 properly installed.

Page 52

1        Q.  And can a delayed ignition, as you're using
2  the term generically, occur in a boiler with no
3  negative impact?
4        A.  Are you talking about within the boiler
5  itself?
6        Q.  Within the boiler, keeping the vent system
7  separate.
8        A.  Yeah, you can tolerate a little bit of a
9  delayed ignition.  But if you start getting some real
10 hard starts, you can damage things.  And some of these
11 burners have a target board or an installation board
12 at the end of the heat exchanger, and you can break
13 those.  I think that's the main thing that I've
14 observed, is the target board gets damaged.
15       Q.  What's a target board?
16       A.  It's basically a ceramic board at the end of
17 the barrel, sort of at the downstream end of the heat
18 exchanger.  All the hot gases are going out
19 horizontally through -- or tangentially through the --
20 at a right angle through the heat exchanger and
21 transfer the heat to the water.
22       And the target board is usually at the end
23 of it because there's not any heat exchanging
24 capability there and they don't want any extra heat
25 there from the flame.

Page 53

1     Q.  Are you aware that the ANSI standard for
2  direct-vent boilers requires a delayed ignition
3  testing pass?
4     A.  Yeah, I think I've read that somewhere.
5     Q.  Do you know what the constituent components
6  of that delayed ignition test are comprised of?
7     A.  No, not off the top of my head.
8     Q.  Have you ever witnessed one or performed
9  one?
10    A.  Well, not to the ANSI standard.  I've
11  performed hundreds of delayed ignitions on a Baxi
12  boiler.  I've done delayed ignitions with gas
13  fireplaces or gas stoves, which is pretty dramatic
14  when you blow the glass out.
15    Q.  But, again, no delayed ignitions testing to
16  the ANSI standard on any high-efficiency boiler or, in
17  particular, any Triangle Tube boiler?
18    A.  I think that's a fair statement.
19    Q.  Do you recall any consultation or report
20  that you provided in a case called William Ercanbrack
21  versus Oakwood Mobile Homes?
22    A.  The Ercanbrack case was in Utah, if I
23  remember correctly.
24    Q.  Did you provide a report in that case?
25    A.  I don't recall.  That's been quite a while

Page 54

1  ago.
2     Q.  Did that case involve rust in a propane
3  tank?
4     A.  It was a converted tank from anhydrous
5  ammonia to propane, and there was a claim that rust or
6  oxidation in the tank depleted the odorant.  And we
7  did tests on a dozen tanks for almost up to a year,
8  different types of tanks, and actually wrote a paper
9  on it about depletion of odorant in propane tanks
10  which was presented at several seminars.
11    Q.  And how was that depletion of odorant
12  relevant to the facts of the Ercanbrack case?
13    A.  I think there was a question of whether
14  people would have had a chance to smell any leaking
15  gas inside the mobile home.
16    Q.  You had an opportunity to inspect at least
17  the exterior and some of the working components of the
18  LP gas tank at the Buckingham property; is that
19  correct?
20    A.  Yes.
21    Q.  Is there anything that you observed with
22  respect to that tank that you found could have been
23  out of the ordinary or in need of repair?
24    A.  With respect to the tank?
25    Q.  Yes.

Page 55

1     A.  I don't remember any issues with respect to
2  the tank.
3     Q.  Similar to the Ercanbrack case, was there
4  anything related to the LP gas supply at the
5  Buckingham property that could have caused a delayed
6  ignition in your mind or your opinion?
7        THE DEPONENT:  I'm sorry.  Ask the question
8  one more time.
9        (The pending question was read back.)
10    A.  Aside from the boiler?  You're leaving the
11  boiler out of it; right?
12    Q.  (BY MR. McGILL)  Yes.
13    A.  You're asking me about the system?
14        I didn't see anything that would cause a
15  delayed ignition.
16    Q.  Did you see any issues with respect to the
17  condition of the LP gas supply which would include not
18  only the regulators, but the tank itself and the
19  supply lines?
20    A.  The only thing I saw is that the second
21  stage regulator probably should have been raised up so
22  it's higher on the house, even though it is protected
23  by the snow, and that's verified by the pictures I
24  took when I came up there right after the loss, that
25  show that there's no snow anywhere near the second

Page 56

1  stage regulator.
2     Q.  Do you recall your report in the Judith
3  Lorraine versus Central Co-op case?
4     A.  I'm sorry?  What's the name of the case?
5     Q.  Lorraine versus Central Co-op was in the
6  Jackson County Court in Kansas City, Missouri, back in
7  2000.
8     A.  It's only 16 years ago.  Tell me -- do you
9  have any more information on it?  I think I know which
10  case it is.  Was it a carbon monoxide fatality case?
11    Q.  It was a carbon monoxide case that involved
12  installation of a heat source that caused the death of
13  Ms. Lorraine.
14    A.  Doesn't tell you who the lawyers were or
15  anything?
16    Q.  No.
17    A.  Was that at a trial?  Is there a trial on
18  that one?  You said Kansas City; right?
19    Q.  Yes.
20    A.  I think I know which one it was.
21    Q.  Do you have any recollection of what was
22  wrong with the boiler in that case?
23    A.  Well, that was a furnace, if it's the case
24  I'm thinking of.  So maybe if it's listed as a boiler,
25  maybe it's something else and I just can't remember.

Page 57

1    Q.  Yeah, I don't have the exact appliance that
2  was installed.  But if it's the same one I'm thinking
3  of that was Kansas City and the plaintiff's name was
4  Lorraine, do you have any recollection of that?
5    A.  No.  I did have -- I do remember a trial in
6  Kansas City, and I remember it well because at 2:00 in
7  the morning we had a tornado alert and everybody in
8  the hotel had to go down to the parking garage.
9        If it's the case I'm thinking of, the guy
10  from the co-op came out to relight a lady's furnace
11  and didn't put the blower door back on properly on the
12  furnace, and then she died from carbon monoxide, if
13  it's the case I'm thinking of.
14        Does that sound like the case?
15    Q.  That sounds like it, yeah.
16    A.  Okay.  So what's the question?
17    Q.  So the question is in that matter you found
18  that it was a problem with the installation or the
19  service of the hearting appliance that was the cause
20  of her death?
21    A.  Yeah.  The guy didn't put the blower door
22  back on properly when he lit the appliance.
23    Q.  Do you attribute any of the work that
24  Wyoming Mechanical did on the Buckingham boiler as
25  contributory to the death of Monica Herrera?

Page 58

1    A.  I would say no.  In terms of the work they
2  did on the boiler or the installation of the boiler,
3  no.
4    Q.  Do you have any criticism of Wyoming
5  Mechanical's involvement in this litigation?
6    A.  Yes.
7    Q.  What are those?
8    A.  Well, when they were told that the vent pipe
9  was blowing apart and that there were loud explosions
10  within the boiler, they should have either gone out
11  there immediately to take care of the problem, or had
12  the homeowner shut it down until they could get out
13  there and use an alternative source of heat.
14        I think they should have warned them about
15  carbon monoxide issues also.
16    Q.  Anything else?
17    A.  I think that's it.
18        The one other thing I'll throw in is I think
19  it would have been smart to either suggest to the
20  customer that they get a carbon monoxide alarm on
21  their house or provide them one.  A carbon monoxide
22  alarm is pretty cheap when you look at the cost of a
23  boiler.
24    Q.  Did you see carbon monoxide warning devices
25  at the property when you first visited there on

Page 59

1  February 6, 2015?
2    A.  I'm trying to remember if there was some
3  portable plug-ins, and I don't remember.  I think the
4  boiler had been shut down.  I know they put some in
5  later in February.  I don't remember seeing any,
6  though, off the top of my head.
7    Q.  If it's all right with you, Mr. Freeman,
8  let's take a five-minute break.
9    A.  No, I just want to keep going.
10        No, I'm kidding.
11    Q.  I've got to pull out the exhibits.
12    A.  And I do have that little graph, if you want
13  it, that we talked about too.  I can give you that and
14  you can make a copy of the pressures --
15    Q.  Sure.
16    A.  -- of the boiler from the vent pipe from
17  delayed ignition.
18        VIDEOGRAPHER:  This is the end of Tape No. 1
19  in the deposition of Jay Freeman, Jr.  We're off the
20  record at 10:42 a.m.
21        (Recess taken 10:42 a.m. to 11:07 a.m.)
22        VIDEOGRAPHER:  This is the beginning of Tape
23  No. 2 in the deposition of Jay Freeman, Jr.  We're
24  back on the record at 11:07 a.m.
25    Q.  (BY MR. McGILL)  Mr. Freeman, I've opened

Page 60

1  the exhibit book up there to Exhibit 60, which is the
2  Triangle Tube installation manual.  Would you mind
3  turning to page 9 of that manual.  It's the Bates
4  number on the bottom right-hand side of that.
5    A.  Okay.  Got it.  Warning, danger, warning.
6  Yes, I see it.  Okay.
7    Q.  So you see the warning there under the
8  heading -- it says "Warning:  Qualified installer"?
9        MS. TIEDEKEN:  Pardon me.  Are you on
10  Bates 9?
11        MR. McGILL:  Yes.
12    A.  Where it says "Prior to installing this
13  product"?
14    Q.  (BY MR. McGILL)  Yes.  Can you read that
15  into the record, please.
16    A.  Sure.  "Qualified installer:  Prior to
17  installing this product, read all instructions
18  included in this manual and all accompanying
19  manuals/documents with this appliance.  Perform all
20  installation steps required in these manuals in the
21  proper order given.  Failure to adhere to guidelines
22  within these manuals can result in severe personal
23  injury, death or substantial property damage."
24    Q.  Is there anything that's unclear to you
25  about that warning?

Page 61

1    A.  No.  I think that's a pretty clear.
2    Q.  And did Wyoming Mechanical comply with the
3  terms that are stated in this warning, to your
4  knowledge?
5    A.  I think we talked about that before.  They
6  did not use a combustion analyzer on the boiler when
7  they installed it, is my understanding.
8    Q.  And is that -- you also talked about some
9  other problems that they had or things that they
10  didn't do in installation of the Buckingham boiler.
11    Would those also be violations of this
12  warning that's contained in the Triangle Tube
13  materials?
14    A.  Yeah, if the manual says you've got to put a
15  drip leg in, they didn't put a drip leg in.
16    Q.  Do you have any opinion as to whether or not
17  Wyoming Mechanical's failures in those regards would
18  be a breach of the applicable standard of care with
19  regard to the installation of the Buckingham boiler?
20    A.  I have an opinion.
21    Q.  And what is that?
22    A.  I think the installer should install the
23  boiler according to the manufacturer's instructions,
24  and they should read them.  I've got to tell you, a
25  lot of times I see guys that aren't reading these

Page 62

1  things, but they should do it.
2    Q.  Would it also be a violation of the standard
3  of care for Wyoming Mechanical to have used improper
4  vent materials for the Triangle Tube boiler?
5    A.  I guess, yeah, it seemed to me there was a
6  vent supplement.  I didn't look at that in too great
7  of detail because I don't think the selection of the
8  vent material had anything to do with the separation
9  itself.  The fact that they mixed a couple different
10  brands didn't separate that joint.
11    Q.  Do you recall the termination kit that was
12  used on the Buckingham installation?
13    A.  Yes, I remember it.
14    Q.  Do you know whether or not that's an
15  approved part for the Triangle Tube boiler?
16    A.  I do not.  I have not looked at that.
17    Q.  Do you know whether or not inspecting the
18  flame pattern for a Triangle Tube boiler upon
19  inspection is important?
20    A.  Most of the high-efficiency boilers that
21  I've seen, they do have viewing windows.  I think it's
22  more important to dial in the combustion with a
23  combustion analyzer than to try to look at the flame.
24    Q.  And then if you could take a look at
25  page 74.  It's Bates 74 in Exhibit 60.

Page 63

1    A.  Okay.
2    Q.  Could you identify what that is after you're
3  done, please.
4    A.  Okay.  I've looked at it.
5    What was your question?
6    Q.  Could you identify what that page is in the
7  manual?
8    A.  It's labeled as "Check-Out Procedures."
9    Q.  What are the check-out procedures designed
10  to ensure?
11    A.  Just sort of a double-check to make sure the
12  system is installed and operating properly.
13    Q.  Do you know whether or not Wyoming
14  Mechanical filled out this check-out list?
15    A.  I do not.
16    Q.  And the next page, would you take a look at
17  that?
18    A.  Okay.
19    Q.  Could you identify that for the record,
20  please.
21    A.  It says "Installation Record."
22    Q.  What is an installation record?
23    A.  It's where you list the specific boiler and
24  you put in the combustion readings and verify that you
25  did the check-out procedures and you followed the

Page 64

1  instructions, and that you leave that information with
2  the owner.
3    Q.  And, to your knowledge, did Wyoming
4  Mechanical complete this portion of the Triangle Tube
5  instruction materials?
6    A.  I don't know.
7    Q.  Is there anything that's unclear to you
8  about that installation record, first and foremost?
9    A.  No.  I think it's pretty clear.
10    Q.  And you think it's appropriate to have that
11  in the Triangle Tube installation manual?
12    A.  Yes.
13    Q.  Could you turn to Exhibit 61, please.
14  Identify that for the record, please.
15    A.  It says "Prestige Control Application
16  Supplement-Trimax."
17    Q.  All right.  Do you know how many times the
18  Buckingham boiler is recorded to have achieved
19  successful ignitions?
20    MS. TIEDEKEN:  Objection, foundation.
21    A.  I heard the number 28,000.  I don't remember
22  seeing that on the display, but I've heard that
23  number.
24    Q.  (BY MR. McGILL)  If that number is accurate,
25  do you believe that that was an appropriate condition

Page 65

1   in which to leave the Buckingham boiler by
2   Wyoming Mechanical?
3        MS. TIEDEKEN:  Objection, foundation.
4        A.   Okay.  I'm confused.  You're asking if it's
5   appropriate to leave the boiler when it's at 28,000
6   ignitions, which doesn't make sense, because when it's
7   a new boiler, it doesn't have 28,000 ignitions.
8        Q.   (BY MR. McGILL)  Sure.  I'll rephrase my
9   question.  So let's assume that Wyoming Mechanical
10  installed this boiler, which we know they did.  Okay?
11       A.   Right.
12       Q.   And that when you first came on the scene in
13  February 2015 to look at the boiler, I want you to
14  also assume that the boiler had in excess of 28,000
15  successful ignitions.
16       A.   Okay.
17       Q.   Does that sound relatively accurate from
18  what you observed?
19       A.   I don't remember looking at the display that
20  shows the 28,000.  It may be on the video that I shot,
21  but I just don't remember that number offhand.
22       Q.   If the boiler had 28,000 successful
23  ignitions in the two and a half months that it was in
24  operation, would you characterize that as an excessive
25  number of ignitions?

Page 66

1        A.   It sounds like a lot.  I don't know that I
2   have a database to compare it to, but that sounds like
3   a lot of ignitions.
4        Q.   Would you consider that to be a condition
5   where the boiler is short-cycling?
6        MS. TIEDEKEN:  Objection, foundation.
7        A.   Again, I don't have a database to tell me,
8   but I would normally not expect it to be cycling that
9   much, especially with a modulating boiler.
10       Q.   (BY MR. McGILL)  Could you turn to page 117
11  in Exhibit 61.  It's Bates 117.
12            Near the bottom of the page where there's a
13  heading "CH Call Blocking."
14       A.   I see that.
15       Q.   Near the bottom of that paragraph, do you
16  see sentence that reads "The CH call blocking feature
17  prevents short cycling of the burner and extends the
18  life of the burner components"?
19       A.   I do see that.
20       Q.   So is this a function of the Triangle Tube
21  boiler which could have been adjusted by Wyoming
22  Mechanical after the boiler was installed to reduce
23  the number of ignitions or short cycling of the
24  boiler?
25       MS. TIEDEKEN:  Objection, foundation.

Page 67

1        A.   Well, it looks like you can set the time
2   between cycles.  Is that your question?
3        Q.   (BY MR. McGILL)  Yes.
4        A.   I do see that as one of the features.
5        Q.   Do you think -- if you assume that the
6   boiler was short-cycling, is that -- was that a
7   violation of the standard of care for Wyoming
8   Mechanical to leave the Triangle Tube boiler in that
9   condition where it's short-cycling?
10       MS. TIEDEKEN:  Objection, foundation.  And
11  assumes facts not in evidence.
12       A.   I don't know.  I don't know why it would
13  have been short-cycling.  I don't do, you know, an
14  analysis of that.  Certainly could have done that.
15            They could have done some testing and put
16  instrumentation on it to find out what's going on in
17  terms of water flow and temperatures and thermostat
18  demand and everything else, but we were more concerned
19  about the issue of the carbon monoxide.
20       Q.   (BY MR. McGILL)  If the boiler ignites --
21  the more frequently a boiler ignites, is it fair to
22  say that there's more of a possibility of delayed
23  ignition?
24       MS. MEAD:  Objection, foundation.
25       A.   The only thing I can say is if it's got --

Page 68

1   if it has a problem where sometimes you've got a fault
2   with the high voltage to the insulation or something
3   else, then that would be true.  If the thing is
4   running fine, I wouldn't expect that you'd have
5   delayed ignitions even with 28,000 cycles.
6        Q.   (BY MR. McGILL)  If the boiler is not
7   properly tuned in or dialed in, as you've used the
8   term, hypothetically speaking, and it's short-cycling,
9   would it be more of a possibility or actually more of
10  a probability of delayed ignitions to occur?
11       A.   I would say no.  I don't see that the way
12  it's dialed in has anything to do with the delayed
13  ignitions.  I think we ran some tests, if I remember,
14  with the screw set at the factory setting, and I think
15  we still had some little delayed ignitions or hard
16  starts.  So I don't see it being off enough to cause
17  the explosions that are going to separate the vent
18  pipe.
19       Q.   Okay.  But in order for there to be a
20  delayed ignition, there has to be an attempt at
21  ignition; correct?
22       A.   Certainly.
23       Q.   And the more attempts at ignition, the more
24  there's a possibility that there could be a delayed
25  ignition?

1    A.  If there's a problem with the boiler, yeah,
2  I think I'd probably agree with that.  Sure.
3    Q.  And when you use the term "problem with the
4  boiler," does that also includes problems with the way
5  the boiler is installed or dialed in?
6    A.  I don't think the dialing in has anything to
7  do with the delayed ignitions.  I think it's a spark
8  problem, an ignitor problem, installation problem.
9    Q.  Can you turn to Exhibit 49, please.
10    A.  Okay.
11    Q.  And then at this -- now I'm going to refer
12  you to the actual pages on the document itself.  So
13  page 4, upper left-hand column.
14    A.  Okay.
15    Q.  Would you describe for me what that
16  portion -- first of all, for the record, Exhibit 49 is
17  the Triangle Tube vent supplement; is that correct?
18    A.  It is.
19    Q.  And at page 4, in the upper left-hand
20  column, does it identify the vent manufacturers which
21  are approved to be used with Triangle Tube boilers?
22    A.  For the stainless steel, yes, it does.
23       Am I on the right page?
24       MS. TIEDEKEN:  That's where I'm at also.
25       MR. WALTZ:  It's on the next page and the

1  page after.
2       MR. McGILL:  Try the next page.  One more
3  page.
4       MS. TIEDEKEN:  It's actually that page on
5  the right-hand side.
6    Q.  (BY MR. McGILL)  It's actually on page 4 but
7  on the right-hand side.
8    A.  Okay.
9    Q.  Under "Notice."
10    A.  Yes.  I see that.
11    Q.  Is Muelink and Grol BV/DuraVent identified
12  as an approved PP vent supplier for the Triangle Tube
13  boiler?
14    A.  Yes.
15    Q.  And why is it that -- to your knowledge, why
16  is it that Triangle Tube might identify a specific
17  manufacturer for use on their boilers?
18    A.  I think they found that it works with their
19  boiler; and based on the operating temperatures and
20  conditions, they feel that it's an adequate vent pipe.
21    Q.  Can you turn to Table 3, please.
22    A.  Okay.
23    Q.  Describe Table 3, please.
24    A.  It's the approved 3-inch rigid polypropylene
25  vent adapters, terminations, and supports, is the way

1  I read it.
2    Q.  And is DuraVent listed in one of the
3  columns?
4    A.  Yes.
5    Q.  And can you identify which locking band
6  clamp is approved by Triangle Tube from DuraVent on
7  its boilers?
8    A.  The DuraVent is the 3PPS-LBC.
9    Q.  Do you know whether or not Wyoming
10  Mechanical used that locking band clamp in its
11  installation of the Buckingham boiler?
12    A.  I don't.
13    Q.  Can you turn to the first page of the
14  exhibit.  Do you see a revision date at the bottom?
15    A.  Yes.
16    Q.  What is that?
17    A.  10/24/13.
18    Q.  So is it fair to say that this vent
19  supplement would have been in use at the time that the
20  Buckingham boiler was installed?
21       MS. TIEDEKEN:  Objection, foundation.
22    A.  Yeah, certainly this document was out at the
23  time of installation.  I don't remember what the
24  manufacturing date of the boiler was, but at the time
25  of installation.  It was after 10/24/13, unless there

1  was another revision.
2    Q.  (BY MR. McGILL)  I'm going to ask your
3  counsel to grab Exhibit 130 from the -- I believe it's
4  in the book right next to you.
5       You'll need to have both.
6    A.  I'll need to have both?
7    Q.  Well, maybe not.  We'll see.
8    A.  I guess I could get rid of this thing.
9       Okay.  What did you want me to turn to in
10  here, Joe?
11    Q.  130.
12    A.  130, okay.  You guys certainly have a lot of
13  exhibits.
14       MR. LEWIS:  Do you have a Bates stamp?
15       MR. McGILL:  I don't believe it is
16  Bates-stamped.
17       MS. TIEDEKEN:  It is, but my Bates stamp
18  number has got a hole punched through it.
19       It's an M&G DuraVent Bates stamp.
20       THE DEPONENT:  How come there is nothing
21  here for 130s?
22       MS. TIEDEKEN:  I think the witness might
23  have taken it out to look at it when we were going
24  through it on Friday.
25    Q.  (BY MR. McGILL)  I'll show you what -- I'll

Page 73

1  represent for the record, what was -- that this is a
2  copy of Exhibit 130 that was previously marked.
3      A.  Okay.  I think I have a copy of this in my
4  binder, actually.
5      Q.  Can you identify which locking band clamp
6  was supposed to have been used by Wyoming Mechanical
7  when they installed the Triangle Tube boiler at the
8  Buckingham ranch?
9          MS. TIEDEKEN:  Objection, form and
10  foundation.
11      A.  I think it was the -- wasn't it the LBC that
12  I just read off a minute ago?
13      Q.  (BY MR. McGILL)  Yes.
14      A.  I see that on here.
15      Q.  Could you hold that up and show it to the
16  jury, please.
17          So you're indicating which clamp?
18      A.  This one right here.
19      Q.  Do you know which clamp was used on the
20  installation?
21      A.  Let me look here.  It was one of the top
22  two, and I'd have to look at my pictures.
23      Q.  In your opinion, if Wyoming Mechanical would
24  have used the 3PPS-LBC clamp, the one that you
25  indicated, the locking band clamp, would the exhaust

Page 74

1  venting have become detached?
2          MS. TIEDEKEN:  Objection, foundation.
3      A.  That's a really good question.  I guess it
4  depends on the strength of that particular clamp.  We
5  could potentially be dealing with pressures of 19 PSI
6  on a delayed ignition.  So it's got about 7 square
7  inches of pipe times 19 PSI is like 127 pounds or
8  something.
9          So I don't know.  I guess we could do a pull
10  test and see how it does with a pull test, like the
11  pull test we did with the actual vent pipe.
12      Q.  (BY MR. McGILL)  So you can't say as you sit
13  here today whether or not that clamp would have held
14  in place during any delayed ignition events of the
15  Buckingham boiler?
16      A.  I can't.  That's correct.
17      Q.  And no data has been collected to that
18  effect?
19      A.  None.  Not by me.
20      Q.  And, in fact, the only data that we're aware
21  of with respect to the vent piping coming apart are
22  the two pull tests that were done in your lab?
23          MR. WALTZ:  Object to form.
24          MS. TIEDEKEN:  Object to the form.
25      A.  Right.  The two or three pull tests.  I

Page 75

1  think there were actually three.  There was an elbow,
2  straight section, and then one without the clip --
3  without the clamp.
4      Q.  (BY MR. McGILL)  So, again back, to
5  Exhibit 49.  Before we turn to that, was it a
6  violation of the standard of care for
7  Wyoming Mechanical to use the improper clamp?
8          MS. TIEDEKEN:  Objection, foundation and
9  form.
10      A.  If that's what the instructions in that time
11  frame recommended, they should have used what was
12  recommended.
13      Q.  (BY MR. McGILL)  So Exhibit 49, Bates
14  page 47.
15      A.  It's actually not a Bates number, it's
16  just -- you said 47?
17      Q.  Exhibit 49.
18      A.  Exhibit 49.  Yeah, got it.
19      Q.  And Bates page No. 47.
20      A.  Okay.  I do see the Bates number.
21          Okay.  All right.
22      Q.  There should be a warning on the right-hand
23  column.
24      A.  Every page has warnings.  There's two of
25  them here.  I do see the one on the right.

Page 76

1      Q.  Could you read the warning portion into the
2  record, please.
3      A.  Sure.  It says "Contact approved
4  polypropylene vent manufacturer for a copy of their
5  installation instructions.  Read, understand, and
6  follow all of the vent manufacturer's instructions
7  before beginning the installation.  Contact vent
8  manufacturer if you require any technical support.
9          "Failure to properly install and support
10  vent system can lead to carbon monoxide poisoning or
11  fire due to joint separation or pipe breakage."
12      Q.  And then the first -- first of all, anything
13  that's unclear to you about that warning?
14      A.  No.  I think that's clear.
15      Q.  And then the first subparagraph there, could
16  you read that into the record as well, please.
17      A.  It says "Rigid polypropylene vent pipe must
18  be installed with locking band clamps or connector
19  rings and supports, wall strap or clamp, elbow or
20  base, et cetera.  Consult vent manufacturer for
21  complete list of other parts required."
22      Q.  Anything that's unclear about that?
23      A.  Well, it doesn't tell you which clamps to
24  use.  I don't know what the details were when these
25  guys purchased this stuff from the supplier.  I guess

Page 77

1  it would be -- to me, it seems like it might be
2  confusing that there's two different kinds of clamps
3  for the same pipe.  That would be a little bit
4  confusing.
5       So I don't know what discussion happened, if
6  any, with the supplier.  They got the pipe, they've
7  got clamps, and I'm not sure why some are better than
8  others or different.  I really haven't looked into
9  that.
10      Q.  Okay.  Is it fair to say that the confusion
11  arises in your mind after reading this portion of the
12  vent supplement?
13      A.  Yeah, I think there's some confusion in it.
14  Yeah.
15      Q.  And to your knowledge, no one at Wyoming
16  Mechanical bothered to read the vent supplement?
17      A.  I don't know one way or the other.
18         MS. TIEDEKEN:  Object to the form.
19      A.  I don't know one way or the other.
20      Q.  (BY MR. McGILL)  Okay.  Assuming, for
21  purposes of my question, that they did not, that the
22  testimony is that they did not.
23      A.  Okay.
24      Q.  Then it would be a little difficult for them
25  to become confused with this language if they didn't

Page 78

1  bother to read the language; is that a fair statement?
2         MS. TIEDEKEN:  Object to the form.
3      A.  I would agree with that part.  All I'm
4  saying is if you go to a wholesaler and you're buying
5  some PP vent pipe and it comes with particular clamps,
6  I think it would be kind of confusing as to why you
7  have to use one type of clamp with one boiler and
8  another type of clamp with another, unless maybe you
9  expect delayed ignitions.  I don't know.
10      Q.  (BY MR. McGILL)  But you haven't
11  investigated that.
12      A.  I have not.  You are correct.
13      Q.  And you don't know whether or not the people
14  at Wyoming Mechanical either looked at the DuraVent
15  installation materials or the product materials or the
16  Triangle Tube product materials?
17      A.  I do not know.  That's correct.
18      Q.  The last portion of that paragraph, where it
19  says prior to assembly of any joints, et cetera, can
20  you read that portion?
21      A.  Sure.  It says "Prior to assembly of any
22  joints, ensure joint gasket is present and properly
23  installed.  Contact vent manufacturer if gasket is
24  missing or damaged.  Verify the integrity of joints
25  upon completion of the vent system."

Page 79

1      Q.  Okay.  Can you explain to the jury what that
2  is intending to get at?
3      A.  They want to be sure that the gasket, which
4  forms a gas-tight seal, is in the one fitting when the
5  male fitting is pushed into it.
6      Q.  When you first encountered the Buckingham
7  boiler back in February of 2015, did you encounter any
8  portions of the vent system where the gasket was not
9  properly inserted?
10      A.  I don't remember.
11      Q.  Do you recall looking at the concentric
12  termination of the Buckingham exhaust system?
13      A.  Yes.
14      Q.  Do you recall the exhaust venting that goes
15  through that fixture being attached or detached?
16      A.  I think it was -- at one of the visits it
17  may have been back just slightly from the end of the
18  termination, which by itself means nothing.
19      Q.  Would it be a violation of the standard of
20  care if Wyoming Mechanical failed to comply with this
21  warning that you've just been testifying about?
22      A.  The last little warning?
23      Q.  The whole paragraph.
24      A.  Well, I haven't read the whole paragraph.
25  Want me to look through the whole paragraph?

Page 80

1      Q.  No.  Actually, I'll move on.  I think you've
2  answered my question.
3      A.  Okay.
4      Q.  When you were at the Buckingham property in
5  February of 2015, do you recall having conversations
6  with David Gieck from Wyoming Mechanical?
7      A.  Not unless there's something in my notes.
8      Q.  And do you recall whether or not he gave you
9  any indication as to what adjustments he may have made
10  on the throttle screw on the Buckingham boiler after
11  Monica Herrera's death?
12      A.  I don't recall.  I know that the caretaker
13  provided some information to us and also had a
14  photograph on his phone that he looked at.
15      Q.  Did Mr. Gieck, or anyone from Wyoming
16  Mechanical, talk to you about the manner in which this
17  boiler was converted from natural gas to LP?
18      A.  I don't remember, unless it's in my notes.
19  I know there was an orifice change, because we found
20  that the orifice had been changed.
21      Q.  And as part of that process, is it common
22  practice to not only use a combustion analyzer but,
23  if indicated, make an adjustment to the throttle
24  screw?
25      A.  Right.  You should use a combustion analyzer

Page 81

1  and try to dial it in so it's within the
2  specifications.
3      Q.  And when you use the term "dialing it in,"
4  are we just primarily concerned with the throttle
5  screw on the gas valve?
6      A.  Yes.
7      Q.  Could you turn to Exhibit 53, please.
8  Before we get there, have you ever used -- used or
9  understand the term "intended use" when it comes to a
10  product?
11      A.  Sure.
12      Q.  What was the intended use of the Prestige
13  Solo Trimax 175?
14      A.  To provide heat and domestic hot water for
15  the residence.
16      Q.  Was it intended by Triangle Tube that the
17  boiler be operated to allowed flue gas into the living
18  space?
19      A.  It was not intended that they have flue gas
20  in the living space.
21      Q.  And from your review of the testimony in
22  this case and the discussions that you've had with not
23  only the folks from Wyoming Mechanical, but also the
24  Buckinghams, flue gas was being exhausted into a
25  living space at different points in time; is that a

Page 82

1  fair statement?
2      A.  Yes.
3      Q.  And allowing that flue gas to be exhausted
4  into the living space was not how Triangle Tube
5  intended its boiler to be used, was it?
6      A.  You are correct.  That would be a bad thing
7  to have flue gas in the living space.
8      Q.  Exhibit 53, Bates No. 3.
9      A.  Number 3?
10      Q.  Yeah.  There's a warning --
11      A.  There's lots of warnings.  There's four of
12  them on this page.
13      Q.  The warning that starts on the paragraph
14  below it.  "A byproduct of any gas-fired appliance."
15      A.  I see that.
16      Q.  Could you read that into the record, please.
17      A.  Sure.  "A byproduct of any gas-fired
18  appliance -- stove, fireplace, clothes dryer, water
19  heater, furnace, boiler et cetera -- is carbon
20  monoxide.  In the absence of any state or local codes
21  requiring the installation of carbon monoxide detector
22  and alarms, ACV/Triangle Tube recommends the
23  following."
24      Q.  And you can stop there.  Is it fair to
25  characterize what follows as a description of various

Page 83

1  types of carbon monoxide detectors that Triangle Tube
2  would recommend and where they should be installed,
3  those types of issues?
4      A.  Let's see.  Yeah, they do talk about carbon
5  monoxide detectors.  They talk about putting it in the
6  room with the appliance, which normally the people
7  that make CO detectors don't want that to happen.
8  They're also referencing NFPA 720, and the UL standard
9  is 2034.  So I'm not sure what 720 deals with.  So
10  those are my comments.
11      Q.  And, to your knowledge, when you first
12  encountered the Buckingham ranch, you didn't observe
13  any CO detectors being installed or present at the
14  time?
15      A.  I don't remember any at the time.  I do
16  remember in the depositions that there was some
17  discussion of CO detectors being put in after the
18  accident, around the 22nd of February, or something.
19      Q.  And just to make sure I've got this correct,
20  you're critical of Wyoming Mechanical for not advising
21  the Buckinghams about installation of carbon monoxide
22  detectors?
23      A.  Yeah.  I think it would be a good thing for
24  a mechanical contractor to advise the customer that
25  carbon monoxide detectors are a good idea.  They are

Page 84

1  moderately priced.  So I think that would be a good
2  thing for them to do.
3      Q.  I'd like to call you back to the recent
4  inspection of the LP gas regulators collected from the
5  Buckingham ranch.
6          Can you just explain for me what you
7  observed during that inspection.  And if you could,
8  explain what these regulators are and how they were
9  taken off the system.
10      A.  Well, the system was tested when I was out
11  there, either February 6 or February 9, with monitored
12  pressures.  And then it was done on June 8 when we
13  were up there.  I believe that was the date.  The
14  regulators had been in service since practically
15  forever, I guess.
16          They were x-rayed, and they were tested in
17  our lab, and they functioned fine.  They were chilled
18  down to about 20 below zero.  And the second stage
19  regulator had a little bit of creep, but as soon as
20  there was flow on the system, the pressure was normal.
21      Q.  And were the regulators x-rayed?
22      A.  Yes.
23      Q.  And was there anything that you could see
24  from the x-rays?
25      A.  No.  Didn't see any problems in the x-rays

Page 85

1  at all.
2      Q.  Were the regulators disassembled?
3      A.  Yes.
4      Q.  Who actually performed the disassembly of
5  the regulators?
6      A.  I think I took some of the screws out, and
7  then Andrew Lukensmeyer had the privilege of the
8  remainder of the disassembly.
9      Q.  Who is Mr. Lukensmeyer?
10     A.  He's with Fisher and Emerson, the
11 manufacturer of the regulator.
12     Q.  And what was discovered in the first stage
13 regulator when it was disassembled?
14     A.  I don't remember anything unusual at all in
15 the first stage regulator.
16     Q.  Did you notice any pitting or any debris?
17     A.  Not that I recall of significance, no.
18     Q.  Anything that appeared to be a foreign
19 substance or material in the first stage regulator?
20     A.  Not that I recall.
21     Q.  How about the second stage regulator?
22     A.  We had some liquid in there, which may have
23 been heavy ends that condense during the testing.  And
24 there was -- it looked like there might have been some
25 little pieces of pipe dope in there.

