


# prestige
## PVC, CPVC, PP & SS Vent Supplement



 **WARNING** This document is intended to be used by a qualified heating contractor or service technician. Read all instructions within this document and within the PRESTIGE Boiler Installation and Maintenance Manual, before proceeding with the installation. It is recommended to follow the procedures in the steps given, skipping or missing procedural steps could result in severe personal injury, death or substantial property damage.

**NOTICE** The installation must conform to the requirements of the authority having jurisdiction or, in the absence of such requirements, to the National Fuel Gas Code, ANSI Z223.1/ NFPA 54, and/or Natural Gas and Propane Installation Code, CAN/CSA B149.1.

Revised Date: 10/24/13

2010-6 Prestige Vent Supl.



M&G/Buckingham 12-10-15 000037

**Exhibit AA**

## Pre-Installation Requirements

### Vent/Combustion Air Equivalent Lengths

- For all venting applications, PVC/CPVC, AL29-4C®, SS or Polypropylene, the maximum allowable length should not exceed those lengths listed in Table 8.

- For PVC/CPVC or AL29-4C® vent systems reduce the maximum allowable length for each elbow as follows:

    - 3 Feet for every 45° elbow

    - 5 feet for every 90° elbow

- For polypropylene vent systems reduce the maximum allowable length for each elbow as follows:

    - 5 Feet for every 45° elbow

    - 10 feet for every 90° elbow

### 2 Inch (60 mm) Vent Systems Restrictions for the PRESTIGE 60, 110 & Excellence.

- Derate the maximum boiler input by 3% when using the maximum equivalent length of 2 inch (60 mm) vent piping on Solo 110 & Excellence 110.

- The 2 inch vent system requires a 1 inch clearance to combustibles

- Use long sweep elbow to limit pressure drop and to avoid excessive vent temperatures.

- In 2 inch PVC vent applications, the first 7 equivalent feet of the vent system must utilize CPVC material.



To avoid vent failure the installer must use CPVC vent material for the first 7 equivalent feet of a 2 inch PVC vent system. The installer must also utilize primer and glue that is certified for both PVC/CPVC materials. Failure to properly install the vent system can lead to carbon monoxide posoning or fire due to joint separtion or pipe breakage.

### 3 Inch Vent System Restrictions

- Derate the maximum boiler input of the PRESTIGE Solo 250 by 3% when using the maximum equivalent length of 3 inch (80 mm) vent piping.

### Rigid Polypropylene Vent System Restrictions



Contact approved polypropylene vent manufacturer for a copy of their installation instructions. Read, understand and follow all of the vent manufacturer's instructions before beginning the installation. Contact vent manufacturer if you require any technical support. Failure to properly install and support vent system can lead to carbon monoxide poisoning or fire due to joint separation or pipe breakage.

- Rigid polypropylene vent pipe must be installed with locking band clamps or connector rings and supports (wall strap or clamp, elbow or base, etc.). Consult vent manufacturer for complete list of other parts required.

- Maintain 5/8" per foot slope back toward appliance on all horizontal runs.

- The use of a wall plate is required to seal rigid polypropylene vent pipe at the entrance of the chimney or chase to prevent mortar or cement from contacting the polypropylene vent pipe.

- Any termination piping external to the building must be UV resistant (black).

- Do not apply insulation directly to vent. Maintain vent manufacturers clearances to combustibles.

- Plastic venting systems shall not pass through rated fire separations without approved fire stopping installed in accordance with fire stopping manufacturers instructions.

- Prior to assembly of any joints, ensure joint gasket is present and properly installed. Contact vent manufacturer if gasket is missing or damaged. Verify the integrity of joints upon completion of the vent system.

TABLE 8

| PRESTIGE Model | Maximum Allowable Vent or Combustion Air Piping Length | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2 Inch [60 mm] Piping | | | 3 Inch [80 mm] Piping | | | 4 Inch [100 mm] Piping | |
| | Feet | Elbows | | Feet | Elbows | | Feet | Elbows |
| 60 | 55 | 0 | OR | 100 | 0 | OR | 100 | 0 |
| 110 | 45 | 0 | | 100 | 0 | | 100 | 0 |
| 175 | Not Applicable | | | 100 | 0 | | 100 | 0 |
| 250 | | | | 60 | 0 | | 80 | 0 |
| 399 | | | | Not Applicable | | | 100 | 0 |
| EXCELLENCE | 45 | 0 | | 100 | 0 | | 100 | 0 |

8

M&G/Buckingham 12-10-15 000047