Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com;
       jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No.:  2:15-cv-00128-NDF |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# CORRECTED EXHIBIT C
**TO TRIANGLE TUBE'S MOTION FOR SUMMARY JUDGMENT AS TO WYOMING MECHANICAL'S CROSS CLAIM**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I served **CORRECTED EXHIBIT C TO TRIANGLE TUBE'S MOTION FOR SUMMARY JUDGMENT AS TO WYOMING MECHANICAL'S CROSS CLAIM** upon:

| | |
|---|---|
| David Lewis<br>P. O. Box 8519<br>Jackson, Wyoming 83002<br>davelewis@bresnan.net | Christopher R. Reeves<br>Dick Waltz, Esq.<br>Waltz Law Firm<br>1660 Lincoln Street, Ste. 2510<br>Denver, Colorado 80264<br>creeves@waltzlaw.com<br>DWaltz@WaltzLaw.com |
| Julie Tiedeken<br>Sean W. Scoggin<br>P. O. Box 748<br>Cheyenne, Wyoming 82003<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net | Katherine L. Mead, Esq.<br>P.O. Box 1809<br>Jackson, Wyoming 83001<br>kate@meadlaw.net |

via the Court's ECF filing system.

              /s/Cheryl E. Ballew
                Cheryl E. Ballew

```
02:53:30 p.m. 08-27-2015    17
```

AUG-27-2015 15:31 From:             To:3076375515        P.17/25

## Dave Gieck

**From:** Dave Gieck [dave@wyomingmechanical.com]
**Sent:** Tuesday, February 03, 2015 9 28 AM
**To:** 'schul3rdavid@gmail.com'
**Subject:** Boiler Replacement

David will you please pass this along to Greg as I don't have his email address.

Thanks Dave


Greg,
After looking into the boiler system yesterday with both Shan Noe one of my mechanics and also your caretaker Dave. We were unable to find any type of loud banging upon firing the boiler. It was apparent at one of the 90 degree vent elbows that it had come apart at some point. We ran a combustion analysis on the system and found it to be within acceptable parameters. I am not confident in the boiler system in place, since I cannot replicate the banging problem that pushed the exhaust pipe apart. It is my recommendation that we pull the Triangle tube boiler out and replace it with a Lochinvar unit and also replace the venting and use CPVC piping to the side wall exhaust. I strongly recommend the use of CO detectors in the home. Please confirm that this is the step you would like to take to move forward in getting permanent heat back on in your home. I can have this work completed Wednesday the 4th. We would also change of the glycol in the system at this time.



Best Wishes,

Dave Gieck

Wyoming Mechanical Co.
307.733.7337
307.733.7202 fax
307.690.9262 cell
530 Elk Ave
PO Box 2829
Jackson WY 83001



Exhibit No. X6
Date: 5-3-16
Gieck
T&T REPORTING

1

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF WYOMING

 3                                            )
    FRANCISCO HERRERA, and JOANNA              )
 4  HERRERA, CO-WRONGFUL DEATH                 )
    REPRESENTATIVES, for exclusive             )
 5  benefit of the beneficiaries of            )
    MONICA HERRERA, deceased, who have         )
 6  sustained Damages from her                 )
    wrongfully caused death,                   )
 7                                             )
                    Plaintiffs,                )
 8  vs.                                        )
                                               )
 9  GREGORY BUCKINGHAM and DEBORAH             )
    BUCKINGHAM, but in their individual        ) Civil Action
10  capacities as Trustees of the              ) No.
    BUCKINGHAM FAMILY TRUST; and,              ) 15-CV-128-F
11  GREGORY BUCKINGHAM and DEBORAH             )
    BUCKINGHAM as individual                   )
12  defendants; and, WYOMING                   )
    MECHANICAL, INC., a Wyoming                )
13  Corporation; TRIANGLE TUBE/PHASE           )
    III CO. INC., a New Jersey                 )
14  Corporation; and, M&G GROUP                )
    DURAVENT, INC., a New York                 )
15  Corporation,                               )
                                               )
16                  Defendants.                )

17

18              DEPOSITION OF DAVID GIECK

19           Tuesday, May 3, 2016, 11:15 a.m.

20                   Jackson, Wyoming

21
              BE IT REMEMBERED that the deposition of
22  David Gieck was taken by the attorney for the
    defendants at The Wort Hotel, Goldpiece Room, 50,
23  located at 50 Glenwood Street, Jackson, Wyoming,
    before Shantae Miller, Court Reporter and Notary
24  Public, in and for the State of Idaho, in the
    above-entitled matter.
25
```

181

1  A. Yes.
2  Q. It says, consult the vent manufacturer
3  for a complete list of other parts required. I read
4  all of that correctly, right?
5  A. Yes.
6  Q. And this is all under a warning. And a
7  warning has meaning, it's not just an instruction,
8  there are consequences if you don't do what they say
9  under a warning, right?
10 A. Okay.
11 Q. Do you agree with me?
12 A. Yes.
13 Q. This is a manual by Triangle, you
14 understand that?
15 A. Yes.
16 Q. So they're requiring locking rings, you
17 understand that?
18 A. Yes.
19 Q. I don't know the other 25 boilers that
20 were installed by Wyoming Mechanical or the other 40
21 that you testified to earlier today or the dozen that
22 maybe Mr. McCormick had put in the past, but do they
23 all require locking rings, if you know?
24 A. Yes.
25 Q. Can you explain how if Mr. McCormick had

1   installed a dozen Triangle boilers in the past, how
2   he had never put in a locking ring before?
3           A.   I can't explain that.
4           Q.   That seems impossible, doesn't it?
5           A.   Yes.  I can tell you that I don't know
6   how many PP pipe systems he put in.  We don't -- PP
7   pipe is not something that we always use, nor have
8   always used.
9           Q.   Looking at this same page, page 8,
10  second bullet point, it says, "Maintain 5/8" per foot
11  slope back towards appliance on all horizontal runs."
12  I read that correctly?
13          A.   Yes.
14          Q.   And there's a horizontal run that runs
15  for about 10 feet in the Buckingham residence,
16  correct?
17          A.   Approximately.
18          Q.   So if it's .58 inch per foot and you
19  have 10 feet, we're talking roughly about a 5-inch
20  drop from one end to the other.  Agreed?
21          A.   Agreed.
22          Q.   And if he's doing a quarter inch, he's
23  going to get somewhere in the neighborhood of about
24  two-and-a-half inches, right?
25          A.   Agree.

251

1   urged your people, you asked that they read the
2   literature on the boilers that they are installing or
3   the equipment they are installing, there's no
4   requirement for them to read the manuals; is that
5   right?
6          A.   They're -- I don't know if there's any
7   enforceable requirement.  I require them to read the
8   manuals.
9          Q.   Let's do it this way:  Do you do annual
10  reviews of your plumbers?
11         A.   No.  I have meetings with my guys and
12  just talk about how things are going, but not a
13  formal annual review.
14         Q.   Have you ever put a note in anybody's
15  personnel file regarding their failure to read a
16  manual?
17         A.   No.
18         Q.   Now, on this particular job, Aaron
19  McCormick had no experience with the locking band
20  clasps that were on the DuraVent piping, correct?
21         A.   That's what he stated.
22         Q.   Did you have any reason to ask him
23  whether he knew about the locking band clasp before
24  he was sent out on the job?
25         A.   I didn't know that DuraVent was even