Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY 82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation<br><br>　　　　Defendants. | Case No. 15-cv-128-F |

## AFFIDAVIT OF DAVID GIECK

　　　　COMES NOW David Gieck, being first duly sworn upon his oath, who deposes and states as follows:

1.　　I have been the sole shareholder of Wyoming Mechanical Company, Inc. (Wyoming Mechanical) since January 1, 2012.



2. Prior to my ownership of the company, my father, Stephen Gieck, was the sole shareholder of Wyoming Mechanical.

3. I am familiar with the claims made against Wyoming Mechanical and litigation filed against it.

4. Wyoming Mechanical has never had a wrongful death claim asserted against it nor has any type of wrongful death litigation been filed against it.

5. Neither myself nor my father have ever had a wrongful death claim made against us nor has any type of wrongful death litigation been filed against us.

6. I am aware that there was a wrongful death suit filed some years ago as a result of a carbon monoxide exposure at Teton Village at a hotel. Neither myself, my father, nor Wyoming Mechanical was involved in that claim and resulting litigation.

Dated this 12 day of September, 2016.

David Gieck

STATE OF Wyoming )
                        )ss.
COUNTY OF Teton    )

The foregoing was acknowledged before me this 12 day of September, 2016, by David Gieck.

Notary Public

My Commission Expires: Oct 6 2017

Michael C. Wierda — Notary Public
County of Lincoln
State of Wyoming
My Commission Expires October 6, 2017