1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF WYOMING

 3   _____ )
                                    )
     FRANCISCO L. HERRERA and        )
 4   JOANNA HERRERA, CO-WRONGFUL     )
     DEATH REPRESENTATIVES, for      )
 5   the exclusive benefit of        )
     the beneficiaries of MONICA     )
 6   HERRERA, deceased, who have     )
     sustained damages for her       )
 7   wrongful caused death,          )  Case No.: 15-CV-128-F
                                    )
 8                     Plaintiffs,   )
                                    )
 9         vs.                       )
                                    )
10   GREGORY BUCKINGHAM and          )
     DEBORAH BUCKINGHAM, both in     )
11   their individual capacities     )
     as Trustees of the BUCKINGHAM   )
12   FAMILY TRUST; and GREGORY       )
     BUCKINGHAM and DEBORAH          )
13   BUCKINGHAM as individual        )
     defendants; and WYOMING         )
14   MECHANICAL, INC., a Wyoming     )
     Corporation,                    )
15                                   )
                       Defendants.   )
16   _____ )

17
                     TRANSCRIPT OF DEPOSITION OF
18
                         DAVID R. SCHULER
19

20                          Taken at
                           MEAD & MEAD
21                      Jackson, Wyoming
                       November 18, 2015
22

23

24   COURT REPORTER: Denise Nowak,
     Certified Shorthand Reporter
25   and Notary Public
```

42

```
 1   was in California during this event.
 2        "Schuler told me he noticed Herrera's car in
 3   the driveway of the main house at approximately
 4   1000 hours today.  Schuler said Herrera is the
 5   housekeeper for the Buckinghams and usually comes
 6   on Fridays, so there was nothing unusual.  Schuler
 7   said Herrera -- "
 8   Q.   "Usually."
 9   A.   " -- usually arrives around 1000 hours and
10   leaves around 1330 hours.  When Schuler noticed
11   Herrera's vehicle still at the residence at
12   approximately 1800 hours, he went over to check on
13   her.  Schuler stated he opened the garage and it
14   was 'really humid' inside.  Schuler stated the pipe
15   from the boiler had been giving them problems in
16   the past and immediately he found the leaking pipe
17   (described earlier) and temporarily fixed it.
18        "From there, Schuler said he went from the
19   garage to the mud room through the 'man door' and
20   found Herrera lying on the stone floor, face down.
21   Schuler told me Herrera was 'tangled up' in the
22   hose from the vacuum she had retrieved from the
23   closet in the garage.  The closet was still open
24   and the light in the closet was still on.  Schuler
25   also said several of the coats had been pulled down
```