Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

```
                                      )
FRANCISCO L. HERRERA and              )
JOANNA HERRERA, CO-WRONGFUL           )
DEATH REPRESENTATIVES, for            )
the exclusive benefit of              )
the beneficiaries of MONICA           )
HERRERA, deceased, who have           )
sustained damages for her             )
wrongful caused death,                )
              Plaintiffs,             )
                                      )
     vs.                              )   Civil Action No.:
                                      )      15-CV-128-F
GREGORY BUCKINGHAM and                )
DEBORAH BUCKINGHAM, both in           )
their individual capacities           )
as Trustees of the BUCKINGHAM         )
FAMILY TRUST; and GREGORY             )
BUCKINGHAM and DEBORAH                )
BUCKINGHAM as individual              )
defendants; and WYOMING               )
MECHANICAL, INC., a Wyoming           )
Corporation;                          )
TRIANGLE TUBE/PHASE III CO.,          )
INC., a New Jersey Corporation;       )
and, M&G GROUP DURAVENT, INC.,        )
a New York Corporation,               )
              Defendants.             )
```

TRANSCRIPT OF DEPOSITION OF
DAVID RYAN SCHULER
VOLUME I

Taken at
235 East Broadway
Jackson, Wyoming
April 27, 2016
8:20 a.m.

COURT REPORTER: Denise Nowak
Certified Shorthand Reporter
and Notary Public

1   can't specifically remember if I had to go around
2   Greg's truck.
3   Q.   Okay. So you go in there and what do you do?
4   A.   I saw that the gray pipe was separated just
5   above the refrigerator. I took the ladder and put
6   it against the refrigerator and put the pipe
7   together. I remember hitting the off button --
8   looking for and hitting the off button on the
9   boiler. I later found out that I might not have
10  turned it off when I did that, because a fireman
11  had to turn it off when they came in later. And
12  then I went to the door that goes into the mud
13  room.
14  Q.   So did you know how to turn the boiler off?
15  A.   Common sense, it has an off button.
16  Q.   Looking at Exhibit 21, where is that?
17  A.   It's somewhere on the control panel in the
18  bottom right quarter of the boiler face.
19  Q.   At that point -- what exhibit is that?
20       MS. MEAD:  Exhibit 21.
21  A.   21.
22  BY MR. WALTZ:
23  Q.   At that point had you ever turned that boiler
24  off before?
25  A.   I don't think so.