# In The Matter Of:
*HERRERA vs.*
*BUCKINGHAM, et al.*

DAVID GIECK
May 03, 2016



*T&T Reporting, LLC*
*477 Shoup Avenue, Suite 105*
*Idaho Falls, Idaho  83402*

Min-U-Script® with Word Index

1  assumptions.
2      Q.  Okay.  Did you discover any of those
3  types of issues with respect to the Buckingham
4  boiler?
5      A.  No.
6      Q.  Now, when you were there on the 2nd, can
7  you please walk me through what you observed with
8  respect to the Triangle Tube boiler and what you did
9  to the boiler, whether it was adjustments, or type of
10 inspection, or any testing you did on the boiler?
11     A.  So we arrived to the Buckingham
12 residence late morning, I believe we were met by
13 Mr. Schuler.  We walked around the outside of the
14 house first and looked at the regulator, the gas
15 regulator on the side of the home.  We looked at the
16 termination, the vent termination outside of the
17 garage.  We went into the garage and just looked over
18 the vent piping going into the boiler itself.  We
19 looked at the piping on the boiler, the gas
20 connections underneath the boiler, the condensation
21 trap underneath the boiler.  Just more observing the
22 system in its entirety at that point.
23     Q.  Did you put a combustion analyzer on the
24 boiler at that point?
25     A.  At that point we pushed the flue -- I

1  don't recall exact steps, but to the best of my
2  recollection, we took pictures of the flue where it
3  had appeared to have some condensate staining on one
4  of the rings, the locking rings on the vent pipe. We
5  pulled apart that section -- it was slightly apart
6  when we got there, but we pulled it apart the rest of
7  the way to observe to see if there was a gasket
8  inside of the 90-degree elbow that slips over the
9  male pipe.
10            At that point we slipped the fittings
11 back together and turned on the boiler with the gas
12 valve off to see what sorts of faults the boiler
13 would have. We knew that it would fault out with no
14 gas supply, but it would also give us a fault history
15 of what had happened previous to that point. That's
16 where we noticed all of the low water cutoff faults
17 that had taken place in November due to that garage
18 slab leak. And it hadn't had any faults since that
19 point from what we saw.
20            We also pulled apart the gas valve from
21 the blower to confirm that the gas orifice was indeed
22 the proper converted orifice to that unit,
23 reinstalled that, you know, back in the boiler, and
24 then we turned the boiler on and allowed it to fire.
25       Q.   And you discovered the correct orifice

1  was installed?
2     A.  Yes.
3     Q.  Did you check the manual at the time to
4  make sure it was the correct orifice?
5     A.  I cross referenced the manual, yes.
6     Q.  And then you fired the boiler?
7     A.  Yes.  We -- before we fired the boiler,
8  I know that we put a manometer on the gas supply
9  coming into the gas valve to just check gas pressures
10 there, and they were within the parameters required.
11 And at that point we turned on the boiler and
12 attempted -- and fired the boiler.
13    Q.  How long of a time period were you there
14 on the 2nd?
15    A.  I would guess that we were there three
16 or four hours.
17    Q.  And then after you fired the boiler, did
18 you perform combustion analysis?
19    A.  Yes.
20    Q.  And what did you find?
21    A.  Found that the CO was elevated, the O2
22 was a little bit low.  I believe the CO was right
23 around 198 parts per million and the O2 was 2.3.  I
24 can't recall exactly.  I have it in my notes.
25    Q.  And then did you make any adjustments to

1  the boiler after getting the combustion analysis?
2       A.  At that point we turned on and off the
3  boiler multiple times to let it try to recreate any
4  sort of banging.  Took the boiler in and out of high
5  fire several times.
6       MR. WALTZ:  Could you read that statement
7  back to me, please?
8           (Whereupon, the record was read.)
9       Q.  (BY MR. MCGILL) I take it you weren't
10 able to recreate the banging noise that was
11 described?
12      A.  No.
13      Q.  And then at what point did you perform a
14 combustion -- or did you -- at what point did you
15 make any adjustments to the boiler?  And if so, what
16 adjustments were made?
17      A.  So after several attempts to recreate
18 the banging, I adjusted the throttling screw to bring
19 the boiler within manufacturer's parameters.
20      Q.  Did you perform a subsequent combustion
21 analysis?
22      A.  My combustion analyzer was on the unit
23 while it was running, yes.
24      Q.  Okay.  And did you contact Triangle Tube
25 technical support when you were making that

