# HERRERA

# VS.

# BUCKINGHAM

Deposition
*DAVID CAGGIANO*

*07/20/2016*

## Agren Blando Court Reporting & Video, Inc.

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1   A   No. I don't believe so.
2   Q   Were you present when he described what
3   had occurred, to others?
4   A   I can't remember if I was there for that
5   or not. No. I don't recall.
6   Q   Have you read Mr. Schuler's deposition
7   testimony?
8   A   Yes.
9   Q   Do you recall that it's Mr. Schuler's
10  testimony that the evening that he discovered
11  Mrs. Herrera, that he had gone over to the house
12  because he saw the car there and became worried?
13  A   Yes.
14  Q   And he went into the garage door of the
15  Buckingham residence?
16  A   Actually, I think his testimony was that
17  he saw the car there and -- not that he was worried,
18  but that he was just going over to check.
19  Q   Going over to check on things?
20  A   Yeah.
21  Q   And he went into the garage door to the
22  residence?
23  A   Correct.
24  Q   And he saw that the vent pipe had come
25  apart --

1    A    Yes.
2    Q    -- correct?
3         At the same location where it had come
4    apart previously?
5    A    Yes.
6    Q    And then he put it back together quickly,
7    and then as I recall he went back outside for a
8    moment.  Correct?
9    A    I believe so.
10   Q    And then he later went in to check and
11   found Mrs. Herrera --
12   A    Correct.
13   Q    -- correct?
14        So by the time David Gieck went to
15   investigate what had occurred at the Buckingham
16   residence on February 2nd, 2015, the vent pipe had
17   already been put back together from its location
18   when Mr. Schuler discovered it, correct?
19   A    That's my understanding.
20   Q    Okay.  And is it your understanding from
21   Mr. Schuler's deposition testimony that various
22   emergency personnel came to the Buckingham home
23   after Mrs. Herrera's death was reported?
24   A    Yes.
25   Q    And someone turned off the boiler.

1   were reported.  So we -- we turned the boiler -- you
2   know, we cycled the boiler many times and never
3   found any delayed ignitions or anything close to
4   what was reported.
5       Q    So in addition to -- in addition to being
6   an observer, you also requested that certain testing
7   be performed, correct?
8            MR. McGILL:  Objection.  Form.
9       A    Suggested it, sure.
10      Q    (By Ms. Tiedeken) Okay.  Did you suggest
11  or request any testing in connection with the gas
12  regulators?
13      A    We measured pressure -- or pressure was
14  measured.  There wasn't any specific testing done on
15  the regulator.
16      Q    And who su -- requested or suggested that
17  gas pressure be tested?
18      A    I don't -- can't recall if that was --
19  probably Jay Freeman, I'm sure.
20      Q    And what were the results of gas pressure
21  testing on-site on February 9th?
22      A    10.9 inches water column before the boiler
23  fired up.
24           MS. MEAD:  What was that number?
25           MS. LEWIS:  10.9.

```
 1      Q    Okay.  Other than that discrepancy, do you
 2  have any reason to believe that he's not being
 3  truthful with regard to what he found?
 4      A    No.
 5           MR. McGILL:  Objection.  Form.
 6      Q    (By Ms. Tiedeken) Okay.  And is it fair to
 7  say, then, that an adjustment was made to the
 8  throttle screw to get it back to where it had been
 9  at the time that Dave Gieck found it on
10  February 9th?
11      A    That was the intent, yes.  True.
12      Q    And you were able to do that by use of the
13  pictures, correct?
14      A    Correct.
15      Q    Was there anything about the combustion
16  after the throttle screw had been adjusted to where
17  it was at when Dave Gieck found it that in your
18  opinion should have caused a delayed ignition?
19      A    Can you repeat that again?  I'm sorry.
20      Q    Was there anything about the combustion of
21  the boiler at the point when Dave Gieck found it
22  which should have caused a delayed ignition, in your
23  opinion?
24           MR. REEVES:  Object to form.
25           MR. McGILL:  Join.
```