# *HERRERA*

## *VS.*

## *BUCKINGHAM*

**Deposition**

### *JOSEPH DANIEL SKAGGS*

*07/22/2016*

---

## *Agren Blando Court Reporting & Video, Inc.*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1  roughly a week to two weeks before Mrs. Herrera's

2  death that the Buckinghams first heard the sounds

3  that they've described and which are consistent

4  which a delayed ignition?

5      A    I recall from reading the deposition

6  testimony of Mr. Buckingham that he at some point

7  prior to that incident made a connection between

8  noises that he had been hearing and the boiler.  I

9  don't recall if that was a week, two weeks, or more

10 or less.

11     Q    Okay.  Do you recall from the testimony

12 that at some point Mr. Buckingham had discovered

13 that the vent pipe had come apart, vent pipe for the

14 boiler?

15     A    Yes, I'm aware of that.

16     Q    And the discovery of the vent pipe coming

17 apart coincided with the sounds he had heard which

18 are consistent with the delayed ignition?

19     A    Yes.  I'm aware of that as well.

20     Q    Okay.  So do you have an opinion as to

21 whether those facts or circumstantial evidence that

22 the delayed ignition of the boiler was a causative

23 factor in the pipes coming apart?

24         MR. McGILL:  Objection.  Form.

25 Foundation.

*Agren Blando Court Reporting & Video, Inc.*

1        A     What I state in my disclosure is that

2    there are several potential theories for that

3    incident.  Delayed ignition is one of those

4    theories.  But not all of the competing theories

5    have been ruled out.

6        Q     (By Ms. Tiedeken) You -- and your other

7    competing theory is the expansion of the PolyPro

8    piping, correct?

9        A     One of my other -- yes, one of the other

10   competing theories is -- is thermal expansion

11   effects in the PolyPro vent pipe.

12       Q     Presumably the thermal expansion effects

13   of the PolyPro piping had been going on from

14   November 14 up until the town -- time the sounds

15   were heard in the boiler, correct?

16       A     That's a fair presumption, yes.

17       Q     So the -- the thermal expansion effects

18   would have been going on from day one, from

19   November 14th, correct?

20             MR. McGILL:  Objection.  Foundation.

21       A     All other things being equal, yes.

22       Q     (By Ms. Tiedeken) But yet the pipe didn't

23   come apart until these loud explosion sounds were

24   heard with the boiler, correct?

25       A     That's correct.

1      Q      What's the significance of that, in your

2    view?

3      A      Well, the significance is that -- that I

4    think it's of greater probability that delayed

5    ignition events and -- and pressure excursions

6    within the -- the vent piping are more likely to be

7    the cause of the separation.  But in the absence of

8    measurements and data on the specific system at the

9    time it was operating, I do not rule out the thermal

10    expansion issues as being causative or contributory

11    to the incident.

12      Q      When you use the terminology "more

13    likely," is that the same as more probable, in your

14    terminology?

15      A      In general, yes.

16      Q      You've given some testimony about the

17    force -- let me see if I can find my notes here, of

18    a short, sharp, high pressure event, correct?

19      A      Can you elaborate?  I'm not sure if

20    you're --

21      Q      Well --

22      A      -- speaking to a particular point in my

23    disclosure or...

24      Q      Well, in your testimony earlier today in

25    response to Mr. Lewis' questioning --

1       A       Okay.

2       Q       -- I thought I understood you to say that

3    a delayed ignition can cause a short, sharp, high

4    pressure event which could have caused the pipe to

5    come apart.

6       A       That was one of the things I said a

7    delayed ignition event can cause, yes.

8       Q       And you said you haven't been able to

9    measure this short, sharp, high pressure event,

10   correct?

11      A       I have not been able to measure the

12   pressure associated with any delayed ignition event

13   in the subject boiler and vent system.

14      Q       In order to measure it, the actual events

15   that occurred that were described by the

16   Buckinghams, you would have had to been there that

17   day on the Buckingham property with measurements,

18   correct --

19              MR. McGILL:  Object --

20      Q       (By Ms. Tiedeken) -- or with ability to

21   measure?

22              MR. McGILL:  Objection.

23              MR. REEVES:  Objection.  Form.

24              MR. McGILL:  Foundation.

25      Q       (By Ms. Tiedeken) Go ahead.

1          A       In order to take measurements on the

2     performance of the boiler, I would have needed to be

3     on-site with that boiler in the condition in which

4     it was operational in order to take those

5     measurements.

