IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES for exclusive benefit of the Beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death, <br><br>         Plaintiffs, <br><br> vs. <br><br> GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York corporation, <br><br>         Defendants. | Case No. <br> 15-CV-128-F |

DEPOSITION OF

GARY BENNETT

Wednesday, August 17, 2016

TAKEN AT

Jackson Hole Court Reporting

Jackson, Wyoming

COURT REPORTER:
Michelle L. Cunningham

Page 53

1    was -- was what we had and David presented
2    that, that day, we sent it in.  It was -- I
3    think it was the suit papers.
4    Q.  Okay.  So that's -- that's later in
5    August?
6    A.  Um-hum.
7    Q.  Okay.
8        MR. GERGANOFF:  I've got to remind the
9    witness not to provide to any information
10   that you received --
11       THE WITNESS:  Okay.
12       MR. GERGANOFF:  -- after August 5th,
13   2015.
14       I'm sorry, Counsel.
15       THE WITNESS:  Okay.
16   Q.  (By Mr. McGill)  So can you tell me a
17   little bit -- when you took over the agency,
18   you mentioned that there was a prior wrongful
19   death claim, was that involving Wyoming
20   Mechanical, Steven Geick, David Geick?  What
21   recollection do you have of that?
22   A.  I really have no recollection of any
23   specifics of the claim, because I -- it
24   was -- I don't even know how many years it
25   was before I took over.  I just know that

1    there was a wrongful death claim somewhere
2    out in the Village at a hotel.
3    Q.  I see.
4    A.  And then one of my employees told me
5    that.
6    Q.  Was it the Snake River Lodge; do you
7    recall?
8    A.  I don't know.  I don't remember which
9    one it was because the lady that told me,
10   you know, just told me that there was a
11   claim out there, because I was getting to
12   know the clients, that's all --
13   Q.  I see.
14   A.  -- so...
15   Q.  So that was a claim.  Do you recall if it
16   was a claim against Wyoming Mechanical?  Mr.
17   Steven Geick?  David Geick?
18   A.  That's way before me.
19   Q.  Do you -- I think you mentioned that when
20   you first took over the agency and when --
21   when David Geick was coming into Wyoming
22   Mechanical to take it over or work with his
23   father --
24   A.  Yeah.
25   Q.  -- that they came in -- someone came in

Page 55

1    and spoke with you about this wrongful death
2    claim; that there was some concern when David
3    joined Wyoming Mechanical. I think that's
4    kind of what you testified to.
5         MS. TIEDEKEN: Object to the form.
6    Misstates his testimony.
7         MS. MEAD: Object to the form. Join.
8    Q. (By Mr. McGill) Okay. So what
9    conversations did you have, either with David
10   or Steven Geick, about this wrongful death
11   claim?
12   A. None.
13   Q. All right.
14        So when you took over the agency, you
15   mentioned that this claim had already
16   happened, you don't know much about it, but
17   there was some concern about David Geick
18   joining Wyoming Mechanical --
19   A. No.
20   Q. -- and this wrongful death claim?
21        MS. TIEDEKEN: Object to the form.
22        THE WITNESS: No.
23        MR. GERGANOFF: Join.
24   Q. (By Mr. McGill) I may have misunderstood
25   you. Do you know where that claim was

Page 56

1 litigated?
2 A. I don't -- I truly don't know any of
3 the facts of that claim.
4 Q. Did you give any instruction to anyone at
5 Wyoming Mechanical about preserving evidence
6 involved in this lawsuit?
7 A. No.
8 Q. Prior to the lawsuit being filed, did you
9 speak with either David Geick or Steven Geick
10 about risks associated with preserving
11 evidence in a lawsuit?
12 A. No.
13    MR. MCGILL: I will pass the witness at
14 this time.
15    Thank you very much, sir.
16    THE WITNESS: Sure.
17    MS. MEAD: I have no questions.
18        EXAMINATION OF GARY BENNETT
19              BY MR. LEWIS
20 Q. Mr. Bennett, is all the coverage that
21 State Farm is applying to this incident, is
22 it all that coverage in Exhibit 224?
23    MR. GERGANOFF: Foundation.
24    THE WITNESS: This right here?
25 Q. (By Mr. Lewis) The insurance policy.