Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and ) <br> JOANNA HERRERA, ) <br> CO-WRONGFUL DEATH ) <br> REPRESENTATIVES for ) <br> exclusive benefit of the ) <br> Beneficiaries of MONICA ) <br> HERRERA, deceased, who ) <br> have sustained Damages ) <br> from her wrongfully ) <br> caused death, ) <br>   ) <br>    Plaintiffs, ) <br>   ) <br> vs.  ) <br>   ) <br> GREGORY BUCKINGHAM and ) <br> DEBORAH BUCKINGHAM, but ) <br> in their individual ) <br> capacities as Trustees of ) <br> the BUCKINGHAM FAMILY ) <br> TRUST; and, GREGORY ) <br> BUCKINGHAM and DEBORAH ) <br> BUCKINGHAM as individual ) <br> defendants; and, WYOMING ) <br> MECHANICAL, INC., a ) <br> Wyoming Corporation; ) <br> TRIANGLE TUBE/PHASE III ) <br> CO. INC., a New Jersey ) <br> Corporation; and, M&G ) <br> GROUP DURAVENT, INC., a ) <br> New York corporation, ) <br>   ) <br>    Defendants. ) <br> _____ ) | Case No. <br> 15-CV-128-F |

DEPOSITION OF

BOYD ROBERTS

Thursday, August 18, 2016

TAKEN AT

Jackson Hole Court Reporting

Jackson, Wyoming

COURT REPORTER:
Michelle L. Cunningham

Page 65

1     Q.  Tuesday.  Okay.
2         And when you got there, you indicated
3     that Mr. Schueler, the caretaker, was the
4     only one that was there with you on
5     Tuesday --
6     A.  Yes.
7     Q.  -- correct?
8         Did Mr. Schueler touch the boiler at all
9     while you were there?
10    A.  No.
11    Q.  For example, he didn't turn it on?
12    A.  No.
13    Q.  Or move anything, anything like that?
14    A.  No.
15        (Moving head from side to side.)
16    Q.  Okay.
17        On February 9th, you've indicated that
18    you were there to observe an inspection by
19    Mr. Freeman and others; correct?
20    A.  Yes.
21    Q.  Was Mr. McGill there on February 9th,
22    Triangle Tube's attorney, that is here today?
23    A.  Yes.
24    Q.  And was -- do you recall a Mr. Sink, a
25    representative of Triangle Tube also being

1    present?

2    A.   I don't recall if that was his name.

3    There was another gentleman there, yes.

4         (Moving head up and down.)

5    Q.   And do you recall that Triangle Tube had

6    their own expert engineer, Mr. Kogimoto

7    (phonetic) present at that inspection?

8    A.   If that's his name, yes.  I don't

9    recall the name.

10   Q.   Do you recall that Triangle Tube --

11   A.   Yes.

12   Q.   -- had their own expert engineer there?

13   A.   (Moving head up and down.)

14   Q.   Did Mr. -- or did Triangle Tube's expert

15   engineer participate in the inspection as far

16   as what you could observe?

17   A.   Yes.

18   Q.   When it was determined that the boiler

19   would be dismantled and that you would

20   transport the boiler down to Mr. Freeman's

21   office, did anyone from Triangle Tube, either

22   their attorney, their company representative,

23   or their expert engineer object to that?

24   A.   To my knowledge, no.

25   Q.   Did either Mr. McGill or the Triangle

Page 67

1    Tube's expert engineer, or company
2    representative give you any direction on how
3    the boiler should be packaged and
4    transported?
5    A.  No.
6    Q.  To your knowledge, was there any damage to
7    the boiler between the time you took it from
8    the Buckingham home and the time it was
9    delivered to Mr. Freeman's office?
10   A.  No damage.
11       (Moving head from side to side.)
12   Q.  As far as you know, was it in the same
13   condition when you delivered it to
14   Mr. Freeman as when you took it from the
15   Buckingham home?
16       MR. MCGILL:  Objection.  Foundation.
17       THE WITNESS:  Yes.
18   Q.  (By Ms. Tiedeken)  Was anyone with you
19   when you delivered that boiler to
20   Mr. Freeman?
21   A.  Nobody was with me.  I met them at
22   their office building.
23   Q.  But nobody was --
24   A.  Nobody.
25   Q.  -- traveled with you in your vehicle?