# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Stephan Harris**
**Clerk of Court**

2:26 pm, 9/13/16

Francisco L. Herrera,

           Plaintiff,

vs.

Gregory Buckingham,

           Defendant.

Case Number: 15-CV-128-NDF

Interpreter Needed: No

Setting or Resetting: Resetting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: | Before: | |
|---|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 1 | Nancy D. Freudenthal, Chief United States District Judge | |
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | October 31, 2016 at 8:30 a.m. | November 1, 2016 at 8:30 a.m. |

Type of Proceeding:

## JURY TRIAL

Dated this 13th day of September, 2016.

Stephan Harris
Clerk of Court

Kellie Erickson
Deputy Clerk

TO:

Counsel of Record

Court Reporter