Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com;
         jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, <br><br>　　Plaintiffs, <br><br>-vs- <br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, <br><br>　　Defendants. | Case No.: 2:15-cv-00128-NDF |

**DEFENDANTS TRIANGLE TUBE'S JOINDER IN DEFENDANT WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF DR. HIRSCHI**

Defendant TRIANGLE TUBE ("Triangle"), by and through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, hereby concurs in Defendant Wyoming Mechanical's Motion to Strike the Proposed Expert Testimony of Dr. Hirschi [ECF #117] ("Motion") for the reason that Dr. Hirschi's economic analysis and opinion contained in his expert report and deposition testimony fails to comply with the requirements established and set forth in *Daubert v Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786 (1993); *Bunting v Jamieson*, 984 P.2d 467 (Wyo. 1999); and Wyo. R. Evid. 702.  Dr. Hirschi's report and testimony are not reliable and do not assist the trier of fact in understanding evidence or determining a fact in issue because the report and testimony are replete with generalizations and unsubstantiated data that does not establish consistent opinions as to Mrs. Herrera's income or consumption.  See, including, but not limited to: Hirschi deposition, at 19, 23-24, 28-29, 33-36, 48, 52, 69-70, 105-106, 108-109, 138, and 145, attached hereto as **Exhibit A**.  See also [ECF #23], Dr. Hirschi's Preliminary Report, dated November 2, 2015.

WHEREFORE, Triangle respectfully requests, in addition to the relief sought by Wyoming Mechanical, that Dr. Hirschi's testimony and declarations be stricken, including preclusion of his testimony at trial.  Triangle respectfully requests that such relief be granted and reflected in the proposed order attached to Wyoming Mechanical's Motion at [ECF #117-3].

Respectfully submitted,

FOLEY, BARON, METZGER & JUIP, PLLC

Dated:  September 13, 2016            By:    /s/Joseph P. McGill
                                      Joseph P. McGill (admitted pro hac vice)
                                      Jennifer A. Cupples (admitted pro hac vice)
                                      38777 Six Mile Road, Suite 300
                                      Livonia, MI 48152
                                      Tel.: (734) 742-1825; Fax: (734) 521-2379

                                      Judith A. W. Studer (5-2174)
                                      Schwartz, Bon, Walker & Studer, LLC
                                      141 S. Center Street, Suite 500
                                      Casper, WY 82601
                                      Tel.: (307) 235-6681; Fax: (307) 234-5099

                                      *Attorneys for Defendant Triangle Tube*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2016, I served **TRIANGLE TUBE'S JOINDER IN DEFENDANT WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF DR. HIRSCHI** upon:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzlaw.com
DWaltz@WaltzLaw.com

Julie Tiedeken
Sean W. Scoggin
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

via the Court's ECF system.

                                                /s/Cheryl E. Ballew
                                                Cheryl E. Ballew