
J0393060JW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 15-CV-128-F

---

FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful
Death Representatives, for Exclusive Benefit of the
Beneficiaries of MONICA HERRERA, deceased, who have
sustained Damages from her wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in
their individual capacities as Trustees of the
BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and
DEBORAH BUCKINGHAM as Individual Defendants; and
WYOMING MECHANICAL, INC., a Wyoming Corporation;
TRIANGLE TUBE/PHASE II CO., INC., a New Jersey
Corporation; and M&G DURAVENT, INC., a New York
Corporation,

Defendants.

---

VIDEOTAPED DEPOSITION OF

BERNARD R. CUZZILLO, PhD, PE - VOLUME II

July 21, 2016

Pursuant to Notice taken on behalf of Defendant M&G
DuraVent, Inc., at 1660 Lincoln Street, Suite 2510,
Denver, Colorado 80264, at 9:11 a.m., before
Jodi M. Wagner, Registered Professional Reporter and
Notary Public within Colorado.

Page 247

1  Buckinghams allow or have knowledge of the flue gas
2  from the Triangle Tube boiler being exhausted into the
3  living space?
4            MS. TIEDEKEN:  Object to the form.
5       Q.   (BY MR. McGILL)  You can answer.
6       A.   Sure.
7       Q.   And this is not how Triangle Tube intended
8  the Prestige Solo Trimax 175 to be operated, is it?
9       A.   No, it's not.
10      Q.   With respect to the installation of the
11 Buckingham boiler, did you -- I believe you've already
12 testified that you reviewed photographs of the
13 installation on-site?
14      A.   Yes.
15      Q.   And videos as well?
16      A.   Yes.
17      Q.   And test results from combustion analyzers?
18      A.   Yes.
19      Q.   Now, based on that review, in your mind do
20 you have any criticisms of the manner in which Wyoming
21 Mechanical installed that boiler?
22      A.   Not that relate to the incident, no.
23      Q.   Okay.  Well, why don't you tell me what
24 you -- what conclusions you have about the errors in
25 installation that Wyoming Mechanical perpetrated when