J0393064JW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 15-CV-128-F

---

FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful
Death Representatives, for Exclusive Benefit of the
Beneficiaries of MONICA HERRERA, deceased, who have
sustained Damages from her wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in
their individual capacities as Trustees of the
BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and
DEBORAH BUCKINGHAM as Individual Defendants; and
WYOMING MECHANICAL, INC., a Wyoming Corporation;
TRIANGLE TUBE/PHASE II CO., INC., a New Jersey
Corporation; and M&G DURAVENT, INC., a New York
Corporation,

Defendants.

---

VIDEOTAPED DEPOSITION OF JOHN M. FREEMAN, JR., PE

July 25, 2016

Pursuant to Notice taken on behalf of Defendant M&G
DuraVent, Inc., at 1660 Lincoln Street, Suite 2510,
Denver, Colorado 80264, at 9:16 a.m., before
Jodi M. Wagner, Registered Professional Reporter and
Notary Public within Colorado.

1       Q.   Yeah, I don't have the exact appliance that

2   was installed.  But if it's the same one I'm thinking

3   of that was Kansas City and the plaintiff's name was

4   Lorraine, do you have any recollection of that?

5       A.   No.  I did have -- I do remember a trial in

6   Kansas City, and I remember it well because at 2:00 in

7   the morning we had a tornado alert and everybody in

8   the hotel had to go down to the parking garage.

9            If it's the case I'm thinking of, the guy

10  from the co-op came out to relight a lady's furnace

11  and didn't put the blower door back on properly on the

12  furnace, and then she died from carbon monoxide, if

13  it's the case I'm thinking of.

14           Does that sound like the case?

15      Q.   That sounds like it, yeah.

16      A.   Okay.  So what's the question?

17      Q.   So the question is in that matter you found

18  that it was a problem with the installation or the

19  service of the hearting appliance that was the cause

20  of her death?

21      A.   Yeah.  The guy didn't put the blower door

22  back on properly when he lit the appliance.

23      Q.   Do you attribute any of the work that

24  Wyoming Mechanical did on the Buckingham boiler as

25  contributory to the death of Monica Herrera?

1    A.    I would say no.  In terms of the work they

2    did on the boiler or the installation of the boiler,

3    no.

4    Q.    Do you have any criticism of Wyoming

5    Mechanical's involvement in this litigation?

6    A.    Yes.

7    Q.    What are those?

8    A.    Well, when they were told that the vent pipe

9    was blowing apart and that there were loud explosions

10   within the boiler, they should have either gone out

11   there immediately to take care of the problem, or had

12   the homeowner shut it down until they could get out

13   there and use an alternative source of heat.

14        I think they should have warned them about

15   carbon monoxide issues also.

16   Q.    Anything else?

17   A.    I think that's it.

18        The one other thing I'll throw in is I think

19   it would have been smart to either suggest to the

20   customer that they get a carbon monoxide alarm on

21   their house or provide them one.  A carbon monoxide

22   alarm is pretty cheap when you look at the cost of a

23   boiler.

24   Q.    Did you see carbon monoxide warning devices

25   at the property when you first visited there on