J0393061JW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action No. 15-CV-128-F

---

FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful
Death Representatives, for Exclusive Benefit of the
Beneficiaries of MONICA HERRERA, deceased, who have
sustained Damages from her wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in
their individual capacities as Trustees of the
BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and
DEBORAH BUCKINGHAM as Individual Defendants; and
WYOMING MECHANICAL, INC., a Wyoming Corporation;
TRIANGLE TUBE/PHASE II CO., INC., a New Jersey
Corporation; and M&G DURAVENT, INC., a New York
Corporation,

Defendants.

---

VIDEOTAPED DEPOSITION OF MARK PASSAMANECK, PE

July 26, 2016


Pursuant to Notice taken on behalf of Defendant M&G
DuraVent, Inc., at 1660 Lincoln Street, Suite 2510,
Denver, Colorado 80264, at 9:11 a.m., before
Jodi M. Wagner, Registered Professional Reporter and
Notary Public within Colorado.

Page 58

1  Mr. McCormick.
2      A.   Did you ask me a question?  I'm sorry.
3      Q.   Yes.  I want to know where you mentioned the
4  fact they had not read the installation manual.
5      A.   On page 3 of my June 28, 2016, report at the
6  bottom.  And you highlighted it:  "Wyoming Mechanical
7  made some mistakes in the installation process of the
8  subject boiler.  However, those mistakes were not the
9  cause of the CO exposure."
10     Q.   I know I highlighted that.  Where's is a
11 detailed list of the mistakes they made?
12     A.   Are you asking me a question?  I can't hear
13 you.
14     Q.   Yeah, yeah.  Where is a list of the mistakes
15 they made?
16     A.   I don't have a list of the mistakes they
17 made.
18     Q.   Well, can you give me a list of mistakes
19 they made?
20     A.   Well, they didn't read the manual.  They did
21 not tune the combustion.  And I believe that some of
22 the support of the flue pipe does not follow the
23 installation instructions as well.
24     Q.   Anything else?
25     A.   No.