Christopher R. Reeves-Wyoming Bar No. 7-5386
Richard A. Waltz, *Pro Hac Vice*
Waltz/Reeves
1660 Lincoln Street, Suite 2510
Denver, CO 80264
(303) 830-8800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Francisco L. Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for exclusive benefit of the beneficiaries of Monica Herrera, deceased.<br>　　　Plaintiff(s),<br><br>vs.<br><br>Gregory Buckingham and Deborah Buckingham, but in their individual capacities as Trustees of the Buckingham Family Trust; and Gregory Buckingham and Deborah Buckingham, as individual defendants; and Wyoming Mechanical, Inc., a Wyoming Corporation; Triangle Tube/Phase III Co. Inc., a New Jersey Corporation; and M&G DuraVent, Inc., a New York Corporation<br>　　　Defendant(s). | Civil Action No. 15-CV-128-NDF. |

## M&G DURAVENT, INC.'S JOINDER IN WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF DR. HIRSCHI

M&G DuraVent, Inc. ("DuraVent"), by and through its attorneys, Richard A. Waltz and Christopher R. Reeves, of Waltz/Reeves, and hereby submits its Joinder in Wyoming Mechanical's Motion To Strike The Proposed Expert Testimony Of Dr. Hirschi, [ECF #117] ("Motion") and Defendant Triangle Tube's Joinder in same [ECF # 137] as if fully set forth herein.

Respectfully submitted this 15th, day of September, 2016.

                                             s/Christopher R. Reeves
                                             Christopher R. Reeves, Esq.
                                             Waltz/Reeves
                                             1660 Lincoln Street, Suite 2510
                                             Denver, CO 80264
                                             Telephone: 303-830-8800
                                             Facsimile: 303-830-8850
                                             dwaltz@waltzreeves.com
                                             creeves@waltzreeves.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th, day of September, 2016, a true and correct copy of the above M&G DuraVent, Inc. Joinder in Wyoming Mechanical's Motion To Strike The Proposed Expert Testimony Of Dr. Hirschi was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| David G. Lewis, WY Bar. #4-1150<br>P.O. Box 8519<br>Jackson, WY 83002<br>davelewis@bresnan.net<br>Counsel for Plaintiffs | Cameron S. Walker, Attorney No. 5-1451<br>Judith A. Studer, Attorney No. 5-2174<br>Schwartz, Bon, Walker & Studer, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Tel: (307) 235-6681<br>Fax: (307) 234-5099<br>cam@schwartzbon.com<br>jstuder@schwartzbon.com<br>Counsel for Triangle Tube/Phase III, CO., Inc. |
| Katherine L. Mead, WY Bar #5-2432<br>Mead & Mead<br>1200 N. Spring Gulch Rd<br>P.O. Box 1809<br>Jackson, WY 83001<br>kate@meadlaw.net<br>Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham | Joseph P. McGill (Pro Hac Vice)<br>Foley, Baron, Metzger & Juip, PLLC<br>38777 Six Mile Road, Suite 300<br>Livonia, Ml 48152<br>jmcgill@fbmjlaw.com<br>Co-Counsel for Triangle Tube/Phase III, CO., Inc. |
| Julie Nye Tiedeken, - WY Bar #5-1949<br>Sean W. Scoggin  - WY Bar # 6-3263<br>McKellar, Tiedeken & Scoggin<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net<br>Counsel for Wyoming Mechanical, Inc. | |

                                                                                 s/Christopher R. Reeves