Christopher R. Reeves-Wyoming Bar No. 7-5386
Richard A. Waltz, *Pro Hac Vice*
Waltz/Reeves
1660 Lincoln Street, Suite 2510
Denver, CO 80264
(303) 830-8800

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Francisco L. Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for exclusive benefit of the beneficiaries of Monica Herrera, deceased.<br>    Plaintiff(s),<br><br>vs.<br><br>Gregory Buckingham and Deborah Buckingham, but in their individual capacities as Trustees of the Buckingham Family Trust; and Gregory Buckingham and Deborah Buckingham, as individual defendants; and Wyoming Mechanical, Inc., a Wyoming Corporation; Triangle Tube/Phase III Co. Inc., a New Jersey Corporation; and M&G DuraVent, Inc., a New York Corporation<br>    Defendant(s). | ) ) ) ) ) ) Civil Action No. 15-CV-128-NDF. ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### M&G DURAVENT, INC.'S JOINDER IN WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF MR. SONDGEROTH

M&G DuraVent, Inc. ("DuraVent"), by and through its attorneys, Richard A. Waltz and Christopher R. Reeves, of Waltz/Reeves, and hereby submits its Partial Joinder in Wyoming Mechanical's Motion To Strike The Proposed Expert Testimony Of Mr. Sondgeroth and Triangle Tube's Joinder [ECF # 136]. Specifically, DuraVent joins in the motion, except for the alternate

relief proposed by Wyoming Mechanical, i.e. allowing the causation opinions that stand. DuraVent joins in Triangle Tube's partial joinder and objection to allowing any part of Sondgeroth's opinions to stand.

Respectfully submitted this 15th, day of September, 2016.

               s/Christopher R. Reeves
               Christopher R. Reeves, Esq.
               Waltz/Reeves
               1660 Lincoln Street, Suite 2510
               Denver, CO 80264
               Telephone: 303-830-8800
               Facsimile: 303-830-8850
               dwaltz@waltzreeves.com
               creeves@waltzreeves.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th, day of September, 2016, a true and correct copy of the above M&G DuraVent, Inc. Joinder in Wyoming Mechanical's Motion To Strike The Proposed Expert Testimony Of Mr. Sondgeroth was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| David G. Lewis, WY Bar. #4-1150<br>P.O. Box 8519<br>Jackson, WY 83002<br>davelewis@bresnan.net<br>Counsel for Plaintiffs | Julie Nye Tiedeken, - WY Bar #5-1949<br>Sean W. Scoggin  - WY Bar # 6-3263<br>McKellar, Tiedeken & Scoggin<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net<br>Counsel for Wyoming Mechanical, Inc.; |
| Katherine L. Mead, WY Bar #5-2432<br>Mead & Mead<br>1200 N. Spring Gulch Rd<br>P.O. Box 1809<br>Jackson, WY 83001<br>kate@meadlaw.net<br>Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham; | Cameron S. Walker, Attorney No. 5-1451<br>Judith A. Studer, Attorney No. 5-2174<br>Schwartz, Bon, Walker & Studer, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>cam@schwartzbon.com<br>jstuder@schwartzbon.com<br>Counsel for Triangle Tube/Phase III, CO., Inc. |

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
jmcgill@fbmjlaw.com
Co-Counsel for Triangle Tube/Phase III,
CO., Inc.

                                                                                                s/Christopher R. Reeves