## **INDEX OF EXHIBITS**

A	Deposition excerpts of Bernard Cuzzillo

B	Deposition excerpts of Mark Passamaneck