Exhibit B

Case 2:15-cv-00128-NDF   Document 147-3   Filed 09/15/16   Page 2 of 7

MARK PASSAMANECK, PE                                     July 26, 2016
HERRERA vs. BUCKINGHAM                                                1

```
 1   J0393061JW

 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF WYOMING
 3
     Civil Action No. 15-CV-128-F
 4   _____

 5   FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful
     Death Representatives, for Exclusive Benefit of the
 6   Beneficiaries of MONICA HERRERA, deceased, who have
     sustained Damages from her wrongfully caused death,
 7
     Plaintiffs,
 8
     vs.
 9
     GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in
10   their individual capacities as Trustees of the
     BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and
11   DEBORAH BUCKINGHAM as Individual Defendants; and
     WYOMING MECHANICAL, INC., a Wyoming Corporation;
12   TRIANGLE TUBE/PHASE II CO., INC., a New Jersey
     Corporation; and M&G DURAVENT, INC., a New York
13   Corporation,

14   Defendants.
     _____
15

16

17       VIDEOTAPED DEPOSITION OF MARK PASSAMANECK, PE

18                       July 26, 2016

19

20

21   Pursuant to Notice taken on behalf of Defendant M&G
     DuraVent, Inc., at 1660 Lincoln Street, Suite 2510,
22   Denver, Colorado 80264, at 9:11 a.m., before
     Jodi M. Wagner, Registered Professional Reporter and
23   Notary Public within Colorado.

24

25
```



Case 2:15-cv-00128-NDF   Document 147-3   Filed 09/15/16   Page 3 of 7

MARK PASSAMANECK, PE                                     July 26, 2016
HERRERA vs. BUCKINGHAM                                             57

1     Q.   Were they all provided to you by
2  Ms. Tiedeken?
3     A.   I believe so.  I believe so, yes.
4     Q.   And have you read the vent supplement that
5  was put out by Triangle Tube and was included in the
6  documents provided to the Buckinghams by Wyoming
7  Mechanical?
8     A.   Yes.
9     Q.   What do you understand as to the journeyman
10 installer of the Buckingham system as to whether he
11 did or did not read the installation manual put out by
12 DuraVent/PolyPro?
13    A.   My understanding is that they did not read
14 the manuals.
15    Q.   Does that meet the standard of care?
16    A.   No.
17    Q.   And does that -- is that statement, that
18 their failure to read the manuals did not meet the
19 standard of care, anywhere in the three reports that
20 you wrote?
21    A.   I believe there is something in one of them,
22 yes.
23    Q.   Which one?  We've marked them as
24 Exhibits 215, 216, and 217.  And to save some time, I
25 think in 215 -- his deposition may have been taken.

MARK PASSAMANECK, PE                                          July 26, 2016
HERRERA vs. BUCKINGHAM                                                  153

1        A.   No.
2        Q.   Explain the last one for me, please.
3        A.   So there was a boiler system, and there was
4   also three forced-air furnaces.  The return duct for
5   the forced-air -- one of the forced-air furnaces had a
6   hole in it that was also in the mechanical room that
7   was required to be sealed by code.
8             Because it wasn't sealed, the carbon
9   monoxide laden gas in the mechanical room was allowed
10  to transfer into the return air and that delivered
11  higher levels of carbon monoxide directly into the
12  room where the parents were sleeping.
13       Q.   Is it your opinion that Wyoming Mechanical's
14  installation of the Buckingham boiler met with the
15  applicable standard of care that was to be expected in
16  the Jackson, Wyoming, area in November of 2014?
17       A.   No.
18       Q.   Exhibit 60 at page -- I'm referring to the
19  Bates number pages at the bottom right-hand of the
20  document.  At page 8.
21       A.   Okay.
22       Q.   Do you see the section there that defines
23  best practices?
24       A.   I do.
25            MS. TIEDEKEN:  Are we on Bates page 8?



