RICK L. HIRSCHI, PH.D.
ECONOMIC CONSULTANT
1763 N. 3000 W.
REXBURG, IDAHO 83440

## Preliminary Report

November 2, 2015

David G. Lewis
Attorney at Law
P.O. Box 8519
Jackson Hole, WY
83002

RE: Monica Herrera

Dear Mr. Lewis:

I have completed my evaluation of the economic losses caused by the wrongful death of Monica Herrera due to carbon monoxide poisoning on January 30, 2015. These losses include the complete loss of her normal capacity to earn and the associated benefits; and the complete loss of her normal capacity to provide typical household services. The estimates of wage losses and associated benefits have been reduced by the estimated value of her personal consumption had she lived. Medical and funeral expenses associated with her death have not been computed, but should be accounted for prior to any settlement or trial date.

All values have been computed as of December 1, 2015. On this date, it is my opinion that the present value of the economic losses created as the result of Ms. Herrera's untimely death is $1,126,253.

Documents reviewed along with facts and assumptions upon which my estimates of economic loss were based are outlined below.

<u>Documents and Other Evidence Reviewed</u>

1. Complaint and Demand for Jury Trial, August 4, 2015.

2. W-2 Wage and Tax Statement, Monica Herrera, 2011-2014.

3. U.S. Individual Income Tax Return, Francisco and Monica Herrera, 2011-2014.

4. List of Family Members of Monica Herrera.



EXHIBIT

H-98
S14116

Preliminary Report

Monica Herrera, page 2

5. Obituary of Monica Herrera, Teton Valley News, February 9, 2015.

6. Email from Joanna Herrera, October 30, 2015.

7. Secondary Market Yields on 3-month U.S. Treasury Bills 1990-2014, Federal Reserve Bank of the U.S., January 2015.

8. Annual rates of change in the Consumer Price Index 1990-2014, U.S. Department of Labor, Bureau of Labor Statistics, January 2015.

9. Annual rates of change in wages for all U.S. private sector workers 1990-2014, U.S. Department of Labor, Bureau of Labor Statistics, Establishment Hours and Earnings, January 2015.

10. U.S. Department of Labor, Employer Costs for Employee Compensation – September 2014, USDL-14-2208, December 10, 2014.

11. Table 12, Life Tables for Hispanic Females, 2010, National Vital Statistics Reports, Vol. 63, No. 7, November 6, 2014.

12. U.S. Department of Labor, American Time Use Survey – 2013 Results, USDL 14-1137, June 18, 2014.

13. Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger, Table 22, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points and Bootstrap Standard Errors," Journal of Forensic Economics 22(2), 2011, pp. 165-229.

14. Consumer Expenditures, 2013, U.S. Bureau of Labor Statistics, Bulletin USDL-14-1671, September 9, 2014.

<u>Facts and Computational Assumptions</u>

1. Ms. Herrera died of carbon monoxide poisoning on January 30, 2015 when housekeeping at the residence located at 8935 E. Ditch Creek Road (Complaint).

2. Ms. Herrera was born on ███████████, making her attained age 47.23 on the date of the incident. According to the National Statistics Report her normal expected age of death would have been 85.42, based on her race, gender and age at the time of death (Life Tables for Hispanic Females, National Vital Statistics Reports).

3. Ms. Herrera is survived by her husband, Francisco, her two daughters: Frances and Joanna, her son: F██████, her mother, Juanita, and her grandchildren. In addition, two of Ms. Herrera's young nieces: T██ T███ and A███ L███ resided with her (List of Family Members, Obituary).

Preliminary Report

Monica Herrera, page 3

4.  Ms. Herrera highest level of education was a high school diploma (Joanna Herrera).

5.  Because of her death, Ms. Herrera's estate has sustained a complete loss of her past and future capacity to earn and the associated employer paid fringe benefits. These loss computations are based on the following facts and assumptions.

    a.  Ms. Herrera had worked as a housekeeper at St. John's Medical Center (Teton County Hospital District) in Jackson, Wyoming for twenty years. Her average salary over the four years previous to her death was $36,250 (Obituary; W-2 Wage and Tax Statements, 2011-2014).

    b.  Ms. Herrera also earned an estimated $5,400 per year cleaning homes in the area (Joanna Herrera).

    c.  In addition to her normal earnings at the Teton County Hospital District, Ms. Herrera would have been expected to participate in the fringe benefits program paid by her employer. Her W-2 forms indicate that Ms. Herrera was enrolled in the hospitals retirement plan. Based on data published by the U.S. Department of Labor, individuals employed in the service-providing sector receive legally-required and retirement benefits that have an average employer cost equal to 18.27 percent of their dollar wage (U.S. Department of Labor, Employer Cost of Employee Compensation – September 2014, December 10, 2014).

    d.  Based on research by Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger, Ms. Herrera would have been expected to work an additional 14.06 years beyond the date of the incident, based on her age, gender and level of education (Skoog, et al.).

    e.  Accounting for the fact that Ms. Herrera lived with her husband and two nieces, the portion of her income she would been expected to consume was estimated based on Consumer Expenditure data published by the U.S. Bureau of Labor Statistics.

6.  Ms. Herrera's death has caused a complete loss of the value of the household services normally provided by her. The economic value of this loss has been estimated as follows:

    a.  The number of hours that Ms. Herrera normally had the capacity to provide to such services has been estimated based on data contained in Table 3 of the American Time Use Survey published annually by the Bureau of Labor Statistics. (American Time Use Survey – 2013 Results). Those hourly estimates vary from year to year as a function of age, and are shown Tables 10 and 11.

    The hourly value of that work has been estimated to be equal to a weighted average hourly composite rate based on both (1) the number of average hours spent each day in providing the types of services summarized in Table 1 of the

Preliminary Report

Monica Herrera, page 4

ATUS; and (2) hourly wage rates for each type of service reported by the Bureau of Labor Statistics.

Computational Methodology

Losses of future income, benefits, and household services are shown in constant 2015 dollars. These future losses are discounted to the present value using the net discount rate which accounts for the expected growth rate of the particular loss, discounted by 3.04%, the average return on U.S. Treasury bills, with 3-month maturities, over the 25 years 1990-2014 (see Table 1). This methodology yields exactly the same results obtained by inflating annual losses, then discounting those losses to present value at the expected T-bill return. The net discount rate used in all computations is calculated using the formula:

$$d = \frac{(1+i)}{(1+g)} - 1$$

where d = the net discount rate,
 i = the 25-year average return on T-bills, and
 g = the expected annual growth rate of loss being analyzed.

Computation and Summary of Losses

Based on foundational materials and computational assumptions cited above, the values of economic losses caused by Monica Herrera's death are as follows:

1. The losses of Ms. Herrera's earnings capacity sustained between the date of the incident and the date of analysis, net of her estimated personal consumption of those earnings, are estimated in Tables 2 and 3. These losses total $28,843 from Teton County Hospital District and $4,297 from house cleaning.

2. Based on the fringe benefit cost data above and the earnings estimates made in Table 2, estimates of Ms. Herrera's past fringe benefit losses, net of her personal consumption, are shown in Table 4 and have a value of $5,268.

