Time

|  |  | Case: | Monica Herrera |
|  |  | Attorney: | David Lewis |

| Date | Total | Time | Item |
|---|---|---|---|
| 10/29/15 |  | 2.00 | Review and Research |
| 10/30/15 |  | 2.50 | Analysis and Writing |
| 10/31/15 |  | 4.00 | Analysis and Writing |
| 11/02/15 |  | 0.50 | Edit and Send Report |
|  | 9.00 |  |  |
| 04/28/15 |  | 0.25 | Document Preparation and Review |
| 05/02/15 |  | 1 | Document Preparation and Review |
| 05/03/16 |  | 1.5 | Document Preparation and Review |
|  | 2.75 |  |  |

