**DATA SHEET, DEATH CASES**

| Name of client: |
|---|
| Herrera, Monica |

### KEY DATES AND AGES:
ENTER DATA IN RED, WHITE CELLS ARE COMPUTED

| | | |
|---|---|---|
| Birthdate | 11/7/1967 | |
| Date of incident causing death | 1/30/2015 | |
| Date of analysis | 12/1/2015 | |
| Attained age, date of incident causing death | 47.23 | |
| Elapsed years, date of incident to date of analysis | 0.84 | |
| Attained age, date of analysis: | 48.07 | |
| Years of normal life remaining **ON DATE OF DEATH, 2010 U.S. Life Tables.  ATTACH COPY OF TABLE** | 38.19 | Hispanic Females Table 1 |
| Normal age of death | 85.42 | |
| Normal date of death | 4/7/2053 | |
| Gender (M/F) | F | |

### INTEREST AND INFLATION RATES/FRACTIONS OF YEARS LOST:
ENTER DATA IN RED, WHITE CELLS ARE COMPUTED

| | | |
|---|---|---|
| Discount rate | 3.04% | |
| Expected future BUT FOR wage inflation rate and net discount rate (default rates!C42) | 3.0120% | 0.02% |
| Expected rate of growth of consumer prices and net discount rate | 2.63% | 0.40% |
| Percent loss, first historical year | 91.78% | |
| Percent loss, last historical year | 91.51% | |
| Percent loss, first future year | 8.49% | |
| Percent loss, last future year | 13.70% | |

### DATA FOR ESTIMATION OF BUT FOR CAPACITY TO EARN:
ENTER DATA IN RED, WHITE CELLS ARE COMPUTED

| | |
|---|---|
| Post-Injury Education Level (Attained or Expected):  1:NO HS; 2:GED; 3:High School; 4:Some College No Degree; 5:Associates; 6:BS; 7:Masters; 8:PhD/Professional | 3 |
| Age at which post-injury employment would have commenced (default = age on date of incident causing death).  CAN BE ADJUSTED TO BEGIN AT A LATER DATE IF NECESSARY.  DOCUMENT REASON. | 47.23 |
| Post-Injury Worklife Lookup Table Used | FemaleHighSchool |
| Assumed Post-Injury Attained Education | High School |
| POST-INJURY worklife expectancy (based on age, NOT disability status) | 14.06 |
| Expected POST-INJURY retirement age | 61.29 |
| Expected POST-INJURY retirement date | 02/20/29 |

### PAST EARNINGS AND BENEFITS DATA:
ENTER DATA IN RED, WHITE CELLS ARE COMPUTED

| | |
|---|---|
| Normal capacity to earn on date of incident | $36,250 |
| Source of wage data | Average hospital wage from 2011-2014 |
| Data used for computing but-for benefits: | **Normal** |
| Attach copy of title page and data page of study used | Service Providing Table 1 |
| Wages and Salaries | $21.79 |
| Insurance | |
| Retirement and savings | 1.62 |
| Legally required | 2.36 |
| Net hourly benefit (this excludes cost of paid leave and supplemental pay, both of which would normally appear in an employee's W2 statement as wage income). | 3.98 |
| Average benefit as a percentage of wage | 18.27% |

### HOUSEHOLD SERVICES DATA
Include a xerox copy of Table 3 of ATTUS Study in file
ENTER DATA IN RED, WHITE CELLS ARE COMPUTED

| | BIRTH DATES | CONTENTS |
|---|---|---|
| Birthdate of spouse and age on date of injury | 1/1/1967 | 48 |
| Ending year of analysis (year of normal death) | | 85.42 |
| Tina Torres | 7/13/1999 | 16 |
| Alexis Luna | 8/10/2002 | 12 |
| Birthdate and age of child 3 on date of injury (or NA) | na | NA |
| Birthdate and age of child 4 on date of injury (or NA) | na | NA |
| Birthdate and age of child 5 on date of injury (or NA) | na | NA |
| Birthdate and age of child 6 on date of injury (or NA) | na | NA |

Filename: Monica Herrera, data



EXHIBIT 101 5/4/16