# Rule 26 Information for Rick L. Hirschi



**RICK L. HIRSCHI, PH.D.**
ECONOMIC CONSULTANT
1763 N. 3000 W.
REXBURG, IDAHO 83440

TELEPHONE   W. (208) 496-3806
            C. (208) 206-4578
FAX            (208) 496-5374
E-MAIL   RLHIRSCHI@GMAIL.COM

## FEE SCHEDULE FOR ROUTINE CASES
Effective January 1, 2015

- Retainer, routine cases ..................................................................$1,500

  Any retainer received is applied to hourly charges for case preparation, testimony, or expenses, as those expenses are incurred. Because acceptance of an engagement precludes being retained by opposing parties no portion of any retainer is refundable.

- Hourly charges, routine cases ..........................................................$150

  These rates apply to all time spent in research, analysis, valuation, reading and correcting depositions, preparation of suggested direct or cross examination

- Hourly charge, travel ........................................................................$75

  These rates apply to travel time to and from depositions, trials, hearings, meetings, or other related travel.

- Trial and/or deposition testimony taken in southeast Idaho or by telephone .. $600*

- Trial and/or deposition testimony taken outside southeast Idaho ................... $750*

  *For all testimony started and completed in three hours, plus travel time at $75 per hour. Additional trial or deposition time over three hours will be billed at $200 per hour.

- Expenses. Actual expenses will be billed, as incurred, for airline tickets, reservations, and other expenses necessary for the completion of the case.

## Deposition Testimony Given: (2011-2015)

Case:              Willis, Jolene vs. Hansen, Dwayne
Retained by:       Breck Barton, Breck Barton and Associates, PA, Rexburg, ID
Testified for:     Plaintiff
Cause for Action:  Personal injury (medical)
Year:              2012

## Trial Testimony: (2011-2015)

Case:              Barkhurst vs. Skinner
Retained by:       Gary L. Shockey; Gary Shockey, PC, Jackson, WY
Testified for:     Plaintiff
Cause for Action:  Wrongful Death
Location:          District of Wyoming, Casper, WY
Case Action No.    8-CV-025-D
Year:              December 4, 2009

## Analysis or Review: (2011-2015)

Case:              Monica Herrera
Retained by:       David G. Lewis, Attorney at Law, Jackson Hole, WY
Cause for Action:  Wrongful Death
For:               Plaintiff
Year:              2015

Case:              Allison, Kristin
Retained by:       Jeffrey K. Ward, Ward Law Office, Idaho Falls, ID
Cause for Action:  Wrongful Death
For:               Plaintiff
Year:              2015

Case:              Seymour, et al vs. WhiteWave, et.al.
                   United States District Court for the District of Utah
                   Case No: 1:1-CV-00074
Retained by:       Sean Baker, Crux Legal, LLC, Denver, CO
Cause for Action:  Subject to Protective Order
For:               WhiteWave (Defense/Counterclaim-Plaintiff)
Year:              2013

Case:              Robyn Edwards
Retained by:       G. Lance Nalder, Nalder Law Office, P.C., Idaho Falls, ID
Cause for Action:  Injury
For:               Plaintiff
Year:              2012

# VITAE
# RICK L. HIRSCHI

**University**
Smith 105
Economics Department
BYU-Idaho
Rexburg, ID 83460-0815
(208) 496-3806
hirschir@byui.edu

**Home Office**
1763 N. 3000 W.
Rexburg, ID 83440
(208) 206-4578
rlhirschi@gmail.com

**Education**
1999        *Ph.D.,* Agricultural Economics, University of Illinois at Urbana-Champaign, IL
              Areas:  I) Production, Environmental, and Natural Resource Economics
                      II) Regional Economics.
              Dissertation Title: An Economic Analysis of Flood Easements: The Case
                of the Lagrange Reach of the Illinois River.
              Research Supervisor: Dr. Eric A. DeVuyst; Advisor: Dr. John B. Braden
1994        *M.S.,* Agricultural Economics, Utah State University, Logan, UT
              Thesis Title: Agribusiness Management in Utah Dairies.
1992        *B.S.,* Agricultural Economics, Utah State University *(Cum Laude)*
              Minor: Beef Production
1992        *B.S. (Dual),* Business, Utah State University, Logan, UT
1989        *Assoc.,* Beef Production Management, Ricks College, Rexburg, ID

