# Foundational

# Documents

| Table number: | 1 |
| Table title: | Interest rates, wage growth, and consumer price indices |
| Years: | 1990-2014 |

| Year | Interest Rates, 3-Month Treasury Bills[1] | Percentage Change in U. S. Private Sector Wages[2] | Percentage Change in Consumer Price Index[3] |
|---|---|---|---|
| 1990 | 7.50% | 4.10% | 5.40% |
| 1991 | 5.38% | 3.00% | 4.20% |
| 1992 | 3.43% | 2.50% | 3.00% |
| 1993 | 3.00% | 2.60% | 3.00% |
| 1994 | 4.25% | 2.60% | 2.60% |
| 1995 | 5.49% | 2.70% | 2.80% |
| 1996 | 5.01% | 3.30% | 3.00% |
| 1997 | 5.06% | 3.90% | 2.30% |
| 1998 | 4.78% | 4.00% | 1.60% |
| 1999 | 4.64% | 3.70% | 2.20% |
| 2000 | 5.82% | 3.90% | 3.40% |
| 2001 | 3.40% | 3.70% | 2.80% |
| 2002 | 1.61% | 3.00% | 1.60% |
| 2003 | 1.01% | 2.70% | 2.30% |
| 2004 | 1.37% | 2.10% | 2.70% |
| 2005 | 3.15% | 2.70% | 3.40% |
| 2006 | 4.73% | 3.90% | 3.20% |
| 2007 | 4.36% | 4.00% | 2.80% |
| 2008 | 1.37% | 3.70% | 3.80% |
| 2009 | 0.15% | 3.00% | -0.40% |
| 2010 | 0.14% | 2.40% | 1.60% |
| 2011 | 0.05% | 2.00% | 3.20% |
| 2012 | 0.09% | 1.50% | 2.10% |
| 2013 | 0.06% | 2.00% | 1.50% |
| 2014 | 0.03% | 2.30% | 1.60% |
| 25-Year Average Growth Rates | 3.04% | 3.01% | 2.63% |

[1] Federal Reserve Bank of the U.S., Interest Rate Data Web Page, January 2015.
[2] U. S. Department of Labor, Web Establishment Hours and Earnings Data Retrieval Page, January 2015.
[3] U. S. Department of Labor, Web CPI Data Retrieval Page, January 2015.

$$\text{net discount} = \frac{(1+i)}{(1+g)} - 1$$

$i$ = 25 yr. T-bill
$g$ = wage growth

Filename: Monica Herrera.xlsm, rates

5/2/2016                                    Daily Treasury Yield Curve Rates

# U.S. DEPARTMENT OF THE TREASURY

## Resource Center

### Daily Treasury Yield Curve Rates

Get updates to this content.

XML  These data are also available in XML format by clicking on the XML icon.

XSD  The schema for the XML is available in XSD format by clicking on the XSD icon.

If you are having trouble viewing the above XML in your browser, click here.

To access interest rate data in the legacy XML format and the corresponding XSD schema, click here.

**Select type of Interest Rate Data**
[ Daily Treasury Yield Curve Rates  ▼ ]  Go

**Select Time Period**
[ Current Month  ▼ ]  Go

| Date | 1 Mo | 3 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr | 10 Yr | 20 Yr | 30 Yr |
|------|------|------|------|------|------|------|------|------|-------|-------|-------|
| 05/02/16 | 0.11 | 0.22 | 0.41 | 0.55 | 0.80 | 0.96 | 1.32 | 1.64 | 1.88 | 2.31 | 2.71 |

* 30-year Treasury constant maturity series was discontinued on February 18, 2002 and reintroduced on February 9, 2006. From February 18, 2002 to February 8, 2006, Treasury published alternatives to a 30-year rate. See Long-Term Average Rate for more information.

Treasury discontinued the 20-year constant maturity series at the end of calendar year 1986 and reinstated that series on October 1, 1993. As a result, there are no 20-year rates available for the time period January 1, 1987 through September 30, 1993.

Treasury Yield Curve Rates. These rates are commonly referred to as "Constant Maturity Treasury" rates, or CMTs. Yields are interpolated by the Treasury from the daily yield curve. This curve, which relates the yield on a security to its time to maturity is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The yield values are read from the yield curve at fixed maturities, currently 1, 3 and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10 year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity.

Treasury Yield Curve Methodology. The Treasury yield curve is estimated daily using a cubic spline model. Inputs to the model are primarily bid-side yields for on-the-run Treasury securities. See our Treasury Yield Curve Methodology page for details.

Negative Yields and Nominal Constant Maturity Treasury Series Rates (CMTs). Current financial market conditions, in conjunction with extraordinary low levels of interest rates, have resulted in negative yields for some Treasury securities trading in the secondary market. Negative yields for Treasury securities most often reflect highly technical factors in Treasury markets related to the cash and repurchase agreement markets, and are at times unrelated to the time value of money.

As such, Treasury will restrict the use of negative input yields for securities used in deriving interest rates for the Treasury nominal Constant Maturity Treasury series (CMTs). Any CMT input points with negative yields will be reset to zero percent prior to use as inputs in the CMT derivation. This decision is consistent with Treasury not accepting negative yields in Treasury nominal security auctions.

In addition, given that CMTs are used in many statutorily and regulatory determined loan and credit programs as well as for setting interest rates on non-marketable government securities, establishing a floor of zero more accurately reflects borrowing costs related to various programs.

For more information regarding these statistics contact the Office of Debt Management by email at debt.management@do.treas.gov.

*25 year $\overline{x}$ of 3 month 1990-2014 = 3.04%*

*Table 1*

Series Description     3-month Treasury bill secondary market rate   discount basis
Unit:                  Percent:_Per_Year
Multiplier:                    1
Currency:              NA
Unique Identifier:     H15/H15/RIFSGFSM03_N.A
Time Period            RIFSGFSM03_N.A

| Time Period | Value |
|---|---|
| 1990 | 7.50 |
| 1991 | 5.38 |
| 1992 | 3.43 |
| 1993 | 3.00 |
| 1994 | 4.25 |
| 1995 | 5.49 |
| 1996 | 5.01 |
| 1997 | 5.06 |
| 1998 | 4.78 |
| 1999 | 4.64 |
| 2000 | 5.82 |
| 2001 | 3.40 |
| 2002 | 1.61 |
| 2003 | 1.01 |
| 2004 | 1.37 |
| 2005 | 3.15 |
| 2006 | 4.73 |
| 2007 | 4.36 |
| 2008 | 1.37 |
| 2009 | 0.15 |
| 2010 | 0.14 |
| 2011 | 0.05 |
| 2012 | 0.09 |
| 2013 | 0.06 |
| 2014 | 0.03 |

#7

Bureau of Labor Statistics

## Consumer Price Index - All Urban Consumers
## 12-Month Percent Change

# 8

**Series Id:**          CUUR0000SA0,CUUS0000SA0
**Not Seasonally Adjusted**
**Area:**               U.S. city average
**Item:**               All items
**Base Period:**        1982-84=100
**Years:**              1990 to 2014

| Year | Annual |
|------|--------|
| 1990 | 5.4 |
| 1991 | 4.2 |
| 1992 | 3.0 |
| 1993 | 3.0 |
| 1994 | 2.6 |
| 1995 | 2.8 |
| 1996 | 3.0 |
| 1997 | 2.3 |
| 1998 | 1.6 |
| 1999 | 2.2 |
| 2000 | 3.4 |
| 2001 | 2.8 |
| 2002 | 1.6 |
| 2003 | 2.3 |
| 2004 | 2.7 |
| 2005 | 3.4 |
| 2006 | 3.2 |
| 2007 | 2.8 |
| 2008 | 3.8 |
| 2009 | -0.4 |
| 2010 | 1.6 |
| 2011 | 3.2 |
| 2012 | 2.1 |
| 2013 | 1.5 |
| 2014 | 1.6 |

Bureau of Labor Statistics

**Employment, Hours, and Earnings from the Current Employment Statistics survey (National)**
**12-Month Percent Change**

#9

| | |
|---|---|
| **Series Id:** | CEU0500000008 |
| **Not Seasonally Adjusted** | |
| **Super Sector:** | Total private |
| **Industry:** | Total private |
| **NAICS Code:** | - |
| **Data Type:** | AVERAGE HOURLY EARNINGS OF PRODUCTION AND NONSUPERVISORY EMPLOYEES |
| **Years:** | 1990 to 2014 |

| Year | Annual |
|---|---|
| 1990 | 4.1 |
| 1991 | 3.0 |
| 1992 | 2.5 |
| 1993 | 2.6 |
| 1994 | 2.6 |
| 1995 | 2.7 |
| 1996 | 3.3 |
| 1997 | 3.9 |
| 1998 | 4.0 |
| 1999 | 3.7 |
| 2000 | 3.9 |
| 2001 | 3.7 |
| 2002 | 3.0 |
| 2003 | 2.7 |
| 2004 | 2.1 |
| 2005 | 2.7 |
| 2006 | 3.9 |
| 2007 | 4.0 |
| 2008 | 3.7 |
| 2009 | 3.0 |
| 2010 | 2.4 |
| 2011 | 2.0 |
| 2012 | 1.5 |
| 2013 | 2.0 |
| 2014 | 2.3 |



# NEWS RELEASE



#10

**For release 10:00 a.m. (EST) Wednesday, December 10, 2014**          USDL-14-2208

Technical information:  (202) 691-6199 • NCSinfo@bls.gov • www.bls.gov/ect
Media contact:          (202) 691-5902 • PressOffice@bls.gov

## EMPLOYER COSTS FOR EMPLOYEE COMPENSATION – SEPTEMBER 2014

Employer costs for employee **compensation** for civilian workers averaged $32.20 per hour worked in September 2014, the U.S. Bureau of Labor Statistics reported today. **Wages and salaries** averaged $22.13 per hour worked and accounted for 68.7 percent of these costs, while **benefits** averaged $10.07 and accounted for the remaining 31.3 percent. Total employer compensation costs for **private industry** workers averaged $30.32 per hour worked in September 2014.

