#13

Skoog, Ciecka & Krueger                                                                 201

Table 22
Characteristics for Initially Active Women with High School Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 33.55 | 34.50 | 35.50 | 9.61 | -0.27 | 3.10 | 20.50 | 27.50 | 40.50 | 45.50 | 33.51 | 0.26 |
| 18 | 32.91 | 33.50 | 34.50 | 9.55 | -0.26 | 3.07 | 20.50 | 26.50 | 39.50 | 44.50 | 32.86 | 0.25 |
| 19 | 32.28 | 32.50 | 33.50 | 9.49 | -0.25 | 3.05 | 19.50 | 26.50 | 38.50 | 44.50 | 32.24 | 0.25 |
| 20 | 31.65 | 32.50 | 33.50 | 9.43 | -0.25 | 3.03 | 19.50 | 25.50 | 38.50 | 43.50 | 31.61 | 0.25 |
| 21 | 31.07 | 31.50 | 32.50 | 9.36 | -0.24 | 3.01 | 18.50 | 24.50 | 37.50 | 42.50 | 31.02 | 0.25 |
| 22 | 30.48 | 30.50 | 32.50 | 9.29 | -0.23 | 2.99 | 18.50 | 24.50 | 36.50 | 41.50 | 30.44 | 0.25 |
| 23 | 29.90 | 30.50 | 31.50 | 9.21 | -0.22 | 2.98 | 17.50 | 23.50 | 36.50 | 41.50 | 29.86 | 0.23 |
| 24 | 29.30 | 29.50 | 31.50 | 9.13 | -0.22 | 2.96 | 17.50 | 23.50 | 35.50 | 40.50 | 29.26 | 0.24 |
| 25 | 28.68 | 29.50 | 30.50 | 9.04 | -0.21 | 2.94 | 16.50 | 22.50 | 35.50 | 39.50 | 28.65 | 0.23 |
| 26 | 28.05 | 28.50 | 29.50 | 8.96 | -0.20 | 2.92 | 16.50 | 22.50 | 34.50 | 39.50 | 28.03 | 0.24 |
| 27 | 27.41 | 27.50 | 29.50 | 8.87 | -0.19 | 2.91 | 15.50 | 21.50 | 33.50 | 38.50 | 27.38 | 0.24 |
| 28 | 26.77 | 27.50 | 28.50 | 8.78 | -0.18 | 2.89 | 15.50 | 20.50 | 32.50 | 37.50 | 26.72 | 0.22 |
| 29 | 26.11 | 26.50 | 28.50 | 8.69 | -0.17 | 2.88 | 14.50 | 20.50 | 32.50 | 36.50 | 26.07 | 0.22 |
| 30 | 25.46 | 25.50 | 27.50 | 8.59 | -0.16 | 2.87 | 14.50 | 19.50 | 31.50 | 36.50 | 25.43 | 0.22 |
| 31 | 24.81 | 25.50 | 26.50 | 8.50 | -0.15 | 2.86 | 13.50 | 19.50 | 30.50 | 35.50 | 24.78 | 0.22 |
| 32 | 24.14 | 24.50 | 26.50 | 8.40 | -0.14 | 2.84 | 12.50 | 18.50 | 29.50 | 34.50 | 24.12 | 0.22 |
| 33 | 23.48 | 23.50 | 25.50 | 8.30 | -0.13 | 2.83 | 12.50 | 17.50 | 29.50 | 33.50 | 23.45 | 0.21 |
| 34 | 22.82 | 23.50 | 24.50 | 8.20 | -0.12 | 2.82 | 11.50 | 17.50 | 28.50 | 32.50 | 22.79 | 0.21 |
