Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC.
702 Randall Avenue
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575
(307) 637-5515
jtiedeken@mtslegal.net
Attorney for Defendant, Wyoming Mechanical Company, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF DR. SEAL**

Wyoming Mechanical's Motion to Strike the proposed expert testimony of Dr. Seal having come before the Court and the Court having considered the same and being fully advised in the premises;

THE COURT FINDS:

1. Triangle Tube has designated Dr. Seal as expert witnesses in a "Supplemental Expert Witness Designation" filed on 8/22/16 which was almost three months past its deadline for designating expert witnesses and two months past the deadline for designating rebuttal expert testimony.

2. There is no justification for the failure of Plaintiff to provide a written report which complied with Rule 26 (a)(2)(B)(i)-(vi) in the time required by the Court's Order nor is the failure harmless.

4. It is appropriate the proposed testimony of Dr. Seal be stricken.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the proposed expert testimony of Dr. Seal is hereby stricken.

**DATED** this _____day of_____, 2016.

_____
Kelly H. Rankin
U.S. Magistrate Judge