IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>                    Defendants. | Case No:  15-CV-128-F |

## ORDER TO SHOW CAUSE

This matter is before the Court on its own notice. It has come to the Court's attention that Plaintiffs have failed to respond to three dispositive motions pursuant to the Court's Revised Order on Initial Pretrial Conference. Defendant Wyoming Mechanical

filed a *Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages* on September 1, 2016 [Doc. 120]. Defendant Triangle Tube filed a *Motion for Partial Summary Judgment as to Plaintiffs' Claim for Punitive and Exemplary Damages* on September 1, 2016 [Doc. 126], and a *Motion for Summary Judgment as to Plaintiffs' Strict Products Liability Claims Against Triangle Tube* on September 1, 2016 [Doc. 128]. It appears to the Court Plaintiff failed to respond to these three motions.

IT IS HEREBY ORDERED that Plaintiffs have until September 20, 2016, to show cause why they have failed to file the responses to the above described motions and why the Court should not consider the failure to file the responses as a confession of the motions. Alternatively, if Plaintiffs have filed the responses to these motions, then Plaintiffs should direct the Court to those responses by docket number. If Plaintiffs do not comply with this order by September 20, 2016, the Court will find Plaintiffs have conceded Defendant Wyoming Mechanical's Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damage [Doc. 120], Defendant Triangle Tube's Motion for Partial Summary Judgment as to Plaintiffs' Claim for Punitive and Exemplary Damages [Doc. 126], and Defendant Triangle Tube's Motion for Summary Judgment as to Plaintiffs' Strict Products Liability Claims Against Triangle Tube [Doc. 128], and will grant the motions.

Dated this ___19___ day of September, 2016.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE