David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>   Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC.., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 15-cv-128-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO AMEND DOCUMENT 148**

Come now Plaintiffs, by and through their attorney, David G. Lewis, and in support of their Motion To Amend Document 148, show the Court as follows:

1.   Plaintiffs timely filed their *Response to Defendant Buckinghams' Motion for Partial Summary Judgment On Plaintiffs' Claim for Punitive Damages* herein.

2.   After a review of the Plaintiffs' Response, Plaintiffs' attorney recently discovered that a rough draft of the Response had been sent to the Court instead of the final draft for filing.  The rough draft contained several misspellings and inaccuracies.

3.   Plaintiffs' regular staff was away from the office for five days during the period that the Response was typed and assembled.  Plaintiffs had engaged a four day temporary typist to complete documents.

4.   Plaintiffs also discovered that every other page of Exhibit A had been omitted from the Response filed with the Court.

5.   Plaintiffs seek permission of the Court for an Order authorizing him to file the Response that was intended by Plaintiffs, as is described above.

WHEREFORE, Plaintiffs pray the Court permit the filing of the Motion described above, and for such other and further relief as to the Court appears just and equitable.

Dated on this 23rd day of September, 2016.

/s/
David G. Lewis (4-1150)
davelewis@bresnan.net
Attorney for Plaintiffs
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900/307-739-8902 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of September, 2016, I served a true and accurate copy of the above and foregoing by electronic transmission as follows:

Julie Tiedeken, Esq.
jtiedeken@mtslegal.net

Katherine L. Mead, Esq.
kate@meadlaw.net

Joseph McGill Esq.
JMcGill@fbmjlaw.com

Jennifer Cupples, Esq.
jcupples@fbmjlaw.com

Dick Waltz, Esq.
DWaltz@WaltzLaw.com

Judy Studer, Esq.
jstuder@schwartzbon.com

Christopher Reeves, Esq.
creeves@WaltzLaw.com

/s/
David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002