David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC.., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>　　　　Defendants. | Case No. 15-cv-128-F |

**PLAINTIFFS' CONCEDES THE DEFENDANT WYOMING MECHANICAL'S MOTION TO STRIKE EXPERT TESTIMONY OF <u>JAMES SONDGEROTH</u>**

Come now Plaintiffs, by and through their attorney, David G. Lewis, and concede the Defendant Wyoming Mechanical's Motion to Strike Expert Testimony of James Sondgeroth filed by the Defendant herein.

Plaintiffs reserve the right to designate and list Mr. Sondgeroth before pretrial as a lay witness under FRE 701, regarding his experience with delayed ignition and the exercise of ordinary care by a plumber installing a venting system from a gas fired boiler. Some parts of his testimony will include lay opinions admissible under FRE 701.

Dated on this 23rd day of September, 2016.

/s/
David G. Lewis (4-1150)
davelewis@bresnan.net
Attorney for Plaintiffs
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900/307-739-8902 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of September, 2016, I served a true and accurate copy of the above and foregoing by electronic transmission as follows:

Julie Tiedeken, Esq.
jtiedeken@mtslegal.net

Dick Waltz, Esq.
DWaltz@WaltzLaw.com

Katherine L. Mead, Esq.
kate@meadlaw.net

Judy Studer, Esq.
jstuder@schwartzbon.com

Joseph McGill Esq.
JMcGill@fbmjlaw.com

Christopher Reeves, Esq.
creeves@WaltzLaw.com

Jennifer Cupples, Esq.
jcupples@fbmjlaw.com

/s/
David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002