Christopher R. Reeves-Wyoming Bar No. 7-5386
Richard A. Waltz, *Pro Hac Vice*
Waltz/Reeves
1660 Lincoln Street, Suite 2510
Denver, CO 80264
(303) 830-8800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Francisco L. Herrera, and Joanna Herrera, Co-Wrongful Death Representatives, for exclusive benefit of the beneficiaries of Monica Herrera, deceased.<br>　　　Plaintiff(s),<br><br>vs.<br><br>Gregory Buckingham and Deborah Buckingham, but in their individual capacities as Trustees of the Buckingham Family Trust; and Gregory Buckingham and Deborah Buckingham, as individual defendants; and Wyoming Mechanical, Inc., a Wyoming Corporation; Triangle Tube/Phase III Co. Inc., a New Jersey Corporation; and M&G DuraVent, Inc., a New York Corporation<br>　　　Defendant(s). | )<br>)<br>)<br>)<br>) Civil Action No. 15-CV-128-NDF.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### M&G DURAVENT, INC.'S WITHDRAWAL OF ITS JOINDER IN WYOMING MECHANICAL'S MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF MR. SONDGEROTH

M&G DuraVent, Inc. ("DuraVent"), by and through its attorneys, Richard A. Waltz and , of Waltz/Reeves, and hereby submits its Withdrawal of its Joinder In Wyoming Mechanical's Motion To Strike The Proposed Expert Testimony Of Mr. Sondgeroth, and states as follows:

1. On August 30, 2016, Wyoming Mechanical Filed its Motion to Motion To Strike The Proposed Expert Testimony Of Mr. Sondgeroth [Doc #115].

2. On September 15, 2016, DuraVent moved to Join [Doc # 144] in Wyoming Mechanical's Motion to Strike as well as Join Triangle Tube's Joinder in the Motion as well [Doc #136].

3. DuraVent hereby withdraws its Joinder in Wyoming Mechanical's Motion to Strike Mr. Sondgeroth and Triangle Tube's Joinder in said Motion.

Respectfully submitted this 23rd, day of September, 2016.

> s/Richard A. Waltz
> Christopher R. Reeves, Esq.
> Richard A. Waltz, Esq.
> Waltz/Reeves
> 1660 Lincoln Street, Suite 2510
> Denver, CO 80264
> Telephone: 303-830-8800
> Facsimile: 303-830-8850
> creeves@waltzreeves.com
> dwaltz@waltzreeves.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd, day of September, 2016, a true and correct copy of the above M&G DuraVent, Inc. Withdrawal of Its Joinder In Wyoming Mechanical's Motion To Strike The Proposed Expert Testimony Of Mr. Sondgeroth was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David G. Lewis, WY Bar. #4-1150
P.O. Box 8519
Jackson, WY 83002
davelewis@bresnan.net
Counsel for Plaintiffs

Katherine L. Mead, WY Bar #5-2432
Mead & Mead
1200 N. Spring Gulch Rd
P.O. Box 1809
Jackson, WY 83001
kate@meadlaw.net
Counsel for Gregory & Deborah Buckingham; Buckingham Family Trust Trustee G Buckingham & Trustee D Buckingham

Julie Nye Tiedeken, - WY Bar #5-1949
Sean W. Scoggin  - WY Bar # 6-3263
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY 82001
jtiedeken@mtslegal.net
sscoggin@mtslegal.net
Counsel for Wyoming Mechanical, Inc.

Cameron S. Walker, Attorney No. 5-1451
Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Tel: (307) 235-6681
Fax: (307) 234-5099
cam@schwartzbon.com
jstuder@schwartzbon.com
Counsel for Triangle Tube/Phase III, CO., Inc.

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
jmcgill@fbmjlaw.com
Co-Counsel for Triangle Tube/Phase III, CO., Inc.

s/ Richard A. Waltz