Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com;
         jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No.:  2:15-cv-00128-NDF |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**TRIANGLE TUBE'S WITHDRAWAL OF ITS LIMITED JOINDER IN WYOMING MECHANICAL'S  MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF MR. SONDGEROTH**

Defendant TRIANGLE TUBE ("Triangle"), by and through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, submits its Withdrawal of its Limited Joinder in Wyoming Mechanical's Motion to Strike Proposed Expert Testimony of Mr. Sondgeroth and states as follows:

1.    On August 30, 2016, Wyoming Mechanical filed its Motion to Strike Proposed Expert Testimony of Mr. Sondgeroth.  [ECF #115]

2.    On September 13, 2016, Triangle filed its Limited Joinder in Wyoming Mechanical's Motion to Strike.  [ECF #136]

3.    Triangle Tube hereby withdraws its Limited Joinder in Wyoming Mechanical's Motion to Strike Proposed Expert Testimony of Mr. Sondgeroth.

Respectfully submitted,

FOLEY, BARON, METZGER & JUIP, PLLC


Dated:  September 26, 2016                    By:    /s/Joseph P. McGill
                                                     Joseph P. McGill (admitted pro hac vice)
                                                     Jennifer A. Cupples (admitted pro hac vice)
                                             38777 Six Mile Road, Suite 300
                                             Livonia, MI 48152
                                             Tel.: (734) 742-1825; Fax: (734) 521-2379

                                             Judith A. W. Studer (5-2174)
                                             Schwartz, Bon, Walker & Studer, LLC
                                             141 S. Center Street, Suite 500
                                             Casper, WY 82601
                                             Tel.: (307) 235-6681; Fax: (307) 234-5099

                                             *Attorneys for Defendant Triangle Tube*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 26, 2016, I served **TRIANGLE TUBE'S**

**WITHDRAWAL OF ITS LIMITED JOINDER IN WYOMING MECHANICAL'S MOTION TO**

**STRIKE PROPOSED EXPERT TESTIMONY OF MR. SONDGEROTH**  upon:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzlaw.com
DWaltz@WaltzLaw.com

Julie Tiedeken
Sean W. Scoggin
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

via the Court's ECF filing system.

/s/Cheryl E. Ballew
Cheryl E. Ballew