

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC.., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation<br><br>　　　　Defendants. | Case No. 15-cv-128-F |

## ORDER TO STRIKE EXPERT TESTIMONY OF JAMES SONDGEROTH

This matter having come on before the Court upon the Defendant Wyoming Mechanical's Motion to Strike the Plaintiffs' Expert Testimony of James Sondgeroth, and the Plaintiffs' counsel having conceded the Motion;

It is therefore ORDERED that Defendant Wyoming Mechanical's Motion to Strike Expert Witness Testimony of Defendant James Sondgeroth is granted.

Dated this 26th day of September, 2016.

_____
Kelly H. Rankin
U.S. Magistrate Judge