

FILED
12:56 pm, 9/27/16
Stephan Harris
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>                     Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>                     Defendants. | Case No:  15-CV-128-F |

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND DOCUMENT 148

This matter is before the Court on Plaintiffs' Motion to Amend Document 148. (Doc. 154). Plaintiffs' claim they inadvertently filed the rough draft of their Response to Defendant Buckinghams' Motion for Partial Summary Judgment on Plaintiffs' Claim for

Punitive Damages, rather than the final draft. (*See id.*). As a result, Plaintiffs ask the Court to amend their response. The Court has considered the motion and is fully informed in the premises. The Court finds that a response would not materially assist the Court in the determination of this matter. Because Plaintiffs' motion seeks to amend their response to remedy minor misspellings and inaccuracies, Plaintiffs' Motion to Amend Document 148 is GRANTED.

IT IS ORDERED that Plaintiffs' Motion to Amend Document 148 is GRANTED.

Dated this  27th  day of September, 2016.

*/s/ Nancy D. Freudenthal*
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE