David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death. ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation. ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING AMENDED <u>EXPEDITED</u> MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH PLAINTIFFS' DISMISSAL PLEADING IS <u>DUE TO BE FILED</u>

This matter is before the Court on the Plaintiffs Amended Expedited Motion

To Extend The Time Period Within Which Plaintiffs' Dismissal Pleading Is Due To

Be Filed. The Plaintiffs' Amended Expedited Motion has provided the Court with sufficient grounds upon which to grant the Motion; it is, therefore,

ORDERED, that the Plaintiffs shall have until November 28, 2016, to submit to the Court their Dismissal pleading of the above-captioned matter.

Dated on this _____ day of October, 2016.

> _____
> Honorable Nancy D. Freudenthal
> District Court Judge