

FILED
8:07 am, 12/28/16
U.S. Magistrate Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>       Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation.<br><br>       Defendants. | Case No. 15-cv-128-F |

### ORDER GRANTING AMENDED (THIRD) <u>EXPEDITED</u> MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH PLAINTIFFS' <u>DISMISSAL PLEADING IS DUE TO BE FILED</u>

This matter is before the Court on the Plaintiffs Amended (Third) Expedited Motion To Extend The Time Period Within Which Plaintiffs' Dismissal Pleading Is

Due To Be Filed.  The Plaintiffs' Amended (Third) Expedited Motion has provided the Court with sufficient grounds upon which to grant the Motion; it is, therefore,

ORDERED, that the Plaintiffs shall have until January 28, 2017, to submit to the Court their Dismissal pleading of the above-captioned matter.

Dated on this  28th  day of December, 2016.

_____
Kelly H. Rankin
U.S. Magistrate Judge