IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:  2:15-cv-000128-NDF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT REQUEST FOR COURT ORDER RESTRICTING
PUBLIC ACCESS TO CONFIDENTIAL SETTLEMENT**

COME NOW counsel for the parties herein and hereby jointly request

the Court for an Order restricting public access to a Memorandum of

Understanding entered into by the parties, as well as the terms of settlement.

DATED this 17th day of January, 2017.

Jointly submitted by:

/s/David Lewis w/perm.
David Lewis
*Attorney for Plaintiffs*
P. O. Box 8519
Jackson, Wyoming 83002
Email:  davelewis@bresnan.net

/s/Katherine L. Mead w/perm.
Katherine L. Mead
*Attorney for Defendants Buckingham*
P.O. Box 1809
Jackson, Wyoming 83001
Email:  kate@meadlaw.net

/s/Julie Tiedeken w/perm.
Julie Tiedeken
Sean W. Scoggin
*Attorneys for Defendant Wyoming Mechanical*
P.O. Box 748
Cheyenne, Wyoming 82003
Email:  jtiedeken@mtslegal.nel; sscoggin@mtslegal.net

/s/Dick Waltz w/perm.
Christopher R. Reeves
Dick Waltz
*Attorneys for M&G DuraVent, Inc.*
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Email:  creeves@waltzlaw.com; DWaltz@WaltzLaw.com

/s/Joseph P. McGill
Joseph P. McGill
*Attorneys for Triangle Tube*
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Email:  jmcgill@fbmjlaw.com

/s/Judith A.W. Studer w/perm.
Judith A. W. Studer
*Local Counsel for Triangle Tube*
141 S. Center Street, Suite 500
Casper, WY 82601
Email:  jstuder@schwartzbon.com

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of January 2017, the undersigned served the within and foregoing JOINT REQUEST FOR COURT ORDER RESTRICTING PUBLIC ACCESS TO CONFIDENTIAL SETTLEMENT upon ALL COUNSEL OF RECORD via the Court's ECF Sytem.

      /s/Cheryl E. Ballew
Cheryl E. Ballew

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | Case No.: 2:15-cv-000128-NDF |

## ORDER RESTRICTING
## PUBLIC ACCESS TO CONFIDENTIAL SETTLEMENT

**THIS MATTER** having come before the Court pursuant to request of counsel, and good cause appearing therein, the Court **HEREBY FINDS** that the Memorandum of Understanding and settlement terms agreed to by all parties should not be made available for public access. This Court **FURTHER FINDS** that the public policy in the State of Wyoming is to protect as confidential settlement agreements reached pursuant to mediation.

**THEREFORE, IT IS HEREBY ORDERED** that the Memorandum of Understanding entered into by the parties in this action, together with the terms of settlement, shall remain confidential and shall not be filed, made part of the court records, or made available for public access.

DATED this _____ day of _____, 2017.

BY THE COURT:

_____
United States Magistrate Judge Kelly H. Rankin

2