IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



**FILED**

*11:21 am, 1/18/17*

**U.S. Magistrate Judge**

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>      Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.:  2:15-cv-000128-NDF |

---

## ORDER RESTRICTING
## PUBLIC ACCESS TO CONFIDENTIAL SETTLEMENT

**THIS MATTER** having come before the Court pursuant to request of counsel, and good cause appearing therein, the Court **HEREBY FINDS** that the Memorandum of Understanding and settlement terms agreed to by all parties should not be made available for public access.  This Court **FURTHER FINDS** that the public policy in the State of Wyoming is to protect as confidential settlement agreements reached pursuant to mediation.

**THEREFORE, IT IS HEREBY ORDERED** that the Memorandum of Understanding entered into by the parties in this action, together with the terms of settlement, shall remain confidential and shall not be filed, made part of the court records, or made available for public access.

DATED this 18th day of January, 2017.

BY THE COURT:

_____

Kelly H. Rankin
United States Magistrate Judge