David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>      Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation.<br><br>      Defendants. | Case No. 15-cv-128-F |

**PLAINTIFFS' AMENDED (FOURTH) <u>EXPEDITED</u> MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH PLAINTIFFS' DISMISSAL PLEADING IS <u>DUE TO BE FILED</u>**

Come now Plaintiffs, by and through their attorney, David G. Lewis, and in support of their Amended (FOURTH) Expedited Motion To Extend The Time Period Within Which Plaintiffs' Dismissal Pleading Is Due To Be Filed, show the Court as follows:

1. The parties are still in the process of filing the legal documents that should bring this case to a close.

2. Plaintiffs have found that there are still disputes between or among counsel over matters that could interfere with bringing the case to completion, at least for a short period of time hereafter.

3. Furthermore, there are a few actions the attorneys must take to complete settling the case, which could require the assistance of the District Court.

4. Plaintiffs would urge the United States District Court to extend the period of time until February 15, 2016

WHEREFORE, Plaintiffs pray the Court extend the date by which the United States District Court enters a Dismissal pleading until at least February 16, 2017, unless the Plaintiffs earlier request dismissal by the Court; and for such other and further relief as to the Court appears just and equitable herein

Dated on this 31st day of January, 2017.

_David G. Lewis_
David G. Lewis (4-1150)
davelewis@bresnan.net
Attorney for Plaintiffs
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900 / 307-739-8902 (fax)