IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 JAN 31  PM 4: 57
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>　　　　　　　　Defendants. | Case No: 15-CV-128-F |

## ORDER TO SHOW CAUSE

This matter is before the Court on its own notice. It has come to the Court's attention that Plaintiffs failed to file the dismissal pleading pursuant to the Order Granting Amended (Third) Expedited Motion to Extend the Time Period Within Which

Plaintiffs' Dismissal Pleading is Due to be Filed. (Doc. 169). The Court received a verbal notice of settlement on September 28, 2016, and has granted Plaintiffs three (3) Expedited Motions to Extend the deadline for filing the dismissal pleading. (Docs. 165, 167, 169). According to the third Order granting Plaintiffs' motion to extend, Plaintiffs had until January 28, 2017 to file the dismissal pleading. Because Plaintiffs failed to file the dismissal pleading by the Court's deadline, the Court Orders Plaintiffs to show cause why the case should not be dismissed with prejudice.

IT IS ORDERED Plaintiffs have until February 2, 2017 by 5:00 PM, to show cause why they failed to file the dismissal pleading by January 28, 2017.

Dated this __31__ day of January, 2017.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE