David G. Lewis, Wyoming Bar No. 4-1150
Attorney at Law
P.O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death. | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC. a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## RESPONSE OF DAVID G. LEWIS TO THE ORDER TO SHOW CAUSE
## ENTERED BY THE HONORABLE NANCY FREUDENTHAL

I hope the Court will give me leave to respond in the first person.

Plaintiffs' counsel was aware of the impending deadline of January 28,

2017 for filing for another extension.  It appeared to me at that time that this

litigation would be settled in a few short days, and there was no need to seek another order from the Court to extend it. As it turned out, shortly after the January 28 deadline I concluded that the case was not going to settle as quickly as I thought. At the same time I learned that Judge Day has a jury trial beginning February 6, and it appeared unlikely that we would have any opportunity to take a settlement problem to him during that time period. This information made me anxious about the decision I had made not to seek another extension; although, I did not have any specific concern in mind. When I received Ms. Fathalla's email, I decided to seek a short extension that would likely include the final settlement event of this case.

The extensions that the Court has granted the parties in this case have proved valuable. On November 17, 2016, for example, Judge Day suggested to counsel that we contact the United States District Court to overcome a problem that had arisen regarding the State Court Rules Governing Public Access to Court Documents. The problem was promptly and favorably resolved for all parties by the United States Magistrate.

My concern in filing for an extension after January 28, is, and was, that Plaintiffs would lack any access to the Federal Court during this short period, and there would be no recourse for the kind of problem I described above, should one arise. Because an Order Dismissing the case had not been filed, I decided to seek a short extension. In doing so, I meant no disrespect for the Court, its Rules, or for the propriety expected of Wyoming Attorneys.

Respectfully submitted,

David G. Lewis
Attorney at Law
Bar No. 4-1150
P. O. Box 8519
Jackson, Wyoming 83002
(307) 739-8900
(307) 739-8902 (fax)
davelewis@bresnan.net