FILED
Stephan Harris
Clerk of Court
9:48 am, 2/3/17

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>                    Defendants. | Case No:  15-CV-128-F |

**ORDER GRANTING PLAINTIFFS' AMENDED (FOURTH) EXPEDITED MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH PLAINTIFFS' DISMISSAL PLEADING IS DUE TO BE FILED**

This matter is before the Court on Plaintiffs' Amended (Fourth) Expedited Motion to Extend the Time Period Within Which Plaintiffs' Dismissal Pleading is Due to be

Filed. (Doc. 172). The Court has considered the motion and is fully informed in the premises.

IT IS ORDERED Plaintiffs' Motion for Extension of Time is GRANTED. The parties have until February 15, 2017 to file their dismissal pleading with the Court. The Court will not grant the parties an additional extension. If the parties fail to meet the February 15, 2017 deadline, the Court will dismiss all pending motions and may also dismiss the case with prejudice.

Dated this __3rd__ day of February, 2017.

*(signature)*

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE