

**FILED**

1:41 pm, 2/16/17
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>　　　　　Defendants. | Case No: 15-CV-128-F |

### ORDER DENYING WITHOUT PREJUDICE ALL MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO STRIKE

This matter is before the Court on its own notice. It has come to the Court's attention that the parties failed to file the dismissal pleading pursuant to the Court's Order Granting Plaintiffs' Amended (Fourth) Expedited Motion to Extend the Time Period

Within Which Plaintiffs' Dismissal Pleading is Due to be Filed. (Doc. 175). The Court received a verbal notice of settlement on September 28, 2016, and has granted four (4) expedited motions to extend the deadline for filing the dismissal pleading. (Docs. 165, 167, 169, 175). According to the fourth Order granting Plaintiffs' motion to extend, the parties had until February 15, 2017 to file the dismissal pleading. In the Order, the Court also told the parties no additional extensions will be granted. While the Court will not dismiss the case with prejudice at this time, the Court will terminate the existing motions for summary judgment and motions to strike. If necessary, these motion can be refiled if this case is placed back on the active docket for further proceedings.

For all of the above-mentioned reasons the Court finds and orders as follows:

IT IS ORDERED all pending Motions for Summary Judgment (Docs. 119, 120, 122, 123, 124, 125, 126, 128, 129) and Motions to Strike (Docs. 115, 116, 117, 118, 138, 145, 150) are DENIED AS MOOT.

Dated this 16 day of February, 2017.

*/s/ Nancy Freudenthal*
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE