David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002
Ph.: (307) 739-8900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation<br><br>    Defendants, | Civil Action No. 15-CV-128-F |

### STIPULATED MOTION TO DISMISS THE ABOVE CAPTIONED MATTER AGAINST THE DEFENDANT DURAVENT, INC.

COME NOW David G. Lewis, Attorney for Plaintiffs, and Christopher R. Reeves,

Attorney for Defendant DuraVent, Inc., and Stipulate with one another that the

1

claims brought by the Plaintiffs against the Defendant DuraVent have been fully compromised and settled between the parties, and the same should be dismissed by the United States District Court with prejudice.

WHEREFORE, Plaintiffs and Defendant DuraVent respectfully move the Court to execute and enter an Order of Dismissal of Plaintiffs' claims against the Defendant DuraVent, with Prejudice.

Respectfully submitted this 21st day of March, 2017.

David G. Lewis
Attorney for Plaintiffs
Wyoming Bar No. 4-1150
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Christopher R. Reeves
Attorney for DuraVent
Wyoming Bar No. 7-5386
1660 Lincoln Street, Suite 2510
Denver, Colorado 80264
creeves@waltzreeves.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2017, I served a true and correct copy of the foregoing Stipulated Motion to Dismiss the Above Captioned Matter was served via email addressed to:

Julie Nye Tiedeken, - WY Bar #5-1949
Sean W. Scoggin - WY Bar # 6-3263
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY 83001
jtiedeken@mtslegal.net

Katherine L. Mead, WY Bar #5-2432
Mead & Mead 1200 N. Spring Gulch Rd
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
jmcgill@fbmjlaw.com

Christopher Reeves
Waltz/Reeves
1660 Lincoln Street, Suite 2510
Denver, Colorado 8800
creeves@waltzreeves.com
dwaltz@waltzreeves.com

*Mary Pedersen*
Mary Pedersen
Waltz|Reeves