David G. Lewis
Attorney for Plaintiffs
P. O. Box 8519
Jackson, Wyoming 83002
Ph.: (307) 739-8900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation<br><br>    Defendants, | )<br>)<br>)<br>)   Civil Action No. 15-CV-128-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulated Motion for Dismissal With Prejudice moving the

Court to enter an Order dismissing the above-captioned action against DuraVent,

1

Inc., with prejudice, and the Court having reviewed the Motion of the Plaintiffs and the Defendant DuraVent, Inc., and having reviewed the file herein, and being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the above-captioned action be, and the same hereby is, dismissed with prejudice as to DuraVent, with each party to bear their own attorneys fees and costs incurred herein.

**SO ORDERED** this _____ day of March, 2017.

_____