IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 MAR 22 AM 9: 14
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>　　　　　　　　Defendants. | Case No: 15-CV-128-F |

**ORDER GRANTING STIPULATED MOTION TO DISMISS THE ABOVE CAPTIONED MATTER AGAINST THE DEFENDANT DURAVENT, INC.**

This matter is before the Court on Plaintiffs and Defendant Duravent, Inc.'s Stipulated Motion to Dismiss Defendant Duravent, Inc. (Doc. 177). The Court has reviewed the stipulated motion and is fully informed in the premises.

IT IS ORDERED that all of Plaintiffs' claims against Defendant Duravent, Inc. are DISMISSED WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

Dated this 22 day of March, 2017.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE