Katherine L. Mead, Esq.
Mead & Mead
WY State Bar # 5-2432
1200 N. Spring Gulch Rd.
P.O. Box 1809
Jackson, WY 83001
(307) 733-0166
(307) 200-0233 fax
kate@meadlaw.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death. ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | CA 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### STIPULATED MOTION TO DISMISS THE ABOVE CAPTIONED MATTER AGAINST THE DEFENDANTS BUCKINGHAM

David G. Lewis, Attorney for the Plaintiffs and Katherine L. Mead, Attorney for Gregory Buckingham and Deborah Buckingham, in their individual capacities as Trustees of the Buckingham Family trust and Gregory Buckingham and Deborah Buckingham as individual defendants ("Defendants Buckingham"), Stipulate with one another that the claims brought by the Plaintiffs against the Defendants Buckingham have been fully compromised and settled

between the parties, and the same should be dismissed by the United State District Court with prejudice.

WHEREFORE, Plaintiffs and Defendants Buckingham respectfully move the Court to execute and enter an Order of Dismissal of Plaintiffs' claims against the Defendants Buckingham, with prejudice.

DATED this 23 day of March, 2017.

David G. Lewis
Attorney for Plaintiffs
Wyoming Bar No 4-1150
PO Box 8519
Jackson WY  83002
davelewis@bresnan.net

Katherine L. Mead
Attorney for the Defendants Buckingham
Wyoming Bar No. 5-2432
PO Box 1809
Jackson WY  83002
kate@meadlaw.net


### CERTIFICATE OF SERVICE

This is to certify that on the 23 day of March, 2017, I served a true and accurate copy of the above and foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses by electronic transmission as follows:

Julie Tiedeken, Esq.
PO Box 748
Cheyenne WY  82003-0748
jtiedeken@mtslegal.net

Christopher R. Reeves, Esq
Richard A. Waltz, Esq.
The Waltz Law Firm
1660 Lincoln Street, Ste 2510
Denver, CO  80264
creeves@waltzlaw.com

Cameron S. Walker, Esq.
Judith A. Studer, Esq.
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
cam@schwartzbon.com
jstuder@schwartzbon.com

Joseph P. McGill, Esq.
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
jmcgill@fbmjlaw.com

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Katherine L. Mead
　　　　　　　　　　　　　　　　　kate@meadlaw.net