IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death.<br><br>Plaintiffs,<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CA 15-cv-128-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulated Motion to Dismiss with Prejudice moving the Court to enter an Order dismissing the above-captioned action against Gregory Buckingham and Deborah Buckingham, in their individual capacities as Trustees of the Buckingham Family trust and Gregory Buckingham and Deborah Buckingham as individual defendants ("Defendants Buckingham") with prejudice, and the Court having reviewed the Stipulated Motion of the Plaintiffs and Defendants Buckingham, and having reviewed the file herein, and being fully advised in the premises;

IT IS ORDERED that the above-captioned action be, and the same hereby is, dismissed with prejudice as to Gregory Buckingham and Deborah Buckingham, in their individual

capacities as Trustees of the Buckingham Family trust and Gregory Buckingham and Deborah Buckingham as individual defendants, with each party to bear their own attorney's fees and costs.

DATED this ____ day of March, 2017.

BY THE COURT:

_____
U.S. District Court Judge