FILED
8:20 am, 3/24/17
**Stephan Harris**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>                Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>                Defendants. | Case No: 15-CV-128-F |

### ORDER GRANTING STIPULATED MOTION TO DISMISS THE ABOVE CAPTIONED MATTER AGAINST THE DEFENDANTS BUCKINGHAMS

This matter is before the Court on Plaintiffs and Defendants Buckinghams' Stipulated Motion to Dismiss Defendants Buckinghams. (Doc. 179). The Court has reviewed the stipulated motion and is fully informed in the premises.

2

IT IS ORDERED that all of Plaintiffs' claims against Defendants Buckinghams are DISMISSED WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

Dated this __24th__ day of March, 2017.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE