IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL COMPANY, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation<br><br>　　　　　Defendants. | Case No. 15-cv-128-F |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the *Stipulated Motion for Dismissal With Prejudice* moving the Court to enter an Order dismissing the above-captioned action against Wyoming Mechanical Company, Inc. with prejudice, and the Court having reviewed the *Motion* of the Plaintiffs and Wyoming Mechanical Company, Inc., and having reviewed the file herein, and being fully advised in the premises;

**NOW, THEREFORE, IT IS ORDERED** that the above-captioned action be, and the same hereby is, dismissed with prejudice as to Wyoming Mechanical Company, Inc. with each party to bear their own attorneys fees and costs incurred herein.

**SO ORDERED** this _____ day of _____, 2017.

                                                                   _____
                                                                   NANCY D. FREUDENTHAL
                                                                   CHIEF UNITED STATES DISTRICT JUDGE