IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*11:37 am, 3/24/17*
**Stephan Harris
Clerk of Court**

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>            Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>            Defendants. | Case No: 15-CV-128-F |

### ORDER GRANTING STIPULATED MOTION TO DISMISS THE ABOVE CAPTIONED MATTER AGAINST THE DEFENDANT WYOMING MECHANICAL, INC.

This matter is before the Court on Plaintiffs and Defendant Wyoming Mechanical, Inc.'s Stipulated Motion to Dismiss Defendant Wyoming Mechanical, Inc. (Doc. 181). The Court has reviewed the stipulated motion and is fully informed in the premises.

2

IT IS ORDERED that all of Plaintiffs' claims against Defendant Wyoming Mechanical, Inc. are DISMISSED WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

Dated this __24th__ day of March, 2017.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE