IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:15-cv-000128-NDF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED MOTION TO DISMISS ABOVE-CAPTIONED MATTER AGAINST DEFENDANT TRIANGLE TUBE/PHASE III CO. INC.**

Plaintiffs and Defendant Triangle Tube/Phase III Co. Inc. ("Triangle Tube"), by and through their respective counsel, hereby stipulate that all claims brought by Plaintiffs against Defendant Triangle Tube have been fully compromised and settled between the parties and same should be dismissed in their entirety with prejudice, with each party to bear its own attorney's fees and costs.

WHEREFORE, Plaintiffs and Defendant Triangle Tube respectfully move this Court to execute and enter an Order of Dismissal of Plaintiffs' claims against Defendant Triangle Tube in their entirety with prejudice.  A proposed order is attached as Exhibit A.

| | |
|---|---|
| /s/David G. Lewis w/perm. | By:_____/s/Joseph P. McGill_____ |
| David G. Lewis | Joseph P. McGill (admitted pro hac vice) |
| *Attorney for Plaintiffs* | *Attorneys for Defendant Triangle Tube* |
| Wyoming Bar No. 4-1150 | Foley, Baron, Metzger & Juip, PLLC |
| P.O. Box 8519 | 38777 Six Mile Road, Suite 300 |
| Jackson, WY  83002 | Livonia, MI 48152 |
| Email:  davelewis@bresnan.net | Email:  jmcgill@fbmjlaw.com |
| | |
| Dated: March 24, 2017 | Judith A. W. Studer (5-2174) |
| | Schwartz, Bon, Walker & Studer, LLC |
| | 141 S. Center Street, Suite 500 |
| | Casper, WY 82601 |
| | *Local counsel for Defendant Triangle Tube* |
| | |
| | Dated:  March 24, 2017 |

Cheryl Ballew

From: David Lewis <davelewis@bresnan.net>
Sent: Friday, March 24, 2017 3:13 PM
To: Cheryl Ballew
Subject: Re: Herrera

Cheryl, please go ahead and sign my name to the stipulated motion.

Thanks,

Dave

On Mar 24, 2017, at 8:34 AM, Cheryl Ballew <cballew@fbmjlaw.com> wrote:

Dave:

Attached please find the draft Stipulated Motion to Dismiss Triangle Tube.  If acceptable, please either sign and return or give us permission to sign your name and submit.  Thanks.

**Cheryl Ballew**
Legal Assistant to Joseph McGill
**Foley, Baron, Metzger & Juip, PLLC**
Cambridge Center
38777 Six Mile Rd., Suite 300
Livonia, MI  48152

Office:  734-742-1825
Fax:     734-521-2379

Website:  www.fbmjlaw.com

*NOTICE: This communication contains privileged or other confidential information. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited.   If you have received this message in error, please reply to the sender and delete the message received in error. We apologize for any inconvenience that this might have caused. Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.*

<HERRERA--Stipulated_Order_to_Dismiss_Triangle.pdf>