# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:15-cv-000128-NDF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER FOR DISMISSAL OF DEFENDANT TRIANGLE TUBE WITH PREJUDICE**

Plaintiffs and Defendant Triangle Tube having filed their Stipulated Motion to Dismiss Triangle Tube With Prejudice; the Court having reviewed the Stipulated Motion and the file herein; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter be and same is hereby dismissed with prejudice as to Defendant Triangle Tube, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED, this _____ day of March 2017.

_____
U.S. District Court Judge