IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | Case No.: 2:15-cv-000128-NDF |

## STIPULATED MOTION FOR DISMISSAL OF
## WYOMING MECHANICAL'S CROSS CLAIMS AGAINST TRIANGLE TUBE

    Defendant Wyoming Mechanical, Inc., and Defendant Triangle Tube/Phase III Co. Inc. ("Triangle Tube"), by and through their respective counsel, hereby stipulate to the dismissal of Wyoming Mechanical's Cross Claims Against Defendant Triangle Tube with prejudice, with each party to bear its own costs and attorney's fees.

    WHEREFORE, Defendant Wyoming Mechanical, Inc. and Defendant Triangle Tube respectfully move this Court to execute and enter an Order of Dismissal of

2

Wyoming Mechanical's Cross Claims Against Defendant Triangle Tube in their entirety with prejudice.  A proposed order is attached as Exhibit A.

| | |
|---|---|
| By: /s/Julie Ney Tiedeken w/perm.<br>Julie Ney Tiedeken<br>*Attorney for Defendant Wyoming Mechanical*<br>Wyoming Bar No. 5-1949<br>702 Randall Avenue<br>Cheyenne, WY  82001<br>Email:  jtiedeken@mtslegal.net<br><br>Dated: March 27, 2017 | By:      /s/Joseph P. McGill<br>Joseph P. McGill (admitted pro hac vice)<br>*Attorneys for Defendant Triangle Tube*<br>Foley, Baron, Metzger & Juip, PLLC<br>38777 Six Mile Road, Suite 300<br>Livonia, MI 48152<br>Email:  jmcgill@fbmjlaw.com<br><br>Judith A. W. Studer (5-2174)<br>Schwartz, Bon, Walker & Studer, LLC<br>141 S. Center Street, Suite 500<br>Casper, WY 82601<br>*Local counsel for Defendant Triangle Tube*<br><br>Dated:  March 27, 2017 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2017, I served **Stipulated Motion For Dismissal Of Wyoming Mechanical's Cross Claims Against Triangle Tube** upon:

| | |
|---|---|
| David Lewis<br>P. O. Box 8519<br>Jackson, Wyoming 83002<br>davelewis@bresnan.net | Christopher R. Reeves<br>Dick Waltz, Esq.<br>Waltz Law Firm<br>1660 Lincoln Street, Ste. 2510<br>Denver, Colorado 80264<br>creeves@waltzlaw.com<br>DWaltz@WaltzLaw.com |
| Julie Tiedeken<br>Sean W. Scoggin<br>P. O. Box 748<br>Cheyenne, Wyoming 82003<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net | Katherine L. Mead, Esq.<br>P.O. Box 1809<br>Jackson, Wyoming 83001<br>kate@meadlaw.net |

via the Court's ECF filing system.

/s/Cheryl E. Ballew
Cheryl E. Ballew

# Cheryl Ballew

| | |
|---|---|
| From: | Julie Tiedeken <JTiedeken@mtslegal.net> |
| Sent: | Monday, March 27, 2017 1:13 PM |
| To: | Cheryl Ballew |
| Cc: | Christina Woodhouse |
| Subject: | Re: Herrera |

Yes you have my permission to sign and can attach this email if necessary.

Sent from my iPad

On Mar 27, 2017, at 11:07 AM, Cheryl Ballew <cballew@fbmjlaw.com> wrote:

> Do we have your permission to sign and I can just do the /s/Julie Tiedeken? Not sure if you saw, but the Judge sent an email around about getting the cross-claim dismissals submitted.
>
> Cheryl
>
> From: Julie Tiedeken [mailto:JTiedeken@mtslegal.net]
> Sent: Monday, March 27, 2017 1:06 PM
> To: Cheryl Ballew
> Cc: Christina Woodhouse
> Subject: Re: Herrera
>
> I'm out of the office to Wednesday and will sign then.
>
> Sent from my iPad
>
> On Mar 27, 2017, at 10:00 AM, Cheryl Ballew <cballew@fbmjlaw.com> wrote:
>
>> Can we get this revised document signed and returned so we can get submitted to the Court? Thanks.
>>
>> Cheryl