# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | Case No.:  2:15-cv-000128-NDF |

## ORDER FOR DISMISSAL OF WYOMING MECHANICAL'S CROSS CLAIMS AGAINST DEFENDANT TRIANGLE TUBE WITH PREJUDICE

Defendant Wyoming Mechanical, Inc. and Defendant Triangle Tube having filed their Stipulated Motion to Dismiss Wyoming Mechanical's Cross Claims Against Triangle Tube with Prejudice; the Court having reviewed the Stipulated Motion and the file herein; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Wyoming Mechanical's Cross Claims are DISMISSED against Defendant Triangle Tube with prejudice and without costs to either party.

2

IT IS SO ORDERED, this _____ day of March 2017.

_____
U.S. District Court Judge

Case 2:15-cv-00128-NDF   Document 185-1   Filed 03/27/17   Page 3 of 3