IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 MAR 28  AM 8:03

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>     Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>     Defendants. | Case No: 15-CV-128-F |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF WYOMING MECHANICAL'S CROSS CLAIMS AGAINST TRIANGLE TUBE**

  This matter is before the Court on Defendant Wyoming Mechanical, Inc. and Defendant Triangle Tube/Phase III Co. Inc.'s Stipulated Motion for Dismissal of

Wyoming Mechanical's Cross Claims Against Triangle Tube. (Doc. 185). The Court has reviewed the stipulated motion and is fully informed in the premises.

IT IS ORDERED that all of Defendant Wyoming Mechanical, Inc.'s claims against Defendant Triangle Tube/Phase III Co. Inc. are DISMISSED WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

Dated this 27 day of March, 2017.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE