IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages for her wrongfully caused death. ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 15-cv-128-F |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILYTRUST; And GREGORY BUCKINGHAM and DEBORAH BUCKINGAM as individual defendants; and WYOMING MECHANICAL COMPANY, INC a Wyoming Corporation; TRIANGLE TUBE/PHASEIII CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | |

**STIPULATION FOR DISMISSAL OF BUCKINGHAM'S CROSSCLAIM AGAINST WYOMING MECHANICAL**

COME NOW Greg Buckingham and Deborah Buckingham in their individual capacities as Trustees of the Buckingham Family Trust (the Buckinghams) and individually, and Wyoming Mechanical Company, Inc. (Wyoming Mechanical), by and through their counsel of record and hereby stipulate that the Buckingham's Crossclaim against Wyoming Mechanical be dismissed with prejudice for the reason that said claims have been fully compromised with each party to pay their own costs.

DATED this 28 day of March, 2017.

For _[signature]_ 7-5018

Julie Nye Tiedeken, WSB: #5-1949
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, WY 82003-0748
*Attorney for Defendant Wyoming Mechanical, Inc.*

_[signature]_

Katherine L. Mead WSB: #5-2432
Attorney at Law
PO Box 1809
Jackson, WY 83001
*Attorney for Plaintiff*