**FILED**

8:26 am, 3/29/17
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, <br><br> Defendants. | Case No:  15-CV-128-F |

---

**ORDER GRANTING STIPULATION FOR DISMISSAL OF BUCKINGHAMS'
CROSSCLAIM AGAINST WYOMING MECHANICAL**

---

This matter is before the Court on Defendants Buckinghams and Defendant

Wyoming Mechanical Co. Inc.'s Stipulation for Dismissal of Buckinghams' Crossclaim

against Wyoming Mechanical. (Doc. 187). The Court has reviewed the stipulated motion and is fully informed in the premises.

IT IS ORDERED that all of Defendants Buckinghams' claims against Defendant Wyoming Mechanical Co. Inc. are DISMISSED WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

Dated this  29th  day of March, 2017.


_____

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE

2