Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death,<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation,<br><br>    Defendants, | Civil Action No. 15-CV-128-F |

## STIPULATED MOTION TO DISMISS CROSS-CLAIM AGAINST CO-DEFENDANT, M&G DURAVENT, INC.

COMES NOW Julie Tiedeken, attorney for Wyoming Mechanical, Inc. and Christopher R. Reeves, attorney for Defendant M&G Duravent Inc., and Stipulate with one another that the cross-claim brought by Defendant, Wyoming Mechanical, Inc., has been fully compromised and settled between the parties and the same should be dismissed by the United States District Court with prejudice.

WHEREFORE, Defendant, Wyoming Mechanical, Inc., and co-Defendant, M&G DuraVent, Inc., respectfully move the Court to execute and enter an Order of Dismissal of Wyoming Mechanical, Inc.'s cross-claim against co-Defendant M&G DuraVent, Inc., with Prejudice

Respectfully submitted this 29 day of March, 2017.

Julie Nye Tiedeken
Attorney for Wy
Wyoming Bar No. 4-1150
P. O. Box 8519
Jackson, Wyoming 83002

Christopher R. Reeves
Attorney for DuraVent
Wyoming Bar No. 7-5386
1660 Lincoln Street Suite 2510
Denver, Colorado 80264

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2017, a true and correct copy of the above Stipulation for Dismissal of Cross-Claim Against M&G Duravent, Inc. with Prejudice was served upon the following attorneys to the following e-mail addresses:

Julie Nye Tiedeken, - WY Bar #5-1949
Sean W. Scoggin - WY Bar # 6-3263
McKellar, Tiedeken & Scoggin
702 Randall Avenue
Cheyenne, WY 83001
jtiedeken@mtslegal.net

Katherine L. Mead, WY Bar #5-2432
Mead & Mead1200 N. Spring Gulch Rd
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Joseph P. McGill (Pro Hac Vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, Ml 48152
imcgill@fbmjlaw.com

Christopher Reeves
Waltz|Reeves
1660 Lincoln Street, Suite 2510
Denver, Colorado 8800
creeves@waltzreeves.com
dwaltz@waltzreeves.com

Waltz|Reeves