Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death,<br><br>    Plaintiffs,<br>v.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants;   and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation<br><br>    Defendants, | Civil Action No. 15-CV-128-F |

**ORDER OF DISMISSAL WITH PREJUDICE**

1

Pursuant to the Stiuplated Motion for Dismissal with Prejudice moving the Court to enter an Order dismissing all cross-claims made by Defendnat, Wyoming Mechanical, Inc. against co-Defendant M&G DuraVent, Inc., with prejudice, and the Court having reviewed the Motion of the co-Defendants, and having reviewed the file herein, and being fully advised on the premises;

NOW, THEREFORE, IT IS ORDERED that the cross-claim against M&G DuraVent, Inc., is dismissed with prejudice with each party to bare their own attorneys fees and costs incurred herein.

**SO ORDERED** this _____ day of _____, 2017.

_____