IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

3:31 pm, 3/29/17
**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>        Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>        Defendants. | Case No:  15-CV-128-F |

**ORDER GRANTING STIPULATED MOTION TO DISMISS CROSS-CLAIM AGAINST CO-DEFENDANT M&G GROUP DURAVENT, INC.**

This matter is before the Court on Defendant Wyoming Mechanical, Inc. and Defendant M&G Group Duravent, Inc.'s Stipulated Motion to Dismiss Cross-Claim

Against Co-Defendant M&G Group Duravent, Inc. (Doc. 189). The Court has reviewed the stipulated motion and is fully informed in the premises.

IT IS ORDERED that all of Defendant Wyoming Mechanical, Inc.'s claims against Defendant M&G Group Duravent, Inc. are DISMISSED WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

IT IS FINALLY ORDERED that because all claims have been resolved, the above-captioned case is hereby closed.

Dated this  29th  day of March, 2017.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE