IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF WYOMING

**FILED**

10:03 am, 5/16/19

**U.S. Magistrate Judge**

FRANCISCO L. HERRERA and JOANNA )
HERRERA, Co-Wrongful Death )
Representatives, for the exclusive )
benefit of the beneficiaries of MONICA )
HERRERA, deceased, who have sustained )
damages from her wrongfully caused death, )
)
    Plaintiffs, )
)
-vs- )    Case No.: 2:15-cv-000128-NDF
)
GREGORY BUCKINGHAM and DEBORAH )
BUCKINGHAM, but in their individual )
capacities as Trustees of the )
BUCKINGHAM FAMILY TRUST; and )
GREGORY BUCKINGHAM and DEBORAH )
BUCKINGHAM, as individual defendants; )
and WYOMING MECHANICAL, INC., a )
Wyoming Corporation; TRIANGLE )
TUBE/PHASE Ill CO. INC., a New Jersey )
Corporation; and M&G GROUP )
DURAVENT, INC., a New York Corporation, )
)
    Defendants. )

---

### ORDER REAFFIRMING PROTECTIVE ORDER AND DESIGNATING CERTAIN DOCUMENTS/DOCKET ENTRIES AS NON-PUBLIC

---

    IT IS HEREBY ORDERED that this Court reaffirms its Protective Order entered March

18, 2016 in This Action, and by its terms, Discovery Material and certain Confidential

Information in This Action shall not be accessed or utilized in any manner by any individual or

entity outside This Action;

    IT IS HEREBY FURTHER ORDERED that the original and any copies of the following

docket entries/documents, in their entirety, as filed with this Court in the above captioned case, shall

be designated by the Court has having been filed as non-public and

not incorporated into the regular public record of this case in accordance with Local Rules 5.1

and 79.1(b) and Federal Rules of Civil Procedure 5.2(d) and (e). To wit:

| Docket #: | Document Description |
|---|---|
| 23 | Designation of Expert Witnesses by Plaintiffs |
| 34 | Designation of Expert Witnesses by Defendant Wyoming Mechanical |
| 36 | Designation of Expert Witnesses by Buckingham Defendants |
| 76 | Second Designation of Expert Witnesses by Plaintiffs |
| 86 | Motion to Modify Wyoming Mechanical's Subpoena Duces Tecum to Ferguson Enterprises |
| 87 | Wyoming Mechanical's Motion to Compel Production of Documents |
| 88 | Second Designation of Expert Witnesses by Buckingham Defendants |
| 89 | Designation of Expert Witnesses by Defendant Triangle Tube |
| 90 | Designation of Experts filed by Wyoming Mechanical |
| 91 | Triangle Tube's Opposition to Wyoming Mechanical's Motion to Modify Subpoena Duces Tecum to Ferguson Enterprises |
| 92 | Expert Disclosures filed by Defendant M&G DuraVent |
| 93 | Motion for Protective Order by Defendant Triangle Tube |
| 95 | Reply in Support of Motion to Modify Subpoena to Ferguson by Defendant Triangle Tube |
| 96 | Response in Opposition to Motion to Compel by Triangle Tube |
| 97 | Wyoming Mechanical's Opposition to Triangle Tube's Motion for Protective Order |
| 98 | Triangle Tube Motion for expedited hearing on Motion to Compel Discovery and Motion for Protective Order |
| 100 | Reply in Opposition to Wyoming Mechanical's Opposition to Triangle Tube's Motion for Protective Order by Triangle Tube |

| Docket #: | Document Description |
|---|---|
| 104 | Plaintiffs' Notice of Filing FRCP 26(a)(2(D)(ii) Disclosure of Expert Testimony |
| 105 | Wyoming Mechanical's Rebuttal Expert Witness Designation |
| 114 | Triangle Tube Supplemental Designation of Expert Witnesses |
| 120 | Wyoming Mechanical Motion for Partial Summary Judgment on Plaintiffs' Claim/defense for Punitive Damages |
| 123 | M&G DuraVent Motion for Partial Summary Judgment on Punitive Damages |
| 124 | Buckinghams' Motion for Summary Judgment on Plaintiffs' Claim/defenses for Punitive Damages |
| 125 | M&G DuraVent Motion for Summary Judgment |
| 126 | Triangle Tube Motion for Partial Summary Judgment as to Plaintiffs' Claim/defense for Punitive and Exemplary Damages |
| 127 | Triangle Tube Joinder in DuraVent's Motion for Sanctions for Spoliation of Evidence |
| 128 | Triangle Tube Motion for Summary Judgment as to Plaintiffs' Strict Product Liability Claim/defenses |
| 129 | Triangle Tube Motion for Summary Judgment as to Wyoming Mechanical's Cross Claim/defense |
| 132 | Triangle Tube Amended Exhibit in reference to Motion for Summary Judgment as to Strict Product Liability Claim/defenses |
| 138 | M&G DuraVent Motion to Strike Supplemental Reports of Expert Bernard R. Cuzzillo |
| 139 | Buckinghams' Response to Wyoming Mechanical's Motion for Summary Judgment on Cross Claim/defense |
| 140 | Affidavit of Bernard R. Cuzzillo |
| 141 | Plaintiffs' Response to DuraVent's Motion for Summary Judgment |
| 145 | M&G DuraVent's Motion to Expedite Ruling on Motion to Strike Affidavit of Bernard R. Cuzzillo |

| **Docket#:** | **Document Description** |
|---|---|
| 146 | Triangle Tube Response to Wyoming Mechanical Motion to Strike Supplemental Expert Testimony of Caggiano |
| 159 | Plaintiffs' Proposed Conclusions of Law and Statement of Material Facts in Support of Motions for Summary Judgment [Docket Nos. 126 and 128] |

IT IS HEREBY FURTHER ORDERED that said above listed docket entries and documents shall be hereafter protected from access by any nonparty to this case, and that all such documents, including such Discovery Material and Confidential Information, shall remain as documents for use in this Action, only, in accordance with the Protective Order, including specifically paragraphs 7 and 12;

IT IS HEREBY FURTHER ORDERED that said above listed docket entries/ documents shall remain designated non- public pursuant to this Order until further Order of this Court;

IT IS HEREBY FURTHER ORDERED that any and all parties and non-parties to This Action shall not utilize, rely on, or submit to any public authority (including any court or legal research or resource or reference company) any of the above listed docket entries/ documents, which are inclusive of any testimony under oath, expert report, and any affidavit of Bernard Cuzzillo, whose opinions in This Action shall not be utilized in furtherance of any other claim/defense or action or for any other personal or business use outside This Action;

IT IS HEREBY FURTHER ORDERED that all parties and non-parties to This Action shall immediately cease and desist from any use, publication, or reliance on any of the above listed docket entries/documents or any other Discovery Material for

furtherance of any claim/defense or action, any business, commercial, competitive, personal or other purpose or in any other administrative or judicial proceeding; and

IT IS HEREBY FURTHER ORDERED that this Stipulated Order may be presented to any individual and/or entity believed to be in possession of the above listed docket entries/documents, or having access to same, and said individual and/or entity is directed to immediately cease and desist from any use, dissemination, reproduction, or reliance on any of the above listed docket entries/documents for any use outside of This Action.

Dated this 16th day of May, 2019.

Kelly H. Rankin
U.S. Magistrate Judge