Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
(734) 742-1825; Fax: (734) 521-2379
Email: jmcgill@fbmjlaw.com
       jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
(307) 235-6681; Fax (307) 234-5099
Email: jstuder@schwartzbon.com
      *Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Case No. 15-CV-00128-NDF

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, | ) ) ) ) ) ) ) |
|     Plaintiffs, | ) |
| -vs- | ) ) |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

**TRIANGLE TUBE'S MOTION TO FILE BRIEF EXCEEDING PAGE LIMIT**

**COMES NOW** Defendant Triangle Tube ("Triangle"), by and through its undersigned counsel, and moves the Court for an order allowing it to file its Motion to Show Cause in excess of 10 pages in length. In support, Triangle advises that due to the provisions of the Protective Orders cited therein, together with specific examples of how the Orders were violated, resulted in the motion exceeding the 10 page limit. It is believed the detail is needed to provide concrete examples of the violations to the Court.

Respectfully submitted,

Dated: December 17, 2019
/s/ Judith Studer (5-2174)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
Tel.: (307) 235-6681; Fax: (307) 234-5099

Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
FOLEY, BARON, METZGER & JUIP, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Tel.: (734) 742-1825; Fax: (734) 521-2379

*Attorneys for Defendant Triangle Tube*

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of December, 2019, the undersigned served the within and foregoing **TRIANGLE TUBE'S MOTION TO FILE BRIEF EXCEEDING PAGE LIMIT** via the Court's ECF filing system to:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Reeves
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzreeves.com;
dwaltz@waltzreeves.com

| | |
|---|---|
| Julie Tiedeken<br>Sean W. Scoggin<br>P. O. Box 748<br>Cheyenne, Wyoming 82003<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net | Dr. Bernard Cuzzillo<br>Berkeley Research Company<br>600 Addison Street<br>Berkeley, California 94710<br>(last known business address)<br><br>Dr. Bernard Cuzzillo<br>1214 Bear Creek Drive<br>Briones, California 94553-9750<br>(residential address, upon information and belief) |

and via Certified First Class U.S. Mail to Dr. Bernard Cuzzillo at his last known business and residential address listed above.

/s/ Judith Studer
Schwartz, Bon, Walker & Studer, LLC