IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 15-CV-00128-NDF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT**

    **THIS MATTER** came before the Court upon Motion of Triangle Tube, and the Court having reviewed the same, hereby GRANTS the Motion.

    **NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that Triangle Tube shall be and hereby is granted leave to file its Motion to Show Cause in excess of the page limit.

    DATED this _____ day of _____, 2019.

                                     BY THE COURT:

                                     _____