Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax: (734) 521-2379
Email:  jmcgill@fbmjlaw.com/jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com
*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Case No. 15-CV-00128-NDF

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| -vs- | ) ) |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## TRIANGLE TUBE'S RENEWED MOTION TO FILE BRIEF EXCEEDING PAGE LIMIT

**COMES NOW** Defendant Triangle Tube ("Triangle"), by and through its undersigned counsel, and moves the Court for an order allowing it to file its Motion to Show Cause in excess of 10 pages in length. In support, Triangle advises that due to the provisions of the Protective Orders cited therein, together with specific examples of how the Orders were violated, resulted in the motion exceeding the 10 page limit. It is believed the detail is needed to provide concrete examples of the violations to the Court.

Triangle previously submitted its Motion to File Brief Exceeding Page Limit [Doc 193], and said motion was denied without prejudice for failure to comply with Local Rule 7.1(A). See Order [Doc 194].

Since this Court's Order [Doc 194], Triangle has made reasonable and diligent efforts to confer with counsel of record in accordance with Local Rule 7.1(A). Triangle counsel has received the consent of counsel for M&G Group DuraVent in this case to file a motion in excess of the page limits; counsel for Wyoming Mechanical has verbally indicated that she does not object to this Motion; and counsel for the Buckinghams has indicated her consent to this Motion via email. Triangle counsel has left voicemails (cell phone and office) and has emailed counsel for Plaintiffs in this matter and has not received a response at of the time of filing this Motion.

Also in accordance with Local Rule 7.1(A), counsel submits that the proposed Motion to Show Cause will contain nineteen (19) pages, inclusive of captions for Motion and Brief, and a page for the proof of service.

Dated:  December 19, 2019    /s/ Judith Studer (5-2174)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
Tel.: (307) 235-6681; Fax: (307) 234-5099

        Joseph P. McGill (admitted pro hac vice)
        Jennifer A. Cupples (admitted pro hac vice)
        FOLEY, BARON, METZGER & JUIP, PLLC
        38777 Six Mile Road, Suite 300
        Livonia, MI 48152
        Tel.: (734) 742-1825; Fax: (734) 521-2379

*Attorneys for Defendant Triangle Tube*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I served said **TRIANGLE TUBE'S RENEWED MOTION TO FILE BRIEF EXCEEDING PAGE LIMIT** upon the below:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Julie Tiedeken
Sean W. Scoggin
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Reeves
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzreeves.com;
dwaltz@waltzreeves.com

Dr. Bernard Cuzzillo
Berkeley Research Company
600 Addison Street
Berkeley, California 94710
(last known business address)

Dr. Bernard Cuzzillo
1214 Bear Creek Drive
Briones, California 94553-9750
(residential address, upon information and belief)

via the Court's ECF filing system for counsel, and via Certified First Class U.S. Mail to Dr. Bernard Cuzzillo at his last known business and residential address listed above.

        /s/ Judith Studer
        SCHWARTZ, BON, WALKER & STUDER, LLC