IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) |
| | ) Case No.: 2:15-cv-00128-NDF |
| GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER GRANTING LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT

**THIS MATTER** came before the Court upon the Renewed Motion of Triangle Tube, and the Court having reviewed the same, hereby GRANTS the Motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that Triangle Tube shall be and hereby is granted leave to file its Motion to Show Cause in excess of the page limit.

DATED this _____ day of _____, 2019.

BY THE COURT:

_____