Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax: (734) 521-2379
Email:  jmcgill@fbmjlaw.com;/jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com

*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br>　　　Plaintiffs,<br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>　　　Defendants. | Case No.:  2:15-cv-00128-NDF<br><br>**TRIANGLE TUBE'S MOTION FOR ORDER TO FILE CERTAIN EXHIBITS UNDER SEAL RELATED TO ITS MOTION FOR ORDER TO SHOW CAUSE** |

## **TRIANGLE TUBE'S MOTION FOR ORDER TO FILE CERTAIN EXHIBITS UNDER SEAL RELATED TO ITS MOTION FOR ORDER TO SHOW CAUSE**

NOW COMES Defendant TRIANGLE TUBE ("Triangle"), by and through its attorneys, FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER, LLC, and for its Motion For Protective Order To File Certain Exhibits Under Seal Related To Its Motion For Order To Show Cause, states as follows:

1. Pursuant to the Protective Order in this case, all Confidential Information contained or discussed in any pleading, motion, exhibit or other paper filed with the Court shall be accompanied by a Motion Under Seal pursuant to Local Rule 5.1(g). Protective Order [Doc 73], at para. 19. The Protective Order then states that the Court shall then determine what, if any, portions of filing shall be filed under seal. *Id.*

2. In its Motion for Order to Show Cause for Why Plaintiffs' Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should Not be Held in Contempt of Court for Violation of Protective Orders ("Show Cause Motion"), Triangle alleges that Dr. Cuzzillo has used Confidential Information and Discovery Material in violation of this Court's Protective Orders for his own personal/business interests, and in defense of a proceeding currently pending in the Circuit Court for the County of Keweenaw, State of Michigan, captioned:

> *MARY L. MATHEWS, individually and as Personal Representative of the Estate of WILLIAM H. FRABOTTA, deceased vs. DOUGLAS NAKKULA d/b/a MODERN HEATING & COOLING, JEFF WAATTI, TRIANGLE TUBE PHASE III CO., INC., ACV BELGIUM, nv/sa, AND ACV TRIANGLE TUBE*

2

Case No. 17-755-NO, before the Honorable Charles Goodman (the "Frabotta matter"), as detailed more fully therein.[1]

3. In support of its Show Cause Motion, Triangle will submit various exhibits which contain examples of Dr. Cuzzillo's disclosure, use, and reliance on Discovery Material, Confidential Information, and sealed records such that said exhibits should be non-public and sealed. Some exhibits are from the Frabotta matter which has a similar protective order to this case that allows use and disclosure of discovery material and confidential information when counsel in good faith believes said person (i.e. Mr. Lewis and Dr. Cuzzillo) have had access to or participated in communications related to said confidential information, and permits use of one's own confidential designated documents. A copy of the Frabotta matter protective order is attached hereto as **Exhibit A**.

4. The following exhibits pertinent to Triangle's Show Cause Motion should be filed under seal because they are Discovery Material and Confidential Information, and/or contain documents which have already been determined to be sealed pursuant to this Court's Order Reaffirming Protective Order [Doc 192]:

- Frabotta Dr. Cuzzillo Deposition (wherein he acknowledges that he is aware of a protective order in this case, marked confidential by Triangle counsel in the Frabotta matter), excerpt at p. 44, lines 14-20;

- Defendants Nakkula/Modern/Waatti's Motion to Compel Discovery in the Frabotta matter, dated October 19, 2018 (Frabotta matter, contains Dr. Cuzzillo's Affidavit from this case [Doc 140], as well as his November 2, 2015 Report and July 19, 2016 Revised Report [Docs 23 and 76]), all three documents have been sealed by this Court pursuant to Order [Doc 192];

---

[1] Dr. Cuzzillo has used Confidential Information and Discovery Material in defense of defendants Nakkula and Waatti. Their counsel, Glenn Smith, was served a copy of the March 18, 2016 Protective Order entered in This Action on April 12, 2019, and was verbally made aware of its existence at least as far back as October 29, 2018.

3

- Defendants Nakkula/Modern/Waatti's Answers to Expert Interrogatories (Frabotta matter, refer and relate to this case);

- Updated Answers to Expert Interrogatories (Frabotta matter, refer and relate to this case);

- Forensic Engineer's Society Seminar slides (which contain pictures of the Buckingham Ranch and the boiler at issue in this case, and even make reference to Triangle Mike Senk's testimony in this case) produced by Dr. Cuzzillo in Frabotta matter as records he has relied upon for his opinions in that matter (deposition marked confidential in Frabotta matter by Triangle counsel); and

- Dr. Cuzzillo Demonstration Videos (contained on thumb drives, originate from Discovery Material and testing done in this case)

5. Triangle in good faith believes the above exhibits contain Confidential Information and/or are previously sealed documents. As a result, Triangle requests that it be permitted to file said exhibits under seal.

6. Triangle also requests that it be required to serve its Show Cause Motion and complete exhibits (including those requested to be filed under seal) only on Mr. Lewis and Dr. Cuzzillo in accordance with the Protective Orders to avoid any further disclosure and dissemination of documents protected or sealed by the Protective Orders. Counsel of record will otherwise receive the Show Cause Motion and publicly filed documents.

7. To comply with the referenced Protective Orders, Triangle requests that this Court enter the attached proposed order and permit the specified exhibits supporting its Show Cause Motion to be filed under seal and not as part of the Court's public record.

WHEREFORE, Triangle Tube respectfully requests that this Court enter the proposed order in the form attached hereto allowing certain of the exhibits supporting its Show Cause Motion to be filed under seal.

Dated:  December 19, 2019

/s/ Judith A. W. Studer (5-2174)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
Tel.: (307) 235-6681; Fax: (307) 234-5099

Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
FOLEY, BARON, METZGER & JUIP, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Tel.: (734) 742-1825; Fax: (734) 521-2379

*Attorneys for Defendant Triangle Tube*

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I served said Motion To File Certain Exhibits Under Seal Related To Its Motion For Order To Show Cause upon the below:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Julie Tiedeken
Sean W. Scoggin
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Reeves
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzreeves.com;
dwaltz@waltzreeves.com

Dr. Bernard Cuzzillo
Berkeley Research Company
600 Addison Street
Berkeley, California 94710
(last known business address)

Dr. Bernard Cuzzillo
1214 Bear Creek Drive
Briones, California 94553-9750
(residence address upon information and belief)

5

via the Court's ECF filing system for counsel, and via Certified First Class U.S. Mail, to Dr. Bernard Cuzzillo at his last known business address and residence (upon information and belief).

/s/
Judith A.W. Studer

6