IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>　　　Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>　　　Defendants. | Case No.: 2:15-cv-000128-NDF |

## **ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL**

This matter is before the Court on Triangle Tube's Motion For Order To File Certain Exhibits Under Seal Related To Its Motion For Order To Show Cause, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the following exhibits to Triangle Tube's Motion for Order to Show Cause Why Plaintiff's Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should Not be Held in Contempt of Court for Violation of this Court's Protective Orders may be filed and immediately placed under seal and not incorporated into the regular public record of this case:

- Frabotta Dr. Cuzzillo Deposition (Frabotta matter), excerpt at p. 44, lines 14-20;

- Defendants Nakkula/Modern/Waatti's Motion to Compel Discovery in the Frabotta matter, dated October 19, 2018 (Frabotta matter, contains Dr. Cuzzillo's Affidavit [Doc 140], as well as his November 2, 2015 Report and July 19, 2016 Revised Report [Docs 23 and 76]);

- Defendants Nakkula/Modern/Waatti's Answers to Expert Interrogatories (Frabotta matter);

- Updated Answers to Expert Interrogatories (Frabotta matter);

- Forensic Engineer's Society Seminar slides (Frabotta matter); and

- Dr. Cuzzillo Demonstration Videos

IT IS HEREBY FURTHER ORDERED that Triangle's Motion for Order to File Certain Exhibits Under Seal Related to its Motion for Order to Show Cause is GRANTED, and the above referenced Exhibits shall be sealed and remain under seal until further Order of this Court; and

IT IS HEREBY FURTHER ORDERED that Triangle shall serve its Show Cause Motion and complete exhibits (including those filed under seal) on Mr. Lewis and Dr. Cuzzillo only. Triangle shall otherwise serve the Show Cause Motion on counsel of record as publicly filed.

Dated this __ day of _____, 20__.          BY THE COURT:

                                                _____