Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1825; Fax:  (734) 521-2379
Email:  jmcgill@fbmjlaw.com; jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY  82601
(307) 235-6681; Fax (307) 234-5099
Email:  jstuder@schwartzbon.com
*Attorneys for Defendant Triangle Tube*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br>    Plaintiffs,<br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | Case No.:  2:15-cv-00128-NDF<br><br>**TRIANGLE TUBE'S BRIEF IN SUPPORT OF ITS MOTION FOR ORDER TO FILE CERTAIN EXHIBITS UNDER SEAL RELATED TO ITS MOTION FOR ORDER TO SHOW CAUSE** |

NOW COMES Defendant TRIANGLE TUBE ("Triangle"), by and through its attorneys,

FOLEY, BARON, METZGER & JUIP, PLLC, and SCHWARTZ, BON, WALKER & STUDER,

LLC, and for its Brief in Support of its Motion For Protective Order To File Certain Exhibits Under Seal Related To Its Motion For Order To Show Cause, relies on the facts, argument, and law set forth in its Motion.

WHEREFORE, Triangle Tube respectfully requests that this Court enter the proposed order in the form attached to its motion allowing certain of the exhibits supporting its Show Cause Motion to be filed under seal.

Dated: December 19, 2019

/s/ Judith Studer (5-2174)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
Tel.: (307) 235-6681; Fax: (307) 234-5099

Joseph P. McGill (admitted pro hac vice)
Jennifer A. Cupples (admitted pro hac vice)
FOLEY, BARON, METZGER & JUIP, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Tel.: (734) 742-1825; Fax: (734) 521-2379

*Attorneys for Defendant Triangle Tube*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I served said Triangle Tube's Brief in Support of Its Motion To File Certain Exhibits Under Seal Related To Its Motion For Order To Show Cause upon the below:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Reeves
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzreeves.com;
dwaltz@waltzreeves.com

| | |
|---|---|
| Julie Tiedeken<br>Sean W. Scoggin<br>P. O. Box 748<br>Cheyenne, Wyoming 82003<br>jtiedeken@mtslegal.net<br>sscoggin@mtslegal.net | Dr. Bernard Cuzzillo<br>Berkeley Research Company<br>600 Addison Street<br>Berkeley, California 94710<br>(last known business address)<br><br>Dr. Bernard Cuzzillo<br>1214 Bear Creek Drive<br>Briones, California 94553-9750<br>(residence address upon information and belief) |

via the Court's ECF filing system for counsel, and via Certified First Class U.S. Mail, to Dr. Bernard Cuzzillo at his last known business address and residence (upon information and belief).

/s/
Judith A.W. Studer

3