IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

*1:22 pm, 12/20/19*

U.S. Magistrate Judge

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, co-wrongful death representatives for the exclusive benefit of the Estate of Monica Herrera,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, both in their individual capacities as Trustees of the Buckingham Family Trust and as individual defendants, WYOMING MECHANICAL, INC., a Wyoming corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey corporation, and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>Defendants. | Case No. 15-CV-128-F |

**ORDER GRANTING DEFENDANT TRIANGLE TUBE'S MOTION FOR LEAVE TO FILE EXCESS PAGES [DOC. 195] AND MOTION FOR ORDER TO FILE CERTAIN EXHIBITS UNDER SEAL [DOC. 196]**

This matter is before the Court on Defendant Triangle Tube's Motion for Leave to file excess pages [Doc. 195] and Motion for Order to file certain exhibits under seal [Doc. 196]. Having considered the Motions, the Court finds as follows:

Defendant Triangle Tube's anticipated Motion for Order to Show Cause presents circumstances that justify the use of excess pages. Defendant Triangle Tube may file a Motion for Order to Show Cause that has up to nineteen pages. Defendant Triangle Tube may also file the following exhibits in support of the Motion for Order to Show Cause under seal: (1) an

1

excerpt from Frabotta Dr. Cuzzillo Deposition; (2) Defendants' Motion to Compel Discovery [Doc. 140] and containing Dr. Cuzzillo's affidavit; (3) Dr. Cuzzillo's Report and Revised Report [Docs. 23, 76]; (4) Defendants' Answers to Expert Interrogatories; (5) updated answers to expert interrogatories; (6) forensic engineer's society seminar slides; and (7) Dr. Cuzzillo demonstration videos.

    IT IS SO ORDERED.

    DATED this 20th day of December, 2019.

_____
Kelly H. Rankin
United States Magistrate Judge