# EXHIBIT B TO MOTION TO SHOW CAUSE
# CUZZILLO DEPOSITION TRANSCRIPT

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)