# EXHIBIT D TO MOTION TO SHOW CAUSE
# MARCH 23, 2017 EMAIL TO LEWIS

**McGill, Joseph P.**

| | |
|---|---|
| **From:** | McGill, Joseph P. |
| **Sent:** | Thursday, March 23, 2017 2:26 PM |
| **To:** | David Lewis |
| **Subject:** | Herrera v. Triangle:  Final Settlement Agreement |
| **Attachments:** | HERRERA--Final_Settlement_Agreement (Triangle).pdf; Ex C-Affy of Destruction 3-15-17.pdf |

Dave:

Attached is a signature-ready version of the Confidential Release and Settlement Agreement (incorporating and accepting your requested changes discussed earlier this week).  Please have same fully executed and return to us.  We are drafting a stipulated motion to dismiss Triangle and will forward that to you for review/approval shortly.

Please also ensure that all appropriate individuals, including your experts, execute the Affidavit of Destruction; we have included a copy of that as a separate document for your convenience (it is also attached to the settlement agreement.)

Thank you for providing the W-9.  Our client advises that it could take 7 to 10 days to get a check processed; we will work to get the check issued as quickly as possible but in any event payment will be consistent with the terms of the Settlement Agreement.

**Joseph McGill**
**Foley, Baron, Metzger & Juip, PLLC**
Cambridge Center
38777 Six Mile Rd., Suite 300
Livonia, MI  48152

Office:  734-742-1825
Cell:    248-763-1810
Fax:    734-521-2379
Website:  www.fbmjlaw.com

*NOTICE: This communication contains privileged or other confidential information. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited.  If you have received this message in error, please reply to the sender and delete the message received in error. We apologize for any inconvenience that this might have caused. Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws*

Richard A. Waltz, *pro hac vice*
Christopher R. Reeves-WY Bar No. 7-5386
The Waltz Law Firm
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
Ph.: (303) 830-8800
*Attorneys for Defendant M&G DURAVENT, INC.*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA,CO- WRONGFUL DEATH REPRESENTATIVES,for exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained Damages from her wrongfully caused death | ) ) ) ) ) ) ) ) ) | Civil Action No. 15-CV-128-F |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GREGORY BUCKINGHAM and DEBORAH  BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLETUBE/PHASE III CO. INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

## AFFIDAVIT RE: DESTRUCTION OF DOCUMENTS CONSISTENT WITH PROTECTIVE ORDER

I hereby certify that all Confidential Information (as defined in the Protective Order entered in this matter on March 18, 2016, copy attached), including any copies thereof, received by me, or my firm during the course of this litigation have been appropriately destroyed to ensure preservation of the confidentiality of such documents.

I further certify that neither myself nor my company provided any Confidential Information (as defined in the Protective Order) to any person or entity not otherwise bound by or notified of the terms of the Protective Order referenced herein.

I verify under penalty of perjury that the above statements are true to the best of my knowledge, information and belief.

Date:_____ 2017          By:_____

EXHIBIT C