# EXHIBIT E TO MOTION TO SHOW CAUSE
# NAKKULA d/b/a MODERN HEATING
# MOTION TO COMPEL DISCOVERY

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)