# EXHIBIT F TO MOTION TO SHOW CAUSE
# NAKKULA d/b/a MODERN HEATING ANSWERS TO TRIANGLE TUBE'S EXPERT INTERROGATORIES

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)