# EXHIBIT G TO MOTION TO SHOW CAUSE NAKKULA d/b/a MODERN HEATING AND WAATTI'S ANSWERS TO TRIANGLE TUBE'S EXPERT INTERROGATORIES

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)