# EXHIBIT H TO MOTION TO SHOW CAUSE
# HERRERA THUMB DRIVE

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)