# EXHIBIT I TO MOTION TO SHOW CAUSE
# FRABOTTA THUMB DRIVE

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)