# EXHIBIT J TO MOTION TO SHOW CAUSE
# COMPLEX CARBON MONOXIDE FATALITY

# FILED UNDER SEAL (DELIVERED TO CLERK OF COURT)