IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, Co-Wrongful Death Representatives, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>    Plaintiffs,<br><br>-vs-<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC., a New York Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:15-cv-000128-NDF |

## ORDER TO SHOW CAUSE CONCERNING ATTORNEY DAVID LEWIS AND DR. BERNARD CUZZILLO

This matter is before the Court on Motion of Triangle Tube requesting an order to show cause why Plaintiffs' Counsel David Lewis and Plaintiffs' Expert Dr. Bernard Cuzzillo should not be held in contempt for their alleged violation of the Protective Orders in this matter. The Court having review the Motion and is fully informed in the premises,

IT IS HEREBY ORDER that any response by Attorney David Lewis and Dr. Bernard Cuzzillo shall be filed with the Court no later than 14 days following service of this Order, and;

IT IS HEREBY FURTHER ORDERED that a hearing on Triangle Tube's Motion for Order to Show Cause Why Plaintiffs' Counsel David Lewis and Plaintiffs' Expert Witness Dr. Bernard Cuzzillo Should Not be Held in Contempt of Court for Violation of this Court's Protective Orders is set for _____ at _____ a.m./p.m.

DATED this ___ day of _____, 20__.

BY THE COURT:

_____