

FILED
1:31 pm, 1/13/20
U.S. Magistrate Judge

## United States District Court
### For the District of Wyoming

FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, et. al,

Defendants.

Civil No. 15-CV-128-NDF

**ORDER TO SHOW CAUSE WHY PLAINTIFFS' COUNSEL DAVID LEWIS AND EXPERT WITNESS DR. BERNARD CUZZILLO SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF PROTECTIVE ORDERS**

This matter is before the Court on Triangle Tubes' Motion for Order to Show cause why Plaintiffs' Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should Not be Held in Contempt of Court for Violation of Protective Orders [Doc. 199]. This case came before the Court on Plaintiffs' Complaint [Doc. 1] filed on August 5, 2015, containing causes of action for wrongful death. The case was terminated on March 29, 2017. On December 20, 2019, Triangle Tube filed the instant Motion. Therefore, any response was due fourteen days later or by January 3, 2020. To date, neither David Lewis nor Dr. Bernard have responded.

Accordingly, the Court orders Plaintiffs' counsel David Lewis and/or Dr. Bernard

1

to show cause, on or before January 22, 2020, why Triangle Tubes' Motion for Order to Show cause why Plaintiffs' Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should not be Held in Contempt of Court for Violation of Protective Orders [Doc. 199] should not be granted.  This Order shall be served via the Court's ECF filing system and via Certified First-Class U.S. Mail to both David Lewis at his business address, and to Dr. Bernard Cuzzillo at both his last known business address and personal residence.

    Dated this 13th day of January, 2020.

                                            Kelly H. Rankin
                                            United States Magistrate Judge