Joseph P. McGill, *admitted pro hac vice*
Jennifer A. Cupples, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - jmcgill@fbmjlaw.com./jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - jstuder@schwartzbon.com
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRE-SENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation,<br><br>Defendants. | Case No. 15-CV-128-F |

### NOTICE OF SERVICE

COMES NOW, Triangle Tube/Phase III Co., Inc. certifies that the Order to Show Cause Why Plaintiffs' Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should Not Be Held in Contempt of Court for Violation of Protective Orders was served as directed.

DATED this 13th date of January, 2020.

/s/ Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - jstuder@schwartzbon.com

Joseph P. McGill, *admitted pro hac vice*
Jennifer A. Cupples, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - jmcgill@fbmjlaw.com./jcupples@fbmjlaw.com

This is to certify that on the 13 day of January, 2020, the undersigned served the within and foregoing **ORDER TO SHOW CAUSE WHY PLAINTIFFS' COUNSEL DAVID LEWIS AND EXPERT WITNESS DR. BERNARD CUZZILLO SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF PROTECTIVE ORDERS** upon the following:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Dr. Bernard Cuzzillo
Berkeley Research Company
600 Addison Street
Berkeley, California 94710
(last known business address)

Dr. Bernard Cuzzillo
1214 Bear Creek Drive
Briones, CA 94553-9750

via the Court's ECF filing system for counsel, and via Certified First Class U.S. Mail, to Dr. Bernard Cuzzillo at his last known business address and residence (upon information and belief).

/s/
Judith A.W. Studer

FILED
1:31 pm, 1/13/20
U.S. Magistrate Judge



# United States District Court
## For the District of Wyoming

FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,

Plaintiffs,

vs.

GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, et. al,

Defendants.

Civil No. 15-CV-128-NDF

**ORDER TO SHOW CAUSE WHY PLAINTIFFS' COUNSEL DAVID LEWIS AND EXPERT WITNESS DR. BERNARD CUZZILLO SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF PROTECTIVE ORDERS**

This matter is before the Court on Triangle Tubes' Motion for Order to Show cause why Plaintiffs' Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should Not be Held in Contempt of Court for Violation of Protective Orders [Doc. 199]. This case came before the Court on Plaintiffs' Complaint [Doc. 1] filed on August 5, 2015, containing causes of action for wrongful death. The case was terminated on March 29, 2017. On December 20, 2019, Triangle Tube filed the instant Motion. Therefore, any response was due fourteen days later or by January 3, 2020. To date, neither David Lewis nor Dr. Bernard have responded.

Accordingly, the Court orders Plaintiffs' counsel David Lewis and/or Dr. Bernard

to show cause, on or before January 22, 2020, why Triangle Tubes' Motion for Order to Show cause why Plaintiffs' Counsel David Lewis and Expert Witness Dr. Bernard Cuzzillo Should not be Held in Contempt of Court for Violation of Protective Orders [Doc. 199] should not be granted. This Order shall be served via the Court's ECF filing system and via Certified First-Class U.S. Mail to both David Lewis at his business address, and to Dr. Bernard Cuzzillo at both his last known business address and personal residence.

Dated this 13th day of January, 2020.

_____
Kelly H. Rankin
United States Magistrate Judge