Stefanie Boster, Esq. (6-3890)
HICKEY & EVANS, LLP
1800 Carey Ave., Ste. 700
P.O. Box 467
Cheyenne, WY   82003-0467
Ph:   (307) 634-1525
Fax: (307) 638-7335

*Attorneys for Expert Witness*
*Dr. Bernard Cuzzillo*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>         Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO. INC., a New Jersey Corporation; and M&G GROUP DURAVENT, INC. a New York Corporation,<br><br>         Defendants. | Case No. 15-CV-00128-NDF |

## ENTRY OF APPEARANCE

Stefanie Boster, sboster@hickeyevans.com, of the firm of Hickey & Evans, LLP, 1800

Carey Avenue, Suite 700, P.O. Box 467, Cheyenne, Wyoming 82003-0467, hereby enters her

appearance as counsel for Plaintiff's Expert Witness Dr. Bernard Cuzzillo in the above-entitled

case and certifies that she is admitted to practice in this court.

DATED and respectfully submitted this 22nd day of January, 2020.

*/s/ Stefanie L. Boster*
Stefanie L. Boster (WY # 6-3890)
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY   82003-0467
Ph: (307) 634-1525
Fax: (307) 638-7335
sboster@hickeyevans.com

*Attorneys for Expert Witness*
*Dr. Bernard Cuzzillo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2020, a copy of the foregoing *Entry of Appearance* was filed electronically.   Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system.

Judith Studer
Schwartz, Bon, Walker & Studer, LLC
141 S. Center Street, Suite 500
Casper, Wyoming 82601
jstuder@schwartzbon.com

Joseph P. McGill
Jennifer A. Cupples
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
jmcgill@fbmjlaw.com
jcupples@fbmjlaw.com

Katherine L. Mead
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Julie Tiedeken
Sean W. Scoggin
P.O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

David Lewis
P.O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Reeves
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzreeves.com
dwaltz@waltzreeves.com

_/s/ Stefanie L. Boster_
Stefanie L. Boster (WY # 6-3890)
HICKEY & EVANS, LLP

3