Joseph P. McGill, *admitted pro hac vice*
Jennifer A. Cupples, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - jmcgill@fbmjlaw.com./jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - jstuder@schwartzbon.com
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death, ) ) ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation, ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 15-CV-128-F |

### NOTICE OF SERVICE

COMES NOW, Triangle Tube/Phase III Co., Inc. certifies that the Text Only – Order Extending Dr. Cuzzillo's Response to Triangle Tube's Motion Seeking Sanctions (204) was served as directed.

DATED this 27th date of January, 2020.

/s/ Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - jstuder@schwartzbon.com

Joseph P. McGill, *admitted pro hac vice*
Jennifer A. Cupples, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - jmcgill@fbmjlaw.com./jcupples@fbmjlaw.com

This is to certify that on the 27th day of January, 2020, the undersigned served the within and foregoing (**Text -Only**) – Order Extending Dr. Cuzzillo's Response to Triangle Tube's Motion Seeking Sanctions (204) upon the following:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Dr. Bernard Cuzzillo
Berkeley Research Company
600 Addison Street
Berkeley, California 94710
(last known business address)

Dr. Bernard Cuzzillo
1214 Bear Creek Drive
Briones, CA 94553-9750

Stefanie Boster
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
PO Box 467
Cheyenne, WY
sboster@hickeyevans.com

via the Court's ECF filing system for counsel, and via Certified First Class U.S. Mail, to Dr. Bernard Cuzzillo at his last known business address and residence (upon information and belief).

/s/
Judith A.W. Studer