**U.S. District Court**

**District of Wyoming**

## Notice of Electronic Filing

The following transaction was entered on 1/21/2020 at 4:34 PM MST and filed on 1/21/2020

**Case Name:** Herrera et al v. Buckingham et al
**Case Number:** 2:15-cv-00128-NDF
**Filer:**
**WARNING: CASE CLOSED on 03/29/2017**
**Document Number:** 204(No document attached)

**Docket Text:**
(TEXT-ONLY) ORDER by the Honorable Kelly H Rankin. On December 20, 2019, Defendant Triangle Tube filed a Motion for Order to Show Cause [199] requesting David Lewis and Dr. Bernard Cuzzillo be held in contempt of Court for alleged violation of Protective Orders. On January 13, 2020, the Court filed an Order to Show Cause [201] giving Mr. Lewis and Dr. Cuzzillo until January 22, 2020, to show cause why Triangle Tubes Motion seeking sanctions should not be granted. On January 21, 2020, the Court received a letter from Dr. Cuzzillo stating he is not in violation of any of this Court's Protective Orders and stating that he has been unable to reach Mr. Lewis as he suspects Mr. Lewis has health issues that may be preventing him from responding. Dr. Cuzzillo also requests an extension of time to hire independent counsel to formally respond to the Motion for sanctions. Therefore, the Court has filed, as non-public, the letter obtained from Dr Cuzzillo, and orders that Dr. Cuzzillo have until February 24, 2020 to obtain counsel and formally respond to Triangle Tube's Motion seeking sanctions. This TEXT ONLY Order shall be served via the Court's ECF filing system and via Certified First-Class U.S. Mail to both David Lewis at his business address, and to Dr. Bernard Cuzzillo at both his last known business address and personal residence.(Court Staff, sjgc)

**2:15-cv-00128-NDF Notice has been electronically mailed to:**

Julie Nye Tiedeken   jtiedeken@mtslegal.net, aricketts@mtslegal.net, ehobbs@mtslegal.net, jwagner@mtslegal.net

Cameron S Walker   marcy@schwartzbon.com, cam@schwartzbon.com, dallen@schwartzbon.com

David G Lewis   davelewis@bresnan.net, migslewis@bresnan.net

Judith A Studer   jstuder@schwartzbon.com, dallen@schwartzbon.com, lcoryell@schwartzbon.com, marcy@schwartzbon.com

Katherine L Mead (Terminated)   kate@meadlaw.net, susan@meadlaw.net

Sean W Scoggin   sscoggin@mtslegal.net, aricketts@mtslegal.net, ehobbs@mtslegal.net, jwagner@mtslegal.net

Richard A Waltz   dwaltz@waltzlaw.com, jmeier@waltzlaw.com

Christopher R Reeves   creeves@waltzreeves.com, astruebel@waltzreeves.com, dwaltz@waltzreeves.com, jmeier@waltzreeves.com, mpedersen@waltzreeves.com, twade@waltzreeves.com