# DAVID G. LEWIS
Attorney at Law

P.O. Box 8519  
6540 Upper Cascades Drive  
Jackson, Wyoming 83002

Telephone 307 739-8900  
Fax 307 739-8902  
davelewis@bresnan.net

The Honorable Kelly H. Rankin  
United States Magistrate Judge  
United States District Court  
2120 Capitol Avenue  
Suite 2204

January 22, 2020

Cheyenne, WY 82001

Civil No. 15-CV-128-NDF  
Herrera v. Buckingham

Via email

Dear Judge Rankin:

Pursuant to the Order of the United States District Court in Cheyenne, in regard to the Herrera v. Buckingham case, the attorney for the Plaintiffs has destroyed all confidential documents:

    1. Plaintiff's attorney, David G. Lewis, had communicated to Plaintiff's expert Bernard Cuzzillo shortly after settlement to destroy all of the confidential documents that he had in his possession. Bernard Cuzzillo affirmed that all confidential documents had been destroyed, as he again affirmed at the time of final payment.

    2. All confidential documents held by other experts hired by Plaintiffs attorney in this matter have been destroyed.

    3. Plaintiff's attorney, David G. Lewis, and expert Bernard Cuzzillo, destroyed all the documents collected in their possession shortly after the settlement.

Very truly yours,

David G. Lewis