Joseph P. McGill, *admitted pro hac vice*
Jennifer A. Cupples, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - jmcgill@fbmjlaw.com./jcupples@fbmjlaw.com

Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - jstuder@schwartzbon.com
Attorneys For Defendant Triangle Tube/Phase III Co., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANCISCO L. HERRERA, and JOANNA HERRERA, CO-WRONGFUL DEATH REPRESENTATIVES, for the exclusive benefit of the beneficiaries of MONICA HERRERA, deceased, who have sustained damages from her wrongfully caused death,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, but in their individual capacities as Trustees of the BUCKINGHAM FAMILY TRUST; and, GREGORY BUCKINGHAM and DEBORAH BUCKINGHAM, as individual defendants; and, WYOMING MECHANICAL, INC., a Wyoming Corporation; TRIANGLE TUBE/PHASE III CO., INC., a New Jersey Corporation; and, M&G DURAVENT, INC., a New York Corporation,<br><br>Defendants. | Case No. 15-CV-128-F |

## REPLY TO LETTER OF DAVID LEWIS

**COMES NOW** Triangle Tube, by and through its undersigned counsel and submits the following Reply to the Letter of David Lewis, dated January 22, 2020 as follows:

1. With all do respect, the Letter from counsel is not in an appropriate format. It does not constitute admissible evidence that the Court can consider in response to the Motion to Show Cause or this Court's Order. The Rules of Evidence apply to proceedings in United States Courts. *See,* Rule 101 F.R.E.

2. The Letter references an affirmation by Bernard Cuzzillo that confidential documents had been destroyed. No supporting documentation is provided. It is not known if this was oral or in writing or when the affirmation took place. Also, a blanket statement is made that all confidential documents held by other experts have been destroyed. The basis for such statement is not provided.

3. Moreover, the Letter asserts that expert, Bernard Cuzzillo destroyed all the documents collected shortly after settlement. Such statement is contrary to the facts set forth in "Triangle Tube's Motion to Show Cause" (Doc. 199) and "Reply in Support of Motion for Order to Show Cause" (Doc. 207) with specific cites that evidence a violation of the Court's Protective Orders.

4. Rule 37 (4) provides some guidance here. For purposes of a motion for an order compelling disclosure or discovery and evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond. In *Kaufman v. American Family Mut. Ins. Co.,* 601 F3d 1088, 1092 (10th Cir. 2010)the Court upheld sanctions for violation of a Protective Order and constituted an abuse of discovery. The Court below relied on its inherent authority, as well as Fed. R. Civ. P. 37.

5.      The Letter lacks sufficient detail and supporting documentation to provide the foundation for the conclusions stated. Because the Letter is not in a format that should be considered by the Court, it is not helpful in a resolution of the dispute.

DATED this 26 day of February, 2020.

/s/ Judith A. Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone - (307) 235-6681/Fax (307) 234-5099
Email - jstuder@schwartzbon.com

Joseph P. McGill, *admitted pro hac vice*
Jennifer A. Cupples, *admitted pro hac vice*
FOLEY, BARON & METZGER, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152
Telephone - (734) 742-1825/Fax (734) 521-2379
Email - jmcgill@fbmjlaw.com./jcupples@fbmjlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on the 26 day of February 2020, the undersigned served the within and foregoing **REPLY TO LETTER OF DAVID LEWIS** upon the following registered filing user(s) pursuant to the CM/ECF System:

David Lewis
P. O. Box 8519
Jackson, Wyoming 83002
davelewis@bresnan.net

Katherine L. Mead, Esq.
P.O. Box 1809
Jackson, Wyoming 83001
kate@meadlaw.net

Christopher R. Reeves
Dick Waltz, Esq.
Waltz Reeves
1660 Lincoln Street, Ste. 2510
Denver, Colorado 80264
creeves@waltzreeves.com;
dwaltz@waltzreeves.com

Julie Tiedeken
Sean W. Scoggin
P. O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
sscoggin@mtslegal.net

Stefanie Boster
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
PO Box 467
Cheyenne, WY
sboster@hickeyevans.com

via the Court's ECF filing system for counsel.

/s/ Judith A.W. Studer
SCHWARTZ, BON, WALKER & STUDER, LLC