Page 86

1      Q.  What are heavy ends?
2      A.  Heavy ends are heavier hydrocarbons, higher
3  chain hydrocarbons that are in all propane.  And they
4  tend to collect by distillation in the bottom of
5  propane tanks.
6      Q.  So is it possible that the heavy ends -- or
7  how it is that the liquid or heavy ends collected in
8  the second stage regulator?
9      A.  I'm thinking it had something to do with our
10 testing that we did where we chilled the regulators
11 down to 20 below zero and we had the warmer propane
12 going in there.  And then we just got some
13 condensation of those heavy ends that came off of the
14 propane cylinder.
15     Q.  And that was a propane cylinder that was in
16 your lab?
17     A.  Right.
18     Q.  Have you ever been able to -- has that
19 cylinder ever let off heavy ends before?
20     A.  Well, no.  I think we did some tests -- I'm
21 trying to remember if we bled some liquid off of it.
22 But I can take any propane cylinder and crack the
23 valve, turn it upside down, vaporize the propane, have
24 it refrigerate the valve and drip it into a container,
25 and when that evaporates, I can have some heavy ends

Page 87

1  left in there.
2      Q.  Were the first and second stage regulators
3  tested in a series where they were both engaged at the
4  same time?
5      A.  They were at the site at least twice, and
6  then also in our setup in the lab.
7      Q.  So would it be possible for these heavy ends
8  to collect after the gas had gone through the first
9  end regulator and then passed through the second stage
10 regulator?
11     A.  Possibly.  The pressure is lower in the
12 second stage regulator.  We didn't have any -- I
13 didn't see any heavy ends in the first stage
14 regulator.
15     Q.  You didn't find that unusual?
16     A.  You know, we haven't analyzed the stuff, but
17 I'm not excited about, you know, the heavy ends doing
18 anything anyway.
19     Q.  And the pipe dope that you mentioned, what
20 is pipe dope?
21     A.  Pipe dope is a material that's used to seal
22 up threaded connections when you've got tapered pipe
23 threads.  It's a pace-type material, sometime
24 teflon-based with some, You know, oil-type material.
25     Q.  Were there several items of debris that you

Page 88

1  would classify as pipe dope in the second stage
2  regulator?
3      A.  It looked like there was pipe dope, yeah.  I
4  think it was going to be tested, but they appeared to
5  be very soft material which won't cause any problem,
6  even if it gets on the seat of the regulator.
7      Q.  So you don't believe the pipe dope had any
8  issue with respect to the performance of the second
9  stage regulator?
10     A.  None at all.
11     Q.  I'm going ask you some questions about your
12 report which I believe is marked as 201.  It should be
13 in front of you there.
14     A.  Okay.
15     Q.  In the stack right in front of you.
16     A.  Okay.
17     Q.  All right.  You've answered some of these
18 questions already.  I'll try not to repeat myself.
19     A.  Okay.
20     Q.  So can you tell me what assumptions you're
21 relying upon in formulating the conclusions that
22 you've made in your report?
23     A.  I'm sorry.  I didn't hear the first part.
24     Q.  The assumptions that you're relying upon in
25 formulating your opinion in your report?

1    A.  Okay.  You want assumptions as opposed to
2  factual information?
3    Q.  I want to start with the assumptions, and
4  then I'll ask you about what data you collected, if
5  any.
6    A.  Okay.  Well, number one is not an
7  assumption.  Monica Herrera did die from carbon
8  monoxide poisoning.  She had a carboxyhemoglobin level
9  of 76 percent.
10    Q.  Mr. Freeman, can I stop you for just a
11  second?
12    A.  Sure.
13    Q.  I don't mean to be rude.  You're reading
14  from the portion of your report that is entitled
15  conclusions?
16    A.  Right.
17    Q.  Okay.  What I'm asking about are your
18  assumptions.  Assumptions that are undergird or that
19  you used in coming to those conclusions.
20    A.  Okay.  I'm trying to do that.
21    Q.  Okay.  Absolutely.
22    A.  I don't assume anything.  If I have some
23  factual information, then I use that.
24    Q.  That's fine.  You don't have to read your
25  conclusions into the record at this point.

1    A.  Okay.  So I guess I'm not totally clear on
2  your question.
3    Q.  Well, has anyone ever talked to you about
4  the use of the term assumptions when it comes to
5  providing expert opinions in litigation in your prior
6  work?
7    A.  Yes.  And, normally, I don't assume
8  anything.  I rely on factual information or education
9  or science or testing or examination or something to
10  come up with my conclusions.  I don't assume anything.
11    Q.  So you understand what an assumption is in
12  this context, in the context of providing what I would
13  call --
14    A.  I know what they say about the word
15  "assume."
16    Q.  I know.  It's unfortunate somebody said
17  that, because now you can barely ever use the word
18  without having some question.
19      Just so that we're clear for the record, you
20  understand what I mean when I say "assumptions"?
21    A.  Well, I'm trying to.  If you're asking me
22  what facts I'm relying on to come to my opinions, I'd
23  rather -- I think I'd be more comfortable answering it
24  that way.
25    Q.  Sure.  And I'm going to ask you about the

1  facts.  But just so the record is clear, you're not
2  assuming anything in reaching your conclusions; and
3  it's your position that all the conclusions that
4  you've reached in your report are based on facts?
5    A.  Well, I just started to go through and do
6  that with my conclusions and state the facts on which
7  I relied.  So if we do that, then that answers your
8  question.  Right?
9    Q.  That could, but I want to make sure that
10  we're talking about the same thing.
11    A.  Well, I'm trying to answer your question.  I
12  don't assume anything.  I've got information that I've
13  read in depositions.  I've got testing that was
14  conducted.  And so that's what I use to come to my
15  conclusions.
16      If you want to start and just go through the
17  conclusions, I don't think there are any assumptions
18  in here.  I'm not assuming anything.
19    Q.  Okay.  All right.
20    A.  Yeah, I think all this stuff is based on
21  factual material that I've read in depositions or
22  observed firsthand.
23    Q.  Okay.  And you don't intend, or you haven't
24  been instructed, to perform any additional testing or
25  to update your report?

1    A.  Not at this point.  No, I have not.
2    Q.  When you went to the Buckingham ranch in
3  February of 2015, you conducted testing.  And on the
4  9th of February, the boiler was disassembled for
5  transportation to your lab in Littleton, Colorado;
6  correct?
7    A.  The vent pipe was taken off when I was
8  there.  The boiler was going to be removed after I
9  left, I'm assuming by Wyoming Mechanical, and they
10  came to put a new boiler in.  But the boiler was still
11  hanging on the wall when I left, as I recall.  That's
12  what my pictures show.
13    Q.  Who transported the vent pipe material from
14  Jackson to Littleton?
15    A.  The same person that transported the boiler,
16  Boyd Roberts.  And I have paperwork on that if you
17  want it.
18    Q.  Is that in the legal section of the file
19  that you provided us?
20    A.  Yes.  It would be on the evidence, the legal
21  part, yes.
22    Q.  And it has a chain of custody?
23    A.  Right.  And then that got updated when the
24  regulators were -- when I got the regulators back to
25  the office.

Page 93

1    Q.  Do you know how Mr. Roberts transported the
2  vent system and the boiler from Jackson to Littleton?
3    A.  I do not.  I don't know if it was in a
4  pickup truck.  I was not the one that received it.
5    Q.  Do you know how it was packaged or secured?
6    A.  I don't.
7    Q.  Do you know if he used an independent
8  third-party carrier to ship it to your -- to get it to
9  your lab?
10    A.  He brought it personally, is my
11  understanding, because he signed the paperwork when it
12  was delivered to our office.
13    Q.  Were you there when he delivered the
14  materials?
15    A.  I don't believe I was there.
16    Q.  So it was sort of a bill of lading that he
17  signed?
18    A.  Yes, the evidence transfer form, or
19  something.  It's in the -- it's in my file, and I
20  guess you have a copy of it under the legal stuff that
21  lists what he dropped off and who received it.  And he
22  signed it.  There were pictures taken when it was
23  unloaded.
24    Q.  Okay.  Have you looked at those pictures?
25    A.  Yes.

Page 94

1    Q.  What's your recollection of what's depicted
2  in the pictures?
3    A.  There's two pieces of vent pipe, a vent
4  termination, and a boiler, as I recall.
5    Q.  Was there any packing material that you can
6  recall?
7    A.  I don't recall packing material.  I think he
8  put it in his vehicle and brought it down to our
9  office.
10    Q.  How long of a drive is it from the
11  Buckingham ranch to your office in Littleton?
12    A.  If you follow the speed limit?  Maybe
13  eight hours, plus or minus.  It's been a while since
14  I've made that drive.
15    Q.  You're aware that there were two -- well,
16  describe for me the supports that were in place at
17  Buckingham ranch for the vent system for the
18  Triangle Tube boiler when you first encountered it?
19    A.  It was a boiler at one end, the termination
20  at the other, and I think there were two brackets that
21  were off the walls.  And, again, I could refer to my
22  pictures if you wanted more detail.
23    Q.  What are those brackets referred to in the
24  industry?
25    A.  I think it was Unistrut.

Page 95

1    Q.  Is that a trade name, like Kleenex?
2    A.  It's a brand name, yes.
3    Q.  What happened to those brackets?
4    A.  I think they got reused with the new boiler
5  and the new vent piping.  There were still two things
6  of Unistrut up there when I went up on June 8.  I took
7  some pictures in the garage, and I believe that they
8  were still there.
9    Q.  Do you know whether or not that type of
10  support is approved by either DuraVent or
11  Triangle Tube for exhaust venting?
12    A.  I don't know.  I know when they -- I got two
13  boilers at my house, and I think they use Unistrut,
14  although I've got, you know, PVC piping.
15    Q.  You don't have a Triangle Tube boiler?
16    A.  I do not.  I've got a Munchkin and a Jandy.
17    Q.  When you were there the first time at the
18  Buckingham ranch, were you able to confirm that the
19  ignitor in the boiler was in good working condition?
20    A.  We ran the boiler, and it -- we didn't run
21  it a lot, but it seemed to start okay.  And I can't
22  remember whether we had any hard starts.  I'd have to
23  look at the video or look at my notes, which I can
24  pull out my notes if you'd like me to look at them.
25    Q.  I'm sure we'll have questions about that

Page 96

1  maybe a little bit later.
2    With respect to the brackets, why was it
3  that they were not removed with the rest of the boiler
4  and exhaust components and brought to your lab on
5  February 9 or after February 9?
6    A.  On February 9 or after February 9?
7    Q.  Yes, sir.
8    A.  Maybe they wanted -- it looks like they used
9  them for the new vent piping.
10    Q.  But that's not something you requested them
11  to do?
12    A.  No.
13    Q.  Did you request them to remove the boiler
14  and the vent system and ship it down to your lab?
15    A.  I think it was a mutual discussion.  I think
16  you were there.  I think the idea was to preserve it.
17  Mr. Buckingham didn't want it operating in his house
18  anymore, and Wyoming Mechanical was going to pull it
19  out.
20    And since it was potential artifacts or
21  evidence in litigation, we decided that it should be
22  brought to our facility where we can store the
23  evidence and do future testing, if necessary.
24    Q.  But you didn't -- who made the determination
25  as to which elements of evidence from that boiler
    system were to be removed and taken to your lab in

1 Littleton?

2    A.  I think there was a group discussion on the
3 9th.  Nobody said they wanted the brackets.  I didn't
4 see any reason to take the brackets.  The brackets
5 hold it up vertically so it doesn't fall, but they
6 don't prevent the pipes from blowing apart.

7        So I didn't see any need to have those taken
8 off the wall.  As I said, I believed they reused those
9 for the new installation, and they are still there.

10    Q.  Do you know if they've been removed and
11 reinstalled, or are they in the same position?

12    A.  You know, I could look at the picture.  They
13 seem like they are in the same position, but I've got
14 pictures before and after.  I should be able to tell.
15 Or somebody could ask the folks from Wyoming
16 Mechanical.

17    Q.  Have you had a chance to inspect the
18 replacement boiler that was installed at the
19 Buckingham ranch?

20    A.  I looked at it briefly.

21    Q.  Did you see any problems or have any
22 criticisms about the installation of that boiler?

23    A.  I can't say I did a detailed inspection.
24 Obviously, it's been in service for a while and seems
25 to be working fine.

1    Q.  At page 6 of your report, you discuss an
2 initial inspection on the Buckingham boiler prior to
3 the test done on February 9, 2015?

4    A.  Okay.

5    Q.  I'll let you get there.

6    A.  Well, it starts on page 5.  Right?

7    Q.  Yes.

8    A.  It says First site inspection, blah, blah,
9 blah.  Okay?  So what's your question?

10    Q.  There's a portion that talks about there was
11 a hard start that shook the boiler, quote/unquote?

12    A.  Let me see if I can find that.

13       Yes, I see that.

14    Q.  Was anyone else there to witness that hard
15 start, as you've described it?

16    A.  That's a good question.  I think Kate Mead
17 might have been there.  Mr. Schuler might have been
18 there.  I know Mr. Schuler had assisted with getting
19 the thing on high fire.  I don't remember
20 Mr. Buckingham being out there during that portion.  I
21 can't be sure one way or the another.

22       But it's on video.  I think it's on video.
23 You can certainly pull it up and check it very
24 quickly.  I kept the video camera running.  So if
25 there was a hard start, it would be on video, which is

1 better than having people observe it.

2    Q.  As you described earlier in testimony, sort
3 of a (indicating)?

4    A.  Yeah, kind of (indicating) type of sound.
5       I don't know how you put that on there.

6    Q.  Did you make any alterations to the boiler
7 during your first visit?

8    A.  Didn't touch a thing.

9    Q.  Run through for me what you did during your
10 first visit, how long it lasted, what was the purpose.

11    A.  The purpose -- well, let me get my notes out
12 here.  I assume you have a copy of my field notes.
13 Right?

14    Q.  I assume I do too.

15    A.  And I think -- when we were actually running
16 the boiler, I think everything was videoed.  And the
17 photographs would have a time on the photographs when
18 they were taken, if you want to pull those up.

19       Okay.  I was there with Kate Mead; Boyd
20 Roberts; Dave, the caretaker; and Greg Buckingham was
21 also present at the residence.  Kicked on the boiler
22 at 3:39.  Still running at 3:45.  The unit restarted
23 and had a delayed ignition with a puff, it says in my
24 notes, at 3:56 p.m.

25       And there were no adjustments or changes

1 made to the unit during our firing.  The unit was
2 powered down and shut off, and we departed.  So it
3 looks like we ran the boiler maybe a little less than
4 20 minutes, plus or minus.

5    Q.  You ran the boiler and just observed it?
6 Didn't make any adjustments or take any data, other
7 than the videotape?

8    A.  No adjustments.  I had my combustion
9 analyzer connected to the outlet of the boiler which
10 shows up in my field notes and shows what the readings
11 were.  And you actually have the -- or should have the
12 Excel spreadsheet that shows all the data that was
13 logged and the time that the boiler was actually
14 running.

15       It seems to me we might have started -- I
16 don't remember.  Did we start at 3:22?  I don't know.
17 I can pull it up.  I've got it on my laptop if you
18 want me to look at it.

19    Q.  Do you recall the CO readings that you were
20 getting during that first visit?

21    A.  Well, they are in my field notes right here.
22 One of the numbers is 189.  Another one is 156.  And,
23 obviously, I probably recorded them every 5 or 10
24 seconds when the boiler was running.  And I can pull
25 that data up in two minutes.

Page 101

1    Q.  Okay.  Just so the record is clear:  Again,
2  you're doing this initial visit after David Gieck from
3  Wyoming Mechanical had already made whatever
4  adjustments he made to the boiler, I believe, on
5  February 2?
6    A.  That is correct.
7    Q.  At the time that you visited the Buckingham
8  ranch on February 6, 2015, were you aware that other
9  parties were going to be present for additional
10  observation of testing on February 9?
11    A.  Was I aware on February 6 that somebody was
12  going to come on February 9?
13    Q.  Yes.
14    A.  Possibly.  I'm trying to remember.  I'm
15  thinking when I left that I knew I was going to come
16  back up.  Was the 6th a Friday?
17    Q.  Yes.
18    A.  And the 9th was a Monday, yeah.  So I think
19  I knew I was coming back on Monday.
20    Q.  Did you have any concern about going forward
21  with even just observing the boiler on February 6 with
22  the knowledge that others would be in attendance on
23  the 9th for additional testing?
24    A.  I didn't have any concerns because we didn't
25  alter anything and it was all videotaped.  I wanted to

Page 102

1  get some preliminary combustion readings to try to see
2  if perhaps it had been set up improperly for propane.
3    Q.  And when you say "set up improperly," are
4  you referring to the conversion orifice?
5    A.  Yes, because I've had cases with these high
6  efficiency boilers.  And in a number of them, there's
7  improper conversion and the amount of carbon monoxide
8  is extremely high.  In the tens of thousands.
9    In fact, I had one that was 176,000 parts
10  per million coming out of a Munchkin boiler.
11    Q.  But you didn't take the gas valve assembly
12  apart on the 6th?
13    A.  I did not.  I didn't touch anything.  All we
14  did was turn it on and take a reading.
15    Q.  And, again, after David Gieck had already
16  adjusted the throttle control?
17    A.  That was my understanding.
18    Q.  Your report also talks about the testing
19  that you did on the 9th.
20    A.  Yes.
21    Q.  And there's a series of six tests that were
22  conducted?
23    A.  Well, there were a number of tests that were
24  run, and the combustion readings were logged and then
25  subsequently downloaded.

Page 103

1    Q.  Can you explain for the record which tests
2  were conducted, why they were conducted, and the
3  results?
4    MR. WALTZ:  Mr. Freeman, you're looking at
5  something.  Could you please identify it for the
6  record, please.
7    THE DEPONENT:  I am looking at a copy of my
8  field notes dated 2/9 of 2015.  And there's a total of
9  seven pages, it looks like.
10    MR. WALTZ:  Thank you.
11    A.  You're welcome.
12    So I think we fired it up.  You guys had
13  some folks there from Triangle Tube.  We checked it on
14  low fire.  We checked it on high fire, as we found it.
15  We checked for leaks of the vent pipe on high fire
16  using a Sensit Gold, I believe.
17    Q.  (BY MR. McGILL)  What is that?
18    A.  It's a combustion analyzer with -- it's a
19  combustible gas indicator.  It does oxygen, carbon
20  monoxide, and flammable gas.
21    Q.  It's not -- but that's not a combustion
22  analyzer?
23    A.  It's not a combustion analyzer.  The
24  combustion analyzer was actually analyzing and
25  recording what was in the flue gas of the unit.  And

Page 104

1  that was a Bacharach PCA3.  We also checked the gas
2  pressure with no load, gas pressure going into the
3  boiler.  Listed some of the fault codes.  I think that
4  it was all videotaped.
5    Q.  Did you note any fault codes when you
6  inspected that?
7    A.  Well, let's see.  I've got a failed
8  ignition.  It says "low water."
9    Q.  Can low water cause delayed ignitions?
10    A.  No.
11    Q.  What were the other fault codes?
12    A.  Well, I'm looking here at my notes.
13  Faults -- it says failed ignition was one of the
14  faults.  And then there's a reference to low water
15  from floor leak was isolated.  I don't know if that
16  was something he was telling me or if it was one of
17  the fault codes that was recorded, but all the fault
18  codes should be on video.
19    We've got a delayed ignition on the manual
20  start at log point No. 342, which would show up on the
21  combustion analyzer data.
22    Q.  What was the log point?
23    A.  342.
24    Got a slight puff at log point No. 413.
25    Q.  What does a log point indicate?  What is it?

1    A.  Well, the instrument, the Bacharach PCA3,
2  will log 500 lines of data.  And each one of those
3  lines will have stack temperature, carbon monoxide,
4  air-free carbon monoxide, oxygen calculates as excess
5  air and carbon monoxide efficiency.
6        And there are times associated with each of
7  those, but if you have the printout, you can just, you
8  know, look at the line numbers on the printout to get
9  to the log point.
10    Q.  Okay.
11    A.  As a reference point, log 366 was about
12  11:19 a.m.  Log 354 was 11:17.  So it looks like it
13  might be doing about five or six a minute.  Maybe
14  every 10 seconds or something.  In two minutes, we've
15  got about 12 of them; so we're probably logging the
16  data every 10 seconds.
17        Shall I continue?
18    Q.  Sure.
19    A.  It looks like we measured the depth of the
20  throttle screw, the top of the throttle screw.  And it
21  shows about 0.553 inches one time and 0.555 another
22  time.  And we did some more testing, called it Test 3.
23  We got a little puff that started log No. 44 on
24  Test 3.
25        Had some leaks of combustion gases at the

1  condensate trap.  CO was like 1 to 2 parts per
2  million.  Then the throttle screw got adjusted a
3  little over a half a turn counterclockwise.  And it
4  shows the depth of the throttle screw listed as
5  0.541 inches.
6    Q.  Your report talks about that half-turn to
7  try to get it to the original factory set point?
8    A.  Well, it was to get it -- yeah, I guess it
9  would be the original factory set point.  Because we
10  matched up the picture that Dave Schuler had on his
11  phone and turned it about a half a turn.  And Dave had
12  indicated that Mr. Gieck had turned it about a half a
13  turn when he was out there.  And so we turned it a
14  half a turn, and that's what we got.
15        And as it turns out, I think that's about
16  five-and-a-quarter turns from the testing we did this
17  past week from the position that it would have been in
18  when Schuler -- or when Mr. Gieck installed it, to
19  turn it down and bottom it out.  So it was like
20  five-and-a-quarter turns right, something like that.
21    Q.  Yeah.  So you also just mentioned Schuler as
22  well as involved in this turns, the caretaker?
23    A.  He was there watching what Mr. Gieck was
24  doing, and he was taking pictures with his phone and
25  he was putting notes in his phone as to what Mr. Gieck

1  was doing.
2    Q.  And that was on the 2nd?
3    A.  Second what?
4    Q.  When was Schuler taking photographs of
5  Mr. Gieck?
6    A.  When Mr. Gieck was out there before I was
7  out there the first time on February 6th.
8    Q.  Okay.  So that would have been February 2,
9  to your knowledge?
10    A.  Was it the 2nd?  I can't remember the date.
11  It was after the accident.
12    Q.  Okay.
13    A.  It looks like we measured the regulator
14  lock-up pressure again.  It was 10.4 inches.  It was
15  working just fine.  Then we started Test No. 4, and
16  ran it for a while.
17    Q.  Before you move on to Test No. 4, for the
18  turns on the throttle screw, just so I'm clear here,
19  in your report you talk about a half turn to try and
20  get it to the original factory set point.
21    A.  It says a little over half a turn.  We were
22  matching it up with a photo that Mr. Schuler had on
23  his phone.
24    Q.  Okay.  And so Mr. Schuler told you -- or how
25  did you know that what was depicted on Mr. Schuler's

1  phone was actually the factory set point?
2    A.  Because Mr. Schuler told us that Mr. Gieck
3  had turned it approximately half a turn clockwise.
4  And he took a picture of how it looked before he
5  turned it, and you can see the screwdriver slot in
6  there and everything.  And when we went a little over
7  half a turn counterclockwise, it matched up with his
8  photograph.
9    Q.  Okay.  Who told you that the throttle screw
10  was ever set at the factory set point?
11    A.  Nobody used the words "factory set point."
12  We put it back to where it was at the time of the
13  accident.
14    Q.  Is that how you're using the term?
15    A.  Yeah, we are.  Apparently, nobody adjusted
16  it, but we put it back to the position it was at the
17  time of the accident --
18    Q.  Okay.
19    A.  -- based on what Mr. Schuler said and what
20  Mr. Gieck did, and what Mr. Schuler's phone showed.
21    Q.  And I'm way beyond the point of being
22  tedious at this time, but you can run through that for
23  me one more time in terms of the throttle screw
24  getting to the point where you believe it was when the
25  accident happened.

1    A.  Okay.  Mr. Schuler was there when Mr. Gieck
2  came out after the accident.  Mr. Schuler took a
3  picture of the throttle screw before Mr. Gieck touched
4  it.  He apparently took notes as to what Mr. Gieck did
5  at the time Mr. Gieck was out there after the
6  accident.
7         His notes and what he conveyed to us was
8  that Mr. Gieck had turned it approximately a half a
9  turn clockwise.
10    Q.  Okay.
11    A.  So we just went backwards half a turn
12  counterclockwise, and used the photo that Mr. Schuler
13  had taken showing the orientation of the slot, and we
14  matched it up when you and your experts were there on
15  the 9th of February.  Does that make sense?
16    Q.  Understood.
17    A.  Okay.
18    Q.  So did you consult any other data, any other
19  input with respect to what the position of the
20  throttle screw was on the date of Monica Herrera's
21  death?  Other than the photograph from Mr. Schuler and
22  talking with Mr. Gieck, anything else?
23    A.  No.  I think we looked at the sealing
24  compound, Glyptal, or whatever it is.  The red stuff.
25  And I think it seemed consistent.  I can't say we put

1  a microscope on it, but we've got a number of
2  pictures.  I'm very comfortable that, when we did
3  this, based on Mr. Schuler's notes and his photograph,
4  that we got it back to where it was at the time of the
5  accident.
6    Q.  So the sealing compound that you're
7  referring to, is that what looks like red paint on the
8  screw?
9    A.  Yes.
10    Q.  Did Mr. Schuler's photograph depict that
11  sealing compound being disrupted in any way?
12    A.  I don't remember.  I'd have to look at it.
13  I think it shows up in the video.
14    Q.  But did it appear to you while -- from
15  anything that Mr. Gieck or Mr. Schuler showed you, did
16  it appear as though that sealing compound had been
17  dislodged or disrupted in any way before they made
18  adjustments to the screw?
19    A.  I don't remember.  I'd have to look at the
20  picture.
21    Q.  Did either Mr. Schuler or Mr. Gieck talk to
22  you about any other adjustments that they may have
23  made to the gas valve assembly; in particular, to the
24  gas outlet pressure?
25    A.  I don't recall any discussions of that at

1  all.
2    Q.  Any of the other screws that are on that gas
3  valve assembly that may have sealing compound on it
4  that either Mr. Gieck or Mr. Schuler talked to you or
5  said anything to you about any adjustments they may
6  have made to those other screws?
7    A.  Nobody indicated they made any adjustments
8  to anything else.
9    Q.  You have figure 1 in your report that I
10  believe depicts the locking band clamp.  In your
11  report, you note -- in figure 1 it says "no rust on
12  clasp."
13    A.  Yes.
14    Q.  Why is rust on the clasp significant?
15    A.  Well, because the only way you can get rust
16  on the clasp is to have it get wet with water from
17  flue gas.  And I think there was some reference to the
18  clamp or clasp being on top of the refrigerator.
19         And, obviously, if this thing is running and
20  dumping out a lot of humidity and dripping down on the
21  refrigerator, then you can get rust on the clamp.  For
22  every gallon of propane that you burn, as I recall,
23  you get about three quarts of water in the form of
24  water vapor.
25         So if you run this thing -- this thing is

1  175,000 BTUs.  That's like a little less than two
2  gallons, two gallons an hour.  So you'd be getting six
3  quarts of water vaporized into the garage if the thing
4  is disconnected.
5    Q.  Do you believe that the rust on the clamp
6  had any involvement in the vent pipe failure?
7    A.  No.
8    Q.  Do any of the other clamps depict rust on
9  it?
10    A.  Not that I recall.
11    Q.  Is that considered in your analysis?
12    A.  Yes.
13    Q.  And does the lack of rust on the other
14  clamps lead you to any conclusions?
15    A.  No.  It just means it didn't end up in a
16  puddle of water when it separated the other joint.  I
17  understood we had a separation of another elbow one of
18  the times.
19    Q.  Did you perform any ANSI-level quality
20  testing on the Buckingham boiler?
21    A.  I didn't do anything directly related to the
22  ANSI testing, but I was checking, you know, the
23  combustion gases on the boiler.  Obviously, we checked
24  the pressure going into the boiler and checked the
25  makeup of the flue gases.

Page 113

1    Q.  Was the combustion -- was the Buckingham
2  garage airtight?
3    A.  No.  No structure is airtight.
4    Q.  And did you do anything to attempt to
5  measure the air flow through the cabinet of the
6  Buckingham boiler as it was installed when you visited
7  there either on February 6 or February 9?
8    A.  Indirectly, yes.
9    Q.  Did you conduct any what I'm characterizing
10 as ANSI-quality or ANSI-level testing to determine air
11 flow through the cabinet of the Buckingham boiler when
12 you were there on February 6 and 9th?
13   A.  When you ask it like that, the answer is no.
14 What we did do is we did a test where we dumped
15 combustion products into the garage and watched what
16 the effect was of the combustion products being picked
17 up through the cabinet of the boiler and the effect of
18 the amount of carbon monoxide being dumped into the
19 garage.
20   Q.  Your report at page 9 talks about the boiler
21 was tested by this writing on February 6 and
22 February 9.  And that while it was putting out levels
23 of carbon monoxide higher than recommended, it was not
24 too far off specifications.
25      Do you still have that conclusion after the

Page 114

1  additional testing you've performed on the boiler?
2    A.  Yes.
3    Q.  Do you believe if Wyoming Mechanical would
4  have used a combustion analyzer when it initially
5  installed the Buckingham boiler, that this incident
6  would not have occurred?
7    A.  No.  I think the incident still would have
8  occurred.
9    Q.  And are you -- Mr. Waltz is going to ask you
10 questions about the DuraVent piping.  But just so
11 we're clear, are you critical at all of the DuraVent
12 pipe system that was installed on the Buckingham
13 boiler?
14   A.  Only that it doesn't appear to meet the UL
15 standard for the pull apart strength in the few tests
16 that we've done.
17   Q.  Okay.  And on page 10 of your report, when
18 it comes to the delayed ignitions as you've used the
19 term, you indicate "Nothing was observed of the
20 magnitude that would separate the vent piping."
21      Is that still your conclusion today?
22   A.  That what we observed were little baby
23 delayed ignitions, but I don't believe they would have
24 separated the vent pipe.  Yes.
25   Q.  And since that time, and since you've

Page 115

1  written this report in fact, same question?
2    A.  Yeah, I still have the same opinion today.
3  I think this -- I don't think it was thermal cycling
4  stretching the pipe while it heats up and cools down.
5  This thing was fine for two months until we started
6  having these very serious delayed ignitions, at which
7  time there were multiple separations.  And I know that
8  delayed ignitions can separate vent pipe.
9    Q.  But with respect to the Buckingham boiler,
10 you haven't collected any data to measure those
11 pressures or to try and quantify what Mr. Buckingham
12 was describing in terms of the noises that were coming
13 from the boiler?
14      MS. MEAD:  Objection, asked and answered.
15   A.  No, he was describing what I would call
16 serious delayed ignitions with a lot of explosive
17 pressure because of that.  We know that -- about the
18 time that was going on, they were having vent pipe
19 separations.
20      We have not done any testing of the
21 Triangle Tube boiler to try to duplicate those
22 pressures, but I've done the same thing with other
23 boilers with the same type of burner and heat
24 exchanger --
25   Q.  (BY MR. McGILL)  And that's the one sheet of

Page 116

1  paper that you provided for us during the break?
2    A.  Yeah, that's one of many.  I think we must
3  have done probably over a hundred tests with the Baxi
4  boiler.  And I just grabbed that one and brought that
5  one in here because I thought it would be of interest.
6    Q.  Sure.  And, again, none with respect to --
7  no similar such tests with respect to the Triangle
8  boiler?
9    A.  That is correct.
10   Q.  Can you turn to your conclusions, please, in
11 your report.
12   A.  Okay.
13   Q.  Your conclusion No. 2 reads "Delayed
14 ignitions causing an increase in pressure in the
15 piping."
16   A.  Yes.
17   Q.  Is that conclusion just based on the
18 testimony of Mr. Buckingham and the mini delayed
19 ignitions that you observed?
20   A.  No.  That's based on the fact that we know
21 the vent pipe separated multiple times before the
22 accident.  We know it separated at the time of the
23 accident.  We know that there were very loud noises
24 produced where it made it sounds like somebody had
25 driven a car through the wall of the house, which I

Page 117

1    would call an extreme delayed ignition.  And that was
2    occurring at about the time of the incident.
3          And I know from other cases, some with very
4    drastic consequences, that delayed ignitions can
5    separate vent pipes.  And I believe that's exactly
6    what happened in this case.
7          Q.  But in those other cases, you actually went
8    out and collected data with respect to the pressures
9    created by those delayed ignitions; is that right?
10    A.  Well, in one of them we actually measured
11    pressure, and the other one -- we had one in
12    Burlington, Vermont, with a Trianco heat maker.  And
13    we actually ran the boiler the way that the service
14    man had set it up the night before three kids died,
15    college students.  And we got a delayed ignition that
16    blew the pipe apart.
17          So I have seen pipes blow apart multiple
18    times from serious delayed ignitions.
19    Q.  In conclusion No. 4, you talk about a design
20    change of the ignitor?
21    A.  Right.
22    Q.  And that discovery is ongoing in that
23    regard.  Is there anything in addition that you've
24    reviewed or that's been disclosed to you regarding a
25    design change that impacts that conclusion?