1  adjustment?
2      A.  No.
3      Q.  And when you finished with the boiler,
4  what was it reading out in terms of CO after your
5  adjustment?
6      A.  I believe it was around 90 parts per
7  million, I would need to look at my notes, but within
8  recommended parameters.  And the O2 had also
9  increased.
10     Q.  The throttle screw that you described,
11 was it painted over when you observed it on the 2nd?
12     A.  I don't recall.
13     Q.  Do you recall whether or not the
14 throttle screw had been -- the paint on the throttle
15 screw, assuming it had been painted, was cracked or
16 detached in any way?
17     A.  I don't recall.
18     Q.  Do you recall whether or not the
19 throttle screw appeared to have been adjusted before
20 you made any adjustments to it?
21     A.  I don't recall.
22     Q.  And describe for me exactly the
23 adjustment that you made to the throttle screw?
24     A.  Again, I would need to refer to my
25 notes, but I know it was in the range of

1  three-quarters of a turn counterclockwise, total. So
2  when I adjust a throttling screw, I adjust it in very
3  small increments, so quarter-turn increments, and
4  then watch my combustion analyzer react to the
5  adjustment. And in total it was, I believe, three
6  quarter turns.
7          Q.   What tool did you use to make those
8  adjustments?
9          A.   A straight blade screwdriver.
10         Q.   Did Shan Noe hand you that screwdriver,
11 or did you have it on your service belt?
12         A.   I assume -- I don't recall.
13         Q.   You don't recall whether -- in that area
14 of the boiler, there's another screw that's painted
15 over. Do you understand what I'm referring to?
16         A.   There's several points on a gas valve
17 that have red paint on it.
18         Q.   Okay. Did you notice any of that red
19 paint on the gas valve being detached or disrupted at
20 any time when you observed the boiler on
21 February 2nd?
22         A.   I don't recall.
23         Q.   And again, Mr. McCormick didn't tell you
24 whether or not he adjusted the throttle screw?
25         A.   Mr. McCormick did not tell me that.

1      Q.   Why was it that you checked the fuel
2   pressure to the unit?
3      A.   Matter of course.
4      Q.   Why is that important?
5      A.   To make sure that the propane system is
6   delivering the proper inches of water column to the
7   unit.
8      Q.   Can moisture in the fuel supply line
9   cause an impact on the fuel pressure supplied to the
10  unit?
11     A.   I do not -- I don't know.
12     Q.   You don't know that?
13     A.   Nope.
14     Q.   When the boiler was initially installed,
15  do you recall whether or not anyone from the team
16  that installed it indicated to you that they
17  inspected the regulator or did anything with the gas
18  supply line?
19     A.   Not to my knowledge.
20     Q.   Why was it that you inspected the
21  regulator when you went out on the 2nd?
22     A.   As a matter of course to inspect the
23  entire system.
24     Q.   And if the regulator was malfunctioning,
25  how would you determine that?

1      Q.   I see.  So it's common practice in your
2  experience for a manufacturer to -- if they're
3  issuing a bulletin like this, to perhaps limit it to
4  a serial number range?
5      A.   I don't issue bulletins.  I've seen that
6  before.
7           (EXHIBIT-85 WAS MARKED FOR IDENTIFICATION)
8      Q.   (BY MR. MCGILL) I'm showing the witness
9  what's been marked as Exhibit-85.  Can you identify
10 that for the record, please?
11          MR. LEWIS:  Was 84 the engineering bulletin?
12          MR. MCGILL:  Yes, sir.
13          THE WITNESS:  Okay.
14     Q.   (BY MR. MCGILL) Can you describe that
15 for the record, please?
16     A.   It's an e-mail that I wrote to Steve
17 Gieck.  (Phone vibrating.)
18          Sorry.  Stating that -- on February 2nd,
19 stating that Greg Buckingham had been in contact with
20 me and instructed me to go out and figure out what
21 was going on with the boiler system.
22     Q.   What's your recollection of that
23 discussion with Mr. Buckingham that's referred to in
24 this e-mail?
25     A.   I don't know if I called Greg or Greg

1  called me.  I think he got in touch with me because
2  he was out of town.  And he said, "Dave, I need you
3  to go out to the house and figure out what is going
4  on with the boiler."
5           I asked him if it was okay that I went
6  out there, if there was any investigations going on,
7  if there was -- and he said "No, this --
8  investigations are closed.  I need you to go out and
9  figure out what's going on with my boiler and get
10 heat on in the house."
11      Q.   And at that time did you raise any
12 concerns with him about contacting the manufacturer
13 of the boiler or the vent system or any of the
14 component parts before you made the visit on the 2nd?
15      A.   I did raise concern with him, that's why
16 I asked him if it was okay that I came out there.
17 You know, had he -- you know, was there any reason
18 that I couldn't come out there?
19      Q.   Did Mr. Buckingham indicate to you that
20 he had made any contact with any of the entities I
21 just indicated to get their approval for you to go
22 visit?
23      A.   He indicated that he had spoke with the
24 sheriff's department and that there was no more
25 ongoing investigation, and he requested that I come