6          Q       Well, you could have been on-site with the

7     boiler in the condition it was, but no -- but if no

8     delayed ignition event occurred, you couldn't

9     measure it, correct?

10               MR. McGILL:  Objection.  Form.

11               MR. REEVES:  Join.

12         A       That is correct.

13         Q       (By Ms. Tiedeken) And is it your

14    understanding that the Buckingham boiler was

15    experiencing intermittent delayed ignition events?

16               MR. McGILL:  Foundation.

17         A       I wouldn't say that the testimony that

18    I've heard and the data that I have speaks to

19    whether it was intermittent or constant.

20         Q       (By Ms. Tiedeken) Well, they describe

21    hearing it twice, correct?

22               MR. McGILL:  Same objection.

23         Q       (By Ms. Tiedeken) Over a period of a week?

24               MR. McGILL:  Same objection.

25         Q       (By Ms. Tiedeken) Go ahead.

*Agren Blando Court Reporting & Video, Inc.*

1    A    That's what they describe.

2    Q    So if they heard it twice over a period of

3  a week, wouldn't that be an intermittent event as

4  opposed to a constant event?

5         MR. REEVES:  Object to form.

6         MR. McGILL:  Join.

7    A    Not necessarily, because there could be

8  events that were occurring that they did not hear.

9    Q    (By Ms. Tiedeken) All right.  But to

10  actually measure the events that the Buckinghams

11  heard, you'd have to be there on the date they heard

12  it with your measurements in place, correct?

13        MR. REEVES:  Object to form.

14        MR. McGILL:  Join.

15        MR. REEVES:  Argumentative.

16        MR. McGILL:  Join.

17   Q    (By Ms. Tiedeken) Go ahead.

18   A    In order to -- in order to measure the

19  pressure wave from any specific delayed ignition

20  event, you would have to be there when the -- when

21  the event occurred.

22   Q    Okay.  You have not been able to measure

23  what occurred in the Buckinghams' boiler, but is

24  there literature where short, sharp, high pressure

25  events have been measured?

*Agren Blando Court Reporting & Video, Inc.*

1      A     Certainly there is.

2      Q     Are -- is there literature that pertains

3   to this type of event, a short, sharp, high pressure

4   event caused by a delayed ignition or something

5   comparable?

6      A     Well, let me -- let me first state that I

7   said a -- a short, high pressure event is one of the

8   possible outcomes from a delayed ignition.  There

9   are other possible outcomes that have a lot to do

10   with the specific system in place.  I am skeptical

11   of relying upon calculations or other people's

12   testing on systems that are not identical because

13   these events are complex.  There is a complex

14   interaction between the pressure wave that is

15   generated at the point where ignition is occurring

16   and downstream effects, so measurements on one

17   system that is not in the same configuration may not

18   be and often are not representative of what would

19   have been taking place in the Buckingham residence.

20           MS. TIEDEKEN:  Would you read back my

21   question, please.

22           (Last question read.)

23      A     In general, yes.

24      Q     (By Ms. Tiedeken) And who is authoritative

25   or what literature would be authoritative on that

1    subject, in your view?

2        A    In my view, authoritative literature is

3    literature that is a peer reviewed journal of

4    reasonable repute.

5        Q    And can you provide me with the name of

6    one on this issue?

7        A    One of the first ones I would probably go

8    to would be Fire and Materials.  And I'm sure there

9    are others as well.

10       Q    Who authors that?

11       A    Fire and Materials I believe is -- is an

12   Elsevier publication.  And they're -- they're one of

13   the major scientific journal publishers.

14       Q    Okay.

15            MR. McGILL:  Did you say Elsevier?

16            THE DEPONENT:  Yeah.  E-l-s-e-v-i-e-r I

17   think is the spelling.  I could be wrong on that.

18       Q    (By Ms. Tiedeken) One of the facts that

19   you've stated, if I'm recalling correctly in your

20   report, is that the DuraVent system, which was in

21   place at the Buckingham home was not designed to

22   withstand the force of a delayed ignition, correct?

23       A    I made no such testimony.

24       Q    Was there something -- I thought you said

25   some -- maybe you said the DuraVent system in place

1      A     The testing with the clips in place is

2   not in my report because it does not match the

3   configuration in the standards to which the pipe was

4   certified.  The testing of the separation of the

5   pipe without a clip in place is relevant because it

6   allows us to assess a condition that might have

7   existed, which would be a joint that was put back

8   together improperly with a loose clip.