Case 2:15-cv-00128-NDF   Document 147-3   Filed 09/15/16   Page 5 of 7

MARK PASSAMANECK, PE                                   July 26, 2016
HERRERA vs. BUCKINGHAM                                          154

```
 1            MR. McGILL:  Yes.
 2       Q.   (BY MR. McGILL)  Do you have an
 3  understanding of what that term means?
 4       A.   Yes.
 5       Q.   Is it different than the definition that is
 6  provided in the Triangle Tube manual?
 7       A.   No.
 8       Q.   Do you believe that Wyoming Mechanical
 9  employed, quote, best practices, close quote, in the
10  installation of the Buckingham boiler?
11       A.   No.
12       Q.   Would you turn to page 9, please.  There's a
13  warning on that page that's followed by the term
14  "Qualified Installer."  Do you see that there?
15       A.   I do.
16       Q.   Could you read the paragraphs below
17  "Qualified Installer" into the record, please.
18       A.   "Prior to installing this product, read all
19  instructions included in this manual and all
20  accompanying manuals/documents with this appliance,
21  perform all installation steps required in these
22  manuals in the proper order given.
23            "Failure to adhere to the guidelines within
24  these manuals can result in severe personal injury,
25  death, or substantial property damage."
```



Case 2:15-cv-00128-NDF   Document 147-3   Filed 09/15/16   Page 6 of 7

MARK PASSAMANECK, PE                                          July 26, 2016
HERRERA vs. BUCKINGHAM                                                  155

```
 1        Q.   Is there anything about that warning that
 2   you find unclear or confusing?
 3        A.   No.
 4        Q.   Did Wyoming Mechanical, in its installation
 5   of the Buckingham boiler, comply with this warning
 6   contained in the Triangle Tube installation manual?
 7        A.   I do not believe so.
 8        Q.   Did Wyoming Mechanical violate the
 9   applicable standard of care by not complying with this
10   portion of Triangle Tube's manual?
11        A.   Yes.
12        Q.   Did Wyoming Mechanical violate the
13   applicable standard of care by not reading the
14   Triangle Tube installation materials?
15             MS. TIEDEKEN:  Object to the form.
16        A.   They may have.
17        Q.   (BY MR. McGILL)  Assuming Wyoming Mechanical
18   did not check the combustion air when they finished
19   the installation of the Buckingham boiler, would that
20   have been a violation not only of the standard of care
21   but of the Triangle Tube installation materials?
22        A.   I think you may have asked something other
23   than what you want to ask.  Combustion air is just the
24   air that comes into the boiler.
25        Q.   I'm sorry.  The flue gas, the flue gases.
```



MARK PASSAMANECK, PE  July 26, 2016
HERRERA vs. BUCKINGHAM  156

```
 1       A.    You want to know combustion analysis?
 2       Q.    Yes, if Wyoming Mechanical -- assuming that
 3  Wyoming Mechanical failed to complete combustion
 4  analysis when it finished the installation of the
 5  Buckingham boiler, did that violate not only the
 6  applicable standard of care but also Triangle Tube's
 7  installation manuals?
 8       A.    Yes.
 9       Q.    Exhibit 60 at page 74, Bates No. 74.
10       A.    Okay.
11       Q.    Would you identify what that page is for the
12  record, please, sir.
13       A.    Section 14, "Checkout Procedures."
14       Q.    Have you seen this page in the manual
15  before?
16       A.    I have.
17       Q.    What is it intended to -- what instruction
18  is it intended to convey to the installer?
19       A.    It's not an instruction.  It's a checklist
20  where, if gone through systematically, attempts to
21  ensure that the boiler was installed properly and is
22  operating properly.
23       Q.    I think you answered this, but perhaps not.
24  Would it be a violation of the applicable standard of
25  care and the Triangle Tube installation materials for
```



800.211.DEPO (3376)
*EsquireSolutions.com*