3. The present values of Ms. Herrera's loss of future income are summarized in Tables 5 and 6. The present value of her loss of regular earnings from Teton County Hospital District is $370,869 and the present value of her loss of future earnings from house cleaning is $55,247. Both present values of losses have accounted for the estimated value of Ms. Herrera's personal consumption of that income, had she lived.

4. Ms. Herrera's estimated future fringe benefits from her work at the Teton County Hospital District, net of her personal consumption, are shown in Table 7 and have a present value of $67,740.

Preliminary Report

Monica Herrera, page 5

5.  The loss of household services normally provided by Ms. Herrera, from the date of the incident to the date of analysis, is computed in Table 10. This loss totals $14,433.

6.  The present value of future household services normally provided by Ms. Herrera is shown in Table 11 and totals $579,557.

Based on each of the facts and assumptions explained above, it is my opinion that the estate of Monica Herrera has suffered economic losses of $1,126,253 as a result of her death. The losses comprising this total are summarized in Table 12.

If you have questions regarding this report or the attached tables, please call.

Sincerely,

Rick L. Hirschi

| Table number: | 1 |
|---|---|
| Table title: | Interest rates, wage growth, and consumer price indices |
| Years: | 1990-2014 |

| Year | Interest Rates, 3-Month Treasury Bills[1] | Percentage Change in U. S. Private Sector Wages[2] | Percentage Change in Consumer Price Index[3] |
|---|---|---|---|
| 1990 | 7.50% | 4.10% | 5.40% |
| 1991 | 5.38% | 3.00% | 4.20% |
| 1992 | 3.43% | 2.50% | 3.00% |
| 1993 | 3.00% | 2.60% | 3.00% |
| 1994 | 4.25% | 2.60% | 2.60% |
| 1995 | 5.49% | 2.70% | 2.80% |
| 1996 | 5.01% | 3.30% | 3.00% |
| 1997 | 5.06% | 3.90% | 2.30% |
| 1998 | 4.78% | 4.00% | 1.60% |
| 1999 | 4.64% | 3.70% | 2.20% |
| 2000 | 5.82% | 3.90% | 3.40% |
| 2001 | 3.40% | 3.70% | 2.80% |
| 2002 | 1.61% | 3.00% | 1.60% |
| 2003 | 1.01% | 2.70% | 2.30% |
| 2004 | 1.37% | 2.10% | 2.70% |
| 2005 | 3.15% | 2.70% | 3.40% |
| 2006 | 4.73% | 3.90% | 3.20% |
| 2007 | 4.36% | 4.00% | 2.80% |
| 2008 | 1.37% | 3.70% | 3.80% |
| 2009 | 0.15% | 3.00% | -0.40% |
| 2010 | 0.14% | 2.40% | 1.60% |
| 2011 | 0.05% | 2.00% | 3.20% |
| 2012 | 0.09% | 1.50% | 2.10% |
| 2013 | 0.06% | 2.00% | 1.50% |
| 2014 | 0.03% | 2.30% | 1.60% |
| 25-Year Average Growth Rates | 3.04% | 3.01% | 2.63% |

[1] Federal Reserve Bank of the U.S., Interest Rate Data Web Page, January 2015.

[2] U. S. Department of Labor, Web Establishment Hours and Earnings Data Retrieval Page, January 2015.

[3] U. S. Department of Labor, Web CPI Data Retrieval Page, January 2015.

Filename: Monica Herrera.xlsm, rates

| Table number: | 2 |
|---|---|
| Table title: | Estimated wage losses from Teton County Hospital District, net of personal consumption, date of incident causing death through date of analysis |
| Beginning & ending dates of loss: | 1/30/2015    12/1/2015 |
| Beginning & ending ages of loss: | 47.23    48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Expected normal annual wage, first and last year: | $36,250    $36,250 |
| Fraction of first year's income lost: | 91.78% |
| Elapsed years, 01/30/2015 to 12/01/2015 | 0.84 |

| Year | Age on Date of the Incident | Expected Normal Wage Multiplier | Estimated Normal Annual Income[1] | Fraction of Earnings Consumed Personally[2] | Estimated Consumption of Personal Income | Estimated Annual Wage Loss, Net of Consumption |
|---|---|---|---|---|---|---|
| 2015 | 47.23 | 1.00 | $33,271 | 13.31% | $4,427 | $28,843 |

Total wage loss, 01/30/2015 to 12/01/2015              $28,843

[1] Fraction of first year's lost income
[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, pastinc_TCHD

| Table number: | 3 |
| Table title: | Estimated wage losses from house cleaning, net of personal consumption, date of incident causing death through date of analysis |
| Beginning & ending dates of loss: | 1/30/2015   12/1/2015 |
| Beginning & ending ages of loss: | 47.23   48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Expected normal annual wage, first and last year: | $5,400   $5,400 |
| Fraction of first year's income lost: | 91.78% |
| Elapsed years, 01/30/2015 to 12/01/2015 | 0.84 |

| Year | Age on Date of the Incident | Expected Normal Wage Multiplier | Estimated Normal Annual Income[1] | Fraction of Earnings Consumed Personally[2] | Estimated Consumption of Personal Income | Estimated Annual Wage Loss, Net of Consumption |
|---|---|---|---|---|---|---|
| 2015 | 47.23 | 1.0000 | $4,956 | 13.31% | $660 | $4,297 |

Total wage loss, 01/30/2015 to 12/01/2015                                                                      $4,297

[1] Fraction of first year's lost income

[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, pastinc_HC

| Table number: | 4 |
|---|---|
| Table title: | Estimated losses of capacity to earn fringe benefit, date of incident causing death through date of analysis |
| First and last dates of loss: | 1/30/2015     12/1/2015 |
| First and last ages of loss: | 47.23     48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Normal benefit to wage ratios: | 18.27% |
| Elapsed years, 01/30/2015 to 12/01/2015 | 0.84 |

| Year | Age on Date of the Incident | Estimated Normal Fringe Benefits | Fraction of Benefits Used Personally[1] | Estimated Personal Use of Benefits | Estimated Annual Benefit Loss, Net of Personal Use |
|---|---|---|---|---|---|
| 2015 | 47.23 | $6,077 | 13.31% | $809 | $5,268 |

Total fringe benefit loss, 01/30/2015 to 12/01/2015                                    $5,268