**University Teaching and Research Experience**
8/00 - Present   Professor, Department of Economics, BYU-Idaho / Ricks College, Rexburg, ID
8/97 - 8/00      Assistant Professor, Department of Agriculture, Western Illinois University
                 (WIU), Macomb, IL.
8/95 - 7/97      Research Assistant, Department of Agricultural and Consumer Economics,
                 University of Illinois at Urbana-Champaign (UIUC).
1/97- 5/97       Teaching Assistant, Department of Natural Resources and Environmental
                 Sciences, UIUC.
8/95 -12/95      Teaching Assistant, Dept. of Agricultural and Consumer Economics, UIUC.
8/93 - 7/95      Research Assistant, Institute of Government and Public Affairs, UIUC.
6/90 - 7/93      Research Assistant, Department of Economics, Utah State University.
9/89 - 6/90      Teaching Aide, Department of Economics, Utah State University.

**University Courses**
Financial Economics, 2009-Present, BYU-Idaho
Development Economics, 2007-Present, BYU-Idaho
Managerial Economics, 2007-Present, BYU-Idaho
Principles of Macroeconomics, 2000 - Present, BYU-I/Ricks
Principles of Microeconomics, 2000 - Present, BYU-I/Ricks
Regional Economics, 2007-2012, BYU-Idaho.
Intermediate Microeconomics, 2004, BYU-Idaho
Senior Capstone Course, 2007- 2011, BYU-Idaho

Hirschi, page 2

**University Courses – continued**
Operations Management, 2001 – 2006, BYU-Idaho
Internship Advisor for the Research Study: *Economic Impact of the Transition from Ricks
    College to BYU-Idaho on the Surrounding Communities* (2002-2003)
Advanced Farm Management, 1998 - 2000, Western Illinois University
Agricultural Finance, 1998 - 2000, Western Illinois University
Agribusiness Management, 1997 - 2000, Western Illinois University
Strategies for Success in Agriculture, 1997 - 2000, Western Illinois University
Internship Director for the Department of Agriculture, 1999, Western Illinois University
Introduction to Agribusiness Concepts, 1998 - 1999, Western Illinois University
Intermediate Natural Resource Economics/ Forest Resource Economics, Teaching Assistant,
    1997, UIUC
Economics of the Environment, Teaching Assistant, 1995, UIUC

**Consulting**
Economic Analyst, 2001 - Present

> *Expert Witness, Analysis, or Review*
> David G. Lewis, Attorney at Law, Jackson Hole, WY
> Jeffrey K. Ward, Ward Law Office, Idaho Falls, ID
> Crux Legal LLC and Wheeler Trigg O'Donnell LLP, Denver, CO
> Breck Barton & Associates, P.A., Rexburg, ID
> Evans Keane, Boise, ID
> Gary Shockey, P.C., Jackson, WY
> Hopkins, Roden, Crockett, Hansen, & Hoopes, Idaho Falls, ID
> Nalder Law Office, P.C., Idaho Falls, ID
> Van Cott, Bagley, Cornwall & McCarthy P.C., Salt Lake City, UT
>
> *Analysis Only (with Paul A. Randle & Associates)*
> Allred & McClellan, Roosevelt, UT
> Ascione, Heideman & McKay, L.L.C.
> Bearnson & Peck, Logan, UT
> Brayton Purcell LLP, Salt Lake City, UT
> Clark Newhall, Salt Lake City, UT
> Christensen & Jensen, Salt Lake City, UT
> Dewsnup, King & Olsen, Salt Lake City, UT
> Durio, McGoffin, Stagg & Ackermann, Lafayette, LA
> Eisenberg, Gilchrist & Morton, Salt Lake City, UT
> Eisenberg, Gilchrist, & Cutt, Salt Lake City, UT
> Fabian & Clendenin, Salt Lake City, UT
> G. Eric Nielson & Associates L.L.C., Salt Lake City, UT
> Gridley, Ward, & Shaw, P.C., Ogden, UT
> The Gooch Firm, Salt Lake City, UT
> Haralson, Miller, Pitt, Feldman & McAnally, Tucson, AZ