Employer Costs for Employee Compensation (ECEC), a product of the National Compensation Survey, measures employer costs for wages and salaries, and employee benefits for nonfarm private and state and local government workers.

**Chart 1. Employer costs per hour worked for total compensation: selected major occupational groups, state and local government workers, September 2014**

Cost per hour worked



⊞ Major occupational group

**Chart 2. Employer costs as a percent of total compensation: total benefits, health insurance, and retirement and savings, state and local government workers, September 2004 and September 2014**

Percent of total compensation



⊟ September 2004   ■ September 2014

## Compensation costs in state and local government

**State and local government** employers spent an average of $43.56 per hour worked for employee compensation in September 2014. Wages and salaries averaged $27.89 per hour and accounted for 64.0 percent of compensation costs, while benefits averaged $15.67 per hour worked and accounted for the remaining 36.0 percent. Total compensation costs for management, professional, and related workers averaged $52.88 per hour worked. This major occupational group includes teachers, averaging $59.42

Table 1.  Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group, September 2014

| Compensation component | Occupational group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | All workers[1] | | Management, professional, and related | | Sales and office | | Service | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation ............................................ | $32.20 | 100.0 | $53.38 | 100.0 | $24.02 | 100.0 | $16.80 | 100.0 |
| Wages and salaries ............................................ | 22.13 | 68.7 | 36.74 | 68.8 | 16.83 | 70.1 | 11.97 | 71.2 |
| Total benefits ............................................ | 10.07 | 31.3 | 16.65 | 31.2 | 7.19 | 29.9 | 4.83 | 28.8 |
| Paid leave ............................................ | 2.25 | 7.0 | 4.32 | 8.1 | 1.54 | 6.4 | 0.88 | 5.2 |
| Vacation ............................................ | 1.11 | 3.4 | 2.10 | 3.9 | 0.77 | 3.2 | 0.41 | 2.5 |
| Holiday ............................................ | 0.68 | 2.1 | 1.25 | 2.3 | 0.48 | 2.0 | 0.28 | 1.7 |
| Sick ............................................ | 0.34 | 1.0 | 0.71 | 1.3 | 0.21 | 0.9 | 0.14 | 0.8 |
| Personal ............................................ | 0.13 | 0.4 | 0.26 | 0.5 | 0.09 | 0.4 | 0.05 | 0.3 |
| Supplemental pay ............................................ | 0.79 | 2.4 | 1.26 | 2.4 | 0.53 | 2.2 | 0.29 | 1.7 |
| Overtime and premium[4] ........................ | 0.25 | 0.8 | 0.13 | 0.2 | 0.14 | 0.6 | 0.16 | 0.9 |
| Shift differentials ............................................ | 0.06 | 0.2 | 0.09 | 0.2 | 0.02 | 0.1 | 0.05 | 0.3 |
| Nonproduction bonuses ............................ | 0.48 | 1.5 | 1.04 | 1.9 | 0.36 | 1.5 | 0.08 | 0.5 |
| Insurance ............................................ | 2.89 | 9.0 | 4.36 | 8.2 | 2.39 | 9.9 | 1.37 | 8.1 |
| Life ............................................ | 0.04 | 0.1 | 0.08 | 0.1 | 0.03 | 0.1 | 0.02 | 0.1 |
| Health ............................................ | 2.75 | 8.5 | 4.12 | 7.7 | 2.29 | 9.5 | 1.33 | 7.9 |
| Short-term disability ............................ | 0.05 | 0.2 | 0.08 | 0.1 | 0.04 | 0.2 | ( [5] ) | ( [6] ) |
| Long-term disability ............................ | 0.05 | 0.1 | 0.08 | 0.1 | 0.03 | 0.1 | ( [5] ) | ( [6] ) |
| Retirement and savings ................................. | 1.67 | 5.2 | 3.28 | 6.1 | 0.87 | 3.6 | 0.71 | 4.2 |
| Defined benefit ............................................ | 1.06 | 3.3 | 2.06 | 3.9 | 0.43 | 1.8 | 0.58 | 3.5 |
| Defined contribution ............................ | 0.61 | 1.9 | 1.22 | 2.3 | 0.43 | 1.8 | 0.13 | 0.8 |
| Legally required benefits ............................ | 2.47 | 7.7 | 3.44 | 6.5 | 1.87 | 7.8 | 1.59 | 9.4 |
| Social Security and Medicare ..................... | 1.79 | 5.6 | 2.87 | 5.4 | 1.40 | 5.8 | 0.98 | 5.9 |
| Social Security[7] ............................ | 1.43 | 4.4 | 2.26 | 4.2 | 1.13 | 4.7 | 0.79 | 4.7 |
| Medicare ............................................ | 0.36 | 1.1 | 0.61 | 1.1 | 0.27 | 1.1 | 0.19 | 1.2 |
| Federal unemployment insurance .......... | 0.03 | 0.1 | 0.03 | ( [6] ) | 0.04 | 0.2 | 0.04 | 0.2 |
| State unemployment insurance ............... | 0.20 | 0.6 | 0.18 | 0.3 | 0.19 | 0.8 | 0.18 | 1.0 |
| Workers' compensation ............................ | 0.45 | 1.4 | 0.37 | 0.7 | 0.24 | 1.0 | 0.39 | 2.3 |

See footnotes at end of table.

Table 1.  Employer costs per hour worked for employee compensation and costs as a percent of total compensation: Civilian workers, by major occupational and industry group, September 2014 — Continued

| Compensation component | Occupational group | | | | Industry group | | | |
|---|---|---|---|---|---|---|---|---|
| | Natural resources, construction, and maintenance | | Production, transportation, and material moving | | Goods-producing[2] | | Service-providing[3] | |
| | Cost | Percent | Cost | Percent | Cost | Percent | Cost | Percent |
| Total compensation ................................. | $34.03 | 100.0 | $26.75 | 100.0 | $36.37 | 100.0 | $31.46 | 100.0 |
| Wages and salaries ................................. | 22.54 | 66.2 | 17.54 | 65.6 | 24.04 | 66.1 | 21.79 | 69.3 |
| Total benefits ................................. | 11.49 | 33.8 | 9.21 | 34.4 | 12.32 | 33.9 | 9.67 | 30.7 |
| Paid leave ................................. | 1.91 | 5.6 | 1.64 | 6.1 | 2.38 | 6.6 | 2.23 | 7.1 |
| Vacation ................................. | 0.96 | 2.8 | 0.84 | 3.2 | 1.26 | 3.5 | 1.08 | 3.4 |
| Holiday ................................. | 0.62 | 1.8 | 0.54 | 2.0 | 0.82 | 2.3 | 0.65 | 2.1 |
| Sick ................................. | 0.21 | 0.6 | 0.19 | 0.7 | 0.22 | 0.6 | 0.36 | 1.1 |
| Personal ................................. | 0.11 | 0.3 | 0.06 | 0.2 | 0.08 | 0.2 | 0.14 | 0.4 |
| Supplemental pay ................................. | 0.97 | 2.8 | 0.95 | 3.5 | 1.41 | 3.9 | 0.68 | 2.1 |
| Overtime and premium[4] ............... | 0.67 | 2.0 | 0.55 | 2.1 | 0.57 | 1.6 | 0.19 | 0.6 |
| Shift differentials ................................. | 0.05 | 0.1 | 0.08 | 0.3 | 0.08 | 0.2 | 0.06 | 0.2 |
| Nonproduction bonuses ................... | 0.25 | 0.7 | 0.31 | 1.2 | 0.76 | 2.1 | 0.43 | 1.4 |
| Insurance ................................. | 3.19 | 9.4 | 2.99 | 11.2 | 3.46 | 9.5 | 2.79 | 8.9 |
| Life ................................. | 0.04 | 0.1 | 0.04 | 0.1 | 0.07 | 0.2 | 0.04 | 0.1 |
| Health ................................. | 3.03 | 8.9 | 2.83 | 10.6 | 3.25 | 8.9 | 2.66 | 8.5 |
| Short-term disability ................... | 0.08 | 0.2 | 0.06 | 0.2 | 0.08 | 0.2 | 0.05 | 0.1 |
| Long-term disability ..................... | 0.04 | 0.1 | 0.07 | 0.3 | 0.05 | 0.1 | 0.04 | 0.1 |
| Retirement and savings ................................. | 2.17 | 6.4 | 1.10 | 4.1 | 1.95 | 5.4 | 1.62 | 5.2 |
| Defined benefit ................................. | 1.59 | 4.7 | 0.64 | 2.4 | 1.12 | 3.1 | 1.05 | 3.3 |
| Defined contribution ..................... | 0.58 | 1.7 | 0.46 | 1.7 | 0.83 | 2.3 | 0.57 | 1.8 |
| Legally required benefits ................................. | 3.25 | 9.5 | 2.53 | 9.4 | 3.12 | 8.6 | 2.36 | 7.5 |
| Social Security and Medicare ............... | 1.90 | 5.6 | 1.50 | 5.6 | 2.05 | 5.6 | 1.74 | 5.5 |
| Social Security[7] ................... | 1.54 | 4.5 | 1.21 | 4.5 | 1.65 | 4.5 | 1.39 | 4.4 |
| Medicare ................................. | 0.37 | 1.1 | 0.29 | 1.1 | 0.40 | 1.1 | 0.36 | 1.1 |
| Federal unemployment insurance ........... | 0.03 | 0.1 | 0.04 | 0.1 | 0.03 | 0.1 | 0.03 | 0.1 |
| State unemployment insurance ............ | 0.27 | 0.8 | 0.23 | 0.9 | 0.27 | 0.8 | 0.19 | 0.6 |
| Workers' compensation ................... | 1.04 | 3.1 | 0.76 | 2.8 | 0.76 | 2.1 | 0.39 | 1.3 |