| 35 | 22.17 | 22.50 | 24.50 | 8.09 | -0.11 | 2.81 | 11.50 | 16.50 | 27.50 | 32.50 | 22.14 | 0.21 |
| 36 | 21.51 | 21.50 | 23.50 | 7.98 | -0.09 | 2.80 | 10.50 | 16.50 | 27.50 | 31.50 | 21.48 | 0.19 |
| 37 | 20.85 | 21.50 | 22.50 | 7.87 | -0.08 | 2.80 | 10.50 | 15.50 | 26.50 | 30.50 | 20.81 | 0.19 |
| 38 | 20.18 | 20.50 | 22.50 | 7.75 | -0.06 | 2.79 | 9.50 | 14.50 | 25.50 | 29.50 | 20.14 | 0.19 |
| 39 | 19.50 | 19.50 | 21.50 | 7.63 | -0.04 | 2.78 | 9.50 | 14.50 | 24.50 | 29.50 | 19.47 | 0.18 |
| 40 | 18.83 | 19.50 | 21.50 | 7.51 | -0.02 | 2.78 | 8.50 | 13.50 | 23.50 | 28.50 | 18.79 | 0.18 |
| 41 | 18.14 | 18.50 | 20.50 | 7.38 | 0.01 | 2.77 | 8.50 | 13.50 | 23.50 | 27.50 | 18.10 | 0.18 |
| 42 | 17.44 | 17.50 | 19.50 | 7.25 | 0.03 | 2.77 | 7.50 | 12.50 | 22.50 | 26.50 | 17.40 | 0.18 |
| 43 | 16.76 | 16.50 | 18.50 | 7.12 | 0.06 | 2.77 | 7.50 | 11.50 | 21.50 | 25.50 | 16.71 | 0.18 |
| 44 | 16.07 | 16.50 | 17.50 | 6.99 | 0.09 | 2.78 | 6.50 | 11.50 | 20.50 | 24.50 | 16.03 | 0.18 |
| 45 | 15.38 | 15.50 | 16.50 | 6.84 | 0.12 | 2.79 | 6.50 | 10.50 | 19.50 | 24.50 | 15.35 | 0.17 |
| 46 | 14.71 | 14.50 | 16.50 | 6.70 | 0.15 | 2.81 | 5.50 | 9.50 | 19.50 | 23.50 | 14.68 | 0.16 |
| 47 | 14.06 | 14.50 | 15.50 | 6.54 | 0.19 | 2.83 | 5.50 | 9.50 | 18.50 | 22.50 | 14.02 | 0.16 |
| 48 | 13.41 | 13.50 | 14.50 | 6.38 | 0.23 | 2.86 | 4.50 | 8.50 | 17.50 | 21.50 | 13.38 | 0.17 |
| 49 | 12.77 | 12.50 | 13.50 | 6.21 | 0.27 | 2.90 | 4.50 | 8.50 | 16.50 | 20.50 | 12.75 | 0.16 |
| 50 | 12.13 | 11.50 | 12.50 | 6.04 | 0.32 | 2.94 | 4.50 | 7.50 | 15.50 | 20.50 | 12.11 | 0.16 |
| 51 | 11.50 | 11.50 | 11.50 | 5.87 | 0.38 | 3.00 | 3.50 | 7.50 | 15.50 | 19.50 | 11.48 | 0.16 |
| 52 | 10.88 | 10.50 | 10.50 | 5.69 | 0.44 | 3.06 | 3.50 | 6.50 | 14.50 | 18.50 | 10.86 | 0.15 |
| 53 | 10.26 | 9.50 | 9.50 | 5.51 | 0.50 | 3.14 | 3.50 | 6.50 | 13.50 | 17.50 | 10.25 | 0.15 |
| 54 | 9.65 | 9.50 | 8.50 | 5.34 | 0.57 | 3.22 | 2.50 | 5.50 | 12.50 | 16.50 | 9.64 | 0.15 |