Page 118

1    A.  I think Mr. Senk's deposition touched on
2    that.  I have not read the deposition.  I've read
3    notes from the deposition.  I know that Bernie
4    Cuzzillo probably has done a lot more work in that
5    regard, so that's the best answer I can give you.
6          It's clear that they have a problem with
7    these boilers with delayed ignitions, and they've been
8    trying to solve the problem.  And I don't know whether
9    they've solved the problem or not, but I believe
10    that's related to what happened here.
11    Q.  So whose notes did you review?
12    A.  I think it was Mr. Mead.
13         MR. LEWIS:  I'm sorry?  Was the answer --
14         THE DEPONENT:  Mr. Mead.
15    Q.  (BY MR. McGILL)  Do you have a copy of his
16    notes?
17    A.  I do.  They are in my file here.
18    Q.  And you'll provide those?
19    A.  I'm happy to provide them.
20    Q.  And then the other thing you're relying on
21    is --
22    A.  They are right here.
23    Q.  The other thing you're relying on are the
24    conclusions from Mr. Cuzzillo?  The expert for the
25    plaintiff?

Page 119

1    A.  Yeah.  I mean, he's spent a lot more time
2    reviewing all of these documents than I have.  So I'm
3    going to let him deal with that particular issue.
4    Q.  So if Mr. Cuzzillo is incorrect in any of
5    his conclusions, would your conclusions be incorrect
6    as well?
7    A.  If he's incorrect regarding what
8    specifically?
9    Q.  Regarding the design of the ignitor.
10    A.  Well, what I'm going to tell you is that I
11    believe that this boiler had a problems with serious
12    delayed ignitions which separated the vent pipe and
13    caused the accident.  I don't need Mr. Cuzzillo to
14    tell me that.  And I know that delayed ignitions can
15    separate vent pipe because we've done testing and I've
16    seen it before a number of times.
17          In terms of the nuances of changing ignitors
18    or trying to diagnose the problem, I'm not going to be
19    specifically addressing that.  I've touched on it.
20    Mr. Cuzzillo has done a lot more in that regard, and
21    that's all I'm telling you.
22    Q.  But you haven't done any study or collected
23    any data with respect to the change of the -- the
24    design change of the ignitor?
25    A.  I have not.  I'm familiar with it.  I've

Page 120

1    looked at some things, but I haven't gone into it to
2    the extent that Mr. Cuzzillo did.
3    Q.  Paragraph No. 6 talks about your
4    conclusions, talks about the locking band clamp/clasp
5    assembly.
6    A.  Right.
7    Q.  Is that conclusion still accurate as we sit
8    here today?
9    A.  It is.
10         MR. McGILL:  I'll show you what was marked
11    as Exhibit 199.  I'm not sure if it's in the exhibit
12    notebook or not.
13         (Discussion held off the written record.)
14         THE DEPONENT:  Maybe this is a good time to
15    break for lunch?
16         MR. McGILL:  That's fine with me.
17         (Discussion held off the written record.)
18         VIDEOGRAPHER:  This is the end of Tape No. 2
19    in the deposition of Jay Freeman, Jr.  We're off the
20    record at 12:33 p.m.
21         (Lunch recess taken 12:33 p.m. to 1:37 p.m.)
22         VIDEOGRAPHER:  This is the beginning of Tape
23    No. 3 in the deposition of Jay Freeman, Jr.  We're
24    back on the record at 1:37 p.m.
25    Q.  (BY MR. McGILL)  Mr. Freeman, during the

Page 121

1  break, we got copies of Exhibits 199 and 200 that were
2  marked late last week.
3         Could you identify what those are for the
4  record, please.
5      A.  199 is an Intertek test data sheet.  It
6  looks like it's dated September 22, 2005.  And 200 is
7  the same sheet dated 9/26/2005.
8      Q.  And do they concern the same boiler or
9  different boilers?
10     A.  It looks like the same boiler, Prestige
11 Solo 250.
12     Q.  And do you see the line there for the
13 direct-vent test 2.26 at the bottom?
14     A.  Yes, I do.
15     Q.  And does it indicate on both sheets that the
16 boiler -- that particular boiler passed that test?
17     A.  That's what it says.
18     Q.  Do you know whether or not the direct-vent
19 test that's referenced in that Intertek test data
20 sheet -- actually, both of those sheets -- would
21 include a test of the air flow through the cavity?
22     A.  I don't know.
23     Q.  So you don't -- are you aware of the
24 different tests that fall under the heading of
25 direct-vent in terms -- as Intertek is using the term

Page 122

1  in those two sheets?
2      A.  I have probably looked at it in the past,
3  but I don't remember the details of it.
4      Q.  So just so we're clear on this -- these two
5  exhibits, in the center of the page, about a third of
6  the way down, it indicates tests to be performed.  Do
7  you see that there?
8      A.  Yes.
9      Q.  And my understanding of the sheet is that
10 the tests to be performed, these are various
11 ANSI-required tests to certify a particular product;
12 in this instance, a direct-vent boiler.  Does that
13 comport with your understanding?
14     A.  Yes.
15     Q.  And do you know -- first and foremost, are
16 you familiar with -- it sounds like you are --
17 independent third-party testing such as what's
18 reflected in these Intertek test data sheets?
19     A.  Yes.
20     Q.  And are you aware of the process in which an
21 agency like Intertek builds on test results that
22 they've previously taken on a particular -- test
23 results previously obtained on a particular product
24 and how they might build on those results?
25        MS. MEAD:  Objection, form.

Page 123

1      A.  If you're talking about different models,
2  sometimes there are changes that may affect some of
3  the tests but not other tests.
4      Q.  (BY MR. McGILL)  And in those instances,
5  say, for example, if there's a new generation of, in
6  this instance, a boiler, where there are changes in
7  the boiler, but all the changes don't impact all the
8  components previously tested.
9         Is it your experience that an agency like
10 Intertek would rely on the prior test results and only
11 test for things that are impacted by the new
12 generation?
13        MS. TIEDEKEN:  Objection to foundation.
14     A.  I've run into that in the past.  Yes, I'm
15 aware of that.
16     Q.  (BY MR. McGILL)  And in your work with
17 United Laboratories and the committees that you're
18 on --
19     A.  Underwriters' Laboratories.
20     Q.  Underwriters' Laboratories.  Thank you.
21        -- is that a process that they use as well?
22     A.  I think so.
23     Q.  Is it common for third-party testing
24 agencies like Intertek to do that?
25        MS. TIEDEKEN:  Objection, foundation.

Page 124

1      A.  I believe that's correct.
2      Q.  (BY MR. McGILL)  I asked you questions
3  earlier about the termination fixture for the air
4  intake and exhaust of the Buckingham boiler.
5         And I want to ask you, hypothetically, if
6  that termination and exhaust venting that goes through
7  the termination fixture was dislodged as was allowing
8  flue gas to be recirculating in the combustion air,
9  would that have an impact -- or could that have an
10 impact on the manner in which the boiler would
11 operate?
12        MS. TIEDEKEN:  Objection, form.
13     A.  If you do get recirculation, you can have
14 higher levels of carbon monoxide.  We've actually done
15 tests with some boilers where we've disconnected --
16 where we'll have a coaxial vent connection, and we'll
17 disconnect both pipes, and we really don't see any
18 recirculation.
19        But it's not going to make it do a hard
20 start because it's -- there is no recirculation of
21 flue gases before the start.
22     Q.  (BY MR. McGILL)  Correct?
23     A.  Yeah.
24     Q.  Can the recirculation of flue gases cause a
25 boiler to run rough?

Page 125

1    A.   Based on the numbers that we saw, if that
2  was happening, it was extremely minor.  It wasn't even
3  showing up in the combustion analyzer data.
4    Q.   And you're referring specifically to the
5  Buckingham boiler?
6    A.   Right.
7    Q.   Okay.  I'm talking more in general terms.
8  Can recirculation of flue gas cause a boiler to run
9  rough?
10    A.   It can cause it to produce high levels of
11  carbon monoxide if you've got substantial
12  recirculation.  It's the same kind of thing that
13  happens if you dump flue gas in a room and the
14  combustion air picks up the flue gas.
15    Q.   Would flue gas recirculation cause an
16  unstable flame and improper combustion?
17    A.   If you have recirculation going on, a lot of
18  it, you can have very high levels of carbon monoxide
19  which would reduce the oxygen going into the boiler.
20  This is the accident in Aspen where four people died.
21  That was recirculation of combustion products into the
22  boiler.
23         The boiler was set up and running perfectly.
24  The vent pipe separated.  And gradually over time
25  reduced the oxygen levels in the room.  And it

Page 126

1  produced enough carbon monoxide to kill four people in
2  a large house.
3    Q.   Okay.  And would that be fairly
4  characterized as improper combustion?
5    A.   Improper combustion.  High levels of carbon
6  monoxide are usually the result of improper
7  combustion.
8    Q.   Have you ever used the term "unstable
9  flame"?
10    A.   You know, not so much in a premix burner.
11  Now, we see it with the old atmospheric burners
12  sometimes.  If there's scale or debris, or if you
13  recirculate gases or you really starve it for
14  combustion air, you can get an unstable flame.
15    Q.   And what is an unstable flame?
16    A.   Basically, instead of having little blue
17  flames inside a larger cone of flame, you'll have
18  yellow flames.  You may have lifting.  It won't hang
19  tight to the burner ports, things of that nature.
20    Q.   Why is that significant?
21    A.   Well, it means that it's not running well
22  and it's burning dirty.
23    Q.   Describe for me -- when you use the term
24  "burning dirty," what does that attempt to describe?
25    A.   Producing a lot of carbon monoxide.  You've

Page 127

1  got too much fuel and not enough air.  It's kind of
2  like the old cars that used to have chokes and the
3  choke would stick and you'd have black exhaust and no
4  power and the car wouldn't run worth a darn.
5    Q.   On ignition, is a fuel-rich mixture going to
6  cause ignition to be more likely or less likely?
7    A.   Most of the cases where I've had delayed
8  ignitions, if it wasn't a spark issue, were because it
9  was running too rich.
10    Q.   And was the Buckingham boiler running too
11  rich when you set it back to what it was -- what you
12  were told was the date of incident operating
13  conditions?
14    A.   No, I don't think it was running too rich in
15  either condition to the point where it would cause
16  delayed ignitions.
17    Q.   But it was running rich?
18    A.   Well, you know, the carbon monoxide, the
19  ANSI standard typically allows 400 parts per million
20  air-free for -- under Z21.13, I believe.  And, you
21  know, we're well below that.
22    Q.   So your recollection of ANSI Z21.13 is that
23  emissions are allowed to come from the boiler up to a
24  point of 400 parts per million?
25    A.   Air-free, yes.

Page 128

1    Q.   What does air-free mean?
2    A.   Air-free means you back out the excess air
3  or the dilution caused by air.  And that number shows
4  up in the data that we logged also.
5    Q.   Is there a number that you can see on your
6  combustion analyzer that will give you that air-free
7  figure?
8    A.   Yes.  It says PPMCO, and then I think it has
9  like O2 in parentheses or something.  It's one of the
10  columns.
11         MR. McGILL:  I'm going to pass the witness
12  at this time.  Thank you very much, sir.
13         THE DEPONENT:  Thank you.
14              EXAMINATION
15  BY MR. WALTZ:
16    Q.   Mr. Freeman, good to see you again.
17         Given that you're located here in Colorado,
18  you and I have been on both sides of the fence
19  actually more than a few occasions; agreed?
20    A.   Agreed.
21    Q.   As it relates to this particular case, I
22  want to go back through just -- you talked about some
23  facts.  I want to talk about some facts first.
24         You testified earlier today that somehow you
25  learned that at some point, quote, Dave Gieck wanted

Page 129

1  Greg Buckingham to sit out in the house or the garage
2  and see if it happened again.
3      A.  Right.
4      Q.  First of all, where did you learn that?
5      A.  I read that in Greg Buckingham's deposition.
6  I think it was in the second one.  I think it was also
7  in the earlier deposition.
8      Q.  Did you get the impression he wanted him to
9  do that before the Herrera incident?
10         MS. TIEDEKEN:  Object to the form.
11     A.  I think it was before the Herrera incident,
12  yes.
13     Q.  (BY MR. WALTZ)  I don't think I have to ask
14  you that's not a way that an installer of a boiler
15  system should interact with their customers, is it?
16     A.  Well, you know, if you've got an
17  intermittent problem -- and let's say you go out
18  there.  You know, have you ever had an intermittent
19  problem with your car, and you take it in and they
20  can't find it?  And this goes on and on and on.  And
21  that's why we have video capability on the phone, to
22  document that stuff now.
23         But if you've got a situation where you've
24  gone out there to try to see if you can repeat it and
25  you can't, then, you know, you go to the next step.  I

Page 130

1  think Wyoming Mechanical should have gone out there to
2  take a look at the situation before this unfortunate
3  accident happened.
4      Q.  And you mentioned that.
5      A.  Yeah.
6      Q.  But as far as it goes with respect to going
7  out there, once Mr. Buckingham calls up Wyoming
8  Mechanical and says the explosions are so bad that
9  they are blowing the vent pipe apart, that system
10  shouldn't be running anymore until you find a
11  solution, should it?
12     A.  I agree.
13     Q.  And so what we have is a very practical
14  problem here that we know before Ms. Herrera died,
15  that phone call actually was made -- a message was
16  left, and then a conversation took place between the
17  homeowner and the owner of Wyoming Mechanical the day
18  before Ms. Herrera died; correct?
19         MS. TIEDEKEN:  Object to the form of the
20  question.  Misstates the evidence in the case.
21     A.  I don't recall if it was exactly the day
22  before, but I remember the general discussion, the
23  fact that you just mentioned, through deposition.
24     Q.  (BY MR. WALTZ)  Just assume the evidence in
25  this case has been that a message was left on

Page 131

1  Wednesday, and the follow-up phone call was made by
2  Mr. Gieck to Mr. Buckingham on Thursday morning.  Just
3  assume that to be true.
4      A.  Okay.
5      Q.  And then Ms. Herrera dies on Friday.
6      A.  Right.
7      Q.  How many cases have you had where the
8  owner -- the customer had reported the pipe came apart
9  before the injury or death?
10     A.  I can't think of one off the top of my head.
11     Q.  Typically what happens is the death occurs,
12  and then the forensic investigations transpire, and
13  somebody goes, well, the pipe is apart?
14     A.  Right.
15     Q.  Okay.  I want to talk about some more facts.
16  You testified to some other cases you've worked on
17  where pipe came apart.  Some of that could be PVC;
18  correct?
19     A.  Yes.
20     Q.  And when we talk about PVC, that's actually
21  glued or there's some kind of adhesive used to
22  assemble it; correct?
23     A.  Right.  They're glued together.  It's a
24  solvent welding process.
25     Q.  How does the pipe become separated?

Page 132

1      A.  Crappy glue joint.  We've got one in
2  New Hampshire.  I think three people died, and the
3  other person was brain damaged or may have died.  But
4  it was a bad glue joint, and the boiler had not been
5  set up properly and was running dirty.  Filled the
6  whole house up with carbon monoxide.
7          The one in Aspen was a bad glue joint on the
8  event pipe or the exhaust pipe that separated.
9      Q.  What type of pipe was that?  Was it --
10     A.  PVC.  It just wasn't glued properly.  So it
11  separated and killed four people.
12         The one that I have back at the Westin by
13  the airport in Baltimore, I'm not sure the joint was
14  glued properly or may not have been glued at all, but
15  it separated and caused the problem.
16     Q.  Was that PVC again?
17     A.  Yes.
18     Q.  Have you had any where polypropylene was
19  involved?
20     A.  Yes.
21     Q.  And which one was that?
22     A.  I have one in New York State that's ongoing
23  and active.
24     Q.  Is it a filed lawsuit?
25     A.  There is a lawsuit filed, yes.

Page 133

1    Q.  Can you name the parties?
2    A.  I think it's White versus Adirondack
3 Heating.
4    Q.  Can you tell us who your client is at this
5 point?
6    A.  I'm working for Adirondack Heating.
7    Q.  They would be the installer?
8    A.  They were the installer.
9    Q.  And that's polypropylene?
10    A.  Yes.
11    Q.  Who is the manufacturer of that
12 polypropylene pipe?
13    A.  I don't remember off the top of my head.
14    Q.  I'll try a couple.  There's Z-Flex?
15    A.  I just don't remember.  I'm sorry.
16    Q.  It's all right.  InnoFlue or Centrotherm?
17    A.  It might have been an InnoFlue or
18 Centrotherm.
19    Q.  If I hand you two rings -- which I'm going
20 to do right now.  We'll pass it down.  I want you to
21 take those in your hand.
22    A.  Do you want me to do a magic trick with them
23 or something?
24    Q.  Hold them up so the jury can see them.
25       As we sit here today, can you tell me which

Page 134

1 of those is the Centrotherm ring?
2    A.  I would probably guess this one because it's
3 different than the one I saw on the DuraVent pipe.
4    Q.  And the one you have in your left hand is
5 one that looks like one of DuraVent's?
6    A.  I believe that's correct, yes.
7    Q.  But if I tell you that's Centrotherm, you're
8 learning that for the first time today?
9    A.  Correct.
10    Q.  If we pass this down.
11       MR. LEWIS:  Let me interrupt for a second.
12 Is there some way we can make a record of this?
13       MR. WALTZ:  Yes.  It's all over the film.
14 It's being videotaped.
15       MR. LEWIS:  Okay.
16       MR. WALTZ:  Believe me, I'd be making a
17 different record if this weren't videotaped.
18    Q.  (BY MR. WALTZ)  I'm showing you another
19 device there.  Could you just read what that says on
20 it for a component part?
21    A.  It says DuraVent.  It says 3PPS-LBC.
22    Q.  I'm not going to walk you through all those
23 manuals again, but you see that is, apparently, the
24 device that was approved by Triangle Tube?
25    A.  I saw that in the exhibit, yes.

Page 135

1    Q.  And is this the first time you've seen that
2 actual device?
3    A.  The actual real piece, yes.
4    Q.  Do you know what the approval process is by
5 Triangle Tube for the various components they call out
6 in their manual?
7    A.  As far as vent pipe, I don't specifically.
8    Q.  There was one other fact that you talked
9 about in your testimony with Mr. McGill.  Just give me
10 a second.
11       One thing you testified is apparently
12 Mr. Schuler told you that David Gieck turned the --
13 that's that device?
14    A.  Throttle screw.  There's another name for
15 it.
16    Q.  -- throttle screw a half turn?
17    A.  A half-turn, little bit more, yes.
18    Q.  Now, we have received in this case and
19 marked as an exhibit, Exhibit 87 -- at page 3, just
20 assume it says that David Gieck turned it
21 three-quarters of a turn.  Just assume that to be
22 true.  Okay?
23    A.  Okay.
24    Q.  And that that is in his handwriting.  So he
25 made notes.

Page 136

1    A.  Okay.
2    Q.  Is that the first time you heard it was
3 three-quarters turn?
4    A.  That's the first time I've heard
5 three-quarters.  I remember half a turn.  I remember,
6 you know, we had a picture.  I took pictures of where
7 it was.  And David Schuler had a picture of what it
8 looked like before it was turned.  And it was not
9 three-quarters of a turn difference.
10    Q.  Okay.
11    A.  But I think it was more, you know, maybe
12 like five-eighths or something.
13    Q.  And did you know that after he went out to
14 the Buckingham residence -- "he" being Mr. Gieck -- he
15 sent an email to Mr. Buckingham where he states, and I
16 quote, We ran a combustion analysis on the boiler and
17 found it to be within acceptable parameters, end
18 quote.
19    A.  Okay.
20    Q.  Now, if I understood your testimony earlier
21 today, when you fired this boiler up the first time,
22 it ran at 190 parts per million?
23    A.  In that range, yeah.
24    Q.  I'd like you to assume that when Mr. Gieck
25 left the boiler, he claims that it was around 96 parts

Page 137

1  per million.  Assume that to be true.
2      A.  Okay.  And this is obviously after the
3  accident?
4      Q.  That's correct.
5      A.  Right.
6      Q.  Can you explain to a layman like myself how
7  the very next time it's fired up it shows basically a
8  hundred parts per million more?
9      A.  I don't have any explanation for it, unless
10  there was an issue of calibration with his equipment.
11      Q.  You believe yours is accurate?
12      A.  Yeah.  Did he run it on high fire when he
13  did it?
14      Q.  He did.
15      A.  Okay.  I don't have an explanation.
16      Q.  Theoretically, they should run pretty close
17  if the calibration is correct?
18      A.  Yeah, it should be a lot closer than 96 to
19  190.
20      Q.  Would you agree with me that if it was
21  running at 190 parts per million when you found it, it
22  would not be within acceptable parameters for
23  Triangle Tube's manual?
24      A.  Yeah, it's high.  They indicate they want
25  the upper limit to be a hundred parts per million on

Page 138

1  the CO.
2      Q.  Now, you testified on direct examination
3  that you do some consulting work with Weil-McLain; is
4  that right?
5      A.  Yes.
6      Q.  Are you involved at all with their March 7,
7  2016, technical bulletin?
8      A.  I'm not sure which one that is.
9          (Exhibit 202 was marked.)
10      Q.  You've been handed Exhibit 202.  This is an
11  announcement by Weil-McLain regarding PVC, CPVC, and
12  polypropylene venting.  Have you seen this before?
13      A.  I don't recall seeing this.
14      Q.  Well, it's going to probably take too long.
15  I'll probably ask you some questions about this at
16  trial.
17      A.  Okay.
18      Q.  But I want you to turn to the second page.
19  And I'm just going to talk to you a little bit about
20  the last paragraph.  Excuse me, it's the last full
21  paragraph.
22      A.  Okay.
23      Q.  "Polypropylene 'PP' is another material that
24  has become more popular in the North American market
25  as an alternative to PVC, CPVC, and stainless steel."

Page 139

1          Did you know that before you got involved in
2  this case?
3      A.  I know polypropylene is becoming more
4  popular because I've been seeing it on jobs.
5      Q.  "Polypropylene is not currently listed in
6  ANSI Z21.13/CSA 4.9 standard."
7          That's a true statement; correct?
8      A.  If it's here, it's probably true.  I haven't
9  verified it independently.
10      Q.  You have a copy of ANSI Z21.13 in your file,
11  do you not?
12      A.  I don't know if I have one in my file.  We
13  have it at the office.
14      Q.  And then they go on to state here, quote,
15  But instead, often tested independent of the appliance
16  through the Underwriters' Laboratories of Canada (ULC)
17  636 standard."
18          I think it's actually S636 standard.  Are
19  you familiar with that standard?
20      A.  I am.  It's similar to 1738, except the
21  Canadians throw some additional stuff in there.
22      Q.  They're a little more strict, you believe?
23      A.  I think they are.  They certainly were with
24  the Baxi boiler.
25      Q.  So you are aware that the polypropylene that

Page 140

1  was installed at the Buckingham residence was ULC-S636
2  approved; correct?
3      A.  I remember seeing that, I believe, on one of
4  the labels.
5      Q.  And then I'm going to skip a couple of
6  sentences.  It says "The ULC-636 standard tests the
7  pipe to a specific gas temperature and flow rate in
8  order to certify the vent system for the vent
9  manufacturer."  I did read that correctly; right?
10      A.  Yes.
11      Q.  And it says "Appliance manufacturers such as
12  Weil-McLain may then choose to run tests on their
13  appliances to determine if their flue gas temperatures
14  remain below the limits specified by the vent system
15  manufacturer."  I read that correctly; right?
16      A.  Yes.
17      Q.  Do you know if Triangle Tube tests the vents
18  that it approves in its manual?
19      A.  I don't know.
20          (Exhibit 203 was marked.)
21      Q.  Unless Ms. Mead was able to get through
22  roughly 7- to 8,000 pages of documents this weekend,
23  I'll just represent to you that this particular page
24  comes from a set of disclosures made this past Friday
25  that were received late in the day from Triangle Tube.

Page 141

1    So what I want you to do is just read the
2  first paragraph at the top to yourself where it starts
3  "Hi, Mike."
4    A.  Okay.
5    Q.  Just read it to yourself.
6    MR. WALTZ:  Does anybody have a question
7  they'd like to ask?
8    MR. LEWIS:  I just whispered to her I was
9  just wondering, I've never seen a number this high,
10  Bates No. 17- --
11    MR. WALTZ:  That only tells me you haven't
12  looked at the documents you were provided this past
13  Friday.  It's okay by me, but I'm just telling you
14  this is where I got this.
15    MR. LEWIS:  You sent the documents -- was it
16  by Dropbox?
17    MR. WALTZ:  I did nothing.  Triangle Tube
18  sent out a production of material through Dropbox on
19  Friday.  I downloaded it and spent the weekend looking
20  through the documents to see if there was anything I
21  wanted to use today.
22    MR. LEWIS:  I'm not objecting to what you're
23  doing.  I'm just wondering where they came from.
24    MR. WALTZ:  Okay.
25    Q.  (BY MR. WALTZ)  You got it?

Page 142

1    A.  I read the first paragraph, yes.
2    Q.  So the first paragraph is written from a
3  Kurt Bauer at ACV.  Do you know what ACV is?
4    A.  I guess -- I think it's a company that makes
5  boilers.
6    Q.  And he's writing to Mike Brunt at Z-Flex.
7  Do you see that?
8    A.  Yes.
9    Q.  Mr. Brunt really wants his product to be
10  approved as a product for use with Triangle Tube
11  boilers.  Just assume that to be true.  Okay?
12    A.  Okay.
13    Q.  And what Mr. Bauer says to Mike Brunt --
14  excuse me -- what Kurt Bauer, who's also with
15  Triangle Tube, writes to Mike Brunt is, in the third
16  sentence, "The current list of approved PP vent
17  manufacturers, I have tested and approved for use with
18  our appliances at agency."  Do you see that?
19    A.  Yes.
20    Q.  That seems to suggest that those which are
21  listed -- which at this time in May 2014 involved
22  Centrotherm or InnoFlue and M&G or DuraVent -- had
23  been tested and approved; agreed?
24    MS. TIEDEKEN:  Objection, foundation.
25    A.  I can't tell that specifically from looking

Page 143

1  at this.
2    Q.  (BY MR. WALTZ)  And if you look at the
3  bottom there, Mr. Brunt, in his efforts to have
4  Mr. Bauer at Triangle Tube -- he has an email address
5  at Triangle Tube down below.  He tells him Z-Flex
6  introduced a polypropylene vent system branded Z-DENS
7  which was listed ULC-S636.  Do you see that?
8    A.  Yes.
9    Q.  All right.  Have you been involved in any
10  other of these recalls for Weil-McLain?
11    A.  I don't believe so.
12    Q.  Do you know if they've had other recalls?
13    A.  I don't know off the top of my head.
14    Q.  Okay.  Now, case specific.  I want to talk
15  to you about spoliation.  You understand the need to
16  avoid spoliation at all reasonable costs -- all
17  reasonable methods; correct?
18    A.  Yeah, there are a number of factors you have
19  to take into account, which is also spelled out in the
20  ASTM E860.
21    Q.  I think I've actually used some of the
22  latest ASTM with you before.  There's ASTM's reply to
23  actually conducting a forensic investigation; correct?
24    A.  Yeah, or setting up -- when you're setting
25  up and preserving evidence when you know there's a

Page 144

1  potential for litigation.
2    Q.  So when you went up to the Buckingham
3  residence -- and we'll get into more detail later, but
4  as it relates to spoliation, you understood that
5  interested parties in potential litigation would want
6  the evidence preserved as much as possible; right?
7    A.  Right.
8    Q.  And then the other concern that was arising
9  was that the owner, Mr. Buckingham, wanted that boiler
10  out of there; right?
11    A.  Yeah.  He had to have heat in his house,
12  sure.
13    Q.  And you understood from discussions with
14  Mr. Schuler at least he wanted it out of there; right?
15    A.  I understood that Mr. Buckingham wanted to
16  get the boiler out of there for safety reasons, and to
17  get a new one in so that he would have heat in his
18  house in Wyoming in the winter.
19    Q.  Did you put anyone on notice of what was
20  going to be done on the 9th?
21    A.  I did not personally put anybody on notice.
22  I talked to Kate Mead about it, and I think I was
23  probably aware that there was going to be an
24  inspection on the 9th up there because I was flying
25  back on the 6th.  And I knew that -- I'm pretty sure I

Page 145

1  knew that Triangle Tube was going to be coming there.
2      Q.   You flew up there on the 6th?
3      A.   Yeah, I flew up there on the 6th and I think
4  I flew back on the 6th.  I could look at my invoices
5  and see, but I think I did it all in one day.
6      Q.   Your retention letter is dated the 4th; is
7  that correct?
8      A.   Whatever it says.  I don't remember.  That
9  sounds about right.
10     Q.   You knew that the pipe that came apart was
11 manufactured by DuraVent and/or Centrotherm or a
12 combination; right?
13     A.   After I got up there, yes.
14     Q.   And did you mention to any of the
15 representatives that were out there at the inspection
16 on the 6th that DuraVent and/or Centrotherm should be
17 put on notice?
18     A.   I think I talked to Kate Mead about it.
19     Q.   She was with Boyd Roberts on the 6th, was
20 she not?
21     A.   I think Boyd was up there with us.  I think
22 that's what my notes said that I read.
23     Q.   In your notes?
24     A.   I've got my field notes.  I could pull them
25 out here and take a look at them.