1  out and look at his boiler system, figure out what's
2  going on.
3      (EXHIBIT-86 WAS MARKED FOR IDENTIFICATION)
4      Q.   (BY MR. MCGILL) I'm showing the witness
5  what's been marked as Exhibit-86. Can you please
6  describe this document for the record?
7      A.   This looks like a letter to
8  Mr. Buckingham via David Schuler stating what we
9  found or didn't find with the boiler system and a way
10 we could remedy the system to where we could get heat
11 back on in his house.
12     Q.   Do you recognize any of the numbers on
13 the top of the document, what appears to be fax
14 numbers and page numbers, et cetera?
15     A.   No.
16     MS. TIEDEKEN:  For the record, that's my fax
17 number.
18     MR. MCGILL:  Okay.
19     Q.   (BY MR. MCGILL) And how did you come to
20 the conclusion that the boiler should be replaced?
21     A.   Because I couldn't find anything wrong
22 with it.  I couldn't get it to simulate the banging.
23     Q.   Other than what Mr. Buckingham had told
24 you at that time, did you have any other evidence
25 that the boiler was making banging sounds?

1    Q.   You were asked some questions about the
2    five-eighths inch slope, and Mr. McCormick's
3    testimony that he did a quarter of an inch.  I
4    believe what your testimony has been is you would say
5    follow the manufacturer's recommendations, correct?
6         A.   Yes.
7         Q.   Have you ever read DuraVent's
8    instructions, the manual?
9         A.   Yes, I have now.
10        Q.   Had you before this incident?
11        A.   No.
12        Q.   Had you read Centrotherm's manual?
13        A.   I'm not sure that I had.  I'm not sure.
14        Q.   We're clear today that Aaron McCormick
15   had never read DuraVent's instructions.  You know
16   that, correct?
17        A.   I believe that's what he stated, I'm not
18   sure.
19        Q.   Given the fact, and we're going to go
20   through this in a little while, that Triangle Tube or
21   Prestige says, read the exhaust manufacturer's
22   instructions, can you tell me why neither you or nor
23   anyone at your office apparently has done that?
24        A.   Well, we have never installed -- had
25   never installed DuraVent up to that point to my

1    Q.   Okay.  Did you ever speak to someone
2  from your insurance company?
3    A.   Yes.
4    Q.   And when was the first time?  I don't
5  want to know anything that was said at this point.
6  When is the first time you spoke to somebody from the
7  insurance company?
8    A.   I believe either Saturday morning or
9  Monday.
10   Q.   And if it was Monday, was it before you
11 went out to the Buckingham residence?
12   A.   Yes.
13   Q.   Did you talk with your father -- based
14 upon the fact that you had now contacted an attorney
15 and spoken to your insurance company, did you speak
16 to your father and say, "Maybe it's not such a good
17 idea I go out to the Buckingham residence and start
18 inspecting the boiler"?  Did you talk to him about
19 that?
20   A.   I was reluctant.
21   Q.   Well, I understand you may have been
22 reluctant, but did you speak to your father about
23 whether it maybe isn't a good idea to go out there?
24   A.   I spoke with my father to ask his
25 opinion.

163

1      Q.   What did he say?
2      A.   He told me to speak with my attorney and
3  my insurance man and --
4      Q.   Don't.  What else did he tell you, your
5  dad?
6      A.   And to honor the request of
7  Mr. Buckingham.
8      Q.   Now, in your role as a fireman, you
9  basically did -- you do CPR and that's what you do as
10 a volunteer, or do you actually go out to fires?
11     A.   I go to fires.
12     Q.   Have you ever been a cause and origin
13 expert in a fire?
14     A.   No.
15     Q.   Have you ever been asked to express an
16 opinion in what you thought the cause and origin was?
17     A.   No.
18     Q.   Do you know what the phrase "cause and
19 origin" is, and what does it mean?
20     A.   It's the theory of what caused and where
21 a fire started.
22     Q.   And you know how important it is that
23 whoever is going to make that determination gets to
24 see the scene as much as possible the way it existed
25 at the time whatever happened happened?

1       A.   Yes.
2       Q.   And you can understand from me
3  representing my client who represent -- who makes the
4  vent pipe, that they would like to have as much an
5  opportunity to see how the exhaust system was
6  installed at the time it was installed?  Do you
7  understand their interest in that?
8       A.   Yes.
9       Q.   Did anybody tell you you should not go
10 out there before the morning of February 2nd?
11      A.   No.
12      Q.   And I look at Exhibit-89 wherever the
13 blackout information is, just so we're certain, and
14 your counsel can confirm this for me, the same areas
15 are blacked out in Exhibit-87, so that I can fight
16 the fight with privilege, or is it different?
17      MS. TIEDEKEN:  Do you understand the
18 question?  I object as being confusing.
19      MR. WALTZ:  Okay.  Well, it was to me.  In
20 the Exhibit-89 there is a lot of stuff typed in
21 that's blacked out, and is that all privileged?
22      MS. TIEDEKEN:  Yes.  And in -- yes,
23 everything that's blacked out in Exhibit-89 is
24 privileged.  Either attorney-client or
25 insurance-insured -- insurer-insured.