9      Q     Okay.  I think I understand what you're

10  saying.

11            Let's talk about the joint being put back

12  together.  Have you had a chance to review

13  Mr. Schuler's deposition?

14     A     I reviewed Mr. Schuler's depositions --

15  it's been a while since I've reviewed his -- unless

16  there's been another one taken recently that I'm not

17  aware of.

18     Q     Is it your understanding that on the date

19  of Mrs. Herrera's death, that at some point he had

20  gone over to the Buckinghams' house to check on

21  Mrs. Herrera?

22     A     I understand that he was -- he went over

23  to the home to check on Mrs. Herrera and found her

24  body.  I don't know if she perished on that day or

25  the previous day.

1      Q      Do you understand that when he went over

2  to the home, that he went into the home by accessing

3  the garage?

4      A      I understand he entered through the

5  garage, yes.

6      Q      He entered -- he opened the garage door

7  and went in?

8      A      That's my understanding.

9      Q      Is it your understanding that he saw that

10  the vent had come apart at the same location where

11  it had previously come apart when he entered the

12  garage?

13      A      As I recall it, that's his testimony.

14      Q      And is it your recollection that he

15  immediately went over and put the vent pipe back

16  together?

17      A      Yes.  I understand that -- that -- as I

18  recall it, both Schuler and Buckingham put together

19  loose pipe at different times.

20      Q      I'm not talking about different times.

21  I'm talking about on the day he discovered

22  Mrs. Herrera, he went into the garage and he saw

23  that the vent pipe had come apart, correct?

24      A      That's my understanding, yes.

25      Q      And he went over and he put it back

1  together, correct?

2      A    Yes.  I believe he -- he's -- he's

3  testified to that as well, yes.

4      Q    All right.  And then he later discovered

5  that Mrs. Herrera had -- had died in the Buckingham

6  home?

7      A    I -- I don't recall the specific sequence

8  of events, if -- if he found her body first and then

9  put the pi -- and then put the vent pipe back

10  together or vice versa.  But I understand that one

11  of those two -- it happened in one of those two

12  ways.

13      Q    Okay.  Is it also your understanding from

14  the depositions you've reviewed that when the --

15  that Mr. Schuler thought he had turned the boiler

16  off -- he -- he also attempted to turn the boiler

17  off and thought he had turned it off when he found

18  the vent pipe apart?

19      A    I don't recall that, but like I said, it's

20  been a while since I reviewed that deposition.

21      Q    Do you recall that Mr. Schuler was later

22  told that he had not turned the boiler off, it was

23  still running, and so emergency personnel turned it

24  off?

25      A    I don't recall who turned the boiler off

1  combustion analysis at the time the boiler was

2  installed, correct?

3      A    That's what it says, correct.

4      Q    You are aware that Mr. Gieck took a

5  picture of the throttle screw as he found it shortly

6  after the incident, correct?

7          MR. REEVES:  Objection.  Lack of

8  foundation.

9      Q    (By Ms. Tiedeken) Go ahead.

10     A    I am aware that he took a photograph.

11 I -- I wouldn't want to say what his representation

12 of that photograph was because I don't recall off

13 the top of my head.

14     Q    If he -- if his representation is that he

15 took that picture showing the throttle screw at its

16 position when he found it shortly after the --

17 Mrs. Herrera's death, do you have any reason to

18 dispute that testimony?

19     A    No.  I -- I don't think I have a reason to

20 dispute the testimony based on the data we have now.

21     Q    Is it your understanding that when

22 Mr. Freeman went out to perform his testing, that he

23 used that picture that was taken by Mr. Gieck to

24 adjust the boiler back to the position it had been

25 at the time of -- that Mr. Gieck found it?

*Agren Blando Court Reporting & Video, Inc.*

1      A    I -- that's -- yeah, that's my

2   general recollection of what he said about his

3   investigation.

4      Q    And have you seen the two pictures where

5   they -- they held up Mr. Gieck's pic -- picture, and

6   at the same time Mr. Freeman adjusted so they could

7   get it as exact as possible to the way it had been

8   when Mr. Gieck found it?

9      A    I -- I have -- I think I have a rec -- I

10  think I have a recollection of that, but --

11     Q    And --

12     A    -- sure.

13     Q    -- as far as you can tell, did Mr. Freeman

14  accurately do that, adjust the throttle screw back

15  to the location it had been when Mr. Gieck found it?