[1]   See computation of fraction of benefits personally consumed in Table 9

Filename: Monica Herrera.xlsm, pastben

| Table number: | 5 |
|---|---|
| Table title: | Present value of future losses of capacity to earn from Teton County Hospital District, date of analysis through date of normal retirement |

| | | | |
|---|---|---|---|
| Date of computation: | 12/1/2015 | | |
| Discount rate: | 3.04% | | |
| First and last ages of normal income: | 48.07 | 61.29 | |
| Last year of normal income | 2029 | | |
| Expected normal wage, growth rate & net discount rate: | $36,250 | 3.01% | 0.02% |
| Fraction of first & last year's normal income lost: | 8.49% | 13.70% | |

| Year | Age on January First of Each Year[1] | Estimated Normal Annual Capacity to Earn | Fraction of Earnings Capacity Consumed Personally[2] | Estimated Personal Consumption of Capacity to Earn | Estimated Annual Loss of Capacity to Earn, Net of Personal Consumption |
|---|---|---|---|---|---|
| 2015 | 48.07 | $3,079 | 13.31% | $410 | $2,669 |
| 2016 | 48.15 | 36,250 | 13.31% | 4,824 | 31,426 |
| 2017 | 49.15 | 36,250 | 13.31% | 4,824 | 31,426 |
| 2018 | 50.15 | 36,250 | 17.74% | 6,432 | 29,818 |
| 2019 | 51.15 | 36,250 | 17.74% | 6,432 | 29,818 |
| 2020 | 52.15 | 36,250 | 17.74% | 6,432 | 29,818 |
| 2021 | 53.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2022 | 54.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2023 | 55.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2024 | 56.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2025 | 57.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2026 | 58.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2027 | 59.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2028 | 60.15 | 36,250 | 26.61% | 9,648 | 26,602 |
| 2029 | 61.15 | 4,966 | 26.61% | 1,322 | 3,644 |

Present value of normal capacity to earn, net of personal consumption          $370,869

[1] Except for the first year of the analysis, when the age shown is the age on the date of analysis.

[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, futrinc_TCHD

| Table number: | 6 |
|---|---|
| Table title: | Present value of future losses of capacity to earn from house cleaning, date of analysis through date of normal retirement |
| Date of computation: | 12/1/2015 |
| Discount rate: | 3.04% |
| First and last ages of normal income: | 48.07    61.29 |
| Last year of normal income | 2029 |
| Expected normal wage, growth rate & net discount rate: | $5,400    3.01%    0.02% |
| Fraction of first & last year's normal income lost: | 8.49%    13.70% |

| Year | Age on January First of Each Year[1] | Estimated Normal Annual Capacity to Earn | Fraction of Earnings Capacity Consumed Personally[2] | Estimated Personal Consumption of Capacity to Earn | Estimated Annual Loss of Capacity to Earn, Net of Personal Consumption |
|---|---|---|---|---|---|
| 2015 | 48.07 | $459 | 13.31% | $61 | $398 |
| 2016 | 48.15 | 5,400 | 13.31% | 719 | 4,681 |
| 2017 | 49.15 | 5,400 | 13.31% | 719 | 4,681 |
| 2018 | 50.15 | 5,400 | 17.74% | 958 | 4,442 |
| 2019 | 51.15 | 5,400 | 17.74% | 958 | 4,442 |
| 2020 | 52.15 | 5,400 | 17.74% | 958 | 4,442 |
| 2021 | 53.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2022 | 54.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2023 | 55.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2024 | 56.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2025 | 57.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2026 | 58.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2027 | 59.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2028 | 60.15 | 5,400 | 26.61% | 1,437 | 3,963 |
| 2029 | 61.15 | 740 | 26.61% | 197 | 543 |

Present value of normal capacity to earn, net of personal consumption                     $55,247

[1] Except for the first year of the analysis, when the age shown is the age on the date of analysis.
[2] See computation of fraction of earnings personally consumed in Table 9

Filename: Monica Herrera.xlsm, futrinc_HC

| Table number: | 7 |
|---|---|
| Table title: | Present value of future losses of capacity to earn employer-paid fringe benefits, date of analysis through date of normal retirement |
| Date of computation: | 12/1/2015 |
| Discount rate: | 3.04% |
| First and last ages of normal benefits: | 48.07          61.29 |
| Last year of normal benefits: | 2029 |
| Fraction of first and last year's normal benefits lost: | 8.49%          13.70% |
| Normal benefit to wage ratios: | 18.27% |
| Net discount rate, normal benefits: | 0.02% |

| Year | Age on January First of Each Year[1] | Expected Uninflated Normal Benefit | Fraction of Benefits Used Personally[2] | Estimated Personal Use of Benefits | Estimated Annual benefit Loss, Net of Personal Use |
|---|---|---|---|---|---|
| 2015 | 48.07 | $562 | 13.31% | $75 | $488 |
| 2016 | 48.15 | 6,621 | 13.31% | 881 | 5,740 |
| 2017 | 49.15 | 6,621 | 13.31% | 881 | 5,740 |
| 2018 | 50.15 | 6,621 | 17.74% | 1,175 | 5,446 |
| 2019 | 51.15 | 6,621 | 17.74% | 1,175 | 5,446 |
| 2020 | 52.15 | 6,621 | 17.74% | 1,175 | 5,446 |
| 2021 | 53.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2022 | 54.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2023 | 55.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2024 | 56.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2025 | 57.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2026 | 58.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2027 | 59.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2028 | 60.15 | 6,621 | 26.61% | 1,762 | 4,859 |
| 2029 | 61.15 | 907 | 26.61% | 241 | 666 |

Present value of losses of normal fringe benefits, net of personal consumption          $67,740

[1] Except for the first year of the analysis, when the age shown is the age on the date of analysis.
[2] See computation of fraction of benefits personally consumed in Table 9

Filename: Monica Herrera.xlsm, futrben

| Table number: | 8 |
| Table title: | Computation of percentage of income allocated to fixed and variable household expenditures[1] |

| Item | Nature of Cost | Percent of Household Income |
|---|---|---|
| Food | Variable | 10.35% |
| Housing | Fixed | 26.88% |
| Apparel and Services | Variable | 2.51% |
| Transportation | Variable | 14.12% |
| Health Care | Variable | 5.69% |
| Entertainment | Variable | 3.89% |
| Cash Contributions | Variable | 2.88% |
| All Other Expenditures | Variable | 5.12% |
| Personal insurance & pensions | Variable | 8.67% |
| | | |
| % of total income spent on household or personal items | | 80.11% |
| % of income allocated to variable expenses | | 53.23% |
| % of income allocated to fixed expenses | | 26.88% |

[1] Consumer Expenditures, 2013,  U. S. Bureau of Labor Statistics, Bulletin USDL-14-1671, September 9, 2014.

Filename: Monica Herrera.xlsm, spending

| | |
|---|---|
| Table number: | 9 |
| Table title: | Computation of decedent's annual consumption of earnings and fringe benefits |
| Dates of death/normal retirement: | 1/30/2015          2/20/2029 |
| Date of computation: | 12/1/2015 |
| Year of retirement: | 2029 |
| Elapsed time, incident to analysis: | 0.84 |

| Year | Age | Number of Children Under Age 18, Plus Spouse | Percentage of Income Allocated to Variable Expenses | Fraction of Earnings Spent on Variable Expenses |
|---|---|---|---|---|
| 2015 | 47.23 | 3 | 53.23% | 13.31% |
| 2016 | 48.15 | 3 | 53.23% | 13.31% |
| 2017 | 49.15 | 3 | 53.23% | 13.31% |
| 2018 | 50.15 | 2 | 53.23% | 17.74% |
| 2019 | 51.15 | 2 | 53.23% | 17.74% |
| 2020 | 52.15 | 2 | 53.23% | 17.74% |
| 2021 | 53.15 | 1 | 53.23% | 26.61% |
| 2022 | 54.15 | 1 | 53.23% | 26.61% |
| 2023 | 55.15 | 1 | 53.23% | 26.61% |
| 2024 | 56.15 | 1 | 53.23% | 26.61% |
| 2025 | 57.15 | 1 | 53.23% | 26.61% |
| 2026 | 58.15 | 1 | 53.23% | 26.61% |
| 2027 | 59.15 | 1 | 53.23% | 26.61% |
| 2028 | 60.15 | 1 | 53.23% | 26.61% |
| 2029 | 61.15 | 1 | 53.23% | 26.61% |