Hirschi, page 3

    *Analysis Only (with Paul A. Randle & Associates) - continued*
    Harris & Carter, Provo, UT
    Hart & Hart, P.C., Salt Lake City, UT
    Hasenyager & Summerill, Ogden, UT
    Helgesen Waterfall & Jones, Layton, UT
    Hillyard, Anderson & Olsen, Logan, UT
    Hirschi Christensen, Salt Lake City, UT
    Howard, Lewis & Petersen, PC., Provo, UT
    Jones, Waldo, Holbrook & McDonough, Provo, UT
    Kesler & Rust, Salt Lake City, UT
    Moriarity, Gooch, Badaruddin & Booke, Salt Lake City, UT
    Perry, Malmberg & Perry, Logan UT
    Law Office of Peter C. Collins, LLC, Salt Lake City, UT
    Peterson Reed Warlaumont & Stout, Salt Lake City, UT
    Phinney Law Firm, Provo, UT
    Plan, Christensen & Kanell, Salt Lake City, UT
    Richard J. Mulligan, Jackson Hole, WY
    Robert B. Sykes & Associates, Salt Lake City, UT
    Roger T. Sharp, L.L.C., Salt Lake City, UT
    Scalley, Reading, Bates, Hansen & Rasmussen, P.C., Salt Lake City, UT
    Siegfried & Jensen, Salt Lake City, UT
    Silvester & Conroy, Salt Lake City, UT
    Snow, Christensen & Martineau, Salt Lake City, UT
    Spence, Moriarity & Shockey, LLC, Salt Lake City, UT
    The Spence Law Firm L.L.C., Jackson, Wyoming
    Steel, Ruffinengo & Biggs, Salt Lake City, UT
    The Spence Law Firm, Jackson, WY
    Young, Kester, Black, & Jube, Provo, UT
    Younker Hyde Macfarlane, Salt Lake City, UT

    *Analysis Only (with Kirk D. Gifford)*
    Robert P. Schuster, Attorney at Law, Jackson, WY

Consultant for the Allison Farm Project. Western Illinois University. 2000- 2002.

Consultant for the Association for International Trade and Development to the U.S.D.A.
    Brazilian Cochran Fellows Delegation, Chicago, IL, Nov. 27-30, 1998.

Consultant to the U.S. Fish and Wildlife Service. Economic Evaluation of the Emiquon National
    Wildlife Refuge in Fulton County, Illinois. Sep. 1996 - April 1997.

**Grants and Contracts**
Hirschi, R.L. Analysis of Soybean Profitability Using Precision Technology. Illinois Soybean
    Operating Board Program/WIU Foundation, 1999-2000.

Hirschi, page 4

Hirschi, R.L. The Economics of Pesticide-Free and Organic Row Crop Production. Illinois Council on Food and Agricultural Research. 1998-2000.

Hirschi, R.L. Costs and Returns of an Organic Rotation. Illinois Soybean Operating Board. 1998-1999.


**Proceedings Papers**

Hirschi, R.L., R.H. Hornbaker, J.B. Braden, and E.A. DeVuyst."Agricultural Floodplain Management Strategies After the 1993 Flood, "Proceedings of the Eighth Annual Conference, Illinois Groundwater Consortium, Research on Agricultural Chemicals in Illinois Groundwater: Status and Future Directions VIII, April 1-2, 1998, Makanda, Illinois, pp. 22-30.

Hirschi, R.L., R.H. Hornbaker, E.A. DeVuyst, J.B. Braden. Agricultural Floodplain Management Strategies After the 1993 Flood. *Research on Agricultural Chemicals in Illinois Groundwater: Status and Future Directions*, Vol. VII, Proceedings of the Illinois Groundwater Consortium Seventh Annual Conference, Makanda, IL, March 26, 1997.

Hirschi, R.L., J.B. Braden, E.A. DeVuyst and R.H. Hornbaker. Flood Easements as a Mitigation Option. *Rivertech96 First International Conference on New/Emerging Concepts for Rivers Proceedings*, Vol. 2, Chicago, IL, Sep. 22-26, 1996, pp. 797-805.