[1] Includes workers in the private nonfarm economy excluding households and the public sector excluding the Federal government.
[2] Includes mining, construction, and manufacturing. The agriculture, forestry, farming, and hunting sector is excluded.
[3] Includes utilities; wholesale trade; retail trade; transportation and warehousing; information; finance and insurance; real estate and rental and leasing; professional and technical services; management of companies and enterprises; administrative and waste services; educational services;  health care and social assistance; arts, entertainment and recreation; accommodation and food services; other services, except public administration; and

public administration.
[4] Includes premium pay for work in addition to the regular work schedule (such as overtime, weekends, and holidays).
[5] Cost per hour worked is $0.01 or less.
[6] Less than .05 percent.
[7] Comprises the Old-Age, Survivors, and Disability Insurance (OASDI) program.

Note: The sum of individual items may not equal totals due to rounding.

$$\frac{2.36 + 1.62}{21.79} = 18.26\%$$

#11

National Vital Statistics Reports, Vol. 63, No. 7, November 6, 2014     31

## Table 12. Life table for Hispanic females: United States, 2010

*Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/63_07/Table12.xlsx*

| Age | Probability of dying between ages x to x+1 q(x) | Number surviving to age x l(x) | Number dying between ages x to x+1 d(x) | Person-years lived between ages x to x+1 L(x) | Total number of person-years lived above age x T(x) | Expectation of life at age x e(x) |
|---|---|---|---|---|---|---|
| 0-1 | 0.004729 | 100,000 | 473 | 99,588 | 8,382,303 | 83.8 |
| 1-2 | 0.000354 | 99,527 | 35 | 99,510 | 8,282,715 | 83.2 |
| 2-3 | 0.000194 | 99,492 | 19 | 99,482 | 8,183,206 | 82.2 |
| 3-4 | 0.000153 | 99,473 | 15 | 99,465 | 8,083,724 | 81.3 |
| 4-5 | 0.000111 | 99,457 | 11 | 99,452 | 7,984,259 | 80.3 |
| 5-6 | 0.000096 | 99,446 | 10 | 99,442 | 7,884,807 | 79.3 |
| 6-7 | 0.000079 | 99,437 | 8 | 99,433 | 7,785,365 | 78.3 |
| 7-8 | 0.000069 | 99,429 | 7 | 99,425 | 7,685,932 | 77.3 |
| 8-9 | 0.000066 | 99,422 | 7 | 99,419 | 7,586,507 | 76.3 |
| 9-10 | 0.000068 | 99,416 | 7 | 99,412 | 7,487,088 | 75.3 |
| 10-11 | 0.000077 | 99,409 | 8 | 99,405 | 7,387,676 | 74.3 |
| 11-12 | 0.000089 | 99,401 | 9 | 99,397 | 7,288,271 | 73.3 |
| 12-13 | 0.000103 | 99,392 | 10 | 99,387 | 7,188,875 | 72.3 |
| 13-14 | 0.000118 | 99,382 | 12 | 99,376 | 7,089,488 | 71.3 |
| 14-15 | 0.000133 | 99,370 | 13 | 99,364 | 6,990,111 | 70.3 |
| 15-16 | 0.000149 | 99,357 | 15 | 99,350 | 6,890,748 | 69.4 |
| 16-17 | 0.000168 | 99,342 | 17 | 99,334 | 6,791,398 | 68.4 |
| 17-18 | 0.000188 | 99,325 | 19 | 99,316 | 6,692,064 | 67.4 |
| 18-19 | 0.000211 | 99,307 | 21 | 99,296 | 6,592,748 | 66.4 |
| 19-20 | 0.000236 | 99,286 | 23 | 99,274 | 6,493,452 | 65.4 |
| 20-21 | 0.000265 | 99,262 | 26 | 99,249 | 6,394,178 | 64.4 |
| 21-22 | 0.000293 | 99,236 | 29 | 99,222 | 6,294,929 | 63.4 |
| 22-23 | 0.000313 | 99,207 | 31 | 99,192 | 6,195,707 | 62.5 |
| 23-24 | 0.000323 | 99,176 | 32 | 99,160 | 6,096,515 | 61.5 |
| 24-25 | 0.000323 | 99,144 | 32 | 99,128 | 5,997,355 | 60.5 |
| 25-26 | 0.000323 | 99,112 | 32 | 99,096 | 5,898,227 | 59.5 |
| 26-27 | 0.000325 | 99,080 | 32 | 99,064 | 5,799,131 | 58.5 |
| 27-28 | 0.000328 | 99,048 | 33 | 99,031 | 5,700,068 | 57.5 |
| 28-29 | 0.000333 | 99,015 | 33 | 98,999 | 5,601,036 | 56.6 |
| 29-30 | 0.000341 | 98,982 | 34 | 98,965 | 5,502,037 | 55.6 |
| 30-31 | 0.000349 | 98,949 | 35 | 98,931 | 5,403,072 | 54.6 |
| 31-32 | 0.000361 | 98,914 | 36 | 98,896 | 5,304,141 | 53.6 |
| 32-33 | 0.000382 | 98,878 | 38 | 98,859 | 5,205,245 | 52.6 |
| 33-34 | 0.000415 | 98,841 | 41 | 98,820 | 5,106,385 | 51.7 |
| 34-35 | 0.000459 | 98,800 | 45 | 98,777 | 5,007,565 | 50.7 |
| 35-36 | 0.000510 | 98,754 | 50 | 98,729 | 4,908,788 | 49.7 |
| 36-37 | 0.000565 | 98,704 | 56 | 98,676 | 4,810,059 | 48.7 |
| 37-38 | 0.000622 | 98,648 | 61 | 98,617 | 4,711,383 | 47.8 |
| 38-39 | 0.000680 | 98,587 | 67 | 98,553 | 4,612,766 | 46.8 |
| 39-40 | 0.000742 | 98,520 | 73 | 98,483 | 4,514,212 | 45.8 |
| 40-41 | 0.000809 | 98,447 | 80 | 98,407 | 4,415,729 | 44.9 |
| 41-42 | 0.000888 | 98,367 | 87 | 98,323 | 4,317,322 | 43.9 |
| 42-43 | 0.000988 | 98,280 | 97 | 98,231 | 4,218,999 | 42.9 |
| 43-44 | 0.001115 | 98,183 | 109 | 98,128 | 4,120,768 | 42.0 |
| 44-45 | 0.001261 | 98,073 | 124 | 98,011 | 4,022,640 | 41.0 |
| 45-46 | 0.001417 | 97,949 | 139 | 97,880 | 3,924,628 | 40.1 |
| 46-47 | 0.001577 | 97,811 | 154 | 97,734 | 3,826,748 | 39.1 |
| 47-48 | 0.001744 | 97,656 | 170 | 97,571 | 3,729,015 | 38.2 |
| 48-49 | 0.001921 | 97,486 | 187 | 97,393 | 3,631,443 | 37.3 |
| 49-50 | 0.002107 | 97,299 | 205 | 97,196 | 3,534,051 | 36.3 |
| 50-51 | 0.002316 | 97,094 | 225 | 96,981 | 3,436,854 | 35.4 |
| 51-52 | 0.002536 | 96,869 | 246 | 96,746 | 3,339,873 | 34.5 |
| 52-53 | 0.002738 | 96,623 | 265 | 96,491 | 3,243,127 | 33.6 |
| 53-54 | 0.002903 | 96,359 | 280 | 96,219 | 3,146,636 | 32.7 |
| 54-55 | 0.003045 | 96,079 | 293 | 95,933 | 3,050,417 | 31.7 |
| 55-56 | 0.003182 | 95,787 | 305 | 95,634 | 2,954,484 | 30.8 |
| 56-57 | 0.003353 | 95,482 | 320 | 95,322 | 2,858,850 | 29.9 |
| 57-58 | 0.003588 | 95,162 | 341 | 94,991 | 2,763,528 | 29.0 |
| 58-59 | 0.003919 | 94,820 | 372 | 94,634 | 2,668,537 | 28.1 |
| 59-60 | 0.004335 | 94,449 | 409 | 94,244 | 2,573,903 | 27.3 |
| 60-61 | 0.004807 | 94,039 | 452 | 93,813 | 2,479,659 | 26.4 |
| 61-62 | 0.005310 | 93,587 | 497 | 93,339 | 2,385,846 | 25.5 |