| 55 | 9.03 | 8.50 | 7.50 | 5.17 | 0.64 | 3.32 | 2.50 | 5.50 | 12.50 | 16.50 | 9.03 | 0.15 |
| 56 | 8.43 | 7.50 | 7.50 | 5.00 | 0.71 | 3.42 | 2.50 | 4.50 | 11.50 | 15.50 | 8.42 | 0.14 |
| 57 | 7.84 | 7.50 | 6.50 | 4.84 | 0.79 | 3.53 | 2.50 | 4.50 | 10.50 | 14.50 | 7.82 | 0.14 |
| 58 | 7.26 | 6.50 | 5.50 | 4.69 | 0.86 | 3.65 | 1.50 | 3.50 | 9.50 | 13.50 | 7.24 | 0.14 |
| 59 | 6.73 | 5.50 | 4.50 | 4.54 | 0.93 | 3.77 | 1.50 | 3.50 | 9.50 | 13.50 | 6.71 | 0.14 |
| 60 | 6.23 | 5.50 | 3.50 | 4.40 | 1.00 | 3.89 | 1.50 | 2.50 | 8.50 | 12.50 | 6.21 | 0.15 |
| 61 | 5.77 | 4.50 | 2.50 | 4.26 | 1.05 | 3.99 | 1.50 | 2.50 | 8.50 | 11.50 | 5.75 | 0.16 |
| 62 | 5.38 | 4.50 | 1.50 | 4.13 | 1.10 | 4.08 | 0.50 | 2.50 | 7.50 | 11.50 | 5.36 | 0.16 |
| 63 | 5.07 | 4.50 | 0.50 | 4.01 | 1.13 | 4.15 | 0.50 | 1.50 | 7.50 | 10.50 | 5.04 | 0.16 |
| 64 | 4.82 | 3.50 | 0.50 | 3.89 | 1.16 | 4.19 | 0.50 | 1.50 | 6.50 | 10.50 | 4.80 | 0.17 |
| 65 | 4.62 | 3.50 | 0.50 | 3.76 | 1.17 | 4.21 | 0.50 | 1.50 | 6.50 | 9.50 | 4.59 | 0.17 |
| 66 | 4.43 | 3.50 | 0.50 | 3.64 | 1.18 | 4.22 | 0.50 | 1.50 | 6.50 | 9.50 | 4.41 | 0.19 |
| 67 | 4.26 | 3.50 | 0.50 | 3.52 | 1.19 | 4.21 | 0.50 | 1.50 | 6.50 | 9.50 | 4.23 | 0.18 |
| 68 | 4.11 | 3.50 | 0.50 | 3.40 | 1.19 | 4.19 | 0.50 | 1.50 | 5.50 | 8.50 | 4.07 | 0.20 |
| 69 | 3.96 | 3.50 | 0.50 | 3.28 | 1.19 | 4.16 | 0.50 | 1.50 | 5.50 | 8.50 | 3.92 | 0.21 |
| 70 | 3.79 | 2.50 | 0.50 | 3.15 | 1.19 | 4.12 | 0.50 | 1.50 | 5.50 | 8.50 | 3.74 | 0.20 |
| 71 | 3.64 | 2.50 | 0.50 | 3.03 | 1.18 | 4.05 | 0.50 | 1.50 | 5.50 | 8.50 | 3.58 | 0.20 |
| 72 | 3.48 | 2.50 | 0.50 | 2.91 | 1.16 | 3.95 | 0.50 | 1.50 | 4.50 | 7.50 | 3.43 | 0.21 |
| 73 | 3.33 | 2.50 | 0.50 | 2.78 | 1.14 | 3.83 | 0.50 | 1.50 | 4.50 | 7.50 | 3.29 | 0.22 |
| 74 | 3.19 | 2.50 | 0.50 | 2.65 | 1.10 | 3.68 | 0.50 | 1.50 | 4.50 | 7.50 | 3.14 | 0.24 |
| 75 | 3.05 | 2.50 | 0.50 | 2.51 | 1.05 | 3.53 | 0.50 | 1.50 | 4.50 | 6.50 | 2.98 | 0.24 |