Page 146

1      MR. WALTZ:  Hold on.  I like working off of
2  exhibits.
3      (Exhibit 204 was marked.)
4      Q.   (BY MR. WALTZ)  You've been handed
5  Exhibit 204.  This is a copy of your field notes from
6  your work on February 6, 2015; right?
7      A.   Yes.
8      Q.   And that does tell us Boyd Roberts was out
9  there; right?
10     A.   It does.
11     Q.   Mr. Roberts is an adjustor for
12 Mr. Buckingham?  Is he an insurance agent or an
13 adjustor?  Do you know?
14     A.   I believe he's an adjustor.
15     Q.   So he's up there, and he's the one you said
16 actually ended up bringing the evidence back down to
17 your shop; right?
18     A.   That's correct.
19     Q.   Would you agree with me your experience has
20 been that most adjustors have an understanding of the
21 need to preserve evidence for people that might be
22 interested in it from a litigation perspective?
23     A.   I think most of them understand that.
24     Q.   So you're up there on the 6th, and I'll go
25 through these.  When you show up, the boiler was off;

Page 147

1  right?
2      A.   It was.
3      Q.   And we know you took pictures; right?
4      A.   Yes.
5      Q.   And then you said with the help of the
6  caretaker, Dave, you kicked the unit up to high fire
7  about 3:39 p.m.  Correct?
8      A.   Yes.
9      Q.   Were you taking readings at that time?
10     A.   Yes.  I believe I took readings the whole
11 time the boiler was on, and they are on that
12 spreadsheet.  There's combustion data.  I don't know
13 if you printed it out.
14     Q.   No, I'm not printing that whole thing out.
15 It's pretty long.
16     A.   It's not that much.
17     Q.   I don't know from where this comes, but it's
18 in your file.
19         (Exhibit 205 was marked.)
20     A.   Dick, I can save a lot of time.  This is
21 probably the graph that's in my report -- similar to
22 the graph that's in my report.
23     Q.   What day is that?
24     A.   This would have been the 9th.  This is after
25 we disconnected the vent pipe and ran it with the

Page 148

1  garage door closed, I believe.  Doesn't that kind of
2  match up with the one that's in the report?
3      Q.   That's fine.
4      A.   Yeah, okay.
5      Q.   And now you have in front of you
6  Exhibit 204; right?
7      A.   I do.
8      Q.   I'm going to ask --
9      A.   205?
10         MS. MEAD:  205, you mean?
11     A.   204 is my --
12     Q.   (BY MR. WALTZ)  204.
13     A.   All right.  You want to do my notes.
14     Q.   I want to go back to 204.
15     A.   All right.
16     Q.   You videotaped this; right?
17     A.   I do.
18     Q.   You say there's a minor delayed ignition;
19 right?
20     A.   Let's see here.  Minor delayed ignition,
21 yes.
22     Q.   With a puff?
23     A.   Yes.
24     Q.   So if we open up your February 6 video,
25 you've got -- do you have your computer out, or no?

Page 149

1    A.  I have it right here.  I can turn it on.
2    Q.  Okay.  So what I'm going to go here, since
3  we can't see that, can you pull it up?
4    A.  Sure.  I've got it on a separate drive.  My
5  files aren't quite as big as Bernie's, but let me grab
6  my drive.
7    Q.  You keep calling him -- some people call him
8  Bernie.  I call him Dr. Cuzzillo, in depositions
9  anyway.
10    A.  I call him Bernie.  I've known Bernie for a
11  while.
12    Q.  Have you ever worked on opposite sides of
13  him on cases?
14    A.  Oh, yeah.
15    Q.  So I have on my screen a copy of a video
16  that's dated February 6.  And I've only got one video.
17  Is that correct?
18    A.  That sounds right.  Does it say how long it
19  is?
20    Q.  Unfortunately, this system I've got -- I
21  think it's a minute 20.
22    A.  Really?
23    Q.  Well, listen.  The way to identify this for
24  the record is 2015 0206 162504 video; correct?
25    A.  Yeah, that should have the date and the time

Page 150

1  to the nearest second that the video started.  Does
2  that look right?
3    Q.  Yes, sir.  And the man who appears in that
4  is who?
5    A.  I don't know.  Let me get it on here and
6  find out.  Okay.  February 6.  I think that's the
7  caretaker.
8    Q.  What I'm interested in here is, if this film
9  says it's February 6 and it has 162504, that's
10  4:25:04 p.m.  Correct?
11    A.  Okay.  It should be 2016 0206 then the hour,
12  minutes, and the seconds that the thing started.
13    Q.  So it says 2015?
14    A.  Okay.
15    Q.  0206?
16    A.  Let me back up.  I'm going to pull up what
17  you're doing and look, so I'm looking at the same
18  thing you are.
19        Yes, 162504.  So maybe the camera is not set
20  properly, because I think --
21    Q.  Is that the same as saying calibrated?
22    A.  No.  The camera may have been on -- it's an
23  hour ahead, probably, is what I'm guessing.
24    Q.  I only have one film from that day.
25    A.  Okay.  I think that's right.

Page 151

1    Q.  And you ran it at least twice; agreed?
2    A.  Yeah, I think we cycled.  We kept it on, and
3  then we cycled the thing.  We ramped it up to high
4  fire, and I think it went off at one point.  We turned
5  it off, and it went back up.  That's why we got the
6  hard starts.
7    Q.  So we have your Exhibit 204, which is your
8  field notes.  In the field notes, it says you saw
9  189 PPM at log point No. 113.  If I want to go there,
10  I should look at your Excel spreadsheet to find the
11  log point; right?
12    A.  Yes.
13    Q.  What I want to do is run this film and find
14  out when this puff is that shakes the unit.  So let's
15  play it.  I can actually push mine right out here
16  while you're looking at it on the screen.
17        If you want to just sit there, I'm going to
18  play this.  You got yours there?
19    A.  Yeah, mine is running.
20    Q.  Okay.  Why don't you just turn it, if you
21  would, sideways so the jury can see it.
22        Tell me when you hear the puff.
23    A.  You're assuming I haven't already missed it.
24        Was that a noise I just heard at the end?
25    Q.  I'm still running mine.  I don't know, was

Page 152

1  it?
2    A.  I don't know.  Let me go to the end and see.
3  I'll see if it's on there.  I hear noise in the
4  background.
5    Q.  I'm waiting for the boiler to shake.
6    A.  Well, there's a noise at a minute and
7  12 seconds.  A minute 14, about a minute 15.  I don't
8  know if that's the boiler.
9    Q.  Were you getting these -- at a minute 12 on
10  that video --
11    A.  A minute 14, see if you hear a noise.
12    Q.  You're not even photographing --
13    A.  Right.  I'm moving over to the vent.  So I
14  don't know if I've got it on video.  I don't know if
15  that particular event is on video.  It's just in my
16  notes.
17    Q.  The reason I'm asking this question is that
18  you indicated -- when Mr. McGill asked you if someone
19  heard it or saw it, you said you got it on video, so
20  it would have better than if people heard it or saw
21  it.
22    A.  Right.
23    Q.  I agree with that statement.  But now I'm
24  trying to find out where the video is, and I've not
25  seen it.

1      A.  Okay.  That's fair.
2      Q.  So that's the one video we have from
3  February the 6th; right?
4      A.  That is correct.
5      Q.  And then we have a number of -- you can put
6  that aside, whatever you want to do.
7      A.  Okay.  All right.
8      Q.  I may go into another.
9         The next time you're out there is
10  February the 9th; right?
11      A.  Correct.
12      Q.  Now, on the 6th, you reiterate in your field
13  notes at the bottom that there were no adjustments or
14  changes made to the unit during the firing; correct?
15      A.  Right.
16      Q.  And then you shut it down; right?
17      A.  Right.
18      Q.  Did Mr. Roberts indicate to you that he
19  would put people on notice for the inspection that was
20  apparently planned for the 9th?
21      A.  I don't remember whether Mr. Roberts was
22  going to handle it or Kate Mead was going to handle
23  it.  I know I talked to both of them about it.
24      Q.  Did you talk to both of them about putting
25  DuraVent or M&G on notice?

1      A.  I think I may have suggested putting the
2  vent pipe people on notice.
3      Q.  And as you sit here, you don't know if that
4  occurred or not?
5      A.  I don't know.  I don't know who made what
6  calls.
7      Q.  Put aside 204.  And the next set of notes
8  I'm going to ask you about are these.
9         (Exhibit 206 was marked.)
10      Q.  Exhibit 206, these are your handwritten
11  notes; right?
12      A.  They are.
13      Q.  So the first page is dated October 22, 2015.
14  So we're jumping ahead a bit; right?
15      A.  We are.
16      Q.  And I'll go back in time, but I have a
17  reason for showing this to you.
18         And it says "Bernie Cuzzillo summarized
19  testing.  Wants test data and estimate to set up for
20  testing.  Told him I would contact client.  Wants to
21  test without orifice.  Talked to Kate.  Each pay for
22  portion of testing."
23         I read that correctly; right?
24      A.  You did.
25      Q.  And then the "Wants to test without

1  orifice," did that ever occur?
2      A.  I don't think so.
3      Q.  And do you know why Mr. Cuzzillo changed his
4  mind?  Dr. Cuzzillo.
5      A.  I have no idea.
6      Q.  The next one I want to ask you about is the
7  next page.  This is August 4 of 2015.  Is that your
8  handwriting?
9      A.  Is it.
10      Q.  Kate Mead told you that she received a
11  demand letter to settle the case for $12,750,000 from
12  Dave Lewis, plaintiffs' lawyer out of Jackson?
13      A.  I think she mentioned the demand letter, and
14  that was the number that was mentioned.  I think I
15  have a copy of that letter in my file now.
16      Q.  When did you get the letter?  Because I
17  don't have it in the file that was produced to me last
18  week.
19      A.  I've got it in my file.  I don't know when I
20  got it.  I can go through and look at the provided
21  documents and try to figure it out.  I think it was
22  before suit was filed.  I don't know that I got it
23  before suit was filed.  I think this was obviously
24  something, you know . . .
25      Q.  I received a copy of your, quote, job file,

1  end quote, last week.  Can you pull up your job file
2  on your computer?
3      A.  I can.  I've got my whole file on this
4  drive, so I can look and see which folder that is in
5  and when I got it, if that would be helpful.
6      Q.  That would be helpful.
7         Just for the record, the file I have
8  indicates that we downloaded this job file on July 21,
9  2016.  That's when I received it.
10      A.  Is there any chance it's an exhibit to a
11  deposition?
12      Q.  No.
13      A.  Okay.  I'm going through everything here.
14      Q.  Do you have a stack of documents there that
15  you pulled up and pulled out, like, a graph or
16  something?  Do you have a set of hard copy exhibits
17  there or documents that you received recently or
18  something?
19      A.  I have some of the exhibits in hard copy.
20      Q.  No, something you had where you just had a
21  stack of documents during your deposition.  I saw you
22  pull --
23      A.  Well, I've got a stack of depositions here.
24  Is this what you're referring to?
25      Q.  Is that what that is?

1    A.  I have depos, and then I have some other
2  stuff in a folder.
3    Q.  I just haven't seen this letter that you're
4  talked about.
5    A.  Okay.  All right.  Let me see if I can find
6  it.  Hang on a second.  Bear with me.  And I do have a
7  hard copy of it.
8       I don't see it in some of that stuff.  Let
9  me just look here.  Yeah, I'm not able to identify
10  where it came from here, but I'm pretty sure I got a
11  hard copy of it.  Do you want a hard copy?
12    Q.  Is it in your notebook there?
13    A.  I don't know whether it's in the notebook.
14  Let me look here.
15    Q.  And don't take it out of there.
16    A.  Don't take it out?
17    Q.  It's your hard copy?
18    A.  Well, let me see.  Just a minute.  Wait a
19  minute.  Wait a minute.
20       It's a Dave Lewis letter, but I'm not
21  sure . . .
22    Q.  Is just seems like it ought to jump out at
23  me if I saw it.
24    A.  I know -- I'm pretty sure I've got it
25  somewhere.

1    Q.  Okay.  We'll deal with that later.
2    A.  Okay.
3    Q.  That's the number you saw; right?
4    A.  That's what I saw.
5    Q.  Is there a sign-in sheet for the inspections
6  that took place on February the 9th?
7    A.  You know, I don't know.  It seemed to me
8  that Kate might have been collecting business cards
9  from everybody or something.  I was busy doing the
10  testing.  And I don't remember a sign-in sheet.  There
11  were not a whole lot of people there.
12    Q.  You have a file called "Sign-In Sheets"
13  that's dated October 27, 2015, and April 28, 2016.
14    A.  Right.  And there are probably some other
15  ones rattling around because I know they always do
16  them when we do a lab inspection.  It could be buried
17  on my desk.
18       (Exhibit 207 was marked.)
19    Q.  Exhibit 207, pages 1 through page 7 of your
20  notes, are from testing that took place on February 9,
21  2015; correct?
22    A.  Correct.
23    Q.  Was there a protocol in advance of that
24  testing?
25    A.  Not that I recall.

1    Q.  Why not?
2    A.  Wasn't any need to have a protocol.  Fire up
3  the boiler and test the boiler, and people from
4  Triangle Tube had an interest in being there.  We
5  would have discussed whatever they wanted to do in
6  addition to whatever we wanted to do.
7       There really wasn't much time to write a
8  protocol between Friday afternoon and Monday morning
9  that would have gotten to anybody for the purposes of
10  testing.
11    Q.  I just want to make sure that there was not
12  a protocol that I missed?
13    A.  I don't remember one.  I didn't put one
14  together.
15    Q.  Was Mr. Gieck at the February 9 inspection?
16    A.  I kind of think he was.  I can't be
17  absolutely certain.
18       (Exhibits 208 and 209 were marked.)
19    Q.  First I want to ask you about 208.  208 is a
20  photograph that was taken by Chief Tucker on or about
21  January 31 of 2015.  Do you have a copy of Chief
22  Tucker's photographs in your file?
23    A.  I don't know.
24    Q.  Just assume that that is true, then.
25    A.  Okay.

1    Q.  I just want to know two things:  Number one,
2  you can see the locking ring and how it's seated
3  there?
4    A.  Yes.
5    Q.  And then do you see the support bracket --
6    A.  Now, are you talking about the clamps or are
7  you talking about the Unistrut?
8    Q.  I'll be more specific.
9    A.  Yes, that would be good.
10    Q.  The locking ring clamp, do you see how it's
11  seated?
12    A.  Okay.  Yes.
13    Q.  And then you have the Unistrut and you see
14  how that is depicted here; correct?
15    A.  Yes.
16    Q.  And you see the bolt that appears at the top
17  there for the Unistrut?
18    A.  I do.
19    Q.  Now I want you to take Exhibit 209 and look
20  at it.
21    A.  Okay.
22    Q.  And do you see how the clamp or ring is
23  seated on the polypropylene pipe in that photograph?
24    A.  I do.
25    Q.  And do you see how the bolt appears in that

Page 161

1  photograph?
2      A.  I do.
3      Q.  Both have been moved; agreed?
4      A.  I'm not sure that I can say that the clamp
5  has been moved.  It looks like the head of the bolt
6  has rotated slightly.
7      Q.  Well, it's either rotated slightly or
8  rotated and turned slightly, just don't know?
9      A.  Slightly from the position I see it, yes.
10     Q.  Right.  From a forensic perspective, you can
11 assume it's either been moved about maybe an eighth of
12 a turn or maybe one and an eighth turns, depending on
13 how it existed at the time.  Do you follow me?
14     A.  Yeah, I do. I follow you, sure.
15     Q.  And then as it relates to the clamp, I want
16 you to -- you aren't certain if it's sitting up on top
17 of that pipe, or maybe that photograph is just not
18 good; right?
19     A.  I kind of can't tell from, you know, from
20 the angle that it's taken, whether the clamp down in
21 the Unistrut is in a different position between the
22 two.  I can't really tell.
23     Q.  And we can deal with that at a later date.
24 What we do know, looking at Exhibit 208, which is the
25 one taken by Chief Tucker, is that the pipe is

Page 162

1  partially removed from -- the male portion is
2  partially removed from the female portion.
3          You can see the rusted ring there.  Right
4  here.  Do you see it?
5      A.  Yeah, I see that.
6      Q.  Do you want to look at your photographs that
7  you took on the 6th?
8      A.  Okay. I can do that.
9      Q.  Just compare them, and you will see that
10 it's been moved, I will say, significantly.
11     A.  Okay.
12     Q.  And when you're looking at the photographs,
13 you can just tell us which particular photograph
14 you're looking at.
15     A.  All right.
16     Q.  I suggest 29.
17     A.  All right.  If you suggest 29, then I will
18 pull up No. 29.
19          Okay.  I'm looking at it.
20     Q.  Compare it to 208.
21     A.  You said 209 was taken when?
22     Q.  209 was taken by Mr. Gieck on February 2,
23 2015.
24     A.  Okay.  And so what exactly is your question?
25     Q.  Did you know that Mr. Gieck had taken the

Page 163

1  pipe apart when he was out there February 2, 2015?
2      A.  I did not know he had taken the pipe apart.
3      Q.  Is today the first time you knew that?
4      A.  It's the first I've heard of it.
5      Q.  What he did was he took some photographs,
6  and then he and Mr. Noe went down to that elbow that
7  you're looking at that's the subject of everyone's
8  inquiry with the rusted clamp ring.
9          And he pulls it apart and takes pictures of
10 it, and then he puts it back together.  And I presume
11 it's in the condition you photographed it on
12 February 2, which is photograph 29.
13          Today is the first time you knew he took it
14 apart?
15     A.  Yes.  I don't recall that in a discussion
16 before.
17     Q.  Of course, then, you don't know why he took
18 it apart; right?
19     A.  I don't know specifically why.  I think he
20 was curious as to what might have happened, but I
21 don't know his motives for taking it apart
22 specifically.
23     Q.  If you would go to Exhibit 93.  And if you
24 would turn to page 32.
25     A.  You said 32?  This only goes up to 11 pages.

Page 164

1      Q.  I screwed up.  Hold on a minute.  Bear with
2  me.  I got the wrong set of photographs.  Just a
3  minute.  That's what happens when you're working too
4  late at night.
5          I may have to abandon my effort here because
6  I screwed up on the exhibit number.  I got the right
7  page, but I don't have the right exhibit.  So I
8  apologize to you.
9          Go to Exhibit No. 83.
10     A.  I'm sorry?  Exhibit?
11     Q.  83.
12     A.  83.  Okay.
13     Q.  Can you turn to page 33.
14     A.  It's just written in pen; right?
15     Q.  Yes, sir.
16     A.  Well, that's a good picture.
17     Q.  That's a great one.
18          Go to page 35.  Do you see it apart?
19     A.  I see the picture, yes.
20     Q.  And if you go to -- so you don't know what
21 they were doing with it apart?
22     A.  I have no idea, other than it looks like
23 they were taking pictures of it.
24     Q.  Now, if you would, in the same exhibit, as
25 long as we're here, go back to exhibit -- that same

1  exhibit.  Go to page 7, please.
2     A.  Page 7.
3     Q.  Yes, sir.  I asked you questions about the
4  teeth on the locking ring?
5     A.  Okay.
6     Q.  And compare it to Exhibit 208, which is
7  Chief Tucker's, to see if it's in a different
8  position.  To be more helpful, you can go to page 8.
9  Page 8 is probably a better picture of it.
10    A.  Okay.  I see it.
11    Q.  And you don't know what he had done with the
12  locking ring prior to -- strike that.
13        You don't know what he did with the locking
14  ring after Chief Tucker memorialized the evidence on
15  January 31?  "He" being Mr. Gieck.
16    A.  I do not.
17    Q.  And you don't have any evidence that you're
18  aware of that Mr. Schuler, or anyone from the
19  Buckingham household, in any way touched this vent
20  pipe system before Mr. Gieck went out there on the
21  2nd, do you?
22    A.  No, but I know Mr. Schuler put it back
23  together at the time of the accident.
24    Q.  Absolutely, but then we have the photograph
25  of January 31 that shows how Chief Tucker found it

1  after the accident; right?
2     A.  Right.  I see that.
3     Q.  And what I'm asking you is we don't know --
4  you don't have any information anyone from the
5  Buckingham residence did something to the vent type
6  system after Chief Tucker was out there?
7     A.  No, I don't have any information in that
8  regard at all.
9     Q.  As a matter of fact, everything you know
10  indicates they did nothing; correct?
11    A.  That's my understanding.  Based on reading
12  the depositions, there was no discussion about taking
13  the vent pipe apart after the accident.
14    Q.  And looking at Exhibit 83 and looking at the
15  locking ring and the position it's in, do you know if
16  somebody tried to pry it loose before they took the
17  photograph?
18    A.  Before they took which photograph?
19    Q.  Exhibit 83, page 8.  Mr. Gieck.
20    A.  I don't know who did what.  It looks
21  different than the fire marshal's picture.
22    Q.  So you come out on the 9th.  And if I ask
23  you specifically who was out there, you are uncertain;
24  correct?
25    A.  Right.

1     Q.  Who would be the best person to ask that of?
2     A.  Well, Kate Mead might have a list.  I don't
3  remember collecting business cards from everybody out
4  there.  I think Kate probably has a pretty good idea
5  who was out there, and maybe she has a written list.
6        I know there was some people out there from
7  Triangle Tube.  Joe was out there, and it seems there
8  may have been even a couple of people from
9  Triangle Tube.  Dave Caggiano was out there.
10    Q.  One thing we're certain of is nobody from
11  DuraVent was out there; agreed?
12    A.  I don't remember anybody from DuraVent.
13  That is correct.  I am done with this thing here?
14    Q.  Yes, sir.  Thank you so much.
15    A.  Sure.
16        (Exhibit 210 was marked.)
17    Q.  You've been handed Exhibit 210.  This also
18  comes from your photographs.  I think this is from
19  February 9.  There's a tape measure.  Do you remember
20  what you were measuring?
21    A.  I think I was measuring the distance from
22  the ceiling down to the top of the center of the pipe.
23    Q.  What were you trying to ascertain?
24    A.  What the slope of the pipe might be over a
25  long length.

1     Q.  And you know from materials you reviewed
2  that slope is something that Triangle Tube was
3  concerned about in their manual; correct?
4     A.  They did specify a slope in their manual,
5  yes.
6     Q.  And looking at this photograph closely, do
7  you see the metal Unistrut -- or it's actually called
8  a toll strut, and then see something behind it,
9  between it and the pipe?
10    A.  Yeah, it looks like maybe some kind of
11  rubber material or something.
12    Q.  Do you know what that is?
13    A.  I have no clue.
14    Q.  Can we agree that was not preserved?
15    A.  I don't know if it's still there on the new
16  pipe.  We didn't take it.
17    Q.  I want to go to February 9.  Do you have
18  your notes that were marked as Exhibit 207 in front of
19  you?
20    A.  Okay.
21    Q.  You start with Test No. 2.  What was Test
22  No. 1?
23    A.  You know, I don't know.  I don't know if
24  Test No. 1 was considered the one that was done on the
25  6th.  I'd have to go pull the thing up from the file.

1    Q.  What would you look at?
2    A.  I would look at the combustion analyzer data
3  that's in the file for that date.
4    Q.  So Test No. 2, it says "Started boiler about
5  10:48 a.m."  Correct?
6    A.  Yes.
7    Q.  And if we look at your spreadsheets, we'll
8  see data that gets gathered from 10:48; is that right?
9    A.  Yeah, or a little bit before.
10    Q.  And what you say in here about midway down
11  the page is "Dave used my Sensit to check for leaks at
12  vent pipe on high fire; no leaks."
13        Did I read this correctly?
14    A.  That's what it says.
15    Q.  And the condition of the pipe would be as
16  you photograph it on the 9th?
17    A.  I'm sorry?  Say that again.
18    Q.  I'm trying to figure out what the pipe
19  looked like at the time this test is being performed
20  around 11:00 in the morning just before --
21    A.  There would be -- my pictures should show
22  what it looked like when we started.  I don't think we
23  did anything to it at all at the start of the test.
24    Q.  And Dave is who?
25    A.  Well, let's see.  There were two Daves

1  there.
2    Q.  Yes.
3    A.  So let me see.  Yeah, I think this must be
4  Dave Schuler because he mentions WM, which is Wyoming
5  Mechanical, that the orifice wasn't placed, and he
6  checked the gas pressure.  I'm thinking that's what it
7  means.  And that the propane orifice was in the
8  boiler.
9    Q.  Okay.  So the note says what I read.  And
10  that's, "Per Dave with Wyoming Mechanical, orifice in
11  place.  Checked gas pressure"?
12    A.  Right.
13    Q.  So does that help us to know which Dave was
14  using your Sensit?
15    A.  It could be Schuler, but maybe the Sensit
16  was being used by Dave Caggiano.  I don't remember.
17  It might show up on the video.
18    Q.  There's a Dave Gieck with Wyoming
19  Mechanical?
20    A.  Well, that's true.  Yeah, okay.  Yeah, so
21  this is Dave Gieck with Wyoming Mechanical.  That's
22  what that means.  Right.  So he said the orifice was
23  in place, and he checked gas pressure.
24    Q.  Was there anybody out there with Wyoming
25  Mechanical other than Dave Gieck?

1    A.  I don't know.
2    Q.  Did he have an attorney with him?
3    A.  I have no idea.
4    Q.  It says "No leaks."  Were you measuring at
5  what junction?  The whole line?
6    A.  We must have checked along all the --
7  checked all the connections on the line.  It says "at
8  the vent pipe."  So it would have been on high fire,
9  and we checked for leaks.
10    Q.  For those of us not familiar with what you
11  might have been doing that day at that time, what is
12  the person doing who's checking for leaks?
13    A.  He's taking the gas sniffer and running it
14  adjacent to all of the connections on the vent piping.
15    Q.  So all the joints?
16    A.  All the joints.  And any leakage would be
17  picked up by the Sensit.
18    Q.  Then you go on to read in this, and almost
19  three-quarters of the way down, it says something
20  "fault," "failed ignition."  What does that mean?
21    A.  We must have looked at the faults when we
22  were out there.  Must have been a failed ignition
23  fault on the menu.  And I suspect that that's on
24  video.  I think we had the camera pointed at the
25  display on the boiler as they checked for previous

1  faults.
2    Q.  And for February 9, you have three videos;
3  correct?
4    A.  I don't remember how many there are.
5    Q.  And, again, you just look at time and date;
6  right?
7    A.  Right.  Does it have the right time by
8  February 9?
9    Q.  Well, the first one that I have is 1151.
10    A.  Okay.
11    Q.  That doesn't tell me.
12    A.  Well, it sounds like it's still an hour
13  later; right?
14    Q.  Apparently.
15    A.  Yeah.
16    Q.  So then the next -- and this red box, you
17  put on there; correct?
18    A.  Which red box?
19    Q.  Upper right-hand corner.  "Test 2."  There's
20  a red box.
21    A.  I don't think that's mine.
22    Q.  It's not?
23    A.  That's not nine.  I've got my original notes
24  here, and I don't have any boxes like that on my
25  notes.  So I can show you the original notes which are

Page 173

1  on little 5 by 7 paper.
2       MS. TIEDEKEN:  My copy doesn't have that
3  box.
4       Q.  (BY MR. WALTZ)  So we've had kind of
5  conflicting statements here.  I have notes from
6  February 9, and they are handwritten notes.  Actually,
7  you know what?  This is from Bernie Cuzzillo.  Bernie
8  Cuzzillo put the red box on.
9       A.  Of course.
10       MR. LEWIS:  Where did you get it?
11       MR. WALTZ:  From Bernie Cuzzillo's file.
12       A.  These are the original originals.  No red
13  boxes.
14       Q.  (BY MR. WALTZ)  Don't lose them.
15       Okay.  I solved that mystery.  Now if you go
16  to the second page of the notes.
17       A.  Okay.
18       Q.  Top of the page, there's a delayed ignition.
19       A.  Yeah.
20       Q.  First line; correct?
21       A.  That must be Bernie's circle, yes.
22       Q.  And that's a log of 342; right?
23       A.  Right.
24       Q.  And where would we go to see that delayed
25  ignition?

Page 174

1       A.  Well, it might be on a video, and the data
2  logger might show something.  You just have to
3  remember that there is a delay to get the gas sample
4  from the boiler to the data logger of maybe 15 or
5  20 seconds.
6       Q.  So we have a data logger for Test 2.  Is
7  this still Test 2?
8       A.  It looks like Test 2.
9       Q.  And if I open up the data logger, then I
10  can -- not today, but I can go there and take a look
11  and see if I find some of those?
12       A.  Right.  Because once I get to 500, I've got
13  to stop and download the data and get ready for the
14  next test.  And I see the numbers are going up to 450
15  at the bottom of the page.
16       Q.  What would I see on your data logger that
17  might show?
18       A.  Might show what?
19       Q.  The delayed ignition.
20       A.  Well, you can go look at about 15 or
21  20 seconds after 3:42 and see if you see any
22  anomalies.  It seems to me that Bernie had -- Bernie
23  had some stuff in his reports.
24       Q.  I prefer, unless I ask you questions about
25  his report, to not rely on his reports.

Page 175

1       A.  I'm not.  I'm just saying that I think he
2  had done some graphing and had some notation as to
3  where there was delayed ignitions during the testing.
4       Q.  As it relates to your data, though, I
5  have -- it's a fairly significant spreadsheet.  It
6  goes up to AF in columns.  Which column would I look
7  at to see the information?
8       A.  Well, the log number is on the left, far
9  left side of the whole spreadsheet.
10       Q.  Where it just says 2, that's log No. 2?
11       A.  Well, does it say -- you're going to work
12  with line numbers on the left side.  It's going to
13  have line numbers.
14       Q.  Right.
15       A.  And it may be partway down the page, so you
16  might have to go to No. 2 or 3 to really get log 1.
17  Do you follow what I'm saying?  See the line numbers
18  on the left?  And then the next column as you move to
19  the right is the actual time.
20       Q.  Date and time.  Okay.
21       A.  Yeah.  And so it looks like this delayed
22  ignition occurred between 11:14 and 11:17.
23       Q.  Okay.  And what would I expect to see?
24       A.  Well, you might see something, you might
25  not.  I don't know if it will change the oxygen or the

Page 176

1  CO about 20 seconds down the page.  How far apart --
2  are the things five seconds apart?  Five or 10 seconds
3  apart?
4       Q.  Five seconds apart.
5       A.  Okay.  So you move down three or four lines
6  and you look for an anomaly, or you can plot it and
7  look for an anomaly.
8       MR. WALTZ:  Okay.  All right.
9       MS. TIEDEKEN:  It's about five of.  I'm
10  going to have to take a break for about 15 minutes.
11       MR. WALTZ:  Okay.
12       VIDEOGRAPHER:  This is the end of Tape No. 3
13  in the deposition of Jay Freeman, Jr.  We're off the
14  record at 2:54 p.m.
15       (Recess taken 2:54 p.m. to 3:24 p.m.)
16       VIDEOGRAPHER:  This is the beginning of Tape
17  No. 4 of the deposition of Jay Freeman, Jr.  We're
18  back on the record at 3:24 p.m.
19       Q.  (BY MR. WALTZ)  Mr. Freeman, before the
20  break, we were talking about the inspection and
21  testing that took place on February 9, 2015.  Could
22  you turn to Exhibit --
23       A.  February 9 was at the site.  You said at our
24  place.  Did you say at the house?
25       Q.  At the house, yeah.

44 (Pages 173 to 176)

Page 177

1    A.  Yeah, okay.
2    Q.  If you could turn to Exhibit 176.
3        We have it over there.  Thank you, Ms. Mead.
4    You there?
5    A.  I'm here.
6    Q.  It looks like they are upside down.
7    A.  Well, you know, I can't be perfect.  I am
8    here.
9    Q.  I'm only doing that because of two-sided
10   copying.
11   A.  Okay.
12   Q.  Are you there?
13   A.  Yes.
14   Q.  Okay.  I believe it was on the 9th that you
15   said someone held a camera up to compare what was
16   done?
17   A.  That is correct.
18   Q.  Was that David Schuler or was that David
19   Gieck?
20   A.  I thought it was David Schuler.
21   Q.  So we have a camera.  Do you see at the top
22   of this photograph -- I'm just going to tell you
23   that's a camera.  All right?
24   A.  Top right side, yes.
25   Q.  And then below is you, I think, with a

Page 178

1    screwdriver?
2    A.  I don't think I did the adjusting.  I think
3    I was doing the videoing.  Somebody else did the
4    adjusting.
5    Q.  Who did you trust to do the adjusting?
6    A.  I don't remember who did it.  I just don't
7    remember.
8    Q.  Here is what I'm asking about.  You can see
9    that the screwdriver is in the throttle; correct?
10   A.  Yeah.
11   Q.  The thing I want to ask you about is the
12   screw that appears just to the right of it or below
13   it, depending on how you're looking at the photograph,
14   next to the "out," o-u-t.  Are you with me?
15   A.  Sure.
16   Q.  Do you see it's in different positions in
17   the two photographs?
18   A.  Kind of looks like it, yeah.
19   Q.  And what did Mr. Gieck tell you, if
20   anything, he did with that screw on or about
21   February 2?
22   A.  I don't remember anything about that.
23   Q.  And what is that screw for?
24   A.  That's to check the outlet pressure of the
25   valve.  It's an outlet port.

Page 179

1    Q.  And what would one do -- why would one
2    adjust that screw?
3    A.  Well, you don't adjust it.  It allows you to
4    check the outlet pressure.  You can't adjust the
5    outlet pressure.  This is just a pressure tap.  You
6    unscrew it, and then it makes gas leak out of there.
7    And you put a little hose over it and go to your
8    monometer.  So it just opens the port.
9    Q.  And then how do you close it?
10   A.  Just turn it clockwise and close to.
11   Q.  So was it open when you started to do your
12   testing?
13   A.  I don't know.
14   Q.  Was it open when you did your testing on the
15   6th?
16   A.  I don't know.  I didn't smell any gas.
17   Q.  And you'd expect to smell gas if it were
18   open?
19   A.  Maybe, maybe.  I don't know.  We didn't
20   touch it.
21   Q.  You know what dawned on me when you
22   testified earlier, and then we took this break for
23   counsel, if your equipment isn't calibrated to measure
24   carbon monoxide, how do you do an adequate combustion
25   analysis?