16     A    Well, I don't know.  I would say that

17  Mr. Freeman's photographs show the throttle screw

18  adjusted back to the position where Mr. Gieck says

19  he found it.

20     Q    Okay.  I just lost my page.  Okay.  So

21  then you -- and you indicate, By altering the set

22  points of the gas control valve after the incident,

23  Wyoming Mechanical prevented investigators from

24  determining the actual operating conditions at the

25  time of the incident.

1  affect the combustion processes in the boiler.

2      Q      (By Ms. Tiedeken) But disconnecting and

3  reconnect -- connecting the vent for DuraVent's

4  purposes prevented -- Mr. Schuler doing that

5  prevented DuraVent from inspecting the venting as it

6  existed at the time of the incident, correct?

7      A      Yeah.  That's correct.

8      Q      Investigators were able to determine the

9  operation -- operating conditions at the time of the

10 incident by adjusting the throttle back to the

11 location it was at the time that Mr. Gieck found it,

12 correct?

13          MR. McGILL:  Obje -- objection to form.

14 Foundation.

15          MR. REEVES:  Join.

16     Q      (By Ms. Tiedeken) Okay.  Go ahead.

17     A      Not all of the conditions, no.

18     Q      The condition of the throttle, correct,

19 could -- could be adjusted back to where Mr. Gieck

20 found it by using his picture?

21          MR. McGILL:  Form.

22          MR. REEVES:  Form.  Foundation.

23          MR. McGILL:  Foundation.

24     A      Based on -- based on their representation,

25 I think that they could have put the throttle screw

*Agren Blando Court Reporting & Video, Inc.*

1   back in the position where Mr. Gieck said it was

2   when he first arrived, yes.

3        Q    (By Ms. Tiedeken) Okay.  Was there

4   anything else that was altered so that the actual

5   operating conditions at the time of the incident

6   could not be determined?

7             MR. McGILL:  Objection.  Foundation.

8        A    There have been many things altered that

9   prevent determination of the actual operating

10  conditions.  I mean, the whole system has been

11  disassembled and brought to Denver, so it's not at

12  all in the same condition it was at the time.

13       Q    (By Ms. Tiedeken) Well, I'm talking about

14  when Mr. Freeman got there and videoed everything he

15  did and took a lot of pictures.  So let's -- let's

16  talk about that.  When Mr. Freeman got there and

17  began his investigation February 9th, 2016, what

18  else besides the throttle screw and Mr. Schuler

19  reengaging the pipes had been changed so that

20  determining the actual operating conditions at the

21  time of the incident were prevented?

22       A    Not having been there, I don't know for

23  sure.  Those are the two main things that I know of.

24       Q    Okay.

25       A    But not having had the opportunity to

1    inspect any of those parts prior to then or at that

2    time, I'm reliant upon both Schuler's and Freeman's

3    descriptions.

4        Q    And -- well, you're not only relying on

5    the descriptions, but you've got hours of Freeman's

6    videotape that you're able to review, correct?

7        A    Yes.  I -- I could review any of the tests

8    that Freeman performed on-site.

9        Q    And have you done that?

10       A    I have not watched all the videotape, no.

11       Q    And Mr. Freeman took many, many pictures

12   of what he did on February 9th, correct?

13       A    Yes.  There -- there are many photographs.

14       Q    And you've had the opportunity to review

15   those --

16       A    I have --

17       Q    -- correct?

18       A    I have reviewed the photographs, yes.

19       Q    And have you -- and you've reviewed those.

20   Okay.

21            And have you reviewed Mr. Freeman's data

22   that he was -- that he -- his notes and data from

23   his investigation?

24       A    I've reviewed the data.  I don't recall

25   specifically looking at Jay's notes from the

```
 1   investigation, but I know I've looked at the data.
 2        Q    So even though you weren't present on
 3   February 9th, there was voluminous documentation
 4   made of what occurred on February 9th, is that fair?
 5        A    There was a lot of documentation, yes.
 6        Q    If you were present on February 9th, what
 7   additional testing would you have requested be
 8   performed, if any, that was not performed by
 9   Mr. Freeman?
10        A    The thing that I would have wanted to
11   capture and the thing that I would have advised had
12   M&G been retained at the time and -- and if I were
13   on-site would be to allow the boiler to operate over
14   a period of time, without any people in the house,
15   obviously.  I would want to add, most likely, a pair
16   of pressure transducers in the vent system in the
17   intent to capture that pressure wave that we're
18   discussing from delayed -- from one or more delayed
19   ignition events to characterize it.
20        Q    You have been present at least on two
21   occasions when testing of the boiler was conducted
22   in Denver at Mr. Freeman's lab, correct?
23        A    Two occasions, yes.
24        Q    Have you requested that pressure
25   transducers be placed in the vent so that if there
```

1   was a delayed ignition, it could be measured?