Filename: Monica Herrera.xlsm, consumption

| Table number: | 10 |
|---|---|
| Table title: | Estimated value lost capacity to provide household services between date of death and date of analysis |
| Beginning & ending dates of loss: | 1/30/2015   12/1/2015 |
| First and last ages of loss: | 47.23     48.07 |
| Date of computation: | 12/1/2015 |
| Year of computation: | 2015 |
| Hourly value of services, 2014:[3] | $10.17 |
| Estimated hourly value, 2015: | $10.41 |
| Fraction of first/last year lost: | 91.78% |
| Elapsed years, incident to analysis: | 0.84 |

| Year | Age | Daily Hours Spent in Household Service[1] | Annual Hours Spent in Household Service | Wage Deflation Factor[2] | Hourly Value of Service[3] | Annual Value Of Lost Services |
|---|---|---|---|---|---|---|
| 2015 | 47 | 4.14 | 1,386.90 | 1.0000 | $10.41 | $14,433 |

Total lost capacity to provide household services, 01/30/2015 to 12/01/2015          $14,433

[1] Extracted from Table 3, "Average hours per day spent in primary activities, American Time Use Survey--2013 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014.

[2] Based on average annual rates of change in wages for all U.S. workers.  See Table 1.

[3] Average of 50th percentile hourly wage for maids and housekeepers, food preparation and serving occupations, landscaping and grounds keeping occupations, and child care occupations, Bureau of Labor Statistics, May, 2014.

Filename: Monica Herrera.xlsm, pasthh

| Table number: | 11 |
|---|---|
| Table title: | Present value of future loss of capacity to provide household services, date of analysis through date of normal death |
| Beginning & ending dates of loss: | 12/1/2015       4/7/2053 |
| First and last ages of loss: | 48.07       85.42 |
| Normal year of death: | 2053 |
| Hourly value of services, 2015 | $10.41 |
| Expected growth rate of hourly value[3] | 3.01% |
| Fraction of first year lost: | 8.49% |
| Discount rate and net discount rate: | 3.0352%       0.0225% |

| Year | Age | Daily Hours Spent in Household Service[1] | Annual Hours Spent in Household Service | Uninflated Hourly Value of Service[2] | Uninflated Annual Value of Service |
|---|---|---|---|---|---|
| 2015 | 48.07 | 4.14 | 128.34 | $10.41 | $1,336 |
| 2016 | 48.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2017 | 49.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2018 | 50.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2019 | 51.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2020 | 52.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2021 | 53.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2022 | 54.15 | 4.14 | 1,511.10 | 10.41 | 15,725 |
| 2023 | 55.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2024 | 56.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2025 | 57.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2026 | 58.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2027 | 59.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2028 | 60.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2029 | 61.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2030 | 62.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2031 | 63.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2032 | 64.15 | 4.01 | 1,463.65 | 10.41 | 15,231 |
| 2033 | 65.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2034 | 66.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2035 | 67.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2036 | 68.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2037 | 69.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2038 | 70.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2039 | 71.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2040 | 72.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2041 | 73.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2042 | 74.15 | 4.19 | 1,529.35 | 10.41 | 15,915 |
| 2043 | 75.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2044 | 76.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2045 | 77.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2046 | 78.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2047 | 79.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2048 | 80.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2049 | 81.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2050 | 82.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2051 | 83.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2052 | 84.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |
| 2053 | 85.15 | 3.81 | 1,390.65 | 10.41 | 14,472 |

Present value of future household service loss at net discount rate          $579,557

[1] Extracted from Table 3, "Average hours per day spent in primary activities, American Time Use Survey--2013 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014..

[2] Average of 50th percentile hourly wage for maids and housekeepers, food preparation and serving occupations, landscaping and grounds keeping occupations, and child care occupations, Bureau of Labor Statistics, May, 2014.

[3] Average annual rate of growth in hourly earnings of U.S. workers, 1988-2014. See Table 1.

Filename: Monica Herrera.xlsm, futrhh

| Table number: | 12 |
|---|---|
| Table title: | Summary of Economic Losses |
| Date of analysis: | 12/1/2015 |

| Table Number | Nature of Loss | Present Value of Losses |
|---|---|---|
| 2 | Total past wage losses from Teton County Hospital District | $28,843 |
| 3 | Total past wage losses from house cleaning | 4,297 |
| 4 | Total past fringe benefit losses | 5,268 |
| 5 | Present value of future lost capacity to earn from Teton County Hospital District | 370,869 |
| 6 | Present value of future lost capacity to earn from house cleaning | 55,247 |
| 7 | Present value of future fringe benefit losses | 67,740 |
| 10 | Total past household service loss | 14,433 |
| 11 | Present value of future household service loss | 579,557 |
| | Total present value of economic losses on 12/01/2015 | $1,126,253 |

Filename: Monica Herrera.xlsm, summary

 **BLS**
BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

# NEWS RELEASE



**For release 10:00 a.m. (EST) Wednesday, December 10, 2014**　　　　USDL-14-2208

Technical information:　　(202) 691-6199 • NCSinfo@bls.gov • www.bls.gov/ect
Media contact:　　　　　　(202) 691-5902 • PressOffice@bls.gov

### EMPLOYER COSTS FOR EMPLOYEE COMPENSATION – SEPTEMBER 2014

Employer costs for employee **compensation** for civilian workers averaged $32.20 per hour worked in September 2014, the U.S. Bureau of Labor Statistics reported today. **Wages and salaries** averaged $22.13 per hour worked and accounted for 68.7 percent of these costs, while **benefits** averaged $10.07 and accounted for the remaining 31.3 percent. Total employer compensation costs for **private industry** workers averaged $30.32 per hour worked in September 2014.

Employer Costs for Employee Compensation (ECEC), a product of the National Compensation Survey, measures employer costs for wages and salaries, and employee benefits for nonfarm private and state and local government workers.