Hirschi, R.L., J.B. Braden, E.A. DeVuyst and R.H. Hornbaker. Easements as a Flood Management Option. *Integrated Management of Surface and Ground Water*, Proceedings of The Universities Council on Water Resources Annual Meetings, San Antonio, TX, July 30-Aug. 2, 1996, pp. 240-249.

Hirschi, R.L., R.H. Hornbaker, E.A. DeVuyst, J.B. Braden, D.C. White and D.A. Evans. Agricultural Floodplain Management Strategies After the 1993 Flood. *Research on Agricultural Chemicals in Illinois Groundwater: Status and Future Directions*, Vol. VI, Proceedings of the Illinois Groundwater Consortium Sixth Annual Conference, Makanda, IL, March 27-28, 1996, pp.27-31.

**Professional Presentations**

Barrus, D., Hirschi, R, and M. Horner. A Study of Outcomes in Face-to-Face and Online Microeconomics Courses using Common Assessments. Southern Economic Association Conference, New Orleans, LA, November 2015.

Hirschi, R.L. Organic Row Crops in a Diversified Farm Portfolio. Western Agricultural Economics Association's Annual Meetings, Vancouver, Canada, June 29 to July 1, 2000.

DeVuyst, E.A., R.L. Hirschi, J.B. Braden. Flood Easements. Western Agricultural Economics Association's Annual Meetings, Vancouver, Canada, June 29 to July 1, 2000.

Hirschi, page 5

Braden, J., R. Sparks, D. White, M. Demissie, D. Schneider, and R. Hirschi. Economic Issues in Agricultural Riparian Areas. Presentation to the National Research Council Committee on Riparian Zone Functioning and Strategies for Management, Ames, IA, June 5, 2000.

Hirschi, R.L. E.A. DeVuyst, J.B. Braden. Easements as a Flood Mitigation and Risk Reduction Tool. SERA-IEG-31 Meetings, Gulf Shores, AL, Mar 23-25, 2000.

Hirschi, R.L. Analysis of Soybean Profitability Using Precision Technology. Illinois Soybean Operating Board, Urbana, IL Mar. 22, 2000.

Hirschi, R.L. The Economics of Organic Grain Production. Organic Crop Improvement Association - Illinois Chapter, Springfield, IL, Jan 15, 2000

Hirschi, R.L. Costs and Returns of Organic Crop Production. Illinois Soybean Operating Board, Urbana, IL, Mar. 22, 1999.

Neumann, K., A. Abunawass, R. Hirschi, and K. Clontz. Emerging Technologies Across the Disciplines. Panel presentation at the 1998 Emerging Issues in Business and Technologies Conference, Myrtle Beach, SC, Nov. 14, 1998.

Hirschi, R.L. Expected Returns and Land Use Decisions of Alternative Floodplain Management Policies. University of Illinois Environmental Convocation, Springfield, IL, Oct. 17, 1997.

Islam, M., J. Braden, D. White, R. Hirschi, E. DeVuyst, M. Demissie, R. Xia, P. Mitra, D. Schneider and R.E. Sparks. Strategic Renewal of Large Floodplain Rivers. Association of Economic and Resource Economists Workshop on the Economic Analysis of Ecosystems, Annapolis, MD, June 2-3, 1997.

Hirschi, R.L. Conversion of Floodplain Bottom Lands Under Flood Easements. University of Illinois Environmental Convocation, Springfield, IL, Oct. 18, 1996.

Crihfield, J.B. and R.L. Hirschi. The U of I Flash Index of Economic Growth: Economic Barometer and Forecasting Tool. Midwest Economists' Workshop: Federal Reserve Bank of Chicago, Chicago, IL, Oct. 21, 1994.

Hirschi, R.L. and E.B. Godfrey. Production and Financial Factors Affecting Dairy Profitability. Western Regional Dairy Specialists Meetings, Reno, NV, July 20-22, 1993.

Hirschi, R.L. and E.B. Godfrey. Production and Financial Factors Affecting Dairy Profitability. Southeast Idaho Regional Dairy Meetings, Preston, ID, Feb. 2, 1993.