(38-L85)

**Table 12. Life table for Hispanic females: United States, 2010—Con.**

*Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/63_07/Table12.xlsx*

| Age | Probability of dying between ages x to x+1<br>q(x) | Number surviving to age x<br>l(x) | Number dying between ages x to x+1<br>d(x) | Person-years lived between ages x to x+1<br>L(x) | Total number of person-years lived above age x<br>T(x) | Expectation of life at age x<br>e(x) |
|---|---|---|---|---|---|---|
| 62-63 . . . . . . . . . . . . . . . . . . . . | 0.005849 | 93,090 | 545 | 92,818 | 2,292,508 | 24.6 |
| 63-64 . . . . . . . . . . . . . . . . . . . . | 0.006423 | 92,546 | 594 | 92,248 | 2,199,690 | 23.8 |
| 64-65 . . . . . . . . . . . . . . . . . . . . | 0.007047 | 91,951 | 648 | 91,627 | 2,107,441 | 22.9 |
| 65-66 . . . . . . . . . . . . . . . . . . . . | 0.007772 | 91,303 | 710 | 90,948 | 2,015,814 | 22.1 |
| 66-67 . . . . . . . . . . . . . . . . . . . . | 0.008601 | 90,594 | 779 | 90,204 | 1,924,866 | 21.2 |
| 67-68 . . . . . . . . . . . . . . . . . . . . | 0.009477 | 89,814 | 851 | 89,389 | 1,834,662 | 20.4 |
| 68-69 . . . . . . . . . . . . . . . . . . . . | 0.010353 | 88,963 | 921 | 88,503 | 1,745,273 | 19.6 |
| 69-70 . . . . . . . . . . . . . . . . . . . . | 0.011237 | 88,042 | 989 | 87,547 | 1,656,771 | 18.8 |
| 70-71 . . . . . . . . . . . . . . . . . . . . | 0.012156 | 87,053 | 1,058 | 86,524 | 1,569,223 | 18.0 |
| 71-72 . . . . . . . . . . . . . . . . . . . . | 0.013203 | 85,995 | 1,135 | 85,427 | 1,482,699 | 17.2 |
| 72-73 . . . . . . . . . . . . . . . . . . . . | 0.014462 | 84,859 | 1,227 | 84,246 | 1,397,272 | 16.5 |
| 73-74 . . . . . . . . . . . . . . . . . . . . | 0.016023 | 83,632 | 1,340 | 82,962 | 1,313,027 | 15.7 |
| 74-75 . . . . . . . . . . . . . . . . . . . . | 0.017892 | 82,292 | 1,472 | 81,556 | 1,230,065 | 14.9 |
| 75-76 . . . . . . . . . . . . . . . . . . . . | 0.019943 | 80,820 | 1,612 | 80,014 | 1,148,509 | 14.2 |
| 76-77 . . . . . . . . . . . . . . . . . . . . | 0.022163 | 79,208 | 1,755 | 78,330 | 1,068,495 | 13.5 |
| 77-78 . . . . . . . . . . . . . . . . . . . . | 0.024689 | 77,452 | 1,912 | 76,496 | 990,165 | 12.8 |
| 78-79 . . . . . . . . . . . . . . . . . . . . | 0.027586 | 75,540 | 2,084 | 74,498 | 913,669 | 12.1 |
| 79-80 . . . . . . . . . . . . . . . . . . . . | 0.030762 | 73,456 | 2,260 | 72,326 | 839,171 | 11.4 |
| 80-81 . . . . . . . . . . . . . . . . . . . . | 0.034114 | 71,197 | 2,429 | 69,982 | 766,844 | 10.8 |
| 81-82 . . . . . . . . . . . . . . . . . . . . | 0.037966 | 68,768 | 2,611 | 67,462 | 696,862 | 10.1 |
| 82-83 . . . . . . . . . . . . . . . . . . . . | 0.042470 | 66,157 | 2,810 | 64,752 | 629,400 | 9.5 |
| 83-84 . . . . . . . . . . . . . . . . . . . . | 0.047749 | 63,347 | 3,025 | 61,835 | 564,648 | 8.9 |
| 84-85 . . . . . . . . . . . . . . . . . . . . | 0.054184 | 60,323 | 3,269 | 58,688 | 502,813 | 8.3 |
| 85-86 . . . . . . . . . . . . . . . . . . . . | 0.061104 | 57,054 | 3,486 | 55,311 | 444,125 | 7.8 |
| 86-87 . . . . . . . . . . . . . . . . . . . . | 0.069014 | 53,568 | 3,697 | 51,719 | 388,814 | 7.3 |
| 87-88 . . . . . . . . . . . . . . . . . . . . | 0.077805 | 49,871 | 3,880 | 47,931 | 337,094 | 6.8 |
| 88-89 . . . . . . . . . . . . . . . . . . . . | 0.087538 | 45,991 | 4,026 | 43,978 | 289,164 | 6.3 |
| 89-90 . . . . . . . . . . . . . . . . . . . . | 0.098268 | 41,965 | 4,124 | 39,903 | 245,186 | 5.8 |
| 90-91 . . . . . . . . . . . . . . . . . . . . | 0.110042 | 37,841 | 4,164 | 35,759 | 205,283 | 5.4 |
| 91-92 . . . . . . . . . . . . . . . . . . . . | 0.122896 | 33,677 | 4,139 | 31,607 | 169,524 | 5.0 |
| 92-93 . . . . . . . . . . . . . . . . . . . . | 0.136851 | 29,538 | 4,042 | 27,517 | 137,917 | 4.7 |
| 93-94 . . . . . . . . . . . . . . . . . . . . | 0.151910 | 25,496 | 3,873 | 23,559 | 110,400 | 4.3 |
| 94-95 . . . . . . . . . . . . . . . . . . . . | 0.168054 | 21,623 | 3,634 | 19,806 | 86,840 | 4.0 |
| 95-96 . . . . . . . . . . . . . . . . . . . . | 0.185241 | 17,989 | 3,332 | 16,323 | 67,034 | 3.7 |
| 96-97 . . . . . . . . . . . . . . . . . . . . | 0.203404 | 14,657 | 2,981 | 13,166 | 50,712 | 3.5 |
| 97-98 . . . . . . . . . . . . . . . . . . . . | 0.222448 | 11,675 | 2,597 | 10,377 | 37,546 | 3.2 |
| 98-99 . . . . . . . . . . . . . . . . . . . . | 0.242253 | 9,078 | 2,199 | 7,979 | 27,169 | 3.0 |
| 99-100 . . . . . . . . . . . . . . . . . . . . | 0.262676 | 6,879 | 1,807 | 5,976 | 19,190 | 2.8 |
| 100 and over . . . . . . . . . . . . . . . . . . | 1.000000 | 5,072 | 5,072 | 13,215 | 13,215 | 2.6 |