Retirement: 61.29




#14

# NEWS RELEASE

BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

**For release: 10:00 a.m. (EDT), Tuesday, September 9, 2014**                                    USDL-14-1671

Technical Information: (202) 691-6900  •  CEXInfo@bls.gov  •  www.bls.gov/cex
Media Contact:             (202) 691-5902  •  PressOffice@bls.gov

## CONSUMER EXPENDITURES – 2013

Average expenditures per consumer unit[1] in 2013 were $51,100, little changed from 2012 levels, the U.S. Bureau of Labor Statistics reported today. In 2013 spending decreased 0.7 percent during the same period that the Consumer Price Index (CPI-U) increased 1.5 percent. In 2012 spending had increased 3.5 percent, outpacing the increase in prices. In 2013 average income per consumer unit edged down from 2012.

Most of the major components of household spending decreased in 2013, as shown in table A. The largest declines occurred in the all other expenditures (-8.2 percent) and apparel and services (-7.6 percent) components. The all other expenditures category includes alcoholic beverages, education, miscellaneous, personal care products, reading, and tobacco products, all of which showed decreases. The only major components of household spending to increase were healthcare (2.1 percent), housing (1.5 percent), and transportation (0.1 percent). Overall food expenditures did not change in 2013, however food at home increased 1.4 percent while food away from home decreased 2.0 percent. Other highlights include a 4.7-percent decrease in entertainment spending and a 4.1-percent decrease in cash contributions.

---

### Changes to Consumer Expenditures (CE) Tax Data

The CE introduced new estimates of state and federal tax liabilities using the TaxSim calculator produced by the National Bureau of Economic Research (NBER). Beginning with the second quarter of 2013, the state and federal tax amounts used in the tables are estimates based on the expenditures and income and family characteristics. The CE gratefully acknowledges the support of NBER. These estimates improve the quality of the tax liabilities data along with estimates of after-tax income data. The tax data collected directly from consumer units during the Interview survey will be available in the 2014 public use microdata, after which they will no longer be collected. A report analyzing the impact of the change is forthcoming.

**Table A. Average annual expenditures and characteristics of all consumer units and percent changes, 2011-2013**

| Item | 2011 | 2012 | 2013 | Percent change 2011-2012 | Percent change 2012-2013 |
|---|---|---|---|---|---|
| **Average annual expenditures:** | | | | | |
| Total | $49,705 | $51,442 | $51,100 | 3.5 | -0.7 |
| Food | 6,458 | 6,599 | 6,602 | 2.2 | 0.0 |
| At home | 3,838 | 3,921 | 3,977 | 2.2 | 1.4 |
| Away from home | 2,620 | 2,678 | 2,625 | 2.2 | -2.0 |
| Housing | 16,803 | 16,887 | 17,148 | 0.5 | 1.5 |
| Apparel and services | 1,740 | 1,736 | 1,604 | -0.2 | -7.6 |
| Transportation | 8,293 | 8,998 | 9,004 | 8.5 | 0.1 |
| Healthcare | 3,313 | 3,556 | 3,631 | 7.3 | 2.1 |
| Entertainment | 2,572 | 2,605 | 2,482 | 1.3 | -4.7 |
| Cash contributions | 1,721 | 1,913 | 1,834 | 11.2 | -4.1 |
| Personal insurance and pensions | 5,424 | 5,591 | 5,528 | 3.1 | -1.1 |
| All other expenditures | 3,382 | 3,557 | 3,267 | 5.2 | -8.2 |
| **Consumer unit characteristics:** | | | | | |
| Number of consumer units (000's) | 122,287 | 124,416 | 125,670 | | |
| Average age of reference person | 49.7 | 50.0 | 50.1 | | |
| Average number in consumer unit: | | | | | |
| People | 2.5 | 2.5 | 2.5 | | |
| Earners | 1.3 | 1.3 | 1.3 | | |
| Vehicles | 1.9 | 1.9 | 1.9 | | |
| Percent homeowner | 64.9 | 64.3 | 63.7 | | |
| Income before taxes | $63,685 | $65,596 | $63,784 | 3.0 | -2.8 |

**Spending patterns, 2012-2013**

Table B and chart 1 highlight spending patterns of selected components. Spending changes included:

- Health insurance spending routinely accounts for 61 percent of overall health care expenditures. The 21.8-percent increase in health insurance expenditures since 2010 was the driving force behind the increased expenditures on overall healthcare, an 8.2 percent increase from 2012 to 2013. The percent reporting health insurance expenditures changed from 64 percent in 2010 to 65 percent in 2013.
- Gasoline expenditures decreased by 5.1 percent from 2012 to 2013. In the CPI-U, the average price per gallon for all types of gasoline for 2013 dropped 3.0 percent from 2012.
- Overall expenditures on transportation were essentially unchanged due to lower gasoline spending being offset by a 1.9-percent increase in vehicle expenditures from 2012 to 2013.
- Apparel spending continued to decline. The drop from 2012 to 2013 was widespread across most of the subcategories, including an 8.3-percent drop for men and boys clothing and a 7.6-percent drop for women and girls clothing.
- The decrease in cash contributions from 2012 to 2013 can largely be attributed to a 9.1-percent decrease in contributions to charities and a 4.8-percent drop in contributions to church and religious organizations.

| Table number: | 8 |
|---|---|
| Table title: | Computation of percentage of income allocated to fixed and variable household expenditures[1] |

| Item | Nature of Cost | Percent of Household Income |
|---|---|---|
| Food | Variable | 10.35% |
| Housing | Fixed | 26.88% |
| Apparel and Services | Variable | 2.51% |
| Transportation | Variable | 14.12% |
| Health Care | Variable | 5.69% |
| Entertainment | Variable | 3.89% |
| Cash Contributions | Variable | 2.88% |
| All Other Expenditures | Variable | 5.12% |
| Personal insurance & pensions | Variable | 8.67% |
| | | |
| % of total income spent on household or personal items | | 80.11% |
| % of income allocated to variable expenses | | 53.23% |
| % of income allocated to fixed expenses | | 26.88% |

| | 2013 Data |
|---|---|
| Income | 63,784 |
| Food | 6,602 |
| Housing | 17,148 |
| Apparel and Services | 1,604 |
| Transportation | 9,004 |
| Health Care | 3,631 |
| Entertainment | 2,482 |
| Contributions | 1,834 |
| All Other Expenditures | 3,267 |
| Personal insurance & pensions | 5,528 |

[1] Consumer Expenditures, 2013, U. S. Bureau of Labor Statistics, Bulletin USDL-14-1671, September 9, 2014.

Filename: Monica Herrera back up, spending

A to Z Index | FAQs | About BLS | Contact Us    Subscribe to E-mail Updates   GO

Follow Us | What's New | Release Calendar | Blog

Search BLS.gov

| Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta |

SHARE ON:    CE    FONT SIZE:   PRINT:

# Economic News Release

## CONSUMER EXPENDITURES--2014

For release: 10:00 a.m. (EDT), Thursday, September 3, 2015    USDL-15-1696

```
Technical Information:    (202) 691-6900  •  CEXInfo@bls.gov   •   www.bls.gov/cex
Media Contact :           (202) 691-5902  •  PressOffice@bls.gov
```

                     CONSUMER EXPENDITURES--2014

Average expenditures per consumer unit in 2014 were $53,495, a 4.7-percent
increase from 2013 levels, the U.S. Bureau of Labor Statistics reported today.
During the same period, the Consumer Price Index (CPI-U) rose 1.6 percent(1).
In 2013, spending decreased 0.7 percent. Average pre-tax income per consumer
unit increased at about the same pace as expenditures, up 4.8 percent from
2013.

Consumer units include families, single persons living alone or sharing a
household with others but who are financially independent, or two or more
persons living together who share expenses.