Page 180

1    A.  Well, you can't.  That's the reason that you
2    have to calibrate the equipment or have it calibrated
3    periodically.
4    Q.  And if it's not calibrated, you can't get an
5    accurate reading?
6    A.  You won't be real accurate.  I mean, you may
7    be in the ballpark, but, you know, you can be off.  I
8    mean, if his read 96 and mine read 190, I think mine
9    is probably -- you know, we calibrate it every few
10   months.  We've got in-house calibration.
11   Q.  Now, you can set that aside.  Thank you.
12   A.  Should I keep this out?
13   Q.  No, I'm done.
14   A.  Promise?
15   Q.  I promise.
16   A.  Okay.
17   Q.  You have in front of you Exhibit 207, the
18   second page, which is where we were when we took the
19   break.
20   A.  Right.
21   Q.  And about two-thirds of the way down, it
22   says "Log 413, re-lit, slight poof"?
23   A.  Yes.
24   Q.  Do you believe that would be on video?
25   A.  Maybe.

Page 181

1    Q.  Okay.  Turn the page to page 3, and
2  Mr. McGill asked you some questions about this.  When
3  the screw is adjusted, the throttle screw, you have
4  the letter A there.  What does A mean?
5    A.  If you look at the diagram, A is the height
6  or the depth of the throttle screw from the top of the
7  opening.
8    Q.  So it's .553 or .555?
9    A.  Yeah, in that range.
10    Q.  And how much did you adjust it?
11    A.  Well, let me see here.
12    Q.  What do I look at?
13    A.  I'm sorry?
14    Q.  What are you going to look at to see it?
15    A.  I was just looking to see -- yeah, that's
16  how we found the throttle screw.  We didn't adjust it
17  there.  You'll see on the next page is where we adjust
18  it.  Right before Test No. 4.
19    Q.  Okay.  Now, Test 3, there was a little puff;
20  is that right?
21    A.  That's what it says.
22    Q.  And that's at log what?
23    A.  44.
24    Q.  Okay.  And then we go to the next page.  Are
25  we still on Test 3?

Page 182

1    A.  We are.  You can look at the log numbers.
2  They go 61, 65, on the previous page, and then they
3  jump to 68.
4    Q.  At the top of the page, would you read what
5  it says?  Page 4.
6    A.  It says "Burner to high.  Manual.  Slight
7  leakage."
8    Q.  Slight leakage where?
9    A.  Well, at the condensate trap, it looks like.
10    Q.  And why do you conclude that?
11    A.  Because that's what it says down there at
12  condensate trap.
13    Q.  So right through here, there's other
14  notes --
15    A.  Right.
16    Q.  -- right below it?
17    A.  Yeah.  It says "Slight leakage at condensate
18  trap."  And it says "normal start" because that was a
19  normal start.
20    Q.  Normal start meaning that there was no
21  delayed ignition?
22    A.  Right.
23    Q.  And about halfway down it says "Leak of
24  combustion gases at condensate trap."  What was
25  causing that?

Page 183

1    A.  I don't know.  Something wasn't tight.
2    Q.  Was that a design, manufacturer, or
3  installation issue?
4    A.  I don't know, to tell you the truth.  But it
5  was only 1 to 2 parts per million, so I wasn't too
6  excited about it.  It doesn't hold a candle to an open
7  vent pipe.
8    Q.  And then you adjusted throttle screw a
9  little over one-half turn to .541; right?
10    A.  Yeah, counterclockwise.
11    Q.  Then you go to Test 4; is that right?
12    A.  Yes.
13    Q.  And if you turn to the next page, there was
14  apparently no poof or any kind of indication of an
15  abnormality; agreed?
16    A.  Correct.
17    Q.  And we go to Test 5, and you have a little
18  poof when he goes to high fire; is that right?
19    A.  Yes.
20    Q.  And then turn to the next page where you do
21  step 6 -- or Test 6.  I apologize.  And that's when
22  you disconnect the vent pipe; correct?
23    A.  Yes.
24    Q.  And you discussed that in your report;
25  correct?

Page 184

1    A.  Yes.
2    Q.  In red, Dr. Cuzzillo has put in a box "pipe
3  slope 1/8 inch in 8 inches"; correct?
4    A.  Yes.
5    Q.  1/8 inch, is that what it is?
6    A.  Yeah, an eighth inch of slope in 8 inches.
7    Q.  The manual for Triangle Tube says 3
8  degrees -- when you say 1/8 inch in 8 inches, what
9  does that come out to in a foot?
10    A.  Let me get my calculator out.  I don't like
11  doing calculations in my head during depositions.
12      .1875 inches in a foot, which is about 3/16
13  in a foot.
14    Q.  And do you have any idea why there was less
15  slope than was called for in the manual?  Whether it's
16  Triangle Tube's manual or the DuraVent manual.
17    A.  Because that's the way it was installed.
18    Q.  All right.  And if you would, turn to the
19  last page.
20    A.  Okay.
21    Q.  It's page 7 of this document, Exhibit 207.
22    A.  Right.
23    Q.  And what have you done there?
24    A.  I just show a dimension from the ceiling
25  down to the center of the pipe, and I think I've got

Page 185

1   some photographs that show it along different
2   locations on the pipe.
3       Q.   Now, you were asked some questions by
4   Mr. McGill about the supports.  And you know that both
5   Triangle Tube and DuraVent require that for every
6   change in horizontal, there should be a support;
7   right?
8       A.   I remember seeing something about that.  I
9   can't give you the exact details, but I know they
10  talked about additional supports.
11      Q.   What we know is that if you -- I'll call it
12  the termination end of the vent system.  When it's
13  running perpendicular to the wall with two supports,
14  there is no support on that section; correct?
15      A.   Are you talking about the end that goes in
16  the termination kit or the horizontal --
17      Q.   The horizontal.
18      A.   -- that runs at a right angle to the wall
19  that the boiler is on?
20      Q.   That's the one I'm talking about.
21      A.   Right.
22      Q.   There is no support there; correct?
23      A.   Right.  There's nothing vertically holding
24  it up other than it's connected to other piece.
25      Q.   Now, if Wyoming Mechanical had put in a

Page 186

1   Unistrut from the wall, it would have probably had to
2   be a little longer because of the dimensions of the
3   room; right?
4       A.   Right.
5       Q.   But if you put a support in there that runs
6   at right angles to that horizontal and you clamp it
7   down just like you clamped down the two sections that
8   run along the wall -- are you following my so far?
9       A.   Yes, yes.
10      Q.   -- you're going to have forces from the
11  outer wall toward that horizontal just the way it's
12  configured if they put it in?
13      A.   Are you talking about putting it at the
14  center of the pipe between the two elbows?
15      Q.   Sure.
16      A.   Okay.
17      Q.   Follow me?
18      A.   Yeah, I follow what you're saying.  Sure.
19      Q.   And then when you're getting forces dying on
20  that elbow, you're going to get resistance from the
21  support?
22      A.   You'll get some.  You'll tend to want to get
23  a rotation about your clamp.  But, yeah, you'd get
24  some resistance if you clamped it that way.
25      Q.   And without testing it, there's just no way

Page 187

1   to know what resistance you'll get; agreed?
2       A.   Testing would tell you some stuff.  You
3   could see how much force it takes to pull it apart
4   because you'd be rotating in the clamp.  But I don't
5   think the instructions call for Unistrut.  I think it
6   just calls for a hanger.  Right?
7       Q.   I don't disagree with you.
8       A.   Okay, okay.
9       Q.   But, again, all these choices that are made
10  for the components of the vent system were made by
11  Wyoming Mechanical; correct?
12      A.   Yes.  That's correct.
13      Q.   I mean, for reasons that you don't know,
14  they chose to assemble the termination by putting the
15  wrong plate on the outside and the wrong plate in the
16  inside.  You know that?
17      A.   I've heard that.  I haven't looked at that
18  in detail.  I'm sorry.
19      Q.   Well, it's true, they have.
20      A.   Okay.
21      Q.   And we don't know why they chose to do that,
22  but they did; right?
23      A.   Okay.
24      Q.   And what we know is that they mixed
25  manufacturers of vent components, and we know they are

Page 188

1   not supposed to do that?
2       A.   Right.
3       Q.   And we don't know why they did that; right?
4       A.   Right.
5       Q.   And we know that there's an absence of a
6   clamp on one of the elbows, and we don't know why they
7   chose to do that; right?
8            MS. TIEDEKEN:  Object to the form.
9       A.   Which elbow doesn't have the clamp on it?
10      Q.   (BY MR. WALTZ)  Mr. Cuzzillo -- Dr. Cuzzillo
11  in his report, he talks about that.
12      A.   Okay.
13      Q.   Do you know what one he's talking about?
14      A.   No, but I guess I can look at my pictures.
15      Q.   And then you used the wrong termination.
16  Just assume that to be true.
17           MS. TIEDEKEN:  Object to the form.
18      A.   Okay.  I'll assume that.
19      Q.   (BY MR. WALTZ)  And you don't know why they
20  did that?
21      A.   I don't.
22      Q.   And then they chose to locate the
23  termination in an area of the exterior that may cause
24  problems for the operation of the boiler.  You know
25  that?

1      MS. TIEDEKEN:  Object to the form.
2      A.  Well, I didn't see a problem with the
3  location.  It looked like it was working pretty well,
4  and it looks like the new boiler is vented there.
5      Q.  (BY MR. WALTZ)  Do you know -- have you been
6  told that the Buckinghams are considering changing the
7  termination once again at their house?
8      A.  I don't remember hearing that.
9      Q.  Okay.  So we're talking about now that --
10  putting a strut in.  They chose the clamps that they
11  wanted to use, the hangers they wanted to use.  My
12  client sells them; right?
13      MS. TIEDEKEN:  Objection, foundation.
14      A.  I don't know if your client sells hangers or
15  not.
16      Q.  (BY MR. WALTZ)  Assume they do.
17      A.  Okay, okay.
18      Q.  Now, just assume this to be true.
19  Mr. Schuler, when he came in on Thursday night,
20  noticed -- the thing that drew his attention was that
21  the blue gasket that goes to the termination was
22  unsealed.  Okay?  Just assume that's true.
23      A.  I remember reading that.
24      Q.  So what you have is something is going
25  that's adjusting it or causing maybe a twisting motion

1  in the pipe at that location.  Do you follow me?
2      MS. TIEDEKEN:  Objection, foundation.
3      A.  Yeah, but I thought the pipe was actually
4  blown apart also.  Am I not --
5      Q.  (BY MR. WALTZ)  You know, I was going to ask
6  you that.
7      A.  It would have to be blown apart.  Just
8  having a little bit of leakage at the seal is not
9  going to do anything.  You're talking about the night
10  of the accident?
11      Q.  Where do you understand the elbows blew
12  apart on that system?
13      A.  On that particular evening?
14      Q.  No.  It was blown apart more than one time;
15  right?
16      A.  Okay.
17      MS. TIEDEKEN:  Objection.
18      Q.  (BY MR. WALTZ)  It's your testimony; right?
19      MS. TIEDEKEN:  Objection, foundation.
20      Go ahead.
21      A.  Yeah, the elbows were blown apart more than
22  one time.  And I thought either David Schuler or Greg
23  Buckingham said that there were different elbows
24  sometimes; it wasn't always the same elbow.  I could
25  go back and look at the depositions, but that's what I

1  remember.
2      Q.  (BY MR. WALTZ)  Do you know when elbow --
3  strike that.  Do you know which elbows they were
4  talking about?
5      A.  Well, yes.  I believe it was one that has
6  the rusty clamp, and then the one that's -- I guess
7  you could call it west, although it's not really west.
8  It's sort of northwest.  But the one that's northwest
9  of that that bends and heads toward the termination
10  kit.  That's what I understood.
11      Q.  Now, we took a deposition of Dr. Cuzzillo
12  last week.  He has this theory that some kind of flame
13  travels down this pipe and then causes this violent
14  pressure that then caused the elbows to dislodged.
15  That's what it sounded like to me as a layman.
16      A.  Okay.
17      Q.  And I think if there's a flame coming down
18  this pipe, there would be some forensic evidence, you
19  know, something like soot or black.  You follow me so
20  far?
21      A.  I'm following you, yes.
22      Q.  And then he suggested, well, the condensate
23  may remove that.
24      A.  You're doing a good imitation of Bernie, by
25  the way.  But go ahead.

1      Q.  I've had a lot of time to do this.
2      Now, I don't believe that.  I'm just telling
3  you.  It's not a question.  I'm just telling you I
4  don't believe that.
5      A.  Sure.
6      Q.  I don't believe that that happens, that
7  you're going to have no evidence of it.  Do you agree
8  with my disbelief?
9      MS. TIEDEKEN:  Object to the form of the
10  question.
11      MS. MEAD:  Join.
12      MS. TIEDEKEN:  Misstates the testimony.
13      A.  First of all, short term flame with plastic
14  may not leave any effects.  We've taken gallon jugs
15  that used to have water with a shrink sleeve on it and
16  put it on our explosion chamber and set it off, and it
17  doesn't even do anything to the plastic.
18      Second of all, I don't think flame probably
19  went down the length of the pipe because I don't
20  remember seeing any flame coming out of our explosions
21  that we did, and we did some real serious explosions.
22      And then I had another case where they had a
23  real serious explosion in Utah, at a school in
24  Montezuma Creek, and it blew pieces of the vent
25  termination about 75 feet out on the roof.  And I

Page 193

1  don't remember any melt stuff.
2      So you've got a volume of gas in this
3  chamber, and it just kind of vents and, you know, you
4  get pressure coming out. It's got to go somewhere, so
5  it goes out the vent pipe.
6      Q. (BY MR. WALTZ) And then as he was
7  describing that, and you've talked about this other
8  elbow, the one that's northwest, or whatever?
9      A. Right.
10     Q. How the heck was the flame getting down
11 there?
12     A. Well, it wouldn't be the flame. It would be
13 the pressure. And basically you fail the weakest
14 joint. Anytime you change direction when you've got a
15 pressure wave, you tend to want to blow fittings
16 apart.
17     That's why when they have -- sprinkler
18 connections are big water pipe connections
19 underground, and they turn. They've got to put clamps
20 on there to minimize the thrust to keep the joint
21 together because the water wants to keep going
22 straight, just like the pressure wants to keep going
23 straight.
24     Q. Now, in the manual that Mr. McGill walked
25 you through -- I'm not going to go back through it,

Page 194

1  but they list the polypropylene manufacturers that
2  they approve, which is Centrotherm and M&G DuraVent?
3      A. Right.
4      Q. And it says "approve." That's the word
5  that's used, "approve."
6      A. Okay.
7      Q. To you, what does the word "approve" mean?
8      A. It means it's acceptable to use it with
9  their product.
10     Q. And does that word "approve" have anything
11 to do with building codes?
12     A. Well, some of it might be tied to the -- you
13 know, to the specific standard under which the boiler
14 is made, the ANSI standard. It may mean that they've
15 tested their products, tested the vent pipe with their
16 products. I don't know the details.
17     Q. So that leads me to -- do you know, as we
18 sit here today, looking at there, is that 3PPS-LBC, which is
19 that double -- up to your right. Keep moving up. No,
20 no, to your right. Look towards me. Keep coming.
21     A. Oh, the clamp. Why didn't you just say "the
22 clamp"? You're rattling off all these numbers.
23     Okay. I've got the clamp here.
24     Q. I asked you a number of things why Wyoming
25 Mechanical did or did not do something?

Page 195

1      A. Right.
2      Q. Do you know why they didn't use the approved
3  clamp on the system?
4      MS. TIEDEKEN: Object to the form of the
5  question.
6      A. I do not.
7      Q. (BY MR. WALTZ) Safe to say, you've never
8  tested that device?
9      A. No. The standard says it's supposed to take
10 more than a hundred pounds to pull it apart.
11     Q. We'll talk about the standards in a minute.
12     A. Okay.
13     Q. The other cases on which you've worked,
14 we've talked about PVC coming apart. Has some of that
15 been CPVC, the vent that's come apart?
16     A. I don't remember any CPVC coming apart.
17     Q. Has some of it been stainless steel?
18     A. I've had some stainless steel stuff come
19 apart. I've had type B vent come apart. I've had
20 specialized vent pipe, similar to the Viessman, come
21 apart. I've had a bunch of them.
22     Q. And when you say "come apart," are you
23 talking about at joints?
24     A. Yeah, it comes apart at joints. And when it
25 does, you've got a real serious problem, particularly

Page 196

1  with the coaxial vent pipe, because if I've got my
2  exhaust inside the center pipe and then I've got fresh
3  air around the outside, and I separate it just a
4  little bit, all of a sudden you're recirculating the
5  combustion products back into the boiler and you get
6  thousands and thousands of parts per million carbon
7  monoxide in the flue gas, much as this boiler did when
8  Bernie dumped some combustion products underneath the
9  bottom of the cabinet.
10     (Exhibit 211 was marked.)
11     Q. Exhibit 211 are notes from April 28, 2016.
12 I was out at your lab. Correct?
13     A. Yes.
14     Q. Now, before I get to April 28, we talked
15 about February 2, we talked about February 9. There
16 was a session took place in October of 2015 that was
17 attended by, among others, Dr. Cuzzillo; correct?
18     A. I believe Bernie was there, yes.
19     Q. Was there a protocol for whatever was done
20 on October 27, 2015?
21     A. Let me look at my notes, and maybe that will
22 refresh my memory.
23     Q. Okay.
24     A. I'm trying to remember if there was a formal
25 protocol or not. I know that Bernie had talked about

1 trying to recirculate some products or put some
2 combustion products in the vicinity of a boiler with
3 sort of tent over it or something. And so I think we
4 knew about it before he came out.
5    Q. I have a sign-in sheet for that session, and
6 Mr. Lewis was there, as was Dr. Cuzzillo; right?
7    A. Yes.
8    Q. And then Mike Senk was there from
9 Triangle Tube; right?
10    A. Well, let me look at my sign-in sheet so
11 that I'm on the same page with you here.
12        Okay. I've got the sign-in sheet here.
13    Q. So for Triangle Tube, there was Mr. McGill,
14 Mr. Caggiano, and Mike Senk; right? Page 2.
15    A. I'm looking. Yes, correct.
16    Q. And if we go to page 1, we had you and
17 Mr. Oberg on behalf of the Buckinghams, along with
18 Kate Mead; right?
19    A. Yes.
20    Q. And was anyone there for Wyoming Mechanical?
21    A. Mark Passamaneck was there for Wyoming
22 Mechanical, and Julie --
23    Q. Do you see him on here?
24    A. Yeah, on the front page. It says "Entropy,"
25 the name of his company there. The card on the front

1 page right below Oberg.
2    Q. There we go. Okay.
3    A. He just didn't write over who was he
4 representing, didn't write it next to his name. And
5 then Julie was there for Wyoming Mechanical.
6    Q. Where is she? Oh, there she is. The second
7 page; right?
8    A. Yes.
9    Q. Is that the first time Mr. Passamaneck
10 participated in any kind of testing?
11    A. I think so. Can't be certain, but I think
12 so.
13    Q. All right. So my question that got me into
14 that --
15    A. This case, by the way, with all these
16 inspections, is kind of like Groundhog Day, you know,
17 just over and over and over again.
18    Q. I don't disagree, except I haven't attended
19 yet. The testing that took place on the 15th, was
20 there a written protocol that I could compare what was
21 done --
22    A. Wait a minute. On which day?
23    Q. October 27, 2016.
24    A. Okay. You mumbled there.
25    Q. I didn't mean to.

1    A. Okay. '15, October 27. Got it.
2    Q. For the testing which occurred on
3 October 27, 2015, is there a protocol to which I can
4 compare to what actually was done?
5    A. You know, I don't know if there was a
6 written protocol or if Bernie somehow just conveyed to
7 me what I wanted done. I just know that he had
8 talked about this recirculation stuff, it seems to me,
9 before we actually did the inspection.
10    Q. And then you took some photographs; right?
11    A. I took photos, and my guess is there's
12 probably video also; right?
13    Q. Okay. And then we go to the next session,
14 which is April of 2016; specifically, April 22. And
15 your notes from that are Exhibit 211; right?
16    A. April what?
17    Q. April 28 of 2016.
18    A. 28th, right.
19    Q. Now, there's something done on April 26 of
20 2016 that just -- were you guys setting it up or
21 something?
22    A. Say that again.
23    Q. Something was done on April 26, 2016.
24        MR. LEWIS: April 28.
25    Q. (BY MR. WALTZ) I'll repeat myself. On

1 April 26, 2016, something was done with the boiler;
2 correct?
3    A. I believe you are correct. Let me just
4 check my invoices here, and I can tell you. I think
5 we did a prefire with the video to make sure that the
6 thing would run before everybody got there. And I
7 think there was a written email or something that
8 said, yeah, go ahead, nobody had any problem with it.
9    Q. And from the material that was provided to
10 me, it appears that there are four different films of
11 that; right?
12    A. Hang on a second. Yeah, there would be four
13 separate video clips.
14    Q. If you would just look at the one that is
15 identified at 198.
16    A. As what?
17    Q. 198?
18    A. 198. Oh, I'm sorry. An exhibit?
19    Q. No, no, no.
20    A. You want me to look at the video?
21    Q. Your video. It's No. 198. And go to the
22 beginning.
23    A. All right. It's booting up.
24    Q. You'll want to keep that up because I'm
25 going to talk about some of the activity.

1    A.  Okay.  It's too bad we don't have a big
2  screen to put it up on.  If we had done the deposition
3  at our office, we could have put it up on the big
4  screen.
5         How old is that monitor up there?  It looks
6  like a dinosaur.  It's pretty old.
7    Q.  I'm just a defense attorney.
8    A.  I know, you don't make all the money.
9    Q.  What do you charge an hour?
10   A.  My depo is $350 an hour.
11   Q.  I'm way shy of that.
12        So you got it up there?
13   A.  I'm getting it.  Just a second here.  Give
14  me one second.  I had this thing on hibernate instead
15  of sleep, so it's thinking about it.
16        And this is the video for 10/27; right?
17   Q.  No, it's the video for April 26.
18   A.  April 26.  All right.  Let me look here.
19  Well, I see 4/28 here with my videos.  Let me see if
20  it's in here.
21   Q.  It is.  It's in a folder called 4/28.
22   A.  Got it.  Okay.  There are a bunch of them, I
23  guess.  Right?
24   Q.  Right.
25   A.  Okay.  Which one do you want?

1    Q.  198.  MAH.
2    A.  Well, yeah, the MAH is the low resolution.
3  There's just duplicates here.  The ones with the big
4  long numbers are higher resolution.  The other ones
5  are MP4 files.  They are the same.  So I'll go to 198.
6  That's easy.
7    Q.  So what happens in the beginning of that
8  video?
9    A.  He was bleeding some water off the air -- or
10  bleeding some air off the vent and got squirted in the
11  face with some water.  So it was very exciting.
12   Q.  So that was -- who was that?
13   A.  That was Gary, Gary Oberg.
14   Q.  Did he make a comp claim for that?
15   A.  No.  He's okay.
16   Q.  Now, what appears here is you have about
17  four films from that day; right?
18   A.  Okay.  Yeah, we were just firing the thing
19  up and just making sure everything worked and having
20  it ready when people showed up so that it would be
21  good to go.
22   Q.  Okay.  Now, the next set of photographs we
23  have is from April 28, 2015.
24   A.  You talking video or photographs?
25   Q.  Video.

1    A.  Okay.  4/28.  Okay.  Which one do you want?
2    Q.  Well, Exhibit 211, which is from 4/28/2016,
3  the first page of this is what?
4    A.  It's just sort of an isometric diagram of
5  the vent piping, and there are letters on there to
6  indicate the joint designations -- you know, JJ, II,
7  HH, EE, et cetera.
8    Q.  You're the first person to talk about this.
9  If you could hold that up and show the jury on video
10  what you're talking about here.  And, really, the
11  part -- the joint about which everyone is interested
12  is FF; right?
13   A.  I think that's correct.  If I can turn this
14  around, I can tell you.
15   Q.  Yes, please do.
16   A.  You are correct.  I believe that's correct,
17  yes.
18   Q.  And you wrote "rusty lock ring"; right?
19   A.  Yes.
20   Q.  And then it's 82 inches from there to the
21  boiler?
22   A.  Yes.
23   Q.  Now, if you'll turn to the second page.
24  These are your notes; right?
25   A.  They are my notes.

1    Q.  And these are the only notes we have from
2  what took place on April 28, 2016; agreed?
3    A.  Right.  Obviously, the video is documenting
4  the pull test; and there's more detail on the video.
5    Q.  Show me the protocol for this pull test that
6  everybody wanted to do out there.  When I say
7  "everybody," some of the people out there wanted to
8  do.
9    A.  I don't recall a protocol for the pull test.
10   Q.  There wasn't one, was there?
11   A.  No.  I think this came up during the
12  inspection.  Bernie or somebody said, "I want to see
13  what it takes to pull it apart.  So let's pull the
14  accident one apart."  And I think everybody went,
15  "Eww, no, not going to do that one."
16   Q.  Bernie, who was hired by the attorney who
17  made a $12 million-plus demand, wanted to do some
18  testing of the evidence for which no protocol had been
19  prepared; correct?
20   A.  I think that's correct, yes.
21   Q.  And he wanted to do something called a,
22  quote, pull test, end quote; correct?
23   A.  Yes.
24   Q.  Now, there is such a thing called a pull
25  test that my client has done on its product.  You

1  understand?
2      A.  Well, the 1738 requires one.
3      Q.  They are not all approved by 1738.  Did you
4  know that?
5      A.  I know they are approved by 638, which is
6  the sister standard for Canada, with maybe a few extra
7  things thrown in.
8      Q.  So let's talk about 1636, which is what they
9  are certified --
10     A.  636?
11     Q.  636.
12     A.  Right.
13         MR. WALTZ:  If Ms. Mead would be kind enough
14  to pull that big notebook away from there.  That one
15  right there.  I don't know whose it is.
16         MS. MEAD:  That's his.
17         THE DEPONENT:  What big notebook?  My
18  notebook here?
19         MR. WALTZ:  Yes, that's correct.
20         THE DEPONENT:  I have to move my notebook.
21         MS. MEAD:  What do you want now, Dick?
22         MR. WALTZ:  Exhibit 193.
23         THE DEPONENT:  Can I put away my laptop?
24         MR. WALTZ:  No, no, no.
25         THE DEPONENT:  All right.  I'm just trying

1  to keep things organized.
2         MR. WALTZ:  The laptop is important to this.
3         THE DEPONENT:  I'll just kind of put it down
4  out of the way a little bit there.  Okay.
5      Q.  (BY MR. WALTZ)  This is 636.
6      A.  Got it.
7      Q.  Now, before you engineers out there wanted
8  to do some, quote, pull testing, end quote --
9      A.  I'm sorry?  Who wanted to do it?
10     Q.  Dr. Cuzzillo wanted to do some pull testing.
11  Are you with me?
12     A.  Yeah, I'm with you.
13     Q.  Which testing here was this test done
14  consistent with?
15     A.  I'm looking here.
16     Q.  And to help you out, if you would turn to
17  about the fourth page of the document, there's a table
18  of contents, and there are 22 tests that are listed.
19     A.  I am looking here.  Hang on a second.
20         Longitudinal pull and torque test on
21  page 32.  Yeah, this looks like the same testing in
22  the standard that I've got, except it's not in
23  kilonewtons, or whatever.  It's in pounds.
24     Q.  So at page 32, you have manufacturing
25  production tests for Class I non-metallic vents;

1  correct?
2      A.  Yes.
3      Q.  The second sentence says, and I quote, Parts
4  are to be joined in accordance with the manufacturer's
5  instructions."  I read that correctly; right?
6      A.  Where did you read that?  I'm sorry.
7      Q.  Under the 6.2.1, second sentence.
8      A.  Oh, the second sentence.  Okay.
9      Q.  Are you with me?
10     A.  Yes.
11     Q.  Quote, Parts are to be joined in accordance
12  with the manufacturer's instructions, end quote.
13  Right?
14     A.  Yes.  Right.
15     Q.  When did you folks do that on April 28?
16     A.  You mean put them together according to the
17  instructions?
18     Q.  Yes, sir.
19     A.  I thought they were clipped together the way
20  that they were supposed to go together.
21     Q.  Actually, when you testified earlier when
22  Mr. McGill asked you questions, you said they failed
23  the pull test; and that was, you thought, at
24  44.8 pounds.  The truth is, the 44.8. test that was
25  done was done with no clip; agreed?

1      A.  There was a test with no clip that came
2  apart, and I referenced that.
3      Q.  And you know that at the section I objected
4  to this being done?
5      A.  I kind of remember that.
6      Q.  And part of it was I had Dr. Cuzzillo
7  grabbing ahold of different parts, doing whatever he
8  wanted to do to the parts as he's pulling on them.
9  Are you following me?
10         MS. TIEDEKEN:  Object to the form.
11     A.  Well, I think initially Mr. Cuzzillo wanted
12  to take the subject elbow and pull on that one.  And I
13  think everybody objected to that.
14     Q.  (BY MR. WALTZ)  That didn't take a rocket
15  scientist to figure out?
16     A.  No, no.  And then I think people must have
17  said, yeah, okay, you can do it to another part if you
18  want to.  I think other people were kind of curious
19  also.
20     Q.  I understand being curious as a forensic
21  engineer.  I get it.  I'm interested in defending
22  clients.  So now that I have objected to it, we have
23  no protocol.  Agreed?
24     A.  Right.  I don't remember a protocol.
25     Q.  You folks put together something you're

Page 209

1  going to do, and the first one we should look at is
2  204. MAH204.
3      A.  Okay.
4          MS. MEAD:  I'm going to object to the extent
5  that you said -- you made a statement before that
6  question or that direction.  You said "you folks."
7          MR. WALTZ:  Dr. Cuzzillo.  Do you want to
8  keep blaming Dr. Cuzzillo?
9          MS. MEAD:  Well, yeah, I think it's
10  important not to just blanket blame engineers that
11  were there, including yours.
12          MR. WALTZ:  My engineer was not agreeing to
13  do this because I told him not to participate or be
14  involved in it.
15      Q.  (BY MR. WALTZ)  Now, 204 is a video that was
16  taken of someone trying to basically disconnect a
17  clamp.  Who is that?
18      A.  I don't know.
19      Q.  And they've got -- it's really hard to do
20  this with a jury, but I just want to make a record of
21  this, and we'll do it in front of the jury at trial if
22  we have to.
23          Somebody has taken apart the clamp; agree?
24      A.  Yes, I agree.  Somebody that had a yellow --
25  let me see if I recognize the watch.  It's not me.  So

Page 210

1  I could probably go through the pictures that were
2  taken -- I could probably go through the pictures and
3  see who was wearing tan pants and a blue shirt with a
4  tape measure in their belt.
5      Q.  They pull this apart, and they finally pull
6  apart the joint; right?  No, they don't.  They leave
7  it together; right?
8      A.  Yeah, they're popping a clamp off there, and
9  I think somebody said, you know, pry it off.  Let me
10  see if I've got the sound here.
11      Q.  Before you all popped this thing off --
12  before you all popped it off, you drew around the
13  clamp; right?
14      A.  Yeah, we marked where it was and made sure
15  everything was labeled.  This is joint E as in Echo.
16      Q.  And then what we'll do is we'll go to film
17  2005, because I believe that's the next one in line
18  here.
19      A.  Okay.  We'll go to 2005.
20      Q.  Excuse me, 205.
21      A.  Yeah, 205.  So I've got it there, and we're
22  pulling.
23      Q.  How did you pick this joint?
24      A.  Well, we didn't want to do the subject
25  joint, and this was near it.  So somebody picked it.

Page 211

1  I don't know who decided to do this one.
2      Q.  And the video ends with the joint popping
3  out; right?
4      A.  It does pop apart.
5      Q.  Okay.  Let's go to 206.
6      A.  Okay.  Going to 206.  It says it's 44.8
7  pounds.
8      Q.  How much?
9      A.  It's 44.8 on the last test.  That's what the
10  little clip was.
11      Q.  Can we agree that this particular test was
12  not done with the assembly according to the
13  manufacturer's instructions?
14      A.  We can agree on that.
15      Q.  So then we'll go to 207.
16      A.  Okay.  Got it running right now.
17      Q.  And we're popping another one off.  This
18  time we're popping off F.  That's the subject joint;
19  right?
20      A.  It is.  Correct.
21      Q.  By the way, could you show this to the jury
22  while you're playing it?  I don't know how to do it.
23      A.  I can do it, but I can't see it.  Do you
24  want to do it twice?  I'll play it here, and then we
25  can put it on video.