2       A    I have not.

3       Q    Did you have the opportunity during the

4   testing in Mr. Freeman's lab to do that or request

5   that?

6       A    Did I have the opportunity to request it?

7   I could have requested it.  However, given that we

8   did not observe any delayed ignition events on the

9   two dates that I was present while the boiler was

10  being operated, I can't comment as to whether that

11  data would be relevant.

12      Q    But until the testing was completed, you

13  didn't know if you were going to observe a delayed

14  ignition event or not, correct?

15      A    That's correct.

16      Q    That was the purpose of the testing, let's

17  see if, you know, we observe a delayed ignition

18  event -- that was one of the purposes, right?

19      A    I didn't write the protocol, so I won't

20  speak to the purpose of the testing.

21      Q    Well, isn't it fair to say that one of the

22  purposes on this voluminous testing that's been done

23  in Denver is to see if there was a delayed ignition?

24      A    I'll say it would have been really nice

25  had there been some delayed ignition events.  And --

1  and if we had observed a delayed ignition event in

2  Freeman's lab, I would have requested that we stop

3  work, instrument the vent pipe, as discussed, and

4  continue on.  But in the absence of any delayed

5  ignition events occurring during that testing, there

6  was no reason to make the request.

7       Q    Well, unless you had had a pressure

8  transducer in there while it was running, you

9  couldn't measure the pressure during a delayed

10  ignition if it had occurred, correct?

11      A    Well, because there are so many

12  differences between the installation at the

13  Buckingham residence and the installation in

14  Freeman's lab, there's no guarantee that a delayed

15  ignition event that occurred in the Freeman's lab

16  would even be comparable to a delayed ignition event

17  at the Buckingham residence.

18      Q    But the fact of the matter is you had the

19  opportunity, if you wanted to, to put a pressure

20  transducer in the piping in Freeman's labs and you

21  did not do that, correct?

22           MR. McGILL:  Objection.  Form.

23  Foundation.

24           MR. REEVES:  Join.

25      A    Nobody did that, correct.

1      A      Like I said, that's -- that's my reading

2   of -- of the -- of his deposition.

3      Q      Okay.  And you don't have anything you can

4   point me to in his deposition where Aaron indicated

5   that he had never read a Triangle Tube installation

6   manual?

7      A      Not without referring back to it, no --

8      Q      Okay.

9      A      -- and going through it.

10      Q      If you were the first one on the scene to

11   investigate what had occurred in the Herreras' --

12   with regard to Mrs. Herrera's death, and you wanted

13   to document the location of the throt -- throttle

14   screw when you got there, how would you go about

15   documenting that?

16      A      If I were the first person on the scene,

17   and I wanted to document the location of the

18   throttle screw, most likely I would take a

19   photograph.

20      Q      Okay.  Is -- is it your understanding

21   that's what Dave Gieck did?

22      A      I believe Gieck did take photographs.

23      Q      So he did the same thing you would have

24   done if you were the first one on the scene,

25   correct?

1    A    According to his testimony, yes.

2    Q    It's my understanding that you don't have

3  an opinion whether the multiple malfunctions of the

4  Buckingham boiler were caused by a product defect,

5  correct?

6    A    That's correct.

7    Q    If, in fact, the multiple malfunctions of

8  the Buckinghams' boiler was caused by a product

9  defect, and you assume that be -- to be true, and

10  you also assume to be true the fact that Triangle

11  Tube knew there was such a defect in their boilers

12  since approximately mid-2012, do you have an opinion

13  as to whether Triangle Tube should have provided a

14  warning to the public and to its installers of that

15  defect?

16    MR. McGILL:  Objection.  Form.

17  Foundation.  Improper hypothetical.

18    A    Assuming that Triangle Tube had a -- some

19  sort of an issue with the product that they knew

20  about that made the product likely to malfunction,

21  then I believe they should have taken steps to

22  address whatever the de -- whatever that

23  hypothetical defect in the product is.

24    Q    (By Ms. Tiedeken) My question was do you

25  think they had a duty to warn the public about that