**Chart 1. Employer costs per hour worked for total compensation: selected major occupational groups, state and local government workers, September 2014**



**Chart 2. Employer costs as a percent of total compensation: total benefits, health insurance, and retirement and savings, state and local government workers, September 2004 and September 2014**



### Compensation costs in state and local government

**State and local government** employers spent an average of $43.56 per hour worked for employee compensation in September 2014. Wages and salaries averaged $27.89 per hour and accounted for 64.0 percent of compensation costs, while benefits averaged $15.67 per hour worked and accounted for the remaining 36.0 percent. Total compensation costs for management, professional, and related workers averaged $52.88 per hour worked. This major occupational group includes teachers, averaging $59.42

**Table 1.  Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group, September 2014**

| Compensation component | Occupational group | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | All workers[1] | | Management, professional, and related | | Sales and office | | Service | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation ........................................ | $32.20 | 100.0 | $53.38 | 100.0 | $24.02 | 100.0 | $16.80 | 100.0 |
| Wages and salaries ...................................... | 22.13 | 68.7 | 36.74 | 68.8 | 16.83 | 70.1 | 11.97 | 71.2 |
| Total benefits ................................................ | 10.07 | 31.3 | 16.65 | 31.2 | 7.19 | 29.9 | 4.83 | 28.8 |
| Paid leave ................................................ | 2.25 | 7.0 | 4.32 | 8.1 | 1.54 | 6.4 | 0.88 | 5.2 |
| Vacation ............................................. | 1.11 | 3.4 | 2.10 | 3.9 | 0.77 | 3.2 | 0.41 | 2.5 |
| Holiday ............................................... | 0.68 | 2.1 | 1.25 | 2.3 | 0.48 | 2.0 | 0.28 | 1.7 |
| Sick ................................................... | 0.34 | 1.0 | 0.71 | 1.3 | 0.21 | 0.9 | 0.14 | 0.8 |
| Personal ............................................ | 0.13 | 0.4 | 0.26 | 0.5 | 0.09 | 0.4 | 0.05 | 0.3 |
| Supplemental pay ..................................... | 0.79 | 2.4 | 1.26 | 2.4 | 0.53 | 2.2 | 0.29 | 1.7 |
| Overtime and premium[4] ................... | 0.25 | 0.8 | 0.13 | 0.2 | 0.14 | 0.6 | 0.16 | 0.9 |
| Shift differentials ............................... | 0.06 | 0.2 | 0.09 | 0.2 | 0.02 | 0.1 | 0.05 | 0.3 |
| Nonproduction bonuses .................... | 0.48 | 1.5 | 1.04 | 1.9 | 0.36 | 1.5 | 0.08 | 0.5 |
| Insurance ................................................ | 2.89 | 9.0 | 4.36 | 8.2 | 2.39 | 9.9 | 1.37 | 8.1 |
| Life ................................................... | 0.04 | 0.1 | 0.08 | 0.1 | 0.03 | 0.1 | 0.02 | 0.1 |
| Health ............................................... | 2.75 | 8.5 | 4.12 | 7.7 | 2.29 | 9.5 | 1.33 | 7.9 |
| Short-term disability ......................... | 0.05 | 0.2 | 0.08 | 0.1 | 0.04 | 0.2 | ($^5$) | ($^6$) |
| Long-term disability .......................... | 0.05 | 0.1 | 0.08 | 0.1 | 0.03 | 0.1 | ($^5$) | ($^6$) |
| Retirement and savings ........................... | 1.67 | 5.2 | 3.28 | 6.1 | 0.87 | 3.6 | 0.71 | 4.2 |
| Defined benefit ................................. | 1.06 | 3.3 | 2.06 | 3.9 | 0.43 | 1.8 | 0.58 | 3.5 |
| Defined contribution .......................... | 0.61 | 1.9 | 1.22 | 2.3 | 0.43 | 1.8 | 0.13 | 0.8 |
| Legally required benefits ......................... | 2.47 | 7.7 | 3.44 | 6.5 | 1.87 | 7.8 | 1.59 | 9.4 |
| Social Security and Medicare .......... | 1.79 | 5.6 | 2.87 | 5.4 | 1.40 | 5.8 | 0.98 | 5.9 |
| Social Security[7] ...................... | 1.43 | 4.4 | 2.26 | 4.2 | 1.13 | 4.7 | 0.79 | 4.7 |
| Medicare ................................... | 0.36 | 1.1 | 0.61 | 1.1 | 0.27 | 1.1 | 0.19 | 1.2 |
| Federal unemployment insurance ... | 0.03 | 0.1 | 0.03 | ($^5$) | 0.04 | 0.2 | 0.04 | 0.2 |
| State unemployment insurance ........ | 0.20 | 0.6 | 0.18 | 0.3 | 0.19 | 0.8 | 0.18 | 1.0 |
| Workers' compensation ................... | 0.45 | 1.4 | 0.37 | 0.7 | 0.24 | 1.0 | 0.39 | 2.3 |

See footnotes at end of table.

**Table 1.   Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group, September 2014 — Continued**

| Compensation component | Occupational group | | | | Industry group | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Natural resources, construction, and maintenance | | Production, transportation, and material moving | | Goods-producing[2] | | Service-providing[3] | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation ...................... | $34.03 | 100.0 | $26.75 | 100.0 | $36.37 | 100.0 | $31.46 | 100.0 |
| Wages and salaries ..................... | 22.54 | 66.2 | 17.54 | 65.6 | 24.04 | 66.1 | 21.79 | 69.3 |
| Total benefits ............................ | 11.49 | 33.8 | 9.21 | 34.4 | 12.32 | 33.9 | 9.67 | 30.7 |
| Paid leave ............................. | 1.91 | 5.6 | 1.64 | 6.1 | 2.38 | 6.6 | 2.23 | 7.1 |
| Vacation .............................. | 0.96 | 2.8 | 0.84 | 3.2 | 1.26 | 3.5 | 1.08 | 3.4 |
| Holiday ............................... | 0.62 | 1.8 | 0.54 | 2.0 | 0.82 | 2.3 | 0.65 | 2.1 |
| Sick ................................... | 0.21 | 0.6 | 0.19 | 0.7 | 0.22 | 0.6 | 0.36 | 1.1 |
| Personal ............................. | 0.11 | 0.3 | 0.06 | 0.2 | 0.08 | 0.2 | 0.14 | 0.4 |
| Supplemental pay ................... | 0.97 | 2.8 | 0.95 | 3.5 | 1.41 | 3.9 | 0.68 | 2.1 |
| Overtime and premium[4] ......... | 0.67 | 2.0 | 0.55 | 2.1 | 0.57 | 1.6 | 0.19 | 0.6 |
| Shift differentials ................. | 0.05 | 0.1 | 0.08 | 0.3 | 0.08 | 0.2 | 0.06 | 0.2 |
| Nonproduction bonuses ......... | 0.25 | 0.7 | 0.31 | 1.2 | 0.76 | 2.1 | 0.43 | 1.4 |
| Insurance .............................. | 3.19 | 9.4 | 2.99 | 11.2 | 3.46 | 9.5 | 2.79 | 8.9 |
| Life ................................... | 0.04 | 0.1 | 0.04 | 0.1 | 0.07 | 0.2 | 0.04 | 0.1 |
| Health ................................ | 3.03 | 8.9 | 2.83 | 10.6 | 3.25 | 8.9 | 2.66 | 8.5 |
| Short-term disability ............ | 0.08 | 0.2 | 0.06 | 0.2 | 0.08 | 0.2 | 0.05 | 0.1 |
| Long-term disability ............. | 0.04 | 0.1 | 0.07 | 0.3 | 0.05 | 0.1 | 0.04 | 0.1 |
| Retirement and savings ........... | 2.17 | 6.4 | 1.10 | 4.1 | 1.95 | 5.4 | 1.62 | 5.2 |
| Defined benefit ................... | 1.59 | 4.7 | 0.64 | 2.4 | 1.12 | 3.1 | 1.05 | 3.3 |
| Defined contribution ............ | 0.58 | 1.7 | 0.46 | 1.7 | 0.83 | 2.3 | 0.57 | 1.8 |
| Legally required benefits .......... | 3.25 | 9.5 | 2.53 | 9.4 | 3.12 | 8.6 | 2.36 | 7.5 |
| Social Security and Medicare ...... | 1.90 | 5.6 | 1.50 | 5.6 | 2.05 | 5.6 | 1.74 | 5.5 |
| Social Security[7] ................. | 1.54 | 4.5 | 1.21 | 4.5 | 1.65 | 4.5 | 1.39 | 4.4 |
| Medicare ........................... | 0.37 | 1.1 | 0.29 | 1.1 | 0.40 | 1.1 | 0.36 | 1.1 |
| Federal unemployment insurance .. | 0.03 | 0.1 | 0.04 | 0.1 | 0.03 | 0.1 | 0.03 | 0.1 |
| State unemployment insurance ..... | 0.27 | 0.8 | 0.23 | 0.9 | 0.27 | 0.8 | 0.19 | 0.6 |
| Workers' compensation ............. | 1.04 | 3.1 | 0.76 | 2.8 | 0.76 | 2.1 | 0.39 | 1.3 |