Hirschi, R.L. The Impact of DHIA on Dairy Profitability. Annual Meeting of the Bear Lake County Dairy Herd Improvement Association, Montpelier, ID, Jan. 21, 1993.

Hirschi, page 6

Hirschi, R.L. Growing and Feeding Corn Silage in Northern Utah: Is it Profitable? Annual Meetings of the American Agricultural Economics Association: Student Section, Baltimore, MD, Aug. 9-12, 1992.

Hirschi, R.L. Economies of Size in Utah Dairies. Annual Meetings of the American Agricultural Economics Association: Student Section, Manhattan, KS, Aug. 4-7, 1991.

**Other Publications:**
Hirschi, Rick L. Bloomberg, A Teaching Innovation, Perspective, pp. 31-35, Spring 2014, Vol. 14, No. 2.

Howe, T., J. Carlson, G. Vigue, R. Hirschi, A. Clayton. Improved Mechanical Weed Control in a Pesticide-Free Farming System. Final Report for the Conservation 2000 Sustainable Agriculture Grant Program, Illinois Department of Agriculture. Jan. 1999.

Godfrey, E. B., R. L. Hirschi, C. Israelsen, W. Taylor and J. C. Andersen. Milk Production in Cache Valley: What Factors Affect Profitability? Utah State University Cooperative Extension Service, EC457, Logan, UT, 1994.

Andersen, J. C. and R. L. Hirschi. Expanding Markets for Utah Producers of Fruits and Vegetables. Utah State University Cooperative Extension Service, EL254, Logan, UT, 1991.

**Professional Service**
Connect Software and Content Review, The McGraw-Hill Companies, Inc., 2013
Textbook Reviewer, Economics, Prentice Hall, Inc., 2002
Textbook Reviewer, Economics, The McGraw-Hill Companies, Inc., 2002-2003, 2012
Textbook Reviewer, Economics, Addison-Wesley Publishers, Pearson Education Inc., 2001-2003.
Reviewer, Agricultural Finance Poster Proposals, American Agricultural Economics Association Annual Meetings 2000.
Agribusiness Track Chair, 1998 Emerging Issues in Business & Technology, Myrtle Beach, SC.
University representative for the Illinois Soybean Associations 1998/99 SoyLutions Contest.
Session Chair, 1997 and 1998 Emerging Issues in Business & Technology, Myrtle Beach, SC.
Reviewer for:
    The Journal of Regional Analysis and Policy (formerly Regional Science Perspectives)
    *Policy Studies Journal.*

Hirschi, page 7

**Department Service**
Author – Principles of Microeconomic Web Notes
Faculty Mentor, 2011-Present
Microeconomics Online Course Lead, 2011-Present
Chair, Department of Economics, 2007-2011.
Economic Internship Director, 2001-2003
Interim Beef Herd Manager at WIU, 1998-2000.
Recruiting Committee Member at WIU, 1997-1999.
Agribusiness Club Advisor, 1999-2000
Faculty Search Committees: Animal Science, Economics
Recruiting Committee Member, WIU, 1997-2000
Agricultural Field Laboratory Advisory Board Chair, WIU, 1999-2000.
Agricultural Field Laboratory Advisory Board Member, WIU, 1998-1999.
Department of Agriculture Chair Review Committee Member, WIU, 1998.
Courses and Curriculum Committee Member, Department of Ag. and Consumer Economics, UIUC, 1995-97.
Coordinator of the Program in Environmental and Resource Economics, UIUC, 1995-96.

**College/University Service**
Associate Dean, College of Business and Communication, 2014 - Present
International Studies Committee, 2011-2013
Undergraduate Research Committee Member, 2011-2014
Foundations Committee, 2006-2007
Committee on Student Information Systems, 2004
Skills Committee, 2003
CFS Committee for various professors, 2002 - Present
Facilitator, Jacob Spori Teaching Summit, 2001
Division of Business, Capstone Committee, 2000-2001.
Computing and Technology Committee Member, WIU, 1998-2000.
College Assessment Committee, WIU, 1997-1998.
Undergraduate Program & Curriculum Committee Alternate Member, WIU, 1997-1998.


**Professional Membership:**
American Economic Association