Spreadsheet
file

Table 12. Life table for Hispanic females: United States, 2010

| Age | Probability of dying between ages x to x+1 q(x) | Number surviving to age x l(x) | Number dying between ages x to x+1 d(x) | Person-years lived between ages x to x+1 L(x) | Total number of person-years lived above age x T(x) | Expectation of life at age x e(x) |
|---|---|---|---|---|---|---|
| 0-1 | 0.004729 | 100,000 | 473 | 99,588 | 8,382,303 | 83.8 |
| 1-2 | 0.000354 | 99,527 | 35 | 99,510 | 8,282,715 | 83.2 |
| 2-3 | 0.000194 | 99,492 | 19 | 99,482 | 8,183,206 | 82.2 |
| 3-4 | 0.000153 | 99,473 | 15 | 99,465 | 8,083,724 | 81.3 |
| 4-5 | 0.000111 | 99,457 | 11 | 99,452 | 7,984,259 | 80.3 |
| 5-6 | 0.000096 | 99,446 | 10 | 99,442 | 7,884,807 | 79.3 |
| 6-7 | 0.000079 | 99,437 | 8 | 99,433 | 7,785,365 | 78.3 |
| 7-8 | 0.000069 | 99,429 | 7 | 99,425 | 7,685,932 | 77.3 |
| 8-9 | 0.000066 | 99,422 | 7 | 99,419 | 7,586,507 | 76.3 |
| 9-10 | 0.000068 | 99,416 | 7 | 99,412 | 7,487,088 | 75.3 |
| 10-11 | 0.000077 | 99,409 | 8 | 99,405 | 7,387,676 | 74.3 |
| 11-12 | 0.000089 | 99,401 | 9 | 99,397 | 7,288,271 | 73.3 |
| 12-13 | 0.000103 | 99,392 | 10 | 99,387 | 7,188,875 | 72.3 |
| 13-14 | 0.000118 | 99,382 | 12 | 99,376 | 7,089,488 | 71.3 |
| 14-15 | 0.000133 | 99,370 | 13 | 99,364 | 6,990,111 | 70.3 |
| 15-16 | 0.000149 | 99,357 | 15 | 99,350 | 6,890,748 | 69.4 |
| 16-17 | 0.000168 | 99,342 | 17 | 99,334 | 6,791,398 | 68.4 |
| 17-18 | 0.000188 | 99,325 | 19 | 99,316 | 6,692,064 | 67.4 |
| 18-19 | 0.000211 | 99,307 | 21 | 99,296 | 6,592,748 | 66.4 |
| 19-20 | 0.000236 | 99,286 | 23 | 99,274 | 6,493,452 | 65.4 |
| 20-21 | 0.000265 | 99,262 | 26 | 99,249 | 6,394,178 | 64.4 |
| 21-22 | 0.000293 | 99,236 | 29 | 99,222 | 6,294,929 | 63.4 |
| 22-23 | 0.000313 | 99,207 | 31 | 99,192 | 6,195,707 | 62.5 |
| 23-24 | 0.000323 | 99,176 | 32 | 99,160 | 6,096,515 | 61.5 |
| 24-25 | 0.000323 | 99,144 | 32 | 99,128 | 5,997,355 | 60.5 |
| 25-26 | 0.000323 | 99,112 | 32 | 99,096 | 5,898,227 | 59.5 |
| 26-27 | 0.000325 | 99,080 | 32 | 99,064 | 5,799,131 | 58.5 |
| 27-28 | 0.000328 | 99,048 | 33 | 99,031 | 5,700,068 | 57.5 |
| 28-29 | 0.000333 | 99,015 | 33 | 98,999 | 5,601,036 | 56.6 |
| 29-30 | 0.000341 | 98,982 | 34 | 98,965 | 5,502,037 | 55.6 |
| 30-31 | 0.000349 | 98,949 | 35 | 98,931 | 5,403,072 | 54.6 |
| 31-32 | 0.000361 | 98,914 | 36 | 98,896 | 5,304,141 | 53.6 |
| 32-33 | 0.000382 | 98,878 | 38 | 98,859 | 5,205,245 | 52.6 |
| 33-34 | 0.000415 | 98,841 | 41 | 98,820 | 5,106,385 | 51.7 |
| 34-35 | 0.000459 | 98,800 | 45 | 98,777 | 5,007,565 | 50.7 |
| 35-36 | 0.000510 | 98,754 | 50 | 98,729 | 4,908,788 | 49.7 |
| 36-37 | 0.000565 | 98,704 | 56 | 98,676 | 4,810,059 | 48.7 |
| 37-38 | 0.000622 | 98,648 | 61 | 98,617 | 4,711,383 | 47.8 |
| 38-39 | 0.000680 | 98,587 | 67 | 98,553 | 4,612,766 | 46.8 |
| 39-40 | 0.000742 | 98,520 | 73 | 98,483 | 4,514,212 | 45.8 |
| 40-41 | 0.000809 | 98,447 | 80 | 98,407 | 4,415,729 | 44.9 |
| 41-42 | 0.000888 | 98,367 | 87 | 98,323 | 4,317,322 | 43.9 |
| 42-43 | 0.000988 | 98,280 | 97 | 98,231 | 4,218,999 | 42.9 |
| 43-44 | 0.001115 | 98,183 | 109 | 98,128 | 4,120,768 | 42.0 |
| 44-45 | 0.001261 | 98,073 | 124 | 98,011 | 4,022,640 | 41.0 |
| 45-46 | 0.001417 | 97,949 | 139 | 97,880 | 3,924,628 | 40.1 |
| 46-47 | 0.001577 | 97,811 | 154 | 97,734 | 3,826,748 | 39.1 |
| **47-48** | **0.001744** | **97,656** | **170** | **97,571** | **3,729,015** | **38.18502** |
| 48-49 | 0.001921 | 97,486 | 187 | 97,393 | 3,631,443 | 37.3 |



# NEWS RELEASE



**#12**

BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

---

**For release 10:00 a.m. (EDT) Wednesday, June 18, 2014**        USDL-14-1137

Technical information: (202) 691-6339 • atusinfo@bls.gov • www.bls.gov/tus
Media contact:              (202) 691-5902 • PressOffice@bls.gov

## AMERICAN TIME USE SURVEY — 2013 RESULTS

On an average day in 2013, employed adults living in households with no children under age 18 engaged in leisure activities for 4.5 hours, about an hour more than employed adults living with a child under age 6, the U.S. Bureau of Labor Statistics reported today. Nearly everyone age 15 and over (95 percent) engaged in some sort of leisure activity, such as watching TV, socializing, or exercising.

These and other results from the American Time Use Survey (ATUS) were released today. These data include the average amount of time per day in 2013 that individuals worked, did household activities, and engaged in leisure and sports activities. Additionally, measures of the average time per day spent providing childcare—both as a primary (or main) activity and while doing other things—for the combined years 2009-13 are provided. For a further description of ATUS data and methodology, see the Technical Note.

**Working (by Employed Persons) in 2013**

- Employed persons worked an average of 7.6 hours on the days they worked. More hours were worked, on average, on weekdays than on weekend days—7.9 hours compared with 5.5 hours. (See table 4.)

- On the days they worked, employed men worked 53 minutes more than employed women. This difference partly reflects women's greater likelihood of working part time. However, even among full-time workers (those usually working 35 hours or more per week), men worked longer than women—8.3 hours compared with 7.7 hours. (See table 4.)

- Many more people worked on weekdays than on weekend days: 83 percent of employed persons worked on an average weekday, compared with 34 percent on an average weekend day.  (See table 4.)

- On the days they worked, 83 percent of employed persons did some or all of their work at their workplace and 23 percent did some or all of their work at home. They spent more time working at the workplace than at home—7.9 hours compared with 3.0 hours. (See table 6.)

- Multiple jobholders were more likely to work on an average day than were single jobholders—77 percent compared with 67 percent. (For a definition of average day, see the Technical Note.) Multiple jobholders also were more likely to work at home than were single jobholders—31 percent compared with 22 percent. (See table 6.)

Table 3. Time spent in primary activities [1] for the civilian population by age, sex, race, Hispanic or Latino ethnicity, marital status, and educational attainment, 2013 annual averages