Most major components of household spending increased in 2014, as shown in
table A. Many of the categories with large percentage increases in
expenditures rebounded from declines in spending in 2013. The rise in
healthcare expenditures was one of the largest increases among the major
components. The subcomponent for health insurance expenditures increased
primarily due to an improvement in the survey questionnaire. Because of
the questionnaire change for health insurance, these estimates are not
strictly comparable to prior years.

```
-----------------------------------------------------------------------
|                     Note on health insurance                        |
|                                                                     |
|More consumer units reported expenditures for health insurance in 2014|
|than in 2013, and because of an improvement in interview collection methods,|
|higher expenditures were reported. The percent of households reporting|
|quarterly expenditures on health insurance increased from 65.5 percent in 2013|
|to 68.0 percent in 2014. The insurance questions were revised from 3-month|
|recall questions to questions about the amount of the last payment and the|
|payment period.                                                       |
|                                                                     |
|The new estimates are more accurate because the respondent does not have to|
|calculate a quarterly estimate—instead the estimate is calculated by BLS,|
|using the amount of the last payment which respondents are more likely to know.|
|On the basis of cognitive testing of these questions, BLS concluded that these|
|new questions produce better estimates. For those consumer units whose time|
|in sample encompassed reporting health insurance expenditures using both the|
|old questions and the new questions, the mean expenditure using the new|
|questions increased by 26.2 percent compared to the old questions. In the 2014|
|tables, some of the over-the-year change in the healthcare expenditure data,|
|especially in the health insurance subcomponent, is due to these improvements|
|to the survey questionnaire                                          |
-----------------------------------------------------------------------
```

Table A. Average annual expenditures and characteristics of all consumer units
and percent changes, 2012-14

|  |  |  |  | Percent change | |
|---|---|---|---|---|---|
| Item | 2012 | 2013 | 2014 | 2012-2013 | 2013-2014 |
|---|---|---|---|---|---|
| Average income before taxes | $65,596 | $63,784 | $66,877 | -2.8 | 4.8 |
| Average annual expenditures | $51,442 | $51,100 | $53,495 | -0.7 | 4.7 |
|   Food | 6,599 | 6,602 | 6,759 | 0.0 | 2.4 |
|     Food at home | 3,921 | 3,977 | 3,971 | 1.4 | -0.2 |
|     Food away from home | 2,678 | 2,625 | 2,787 | -2.0 | 6.2 |
|   Housing | 16,887 | 17,148 | 17,798 | 1.5 | 3.8 |
|     Shelter | 9,891 | 10,080 | 10,491 | 1.9 | 4.1 |
|       Owned dwellings | 6,056 | 6,108 | 6,149 | 0.9 | 0.7 |
|       Rented dwellings | 3,186 | 3,324 | 3,631 | 4.3 | 9.2 |

```
  Apparel and services        1,736   1,604   1,786    -7.6    11.3
  Transportation              8,998   9,004   9,073     0.1     0.8
    Gasoline and motor oil    2,756   2,611   2,468    -5.3    -5.5
    Vehicle insurance         1,018   1,013   1,112    -0.5     9.8
  Healthcare                  3,556   3,631   4,290     2.1     n/a
    Health insurance          2,061   2,229   2,868     8.2     n/a
  Entertainment               2,605   2,482   2,728    -4.7     9.9
  Cash contributions          1,913   1,834   1,788    -4.1    -2.5
  Personal insurance          5,591   5,528   5,726    -1.1     3.6
    and pensions
  All other expenditures      3,557   3,267   3,548    -8.2     8.6
```

n/a - Because of the questionnaire change for health insurance, the 2013-14
percent change is not strictly comparable to prior years.

---

Spending patterns, 2013-14

One of the largest increases was in the apparel and services category, up 11.3
percent, rebounding from a decline in 2013.

Food expenditures rose 2.4 percent in 2014, propelled by an increase of 6.2 percent
in spending on food away from home. Food at home expenditures were virtually
unchanged in 2014.

Transportation expenditures rose a modest 0.8 percent. Gasoline and motor oil
expenditures continued to decline, decreasing by 5.5 percent to $2,468, mirroring a
drop in gasoline prices, which fell 3.9 percent according to the CPI-U(2). Vehicle
insurance expenditures, however, rose 9.8 percent.

Cash contributions dropped for the second straight year in 2014, falling by 2.4
percent.

Spending by composition of consumer unit

Consumer Expenditure Survey (CE) data measure how consumers allocate their
spending among the various components of average annual expenditures. Table B
compares the shares allocated to selected major expenditure categories by
composition of consumer unit in 2014. One parent households with at least one child
under 18 allocated over one-half of their total spending to food and housing; they
reported the highest shares of spending on the individual items among the groups
studied. Over 10 percent of total spending went to healthcare for married couple
only households, over twice as large a share as reported by one parent households
(5.1 percent). The average age of the reference person of married couple only
households was twenty years older than that of single person households
(59.1 years old vs. 39.1 years old). Married couple with children households
allocated the highest share of all groups to personal insurance and pensions
(12.5 percent), while other married couple households (those with married couples
and persons other than children living in the consumer unit) allocated the highest
share to transportation (18.6 percent).