Page 212

1      Q.  Let's start from the beginning.
2      A.  I did.  I'm pretty close to the beginning,
3  just a couple of seconds.
4          How's that?  Can you see it okay?
5      Q.  Great.
6      A.  Everybody can see it but me; right?
7      Q.  That's right.
8          And it just ends.  Go ahead and put that
9  down.
10      A.  Do you want me to look at it?
11      Q.  Sure.
12      A.  I can just look at the end of it and see
13  what it is.
14          So they took the clip off; right?
15      Q.  Yeah, that's about 30 seconds here.
16      A.  Okay.  So they got the clip off.  That's the
17  F joint.  Okay.  Do you want me to go to the next one?
18      Q.  Who decided to take apart the joint that
19  actually failed?
20      A.  I don't know.
21      Q.  I mean, we know that I'm objecting to this?
22      A.  Well, I think people wanted --
23          MS. TIEDEKEN:  Object to the form of the
24  question.
25          MR. WALTZ:  What's your objection?  You were

Page 213

1 there, Ms. Tiedeken. You know I was very -- I was
2 vociferous about this not coming apart.
3      MS. TIEDEKEN: I disagree with that
4 characterization.
5      MR. WALTZ: Yeah, of course you would.
6      MS. TIEDEKEN: I don't think that's true. I
7 don't recall you objecting vociferously.
8      MR. WALTZ: Where's the protocol that your
9 expert, Dr. Cuzzillo, put together?
10      MS. TIEDEKEN: My expert isn't Dr. Cuzzillo.
11      MR. WALTZ: Well, he's been passing you
12 notes during depositions. I just want to know what he
13 told you about this.
14      MS. TIEDEKEN: Mr. Cuzzillo --
15      MR. WALTZ: It's Dr. Cuzzillo.
16      MS. TIEDEKEN: -- is not my expert. I did
17 request the pull testing and was in favor of it.
18      MR. WALTZ: In writing?
19      MS. TIEDEKEN: No. Just spoke up when
20 everybody else, the whole group, said "Let's do a pull
21 test." And everybody seemed to be in complete
22 agreement. "Let's do the pull test."
23      MR. WALTZ: Such unmitigated fabrication.
24      Q. (BY MR. WALTZ) Now let's go to
25 photograph -- video -- well, let's move on.

Page 214

1      A. Okay.
2      Q. You have film 208; correct?
3      A. Whichever one you want on here. I've got
4 the next one on here.
5      Q. 208.
6      A. I can turn it around for the crowd. It's
7 only 39 seconds long, because I think we had to
8 reposition --
9      Q. Go ahead. You can just do it and watch it.
10      A. Okay. So we went to 75 pounds, and then we
11 repositioned it.
12      Q. Okay. So it didn't pull apart then?
13      A. Right.
14      Q. And it has --
15      A. The table was moving, so we wanted a right
16 angle to the table. The table had wheels on it, which
17 make things a little tougher.
18      Q. Before we move on --
19      A. Oh, you want me to pause it. Okay. I'll
20 pause it.
21      Q. In this particular video, there is no clamp
22 on it; agreed?
23      A. I don't see a clamp on it.
24      Q. So we agree, then, it was not installed per
25 the manufacturer's instructions?

Page 215

1      A. Correct.
2      Q. All right. Now we'll go to 209.
3      A. Okay. I'll go to the next one. Do you want
4 to see the scale that show . . .
5      Q. The scientific method that's being used,
6 there's a gentleman at the end of the table that's got
7 his legs straddled over the elbow and he's holding
8 onto it while somebody else at the other end --
9      A. The straight edge of the pipe is against the
10 edge of the table; so the table is restraining it.
11      Q. But if you can look at it, I can show you
12 where it is.
13      A. The one we just showed, or the next video?
14      Q. No, no, no. If you go to right at the first
15 second, there he is leaning up against it to hold it
16 in place.
17      A. Yeah, he's holding it so it doesn't rotate
18 up when you pull on it.
19      Q. I'm sorry. Where is that in 636 or 1738?
20      A. It's a pull test.
21      Q. Where is this methodology that's being used
22 by these engineers charging roughly $1,000, $1,500 an
23 hour? Where is it in there?
24      A. Are you talking about the total billing for
25 the lawyers or the experts?

Page 216

1      Q. I'm talking about the experts.
2      A. Oh, okay.
3      Q. So if we play it forward --
4      A. I'm going to the next one; right?
5      Q. -- to the last 20 seconds.
6      A. Okay. You want me to go to the next one.
7      Q. No, stay there.
8      A. You don't want to go to the next one. You
9 want me to go back to that one.
10      MS. MEAD: Are you still on 208?
11      Q. (BY MR. WALTZ) Still on 208.
12      A. Okay. Do you want me to play the whole
13 thing again? Tell me what you want.
14      Q. Okay. We'll try it again. We're on 209.
15      A. Okay.
16      Q. There's where we were.
17      A. It looks like Bernie's got a scale. It
18 looks like it's our digital scale, and he's going to
19 be pulling on a joint, which I believe does have a
20 clip on it.
21      Q. It does not have a clip on it.
22      A. Really?
23      Q. Yeah, it really doesn't. Go take a look at
24 it. I promise you it doesn't.
25      MS. TIEDEKEN: Object to the form of the

1  question.  Misstates the evidence.
2      A.  You're talking about joint J; correct?
3  There is a clip on it.
4      Q.  (BY MR. WALTZ)  I'm sitting here looking at
5  it.  Go to the beginning of the film.
6      A.  Wait a minute.  Are you on the same video I
7  am?
8      Q.  209.
9      A.  This one?  Is this the video?
10     Q.  No, no.
11         (court reporter speaks off the record.)
12     Q.  209.
13     A.  Let me see what number this is.  Let me back
14  up here.  Let me just back up and see.  Okay.  That
15  was 204.  Let me find 209.  Just a minute.  209.
16         Okay, 209.  Yeah, we went through this.
17     Q.  No, we did not.
18     A.  Yes, we did.  I'm looking at 209.  It's the
19  one at the edge of the table, and there was no clamp
20  on it.  Right?
21     Q.  Right.  Run it out to the end.
22     A.  Okay.  That was the one that was like
23  88 pounds.  Right?
24     Q.  We haven't talked about 88 pounds.
25     A.  All right.  I thought we did.

1      Q.  No, we didn't.
2      A.  88.2 pounds.  We did talk about it.
3      Q.  So now you have one that's 88.2 pounds, and
4  that's without a clamp; right?
5      A.  That's correct.
6      Q.  And that is in your notes which is in
7  Exhibit 211; correct?
8      A.  It is.
9      Q.  Now, where are your notes --
10     A.  It says "without locking clip."
11     Q.  Yes, I read that.
12     A.  Okay.
13     Q.  Now, where are your notes from with the
14  locking clip?
15     A.  I don't think I took notes.  I was relying
16  on the video because I was shooting the video.
17     Q.  Were you shooting that video that we just
18  looked at?
19     A.  Quite possibly, yes.
20     Q.  All right.  So now we'll go to 210.
21     A.  Okay.
22     Q.  Now, this is Dr. Cuzzillo, who's got some
23  kind of contraption there; right?
24     A.  Yeah, it's a spring scale.  It belongs to
25  us.  And this is a joint with a clamp.  Right?  We

1  agree on that?
2      Q.  I guess that's what you're doing.  You've
3  got some kind of a vise there you're using; right?
4      A.  Yeah.  I've got the other end strapped to
5  the vise on the table, and something is holding the
6  table so it doesn't move.
7      Q.  And where would I go in 1738 or 636 to find
8  this device for this testing?
9      A.  You know, it's a pull test.  I don't know
10  that they have the specific details about exactly how
11  to do the pull test, other that the length of time you
12  apply a certain load.
13     Q.  Now, what we do know, before we become --
14  either one of us -- glib about standards, is the 636,
15  the tests in there, are to protect the public from
16  possible exposure to dangerous gases.  Agreed?
17     A.  Are you talking about the whole standard?
18     Q.  Yes.
19     A.  Yeah, pretty much, pretty much.
20     Q.  And the individual tests that are in there
21  are to try to accomplish that; correct?
22     A.  Right.  It's to make sure that the products
23  that are made conform to a specific standard so that
24  it meets all of the qualifications of temperature and
25  stresses and loads and sandbags swinging into it and

1  everything else.
2      Q.  And those are all tests that have been
3  designed over a long period of time by engineers;
4  right?
5      A.  I think they've been around a while.
6      Q.  And are you on the committee for S636?
7      A.  No.
8      Q.  Have you ever made any recommendations for
9  any revisions that you believe were necessary for 636?
10     A.  No, I have not.
11     Q.  Now, we have film 210 here.  And
12  Dr. Cuzzillo is going to -- it's about 46 seconds
13  long; right?
14     A.  Yes.
15     Q.  And this one does have a ring on it;
16  correct?
17     A.  Is does have a locking clamp, yes.
18     Q.  And who installed this locking clamp?
19     A.  I don't remember.
20     Q.  At one point it was apart, or not?
21     A.  I'd have to go back and look at the
22  pictures.  I don't remember offhand, but it shouldn't
23  matter.
24     Q.  And this is joint J; correct?
25     A.  Well, I'm thinking this is H.  I thought we

Page 221

1    did J in one of the other tests. I think that's an H.
2    There's an I to the left of it, and it looks like it's
3    an H. It's kind of hard to see with the reflection,
4    but let me play it forward just a little bit and see.
5    Let's make sure what it is.
6          It is joint J. It's upside down.
7    Q.   And this film lasts for 40-some-odd seconds?
8    A.   48 seconds total.
9    Q.   And you and Dr. Cuzzillo are going back and
10   forth about it failed; it didn't fail?
11   A.   Just looking at what it did. It moved.
12         Do you want me to go to the next one?
13   Q.   It goes to the end, and the vent pipe has
14   not come apart; agreed?
15   A.   It has slipped, but it has not totally come
16   apart on that video.
17   Q.   All right. Now, if you'll go to 211. And
18   it starts over. Did you push the joint back together
19   or --
20   A.   No. I believe we just left it where it was.
21   Q.   How does that affect the test, if at all?
22   A.   Well, we're continuing. We're putting load
23   on it.
24   Q.   And at what angles are you putting the load
25   on?

Page 222

1    A.   Well, we're putting it longitudinally in.
2    The locking clamp is making it cock at an angle.
3    Q.   Okay. And you're playing this one, and it's
4    about 29 --
5    A.   31 seconds. Okay.
6    Q.   Let it keep going.
7    A.   I went to the end already.
8    Q.   And does the vent pipe ever become
9    disengaged?
10   A.   Not on that video. There's a question as to
11   whether there was some damage to the ring. If the
12   lock ring gets bent so that it can't be used again,
13   then it's considered a failure.
14   Q.   And did the vent pipe come apart? That's my
15   question.
16   A.   Not on that video.
17   Q.   And what was the poundage that he registered
18   there?
19   A.   I don't know. Let me go -- let me keep
20   going. Is there a 212?
21   Q.   I believe there is a 212.
22   A.   Okay. Let me go to 212 here. It's the same
23   joint. It look like we're continuing on.
24   Q.   As a matter of fact, you told him to stop
25   pulling because what he was doing was pulling it at an

Page 223

1    angle; right?
2    A.   Well, it was -- because of the mechanism,
3    the thing does cock at an angle. If you did this pull
4    test in a laboratory, it would do exactly what we see
5    here. The clamp holds one side of the female pipe and
6    locks on the other side of the male pipe, and it's
7    fused at an angle.
8          And I think the locking ring looks like it's
9    permanently bent, which means it would have failed the
10   test.
11   MR. WALTZ: Move to strike.
12   Q.   (BY MR. WALTZ) The question I have on the
13   floor for you is you told him to stop because he was
14   pulling at age angle; correct?
15   A.   I mentioned that it was an angle, yes.
16   Q.   And was it at an angle when he started to
17   get the ring to bend?
18   A.   I think the locking clamp started to bend
19   when this thing went at an angle. I think there was
20   some bending of the clamp.
21   Q.   At how many pounds did it start to bend?
22   A.   I don't know. I don't know the exact
23   number.
24   Q.   Who can tell me that?
25   A.   I don't know. Let me see if it's on here.

Page 224

1    Let me look at the scale.
2    Q.   Tell me which film you're looking at.
3    A.   All right. I don't see another one.
4    Reading off the numbers. All right. Let me see if I
5    get some numbers here for you. Let me back up.
6          Yeah, around -- it looks like around maybe a
7    hundred, in that range, that there's some bending of
8    the locking ring.
9    Q.   And that's strictly looking at which video
10   you're reaching that conclusion?
11   A.   That would be video number 210. Bernie is
12   reading off the numbers, and you can watch the clamp
13   bending.
14   Q.   210?
15   A.   Yes.
16   Q.   I don't hear him?
17   A.   You don't hear the numbers?
18   Q.   Not on 210.
19   A.   Do you want -- well, let me look and make
20   sure that I'm right here. I can help you with the
21   sound, if you want.
22   Q.   It's not 210.
23   A.   All right. Hang on.
24   Q.   You think it happens at 211.
25   A.   Maybe it's 211. Okay. Yeah, I think maybe

Page 225

1  it is 211.  Yeah, it's 211.
2      Q.  Okay.  So on 211 he starts to pull, and he
3  start reading off numbers.  And then you visualize by
4  looking at this, that the ring start to distort
5  somewhere around a hundred?
6      A.  Right.  Maybe a little bit less.
7      Q.  Of course, as it approaches a hundred, he's
8  not pulling at an angle; right?
9      A.  Well, he's pulled it straight, but the way
10  the joint is put together, the way it's help on one
11  side, it rotates.  That's just the nature of that type
12  of connection.
13      Q.  What we know is all the testing that's done
14  on my client's product is done by independent
15  laboratories who have -- essentially, they have no
16  skin in the game; right?
17      A.  Yeah, I would assume that's the case.  Yeah,
18  they are supposed to be an independent lab.
19      Q.  And you know it's approved by Intertek;
20  correct?
21      A.  It's what?
22      Q.  Approved by Intertek?
23      A.  It's tested by Intertek, yes.
24      Q.  When you said earlier today that you had
25  concerns about my client's product not passing the

Page 226

1  standard at 44.8 pounds, you were referring to when it
2  was being tested without the locking clip and not
3  assembled in accordance with the manufacturer's
4  instructions; agree?
5      A.  I think that's correct, yes.
6      Q.  Now you don't have quite the concerns you
7  had before; agreed?
8      A.  I think that's a fair statement.
9          MR. WALTZ:  Now, if we could, why don't we
10  take five.
11          VIDEOGRAPHER:  We're off the record at
12  4:22 p.m.
13          (Recess taken 4:22 p.m. to 4:34 p.m.)
14          VIDEOGRAPHER:  We're back on the record at
15  4:34 p.m.
16      Q.  (BY MR. WALTZ)  Mr. Freeman, you have in
17  front of you Exhibit 185.  Correct?
18      A.  Yes, I've got it.
19      Q.  This is page 19 of Dr. Cuzzillo's latest
20  report that we've been provided.  Have you seen this
21  language?
22      A.  Are you talking about the language in
23  section 502 or the Cuzzillo stuff?
24      Q.  The Cuzzillo stuff.
25      A.  I think I probably read through this.  I

Page 227

1  can't say that I remember it.
2      Q.  This was his latest version of --
3      A.  Second revised, or something.
4      Q.  Yeah, whatever.
5      A.  Fourth.
6      Q.  And if you look at the building code, it
7  says "In late 2013, Teton County adopted the 2012
8  International Fuel Gas Code which provide the
9  following."  And then it cites the specific provision
10  of the code; correct?
11      A.  Right.
12      Q.  You know that under the jurisdiction in
13  which this jurisdiction occurred, a building permit
14  was supposed to have been pulled; right?
15      A.  To put a boiler in?
16      Q.  Right.
17      A.  Yes, I believe that's correct.
18      Q.  And for reasons that have not been made
19  apparent in what you've read, Wyoming Mechanical chose
20  not to get a building permit; correct?
21          MS. TIEDEKEN:  Object to the form.
22      A.  I saw that there was no permit pulled.  I
23  did see that referenced.
24      Q.  (BY MR. WALTZ)  Now in this, there's a
25  highlighted portion on this exhibit that says "Plastic

Page 228

1  vents for Category IV appliances shall not be required
2  to be listed."  And the reference, among other things,
3  UL 1738; right?
4      A.  Yes.
5      Q.  And a Category IV appliance is what the
6  Buckinghams had; right?
7      A.  Yes.
8      Q.  And they're exempted, or not required to be
9  listed, where the vents, as specified by the appliance
10  manufacturer, are installed in accordance with the
11  appliance manufacturer's installation instructions.
12          I read that correctly; right?
13      A.  I do see that, yes.
14      Q.  Now, what we get back to is -- you've seen
15  with Mr. McGill's questioning that there are -- the
16  use, among others, of the 3PPS-LBC, which we know they
17  didn't use.  That is Wyoming Mechanical.  Do you
18  follow me?
19      A.  Right.
20      Q.  Which means, then, that we have no
21  explanation in this case to date as to why Wyoming
22  Mechanical chose to use the component it chose in the
23  Buckingham residence; agreed?
24          MS. TIEDEKEN:  Object to the form and
25  misstates the facts in evidence.

Page 229

1    A.  I haven't read Mr. Gieck's latest depo.
2    Q.  (BY MR. WALTZ)  You know what Dr. Cuzzillo
3  says in his report?  Under citing the section is "So
4  plastic vents are excepted from the otherwise
5  universal requirement for listing and labeling, the
6  lead sentence in the paragraph notwithstanding."
7      I read that correctly; right?
8    A.  Yes.
9    Q.  And then he goes on in this page to explain
10  the role of Triangle Tube in the vent system that's
11  used for the boiler at the Buckingham residence;
12  correct?
13    A.  Yes.
14    Q.  And then at the end of this, in the last
15  paragraph he says "Triangle Tube's practice of 5.85
16  testing without a vent attached yields falsely mild
17  results."  That's what he says there; right?
18    A.  Yes.
19    Q.  And he goes on to say "Moreover, it doesn't
20  test the vent at all, even though it is their
21  responsibility to test, approve, and specify the
22  vent."  I read that correctly; right?
23    A.  Yes.
24    Q.  And what we know from what I showed you
25  today is that apparently someone tests the vent

Page 230

1  system?
2      MS. TIEDEKEN:  Objection, foundation.
3    A.  I'm sorry.  Your question again?
4    Q.  (BY MR. WALTZ)  What we learned today from
5  the exhibit I showed you, which is that series of
6  emails, is that somebody at Triangle Tube tests the
7  vent system?
8      MS. TIEDEKEN:  Objection, foundation.
9    A.  I'm not sure what you're referring to.  I'm
10  sorry.
11    Q.  (BY MR. WALTZ)  I know it's --
12    A.  Are you talking about approving it --
13  somebody wanted to get their particular product
14  approved, or something; is that the one you're talking
15  about?  That email?
16    Q.  That's correct.  And then the person who
17  wrote it, Mr. Bauer says that he's tested the vents
18  that are used and approved.  Do you remember that?
19      MS. TIEDEKEN:  Object to the form.
20    A.  Vaguely, yes.
21    Q.  (BY MR. WALTZ)  Okay.  You've represented
22  manufacturers before; correct?
23    A.  Yes.
24    Q.  And in those cases where you've represented
25  manufacturers, does the manufacture approve of certain

Page 231

1  components that are to be used?  It's important that
2  they're used; agreed?
3      MS. TIEDEKEN:  Object on form and
4  foundation.
5    A.  Right.
6    Q.  (BY MR. WALTZ)  The information related to
7  the testing of the DuraVent pipe system that took
8  place in April at your office, do you remember that?
9    A.  Yes.
10    Q.  Your report in this case for Buckingham was
11  not filed until June.  Just assume that to be true.
12    A.  Okay.
13    Q.  Did you submit anything in writing critical
14  of the DuraVent pipe system between the testing that
15  occurred on April 28 and when your report was
16  submitted in June of 2016?
17    A.  I don't think so.
18    Q.  And the reason I'm asking is that when I
19  came here today to cross-examine you, I was relying on
20  the fact that you issued a report and it was disclosed
21  as a formal expert report in June of 2016.  Okay?
22  Just assume that's true.
23    A.  Okay, okay.
24    Q.  And then when you started talking about some
25  pull tests, I had nothing in writing that related to

Page 232

1  any pull tests.  Do you follow me?
2    A.  Yes, I do.
3    Q.  And when I go to your report, which we've
4  marked as -- at the beginning of this deposition, you
5  had said if we go to page 11 of that, on paragraph 6,
6  that's where you talk about the DuraVent piping;
7  correct?
8    A.  Correct.
9    Q.  That's really the only place you talk about
10  the DuraVent pipe; right?
11    A.  I'm sorry.
12    Q.  That's the only place you talked about
13  DuraVent piping in your conclusions?
14    A.  Well, let me just look here.
15    Q.  I'm talking about the conclusions now.
16    A.  I understand.  On page 9 I did talk about
17  the rust on one of the locking band clasps.
18    Q.  Sure.  That's a fact.  Right?
19    A.  Right.  At the bottom of page 9, I talk
20  about the vent pipe --
21    Q.  Right.
22    A.  -- how it's assembled.  I talk about a newer
23  design where there's a tab on the pipe.
24    Q.  I understand that.  And you wrote all --
25    A.  Which makes is less likely -- right.

Page 233

1    Q.  You wrote all of this back in January 2016;
2  right?
3    A.  I did.
4    Q.  And what you had at the time you wrote this
5  is you had a copy of the Triangle Tube manual; right?
6    A.  I did.
7    Q.  And did you have at that time, before you
8  wrote this, a copy of the DuraVent installation
9  manual?
10    A.  I had some DuraVent material.  I think I had
11  it back in January.  And I've got it in my file folder
12  here.
13    Q.  And last but not least, whatever happened
14  out there in April 2016 did not involve that
15  double-banded clamp that you have in front of you;
16  agreed?
17    A.  Correct.
18      MR. WALTZ:  That's all I have.  Nice to see
19  you again, as always.
20      THE DEPONENT:  Thank you.
21      MS. TIEDEKEN:  Mr. Freeman, I guess -- can I
22  go next?
23        EXAMINATION
24  BY MS. TIEDEKEN:
25    Q.  All right.  I have a few follow-up

Page 234

1  questions.  I'm going to try not to go over what's
2  begin covered already.
3      I had a question about -- is it the Mummey
4  case that you were involved in in which you did some
5  testing, pressure testing, to see what pressure it
6  might take to blow a vent pipe apart?  Is that the
7  right case?
8    A.  Okay.
9    Q.  Was it the Mummey case?
10    A.  It was the Mummey case, yes.
11    Q.  Okay.  I thought you indicated that in that
12  case the boiler in question had the same burner as the
13  Triangle Tube boiler has in this case?
14    A.  Yeah, same basic design of the burner and
15  heat exchanger.
16    Q.  Was there anything defective with regard to
17  the boiler in that case, in your opinion?
18    A.  The boiler itself?
19    Q.  Yes, or any of the component parts?
20    A.  I think the vent piping either came with the
21  boiler or was specified by the boiler manufacture.
22  And there was an issue about how easy it was to put
23  the vent pipe apart.
24      So I was critical of the boiler manufacturer
25  who had that as part of their system because I think

Page 235

1  we did one pull test and it took 15 pounds to pull it
2  apart.
3    Q.  And as I'm understanding the prior
4  testimony, there was a delayed ignition in that case?
5    A.  There was.
6    Q.  What was the cause of the delayed ignition
7  in that case?
8    A.  The boiler was not properly convert from
9  natural gas to propane.  It was running very rich.
10    Q.  Okay.  You've also testified that you're
11  currently involved in a case with a Triangle Tube
12  boiler out in Baltimore, and that Mr. Caggiano has
13  also been acting as an expert in that case?
14      MR. McGILL:  Objection, foundation.
15    A.  Yes, I believe he was there for the
16  inspection.
17    Q.  (BY MS. TIEDEKEN)  Did that case involve a
18  delayed ignition?
19    A.  Not that we know of at this time.
20    Q.  When you say "at this time," are the facts
21  still being developed with regard to what occurred in
22  that case?
23    A.  I would say yes.  There was some field
24  testing of the boiler, and I believe it was running
25  very dirty.  And so when the vent pipe came apart, if

Page 236

1  flowed throughout the whole hotel, apparently.
2    Q.  Okay.  You had a chance to view the
3  Buckingham boiler in place at the Buckingham home
4  before it was removed; correct?
5    A.  Correct.
6    Q.  On two difference occasions:  on
7  February 6 and February 9?
8    A.  Right.
9    Q.  And then the boiler was delivered to your
10  office or your facility down in Denver?
11    A.  Right.  I think it was -- well, I've got the
12  paperwork.  I think it was delivered in March, if I'm
13  not mistaken.
14    Q.  And you've had a chance, since the boiler
15  was delivered to your facility in Denver, to view the
16  boiler; correct?
17    A.  Yes.  View it.  Watched testing of the
18  boiler at least three times.
19    Q.  Did you note any damage to the boiler from
20  the transfer of the boiler from the Buckingham home to
21  your facility in Denver?
22    A.  Did not, no.
23    Q.  It appeared to be in the same condition when
24  it got to your facility as it had been in the
25  Buckingham home?

Page 237

1    A.  Yes.
2    Q.  What kind -- what kind of pressures did you
3  measure in the Mummey case when you were doing your
4  pressure testing?  I think you had provided this copy
5  down here, some results of that testing?
6    A.  Yes.
7        MS. TIEDEKEN:  This was provided to
8  Mr. McGill.  Mr. McGill, do you mind if I mark this as
9  an exhibit so we can track it as part of the record?
10       MR. McGILL:  Go right ahead.
11       (Exhibit 212 was marked.)
12   Q.  (BY MS. TIEDEKEN)  Can you tell me, then,
13 what does 212 show?
14   A.  It shows the pressure in a vent pipe
15 connected to a Baxi boiler during one of the many
16 tests we did with delayed ignitions.
17   Q.  And is the peak of this graph the peak
18 pressures that were applied during the delayed
19 ignition?
20   A.  This is what we match and measured.  This
21 was the actual pressure measured in the pipe during a
22 delayed ignition of about almost 19 PSI.
23   Q.  How does PSI pressure compare to the pull
24 testing figures, if at all?
25   A.  If you multiply the pressure times the

Page 238

1  cross-sectional area of the pipe, that's the force
2  that you're applying to separate the two pieces of
3  pipe.
4    Q.  So the hundred pound pull test, what do
5  these pressures convert to with regard to pull
6  testing?
7    A.  Well, let's see.  If pipe is exactly
8  3 inches in diameter, it gives us about 7 square
9  inches times 19.  And that would be a longitudinal
10 force of 134 pounds.
11   Q.  Okay.  So in excess of what the vent pipe
12 manufacturers are required -- strike that.  That's
13 probably a bad question.
14       In excess of what vent manufacturers are
15 required to withstand as far as pull testing; correct?
16       MR. McGILL:  Objection to form and
17 foundation.
18   A.  Correct.
19   Q.  (BY MS. TIEDEKEN)  So even if the vent
20 manufacturer met all of the hundred pound pull
21 testing, the pressures that you measured in your
22 testing went beyond that hundred pounds?
23       MR. McGILL:  Object to form.
24   A.  Correct.
25   Q.  (BY MS. TIEDEKEN)  So even if the vent

Page 239

1  manufacturer had done everything it can do to meet the
2  hundred pound pull test, these kinds of pressures
3  might still blow apart their pipes.
4        MR. McGILL:  Objection to form.
5    A.  Correct.
6    Q.  (BY MS. TIEDEKEN)  You indicated that you
7  were involved as a consultant for one boiler
8  manufacturer who was having delayed ignition problems.
9        I can't remember the name of the
10 manufacturer, but as I recall your testimony, you were
11 asked to come in and try to help solve the problem as
12 to what was causing delayed ignitions.  And you did
13 solve that problem?
14   A.  Yes.
15   Q.  What boiler manufacture was that?
16   A.  I can't disclose that because there was no
17 litigation and it's confidential.
18   Q.  Can you disclose how the problem was solved?
19   A.  Yeah, I guess I can do that.  There was --
20 what we found is when the fan was running to pull
21 air -- or pull combustion products out of the heat
22 exchanger, it was creating a negative pressure in
23 there.  And the CO on the ignitor, where it went
24 through the cabinet, wasn't tight; so fresh air was
25 coming in around the seal.

Page 240

1        So instead of having gas that would ignite
2  right away where the ignitor was, we had fresh air
3  flowing over the ignitor.  So it took a while to get
4  some gas up there, and then it would explode and pull
5  apart vent piping.
6    Q.  Okay.  As I understand your testimony, you
7  don't have an opinion in this case on what is causing
8  the delayed ignitions in the Triangle Tube boilers --
9  when I say "delayed ignitions," I'm talking about
10 their ongoing delayed ignition problem -- except for
11 the information that's been provided to you in the
12 engineering bulletin and some of the information
13 you've read in Mr. Cuzzillo's report?
14       MR. McGILL:  Objection to form and
15 foundation.
16   A.  That's correct.
17   Q.  (BY MS. TIEDEKEN)  Is it your understanding
18 from your review of the notes from Mr. Senk's
19 deposition that even after the engineering bulletins
20 came out in which it was represented that all of the
21 problems with delayed ignitions had been resolved,
22 that there have continued to be delay ignition
23 problems?
24       MR. McGILL:  Objection, form.
25   A.  I think I did read that in Cuzzillo's report

Page 241

1    and maybe in some of the other -- I think the notes
2    from Senk's deposition also mentioned that.
3        Q.  (BY MS. TIEDEKEN)  In a couple of the emails
4    we've looked at in this case from Mr. Senk from around
5    March 16, 2015, around that time frame, there were
6    several complaints from Triangle Tube installers that
7    Triangle Tube boilers were experiencing delayed
8    ignitions.
9        And they had the new knurled tip ignitor,
10   they had modified the installation, they had the new
11   software at one point they thought was a contributing
12   cause of delayed ignition, and the recommendation was
13   made by Mr. Senk to now replace the burner head, to
14   give that a try.
15       MR. McGILL:  Objection to form and
16   foundation.
17       Q.  (BY MS. TIEDEKEN)  Do you have an opinion on
18   how replacing a burner head might correct a delayed
19   ignition problem?
20       MR. McGILL:  Same objection.
21       A.  I don't.
22       Q.  (BY MS. TIEDEKEN)  There's been this figure
23   of 28,000 which has been some questioning been
24   represented to be the number of successful ignitions
25   in the Triangle Tube boiler installed at the

Page 242

1    Buckingham home.
2        Mr. Cuzzillo testified last week that he
3    believes that may not be the number of successful
4    ignition but rather the number of spark impulses over
5    the time the boiler was in service.
6        Do you have an opinion one way or another
7    whether that 28,000 figure is actually a successful
8    ignition figure or perhaps a spark impulse figure?
9        A.  I would expect that it would be the
10   ignition.  I don't know of any boiler manufacture that
11   measures the number of sparks.
12       Q.  Do you have an opinion as to whether the
13   number is actually successful ignitions as opposed to
14   trial ignitions when the boiler does not ignite?
15       A.  I don't.
16       Q.  Would you refer to Exhibit 49.
17       A.  Okay.
18       Q.  Page 8.  I'm looking at not the
19   Bates-stamped number but the actual page 8 of the
20   manual.
21       A.  Okay.  I've got it.
22       Q.  As you recall, on the right side of that
23   page 8, you were asked about this language that states
24   "Contact approved polypropylene vent manufacturer for
25   a copy of their installation instructions.  Read,

Page 243

1    understand, and follow all of the vent manufacturer's
2    instructions before beginning the installation."
3        Do you recall that language?
4        A.  Sure.
5        Q.  And then the vent manufacturer's
6    instructions are Exhibit 48 in that same binder.  And
7    do these appear to be the PolyPro DuraVent
8    installation instructions?
9        A.  They do.  I think I may have a copy of these
10   in my file.
11       Q.  If you would look at page 4 of those
12   instructions --
13       A.  Okay.
14       Q.  -- under general installations notes --
15       A.  Okay.
16       Q.  -- where it says "Read these instructions
17   before beginning."
18       It goes on to state "You must use only
19   authorized M&G DuraVent PolyPro vent pipe parts or
20   other parts specifically authorized in these
21   instructions and/or listed by the appliance
22   manufacturer in order to maintain a safe approved
23   system."  Do you see that language?
24       A.  I do.
25       Q.  Do you interpret the "and/or" language in

Page 244

1    that paragraph to be optional terminology?
2        A.  That's the way I read it.
3        Q.  This particular installation manual provides
4    installation instructions for the connector rings;
5    correct?
6        A.  Let me look here.  Yeah, I see it.  Yes.
7        Q.  And then if you would look at Exhibit 130
8    that has a listing of the different types of connector
9    rings and looking band --
10       A.  Okay.
11       Q.  -- for DuraVent.
12       (Discussion held off the written record.)
13       Q.  And if you would, you have indicated that
14   within the Triangle Tube manual they have an approved
15   locking band which this is PPS-LBC; correct?
16       A.  Correct.
17       Q.  And do see where it says this locking band
18   is part of our commercial products catalog?
19       A.  I see that.
20       Q.  Was the installation in the Buckingham home
21   a commercial installation?
22       A.  No.
23       Q.  And go down below where it says "This makes
24   them the ideal choice for use with old pipe without
25   the button tab or for customers that have run out of

Page 245

1  old-style locking bands."
2      Do you see that language?
3      A.  I do.
4      Q.  In just my layman's reading of this PolyPro
5  publication, it would appear that these commercial
6  locking bands would be appropriate if you run out of
7  the old-style locking bands.
8      Is that how you read that?
9      MR. McGILL:  Objection, form and foundation.
10     A.  Let's see.  Yeah, I see that.
11     Yeah, I agree with that interpretation.
12     Q.  (BY MS. TIEDEKEN)  And as you go up in the
13  old-style locking bands and look at that picture, are
14  the old-style locking bands the bands that were
15  installed in the Buckingham home?
16     A.  Yes.
17     Q.  And those are the bands that the
18  installation instructions for DuraVent provide
19  instructions on how to install?
20     MR. WALTZ:  Objection to form.
21     A.  Yes.
22     Q.  (BY MS. TIEDEKEN)  And it states under the
23  old-style locking bands "Production of this locking
24  band ceased in the fall of 2014.  While any remaining
25  LBs you might have are still approved for use, these

Page 246

1  locking bands are no longer available from the
2  factory."  Correct?
3      A.  I see that, yes.
4      Q.  Would you interpret that to mean that the
5  old-style locking bands were still approved for use?
6      A.  That's what it says.
7      Q.  And the date of this circular or this -- I
8  don't know what this is.
9      A.  Bulletin.
10     Q.  -- bulletin is November 13, 2014; correct?
11     A.  Right.  About the time the boiler was put
12  in.
13     Q.  That's the same week the boiler was put in;
14  right?
15     A.  I remember it was about the middle of
16  November.
17     Q.  So the question I have is when you're
18  reading an installation manual that says -- from
19  Triangle Tube that says go to the vent manufacturer's
20  installation manual and follow their instructions, and
21  the vent manufacturer's instructions tell you to
22  install the connecting bands, is that in compliance
23  with the manufacturer's instructions, or could it be
24  interpreted that way?
25     MR. McGILL:  Objection to form.