[1] Includes workers in the private nonfarm economy excluding households and the public sector excluding the Federal government.
[2] Includes mining, construction, and manufacturing. The agriculture, forestry, farming, and hunting sector is excluded.
[3] Includes utilities; wholesale trade; retail trade; transportation and warehousing; information; finance and insurance; real estate and rental and leasing; professional and technical services; management of companies and enterprises; administrative and waste services; educational services;   health care and social assistance; arts, entertainment and recreation; accommodation and food services; other services, except public administration; and public administration.

[4] Includes premium pay for work in addition to the regular work schedule (such as overtime, weekends, and holidays).
[5] Cost per hour worked is $0.01 or less.
[6] Less than .05 percent.
[7] Comprises the Old-Age, Survivors, and Disability Insurance (OASDI) program.

Note: The sum of individual items may not equal totals due to rounding.

**Table 12. Life table for Hispanic females: United States, 2010**

Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/63_07/Table12.xlsx

| Age | Probability of dying between ages x to x+1 q(x) | Number surviving to age x l(x) | Number dying between ages x to x+1 d(x) | Person-years lived between ages x to x+1 L(x) | Total number of person-years lived above age x T(x) | Expectation of life at age x e(x) |
|---|---|---|---|---|---|---|
| 0-1 | 0.004729 | 100,000 | 473 | 99,588 | 8,382,303 | 83.8 |
| 1-2 | 0.000354 | 99,527 | 35 | 99,510 | 8,282,715 | 83.2 |
| 2-3 | 0.000194 | 99,492 | 19 | 99,482 | 8,183,206 | 82.2 |
| 3-4 | 0.000153 | 99,473 | 15 | 99,465 | 8,083,724 | 81.3 |
| 4-5 | 0.000111 | 99,457 | 11 | 99,452 | 7,984,259 | 80.3 |
| 5-6 | 0.000096 | 99,446 | 10 | 99,442 | 7,884,807 | 79.3 |
| 6-7 | 0.000079 | 99,437 | 8 | 99,433 | 7,785,365 | 78.3 |
| 7-8 | 0.000069 | 99,429 | 7 | 99,425 | 7,685,932 | 77.3 |
| 8-9 | 0.000066 | 99,422 | 7 | 99,419 | 7,586,507 | 76.3 |
| 9-10 | 0.000068 | 99,416 | 7 | 99,412 | 7,487,088 | 75.3 |
| 10-11 | 0.000077 | 99,409 | 8 | 99,405 | 7,387,676 | 74.3 |
| 11-12 | 0.000089 | 99,401 | 9 | 99,397 | 7,288,271 | 73.3 |
| 12-13 | 0.000103 | 99,392 | 10 | 99,387 | 7,188,875 | 72.3 |
| 13-14 | 0.000118 | 99,382 | 12 | 99,376 | 7,089,488 | 71.3 |
| 14-15 | 0.000133 | 99,370 | 13 | 99,364 | 6,990,111 | 70.3 |
| 15-16 | 0.000149 | 99,357 | 15 | 99,350 | 6,890,748 | 69.4 |
| 16-17 | 0.000168 | 99,342 | 17 | 99,334 | 6,791,398 | 68.4 |
| 17-18 | 0.000188 | 99,325 | 19 | 99,316 | 6,692,064 | 67.4 |
| 18-19 | 0.000211 | 99,307 | 21 | 99,296 | 6,592,748 | 66.4 |
| 19-20 | 0.000236 | 99,286 | 23 | 99,274 | 6,493,452 | 65.4 |
| 20-21 | 0.000265 | 99,262 | 26 | 99,249 | 6,394,178 | 64.4 |
| 21-22 | 0.000293 | 99,236 | 29 | 99,222 | 6,294,929 | 63.4 |
| 22-23 | 0.000313 | 99,207 | 31 | 99,192 | 6,195,707 | 62.5 |
| 23-24 | 0.000323 | 99,176 | 32 | 99,160 | 6,096,515 | 61.5 |
| 24-25 | 0.000323 | 99,144 | 32 | 99,128 | 5,997,355 | 60.5 |
| 25-26 | 0.000323 | 99,112 | 32 | 99,096 | 5,898,227 | 59.5 |
| 26-27 | 0.000325 | 99,080 | 32 | 99,064 | 5,799,131 | 58.5 |
| 27-28 | 0.000328 | 99,048 | 33 | 99,031 | 5,700,068 | 57.5 |
| 28-29 | 0.000333 | 99,015 | 33 | 98,999 | 5,601,036 | 56.6 |
| 29-30 | 0.000341 | 98,982 | 34 | 98,965 | 5,502,037 | 55.6 |
| 30-31 | 0.000349 | 98,949 | 35 | 98,931 | 5,403,072 | 54.6 |
| 31-32 | 0.000361 | 98,914 | 36 | 98,896 | 5,304,141 | 53.6 |
| 32-33 | 0.000382 | 98,878 | 38 | 98,859 | 5,205,245 | 52.6 |
| 33-34 | 0.000415 | 98,841 | 41 | 98,820 | 5,106,385 | 51.7 |
| 34-35 | 0.000459 | 98,800 | 45 | 98,777 | 5,007,565 | 50.7 |
| 35-36 | 0.000510 | 98,754 | 50 | 98,729 | 4,908,788 | 49.7 |
| 36-37 | 0.000565 | 98,704 | 56 | 98,676 | 4,810,059 | 48.7 |
| 37-38 | 0.000622 | 98,648 | 61 | 98,617 | 4,711,383 | 47.8 |
| 38-39 | 0.000680 | 98,587 | 67 | 98,553 | 4,612,766 | 46.8 |
| 39-40 | 0.000742 | 98,520 | 73 | 98,483 | 4,514,212 | 45.8 |
| 40-41 | 0.000809 | 98,447 | 80 | 98,407 | 4,415,729 | 44.9 |
| 41-42 | 0.000888 | 98,367 | 87 | 98,323 | 4,317,322 | 43.9 |
| 42-43 | 0.000988 | 98,280 | 97 | 98,231 | 4,218,999 | 42.9 |
| 43-44 | 0.001115 | 98,183 | 109 | 98,128 | 4,120,768 | 42.0 |
| 44-45 | 0.001261 | 98,073 | 124 | 98,011 | 4,022,640 | 41.0 |
| 45-46 | 0.001417 | 97,949 | 139 | 97,880 | 3,924,628 | 40.1 |
| 46-47 | 0.001577 | 97,811 | 154 | 97,734 | 3,826,748 | 39.1 |
| 47-48 | 0.001744 | 97,656 | 170 | 97,571 | 3,729,015 | 38.2 |
| 48-49 | 0.001921 | 97,486 | 187 | 97,393 | 3,631,443 | 37.3 |
| 49-50 | 0.002107 | 97,299 | 205 | 97,196 | 3,534,051 | 36.3 |
| 50-51 | 0.002316 | 97,094 | 225 | 96,981 | 3,436,854 | 35.4 |
| 51-52 | 0.002536 | 96,869 | 246 | 96,746 | 3,339,873 | 34.5 |
| 52-53 | 0.002738 | 96,623 | 265 | 96,491 | 3,243,127 | 33.6 |
| 53-54 | 0.002903 | 96,359 | 280 | 96,219 | 3,146,636 | 32.7 |
| 54-55 | 0.003045 | 96,079 | 293 | 95,933 | 3,050,417 | 31.7 |
| 55-56 | 0.003182 | 95,787 | 305 | 95,634 | 2,954,484 | 30.8 |
| 56-57 | 0.003353 | 95,482 | 320 | 95,322 | 2,858,850 | 29.9 |
| 57-58 | 0.003588 | 95,162 | 341 | 94,991 | 2,763,528 | 29.0 |
| 58-59 | 0.003919 | 94,820 | 372 | 94,634 | 2,668,537 | 28.1 |
| 59-60 | 0.004335 | 94,449 | 409 | 94,244 | 2,573,903 | 27.3 |
| 60-61 | 0.004807 | 94,039 | 452 | 93,813 | 2,479,659 | 26.4 |
| 61-62 | 0.005310 | 93,587 | 497 | 93,339 | 2,385,846 | 25.5 |