| Characteristic | Average hours per day spent in primary activities [2] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Personal care activities | Eating and drinking | Household activities | Purchasing goods and services | Caring for and helping household members | Caring for and helping non-household members | Working and work-related activities | Education-al activities | Organiza-tional, civic, and religious activities | Leisure and sports | Telephone calls, mail, and e-mail | Other activities, not elsewhere classified |
| Total, 15 years and over | 9.54 | 1.23 | 1.78 | 0.75 | 0.53 | 0.19 | 3.46 | 0.48 | 0.32 | 5.26 | 0.15 | 0.31 |
| 15 to 19 years | 10.49 | 1.04 | .75 | .50 | .15 | .18 | 1.05 | 3.41 | .28 | 5.61 | .20 | .34 |
| 20 to 24 years | 9.91 | 1.21 | .94 | .64 | .40 | .18 | 3.66 | 1.06 | .21 | 5.22 | .10 | .47 |
| 25 to 34 years | 9.39 | 1.21 | 1.53 | .76 | 1.04 | .14 | 4.65 | .41 | .21 | 4.30 | .09 | .27 |
| 35 to 44 years | 9.27 | 1.16 | 1.85 | .76 | 1.15 | .13 | 4.82 | .09 | .27 | 4.12 | .10 | .26 |
| 45 to 54 years | 9.33 | 1.16 | 1.97 | .76 | .47 | .22 | 4.66 | .06 | .33 | 4.65 | .13 | .27 |
| 55 to 64 years | 9.32 | 1.26 | 2.14 | .78 | .19 | .24 | 3.62 | .01 | .30 | 5.70 | .17 | .29 |
| 65 to 74 years | 9.37 | 1.41 | 2.45 | .82 | .13 | .34 | 1.15 | .02 | .56 | 7.13 | .24 | .37 |
| 75 years and over | 10.13 | 1.46 | 2.24 | .87 | .06 | .13 | .39 | ~0 | .60 | 7.48 | .26 | .35 |
| Men, 15 years and over | 9.31 | 1.26 | 1.34 | .63 | .36 | .17 | 4.20 | .47 | .29 | 5.61 | .10 | .27 |
| 15 to 19 years | 10.47 | 1.00 | .75 | .44 | .12 | .11 | 1.13 | 3.09 | .25 | 6.19 | .14 | (3) |
| 20 to 24 years | 9.48 | 1.22 | .66 | .44 | .10 | .17 | 4.42 | 1.13 | .20 | 5.63 | .08 | (3) |
| 25 to 34 years | 9.07 | 1.27 | 1.08 | .64 | .54 | .13 | 5.55 | (3) | .18 | 4.84 | .06 | .16 |
| 35 to 44 years | 8.97 | 1.23 | 1.33 | .66 | .88 | .17 | 5.88 | .05 | .24 | 4.33 | .05 | .21 |
| 45 to 54 years | 9.09 | 1.19 | 1.45 | .64 | .38 | .19 | 5.37 | .05 | .29 | 4.98 | .08 | .28 |
| 55 to 64 years | 9.21 | 1.27 | 1.69 | .65 | .14 | .14 | 4.34 | ~0 | .22 | 5.89 | .13 | .30 |
| 65 to 74 years | 9.22 | 1.48 | 2.08 | .71 | .12 | .31 | 1.49 | ~0 | .60 | 7.57 | .14 | .28 |
| 75 years and over | 9.91 | 1.56 | 1.56 | .82 | .07 | .12 | .79 | (3) | .54 | 8.13 | .18 | .31 |
| Women, 15 years and over | 9.76 | 1.20 | 2.19 | .86 | .69 | .22 | 2.77 | .48 | .36 | 4.94 | .19 | .35 |
| 15 to 19 years | 10.52 | 1.08 | .75 | .56 | .19 | .25 | .96 | 3.74 | .30 | 5.01 | .27 | .38 |
| 20 to 24 years | 10.35 | 1.20 | 1.23 | .83 | .69 | .19 | 2.91 | .98 | .22 | 4.82 | .11 | (3) |
| 25 to 34 years | 9.71 | 1.16 | 1.97 | .88 | 1.53 | .15 | 3.76 | .34 | .23 | 3.77 | .12 | .37 |
| 35 to 44 years | 9.57 | 1.10 | 2.35 | .87 | 1.41 | .09 | 3.80 | .14 | .30 | 3.92 | .14 | .32 |
| 45 to 54 years | 9.56 | 1.13 | 2.47 | .88 | .54 | .25 | 3.98 | .06 | .37 | 4.33 | .18 | .26 |
| 55 to 64 years | 9.41 | 1.25 | 2.55 | .90 | .23 | .33 | 2.95 | ~0 | .37 | 5.52 | .20 | .28 |
| 65 to 74 years | 9.51 | 1.35 | 2.77 | .92 | .13 | .37 | .86 | ~0 | .53 | 6.75 | .33 | .45 |
| 75 years and over | 10.29 | 1.40 | 2.71 | .91 | .06 | .13 | .11 | ~0 | .64 | 7.03 | .32 | .38 |
| White, 15 years and over | 9.48 | 1.26 | 1.85 | .76 | .53 | .20 | 3.51 | .45 | .30 | 5.21 | .15 | .30 |
| Men | 9.26 | 1.30 | 1.40 | .63 | .37 | .18 | 4.30 | .47 | .26 | 5.47 | .10 | .25 |
| Women | 9.69 | 1.23 | 2.28 | .88 | .68 | .22 | 2.75 | .43 | .34 | 4.95 | .19 | .35 |

See footnotes at end of table.

**Table 3. Time spent in primary activities [1] for the civilian population by age, sex, race, Hispanic or Latino ethnicity, marital status, and educational attainment, 2013 annual averages — Continued**

| Characteristic | Average hours per day spent in primary activities [2] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Personal care activities | Eating and drinking | Household activities | Purchasing goods and services | Caring for and helping household members | Caring for and helping non-household members | Working and work-related activities | Education-al activities | Organizational, civic, and religious activities | Leisure and sports | Telephone calls, mail, and e-mail | Other activities, not elsewhere classified |
| Black or African American, 15 years and over | 9.93 | 0.91 | 1.28 | 0.67 | 0.43 | 0.19 | 3.08 | 0.48 | 0.47 | 6.00 | 0.15 | 0.41 |
| Men | 9.52 | .95 | .90 | .59 | .20 | .14 | 3.32 | .47 | .51 | 6.87 | .08 | ( [3] ) |
| Women | 10.27 | .88 | 1.60 | .74 | .62 | .23 | 2.89 | .50 | .43 | 5.26 | .21 | .38 |
| Hispanic or Latino ethnicity, 15 years and over | 9.94 | 1.19 | 1.80 | .73 | .67 | .13 | 3.48 | .69 | .30 | 4.61 | .11 | .35 |
| Men | 9.76 | 1.16 | 1.13 | .62 | .45 | .10 | 4.59 | .53 | .32 | 4.90 | .09 | .34 |
| Women | 10.12 | 1.22 | 2.46 | .84 | .89 | .16 | 2.36 | .85 | .28 | 4.32 | .13 | .36 |
| Marital status and sex: | | | | | | | | | | | | |
| Married, spouse present | 9.29 | 1.31 | 2.07 | .78 | .74 | .17 | 3.88 | .07 | .37 | 4.89 | .13 | .29 |
| Men | 9.08 | 1.33 | 1.53 | .66 | .55 | .15 | 4.81 | .07 | .34 | 5.17 | .08 | .23 |
| Women | 9.50 | 1.29 | 2.63 | .90 | .95 | .19 | 2.93 | .08 | .41 | 4.61 | .17 | .34 |
| Other marital statuses | 9.81 | 1.14 | 1.46 | .71 | .30 | .22 | 3.02 | .91 | .27 | 5.65 | .17 | .33 |
| Men | 9.57 | 1.18 | 1.12 | .59 | .14 | .19 | 3.48 | .95 | .23 | 6.12 | .12 | .32 |
| Women | 10.02 | 1.10 | 1.76 | .81 | .44 | .25 | 2.62 | .87 | .31 | 5.25 | .21 | .35 |
| Educational attainment, 25 years and over: | | | | | | | | | | | | |
| Less than a high school diploma | 9.88 | 1.11 | 2.17 | .57 | .57 | .18 | 2.46 | ~0 | .35 | 6.29 | .08 | .34 |
| High school graduates, no college | 9.54 | 1.19 | 2.15 | .77 | .44 | .23 | 3.24 | .04 | .30 | 5.69 | .14 | .26 |
| Some college or associate degree | 9.39 | 1.19 | 1.91 | .81 | .61 | .20 | 3.78 | .23 | .31 | 5.10 | .15 | .31 |
| Bachelor's degree and higher | 9.15 | 1.39 | 1.79 | .84 | .69 | .17 | 4.40 | .14 | .40 | 4.57 | .18 | .29 |

[1] A primary activity refers to an individual's main activity. Other activities done simultaneously are not included.
[2] All major activity categories include related travel time. See Technical Note for activity category definitions.
[3] Estimate is suppressed because it does not meet the American Time Use Survey publication standards.
~0 Estimate is approximately zero.
NOTE: Unless otherwise specified, data refer to persons 15 years and over. Persons of Hispanic or Latino ethnicity may be of any race.

substantial lag since ATUS data and estimates are published during the year following data collection.

*Household children.* Household children are children under age 18 residing in the household of the ATUS respondent. The children may be related to the respondent (such as his or her own children, grandchildren, nieces or nephews, or siblings) or not related (such as foster children or children of roommates).

*Primary activity.* A primary activity is the main activity a respondent was doing at a specified time. With the exception of secondary childcare in table 10, the estimates presented in this release reflect time spent in primary activities only.

*Secondary activities.* A secondary (or simultaneous) activity is an activity done at the same time as a primary activity. With the exception of the care of children under age 13, information on secondary activities is not systematically collected in the ATUS.

*Secondary childcare.* Secondary childcare is care for children under age 13 that is done while doing an activity other than primary childcare, such as cooking dinner. Secondary childcare estimates are derived by summing the durations of activities during which respondents had a household child or their own nonhousehold child under age 13 in their care while doing activities other than primary childcare. It is restricted to times the respondent was awake. Secondary childcare time for household children is further restricted to the time between when the first household child under age 13 woke up and the last household child under age 13 went to bed. If respondents report providing both primary and secondary care at the same time, the time is attributed to primary care only.