Table B. Shares of average annual expenditures on selected major components
by composition of consumer unit, 2014

| Item | Married couple only | Married couple with children | Other married couple consumer units |
|---|---|---|---|
| Food | 11.8 | 12.9 | 14.5 |
| Housing | 30.5 | 31.8 | 30.5 |
| Transportation | 17.5 | 17.3 | 18.6 |
| Healthcare | 10.3 | 7.3 | 7.8 |
| Personal insurance and pensions | 11.1 | 12.5 | 11.6 |

| Item | One parent, at least, one child under 18 | Single person and other consumer units |
|---|---|---|
| Food | 14.8 | 12.4 |
| Housing | 38.0 | 36.7 |
| Transportation | 17.0 | 15.9 |
| Healthcare | 5.1 | 7.3 |
| Personal insurance and pensions | 7.5 | 8.9 |

Spending by income quintile

Table C shows the percent change for expenditures by income quintile. Overall spending increased in all quintiles. Spending on food at home and transportation was a mix of increases and decreases among the quintiles. Spending on housing, entertainment, and food away from home increased for all quintiles in 2014.

Table C. Dollar change and percent change in average annual expenditures on selected major components by income quintile, 2013-14

| Item | Lowest Dollar | Lowest Percent | Second Dollar | Second Percent | Third Dollar |
|---|---|---|---|---|---|
| Average annual expenditure change: | | | | | |
| Total | $1,320 | 5.9 | $987 | 3.0 | $2,900 |
| Food | 12 | 0.3 | -27 | -0.6 | 264 |
| At home | -8 | -0.3 | -83 | -2.6 | 64 |
| Away from home | 20 | 1.8 | 55 | 3.5 | 200 |
| Housing | 680 | 7.6 | 514 | 4.3 | 640 |
| Apparel and services | 62 | 8.6 | 82 | 7.9 | 202 |
| Transportation | 228 | 6.9 | -160 | -2.7 | 404 |
| Entertainment | 106 | 10.6 | 150 | 10.6 | 368 |
| Cash contributions | -71 | -12.3 | 80 | 7.6 | 115 |
| Personal insurance and pensions | 38 | 8.2 | -59 | -3.6 | 57 |
| All other expenditures | 186 | 9.8 | 7 | 0.4 | 199 |

| Item | Third Percent | Fourth Dollar | Fourth Percent | Highest Dollar | Highest Percent |
|---|---|---|---|---|---|
| Average annual expenditure change: | | | | | |
| Total | 6.8 | $1,575 | 2.7 | $5,126 | 5.2 |
| Food | 4.6 | 124 | 1.6 | 411 | 3.7 |
| At home | 1.8 | 19 | 0.4 | -19 | -0.3 |
| Away from home | 9.4 | 104 | 3.3 | 430 | 8.4 |
| Housing | 4.3 | 484 | 2.5 | 911 | 2.9 |
| Apparel and services | 15.2 | -9 | -0.5 | 569 | 18.6 |
| Transportation | 5.0 | -64 | -0.6 | -72 | -0.4 |
| Entertainment | 18.4 | 102 | 3.6 | 496 | 9.7 |
| Cash contributions | 8.8 | -182 | -8.7 | -177 | -4.3 |
| Personal insurance and pensions | 1.6 | 152 | 2.3 | 789 | 5.1 |
| All other expenditures | 8.3 | 273 | 8.1 | 733 | 10.8 |

Tables and data

CE data include the expenditures and income of consumers, as well as the demographic characteristics of those consumers. Tables with more expenditure detail are available at www.bls.gov/cex. Published tables provide 2014 CE data by standard classifications that include income quintile, income class, age of reference person, size of consumer unit, number of earners, composition of consumer unit, region of residence, housing tenure, type of area (urban-rural), race, Hispanic origin, occupation, and highest education level of any member. These annual tables include means, shares, and standard errors. New to the annual tables this year is the Deciles of Income table, dividing the sample into 10 equal sections by income range. Other tables available on the website include expenditures by age, region, size, or gender cross-tabulated by income before taxes and other demographic variables. Historical tables back to 1984 and tabulations for selected metropolitan areas are also available.