Page 247

1      A.  You're talking about the locking bands?  You
2  said "connecting bands."  You mean the locking bands.
3      Q.  (BY MS. TIEDEKEN)  Well, the old-style
4  bands.
5      A.  Okay.
6      Q.  Let's use the old-style bands because that's
7  the terminology in that circular.  The Triangle Tube
8  manufacturer's instructions -- strike that.
9      The Triangle Tube installation instructions
10  state, do they not, to follow the vent manufacturer's
11  instructions?
12     A.  Right.  It says you can use the old ones for
13  full length pipes or cut pipe lengths together when
14  assembled according to installation instructions.
15     Q.  So would it be fair to interpret the
16  Triangle Tube installation instructions in a way that
17  if you follow the vent manufacturer's -- if you follow
18  DuraVent's instructions that you were in compliance
19  with their instructions?
20     MR. WALTZ:  Object to form.
21     MR. McGILL:  Join.
22     MS. TIEDEKEN:  Go ahead.
23     A.  No, I agree with that.
24     Q.  (BY MS. TIEDEKEN)  Stephen Gieck testified
25  in his deposition that he is the individual at Wyoming

Page 248

1  Mechanical that ordered the parts for the installation
2  out of the Buckingham home.  And he ordered InnoFlue
3  PolyPro piping, which he uses as sort of a generic to
4  just -- not necessarily to designate the brand but to
5  designate PolyPro piping.
6      Did you read his deposition?
7      A.  I did not.
8      Q.  And he testified that he --
9      A.  I may have read -- was there more than one?
10  There's a chance I did read it, if it was taken a long
11  time ago.
12     Q.  He's given two depositions.
13     A.  I may have read the first one.
14     Q.  Okay.  And he testified that he made his
15  order with Ferguson Enterprises, which is the
16  Triangle Tube distributor and the DuraVent distributor
17  for products in Jackson Hole, Wyoming, and that
18  Ferguson selected the connector rings and supplied
19  those on with the PolyPro piping.
20     Do you recall that testimony?
21     A.  Vaguely.
22     Q.  In your opinion, would Ferguson's selection
23  of those connector rings be in compliance with what
24  you've seen of the DuraVent installation instructions?
25     A.  I would say yes.

Page 249

1    Q.  Do you think it was unreasonable of Wyoming
2  Mechanical to rely on Ferguson to supply the correct
3  connector rings for the product they were
4  distributing: the Triangle Tube boiler and the
5  DuraVent piping?
6    A.  I think it's reasonable for them to supply
7  it.
8    Q.  Is it reasonable for Wyoming Mechanical to
9  rely on their expertise with regard to selecting the
10  proper connector rings?
11    MR. McGILL:  Objection to form and
12  foundation.
13    A.  Yes.
14    Q.  (BY MS. TIEDEKEN)  You were asked a little
15  bit about the picture in one of the pictures -- I
16  believe it might have been in the sheriff's picture.
17    It looks like the PolyPro piping is back
18  slightly from the end of the termination but it's not
19  completely engaged in the termination.  Do you
20  remember that questioning?
21    A.  I do.
22    Q.  And you said that "by itself, that means
23  nothing."  Tell me what you meant by that.
24    A.  Well, the exhaust gas is coming out of there
25  with some velocity and is discharged out the

Page 250

1  end, and the chance of recirculating any of it would
2  be pretty minimal.
3    Q.  You had indicated that you thought it would
4  have been reasonable for Wyoming Mechanical -- or a
5  good idea -- I think you used the words "good idea" --
6  to advice the homeowner to install carbon monoxide
7  detectors?
8    A.  Right.
9    Q.  Were you aware of the Suburban Propane
10  materials that were provided to Mr. Buckingham
11  advising him to install carbon monoxide detectors on
12  multiple occasions?
13    A.  I did read about that in depositions.
14    Q.  Do you think it would have been reasonable,
15  when Mr. Buckingham got the Suburban Propane
16  recommendations to install carbon monoxide detectors,
17  that he should have installed those detectors?
18    A.  I think if he had read that, I think it
19  would be a good idea to put in carbon monoxide
20  detectors.  But it sounds like he doesn't read a lot
21  of warnings or read a lot of literature.  And I know a
22  lot of people still don't have carbon monoxide
23  detectors out there in their homes.  I run into it all
24  the time.
25    So I think if somebody firsthand had said

Page 251

1  you need to get these, or here's a $25 one, plug it
2  into your house and get some more, you know, as a good
3  will gesture when you sell $4,000 or $6,000 worth of
4  work, that would be a good thing to do.
5    Q.  Wyoming Mechanical -- the testimony from --
6  Wyoming Mechanical said typically that's not within
7  their scope of work.  It would have been within
8  Watch Guard's scope.
9    A.  No, I'm talking about just a $25 plug-in
10  carbon monoxide detector in the wall, or a battery
11  operated one.  You can get one that has a 10-year
12  battery in it.  That would just be good business and
13  good PR.  And my guess is they're probably doing that
14  with all their customers now.
15    Q.  That would be good business and good PR for
16  Suburban Propane too; correct?
17    A.  Potentially.  Sure.  Even though they
18  don't --
19    Q.  How about -- how about Watch Guard who
20  installed the warning system in the Buckinghams' home
21  and who since has installed all the carbon monoxide
22  detectors in the Buckingham home?  That would have
23  been a good will thing for them too; right?
24    A.  That would have been a good thing to offer
25  that or to talk to the client about it.

Page 252

1    Q.  Do you fault Watch Guard for not doing that
2  when they installed the warning system in the
3  Buckingham home and they actually offered that
4  service, the carbon monoxide detection service?
5    A.  Well, did they tell Mr. Buckingham they were
6  available or they recommended them or anything?
7    Q.  You know, I don't know.  I think it's on
8  their scope of services that they can provide.  I
9  don't know what was discussed with them.
10    But so my question is should they -- you
11  know, you're saying maybe that would have been a good
12  will thing for Wyoming Mechanical.  Would it have also
13  been something good for Watch Guard to discuss with
14  them or offer?
15    A.  I think it would be a good thing to discuss
16  with a client, just like the installation at the Smith
17  house.  Somebody should have suggested carbon monoxide
18  detectors.
19    Q.  You recall in the Smith case that Suburban
20  had also recommended the carbon monoxide detectors?
21    A.  I know Suburban had the account.
22    Q.  Do you recall that Watch Guard actually
23  offered carbon monoxide detectors to Mr. Smith and he
24  declined that?
25    A.  I don't know.  I didn't -- I wasn't --

Page 253

1    MR. WALTZ:  Objection to form and
2  foundation.
3    A.  -- terribly involved in the case after the
4  initial inspections.
5    Q.  (BY MS. TIEDEKEN)  Okay.  You said something
6  about Mr. Buckingham testified that he just didn't
7  read warnings.  Is that below the standard of care for
8  a homeowner in your opinion not to read warnings that
9  are given to them?
10    A.  I think it's a good idea that people read
11  warnings, but it's not untypical for people not to
12  read them.  I have a photograph on my phone of my
13  water heater that I took this morning that shows all
14  the warnings and instructions that are about this long
15  and this wide, and I've never read them all.  It's
16  just too much stuff.
17    Q.  That kind of brings up the question about
18  the Triangle Tube instructions.  And Mr. McGill was
19  asking you -- you know, he would pull out, like, a
20  paragraph and it says "warning" and "Is that clear to
21  you?" and you said, "yes, that's clear."
22      Have you ever counted how many warnings are
23  actually in that Triangle Tube manual?
24    A.  It seemed like every page that I was looking
25  at seemed to have a warning on it.

Page 254

1    Q.  So what happens when you've got 10 warnings
2  on every page and there's hundreds of warnings in the
3  manual?
4    MR. McGILL:  Objection, form and foundation.
5    A.  I'm not a human factors expert, but for me
6  personally it's just -- I don't have time to read them
7  all.  There's too much of it.
8    Q.  (BY MS. TIEDEKEN)  When the inspection took
9  place on February 9, Mr. McGill was present, as well a
10  representative of Triangle Tube, Mr. Senk; correct?
11    A.  Right.  And their expert was there too.
12    Q.  And Mr. Caggiano was also there.  So three
13  people representing Triangle Tube were at that
14  inspection?
15    A.  Correct.
16    Q.  And there was a discussion about this boiler
17  is going to be dismantled with the vent pipe and
18  shipped down to your facility in Denver.  Did
19  Triangle Tube make any objection to that?
20    MR. McGILL:  Objection, form and foundation.
21    A.  No, the boiler was not disassembled.  It was
22  removed or disconnected from the system.
23    Q.  (BY MS. TIEDEKEN)  I may have used the wrong
24  terminology.  Did Mr. McGill, Mr. Senk, or
25  Mr. Caggiano make any recommendations on how it should

Page 255

1  be packaged to avoid damage, or anything along those
2  lines, to your recollection?
3    MR. McGILL:  Same objection.
4    A.  No, I think the discussion was that Boyd
5  Roberts was going to bring it down and -- you know,
6  put it in his vehicle and bring it down to us.  But I
7  don't remember any specific discussion beyond that.
8    Q.  (BY MS. TIEDEKEN)  And you don't recall any
9  objections on behalf -- on the part of Triangle Tube
10  to that procedure?
11    MR. McGILL:  Same objection.
12    A.  Not at all.
13    Q.  (BY MS. TIEDEKEN)  You had indicated that on
14  February 9 there was some testing to see if there was
15  any leakage of flue gas from the joints that was still
16  together?
17    A.  Right.
18    Q.  Did you find any leaking in the joints?
19    A.  No.
20    Q.  You were shown some pictures of the
21  sheriff's -- that the sheriff took of the vent piping
22  after the accident -- or I think he took his pictures
23  the night of the accident, some the next morning.
24      And do you recall the testimony about those
25  pictures?  You were shown pictures and where

Page 256

1  certain --
2    A.  Yeah, the screw had a slightly different
3  rotation or something.
4    Q.  At the point when the sheriff had taken his
5  pictures, that vent pipe had already been put back
6  together after Mrs. Herrera death by Mr. Schuler;
7  correct?
8    A.  Correct.
9    Q.  So we don't know what the vent pipe looked
10  like at the time of the accident because Mr. Schuler
11  put it back together and put the clip back on?
12    A.  Right.  Well, we know it was separated.
13    Q.  Separated?
14    A.  Right.
15    Q.  Mr. Gieck did testify in his deposition
16  that, when he went out on February 2, he had taken the
17  vent pipe apart to make sure, as I recall, that there
18  was the rubber -- I don't know what you call that
19  thing.
20    A.  Seal.  It's a seal.
21    Q.  Yeah, he was wanting to check that and
22  wanted to take a picture to show that the seal was in
23  place.  Do you recall that testimony?
24    A.  I do recall that.
25    Q.  Okay.  There was some testimony or

Page 257

1  questioning of you about matching up the picture of
2  the throttle screw so that you could get the throttle
3  screw back to its location at the time of the
4  accident; correct?
5      A.  Correct.
6      Q.  Did Mr. McGill, Mr. Caggiano, or anybody
7  object to the procedure that you were using to get
8  that throttle screw back to where it had been at the
9  time of the accident?
10         MR. McGILL:  Objection, form and foundation.
11     A.  No.
12     Q.  (BY MS. TIEDEKEN)  Were they participating
13  in that endeavor to get that screw back to where it
14  was?
15         MR. McGILL:  Same objection.
16     A.  I would say they were.  I don't remember who
17  actually turn the screwdriver.  I think I was running
18  the video camera and somebody else was doing that.
19     Q.  (BY MS. TIEDEKEN)  Mr. Cuzzillo has given
20  his opinion in his report that the jacket of the
21  boiler has leakage that's far beyond what is allowed
22  by ANSI standards.
23         Do you recall that as part of his opinion?
24     A.  I do.
25     Q.  And he bases that opinion in part, I

Page 258

1  believe, on testing that was done at your laboratory
2  when you were present?
3      A.  Right.  Several different types of tests.
4      Q.  Do you agree with his opinion?
5      A.  I haven't looked at the standard.  I know
6  Bernie cited the standard in this report.  And we had
7  more leakage with a substantially lower pressure, but
8  I haven't looked at the standard.
9      Q.  Would the jacket leaking beyond what's
10  allowed by ANSI standards explain what happened in
11  this instance with regard the high levels of carbon
12  monoxide?
13         MR. McGILL:  Objection to form and
14  foundation.
15     A.  It would increase the levels of carbon
16  monoxide.  There would be more recirculation of the
17  flue gas into the boiler if it's got larger openings.
18     Q.  (BY MS. TIEDEKEN)  That would explain in
19  part why there were such high levels of carbon
20  monoxide in the home when
21  emergency personnel got there; correct?
22         MR. McGILL:  Same objection.
23     A.  I would say yes.
24     Q.  (BY MS. TIEDEKEN)  Dr. Cuzzillo, if I
25  understand his opinion from my layman's reading, has
  said that if that jacket did not leak as bad as it

Page 259

1  did, he does not think the levels would have gotten
2  that high in the garage because of the fact that the
3  garage wasn't airtight and there was air coming in and
4  out.  Do you recall that part of his report?
5      A.  Well, I can say if there was no leakage, we
6  wouldn't be sitting here today, number one.  If we
7  reduce the leakage, the levels of carbon monoxide in
8  the garage and the house would be less.
9         It's all a matter of testing, trying to
10  figure out exactly, you know, if it met some other
11  guideline or standard, how would that affect the end
12  result.  And I guess you could do some calculations or
13  testing in that regard.
14     Q.  Well, he's done some calculations about what
15  the thinks the level of carbon monoxide would have
16  been in the garage but for this excess leakage of the
17  boiler jacket.
18         Have you seen those calculations?
19     A.  If they're in one of his reports, I probably
20  have.
21     Q.  And do you agree with his assessment?
22     A.  I haven't looked at his analysis and I have
23  not had the pleasure of reading his recent deposition,
24  which I'm really looking forward to.
25     Q.  You were shown some Exhibit 199 and 200,

Page 260

1  which are some Intertek testing data sheets.
2      A.  Sure.
3      Q.  And I wasn't clear, do these data sheets
4  shows that these boiler jackets were tested for
5  leakage?
6      A.  All is says is "direct vent pass."  And
7  class 2.26.  And I have not looked at Clause 2.26 in
8  ANSI Z21.13.
9      Q.  Do you know if the Triangle Tube Prestige
10  Solo boiler jacket has been changed since April 2006
11  when it passed some sort of test?
12     A.  You mean -- well, these are signed off in
13  2005; but, no, I don't know if they have changed it.
14  You know, based on what Bernie has come up with, it
15  sounds like they've got more leakage than is allowed,
16  at least on the boiler in question.
17     Q.  And you don't know if the jacket has changed
18  since 2006 so that these tests are no longer relevant?
19     A.  I have no idea.  I guess the testing is in
20  2005, and it's signed off in 2006.  "Reviewed by," is
21  that what you were looking at?
22     Q.  That's what I was looking at, yeah.
23     A.  Okay.  I was looking at the other date,
24  because I could read had a one.
25     Q.  You testified about a conversation that you

Page 261

1  thought was between Mr. Buckingham and Mr. Gieck where
2  he had reported a noise and he was told to sit in the
3  garage and see if he could tell when the noise was
4  happening?
5      A.  Yeah, where it was coming from.
6      Q.  Do you recall that?
7      A.  Right.
8      Q.  It's my recollection that Mr. Buckingham
9  testified that that was a conversation with someone
10 who answered the phone at Wyoming Mechanical --
11     A.  Okay.
12     Q.  -- not necessarily with Mr. Gieck.
13     A.  Okay.
14     Q.  Do you recall that?
15     A.  That could be possible.  I'd have to look at
16 the deposition.  I just remembered the comment.
17 Either way, it's probably not terribly good advice.
18     Q.  We've gone through your videos of the pull
19 testing that was performed at your laboratory in
20 April 2016.  And I think it was MAH209 or 210.  I got
21 kind of confused.  I was trying to stand over your
22 shoulder there.
23         But at one point in the testing with the
24 clasp on, the clasp came uncocked and apart but the
25 joint had not actually pulled apart.  Do you recall

Page 262

1  that point?
2      A.  Sure.
3      Q.  And that occurred at 63.74 pounds; correct?
4      A.  Right.
5      Q.  If I'm understanding the requirements of the
6  pull testing and using the Canadian standard, the
7  clasp shouldn't even come apart below a hundred
8  pounds; is that right?
9          MR. WALTZ:  Object to form and foundation.
10     A.  The standard says that the thing has to stay
11 together and can't be damaged to the point of reuse,
12 or something.  It's spelled out in there.  We could
13 pull it out.
14     Q.  (BY MS. TIEDEKEN)  So if the clasp comes off
15 and is cocked; is that together?
16         MR. McGILL:  Objection to form.
17     A.  Well, the clasp can slide as long as it
18 holds -- as long as the pipe is still together and
19 it's still sealed.  But if there's damage to any
20 component so that it's not safe to continue using the
21 thing, then it would fail the test.
22     Q.  (BY MS. TIEDEKEN)  So at some point that
23 component is damaged?
24     A.  Yeah, the locking ring got bent, and at that
25 point it can't be used anymore.

Page 263

1      Q.  And at what point was the locking ring bent
2  so it couldn't be used anymore?
3      A.  We were approaching a hundred pounds.
4  Bernie was reading off the numbers.  I would call the
5  test that was done sort of a quick-and-dirty test.
6      Q.  Okay.
7      A.  It's kind of a ballpark test to see what's
8  going on.  And it was really only one test with the
9  clamp, I guess.
10     Q.  But if I'm understanding your testimony,
11 even if it held at a hundred pounds, the pressure of a
12 delayed ignition event, such as the one described by
13 Mr. Buckingham, would have exceeded a hundred pounds?
14         MR. McGILL:  Objection, foundation.
15     A.  It could have exceeded a hundred pounds of
16 pull, yes.  We know it came apart; so . . .
17     Q.  (BY MS. TIEDEKEN)  If the clasp slips and
18 doesn't come fully apart with one delayed ignition,
19 what happens when there's a second delayed ignition
20 intermittently?
21         MR. McGILL:  Objection, foundation.
22     A.  That would be -- you know, that would be a
23 good question.  A hundred pounds is supposed to be
24 applied for five minutes, if I remember in the
25 standard, and it has to stay together.

Page 264

1          If you hit it with repeated pulses or
2  repeated impacts at a hundred pounds, that's -- you
3  know, that's not really part of the pull test.  The
4  pull test is you just put a hundred pounds on it and
5  keep it on there for five minutes.
6      Q.  (BY MS. TIEDEKEN)  But in this case, from
7  what I understand of the description and what you
8  testified to, the delayed ignitions were intermittent.
9  It wasn't constant; correct?
10     A.  Correct.  Absolutely.
11     Q.  So there might have been a delayed ignition
12 that caused the clasp to slide and slip, maybe cock?
13     A.  Right.
14     Q.  Maybe the vent pipe came apart a little bit,
15 but then there might not have been another delayed
16 ignition until sometime later?
17     A.  Right.
18     Q.  Even hours later?
19     A.  That's certainly possible.  We know things
20 came apart a number of times, even with the locking
21 bands on there.
22     Q.  And there's been some testimony that appears
23 from the rings on the pipe that it looks like it came
24 apart over time, gradually apart?
25     A.  Right.  The rust, yeah.

Page 265

1    Q.   And I take it that could have occurred over
2  one delayed ignition or multiple delayed ignitions?
3    A.   Right.
4         MR. McGILL:  Objection, form and foundation.
5    A.   Right.  Somebody could take one of these and
6  set it up for delayed ignitions and put the pipe on it
7  and see what happens.  Bernie has exemplar.  It'd give
8  him something to do.
9    Q.   (BY MS. TIEDEKEN)  Good idea.  Do you have
10 an opinion as to -- strike that.
11        Assume for the purpose of the next question
12 that Triangle Tube was aware that they had a delayed
13 ignition problem in the Prestige Solo boilers and that
14 they couldn't figure out what was causing the delayed
15 ignitions.
16        Do you have an opinion as to whether they
17 should have continued to ship those boilers out to
18 installers like Wyoming Mechanical and customers like
19 the Buckinghams?
20        MR. McGILL:  Objection, form and foundation.
21 Improper hypothetical.
22    A.   I have opinion.
23    Q.   (BY MS. TIEDEKEN)  What's your opinion?
24        MR. McGILL:  Same objections.
25    A.   If they've got a problem with a particular

Page 266

1  model of boiler where they are having delayed
2  ignitions, they ought to stop shipping it until they
3  solve the problem.
4    Q.   (BY MS. TIEDEKEN)  And do you have an
5  opinion as to whether delayed ignitions are dangerous?
6        MR. McGILL:  Same objection.
7    A.   They can be.  This is a prime example with
8  this case.  And I've seen it in other cases.
9    Q.   (BY MS. TIEDEKEN)  Have you read the
10 Triangle Tube material and documentation which
11 documents the fact that the delayed ignition problem
12 in the Triangle Tube Solo boilers was causing the
13 condensate pan to blow off?
14    A.   I did see something about that.  I think
15 they used a serrated washer or something to solve the
16 problem.  I did see that.
17    Q.   Is that a dangerous condition with the
18 condensate pan blowing off?
19        MR. McGILL:  Object to form and foundation.
20    A.   Sure, sure.
21    Q.   (BY MS. TIEDEKEN)  If Triangle Tube had that
22 kind of problem and those boilers are out in the field
23 without a washer, what should they have done to warn
24 people?
25        MR. McGILL:  Objection, form and foundation.

Page 267

1    A.   I think they've got to go out and make them
2  safe and put the serrated washers in, or whatever they
3  need to do, to prevent the separation of the leakage.
4    Q.   (BY MS. TIEDEKEN)  And they should do that
5  to ones that are already out in the field, not just
6  new ones they are sending out; correct?
7    A.   Right.  If they've got models out there that
8  have problems that could cause combustion products to
9  leak at that location, they need to correct it.
10    Q.   And, you know, as a layperson, I see that
11 done with -- you know, I've gotten a recall notice on
12 my car to come in an get something changed, I've see
13 it on baby cribs, and I've seen it on a lot of
14 products.
15        Is that the type of thing they should have
16 done?  Let the public know, hey, we've got this
17 problem.  We've got a washer that will fix it.  You
18 need to have us come out and install it.
19        MR. McGILL:  Objection, foundation.
20    A.   Yeah, I think that would have a good idea.
21 If they've got anything that's causing flue gas to
22 leak, they need to correct it.
23    Q.   (BY MS. TIEDEKEN)  Some of the testimony of
24 Mr. Senk has been that, when they actually came out
25 with those engineering bulletins on the ignitor

Page 268

1  problem, that there was a suggestion to post it on
2  their website, but they decided not to do that and
3  they wanted to distribute -- those engineering
4  bulletins distributed only to a select few of their
5  distributors.  And they did not distribute it to
6  Ferguson Enterprises.
7        If you assume that to be true, do you think
8  that was a responsible way to handle the ignition
9  failure problem?
10        MR. McGILL:  Objection, form and foundation.
11 Improper hypothetical.
12    A.   You talking about the delayed ignition?
13    Q.   (BY MS. TIEDEKEN)  The delayed ignition.
14    A.   No, I think they ought to be sending it out
15 to all their distributors and make sure that all their
16 people that are buying and installing these boilers
17 are aware of the problems.
18    Q.   And, obviously, if they had stopped shipping
19 the Triangle Tube Solo boilers because they had a
20 delayed ignition problem that they couldn't correct, a
21 Triangle Tube boiler never would have been installed
22 in the Buckingham home?
23        MR. McGILL:  Object to the form.  Form and
24 foundation.  Improper hypothetical.
25    A.   Yeah, if this boiler -- if they knew about

Page 269

1  the problem before they shipped this boiler, yes,
2  that's true.
3     Q.  (BY MS. TIEDEKEN)  And this incident never
4  would have happened?
5     A.  Right.
6     MS. TIEDEKEN:  That's all that I have.
7       VIDEOGRAPHER:  This is the end of Tape No. 4
8  in the deposition of Jay Freeman, Jr.  We're off the
9  record at 5:28 p.m.
10      (Recess taken 5:28 p.m. to 5:40 p.m.)
11      VIDEOGRAPHER:  This is the beginning of
12 Tape 5 in the deposition of Jay Freeman, Jr.  We're
13 back on the record at 5:40 p.m.
14          EXAMINATION
15 BY MR. LEWIS:
16    Q.  Mr. Freeman, have you seen Dr. Cuzzillo's
17 revised second report dated July 19, 2016?  Has
18 anybody shown that to you?
19    A.  Yes.
20    Q.  Could you turn with me to page 13 of that
21 report.
22    A.  Okay.  I've got it.
23    Q.  My initial reference, based upon what we've
24 been doing, to save some time, is Exhibit 199 shows
25 that Intertek had passed the direct vent for

Page 270

1  Triangle Tube.  And if you would look at me, I want to
2  read for you on page 13.
3       Well, let me start at page 12 -- the last
4  paragraph on page 12.  It reads -- and this is from
5  Dr. Cuzzillo -- "As demonstrated in the laboratory
6  testing on October 27, 2015, in which the subject vent
7  and air intake system was attached, the jacket leaks
8  so severely that much, if not most, of the boiler's
9  combustion air is drawn from the room air rather than
10 from combustion air pipe as intend.
11      "This was demonstrated by releasing flue gas
12 into the vicinity of the bottom of the boiler.  This
13 low-oxygen gas was sucked into the boiler jacket and
14 fed to the flame, reducing the amount of oxygen
15 reaching the flame zone while not effecting the fuel
16 flow rate.
17      "This instantly dropped the oxygen-to-fuel
18 ratio in the combustion chamber to well below the
19 stoichiometrically-required value and indicated by the
20 spike in CO production up to hundreds of times the
21 allowable maximum of 100 parts per million set forth
22 in the boiler's instructors manual."
23      I'm going to go on with that in a moment,
24 but you remember that testing, don't you?
25    A.  Yeah, I remember the testing.  So you said

Page 271

1  page 12, but I'm looking -- I've got a page 11 at the
2  bottom that says 12 out of 20 at the top.
3     Q.  I wonder if you're looking at --
4     A.  I'm looking at Bernie's page numbers, and
5  then there's some case document numbers at the top
6  which don't match.
7     Q.  Look at the front.  Does it say July 19 or
8  June 23?
9     A.  The 23rd.
10    Q.  Okay.  That's why.
11    A.  Is that the right one?
12      MS. MEAD:  July 19.
13    A.  Okay.  All right.  So you're on page 12 of
14 the July 19 --
15    Q.  (BY MR. LEWIS)  I read that last full
16 paragraph.
17    A.  Okay.  What was your question?
18    Q.  My question is you remember that event,
19 don't you, when that combustion chamber -- excuse
20 me -- the jacket of this 175 boiler that's in question
21 in this case, when Dr. Cuzzillo and, I think, you
22 tested to find out how much -- or see whether the
23 jacket was tight enough to keep carbon -- or keep
24 combustion gases flue recirculation out of the boiler?
25      Do you remember that?

Page 272

1     A.  Yeah, I remember that.  And then the more
2  recent tests where we plugged the combustion air pipe
3  opening into the boiler and it still ran just the same
4  as if it had an outside source of combustion air.
5     Q.  And in a direct-vent system, all of the
6  combustion air is supposed to come into the boiler
7  how?
8     A.  From the outside.  It's the bulk.  I guess
9  there's some guidelines as to how much leakage you are
10 allowed to have.  I haven't looked at that
11 specifically, but Bernie does have some numbers in
12 here.
13      He says it exceeded the leak rate with only
14 4 percent, 4.3 percent of the test pressure applied.
15 So I guess what he's saying is this doesn't pass the
16 ANSI Z21.13 standard for jacket leakage.
17    Q.  Can you recall what the CO rates were
18 when -- first, there was you and Dr. Cuzzillo, and
19 whoever else was there, in October 2015, tented that
20 with a plastic tent and then put the combustion gases
21 or the flue gases into that tent so that they could be
22 sucked into the 175 boiler in question.  Do you
23 remember that?
24    A.  Yes, I do.
25    Q.  Do you remember what the first numbers were?

Page 273

1    A.  13,000 parts per million.
2    Q.  And that's in your -- that's in your report,
3  isn't it?
4    A.  It is.
5    Q.  And then the testers took off the plastic
6  vent and just put the -- the hose was attached, of
7  course, to the flue?
8    A.  Right.
9    Q.  And then there was an elastic hose, and then
10  the hose was turned loose of the combustive gases just
11  around the boiler which was not tented; correct?
12    A.  Right.  I think we just -- Bernie discharged
13  them underneath the boiler, and the carbon monoxide
14  readings went off scale over 20,000 parts per million.
15    Q.  And that's as high as you could test, wasn't
16  it?
17    A.  With that particular instrument.  I could
18  have done something with stain tubes, but nobody
19  seemed to care.
20    Q.  So it was at least 20,000?
21    A.  At least.
22    Q.  And is there a standard as to how much a
23  boiler can take in the jacket or the cabinet outside
24  of the -- well, is there a standard amount that the
25  boiler can take in through leaking and still be within

Page 274

1  the standard?
2    A.  Yes.
3    Q.  And what is that number?
4    A.  Bernie has it calculated as 204 cubic feet
5  per hour with a tenth of an inch of water column
6  pressure differential.
7    Q.  And does that turn into parts per million,
8  or is that -- has he calculated it that way?
9    A.  No, that's just the amount of leakage you're
10  allowed to have according to Bernie.  And then the
11  leakage that we had was -- exceeded that slightly with
12  a pressure that was about 120th of that same pressure.
13  So the cabinet was a lot leakier than the standard
14  allows, according to Bernie.
15    Q.  And was the amount of leakage into the
16  cabinet -- I think you described it as dramatic.  Am I
17  right in that?
18    A.  I don't know if I used the word "dramatic,"
19  but when I see the difference here when, you know,
20  there's talking about a tenth of an inch of pressure,
21  and we've got, you know, roughly 4000th of an inch and
22  we've got the same leakage.  So the cabinet does seem
23  to exceed the standard, according to Bernie's
24  calculation.
25    Q.  And on page 12, that last paragraph that I

Page 275

1  read a moment ago, it discusses how the continued
2  reproduction of fuel recirculation gases and putting
3  carbon monoxide into the garage or residential hair,
4  h-a-i-r, that process just eliminates the amount of
5  oxygen that's breathing air in the breathing air
6  outside of the boiler; isn't that correct?
7    MR. McGILL:  Objection, form and foundation.
8    A.  Right.  If you dump flue gas in there, which
9  is mostly carbon dioxide and water vapor, you reduce
10  the oxygen levels in the garage, which we demonstrated
11  in our test which causes the carbon monoxide levels to
12  go up.
13    Q.  (BY MR. LEWIS)  And when you look at these
14  numbers that you and Dr. Cuzzillo were reading off of
15  the test, testing, does it surprise you, the
16  carboxyhemoglobin level of Mrs. Herrera when she was
17  killed in that garage?
18    MR. McGILL:  Objection, foundation.
19    A.  No, it doesn't surprise me.  She had to be
20  breathing more than a thousand parts per million in
21  order to become incapacitated quickly before she had a
22  chance to clean the house.  The levels had to be
23  significantly over a thousand parts per million.
24    Q.  (BY MR. LEWIS)  Do you have any idea how
25  long she could have lasted in that environment before

Page 276

1  she died?
2    A.  It's a function of the concentration that
3  she's breathing.  Obviously -- I guess the sense is
4  she really hadn't had a chance to do much cleaning or
5  do any vacuuming or anything.  So I don't know how
6  long she was there, but, you know, a thousand parts
7  per million for a healthy person takes over four hours
8  to kill you.  But higher concentrations take
9  significantly less time.
10    Q.  Have you in your practice through the years
11  seen a carboxyhemoglobin level that high in a dead
12  person?
13    A.  Yeah, I've seen some in the 70 percent; not
14  a lot, but some.
15    Q.  Exhibit 199, which is the Intertek test data
16  sheet dated September 22, 2005.  At the top paragraph,
17  Dr. Cuzzillo in his report has written that "The
18  question thus arises how could a listed boiler fail
19  the test so dramatically?"  He's referring to the
20  previous paragraph about the amount of carbon monoxide
21  created in the testing that you and Dr. Cuzzillo did.
22    "The answer appears to be that the tests had
23  simply not been done by the listing laboratory.  As
24  illustrated in the graphic below, the independent
25  testing lab, Intertek, failed to ever perform the

1    test.  Their test report shows that they performed the
2    original test in 2004, presumably in preparation for
3    the introduction of the new design -- new basic design
4    of the Prestige boiler, and updated it periodically as
5    the design was revised and as new revisions of the
6    standard were published.  The produced documents
7    include numerous versions of this page, none of which
8    indicate that direct vent tests were ever performed."
9        And then there's an exemplar there that will
10   produce, to the extend we're able to, to show all of
11   these tests that were submitted by Intertek testing
12   folks to show that that test was, as reported by
13   Dr. Cuzzillo, not done since 2004.
14       MS. TIEDEKEN:  Is that a question, Dave?
15       MR. McGILL:  Objection.  I object to the
16   speech on the record.  Objection, foundation.
17       Q.  (BY MR. LEWIS)  Did you know that?
18       MR. McGILL:  Objection, form.
19       A.  Well, I had read Bernie's report.  And based
20   on his numbers, it doesn't look like the boiler at the
21   Buckingham house would have passed the direct-vent
22   test, based on our testing that we did with Bernie.
23       Q.  (BY MR. LEWIS)  Moving on to page -- in
24   Dr. Cuzzillo's report, page 25.
25       A.  Okay.