## Table 12. Life table for Hispanic females: United States, 2010—Con.

Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/63_07/Table12.xlsx

| Age | Probability of dying between ages x to x+1 — q(x) | Number surviving to age x — l(x) | Number dying between ages x to x+1 — d(x) | Person-years lived between ages x to x+1 — L(x) | Total number of person-years lived above age x — T(x) | Expectation of life at age x — e(x) |
|---|---|---|---|---|---|---|
| 62-63 | 0.005849 | 93,090 | 545 | 92,818 | 2,292,508 | 24.6 |
| 63-64 | 0.006423 | 92,546 | 594 | 92,248 | 2,199,690 | 23.8 |
| 64-65 | 0.007047 | 91,951 | 648 | 91,627 | 2,107,441 | 22.9 |
| 65-66 | 0.007772 | 91,303 | 710 | 90,948 | 2,015,814 | 22.1 |
| 66-67 | 0.008601 | 90,594 | 779 | 90,204 | 1,924,866 | 21.2 |
| 67-68 | 0.009477 | 89,814 | 851 | 89,389 | 1,834,662 | 20.4 |
| 68-69 | 0.010353 | 88,963 | 921 | 88,503 | 1,745,273 | 19.6 |
| 69-70 | 0.011237 | 88,042 | 989 | 87,547 | 1,656,771 | 18.8 |
| 70-71 | 0.012156 | 87,053 | 1,058 | 86,524 | 1,569,223 | 18.0 |
| 71-72 | 0.013203 | 85,995 | 1,135 | 85,427 | 1,482,699 | 17.2 |
| 72-73 | 0.014462 | 84,859 | 1,227 | 84,246 | 1,397,272 | 16.5 |
| 73-74 | 0.016023 | 83,632 | 1,340 | 82,962 | 1,313,027 | 15.7 |
| 74-75 | 0.017892 | 82,292 | 1,472 | 81,556 | 1,230,065 | 14.9 |
| 75-76 | 0.019943 | 80,820 | 1,612 | 80,014 | 1,148,509 | 14.2 |
| 76-77 | 0.022163 | 79,208 | 1,755 | 78,330 | 1,068,495 | 13.5 |
| 77-78 | 0.024689 | 77,452 | 1,912 | 76,496 | 990,165 | 12.8 |
| 78-79 | 0.027586 | 75,540 | 2,084 | 74,498 | 913,669 | 12.1 |
| 79-80 | 0.030762 | 73,456 | 2,260 | 72,326 | 839,171 | 11.4 |
| 80-81 | 0.034114 | 71,197 | 2,429 | 69,982 | 766,844 | 10.8 |
| 81-82 | 0.037966 | 68,768 | 2,611 | 67,462 | 696,862 | 10.1 |
| 82-83 | 0.042470 | 66,157 | 2,810 | 64,752 | 629,400 | 9.5 |
| 83-84 | 0.047749 | 63,347 | 3,025 | 61,835 | 564,648 | 8.9 |
| 84-85 | 0.054184 | 60,323 | 3,269 | 58,688 | 502,813 | 8.3 |
| 85-86 | 0.061104 | 57,054 | 3,486 | 55,311 | 444,125 | 7.8 |
| 86-87 | 0.069014 | 53,568 | 3,697 | 51,719 | 388,814 | 7.3 |
| 87-88 | 0.077805 | 49,871 | 3,880 | 47,931 | 337,094 | 6.8 |
| 88-89 | 0.087538 | 45,991 | 4,026 | 43,978 | 289,164 | 6.3 |
| 89-90 | 0.098268 | 41,965 | 4,124 | 39,903 | 245,186 | 5.8 |
| 90-91 | 0.110042 | 37,841 | 4,164 | 35,759 | 205,283 | 5.4 |
| 91-92 | 0.122896 | 33,677 | 4,139 | 31,607 | 169,524 | 5.0 |
| 92-93 | 0.136851 | 29,538 | 4,042 | 27,517 | 137,917 | 4.7 |
| 93-94 | 0.151910 | 25,496 | 3,873 | 23,559 | 110,400 | 4.3 |
| 94-95 | 0.168054 | 21,623 | 3,634 | 19,806 | 86,840 | 4.0 |
| 95-96 | 0.185241 | 17,989 | 3,332 | 16,323 | 67,034 | 3.7 |
| 96-97 | 0.203404 | 14,657 | 2,981 | 13,166 | 50,712 | 3.5 |
| 97-98 | 0.222448 | 11,675 | 2,597 | 10,377 | 37,546 | 3.2 |
| 98-99 | 0.242253 | 9,078 | 2,199 | 7,979 | 27,169 | 3.0 |
| 99-100 | 0.262676 | 6,879 | 1,807 | 5,976 | 19,190 | 2.8 |
| 100 and over | 1.000000 | 5,072 | 5,072 | 13,215 | 13,215 | 2.6 |

 **BLS**
BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

# NEWS RELEASE



**For release 10:00 a.m. (EDT) Wednesday, June 18, 2014**                      USDL-14-1137

Technical information:  (202) 691-6339  •  atusinfo@bls.gov  •  www.bls.gov/tus
Media contact:              (202) 691-5902  •  PressOffice@bls.gov

## AMERICAN TIME USE SURVEY — 2013 RESULTS

On an average day in 2013, employed adults living in households with no children under age 18 engaged in leisure activities for 4.5 hours, about an hour more than employed adults living with a child under age 6, the U.S. Bureau of Labor Statistics reported today. Nearly everyone age 15 and over (95 percent) engaged in some sort of leisure activity, such as watching TV, socializing, or exercising.