*Weekday, weekend, and holiday estimates.* Estimates for weekdays are an average of reports about Monday through Friday. Estimates for weekend days and holidays are an average of reports about Saturdays, Sundays, and the following holidays: New Year's Day, Easter, Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day, and Christmas Day. Data were not collected about New Year's Day in 2012, Christmas Day in 2011, and the Fourth of July in 2010.

**Major activity category definitions**
The following definitions describe the activity categories shown in this report. All major time-use categories in tables 1-12 include related travel time and waiting time. For example, time spent "driving to the stadium" and time spent "waiting to get into the stadium to play ball" are included in Leisure and sports.

*Personal care activities.* Personal care activities include sleeping, grooming (such as bathing or dressing), health-related self-care, and personal or private activities. Receiving unpaid personal care from others (for example,

"my sister put polish on my nails") also is captured in this category. In general, respondents are not asked who they were with or where they were for personal care activities, as such information can be sensitive.

*Eating and drinking.* All time spent eating or drinking (except eating and drinking done as part of a work or volunteer activity), whether alone, with others, at home, at a place of purchase, or somewhere else, is classified here.

*Household activities.* Household activities are those done by persons to maintain their households. These include housework; cooking; lawn and garden care; pet care; vehicle maintenance and repair; home maintenance, repair, decoration, and renovation; and household management and organizational activities (such as filling out paperwork or planning a party). Food preparation, whether or not reported as done specifically for another household member, is always classified as a household activity unless it was done as a volunteer, work, or income-generating activity. For example, "making breakfast for my son" is coded as a household activity, not as childcare.

*Purchasing goods and services.* This category includes purchases of consumer goods, professional and personal care services, household services, and government services. Consumer purchases include most purchases and rentals of consumer goods, regardless of the mode or place of purchase or rental (in person, via telephone, over the Internet, at home, or in a store). Gasoline, grocery, other food purchases, and all other shopping are further broken out in subcategories.
Time spent obtaining, receiving, and purchasing professional and personal care services provided by someone else also is classified in this category. Professional services include childcare, financial services and banking, legal services, medical and adult care services, real estate services, and veterinary services. Personal care services include day spas, hair salons and barbershops, nail salons, and tanning salons. Activities classified here include time spent paying, meeting with, or talking to service providers, as well as time spent receiving the service or waiting to receive the service.
Time spent arranging for and purchasing household services provided by someone else also is classified here. Household services include housecleaning; cooking; lawn care and landscaping; pet care; tailoring, laundering, and dry cleaning; vehicle maintenance and repairs; and home repairs, maintenance, and construction.
This category also captures the time spent obtaining government services—such as applying for food stamps—and purchasing government-required licenses or paying fines or fees.

*Caring for and helping household members.* Time spent doing activities to care for or help any child (under age 18) or adult in the household, regardless of relationship to the respondent or the physical or mental health status of the person being helped, is classified here. Caring for and helping activities for household children and adults are coded separately in subcategories.

Primary childcare activities include time spent providing physical care; playing with children; reading to children; assistance with homework; attending children's events; taking care of children's health needs; and dropping off, picking up, and waiting for children. Passive childcare done as a primary activity (such as "keeping an eye on my son while he swam in the pool") also is included. A child's presence during the activity is not enough in itself to classify the activity as childcare. For example, "watching television with my child" is coded as a leisure activity, not as childcare.

Secondary childcare occurs when persons have a child under age 13 "in their care" while doing activities other than primary childcare. For a complete definition, see the Concepts and definitions section of this Technical Note.

Caring for and helping household members also includes a range of activities done to benefit adult members of households, such as providing physical and medical care or obtaining medical services. Doing something as a favor for or helping another household adult does not automatically result in classification as a helping activity. For example, a report of "helping my spouse cook dinner" is considered a household activity (food preparation), not a helping activity, because cooking dinner benefits the household as a whole. By contrast, doing paperwork for another person usually benefits the individual, so a report of "filling out an insurance application for my spouse" is considered a helping activity.

*Caring for and helping nonhousehold members.* Caring for and helping nonhousehold members includes activities persons do to care for or help those—either children (under age 18) or adults—who do not live with them. When done for or through an organization, time spent helping nonhousehold members is classified as volunteering, rather than as helping nonhousehold members. Care of nonhousehold children, even when done as a favor or helping activity for another adult, is always classified as caring for and helping nonhousehold children, not as helping another adult.

*Working and work-related activities.* This category includes time spent working, doing activities as part of one's job, engaging in income-generating activities (not as part of one's job), and job search activities. "Working" includes hours spent doing the specific tasks required of one's main or other job, regardless of location or time of day. "Work-related activities" include activities that are not obviously work but are done as part of one's job, such as having a business lunch or playing golf with clients. "Other income-generating activities" are those done "on the side" or under informal arrangement and are not part of a regular job. Such activities might include selling homemade crafts, babysitting, maintaining a rental property, or having a yard sale, and are those that persons "are paid for or will be paid for."

Travel time related to working and work-related activities includes time spent traveling to and from work, as well as time spent traveling for work-related, income-generating, and job search activities.

*Educational activities.* Educational activities include taking classes (including Internet and other distance-learning courses) for a degree as well as for personal interest; doing research and homework; and taking care of administrative tasks related to education, such as registering for classes or obtaining a school ID. For high school students, before- and after-school extracurricular activities (except sports) also are classified as educational activities. Educational activities do not include time spent for classes or training received as part of a job. Time spent helping others with their education-related activities is classified in the Caring for and helping categories.

*Organizational, civic, and religious activities.* This category captures time spent volunteering for or through an organization, performing civic obligations, and participating in religious and spiritual activities. Civic obligations include government-required duties, such as serving jury duty or appearing in court, and activities that assist or influence government processes, such as voting or attending town hall meetings. Religious activities include those normally associated with membership in or identification with specific religions or denominations, such as attending religious services; participating in choirs, youth groups, orchestras, or unpaid teaching (unless identified as volunteer activities); and engaging in personal religious practices, such as praying.

*Leisure and sports.* The leisure and sports category includes sports, exercise, and recreation; socializing and communicating; and other leisure activities. Sports, exercise, and recreation activities include participating in—as well as attending or watching—sports, exercise, and recreational activities. Recreational activities are leisure activities that are active in nature, such as yard games like croquet or horseshoes. Socializing and communicating includes face-to-face social communication and hosting or attending social functions. Leisure activities include watching television; reading; relaxing or thinking; playing computer, board, or card games; using a computer or the Internet for personal interest; playing or listening to music; and other activities, such as attending arts, cultural, and entertainment events.

*Telephone calls, mail, and e-mail.* This category captures telephone communication and handling household or personal mail or e-mail. This category also includes texting and Internet voice and video calling. Telephone and Internet purchases are classified in Purchasing goods and services. Telephone calls, mail, or e-mail identified as related to work or volunteering are classified as work or volunteering.

*Other activities, not elsewhere classified.* This residual category includes security procedures related to traveling, traveling not associated with a specific activity category, ambiguous activities that could not be coded, and missing activities. Missing activities result when respondents did not remember what they did for a period of time, or when they considered an activity too private or personal to report.



Average Daily Hours Spent in Household Work, Men and Women, 2013[1]