Future articles in the BLS Beyond the Numbers web report series will highlight recent trends in prices and spending in the U.S. economy, and will feature 2014 CE data. Recent CE-specific Beyond the Numbers articles provide analyses of topical economic issues and long term spending trends, as well as comparisons of CE data to other data series (see www.bls.gov/cex/csxwebarticles.htm).

Other survey information available on the internet includes answers to frequently asked questions, a glossary, order forms for survey products, and analytical articles that use CE data. Also available are the Diary Survey questionnaire form and a modified version of the Computer Assisted Personal Interview (CAPI) instrument used to collect the Interview Survey data.

The 2014 CE public-use microdata, including Interview Survey data, Diary Survey data, and paradata (information about the survey process), are available on the CE website for free electronic download. The Interview files contain expenditure data in two different formats: MTBI files that present

```
monthly values in an item-coding framework based on the CPI pricing scheme,
and EXPN files that organize expenditures by the section of the Interview
questionnaire in which they are collected. Expenditure values on EXPN files
cover different time periods depending on the specific questions asked, and
the files also contain relevant non-expenditure information not found on the
MTBI files. The public-use microdata for 2014 also includes the new estimates
of state and federal tax liabilities. The CE introduced these estimates to
improve the quality of the tax data. The tax data collected directly from
consumer units during the Interview survey will be available in the 2014
public use microdata, after which they will no longer be collected. CE
public-use microdata from 1996 to 2013 are also available on the CE website
for free download. For releases prior to 1996, users can continue to
purchase USB flash drives using the public-use microdata order form
(see www.bls.gov/cex/pumdhome.htm).

For further information, contact the Division of Consumer Expenditure Survey,
Office of Prices and Living Conditions, Bureau of Labor Statistics, 2
Massachusetts Ave., N.E., Washington, DC  20212 or call (202) 691-6900;
E-mail:cexinfo@bls.gov. Information in this release is available to sensory
impaired individuals upon request. Voice phone: 202-691-5200;
Federal Relay Service: 1 (800) 877-8339.


1 This is calculated as the percentage change between the annual average CPI-U
  for all items for 2014 (236.736) and the annual average CPI-U for all items
  for 2013 (232.957). See CPI Detailed Report, Data for January 2015, Table 1A.

2 This is calculated as the percentage change between the annual average CPI-U
  for gasoline for 2014 (290.889) and the annual average CPI-U for gasoline for
  2013 (302.577). See CPI Detailed Report, Data for January 2015, Table 1A.
```

- HTML version of the entire news release

**The PDF version of the news release**

**Table of Contents**

**Last Modified Date:** September 03, 2015

RECOMMEND THIS PAGE USING:  Facebook   Twitter   LinkedIn

| TOOLS | CALCULATORS | HELP | INFO | RESOURCES |
|---|---|---|---|---|
| Areas at a Glance | Inflation | Help & Tutorials | What's New | Inspector General (OIG) |
| Industries at a Glance | Location Quotient | FAQs | Careers @ BLS | Budget and Performance |
| Economic Releases | Injury And Illness | Glossary | Find It! DOL | No Fear Act |
| Databases & Tables | | About BLS | Join our Mailing Lists | USA.gov |
| Maps | | Contact Us | Linking & Copyright Info | Benefits.gov |
| | | | | Disability.gov |

Freedom of Information Act | Privacy & Security Statement | Disclaimers | Customer Survey | Important Web Site Notices

U.S. Bureau of Labor Statistics | Consumer Expenditure Surveys, PSB Suite 3985, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov/CEX | Telephone: 1-202-691-6900 | Contact CEX