1        Q.  It says at the top from ANSI Z21.13-2013,
2    section 5.25.8.  Are you familiar with that section?
3        A.  I think I've seen it.  I can't recite it in
4    detail.
5        Q.  The first sentence in 5.25.8 says "Joints in
6    direct vent systems shall be tight."  What does that
7    mean to you?
8        A.  Well, it's supposed to be tight.  The
9    section outlines exactly how tight and how much
10   leakage is allowed.
11       Q.  Do you take any issue with the statements
12   that are -- or by the testing provisions?  Do you
13   think the testing provisions are necessary and for
14   protection of the public with regard to boilers and
15   the jackets that contain them?
16       MR. McGILL:  Objection, foundation.
17       A.  I think this is in here mainly for safety,
18   and I agree with it.
19       Q.  (BY MR. LEWIS)  And would you agree as well
20   that it's important to follow the manufacturer's
21   guidelines for the use of its product -- safe use of
22   its product, don't you?
23       A.  Yes.
24       Q.  Have you ever had a situation or a case
25   where Intertek certified a product but actually really

1    not properly or completely tested it?
2        MR. McGILL:  Objection, form.
3        A.  Yes.
4        Q.  (BY MR. LEWIS)  Can you tell us a little bit
5    about that situation?
6        MR. McGILL:  Same objection.
7        A.  It was -- the product was a tabletop -- sort
8    of like a patio heater, only it was a smaller one.
9    And they did a test where they were -- there was a
10   test they were supposed to do where they put it in a
11   chamber and see how it functions with a very minimal
12   amount of combustion air.  And apparently they did not
13   do the test properly because it said it passed the
14   test and it didn't.
15       Q.  (BY MR. LEWIS)  It had not passed the test?
16       A.  It had not passed the test.  And there was a
17   carbon monoxide fatality as a result of that.
18       Q.  Was there anything in Dr. Cuzzillo report --
19   and I'm sad that you didn't have the July 19 report,
20   and I'll take responsibility for that.  It would be
21   unfair, I think, to ask you if you agree if there is
22   anything you disagree with in that report.
23       If you could thumb through it and tell me
24   that, we can wait a couple minutes and see, but I
25   don't want to put that kind of pressure on you if you

1    don't want to do it.
2        MR. WALTZ:  I'm just going to object.  He
3    can't thumb through -- how many pages is that report?
4        MR. LEWIS:  I think he can decide that.
5    He's an expert.
6        THE DEPONENT:  Like 33 pages.
7        MR. WALTZ:  It's a 33-page technical report.
8        THE DEPONENT:  And I may have had this, but
9    I can't say that I read the thing from cover to cover.
10       MR. WALTZ:  I doubt highly you had it.
11       THE DEPONENT:  You doubt that I had it?
12       MR. WALTZ:  Yes.
13       THE DEPONENT:  I hate to say all his reports
14   look alike, but . . .
15       MR. WALTZ:  I'm just going to object --
16       THE DEPONENT:  I kind of remember some of
17   this stuff.
18       (Court reporter speaks off the record.)
19       MR. WALTZ:  I'm just going to object to the
20   form of the question.  I've had Mr. Freemen on a fair
21   number of case, and for him to go on the record and
22   say agrees with a 33-page report without having read
23   it --
24       MR. LEWIS:  Thankfully, we have him here to
25   speak for himself.

Page 281

1    A.  Yeah, I'd rather not go through it now and
2  comment on it.
3    Q.  (BY MR. LEWIS)  Maybe -- well, maybe we'll
4  figure out something later on.
5      Let me just ask you, then, about the June 23
6  report that you do have.  Do you remember reading
7  anything in there that you disagreed with?
8    MR. WALTZ:  Object to form.
9    MR. McGILL:  Join.
10   A.  Let me look at it quickly.  There's nothing
11  that specifically jumps out at me, but it's pretty
12  hard for me to comment.  I guess it would been nice if
13  he had a conclusions section in here somewhere.
14   Q.  (BY MR. LEWIS)  Well, let me just ask it
15  this way:  Do you have any recollection of anything in
16  the report that you read from Bernie that you
17  disagreed with?
18   MR. WALTZ:  Object to form.
19   MR. McGILL:  Join.
20   A.  As I sit here right now -- and I just kind
21  of looked through it again quickly.  And my red
22  underlining, I'm not seeing anything that I recall
23  that I disagree with.
24     (Exhibit 213 was marked.)
25   MR. WALTZ:  I don't see a Bates label on

Page 282

1  this.  Where did this come from?  I'm serious.
2    MR. LEWIS:  That's okay.  This came from an
3  email.  I can give you the Bates stamp number because
4  this thing came to me late.  The Bates stamp number
5  for this is Triangle009293.  And this Bates stamp
6  is -- 9293 is a copy of an email from Mike Senk to
7  Gian Luigi Crippa, Radovan Bakos, Kurt Bauer, and so
8  forth.  And he says to Gigi, who is apparently Gian
9  Luigi --
10   MR. WALTZ:  I'll just object.  It doesn't
11  have a Bates number.
12   Q.  (BY MR. LEWIS)  I might just identify it for
13  the record.  This letter says "I would like to find
14  out if the Maxsys safety time (trial for ignition) can
15  be adjusted from 5 seconds to 3 seconds like our
16  current MCBA.  Our boiler approval process requires
17  the ignitor be disconnected for the first four trials,
18  then reconnected for the last trial.
19     "The increased safety time results in
20  significantly more gas in the combustion chamber and
21  thus a much stronger delayed ignition.  Please let me
22  know if this is something which adjustable by
23  Honeywell."  Signed by Mike Senk, dated April 1, 2011.
24     What I'm asking is do you know -- this is
25  dated April 1, 2011.  Do you know of any -- how far

Page 283

1  back these -- this issued of strong delayed ignitions
2  occurring in the Triangle Tube boilers have
3  persistent?
4    A.  I do not.
5    MR. McGILL:  Objection, form and Foundation.
6    Q.  (BY MR. LEWIS)  According to Mike Senk, who
7  is now the chief engineer at Triangle Tube, it was
8  going on in April of 2011.  Do you see that?
9    A.  I see the thing is dated April Fool's Day of
10  2011, yes.
11   MS. TIEDEKEN:  What is this exhibit number
12  marked, please?
13   THE DEPONENT:  213.
14   Q.  (BY MR. LEWIS)  I'm about done, so let me
15  finish here.  When you were near Jackson in Teton
16  County on February 6 and 9, can you recall any
17  conversations where the group of you folks were
18  expressing what they thought was the source of delayed
19  ignition in this 175 boiler?
20   A.  I don't recall any discussion in that
21  regard.
22   Q.  Did you, in your own mind, have any
23  questions about that, or did you have any -- did you
24  have any potential problems that were causing that
25  with the boiler?

Page 284

1    A.  Well, I was thinking that maybe the
2  combustion wasn't set properly with the fuel-to-air
3  ratio and it was running too rich.  But that pretty
4  much went out the window when I did a combustion
5  analysis of the boiler.
6      So at that time I wasn't sure what was
7  causing the delayed ignition problem.
8    Q.  And since that time, with your involvement
9  as an expert in this case, have you been able to
10  determine the cause of the delayed ignitions in this
11  boiler?
12   A.  Basically, in a nutshell, we're accumulating
13  gas and air without igniting it right away, and it's
14  igniting.  And because of the delayed, it's causing an
15  explosion.  I don't know whether it's an ignitor
16  problem, I don't know whether it's spark grounding
17  out, if it's an issue with the insulation.
18     They've talked about a number of things.
19  They've tried different length ignitors.  And they
20  think it might be the insulation that somehow is
21  precipitating this.  I don't honestly know.  But
22  obviously it's something internal to the boiler and
23  that is not only boiler they have that's doing it.
24   Q.  Now, if we can just move to your report for
25  a few minutes.  I'm looking at -- begin with page 5 of

1  11 of your report.
2      A.  Okay.
3      Q.  Under "Site Examinations and Testing," you
4  state that your first site examination was February 6,
5  2015, as you've testified in this case.  And you say
6  further that the boiler conforms to ANSI Z21.13.
7          Can you just generally tell me what you mean
8  by that statement?
9      A.  The boiler was manufactured and presumably
10  tested to ANSI Z21.13.
11      Q.  Was it manufactured as a direct-vent boiler?
12      A.  Yes.
13      Q.  Then going on to page 6.  In the first full
14  paragraph it states -- or you state "The boiler was
15  used for in-floor radiant heating, supplying hot water
16  to a fan coil for hot air for the residence and for
17  domestic water.  No alterations were made to the
18  boiler during the first inspection."
19          You say "The burner was fired on high fire,
20  and after a short warm-up period the carbon monoxide
21  levels were about 190 part per million in the flue
22  gases.  During the testing, there was one hard start
23  that shook the boiler."  Do you recall that?
24      A.  Yes.
25      Q.  Could you describe that boiler shaking, what

1  it was?
2      A.  Well, it was sort of kind of a little
3  (indicating.)  You know, it was just a delayed
4  ignition.  It wasn't super loud, but it was audible
5  and it did seem to shake the boiler.
6      Q.  Visibly so?
7      A.  I don't know -- you can tell it was the
8  boiler, it was coming from the boiler.  I don't know
9  that I could see the boiler move, but you could hear
10  the sound and, you know, I think the boiler vibrated
11  when that happened.
12      Q.  And then is say in the next paragraph that
13  an additional site inspection was conducted
14  February 9, 2015.  There were numerous parties
15  present.  We've gone through all that.
16      A.  Right.
17      Q.  You conducted some tests.  As you've said,
18  around 200 parts per million were the results of those
19  initial tests; is that correct?
20      A.  Yeah, 185 to 190.
21      Q.  And is that a number that you -- as an
22  engineer, you would want -- would you prefer to see
23  that parts per million reduced to a level closer to
24  100?
25      A.  Yeah.  If you could dial it down to 100, I'd

1  like to see it down to 100.  Frankly, if it had been
2  dumping in the garage, I don't think we'd be here
3  today talking, if the cabinet was tight on the boiler.
4      Q.  Then on -- I'm sorry -- page 8 out of 11.
5  The October 27, 2015, testing.
6      A.  Okay.
7      Q.  And you -- your note, second paragraph there
8  under that title, some delayed ignitions were observed
9  during this testing.  Do you recall that?
10      A.  Yes.
11      Q.  And then moving on to page 10.  The first
12  full paragraph, you make the statement "Delayed
13  ignition, particularly larger ones, can cause pressure
14  in the vent piping which apply a longitudinal force
15  tending to separate joints.  This is what occurred
16  here."
17          That is your observation and opinion; is
18  that correct?
19      A.  That's my opinion.  Absolutely.
20      Q.  Did the Aspen tragedy -- that was in Aspen,
21  wasn't it?  That family was killed by carbon monoxide?
22      A.  Yes.  The Lofgren family.
23      Q.  Were you involved in the investigation in
24  any part of that?
25      A.  Yes.

1      Q.  I think Mr. Passamaneck was as well, wasn't
2  he?
3      A.  He was, yes.
4      Q.  Did that involve the recirculation of flue
5  gases?
6      A.  Yes.
7      Q.  Can you describe to us a little bit what
8  happened to cause those people's death?
9      A.  There was a PVC vent pipe that carried the
10  exhaust gases out of the house, and it separated in
11  the boiler room and dumped flue gases in the boiler
12  room which were picked up by the boiler that's not
13  airtight.  Plus, I think I remember the combustion air
14  pipe wasn't pushed in all way on the boiler.
15          And so the recirculation of the flue gases
16  took a boiler that was running at a very clean level,
17  like 150 parts per million, and turned it into
18  something that was dumping out thousands of parts per
19  million.
20      Q.  And killed the whole family?
21      A.  Killed the whole family.
22      Q.  And what kind of boiler was that?
23      A.  It was a Munchkin made by Heat Transfer
24  Products, I believe is the company.  HTP.
25          MR. LEWIS:  That's all I have.

Page 289

1    Thank you.
2    THE DEPONENT:  Thank you.
3    MS. MEAD:  I don't have any questions.
4              EXAMINATION
5    BY MR. McGILL:
6    Q.  Mr. Freeman, could you take a look at
7    Exhibit 213, which was that short email.  It should be
8    right there in front of you.
9    A.  Got it.
10   And if you guys would open that door, it
11   would get less stuffy in here because they've turned
12   off the air conditioning, in case you haven't figured
13   it out.
14   MR. WALTZ:  It got stuffy just as soon as
15   Mr. McGill started asking questions.
16   Q.  (BY MR. McGILL)  Now I forgot the question I
17   was going to ask.  I'm going to have to start from the
18   beginning.
19   Please take a look at that email.
20   A.  I have it.
21   Q.  And this is from Mike Senk dated sometime in
22   2011, April 1, 2011.  And Mr. Senk states in here "I
23   would like to find out if the Maxsys safety time
24   (trial for ignition) can be adjusted from 5 seconds to
25   3 seconds like our current MCBA."

Page 290

1    Do you have any -- or can you tell from the
2    face of this document why Mr. Senk might be asking
3    that question?
4    A.  I think he's trying to -- at least as I read
5    the first sentence, he doesn't want any more than 3
6    seconds of gas flow going into the combustion chamber
7    and still have a spark that could ignite it at
8    5 second.  He's trying to shorten the time.
9    Q.  And in the next sentence he talks about "Our
10   boiler approval process requires the ignitor to be
11   disconnected for the first four trials, then
12   reconnected for the last trial."
13   Did you see that there?
14   A.  I do.
15   Q.  Do you what he's referring to when he talks
16   about the boil approval process?
17   A.  Well, I think he's talking about testing it
18   for delayed ignitions.  And, of course, it purges each
19   time.  So I'm not sure how you would accumulate a
20   whole lot of gas in there if it's purging for each one
21   of the cycles, but if you -- you know, if you go four
22   trials and you disconnected the ignitor, you would be
23   dumping some gas in there.
24   Q.  And does it appear from this email that
25   Mr. Senk is raising these questions because he wants

Page 291

1    to have a shorter time period so that the delayed
2    ignition testing can be conducted at a lower possible
3    combustion of gas?
4    MS. MEAD:  Objection, form.
5    A.  Yeah, it looks like, for the approval
6    process, he's trying to shorten the time between gas
7    flow starting and gas flow stopping.  And it also
8    seems -- it looks like it will have a less stronger
9    ignition during the approval process.
10   I mean, that's kind of the way I read it.
11   Q.  (BY MR. McGILL)  And that approval process
12   would be something that would be conducted either at
13   Intertek or some other testing agency?
14   MS. TIEDEKEN:  Objection to foundation.
15   A.  Yeah, I would expect -- before it goes to
16   Intertek, I would expect that Triangle Tube would do
17   it themselves to make sure it passes before they go
18   spend the money to send it to somebody else to find
19   out it doesn't pass.
20   Q.  (BY MR. McGILL)  And so this reduction in
21   the time period for the trial for ignition, that's
22   something that's a function of the Maxsys safety
23   portion of the controls?
24   A.  It appears to be, yeah.
25   Q.  And so when you were asked about -- the

Page 292

1    question about much stronger delayed ignition in that
2    second-to-last sentence, does it appear from this
3    email that Mr. Senk is trying to get the information
4    concerning the control on this particular boiler so
5    that he can conduct the testing or someone can conduct
6    the testing that would conform with the ANSI standard
7    or delayed ignitions?
8    MS. MEAD:  Object to the form of the
9    question.
10   MS. TIEDEKEN:  Objection, foundation.
11   MR. LEWIS:  Same.
12   A.  It kind of looks like that.  It's kind of
13   hard to tell.  You know, I've got four lines of text
14   on here.  It's hard to tell exactly what's going on,
15   but it's clear they want to reduce the trail for
16   ignition time from 5 seconds to 3 seconds.
17   Q.  (BY MR. McGILL)  Do you have any idea why
18   Mr. Cuzzillo -- Dr. Cuzzillo's signature block is on
19   this document?
20   A.  I don't.
21   Q.  You testified about one instance where
22   Intertek had a history of -- a history of or failed to
23   test a particular product, and the product was
24   involved in a fatality.  Can you remind me again what
25   the product was?

Page 293

1    A.  It was a table -- like a tabletop patio
2  heater.
3    Q.  And are you aware of any instance where
4  Intertek failed to conduct testing on any
5  Triangle Tube boilers?
6    A.  No.
7    Q.  Are you aware of any instance where Intertek
8  failed to conduct testing on any boiler submitted by a
9  boiler manufacturer?
10   A.  No.
11   Q.  You were shown the photograph of the four
12 different clips.  I'm not sure if you've got it still
13 there in front of you.  But it was marked as
14 Exhibit 130.
15   A.  I think -- wasn't it Julie's, and I gave it
16 back it her.
17   Q.  Is it your understanding that that document,
18 that Exhibit 130, is a Triangle Tube document?
19      MS. MEAD:  He has the document now.
20   A.  It says "DuraVent" all over it.
21   Q.  (BY MR. McGILL)  Right.  Is Triangle Tube
22 and DuraVent the same company?
23   A.  No.
24   Q.  Okay.  I took from your testimony that you
25 were saying that Triangle Tube was selling -- saying

Page 294

1  that you could use either one of the two clamps that
2  are listed in there as old or new clip-type clamp.
3      MS. TIEDEKEN:  Object to the form of the
4  question.  Misstates his prior testimony.
5    A.  I said that's what DuraVent was saying.
6    Q.  (BY MR. McGILL)  Okay.  Are you aware of any
7  representations contained in the vent supplement that
8  you've looked at and we've shown you during your
9  testimony today that says that any other clamp other
10 than the third one down, the commercial locking band
11 clamp, is the approved clamp for the DuraVent
12 polypropylene system to be used on the Triangle Tube
13 boiler?
14   A.  I know we looked at it today, and the vent
15 supplement was talking about the PPS-LBC.
16   Q.  Which is the locking band clamp?
17   A.  Yes.  Commercial locking band.
18   Q.  Is there a date -- a revision date on that
19 document that you're holding there?
20   A.  There is.
21   Q.  And what is it?
22   A.  November 13, 2014.
23   Q.  Do you recall the date of the publication of
24 the vent supplement that you testified to earlier
25 today?

Page 295

1    A.  No, I don't.
2    Q.  If I told you it was in 2013, would you
3  disagree with that?
4    A.  I'd have to look at that.  I don't know.
5    Q.  It's not -- I'd like you to -- go ahead.
6  You can look for it if you want.
7    A.  I've got the original here that came with
8  the boiler.
9    Q.  Okay.
10   A.  10/24/13.
11   Q.  So the vent supplement that came with the
12 boiler predates the document that you were just
13 holding up that shows the various types of clamps?
14   A.  Correct.
15   Q.  Mr. Skaggs testified on Friday.  He's an
16 expert for DuraVent.  And he basically testified that
17 it's common knowledge that if there is a discrepancy
18 between an appliance manufacturer's instruction and a
19 component part manufacturer's instruction, like you
20 have between -- or such as an appliance manufacturer's
21 such as Triangle Tube and component part manufacturer
22 such as DuraVent, if there's any conflict between the
23 instructions, to use the most conservative approach.
24      MS. TIEDEKEN:  Object to the form.
25      MR. McGILL:  I haven't asked a question yet.

Page 296

1      MS. TIEDEKEN:  Pardon me.
2    Q.  (BY MR. McGILL)  Do you agree with that?
3      MS. TIEDEKEN:  Object to the form.
4  Misstates his testimony.
5    A.  If you can determine which one is the most
6  conservative.  I think one of the things you might do
7  is you might talk to the distributor of the two
8  components and say what am I doing here?
9    Q.  (BY MR. McGILL)  Okay.  Can you tell from
10 Exhibit 130 which of the locking -- or which of these
11 clamps there would be the most conservative if there
12 was a discrepancy in some installer's mind about which
13 clamp to use --
14      MS. TIEDEKEN:  Objection.
15   Q.  (BY MR. McGILL)  -- for the installation of
16 a Prestige Solo 175?
17      MS. TIEDEKEN:  Objection, foundation.
18   A.  Knowing what I know at this point in time
19 and having done things with separated connections, I
20 would say it's a commercial locking band.
21      I'm not sure that I would necessary expect
22 somebody that installs this stuff to know right off
23 the top of their head which one is better.
24   Q.  (BY MR. McGILL)  Again, can you just show
25 the commercial locking band to the camera, please.  So

1  it's the third one down?
2      A.  Right here.
3      Q.  And you're aware that Wyoming Mechanical's
4  installers didn't -- not only didn't they read the
5  Triangle Tube materials, they didn't read anything
6  from DuraVent either?
7          MS. TIEDEKEN:  Object to the form of the
8  question.
9      A.  I don't know what they read from DuraVent.
10     Q.  (BY MR. McGILL)  You mentioned that, after
11  the February 9 inspection of the Buckingham boiler,
12  that it was not until sometime in March that it was
13  delivered to your lab in Littleton, Colorado?
14     A.  I think that's right.  Let me look at the
15  date on the paperwork.  You guys have copies of
16  paperwork.  It looks like it made it down there on
17  March 2.
18     Q.  Okay.  And so February 9 was the last time
19  that you saw the boiler before it was delivered to
20  your lab on March 2; is that correct?
21     A.  Right.  I don't know if I saw it on March 2,
22  if I was in, but it was delivered on March 2.
23     Q.  Were you there on February 9 when Mr. Gieck
24  was taking the boiler off the wall?
25     A.  I don't believe so.

1      Q.  You so you didn't witness his disconnection
2  of the boiler from the Buckingham residence?
3      A.  My picture show the vent piping on the
4  floor, but I think my last pictures show the boiler
5  still in place.
6      Q.  So what happened to the boiler between
7  February 9, 2015, and March 2, 2015, when it shows up
8  in your lab?
9      A.  I don't know.  You'd have to ask Boyd
10  Roberts.
11     Q.  Did he make any representations either to
12  you or anyone on your staff about what he did with
13  that boiler during that time period?
14     A.  I don't recall.
15     Q.  And so is it fair to say that form
16  February 9, 2016, through March 2, 2015, you have no
17  idea what happened to that boiler?
18     A.  That's a fair statement.
19     Q.  You testified earlier that you weren't aware
20  that Mr. Gieck took the vent system apart when he was
21  at the property on February 2.
22         Now that you have that knowledge, does that
23  impact -- or would that have impacted anything that
24  you did on February 6 or February 9 when you inspected
25  the boiler?

1      A.  No.
2      Q.  Is it significant at all to any of the
3  opinions that you've provided in this case?
4      A.  No.
5      Q.  Did you ask Mr. Gieck what he had done on
6  February 2 when he came and looked at the boiler?
7      A.  I don't remember.
8      Q.  Did he ever offer up to you that he had
9  taken the vent system apart?
10         MS. TIEDEKEN:  Object to the form of the
11  question.  Assumes he took the system apart.
12     A.  I don't know -- I don't remember him telling
13  me that he separated the vent piping.
14     Q.  (BY MR. McGILL)  If you would have had that
15  knowledge at the time, would your approach have been
16  any different?
17     A.  No.
18         MR. McGILL:  I'll pass the witness at this
19  time.  Thank you very much.
20         THE DEPONENT:  Thank you.
21         MR. WALTZ:  I really have just one or two.
22         THE DEPONENT:  Do you know how many times
23  I've heard that?
24         MR. WALTZ:  I know, but I'm serious.
25             EXAMINATION

1  BY MR. WALTZ:
2      Q.  On your original receipt taking in the
3  evidence indicating your office received it March 2,
4  is yours whited out?
5      A.  There's -- yeah, there's some white-out down
6  at the bottom.
7      Q.  Do you have the original there?
8      A.  I think this is -- this came -- I'm trying
9  to remember if I copied the original or if this was
10  scanned on the server.  This may have been scanned on
11  the server.
12     Q.  Can you feel if what you have there has
13  White-Out on it?
14     A.  It shows White-Out, yeah.
15     Q.  What was whited out?
16     A.  I don't know if somebody put a date down
17  there or what Dan did.
18     Q.  Here is why I'm asking the question.  If it
19  says under notes 3/3/15, Item 2, pictures show vent
20  pipe sections in two groups, A-B and F-I, was attached
21  to termination kit.  Do you see that?
22     A.  Yes.
23     Q.  Then I go up above, and I see A-I and A-E.
24     A.  Right.
25     Q.  I know this could be just a scrivener's

Page 301

1    error, as they say.  Is that what it is?
2        A.  Well, one is fresh air piping, and one is
3    polypropylene.  Right?
4        Q.  I don't know.  I'm just asking.
5        A.  Well, it says 3-inch PVC fresh air piping
6    white A-E.
7        Q.  Okay.
8        A.  Right?  Maybe that's the confusion.
9        Q.  All right.  You were asked some questions --
10   and I've seen this in Dr. Cuzzillo's report, and now
11   you said it today.
12         You said 185 to 190, but you'd want it
13   closer to 100.  "If it had been dumping in the garage,
14   we would not be talking, if the cabinet was tight on
15   the boiler."  What does that mean?
16       A.  That means if we weren't recirculating the
17   combustion gases, dumping 200 parts per million in the
18   garage would be a nonissue.
19       Q.  So we know the vent pipe comes apart; right?
20       A.  Right.
21       Q.  And it's coming out at a pretty high rate,
22   once the vent pipe is apart?
23       A.  What do you mean high rate?  High flow?
24   High numbers?
25       Q.  You tell me.

Page 302

1        A.  Well, if it's on high fire, yeah, it's
2    dumping out a lot of combustion products.
3        Q.  Why would it be on high fire the whole time?
4        A.  Well, it wouldn't be on high fire the whole
5    time.  It'd probably be lower numbers.  It would be
6    modulating.  If it gets down to low fire, it's only
7    25 parts per million.
8        Q.  Is it your testimony that, even if this pipe
9    came part, that if the cabinet of the boiler had not
10   leaked, this would not have occurred?
11       A.  That's my testimony.
12       Q.  And is that what Dr. Cuzzillo said in his
13   report as well?
14       A.  I think so.
15       Q.  Okay.  That's all right.
16       A.  I think so.
17       Q.  So Mrs. Herrera would be alive even if the
18   vent pipe came apart?
19       A.  Sure.  200 parts per million won't kill
20   anybody.  And besides that, it gets diluted in the
21   garage with some leaking out.  And if it's modulating
22   on a lower-firing rate, it's lower parts per million.
23   It doesn't go up until you recirculate that.  The CO
24   does not go up until you recirculate the combustion
25   products.

Page 303

1        Q.  And I said I only had a few.
2        One of the films -- and I don't want you to
3    go back to it.
4        A.  I don't either.
5        Q.  It's on the 9th.
6        A.  Okay.
7        Q.  And it starts to play, and then when
8    somebody is doing something with the screwdriver and
9    comparing it and then it just kind of goes blank.
10       A.  Okay.
11       Q.  Do you know why it just kind of goes blank?
12       A.  You mean it stops?
13       Q.  It just stops.
14       A.  Okay.  I don't know why.
15       Q.  All right.  You have Exhibit 48 up there
16   which is the DuraVent manual?
17       A.  I've got 48 here.
18       Q.  Please turn to page 4, which is
19   Bates-labeled 554.
20       A.  Got it.
21       Q.  The second column, right-hand column up at
22   the top, under the bullet point it says "If these
23   directions and those of the appliance manufacturer's
24   are different, follow the more conservative
25   requirements.  If you have any questions, contact

Page 304

1    either your dealer or M&G DuraVent directly."
2        I read that correctly; right?
3        A.  You did.
4        Q.  So this isn't Mr. Skaggs saying this.  The
5    manual said that; right?
6        A.  Right.
7        Q.  And you would agree with that?
8        A.  I would.  I mean, if you can't figure out
9    what's more conservative or it's not obvious, then you
10   contact your dealer or the vent pipe manufacturer.
11       Q.  Last but not least, I asked you a number of
12   questions about spoliation.  You understand why
13   DuraVent would want an attorney and/or representative
14   to inspect the system as it existed out at the
15   Buckingham residence given the allegations in this
16   case; correct?
17       A.  I can understand why you might want to do
18   that, certainly.
19       MR. WALTZ:  I have nothing further.
20       Nice to see you.
21       MS. TIEDEKEN:  Just one follow-up.
22             EXAMINATION
23   BY MS. TIEDEKEN:
24       Q.  The dealer in this case who DuraVent is
25   telling you to contact would be Ferguson; correct?

Page 305

1    A.  Correct.
2    Q.  And Ferguson is the one that supplied the
3  connector rings; correct?
4    A.  Correct.
5        MS. TIEDEKEN:  Thank you.  That's all I've
6  got.
7        MR. LEWIS:  Nothing further.
8        MR. McGILL:  Kate, do you have anything?
9        MS. MEAD:  I do not.
10           EXAMINATION
11  BY MR. McGILL:
12    Q.  Mr. Freeman, do you contend that the tests
13  performed at your lab with respect to attempting to
14  determine the leakage of the cabinet on the Buckingham
15  boiler was conducted pursuant to the ANSI standard?
16    A.  That's a good question.  I know we measured
17  leakage.  I don't know if they do it exactly the same
18  way, but we measured flow and pleasure and we got
19  significantly more leakage.
20    Q.  But you can't confirm, as you sit here
21  today, that whatever those test were that they were
22  performed in compliance with the ANSI standard?
23    A.  I'd have to look at the ANSI standard.  You
24  are correct.
25        MR. McGILL:  Thank you very much, sir.

DEPOSITION ERRATA SHEET

Assignment No.:  J0393064JW
Case Caption: Herrera, et al. vs. Buckingham, et al.

DECLARATION UNDER PENALTY OF PERJURY
    I declare under penalty of perjury that I
have read the entire transcript of my deposition taken
in the captioned matter or the same has been read to
me, and the same is true and accurate, save and except
for changes and/or corrections, if any, as indicated
by me on the DEPOSITION ERRATA SHEET hereof, with the
understanding that I offer these changes as if still
under oath.

_____
    JOHN M. FREEMAN, JR., PE

    SUBSCRIBED AND SWORN to before me
this _____ day of _____, 20___, in the
jurisdiction aforesaid.

_____    _____
My Commission Expires      Notary Public

Page 306

1        THE DEPONENT:  Thank you.
2        MS. TIEDEKEN:  We're done?
3        VIDEOGRAPHER:  This is the end of Tape 5 in
4  the deposition of Jay Freeman, Jr.  We're off the
5  record at 6:37 p.m.
6        (WHEREUPON, the deposition was concluded at
7  6:37 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEPOSITION ERRATA SHEET
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____
Page No. ____ Line No. ____
Change to: _____
Reason for change: _____

DEPOSITION ERRATA SHEET

Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
_____ No changes made on this errata sheet.
_____ I am returning this signed errata sheet with
    changes noted.
Signature: _____   Date: _____

# C E R T I F I C A T I O N

I, Jodi M. Wagner, Registered Professional
Reporter, appointed to take the deposition of
    JOHN M. FREEMAN, JR., PE,
certify that before the deposition the deponent was
duly sworn to testify to the truth; that the
deposition was taken by me on July 25, 2016; then
reduced to typewritten form, by means of
computer-aided transcription; that the foregoing is a
true transcript of the questions asked, testimony
given, and proceedings had.
    I further certify that I am not related to
any party herein or their counsel and have no interest
in the results of this matter.
    IN WITNESS WHEREOF, I have hereunto set my
hand on August 4, 2016.


_____
        Jodi M. Wagner
   Registered Professional Reporter