These and other results from the American Time Use Survey (ATUS) were released today. These data include the average amount of time per day in 2013 that individuals worked, did household activities, and engaged in leisure and sports activities. Additionally, measures of the average time per day spent providing childcare—both as a primary (or main) activity and while doing other things—for the combined years 2009-13 are provided. For a further description of ATUS data and methodology, see the Technical Note.

### Working (by Employed Persons) in 2013

- Employed persons worked an average of 7.6 hours on the days they worked. More hours were worked, on average, on weekdays than on weekend days—7.9 hours compared with 5.5 hours. (See table 4.)

- On the days they worked, employed men worked 53 minutes more than employed women. This difference partly reflects women's greater likelihood of working part time. However, even among full-time workers (those usually working 35 hours or more per week), men worked longer than women—8.3 hours compared with 7.7 hours. (See table 4.)

- Many more people worked on weekdays than on weekend days: 83 percent of employed persons worked on an average weekday, compared with 34 percent on an average weekend day.  (See table 4.)

- On the days they worked, 83 percent of employed persons did some or all of their work at their workplace and 23 percent did some or all of their work at home. They spent more time working at the workplace than at home—7.9 hours compared with 3.0 hours. (See table 6.)

- Multiple jobholders were more likely to work on an average day than were single jobholders—77 percent compared with 67 percent. (For a definition of average day, see the Technical Note.) Multiple jobholders also were more likely to work at home than were single jobholders—31 percent compared with 22 percent. (See table 6.)

Average Daily Hours Spent in Household Work, Men and Women, 2013[1]

| Characteristic | Col 1 Personal care activities | Col 2 Eating and drinking | Col 3 Household activities | Col 4 Purchasing goods and services | Col 5 Caring for and helping household members | Col 6 Caring for and helping non-household members | Col 7 Working and work-related activities | Col 8 Educational activities | Col 9 Organizational, civic, and religious activities | Col 10 Leisure and sports | Col 11 Telephone calls, mail, and e-mail | Col 12 Other activities, not elsewhere classified | Col 13 Daily Household Hours (Sum, Cols 3-6) | Col 14 Annual Household Hours (Col 13 x 365) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Men, 15 years and over | 9.31 | 1.26 | 1.34 | 0.63 | 0.36 | 0.17 | 4.20 | 0.47 | 0.29 | 5.61 | 0.10 | 0.27 | 2.50 | 912.50 |
| 15 to 19 years | 10.47 | 1.00 | 0.75 | 0.44 | 0.12 | 0.11 | 1.13 | 3.09 | 0.25 | 6.19 | 0.14 | na | 1.42 | 518.30 |
| 20 to 24 years | 9.48 | 1.22 | 0.86 | 0.44 | 0.10 | 0.07 | 4.42 | 1.13 | 0.00 | 5.63 | 0.08 | na | 1.37 | 500.05 |
| 25 to 34 years | 9.07 | 1.27 | 1.08 | 0.54 | 0.54 | 0.13 | 5.55 | (3.00) | 0.18 | 4.84 | 0.06 | 0.16 | 2.39 | 872.35 |
| 35 to 44 years | 8.97 | 1.23 | 1.33 | 0.66 | 0.88 | 0.17 | 5.88 | 0.05 | 0.24 | 4.33 | 0.05 | 0.21 | 3.04 | 1,109.60 |
| 45 to 54 years | 9.09 | 1.19 | 1.45 | 0.64 | 0.38 | 0.19 | 5.37 | 0.05 | 0.29 | 4.08 | 0.08 | 0.28 | 2.66 | 970.90 |
| 55 to 64 years | 9.21 | 1.27 | 1.69 | 0.65 | 0.14 | 0.14 | 4.34 | na | 0.22 | 5.89 | 0.13 | 0.28 | 2.62 | 956.30 |
| 65 to 74 years | 9.22 | 1.48 | 2.08 | 0.71 | 0.12 | 0.31 | 1.49 | na | 0.60 | 7.57 | 0.14 | 0.28 | 3.22 | 1,175.30 |
| 75 years and over | 9.91 | 1.56 | 1.56 | 0.82 | 0.07 | 0.12 | 0.70 | na | 0.54 | 8.13 | 0.16 | 0.31 | 2.57 | 938.05 |
| Women, 15 years and over | 9.76 | 1.20 | 2.19 | 0.86 | 0.69 | 0.22 | 2.77 | 0.40 | 0.36 | 4.94 | 0.19 | 0.35 | 3.96 | 1,445.40 |
| 15 to 19 years | 10.52 | 1.08 | 0.75 | 0.56 | 0.19 | 0.25 | 0.96 | 3.74 | 0.30 | 5.01 | 0.27 | 0.38 | 1.75 | 638.75 |
| 20 to 24 years | 10.35 | 1.20 | 1.23 | 0.83 | 0.69 | 0.19 | 2.91 | 0.98 | 0.22 | 4.82 | 0.11 | na | 2.94 | 1,073.10 |
| 25 to 34 years | 9.71 | 1.07 | 1.97 | 0.88 | 1.53 | 0.15 | 3.70 | 0.34 | 0.23 | 3.77 | 0.12 | na | 4.53 | 1,653.45 |
| 35 to 44 years | 9.57 | 1.10 | 2.35 | 0.87 | 1.41 | 0.09 | 3.80 | 0.14 | 0.30 | 3.92 | 0.14 | 0.37 | 4.72 | 1,722.80 |
| 45 to 54 years | 9.56 | 1.13 | 2.47 | 0.88 | 0.54 | 0.25 | 3.98 | 0.06 | 0.37 | 4.33 | 0.16 | 0.32 | 4.14 | 1,511.10 |
| 55 to 64 years | 9.41 | 1.25 | 2.55 | 0.90 | 0.23 | 0.33 | 2.85 | na | 0.37 | 5.52 | 0.18 | 0.26 | 4.01 | 1,463.65 |
| 65 to 74 years | 9.51 | 1.35 | 2.77 | 0.92 | 0.13 | 0.37 | 0.65 | na | 0.53 | 6.75 | 0.20 | 0.45 | 4.19 | 1,529.35 |
| 75 years and over | 10.29 | 1.40 | 2.71 | 0.91 | 0.06 | 0.13 | 0.11 | na | 0.64 | 7.03 | 0.32 | 0.38 | 3.81 | 1,390.05 |

[1] Data extracted from Table 3, lines spent in primary activities for the civilian population by age, sex, race, Hispanic or Latino ethnicity, marital status, and educational attainment, 2013 annual averages. American Time Use Survey—2013 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014.