| Characteristic | Col 1 Personal care activities | Col 2 Eating and drinking | Col 3 Household activities | Col 4 Purchasing goods and services | Col 5 Caring for and helping household members | Col 6 Caring for and helping non-household members | Col 7 Working and work-related activities | Col 8 Educational activities | Col 9 Organizational, civic, and religious activities | Col 10 Leisure and sports | Col 11 Telephone calls, mail, and e-mail | Col 12 Other activities, not elsewhere classified | Col 13 Daily Household Hours (Sum, Cols 3-6) | Col 14 Annual Household Hours (Col 13 x 365) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Average hours per day spent in primary activities | | | | | | | | |
| Men, 15 years and over | 9.31 | 1.26 | 1.34 | 0.63 | 0.36 | 0.17 | 4.20 | 0.47 | 0.29 | 5.61 | 0.10 | 0.27 | 2.50 | 912.50 |
| 15 to 19 years | 10.47 | 1.00 | 0.75 | 0.44 | 0.12 | 0.11 | 1.13 | 3.09 | 0.25 | 6.19 | 0.14 | na | 1.42 | 518.30 |
| 20 to 24 years | 9.48 | 1.22 | 0.66 | 0.44 | 0.10 | 0.17 | 4.42 | 1.13 | 0.20 | 5.63 | 0.08 | na | 1.37 | 500.05 |
| 25 to 34 years | 9.07 | 1.27 | 1.08 | 0.64 | 0.54 | 0.13 | 5.55 | (3.00) | 0.18 | 4.84 | 0.06 | 0.16 | 2.39 | 872.35 |
| 35 to 44 years | 8.97 | 1.23 | 1.33 | 0.66 | 0.88 | 0.17 | 5.88 | 0.05 | 0.24 | 4.33 | 0.05 | 0.21 | 3.04 | 1,109.60 |
| 45 to 54 years | 9.09 | 1.19 | 1.45 | 0.64 | 0.38 | 0.19 | 5.37 | 0.05 | 0.29 | 4.98 | 0.08 | 0.28 | 2.66 | 970.90 |
| 55 to 64 years | 9.21 | 1.27 | 1.69 | 0.65 | 0.14 | 0.14 | 4.34 | na | 0.22 | 5.89 | 0.13 | 0.30 | 2.62 | 956.30 |
| 65 to 74 years | 9.22 | 1.48 | 2.08 | 0.71 | 0.12 | 0.31 | 1.49 | na | 0.60 | 7.57 | 0.14 | 0.28 | 3.22 | 1,175.30 |
| 75 years and over | 9.91 | 1.56 | 1.56 | 0.82 | 0.07 | 0.12 | 0.79 | na | 0.54 | 8.13 | 0.18 | 0.31 | 2.57 | 938.05 |
| Women, 15 years and over | 9.76 | 1.20 | 2.19 | 0.86 | 0.69 | 0.22 | 2.77 | 0.48 | 0.36 | 4.94 | 0.19 | 0.35 | 3.96 | 1,445.40 |
| 15 to 19 years | 10.52 | 1.08 | 0.75 | 0.56 | 0.19 | 0.25 | 0.96 | 3.74 | 0.30 | 5.01 | 0.27 | 0.38 | 1.75 | 638.75 |
| 20 to 24 years | 10.35 | 1.20 | 1.23 | 0.83 | 0.69 | 0.19 | 2.91 | 0.98 | 0.22 | 4.82 | 0.11 | na | 2.94 | 1,073.10 |
| 25 to 34 years | 9.71 | 1.16 | 1.97 | 0.88 | 1.53 | 0.15 | 3.76 | 0.34 | 0.23 | 3.77 | 0.12 | 0.37 | 4.53 | 1,653.45 |
| 35 to 44 years | 9.57 | 1.10 | 2.35 | 0.87 | 1.41 | 0.09 | 3.80 | 0.14 | 0.30 | 3.92 | 0.14 | 0.32 | 4.72 | 1,722.80 |
| 45 to 54 years | 9.56 | 1.13 | 2.47 | 0.88 | 0.54 | 0.25 | 3.98 | 0.06 | 0.37 | 4.33 | 0.18 | 0.26 | 4.14 | 1,511.10 |
| 55 to 64 years | 9.41 | 1.25 | 2.55 | 0.90 | 0.23 | 0.33 | 2.95 | na | 0.37 | 5.52 | 0.20 | 0.28 | 4.01 | 1,463.65 |
| 65 to 74 years | 9.51 | 1.35 | 2.77 | 0.92 | 0.13 | 0.37 | 0.86 | na | 0.53 | 6.75 | 0.33 | 0.45 | 4.19 | 1,529.35 |
| 75 years and over | 10.29 | 1.40 | 2.71 | 0.91 | 0.06 | 0.13 | 0.11 | na | 0.64 | 7.03 | 0.32 | 0.38 | 3.81 | 1,390.65 |

[1] Data extracted from Table 3, time spent in primary activities for the civilian population by age, sex, race, Hispanic or Latino ethnicity, marital status, and educational attainment, 2013 annual averages.  American Time Use Survey--20134 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 14-1137, June 18, 2014.

| Computation of Average of the 50th Percentile Hourly Wages, May 2014 | |
|---|---|
| Childcare | 9.48 |
| Cooking | 9.86 |
| Housekeeping | 9.67 |
| Yard Care | 11.68 |
| 2014 Average | 10.17 |
| 2015 Average (adjusted from 2014) | 10.41 |

Filename: Monica Herrera back up, pasthh

Childcare Workers                                              http://data.bls.gov/cgi-bin/print.pl/oes/current/oes399011.htm

 **U.S. Bureau of Labor Statistics**

## Occupational Employment Statistics

# Occupational Employment and Wages, May 2014

## 39-9011 Childcare Workers

Attend to children at schools, businesses, private households, and childcare institutions. Perform a variety of tasks, such as dressing, feeding, bathing, and overseeing play. Excludes "Preschool Teachers, Except Special Education" (25-2011) and "Teacher Assistants" (25-9041).

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 582,970 | 1.0 % | $10.44 | $21,710 | 0.6 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $7.97 | $8.56 | $9.48 | $11.64 | $14.46 |
| Annual Wage (2) | $16,570 | $17,800 | $19,730 | $24,210 | $30,080 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Child Day Care Services | 291,260 | 35.80 | $9.74 | $20,270 |
| Elementary and Secondary Schools | 119,820 | 1.44 | $11.71 | $24,350 |
| Other Amusement and Recreation Industries | 37,900 | 3.28 | $9.77 | $20,320 |
| Civic and Social Organizations | 28,950 | 7.53 | $9.76 | $20,310 |
| Individual and Family Services | 20,570 | 1.39 | $10.66 | $22,170 |

Food Preparation and Serving Related Workers, All Other                    http://data.bls.gov/cgi-bin/print.pl/oes/current/oes359099.htm

 **U.S. Bureau of Labor Statistics**

## Occupational Employment Statistics

# Occupational Employment and Wages, May 2014

## 35-9099 Food Preparation and Serving Related Workers, All Other

All food preparation and serving related workers not listed separately.

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 45,520 | 4.4 % | $11.09 | $23,060 | 1.0 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $8.09 | $8.71 | $9.86 | $12.80 | $16.50 |
| Annual Wage (2) | $16,820 | $18,110 | $20,510 | $26,630 | $34,320 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Restaurants and Other Eating Places | 19,600 | 0.20 | $9.81 | $20,400 |
| Traveler Accommodation | 5,420 | 0.29 | $12.45 | $25,890 |
| Special Food Services | 3,730 | 0.59 | $11.73 | $24,400 |
| General Medical and Surgical Hospitals | 2,120 | 0.04 | $13.82 | $28,750 |
| Elementary and Secondary Schools | 1,650 | 0.02 | $13.09 | $27,220 |

Industries with the highest concentration of employment in this occupation:

5/5/2015 7:09 PM

 **U.S. Bureau of Labor Statistics**

## Occupational Employment Statistics

# Occupational Employment and Wages, May 2014

## 37-2012 Maids and Housekeeping Cleaners

Perform any combination of light cleaning duties to maintain private households or commercial establishments, such as hotels and hospitals, in a clean and orderly manner. Duties may include making beds, replenishing linens, cleaning rooms and halls, and vacuuming.

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 929,540 | 0.8 % | $10.82 | $22,500 | 0.3 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $8.03 | $8.63 | $9.67 | $11.79 | $15.74 |
| Annual Wage (2) | $16,700 | $17,950 | $20,120 | $24,520 | $32,730 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Traveler Accommodation | 441,490 | 23.73 | $10.70 | $22,260 |
| Services to Buildings and Dwellings | 121,580 | 6.18 | $10.18 | $21,180 |
| General Medical and Surgical Hospitals | 108,080 | 2.06 | $12.15 | $25,260 |
| Nursing Care Facilities (Skilled Nursing Facilities) | 74,350 | 4.49 | $10.44 | $21,700 |

Landscaping and Groundskeeping Workers                                          http://data.bls.gov/cgi-bin/print.pl/oes/current/oes373011.htm

 **U.S. Bureau of Labor Statistics**

## Occupational Employment Statistics

# Occupational Employment and Wages, May 2014

## 37-3011 Landscaping and Groundskeeping Workers

Landscape or maintain grounds of property using hand or power tools or equipment. Workers typically perform a variety of tasks, which may include any combination of the following: sod laying, mowing, trimming, planting, watering, fertilizing, digging, raking, sprinkler installation, and installation of mortarless segmental concrete masonry wall units. Excludes "Farmworkers and Laborers, Crop, Nursery, and Greenhouse" (45-2092).

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 868,770 | 0.6 % | $12.85 | $26,720 | 0.3 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $8.57 | $9.76 | $11.68 | $14.73 | $18.57 |
| Annual Wage (2) | $17,830 | $20,300 | $24,290 | $30,650 | $38,620 |

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Services to Buildings and Dwellings | 492,190 | 25.01 | $12.59 | $26,190 |
| Other Amusement and Recreation Industries | 87,460 | 7.58 | $11.57 | $24,060 |
| Local Government (OES Designation) | 75,850 | 1.43 | $14.85 | $30,880 |
| Elementary and Secondary Schools | 19,850 | 0.24 | $15.36 | $31,940 |
| Employment Services | 17,890 | 0.52 | $11.71 | $24,360 |